## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.** | **CIVIL ACTION NO. 19-13650** |
| **VERSUS** | **JUDGE FELDMAN** |
| **DASMEN RESIDENTIAL, LLC, ET AL.** | **MAGISTRATE JUDGE VAN MEERVELD** |

### RH COPPER CREEK, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant, RH Copper Creek, LLC, a non-governmental party in the above-captioned matter, submits the following Corporate Disclosure Statement:

RH Copper Creek, LLC has no parent corporation, and no publicly held entity owns 10% or more of its respective shares.

Respectfully submitted,

*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (No. 6154)
Email:      egieger@glllaw.com
MICHAEL E. HILL (No. 25708)
Email:      mhill@glllaw.com
EMILY E. EAGAN (No. 29166)
Email:      eeagan@glllaw.com
TUCKER T. BOHREN (No. 37039)
Email:      tbohren@glllaw.com
NICHOLAS S. BERGERON (No. 37585)
Email:      nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
ATTORNEYS FOR DASMEN
RESIDENTIAL, LLC,
RH COPPER CREEK, LLC, AND
RH EASTLAKE, LLC