# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA AKEEM, BRANDY WILSON JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE, AND DARERANICA DUPLESSIS, *Plaintiffs,* v. DASMEN RESIDENTIAL, LLC; RH COPPER CREEK, LLC; RH EASTLAKE, LLC; EASTLAKE DEVELOPMENT, LLC; AND XYZ INSURANCE COMPANY, *Defendants.* | § § § § § § § § § § § § § § § | Civil Action No. 19-cv-13650 Div. F(1) District Judge Martin L.C. Feldman Mag. Janis van Meerveld |

## EASTLAKE DEVELOPMENT, L.L.C.'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

Defendant, Eastlake Development, L.L.C. ("Eastlake Development"), under Fed. R. Civ. P. 12(b)(6) and 56, files this Motion to Dismiss or, in the alternative, Motion for Summary Judgment to dismiss the claims of Plaintiffs, Joshua Akeem, Brandy Wilson, Janis Morgan, Laquinta Carter, Dwayne Pierce, and Dareranica Duplessis (collectively, "Plaintiffs") asserted against Eastlake Development for the reasons set forth in the memorandum in support submitted herewith.

WHEREFORE, Defendant, Eastlake Development, L.L.C., prays that judgment be entered in its favor and against Plaintiffs, Joshua Akeem, Brandy Wilson, Janis Morgan, Laquinta Carter, Dwayne Pierce, and Dareranica Duplessis, dismissing with prejudice all claims asserted against Eastlake Development, L.L.C.

New Orleans, Louisiana, this 25th day of November, 2019.

Respectfully submitted,

David F. Waguespack (La. Bar No. 21121)
waguespack@carverdarden.com
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801

    /s/ David F. Waguespack

Attorney for Eastlake Development, L.L.C.

## CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically in the above captioned matter using the CM/ECF system on this 25th day of November, 2019, that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users, and that service was accomplished on any party or counsel who is not a Filing User under the Federal Rules and the Local Rules of this Court.

      /s/ David F. Waguespack