# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA AKEEM, BRANDY WILSON JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE, AND DARERANICA DUPLESSIS,<br>*Plaintiffs*,<br>v.<br><br>DASMEN RESIDENTIAL, LLC; RH COPPER CREEK, LLC; RH EASTLAKE, LLC; EASTLAKE DEVELOPMENT, LLC; AND XYZ INSURANCE COMPANY,<br>*Defendants*. | § § § § § § § § § § § § § § § | Civil Action No. 19-cv-13650<br><br>Div. F(1)<br><br><br><br>District Judge Martin L.C. Feldman<br><br>Mag. Janis van Meerveld |

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary, duly commissioned and qualified in and for the State and Parish aforesaid, personally came and appeared:

**ELIE KHOURY,**

to me known to be a person of the full age of majority, who being by me first duly sworn, did depose and state that:

1. "My name is Elie Khoury. I am of legal age, of sound mind, and am in all ways qualified and competent to make this affidavit.

2. I am a corporate representative of Eastlake Development, L.L.C. ("Eastlake Development"). I am in all ways authorized and capable of making this affidavit on Eastlake Development's behalf. I am involved in and familiar with the business of Eastlake Development. My responsibilities include, but are not limited to, negotiating the terms of commercial agreements executed by Eastlake Development, managing Eastlake Development's

real estate developments, managing litigation for Eastlake Development, including but not limited to the above-referenced lawsuit, and the custodian of records for Eastlake Development. I therefore have personal knowledge of the facts hereinafter set forth, which are true and correct. I am therefore competent to testify to said facts.

3. On December 14, 2017, Eastlake Development conveyed, via an Act of Cash Sale, to RH Eastlake LLC ("RH Eastlake"), a certain piece of commercial property bearing the municipal address of 7001 Martin Drive, New Orleans, Louisiana, 70126 and legally described as (the "Property"):

> All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of New Orleans, Parish of Orleans, State of Louisiana.
>
> That Certain Piece of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Third Municipal District of the City of New Orleans, Parish of Orleans, State of Louisiana, in Section 20 of the LaKratt Tract (formerly New Orleans Lakeshore Land Co. Subdivision), designated as LOT 2A on a survey by the Office of Gandolfo, Kuhn & Associates, dated December 3, 1971, (H-70-2) and more particularly as follow in accordance with said survey:
>
> Begin at the intersection of the west line of St. Charles Canal and the new south line of Morrison Road; thence along the west line of St. Charles Canal S 21°28,50", E distance of 1381.15 feet to the north line of Interstate Highway 1-10; thence along said north line, S 78o0T13" W a distance of 230.57 feet to a point of curvature; thence continuing along said north line in a southwesterly direction along a curve to the right having a radius of 3669.72 feet, a distance of 944.29 feet to the east line of Joffre Road; thence along said east line, N 03°15'48" E a distance of 59.86 feet to a point of curvature; thence along said east line in a northwesterly direction along a curve to the left having radius of 491.27 feet, a distance of 213.42 feet to a point of tangent; thence along said east line, N 21°3T36" W, a distance of 803.66 feet to the new south line of Morrison Road; thence along said south line, which is 20 feet south of and parallel to the former south line of Morrison Road, N 68°1524" E, a distance of 1060.48 feet to the west line of St. Charles Canal the point of beginning.
>
> Said portion of ground consists of Portions of Groves 1, 3, 5, 7, 9, 11, 13, 15 & 17 of Section 20 of the former New Orleans Lakeshore Land Company Tract.

4. A certified copy of the Act of Cash Sale is attached hereto as **Exhibit A-1**.

5. Pursuant to the Act of Cash Sale, Eastlake Development transferred the entirety of its interest in the Property to RH Eastlake. As such, Eastlake Development has had no interest in the Property since December 14, 2017.

6. Eastlake Development has had no involvement, ownership, custody, or control of the Property since the execution of the December 14, 2017, Act of Cash Sale."

Affiant further sayeth not.

BY: _____
ELIE KHOURY

Sworn to and subscribed before me
this 25th day of November 2019.

_____
NOTARY PUBLIC

Andrew J. Brien, Esq.
Notary Public
State of Louisiana
La. Bar Roll No. 37051
La. Notary No. 148504
My commission is for life.