IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSHUA AKEEM, BRANDY WILSON JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE, AND DARERANICA DUPLESSIS,<br>      *Plaintiffs,*<br>v.<br><br>DASMEN RESIDENTIAL, LLC; RH COPPER CREEK, LLC; RH EASTLAKE, LLC; EASTLAKE DEVELOPMENT, LLC; AND XYZ INSURANCE COMPANY,<br>      *Defendants.* | § § § § § § § § § § § § § § § | Civil Action No. 19-cv-13650<br><br>Div. F(1)<br><br><br>District Judge Martin L.C. Feldman<br><br>Mag. Janis van Meerveld |

## EASTLAKE DEVELOPMENT, L.L.C.'S STATEMENT OF MATERIAL FACTS

Pursuant to L.R. 56.1, Defendant, Eastlake Development, L.L.C. ("Eastlake Development"), submits the following statement of material facts that present no genuine issue in support of its *Motion to Dismiss or, in the alternative, Motion for Summary* Judgment ("Motion"):

1.    On December 14, 2017, Eastlake Development, L.L.C. ("Eastlake Development") conveyed, via an Act of Cash Sale, to RH Eastlake LLC ("RH Eastlake"), a certain piece of commercial property bearing the municipal address of 7001 Martin Drive, New Orleans, Louisiana 70126[1] and legally described as (the "Property"):

> All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of New Orleans, Parish of Orleans, State of Louisiana.
>
> That Certain Piece of ground, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Third Municipal District of the City of New Orleans, Parish of Orleans, State of Louisiana, in Section 20 of the LaKratt Tract (formerly New Orleans Lakeshore

---

[1] *See* Affidavit of Elie Khoury ("Khoury Affidavit"), attached to the Motion as **Exhibit A**, at ¶ 3. The Act of Cash Sale is attached to the Khoury Affidavit as **Exhibit A-1** and was recorded in the Conveyance Records of Orleans Parish, Louisiana, as Instrument Number 2017-49042 on December 22, 2017, as Conveyance Instrument Number 630311.

Land Co. Subdivision), designated as LOT 2A on a survey by the Office of Gandolfo, Kuhn & Associates, dated December 3, 1971, (H-70-2) and more particularly as follow in accordance with said survey:

Begin at the intersection of the west line of St. Charles Canal and the new south line of Morrison Road; thence along the west line of St. Charles Canal S 21°28,50", E distance of 1381.15 feet to the north line of Interstate Highway 1-10; thence along said north line, S 78o0T13" W a distance of 230.57 feet to a point of curvature; thence continuing along said north line in a southwesterly direction along a curve to the right having a radius of 3669.72 feet, a distance of 944.29 feet to the east line of Joffre Road; thence along said east line, N 03°15'48" E a distance of 59.86 feet to a point of curvature; thence along said east line in a northwesterly direction along a curve to the left having radius of 491.27 feet, a distance of 213.42 feet to a point of tangent; thence along said east line, N 21°3T36" W, a distance of 803.66 feet to the new south line of Morrison Road; thence along said south line, which is 20 feet south of and parallel to the former south line of Morrison Road, N 68°1524" E, a distance of 1060.48 feet to the west line of St. Charles Canal the point of beginning.

Said portion of ground consists of Portions of Groves 1, 3, 5, 7, 9, 11, 13, 15 & 17 of Section 20 of the former New Orleans Lakeshore Land Company Tract.

2. Pursuant to the Act of Cash Sale, Eastlake Development transferred the entirety of its interest in the Property to RH Eastlake.[2]

3. Eastlake Development has had no interest in the Property since December 14, 2017.[3]

4. Eastlake Development has had no interest, ownership, custody, or control of the Property since the execution of the December 14, 2017 Act of Cash Sale.[4]

---

[2] *See* Affidavit of Elie Khoury, attached to the Motion as Exhibit A, at ¶ 5.

[3] *Id.*

[4] *See* Affidavit of Elie Khoury, attached to the Motion as Exhibit A, at ¶ 6.

New Orleans, Louisiana, this 25th day of November, 2019.

>Respectfully submitted,
>
>David F. Waguespack (La. Bar No. 21121)
>waguespack@carverdarden.com
>CARVER, DARDEN, KORETZKY, TESSIER,
>FINN, BLOSSMAN & AREAUX L. L. C.
>1100 Poydras Street, Suite 3100
>New Orleans, Louisiana  70163
>Telephone: (504) 585-3800
>Telecopier: (504) 585-3801
>
>   /s/ David F. Waguespack
>Attorney for Eastlake Development, L.L.C.

**CERTIFICATE OF SERVICE**

The foregoing pleading was filed electronically in the above captioned matter using the CM/ECF system on this 25th day of November, 2019, that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users, and that service was accomplished on any party or counsel who is not a Filing User under the Federal Rules and the Local Rules of this Court.

>     /s/ David F. Waguespack

4827-6182-5965, v. 1