## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSHUA AKEEM, BRANDY WILSON** | § | **Civil Action No. 19-cv-13650** |
| **JANIS MORGAN, LAQUINTA CARTER,** | § | |
| **DWAYNE PIERCE, AND** | § | |
| **DARERANICA DUPLESSIS,** | § | **Div. F(1)** |
| *Plaintiffs,* | § | |
| **v.** | § | |
| | § | |
| **DASMEN RESIDENTIAL, LLC;** | § | **District Judge Martin L.C. Feldman** |
| **RH COPPER CREEK, LLC;** | § | |
| **RH EASTLAKE, LLC; EASTLAKE** | § | |
| **DEVELOPMENT, LLC; AND** | § | **Mag. Janis van Meerveld** |
| **XYZ INSURANCE COMPANY,** | § | |
| *Defendants.* | § | |

## NOTICE OF SUBMISSION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that undersigned counsel for Eastlake Development, L.L.C.
will bring on for submission the *Motion to Dismiss or, Alternatively, Motion for Summary
Judgment* before the Honorable Judge Martin L.C. Feldman, United States District Court, 500
Poydras Street, Room C551, New Orleans, Louisiana, on the 18th day of December, 2019 at
10:00 a.m.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC

David F. Waguespack (La. Bar No. 21121)
waguespack@carverdarden.com
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX  L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801


____/s/ David F. Waguespack____

# CERTIFICATE OF SERVICE

The foregoing pleading was filed electronically in the above captioned matter using the CM/ECF system on this 25th day of November, 2019, that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users, and that service was accomplished on any party or counsel who is not a Filing User under the Federal Rules and the Local Rules of this Court.


/s/ David F. Waguespack_____
David F. Waguespack