AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Akeem et al

*Plaintiff(s)*

v.

Dasmen Residential, LLC et al

*Defendant(s)*

Civil Action No. 19-13650 M(3)

c/w 19-13673,
19-13705, 19-14634,
19-14636,
19-14637, and 20-187

**Pertains to 19-14634

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lynd Company
through its registered agent
3867 Plaza Tower Drive, 1 st
Baton Rouge, LA 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Suzette Bagneris, Esq
The Bagneris Firm, LLC
2714 Canal Street, Suite 403
New Orlenas, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: Jul 29 2020

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-13650

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                        *Server's signature*

                                        *Printed name and title*

                                        *Server's address*

Additional information regarding attempted service, etc:

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2019-10207

JOSHUA AKEEM, BRANDY WILSON,
JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE
and DARERANICA DUPLESSIS

VERSUS

DASMEN RESIDENTIAL, LLC., ET AL

DIVISION B

SECTION 5

JURY

FILED: _____

DEPUTY CLERK

## PLAINTIFFS' PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs JOSHUA AKEEM, BRANDY WILSON, JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE and DARERANICA DUPLESSIS, all persons of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, who file this Petition for Damages, as follows:

### PLAINTIFFS

1.

JOSHUA AKEEM is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a former lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.

2.

BRANDY WILSON is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a current lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.

3.

JANIS MORGAN WILSON is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a current lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.



4.

LAQUINTA CARTER is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a current lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.

5.

DWAYNE PIERCE is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a current lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.

6.

DARERANICA DUPLESSIS is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, and a current lessee at the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126.

## DEFENDANTS

7.

The made defendants in this action are:

A. DASMEN RESIDENTIAL, LLC., is a single member LLC. Its sole member is Michael Katz, a citizen of the State of New York. It is licensed to do and doing business in the State of Louisiana.

B. RH COPPER CREEK, LLC, is a single member LLC. Its sole member is Moshe Sibler, a citizen of the State of New York. It is licensed to do and doing business in the State of Louisiana.

C. RH EASTLAKE, LLC, is a Delaware corporation licensed to and doing business in the State of Louisiana.

D. EASTLAKE DEVELOPMENT, LLC is a Louisiana Corporation with an ownership interest in the subject apartment complex.

E. XYX INSURANCE COMPANY (a fictitious name for an actual corporation), upon information and belief, a domestic corporation organized under the laws of Louisiana, doing business and registered to do business in the Parish of Orleans, State of Louisiana, and insuring the subject premises.

8.

Venue is proper because Orleans Parish, Louisiana is where the Plaintiffs' damages were sustained and where the Defendants' wrongful conduct occurred, as alleged more specifically below.

9.

This Court has subject matter jurisdiction because Orleans Parish, Louisiana is where the Plaintiffs' damages were sustained and where the Defendants' wrongful conduct occurred, as alleged more specifically below.

10.

Defendants are jointly and *in solido* liable and indebted to Plaintiffs **JOSHUA AKEEM, BRANDY WILSON, JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE and DARERANICA DUPLESSIS** for such damages as are reasonable in the premises, including bodily injury, emotional distress, loss of enjoyment of life, medical expenses, loss of earnings, benefits and future loss of earning capacity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for the following reasons, to-wit:

## COMMON FACTUAL BACKGROUND

11.

At all relevant times material hereto, the Defendant DASMEN RESIDENTIAL, LLC was the legal and proper owner of the property operated as Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana. It acquired the property from Defendant **EASTLAKE DEVELOPMENT, LLC**, which upon information and belief, still maintains an ownership interest in the property. Upon information and belief, **RH COPPER CREEK, LLC** was the property management company for the subject apartment complex. As such, both corporations exercised care, custody and control of the property.

12.

The Defendants had a duty to maintain the leased apartment unit in a reasonably safe condition and to inspect, identify and repair any defects therein. The Defendants had a duty to ensure that each building, and each apartment unit, in its complex was in compliance with the City of New Orleans' Building Code. The Defendants had a duty to ensure that the apartment complex did not constitute a public nuisance. Moreover, the Defendants had a duty to protect the health, safety and welfare of the general public and the occupants of the apartment units for the purpose of human habitation. All of these duties were breached by the Defendants, thereby causing harm to the Named Plaintiffs.

13.

The Defendants are vicariously liable under the theory of *respondeat superior* for the actions and omissions of their employees, agents and assigns, and as such, are liable unto Named Plaintiffs for their acts of negligence.

14.

At all times material herein, on information and belief, the Defendants maintained a policy of liability insurance covering negligent acts of Defendants for any and all actions of the kind and nature herein asserted, thus rendering that insurance company liable with the Defendants. For purposes of this pleading, Petitioner will refer to that insurance company as XYZ INSURANCE COMPANY, until such time as it has been properly identified by the Defendants.

15.

At all times pertinent herein, Named Plaintiffs entered into lease agreements with Defendants to occupy apartments located within the Laguna Run Apartment Complex located at 7001 Martin Drive in New Orleans, Louisiana 70126. Upon information and belief, the apartment complex was owned by an absentee-landlord, Defendant DASMEN RESIDENTIAL, LLC., and operated by an absentee-management company believed to be RH COPPER CREEK, LLC. Both companies are based out of the State of New York; yet, they are trying to operate an apartment complex located across the nation in New Orleans, Louisiana.

16.

Defendants have operated the apartment complex in a grossly negligent manner showing a reckless disregard for the tenants who are living or have lived at Laguna Run Apartment Complex. As a direct result of the Defendants' negligent conduct, the Named Plaintiffs have suffered damages, including, but not limited to, bodily injuries, emotional distress, loss of enjoyment of life, loss of peaceable use and enjoyment of rented spaces, and economic losses.

17.

Throughout this 442-unit apartment complex, the majority of common areas and the majority of individual units have visible water-intrusion issues that have gone without repair, or have negligently been repaired. As a direct result of water-intrusion issues, harmful black mold and other hazardous substances have been allowed to grow in apartment units causing bodily injury to residents. Additionally, tenants have been injured by water-intrusion issues taking the

form of falling ceilings and lighting fixtures. All of the Named Plaintiffs units have been tested and the presence of black mold has been confirmed.

18.

The general disrepair of the apartment complex has caused it to be unsafe and unsanitary. In addition to water intrusion issues and mold, the residents are dealing with hazardous plumbing conditions causing raw sewerage to back up into the units. The apartment complex was in such a drastic state of general disrepair that, in late August 2019, the City of New Orleans' Department of Code Enforcement descended upon it with numerous inspectors to conduct a system-wide emergency inspection for the purpose of protecting the health, safety and welfare of the general public and the occupants of the apartment units which were not found to be fit for the purpose of human habitation. Numerous code violations were issued throughout the apartment complex. Additionally, the State Fire Marshall issued code violations to the owners.

19.

The duty to provide security has been undertaken, but it is being performed in a negligent manner.

20.

The Defendants acts of negligence include, but are not limited to, the following:

A. Creating and/or maintaining an unreasonably dangerous condition in the premises of which they had actual knowledge;

B. Failing to timely remediate dangerous conditions existing on the premises in a timely manner;

C. Failing to adequately address water intrusion issue to prevent ceilings from weakening and crashing to the floor of apartments;

D. Failure to adequately address the water intrusion issue to prevent the growth of hazardous mold in apartments and common areas;

E. Failing to properly train and supervise their employees, agents and assigns in the maintenance and repair of water intrusion issues at the apartment complex;

F. Failing to provide adequate security; and

G. Such other acts of negligence as will be shown at trial.

21.

The Defendants have failed to hire certified mold removers to abate the mold in each unit. The mold has been improperly abated. In some instances, tenants have been provided buckets of paint to cover the mold up themselves.

22.

This matter constitutes a continuing tort as gross negligence including, the failure to provide necessary repairs, the water and mold intrusion, and inadequate provision of security in the Petitioners' apartment units/complex has not been adequately addressed by the Defendants.

23.

Plaintiffs also anticipates that expert testimony may be required and prays that all expert fees and expenses incurred by her be taxed as costs to Defendants.

As a direct result of the slip and fall accident, and as a direct result of the negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); and damages to her personal property.

24.

The Defendants acts of negligence include, but are not limited to, the following:

1. Creating and/or maintaining an unreasonably dangerous condition in the premises of which they had actual knowledge;
2. Failing to timely remediate the dangerous condition existing on the premises by addressing the water intrusion issues when they first occurred;
3. Failing to adequately address the water intrusion to prevent the growth of hazardous mold in Petitioners' apartments;
4. Failing to properly train and supervise their employees, agents and assigns in the maintenance and repair of water intrusion issues at the apartment complex;
5. Failing to hire certified mold abatement crews to address the mold abatement;
6. Failing to take necessary and proper steps to avoid this incident and the subsequent mold;
7. Failure to provide adequate security measures which has affected Petitioners' quality of life; and
8. Such other acts of negligence as will be shown at trial.

25.

Plaintiffs move the Court to allow the parties to conduct discovery on class-wide issues, and after adequate discovery is conducted and a class certification hearing is held, to certify this matter to proceed as a class action.

26.

Plaintiffs aver that, upon information and belief, there are former and current residents of the Laguna Run Apartment Complex, who have common claims against Defendants for damages caused by the negligent operation and management of the apartment complex. Plaintiffs are entitled to maintain this action as a class action, with the following objectively definable class definition:

**"All current and former residents of the Laguna Run Apartment Complex located at 7001 Martin Drive, New Orleans, Louisiana 70126, who have suffered damages as a result of the negligent operation and management of the apartment complex, including but not limited to, bodily injuries, emotional distress, loss of use and enjoyment, and economic losses."**

27.

Upon information and belief, there are 442-units in the apartment complex, and it is estimated that there are over 400 putative class members such that joinder is impracticable. There are questions of fact and law common to all class members. Common issues predominate over individual issues. The Named Plaintiffs will fairly and adequately protect the interest of the proposed class. Her attorneys are experienced in the prosecution of class action from initial final through trial and appeals. They will adequately represent the interest of the class. Plaintiff and their legal counsel are aware of no conflicts of interest between them and similarly situated individuals. Plaintiffs have, or can acquire, adequate financial resources to assure that the interests of the potential class will not be harmed.

28.

Named Plaintiffs are very knowledgeable concerning the subject matter of this litigation and will assist counsel in the prosecution of this litigation.

29.

The prosecution of separate actions by individual plaintiffs, rather than as a class, would create significant risks of inconsistent or varying results.

30.

Plaintiffs hereby demand a trial by jury on all issues so triable.

WHEREFORE, Named Plaintiffs JOSHUA AKEEM, BRANDY WILSON, JANIS MORGAN, LAQUINTA CARTER, DWAYNE PIERCE and DARERANICA DUPLESSIS pray that the Defendants be duly cited and served with a copy of this Petition for Damages and Request for Class Certification and after all due proceedings are had, there be Judgment in favor of Petitioners and against the Defendants, jointly and *in solido* for all damages as a reasonable in the premises, together with legal interests thereon from the date of judicial demand, until paid, and for all costs and disbursements in filing this cause of action, and for any and all legal and equitable relief as this Court deems necessary and proper warranted in this cause herein.

RESPECTFULLY SUBMITTED:

THE BAGNERIS FIRM, LLC

*[signature]*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 22240)
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

**PLEASE SERVE:**

**DASMEN RESIDENTIAL, LLC**
Through its registered agent for service of process:
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, Louisiana 70471

**RH COPPER CREEK, LLC**
Through its registered agent for service of process:
VCORP Agent Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816

**RH EASTLAKE, LLC**
VCORP Agent Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816

**EASTLAKE DEVELOPMENT, LLC**
Through its agent for service of process:
DAVID F. WAGUESPACK
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163

***withhold service on **XYX INSURANCE COMPANY**

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-10207 | DIVISION: B | SECTION: 05 |
|---|---|---|

### AKEEM, JOSHUA ET AL

Versus

### DASMEN RESIDENTIAL LLC ET AL

### CITATION

TO: DASMEN RESIDENTIAL, LLC

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATE CREATIONS NETWORK, INC.

1070-B WEST CAUSEWAY APPROACH, MANDEVILLE, LA 70471

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH JURY DEMAND ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 7, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Theodore Hines, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within | On this ___ day of ___ served a copy of the within |
| Petition for Damages WITH JURY DEMAND ATTACHED | Petition for Damages WITH JURY DEMAND ATTACHED |
| ON DASMEN RESIDENTIAL, LLC | ON DASMEN RESIDENTIAL, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATE CREATIONS NETWORK, INC. | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATE CREATIONS NETWORK, INC. |
| Returned the same day No. ___ | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said DASMEN RESIDENTIAL, LLC being absent from the domicile at time of said service. |
| Deputy Sheriff of ___ | |
| Mileage: $ ___ | |
| ___ / ENTERED / ___ | Returned the same day |
| PAPER  RETURN | ___ No. ___ |
| ___ / ___ / ___ | Deputy Sheriff of ___ |
| SERIAL NO.  DEPUTY  PARISH | |

ID: 10314244            Page 1 of 1

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-10207 | DIVISION: B | SECTION: 05 |
|---|---|---|

### AKEEM, JOSHUA ET AL

Versus

### DASMEN RESIDENTIAL LLC ET AL

### CITATION

TO: RH COOPER, LLC

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: VCORP AGENT SERVICES, INC.

3867 PLAZA TOWER DRIVE, 1ST FLOOR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH JURY DEMAND ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 7, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Theodore Hines, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON RH COOPER, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: VCORP AGENT SERVICES, INC. Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER / RETURN / SERIAL NO. DEPUTY PARISH | On this _____ day of _____ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON RH COOPER, LLC THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: VCORP AGENT SERVICES, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said RH COOPER, LLC being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-10207 | DIVISION: B | SECTION: 05 |
|---|---|---|

### AKEEM, JOSHUA ET AL

Versus

### DASMEN RESIDENTIAL LLC ET AL

### CITATION

TO: EASTLAKE DEVELOPMENT, LLC
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: DAVID F. WAGUESPACK
1100 POYDRAS STREET, SUITE 3100, NEW ORLEANS, LA 70163

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH JURY DEMAND ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 7, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by /s/ Theodore Hines
Theodore Hines, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON EASTLAKE DEVELOPMENT, LLC THROUGH: ITS AGENT FOR SERVICE OF PROCESS: DAVID F. WAGUESPACK  Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / PAPER / RETURN / SERIAL NO. / DEPUTY / PARISH | On this ___ day of ___ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON EASTLAKE DEVELOPMENT, LLC THROUGH: ITS AGENT FOR SERVICE OF PROCESS: DAVID F. WAGUESPACK by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said EASTLAKE DEVELOPMENT, LLC being absent from the domicile at time of said service. Returned the same day No. ___ Deputy Sheriff of ___ |

ID: 10314247 Page 1 of 1

ATTORNEY'S NAME: Bagneris, Suzette P 22241
AND ADDRESS: 2714 Canal Street, Suite 403, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2019-10207     DIVISION: B     SECTION: 05

AKEEM, JOSHUA ET AL

Versus

DASMEN RESIDENTIAL LLC ET AL

### CITATION

TO:     RH EASTLAKE, LLC
THROUGH:     VCORP AGENT SERVICES, INC.
3867 PLAZA TOWER DRIVE, 1ST FLOOR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages WITH JURY DEMAND ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 7, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Theodore H_
Theodore Hines, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON RH EASTLAKE, LLC THROUGH: VCORP AGENT SERVICES, INC. Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN    /    / SERIAL NO.    DEPUTY    PARISH | On this _____ day of _____ served a copy of the within Petition for Damages WITH JURY DEMAND ATTACHED ON RH EASTLAKE, LLC THROUGH: VCORP AGENT SERVICES, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said RH EASTLAKE, LLC being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |