# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>          **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>          **Defendants** | **JUDGE BARRY W. ASHE** |
| | **MAGISTRATE JUDGE**<br>**DANA DOUGLAS** |
| **FILED:** _____ | _____ |
| | **DEPUTY CLERK** |
| **FILED IN: ALL CASES** | |

*Joshua Akeem, et al. v. Dasmen Residential LLC, et al.*
**USDC No. 2:19-CV-13650-BWA**
**-consolidated with-**
*Andrea Riley, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-CV-13636-BWA**
**-consolidated with-**
**-consolidated with-**
*Troyneisha Terrance, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:20-187-BWA**
**-consolidated with-**
*Johnshane Powell, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-13705-BWA**
**-consolidated with-**
*Charlene Miller, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-13673-BWA**
**-consolidated with-**
*Renata Walker, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-14634-BWA**[1]

## MASTER AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Named Plaintiffs/Putative

Class Representatives in all of the consolidated actions, **JOSHUA AKEEM, ET AL.**

(hereinafter called "Plaintiffs"), by and through their attorneys, who appear individually and on

---

[1]        These actions were consolidated by the District Court over the objection of Plaintiffs.

behalf of a putative class of similarly situated persons, to file this Master Amended Complaint

for Damages and Request for Class Certification. This pleading relates back to the date of the

original pleading because the amendment asserts claims that arose out of the conduct,

transaction, or occurrence set out – or attempted to be set out – in the original pleading.[2]

## **INTRODUCTION**

### **AMENDED PARAGRAPH 1.**

The consolidated actions have a pending request for class certification. Plaintiffs are

asserting claims individually and on behalf of a class of similarly situated persons, who satisfy

the following proposed class definition:

All persons who sustained damage through hazardous conditions, including, but not limited to, exposure to water intrusion and/or exposure to fungal substances such as mold and mold spores which were growing on building materials and were released into the air of the following apartment complexes in New Orleans: Hidden Lakes/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek, Chenault Creek/Carmel Brooks and Wind Run/Carmel Springs, and who meet any one of the following criteria:

1. You currently and/or formerly resided and/or had an employment relationship with (meaning reported to work at) the apartment complexes known as Hidden Lakes/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek, Chenault Creek/Carmel Brooks; and Wind Run/Carmel Springs, before December 13, 2017, and you allege damages from hazardous conditions, including, but not limited to, water intrusion and/or exposure to fungal substances such as mold and mold spores which were growing on building materials and were released into the air.

2. You currently and/or formerly resided and/or had an employment relationship with (meaning reported to work at) the apartment complexes known as Hidden Lakes/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek, Chenault Creek/Carmel Brooks, and Wind Run/Carmel Springs, after December 13, 2017 to the present, and you allege damages from hazardous conditions including, but not limited to, water intrusion and/or exposure to fungal substances such as mold and mold spores which were growing on building materials and were released into the air.

---

[2]     See Fed. R. Civ. Proc 15.

## AMENDED PARAGRAPH 2.

The majority of Plaintiffs are African Americans who live below the poverty line and require federal housing assistance through the United States Department of Housing and Urban Development ("HUD")/ Housing Authority of New Orleans ("HANO"). HUD/HANO's mission is to provide quality, affordable homes for all persons. The housing must be decent, safe, sanitary and in good repair. HUD's quality housing standards are set forth 24 C.F.R. §982.401.

## AMENDED PARAGRAPH 3.

Defendants breached their contractual duties to HUD/HANO and the leaseholders who were Section 8 voucher recipients, pursuant to 24 C.F.R. Part 5, §5703(f), which mandates that Defendants maintain apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold.[3]

## AMENDED PARAGRAPH 4.

Defendants breached their contractual duties to <u>all</u> Plaintiffs who were leaseholders at the subject apartment complexes. Defendants did not tender the leased premises in a clean, safe and good working condition. Defendants tendered the units failing to disclose conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once Plaintiffs submitted maintenance requests, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control. **La. C.C. art. 2322.**

---

[3] *See Claborne v. Hous. Auth. Of New Orleans*, 165 So.3d 268, (La. App, 4 Cir. 4/15/2015), a class certified for tenants receiving HANO housing vouchers who were exposed to mold at two apartment complexes in violation of 24 C.F.R. Part 5, § 5703(f).

## AMENDED PARAGRAPH 5.

Plaintiffs suffered damages as a result of the ruin of the buildings that encompass Defendants' apartment complexes. Neglectful property ownership and management caused indecent, unsafe, unsanitary conditions posing an unreasonable risk of harm to Plaintiffs. More specifically, Defendants allowed deteriorating structural components of buildings such as roofs, plumbing, gutters, slabs, siding, stairwells, etc. to cause persistent water-intrusion spurring widespread mold-infestation. Plaintiffs expressly allege "Sick Building Syndrome."[4] Additionally, Defendants' provision of inadequate security, failure to properly dispose of trash, failure to address insect, rodent, and reptile infestation, and failure to adhere to fire and safety building codes poses hazardous conditions to Plaintiffs.

## AMENDED PARAGRAPH 6.

Plaintiffs also include current and/or former employees of Defendants Southwood Realty, Latter & Blum, Dasmen Residential and The Lynd Company who claim to have suffered damages as a result of *intentional* exposure to unsafe and unsanitary working conditions, including, but not limited to, water-intrusion and mold-infestation, without personal protective equipment. This conduct violates the standards of Occupational Safety and Health Administration (OSHA), U.S. Environmental Protection Agency (EPA), and the Centers for Disease Control (CDC) which require employers to provide personal protective equipment.

---

[4]    *See Watters v. Dept of Soc. Servs.*, 15 So.3d 1128 (La. App. 4 Cir 2009) – class certified for environmental hazards, including mold and mold spores in the Plaza Tower Office Building alleging "Sick Building Syndrome."

# PARTIES

## NAMED PLAINTIFFS/PROPOSED CLASS REPRESENTATIVES

### AMENDED PARAGRAPH 7.

**The Akeem Plaintiffs**
*Joshua Akeem, et al. v. Dasmen Residential LLC, et al.*
**USDC No. 2:19-CV-13650-BWA**

(a) **JOSHUA AKEEM** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He is a former lessee at the Laguna Run Apartment Complex. His former address was 7107 Martin Drive, Apartment H-104, New Orleans, Louisiana 70126.

(b) **BRANDY WILSON** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee of Hidden Lake and Laguna Run Apartment Complexes. Her address was 7209 Martin Drive, Apartment F-209, New Orleans, Louisiana 70126.

(c) **JANICE MORGAN WILSON** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee of Hidden Lake and Laguna Run Apartment Complexes. Her former address was 7123 Martin Drive, Apartment G-106, New Orleans, Louisiana 70126.

(d) **LAQUINTA CARTER** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee of Hidden Lake and Laguna Run Apartment Complexes. Her former address was 7123 Martin Drive, Apartment G-104, New Orleans, Louisiana 70126.

(e) **DARERANICA DUPLESSIS** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee of Hidden Lake and Laguna Run Apartment Complexes. Her former address was 7000 Morrison Road, Apartment A-101, New Orleans, Louisiana 70126.

**The Riley Plaintiffs**
*Andrea Riley, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-CV-13636-BWA**

(f) **ANDREA RILEY** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Run Apartment Complex. Her former address was 7021 Martin Drive, Apartment J-103, New Orleans, Louisiana 70126.

(g) **ANGELA WOODSON** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at the Laguna Run

Apartment Complex. Her former address was 7001 Martin Drive, Apt. M-210, New Orleans, Louisiana 70126.

(h) **ASHLEY BROWN** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at the Laguna Run Apartment Complex. Her former address was 7021 Martin Drive, Apt. J-211, New Orleans, Louisiana 70126.

(i) **DAKOTA BLUNT** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at the Laguna Run Apartment Complex, Her former address was 7021 Martin Drive, Apartment J-210, New Orleans, Louisiana 70126.

(j) **CATHY HARRIS** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at the Laguna Run Apartment Complex. Her former address at was 6900 Lake Kenilworth Drive, Apartment 110, New Orleans, Louisiana 70126.

**The Johnson Plaintiffs**
***Penny Johnson, et al. v. Dasmen Residential, LLC, et al.***
**USDC No. 2:19-CV-14637-BWA**

(k) **PENNY JOHNSON** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee of Hidden Lake and Laguna Run Apartment Complexes. Her former address at was 6820 Martin Drive, Apt. D-103, New Orleans, Louisiana 70126.

(l) **PORSHA BROOKS** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Run Apartment Complex. Her former address was 7014 Martin Drive, Apartment U-211, New Orleans, Louisiana 70126.

(m)**ROCHELLE MITCHELL** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is former lessee at Laguna Run Apartment Complex. Her former address was 7001 Martin Drive, Apartment T-218, New Orleans, Louisiana 70126.

(n) **WENONAH CUTLER** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Run Apartment Complex. Her former address was 6812 Lake Kenilworth Drive, Apartment N-104, New Orleans, Louisiana 70126.

(o) **TRICHELL SORRELL** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Run Apartment Complex. Her former address at was 7005 Martin Drive, Apartment K-209, New Orleans, Louisiana 70126.

**(p) TROYNEISHA TERRANCE** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Hidden Lake Apartments and Laguna Run Apartment Complexes. Her former address was 6900 Lake Kenilworth Drive, Apartment Q-231, New Orleans, Louisiana 70126.

**(q) MELISHA BOWMAN** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Hidden Lake Apartments and Laguna Run Apartment Complex. Her former address was 6900 Lake Kenilworth Drive, Apartment Q-231, New Orleans, Louisiana 70126.

**(r) TYHEASHA CRUMEDY** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Run Apartment Complex. Her former address at Laguna Run was: 6918 Lake Kenilworth Drive, Apt. R-225, New Orleans, Louisiana 70126.

**(s) KESHA SIMMONS** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Hidden Lake and Laguna Run Apartment Complexes. Her former address was 7020 Lake Kenilworth Drive, Apartment V-216, New Orleans, Louisiana 70126.

*The Powell Plaintiff*
*Johnshane Powell, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-13705-BWA**

**(t) JOHNSHANE POWELL** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Hidden Lake and Laguna Run Apartment Complexes.

*The Miller Plaintiffs*
*Charlene Miller, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-13673-BWA**

**(u) CHARLENE MILLER** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Laguna Reserve Apartment Complex. Her former address at Laguna Reserve was 5131 Bundy Road, Apartment D-217, New Orleans, Louisiana 70126.

**(v) ERIC BROWN** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He is a current lessee at Laguna Reserve Apartment Complex located at 5131 Bundy Road, Apartment K-22 and K-32, New Orleans, Louisiana 70126.

(w) **TIFFANY WADE** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a current lessee at Laguna Reserve Apartment Complex. Her current address at Laguna Reserve is 5131 Bundy Road, Apartment R-10, New Orleans, Louisiana 70126.

*The Walker Plaintiffs*
*Renata Walker, et al. v. Dasmen Residential, LLC, et al.*
**USDC No. 2:19-14634-BWA**

(x) **RENATA WALKER** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Carmel Brooks Apartment Complex. Her former address was 12345 N-10 Service Road, Apartment 1502, New Orleans, Louisiana 70128.

(y) **TIFFANY A. CERRE** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a current lessee at Carmel Brooks Apartment Complex. Her address is 12345 N-10 Service Road, Apt. 202, in New Orleans, Louisiana 70128.

*The Carmel Springs Named Plaintiffs/Proposed Class Representatives*

(z) **MELANIE ANDERSON** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a current lessee at Carmel Springs Apartment Complex. Her address is 12151 N-10 Service Road, Apt. 525, New Orleans, Louisiana 70128.

(aa) **AHSHAKI RILES** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a former lessee at Carmel Springs Apartment Complex. Her address was 12151 N-10 Service Road, Apt. 115, New Orleans, Louisiana 70128.

*The Laguna Creek Named Plaintiffs/Proposed Class Representatives*

(bb) **LISHA BARLEY** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. She is a current lessee at Laguna Creek Apartment Complex. Her address is 6881 Parc Brittany Blvd., Apt. D-105, New Orleans, Louisiana 70128.

*The Former Employee Named Plaintiffs/Proposed Class Representatives*

(cc) **DWAYNE CHANEY** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He was employed by Defendant Dasmen Residential from December 14, 2017 through November 2019. He was employed by Defendant Lynd from November 2019 through 2020.

**(dd)     RONALD L. EDWARDS, SR.** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He was employed by Defendant Latter & Blum from 2015 through December 13, 2017. He was employed by Defendant Dasmen Residential from March 2019 through November 2019; He was employed by Defendant Lynd November 2019 through 2020.

**(ee)     RICHARD COLEMAN** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He was employed by Defendant Latter & Blum from 2016 through December 13, 2017. He was employed by Defendant Dasmen from December 13, 2017 through November 2019.

**(ff) JOHN HOUSE** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. was employed by Defendant Dasmen from March 1, 2018 through April 2019.

**(gg)     SHELTON LUVINE** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He was employed by Defendant Latter & Blum from April 20, 2014 through December 13, 2017. He was employed by Defendant Dasmen Residential from December 14, 2017 through November 2019.

**(hh)     TONY CRAWFORD** is a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana. He was employed by Defendant Dasmen Residential from July 2018 through February 2019. He worked as a renovations project manager at all of the subject apartment complexes.

## DEFENDANTS

## AMENDED PARAGRAPH 8.

Defendants are former and/or current property owners/managers (and their insurer) of Hidden Lake/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek; Chenault Creek/Carmel Brooks and Wind Run/Carmel Springs, who caused Plaintiffs to suffer damages occasioned by the ruin of buildings, as a result of neglect to repair them.

A. **THE FORMER OWNERS PRIOR TO DECEMBER 13, 2017:**

(1) **EASTLAKE DEVELOPMENT, LLC (hereinafter referred to as "Eastlake Development")** is a domestic corporation organized under the laws of the State of Louisiana.

(2) **LAKEWIND EAST APARTMENTS, LLC (hereinafter referred to as "Lakewind East**) is a domestic corporation organized under the laws of the State of Louisiana.

(3) **TRIANGLE REAL ESTATE OF GASTONIA, INC., (hereinafter referred to as "Triangle Real Estate")** is a foreign corporation organized under the laws of the State of North Carolina.

(4) **SOUTHWOOD REALTY COMPANY (hereinafter referred to as "Southwood Realty")** is a foreign corporation organized under the laws of the State of North Carolina.[5]

## B. THE CURRENT OWNERS AFTER DECEMBER 13, 2017:[6]

(5) **RH EAST LAKE, LLC** (hereinafter referred to as "RH East Lake") is a foreign corporation organized under the laws of the State of Delaware.

(6) **RH LAKEWIND EAST, LLC** (hereinafter referred to as "RH Lakewind East") is a foreign corporation organized under the laws of the State of Delaware.

(7) **RH COPPER CREEK, LLC** (hereinafter referred to as "RH Copper Creek") is a foreign corporation organized under the laws of the State of Delaware.

(8) **RH WINDRUN, LLC** (hereinafter referred to as "RH Windrun") is a foreign corporation organized under the laws of the State of Delaware.

(9) **RH NEW ORLEANS HOLDINGS, LLC** (hereinafter referred to as "RH New Orleans Holdings") is a foreign corporation organized under the laws of the State of Delaware.

## C. THE FORMER PROPERTY MANAGEMENT COMPANIES

(10) **KFK GROUP, LLC** ((hereinafter referred to as "KFK Group") is a domestic corporation organized under the laws of the State of Louisiana.

(11) **KFK DEVELOPMENT, LLC** (hereinafter referred to as "KFK Development") is a domestic corporation organized under the laws of the State of Louisiana.

---

[5] Triangle Real Estate and Southwood Realty have the same President, namely: Herman E. Ratchford, Jr. They share the domicile address of 165 S. York Street, Gastonia, NC 28053. They share the same principal office located at 165 S. York Street, Gastonia, North Carolina 28053. They share the same registered agent for service: Andrew Burnside of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 701 Poydras Street, Suite 3500, New Orleans, Louisiana 70139.

[6] All of the RH entities (RH Eastlake, RH Lakewind East, RH Copper Creek, RH Windrun, and RH New Orleans Holdings) have the same sole member, namely: Mark Silber. They share the same domicile address of 1013 Centre Road, Suite 403-B, Wilmington, Delaware 19805. They share the same principal office located at 400 Rella Blvd., Suite 301, Suffern, New York 10901. They share the same registered agent for service: Vcorp Agent Services, Inc., 3867 Plaza Tower Blvd., 1st Floor, Baton Rouge, Louisiana 70816.

(12)   **LATTER & BLUM PROPERTY MANAGEMENT, INC.** (hereinafter referred to as "Latter & Blum") is a domestic corporation organized under the laws of the State of Louisiana.

(13)   **DASMEN RESIDENTIAL, LLC** (hereinafter referred to as "Dasmen") is a foreign corporation organized under the laws of Delaware.

**D.  THE CURRENT PROPERTY MANAGEMENT COMPANY**

(14)   **THE LYND COMPANY** (hereinafter referred to as "Lynd") is a foreign corporation organized under the laws of the State of Texas.

**E.  THE INSURER**

(15)   **WILSHIRE INSURANCE COMPANY** (hereinafter referred to as "Wilshire") is a foreign corporation organized under the laws of the State of North Carolina, which provided a policy of insurance that insured Defendants Eastlake Development, KFK Group, KFK Development, and Latter & Blum. It also provided a policy of insurance that insured Defendants Dasmen Residential, LLC, RH New Orleans Holdings, LLC, RH Chenault Creek, LLC, RH Copper Creek, LLC, RH Windrun LLC, RH East Lake, LLC, and RH Lakewind East, LLC.

Plaintiffs reserve the right to amend and to supplement this listing of defendants as new entities are discovered in this lawsuit.

# JURISDICTION

## AMENDED PARAGRAPH 9.

The consolidated lawsuits were originally filed in Orleans Parish, Louisiana. Defendants removed the consolidated lawsuits to the USDC, EDLA, pursuant to the Class Action Fairness Act, 28 U.S.C. §1332(d) ("CAFA"), because (A) there are more than 100 members of the proposed class, (B) the aggregate amount in controversy exceeds $5,000,000.00, exclusive of interest and costs, and (C) there is diversity of citizenship between one plaintiff class member and defendant.[7]

---

[7]   28 U.S.C. §1332(d)(2); *Robertson v. Exxon Mobil Corp.,* 814 F.3d 236 (5th Cir. 2015) (*citing Hood ex rel. Mississippi v. JP Morgan Chase & Co.*, 737 F.3d 78, 85-86 (5th Cir. 2013)).

## VENUE

### AMENDED PARAGRAPH 10.

Venue is proper because the USDC, EDLA is the district court embracing Orleans Parish, Louisiana, where the state court action is pending.[8]

## JOINT AND IN SOLIDO LIABILITY

### AMENDED PARAGRAPH 11.

Defendants are jointly and *in solido* liable and indebted to Plaintiffs for such damages as are reasonable in the premises, including bodily injury, emotional distress, loss of enjoyment of life, medical expenses, property damages and relocation expenditures, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for the following reasons, to-wit:

## FACTUAL BACKGROUND

### AMENDED PARAGRAPH 12.

Upon information and belief, <u>ALL</u> of the subject apartment complexes [Hidden Lake/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek; Chenault Creek/Carmel Brooks and Wind Run/Carmel Springs], were the subject of a **<u>December 13, 2017</u>** bulk sale of property between Elie Khouri [the owner of Eastlake Development, KFK Development, and KFK Group]; Herman E. Ratchford, Jr. [the owner of Triangle Real Estate and Southwood Realty]; and Mark Silber [the owner of all of the RH Entities]. Curiously, some of the properties were transferred at no cost to the RH Entities. **The total number of apartment units transferred in the commercial transaction was 1,990.**

---

# HIDDEN LAKE/LAGUNA RUN

## AMENDED PARAGRAPH 13.

On December 11, 2012, Defendant Eastlake Development acquired Hidden Lake Apartment Complex located at 6800 Martin Drive, New Orleans, Louisiana 70126. Eastlake Development is wholly owned by Defendant KFK Development, which is wholly owned by Defendant KFK Group. From December 11, 2012 through December 13, 2017, the foregoing defendants owned Hidden Lake until they conveyed the property to Defendant RH Eastlake, through Act of Sale. Upon information and belief, Defendant Eastlake Development misrepresented to Defendant RH Eastlake that the subject property was in good condition and free of vices, ruin, and defects. Defendant RH Eastlake changed the name of the apartment complex to Laguna Run Apartment Complex.[9]

## AMENDED PARAGRAPH 14.

The building structures known as Hidden Lake/Laguna Run were built in 1970. The apartment complex has 442 units. It is comprised of multiple 2-story buildings. There units range from 729 square feet to 1,086 square feet in size. The apartment complex spans 30 acres around a stagnant pond infested with water moccasins and alligators. The pond is not fenced and poses a safety hazard to children and other residents.

## AMENDED PARAGRAPH 15.

When Hidden Lake was owned by Eastlake Development, KFK Development and KFK Group, Defendant Latter & Blum served as the property manager. From December 14, 2017 through November 2019, when RH Eastlake owned the property, Dasmen Residential served as

---

[9]     Ex. 1, Assessor's Records for City of New Orleans pertaining to 6800 Martin Drive, New Orleans, Louisiana 70126. The property was sold for $1,000.00.

property manager. In September 2019,  RH Eastlake terminated its contract with Dasmen

Residential and hired Lynd to serve as property manager.

## WIDESPREAD WATER-INTRUSION ISSUES

## AMENDED PARAGRAPH 16.

Laguna Run has substantial water intrusion issues causing the ruin of the building:

A. The majority of buildings consist of Duro-Last roofs that were sealed improperly. Since the construction of the building in 1970, the roofs have deteriorated over time. Traumatic roof damage is causing water-intrusion to the upstairs units. The upstairs units are leaking into the downstairs units. The roof has never been replaced; instead, the roof is consistently patched.[10] The roofs are rotting and becoming sponge-like causing instability and dangerous conditions. Because the roofs are flat, water pools and there is no way for it to run off.[11]

B. A few of the buildings have gray shingle roofs that cause water-intrusion because the buildings do not have gutters to redirect the flow of water.[12]

C. The air conditioning units sit directly on the Duro-Last rooftops and were installed improperly. They should have been constructed on raised platforms; instead, they were installed directly on the roof causing water to pool on the rooftops. Therefore, the air conditioning units serve as a source of water-intrusion into second floor apartments. Some of the air conditioning units are inoperable and were just taken apart and left on rooftops.[13]

D. Ten to twelve buildings have "floating slabs". The drainage system is deteriorating and causing the slabs to separate from the buildings. As a result, inches of water rise up from the slab and flood first floor apartments.[14]

E. The foundation/slabs of other buildings are sinking, cracking and shifting causing water intrusion into downstairs units.[15] In some buildings, there were actual sink holes in the slab.[16]

F. The cast iron pipes that were original to the building when it was constructed in 1970 are eroding, developing hairline fractures, and causing severe plumbing problems throughout

---

[10]     Ex. 6, Depo Tr. of John House at pp. 16-18; 24-25.
[11]     Ex. 7, Depo Tr. of Dwayne Chaney at p. 40; Ex. 8, Depo Tr. of Shelton Luvine at pp. 20-21; Ex  9, Depo Tr. of Ronald Edwards at p. 68 and 76.
[12]     Ex. 6, Depo Tr. of John House at p. 21.
[13]     Ex. 6, Depo Tr. of John House at pp. 22-23; Ex. 10, Depo Tr. of Tony Crawford at pp. 26-27; Ex. 7, Depo Tr. of Dwayne Chaney at pp. 54-55; Ex. 8, Depo Tr. of Shelton Luvine at p. 20.
[14]     Ex. 6, Dep Tr. of John House at p. 32.
[15]     Ex. 6, Depo Tr. of John House at p. 33; Ex. 10, Depo Tr. of Tony Crawford at pp. 35-36.
[16]     Ex. 8, Depo Transcript of Shelton Luvine at pp. 22-24; Ex. 11, Depo Tr. of Richard Coleman at p. 20.

the entire apartment complex. Both the Regional Maintenance Supervisor, John House, and the Renovation Project Manager, Tony Crawford, recommended to Dasmen's corporate office that all cast iron pipes be removed and replaced with PVC pipe to satisfy building codes and render the buildings water-tight. The recommendations were rejected by Dasmen.[17]

G. The breach of the cast iron pipes is causing urine and feces to back up from toilets, tubs and sinks. It is also causing urine and feces to drain down walls and ceilings from upstairs apartments into downstairs apartments.[18]

H. The siding on the buildings is retaining water due to the lack of gutters.[19]

I. The windows are sealed improperly causing water intrusion.[20]

J. The water intrusion is causing the wood framing inside of the walls to rot.[21]

K. The water intrusion is causing the handrails and staircases to erode and become hazardous.[22]

L. The water intrusion causes structural weakness of the second floors causing them to rot, weaken and collapse into first floor apartments. Numerous first floor ceilings have collapsed into first floor apartments. One to two ceilings per week would collapse due to water intrusion issues.[23] [24]

M. Doors are leaking causing water intrusion issues.[25]

## **AMENDED PARAGRAPH 17.**

The Project Manager for Defendant Dasmen Residential, Tony Crawford, provided actual notice of the foregoing vices and defects to Jay Ginsberg and Joe Erblich in the corporate office of Defendant Dasmen Residential.

---

[17]  Ex. 6, Depo Tr. of John House at pp. 34 and 61; Ex. 10, Depo Tr. of Tony Crawford at pp. 26-30; Ex. 7, Depo Tr. of Dwayne Chaney at p. 55; Ex. 9, Depo Tr. of Ronald Edwards at pp. 115-116; Ex. 11, Depo Tr. of Richard Coleman at p. 20.
[18]  Ex. 10, Depo Tr. of Tony Crawford at p. 36; Ex. 6, Depo Tr. of John House at p. 88; Ex. 7, Depo Tr. of Dwayne Chaney at p. 44; Ex. 8, Depo Tr. of Shelton Luvine at p. 37; Ex. 9, Depo Tr. of Ronald Edwards at pp. 124-125.
[19]  Ex. 6, Depo Tr. of John House at p. 39; Ex. 11, Depo Tr. of Richard Coleman at p. 20.
[20]  Ex. 6, Depo Tr. of John House at pp. 34-36; Ex. 7, Depo Tr. of Dwayne Chaney at p. 45; Ex. 8, Depo Tr. of Shelton Luvine at pp. 17-19; 27; Ex. 11, Depo Tr. of Richard Coleman at p. 20.
[21]  Ex. 6, Depo Tr. of John House at pp. 33.
[22]  Ex. 10, Depo Tr. of Tony Crawford at p. 32; Ex.11, Depo Tr. of Richard Coleman at p. 20.
[23]  Ex. 10, Depo Tr. of Tony Crawford at p. 33; Ex. 9, Depo Tr. of Ronald Edwards at pp. 118-119.
[24]  Ex. 7, Depo Tr. of Dwayne Chaney at p. 61; Ex. 8, Depo Tr. of Shelton Luvine at pp. 28-29.
[25]  Ex. 7, Depo Tr. of Dwayne Chaney at p. 49.

## WIDESPREAD MOLD-INTRUSION ISSUES

### AMENDED PARAGRAPH 18.

Laguna Run's widespread water-intrusion issues occurred over an extended period of time causing the ruin of the building and spurring widespread mold-intrusion throughout the apartment complex including apartment units and common areas.[26]

### AMENDED PARAGRAPH 19.

Maintenance crews were never properly trained to perform mold remediation; hence, mold remediation was performed improperly. The maintenance men would spray the mold with Kilz or bleach and only cut out the affected portion of the sheetrock. They were not cutting the sheetrock to the wood and curing it. Insulation was not being removed and replaced. Patch-work was being performed with tenants, including small children, living in the units.[27]

### AMENDED PARAGRAPH 20.

Whenever cabinets, vanities and sheetrock were removed at Laguna Run to perform cosmetic renovations, extensive plumbing problems, mold, insect and rodent infestation was evident throughout the apartment complex[28].

### AMENDED PARAGRAPH 21.

The apartments at Laguna Run shared a common ventilation system (HVAC) which allowed mold and mold spores to spread throughout the apartment complex by air.

---

[26]     Ex. 9, Depo Tr. of Ronald Edwards at p. 125; Ex. 11, Depo Tr. of Richard Coleman at p. 20.
[27]     Ex. 6, Depo Tr. of John House at pp. 40-42; Ex. 10, Depo. Tr. of Tony Crawford at p. 28; Ex.7, Depo Tr. of Dwayne Chaney at p. 12; Ex. 9, Depo Tr. of Ronald Edwards at p. 63.
[28]     Ex. 10, Depo Tr. of Tony Crawford at pp. 12-14.

## AMENDED PARAGRAPH 22.

There was also widespread mold intrusion in the common areas of Laguna Run including, but not limited to, laundry rooms, hallways and stairwells.[29]

## AMENDED PARAGRAPH 23.

Dasmen Residential brought at least one mold abatement company to Laguna Run to provide bids for mold abatement; however, Dasmen did not hire them for financial reasons.[30]

## AMENDED PARAGRAPH 24.

The maintenance staff was instructed by Dasmen Residential to spray Kilz, bleach or Microban on the mold knowing that it would not stop the spread of mold, but only silence tenants' complaints for a few days. Former maintenance employees testified that water soaked carpets were replaced at the discretion of the property manager. Many carpets were not replaced and maintained an odor and mold growth from water damage.[31]  Tenants at Laguna Run were not relocated during mold remediation efforts, even if they had young children.[32]

## WIDESPREAD ELECTRICAL PROBLEMS

## AMENDED PARAGRAPH 25.

Laguna Run had extensive electrical wiring problems because the wiring was outdated, not up to the City of New Orleans' building codes, and posed a fire hazard. The electrical panels were left uncovered which caused safety issues.[33]

---

[29]     Ex. 6, Depo Tr. of John House at pp. 48-49; Ex. 8, Depo Tr. of Shelton Luvine at p. 35; Ex. 9, Depo Tr. of Ronald Edwards at pp. 120-121.
[30]     Ex. 7, Depo Tr. of Dwayne Chaney at pp. 25-26; Ex. 9, Depo Tr. of Ronald Edwards at p. 48.
[31]     Ex. 7, Depo Tr. of Dwayne Chaney at pp. 46-48, 95; Ex. 9, Depo Tr. of Ronald Edwards at p. 64.
[32]     Ex. 7, Depo Tr. of Dwayne Chaney at p. 88.
[33]     Ex. 6, Depo Tr. of John House at pp. 68-69; Ex. 10, Depo Tr. of Tony Crawford at pp. 26-27.

## WIDESPREAD INSECT, RODENT AND REPTILE INFESTATION ISSUES

## AMENDED PARAGRAPH 26.

There was a widespread problem with insect, rodent, and reptile infestation at Laguna Run. There were bats and rats inside of the walls and HVAC ventilation system. There were poisonous water moccasins that would enter tenants' units and nest on outside patios. There were five to six foot alligators in an unfenced lake on the property. There are signs posted by the property managers stating: "Do not feed the alligators."[34] All of these issues present an unreasonable risk of harm to tenants.

## VIOLATIONS OF LOUISIANA FIRE CODE

## AMENDED PARAGRAPH 27.

On September 3, 2019, the Louisiana State Fire Marshall and the New Orleans Fire Department conducted a unit-to-unit inspection of Laguna Run. They cited Laguna Run's owners for the following violations of the NFPA National Fire Alarm and Signaling Code and NFPA Standard for Portable Fire Extinguishers:

A. The fire alarm system at the complex was inoperable;

B. The fire alarm systems had faulty wiring;

C. Extension cords were being used as permanent wiring in electrical rooms;

D. There were open electrical junction boxes;

E. Exits were not clearly marked;

F. The travel distance to fire extinguishers exceeded the maximum of 75 feet;

G. Every apartment unit lacked an operable smoke detector;

H. Every apartment unit lacked a fire extinguisher; and

---

[34]     Ex. 7, Depo Tr. of Dwayne Chaney at pp. 71-78; Ex.11, Depo of Richard Coleman at p. 33.

I.  There was no fire safety evacuation plan posted in every building.[35]

## AMENDED PARAGRAPH 28.

Because of the hazardous condition of the fire alarm system, the New Orleans Fire Department set up a mandatory life-safety protection for the residents which allowed them to stay in their homes. The fire department set up a fire-watch to monitor the facility for smoke or fire activity until fire protection equipment could be repaired or installed. A conference call was held with the property owner, property manager, and City Code Enforcement to bring the facility into compliance. 315 battery-operated, 10 year smoke alarms were installed at Laguna Run until the deficiencies could be addressed by Dasmen. It was determined that 140 unites were occupied by HANO-voucher recipients.[36] On September 11, 2019, the fire departments re-inspected Laguna Run and noted the deficiencies were satisfied.[37] The fire alarm system at Laguna Run was inoperable until September 11, 2019.[38]  The foregoing negligent conduct of the Defendants endangers the lives of every Laguna Run resident and employee.

## VIOLATIONS OF CITY OF NEW ORLEANS' BUILDING CODES

## AMENDED PARAGRAPH 29.

In response to a request from the Metropolitan Crime Commission, the City of New Orleans developed a task force to inspect every unit at Laguna Run on September 3, 2019. The City's Code Enforcement Department documented hazards and deficiencies including "a proliferation of mold, leaking plumbing, improper electrical wiring, and non-working and missing mandatory smoke and fire alarm protection.

---

[35]  Ex. 13, State Fire Marshall's Report #GE-19-038160-1 dated 9/3/2019.
[36]  Ex. 15, Meeting Memorandum to Mayor Cantrell from Chief Tim McConnell, Supt. Fire dated 9/4/2019
[37]  Ex. 14, State Fire Marshall's Report ##GE-19-038160-2 dated 9/11/2019.
[38]  Ex. 9, Depo. Tr. of Ronald Edwards at p. 131.

## AMENDED PARAGRAPH 30.

According to the sworn testimony of Zachary Smith, the Corporate Representative of the City's Department of Safety and Permits, the presence of the following violations of Chapter 26 of the Building Code were noted at Laguna Run:

A.  A proliferation of mold throughout the complex;

B.  Holes in walls and ceilings;

C.  Ceiling leaks;

D.  Deteriorated floors;

E.  Window problems;

F.  Roof issues;

G.  Siding issues;

H.  Electrical problems;

I.  Plumbing issues including feces and urine running down walls and ceilings;

J.  Trash issues;

K.  Green Swimming Pool.

Mr. Smith testified that the City was frustrated that in the midst of all of the code violations and deplorable living conditions, *which rank at the highest levels of severity,* tenants were being evicted from the property for complaining about the conditions. He testified the owners did not appear "to be acting in good faith."[39] Further, when the City returned to inspect the property on November 5, 2019, the conditions persisted showing a grave indifference to City's authority by the owner and property manager.[40]

---

[39]  Ex. 12, Depo Tr. of Zachary Smith at pp. 22, 61, 62, 66, 67, 83,84, and 134.
[40]  Ex. 16, City of New Orleans' inspection report dated 11/5/2019

## VIOLENT CRIME/INADEQUATE SECURITY

### AMENDED PARAGRAPH 31.

Security at Laguna Run is inadequate. There is widespread crime, including violent crime, at Laguna Run. Drug deals, shootings, and murders were occurring in broad daylight in common areas of the apartment complex.[41]  In fact, one of the proposed class representatives, Mr. Dwayne Pierce, was murdered in his apartment during the pendency of this case. Due to the unsafe conditions and inadequate security, Dasmen's maintenance men started carrying firearms to protect themselves while conducting repairs. Residents frequently expressed concerns for their safety to maintenance workers.[42]

### AMENDED PARAGRAPH 32.

Approximately eighty (80) apartment units are vacant and unsecured, given access to armed squatters and criminals to inhabit them.[43] There is a huge hole in the back of the fence that people use to gain entry to the complex.[44]

## LAKE WIND EAST/LAGUNA RESERVE

### AMENDED PARAGRAPH 33.

On November 12, 2007, Defendant Lakewind East acquired the Lakewind East Apartment Complex from Defendant Triangle Real Estate. The property is located at 5131 Bundy Road, New Orleans, Louisiana 70126. Defendant Lakewind East owned the property from November 12, 2007 through December 13, 2017, when it conveyed the property to Defendant RH Lakewind East, LLC, through Act of Sale. The sale of the property was for zero

---

[41]      Ex. 6, Depo Tr. of John House at pp. 53-54
[42]      Ex. 7, Depo. Tr. of Dwayne Chaney at pp, 66-69; Ex. 8, Depo Tr. of Shelton Luvine at pp. 40-41; Ex. 9, Depo Tr. of Ronald Edwards at p. 92, 105, 108, and 157.
[43]      Ex. 7, Depo Tr. of Dwayne Chaney at pp. 26-28.
[44]      Ex. 7, Depo Tr. of Dwayne Chaney at p. 76.

dollars. Upon information and belief, Defendant Lakewind East misrepresented to Defendant RH Lakewind East that the subject property was in good condition and free of vices, ruin, and defects. Defendant Lakewind East changed the name of the apartment complex to Laguna Reserve Apartment Complex.[45]

## AMENDED PARAGRAPH 34.

Lakewind East/Laguna Reserve is located at 5131 Bundy Road, New Orleans, Louisiana 70127. It was constructed in 1985 and consists of 348 units. Each building is three stories. The apartments range in size from 750 square feet to 1,250 square feet.

## AMENDED PARAGRAPH 35.

When Lakewind East was owned by Triangle Real Estate, Southwood Realty served as the property manager. From December 14, 2017 through November 2019, when RH Lakewind East owned the property, Dasmen Residential served as property manager. In September 2019, RH Eastlake terminated its contract with Dasmen Residential and hired Lynd to serve as property manager.

## WIDESPREAD WATER-INTRUSION ISSUES

## AMENDED PARAGRAPH 36.

Laguna Reserve had the following water intrusion issues that caused the ruin of the building:

A. The roofs and chimney caps were not properly installed and/or designed which caused water-intrusion issues. This issue was finally addressed in 2019, but the water intrusion had already caused substantial damages to every apartment unit and the widespread presence of mold throughout the apartment complex.[46]

---

[45] Ex. 2, Assessor's Records for City of New Orleans pertaining to 5131 Bundy Road, New Orleans, Louisiana 70126, New Orleans, Louisiana 70126.
[46] Ex. 6, Depo Tr. of John House at pp. 79-80; Ex. 10, Depo Tr. of Tony Crawford at p. 39; Ex. 8, Depo Tr. of Shelton Luvine at pp. 33-34

B. The air conditioning units and hot water heaters were placed in the same closet creating moisture and water-including issues.

C. There were water intrusion issues present on all balconies, stairwells and common areas.[47]

## WIDESPREAD MOLD-INTRUSION

## AMENDED PARAGRAPH 37.

Water-intrusion from the roofs and chimney caps was neglected over an extended period of time spurring mold-intrusion throughout Laguna Reserve. Additionally, the air conditioning units were installed in the same closet as the hot water heaters creating moisture and water-intrusion issues spurring mold growth in 1/3 of the units at Laguna Reserve.[48] There were tremendous amounts of mold in common areas such as laundry rooms.[49]

## AMENDED PARAGRAPH 38.

The apartments at Laguna Reserve shared a common ventilation system (HVAC) which allowed mold and mold spores to spread throughout the apartment complex through the air.

## AMENDED PARAGRAPH 39.

Maintenance crews were never properly trained to perform mold remediation; hence, mold remediation was performed improperly. The maintenance men would spray the mold with Kilz /bleach and only cut out the affected portion of the sheetrock. They were not cutting the sheetrock to the wood and curing it. Insulation was not being removed and replaced. Mold remediation was being performed with tenants, including small children, living in the units.[50]

---

[47]      Ex. 6, Depo Tr. of John House at p. 81
[48]      Ex. 10, Depo Tr. of Tony Crawford at p.39; Ex. 7, Depo Tr. of Dwayne Chaney at pp. 108-111; Ex. 8, Depo Tr. of Shelton Luvine at pp. 33-34
[49]      Ex. 9, Depo Tr. of Ronald Edwards at pp. 161-162
[50]      Ex. 6, Depo Tr. of John House at pp. 40-42; Ex.10, Depo Tr. of Tony Crawford at p. 28; Ex. 7, Depo Tr. of Dwayne Chaney at p. 12; Ex. 9, Depo Tr. of Ronald Edwards at p. 63.

## WIDESPREAD ELECTRICAL PROBLEMS

### AMENDED PARAGRAPH 40.

Laguna Reserve had widespread electrical problems caused by neglect to make repairs.[51]

# WINDRUN/CARMEL SPRINGS

### AMENDED PARAGRAPH 41.

On March 11, 2008, Defendant Triangle Real Estate acquired the Windrun Apartment Complex located at 12151 N. I-10 Service Road, New Orleans, Louisiana 70128. It owned the property from March 11, 2008 through December 13, 2017, when it conveyed the property to Defendant RH Windrun, LLC, through Act of Sale. The sale was for zero dollars. Upon information and belief, Defendant Triangle Real Estate misrepresented to Defendant RH Windrun, LLC that the subject property was in good condition and free of vices, ruin, and defects. Defendant RH Windrun changed the name of the apartment complex to Carmel Springs Apartment Complex.[52]

### AMENDED PARAGRAPH 42.

The building structures known as Windrun/Carmel Springs Apartment Complex were built in 1984. The apartment complex is comprised of 400, 2-story units. The complex offers two styles of apartments ranging in size from 680 square feet to 860 square feet.

### AMENDED PARAGRAPH 43.

When Carmel Springs was owned by Triangle Real Estate, Southwood Realty served as the property manager. From December 14, 2017 through November 2019, when RH Windrun owned the property, Dasmen Residential served as property manager. Then, after the filing of the

---

[51]     Ex. 6, Depo Tr. of John House at p. 83
[52]     Ex. 3, Assessor's Records for City of New Orleans pertaining to 12151 N. I-10 Service Road, New Orleans, Louisiana 70128

subject lawsuits, RH Windrun terminated its contract with Dasmen Residential in September 2019 and hired Lynd to serve as property manager.

## WIDESPREAD WATER INTRUSION ISSUES

## AMENDED PARAGRAPH 44.

Every roof at Carmel Springs leaks causing water-intrusion.

## WIDESPREAD MOLD-INTRUSION ISSUES

## AMENDED PARAGRAPH 45.

Due to the roofs leaking over an extended period of time, there is mold-intrusion present in every building.[53]

## AMENDED PARAGRAPH 46.

The apartments at Laguna Reserve shared a common ventilation system (HVAC) which allowed mold and mold spores to spread throughout the apartment complex through the air.

## AMENDED PARAGRAPH 47.

The maintenance crews at Carmel Springs were never properly trained to perform mold remediation; hence, mold remediation was performed improperly. The maintenance men would spray the mold with Kilz and only cut out the affected portion of the sheetrock. They were not cutting the sheetrock to the wood and curing it. Insulation was not being removed and replaced. Mold remediation was being performed with tenants, including small children, living in the units.

## WIDESPREAD ELECTRICAL PROBLEMS

## AMENDED PARAGRAPH 48.

Carmel Springs has widespread electrical problems caused by neglect to make repairs. The electrical wiring does not satisfy City building codes.[54]

---

[53]     Ex. 9, Depo Tr. of Ronald Edwards at p. 82; Ex. 10, Depo Tr. of Tony Crawford at p. 52
[54]     Ex.6, Depo Tr. of John House at p. 83

# CHENAULT CREEK/CARMEL BROOKS

## AMENDED PARAGRAPH 49.

On August 9, 2007, Defendant Triangle Real Estate acquired the Chenault Creek Apartment Complex located at 12345 N-10 Service Road in New Orleans, Louisiana 70128. From August 9, 2007 through December 13, 2017, when it conveyed the property to Defendant RH Chenault Creek, LLC, through Act of Sale. The sale was for zero dollars. Upon information and belief, Defendant Triangle Real Estate misrepresented to Defendant RH Chenault Creek, LLC that the subject property was in good condition and free of vices, ruin, and defects. Defendant RH Chenault Creek changed the name of the apartment complex to Carmel Brooks Apartment Complex.[55]

## AMENDED PARAGRAPH 50.

The building structures known as Chenault Creek/Carmel Brooks Apartment Complex were built in 1989. The apartment complex is comprised of 584, 3 story units. The size of the units ranges from 539 square feet to 953 square feet.

## AMENDED PARAGRAPH 51.

When Carmel Brooks was owned by Triangle Real Estate, Southwood Realty served as the property manager. From December 14, 2017 through November 2019, when RH Chenault owned the property, Dasmen Residential served as property manager. In September 2019, RH Chenault Creek terminated its contract with Dasmen Residential and hired Lynd to serve as property.

---

[55] Ex. 4, Assessor's Records for City of New Orleans pertaining to 12345 N-10 Service Road in New Orleans, Louisiana 70128.

## WIDESPREAD WATER-INTRUSION ISSUES

## AMENDED PARAGRAPH 52.

Carmel Brooks has leaking roofs and balconies, [56] and leaking cast iron pipes,[57] causing water-intrusion.

## WIDESPREAD MOLD-INTRUSION ISSUES

## AMENDED PARAGRAPH 53.

Due to the failure to address water-intrusion issues, there was mold-intrusion present in every building.[58]

## AMENDED PARAGRAPH 54.

The apartments at Carmel Brooks shared a common ventilation system (HVAC) which allowed mold and mold spores to spread throughout the apartment complex through the air.

## AMENDED PARAGRAPH 55.

The maintenance crews at Carmel Brooks were never properly trained to perform mold remediation; hence, mold remediation was performed improperly. The maintenance men would spray the mold with Kilz/bleach and only cut out the affected portion of the sheetrock. They were not cutting the sheetrock to the wood and curing it. Insulation was not being removed and replaced. Patch-work was being performed with tenants, including small children, living in the units.

---

[56]     Ex. 9, Depo Tr. of Ronald Edwards at p. 82; Ex.10, Depo Tr. of Tony Crawford at p. 52
[57]     Ex. 9, Depo Tr. of Ronald Edwards at p. 82; Ex. 10, Depo Tr. of Tony Crawford at p. 52
[58]     Ex. 9, Depo Tr. of Ronald Edwards at p. 82; Ex. 10, Depo Tr. of Tony Crawford at p. 52; Ex. 6, Depo Tr. of John House at p. 98, lines 22-24.

## WIDESPREAD ELECTRICAL PROBLEMS

### AMENDED PARAGRAPH 56.

Carmel Springs had widespread electrical problems caused by neglect to make repairs.

The electrical wiring is not up to code.[59]

# COPPER CREEK/LAGUNA CREEK

### AMENDED PARAGRAPH 57.

On October 8, 1999, Defendant Southwood Realty acquired the Copper Creek Apartment

Complex located at 6881 Parc Brittany Blvd., New Orleans, Louisiana 70126. It owned the

property from October 8, 1999 through December 13, 2017, when it conveyed the property to

Defendant RH Copper Creek, LLC, through Act of Sale. The sale was for zero dollars. Upon

information and belief, Defendant Southwood Realty misrepresented to Defendant RH Chenault

Creek, LLC that the subject property was in good condition and free of vices, ruin, and defects.

Defendant RH Copper Creek changed the name of the apartment complex to Laguna Creek

Apartment Complex.[60]

### AMENDED PARAGRAPH 58.

The building structures known as Copper Creek/Laguna Creek Apartment Complex were

built in 1981. The apartment complex is comprised of 216, 3 story units. The units range in size

from 617 square feet to 866 square feet.

### AMENDED PARAGRAPH 59.

At all times pertinent to the ownership of Laguna Creek by Triangle Real Estate,

Southwood Realty served as the property manager.

---

[59]     Ex. 6, Depo Tr. of John House at p. 83
[60]     Ex. 5, Assessor's Records for City of New Orleans pertaining 6881 Parc Brittany Blvd., New Orleans,
Louisiana 70126

## AMENDED PARAGRAPH 60.

From December 14, 2017 through November 2019, when RH Copper Creek owned the property, Dasmen Residential served as property manager. In September 2019, RH Copper Creek terminated its contract with Dasmen Residential and hired Lynd to serve as property.

## WIDESPREAD WATER-INTRUSION PROBLEMS

## AMENDED PARAGRAPH 61.

Laguna Creek's source of water intrusion was leaking roofs and the lack of gutters to properly drain water. A lot of the porches have collapsed due to water intrusion. The exterior of entire sides of buildings have been replaced due to water intrusion. Sometimes, there was nothing solid to adhere sheetrock to because the wood inside of the wall was decayed from water intrusion.[61]

## WIDESPREAD MOLD-INTRUSION PROBLEMS

## AMENDED PARAGRAPH 62.

Ninety-percent of all units had mold-intrusion. Sometimes maintenance crews had to replace entire walls at Laguna Creek from mold damage and water damage.[62]

## AMENDED PARAGRAPH 63.

The apartments at Laguna Creek shared a common ventilation system (HVAC) which allowed mold and mold spores to spread throughout the apartment complex through the air.

## AMENDED PARAGRAPH 64.

The maintenance crews at Laguna Creek were never properly trained to perform mold remediation; hence, mold remediation was performed improperly. The maintenance men would spray the mold with Kilz/bleach and only cut out the affected portion of the sheetrock. They

---

[61]  Ex. 6, Depo Tr. of John House at p. 98, lines 10-21; p. 99, 21-25; 100, lines 1-9.
[62]  Ex. 6, Depo Tr. of John House at p. 98, lines 10-21; p. 99, lines 4-6; 11-20

were not cutting the sheetrock to the wood and curing it. Insulation was not being removed and replaced. Patch-work was being performed with tenants, including small children, living in the units.

### FINANCIAL PROBLEMS CONTRIBUTING TO THE RUIN OF THE BUILDINGS AT ALL OF THE SUBJECT APARTMENT COMPLEXES

### AMENDED PARAGRAPH 65.

Dasmen was not paying bills to vendors for building supplies. Ace Hardware and Home Depot consistently declined Dasmen Residential's credit card rendering it impossible to perform maintenance and upkeep on buildings. Ace Hardware eventually refused to do business with Dasmen until its account was satisfied. As a result, Dasmen employees were gathering building supplies from vacant apartment units in order to perform repairs in occupied apartment units.[63]

### AMENDED PARAGRAPH 66.

In 2018, Dasmen Residential set a budget of $10,000 to renovate 5 apartment units in each of the subject complexes. The work was bid out to outside contractors. After the outside contractors began the renovation process, Defendant Dasmen Residential arbitrarily lowered the budget to $3,000 per unit. This caused problems with maintaining relationships with outside contractors to perform work for Dasmen.[64]

### FACTS SUPPORTING INTENTIONAL TORT EMPLOYEES AT ALL APARTMENT COMPLEXES

### AMENDED PARAGRAPH 67.

Defendants *intentionally* exposed maintenance crews to mold and mold spores without providing them any mold-abatement training and without providing them with personal

---

[63]     Ex. 6, Depo Tr. of John House at pp. 50-51; Ex. 10, Depo Tr. of Tony Crawford at p. 18; Ex. 8, Depo Tr. of Shelton Luvine at pp. 16-17, 40; Ex. 9, Depo Tr. of Ronald Edwards at pp. 43-45.
[64]     Ex.10, Depo Tr. of Tony Crawford at pp. 16-18.

protective equipment including N-95 respirators, masks, safety goggles, and boots. Additionally, maintenance workers were not educated regarding the health effects posed by mold.[65] For example, with knowledge that Dwayne Chaney was asthmatic, he was intentionally exposed to mold without personal protective equipment.[66]

**FACTS SUPPORTING MISREPRESENTATION AND
FRAUD AT ALL APARTMENT COMPLEXES**

**AMENDED PARAGRAPH 68.**

Defendants misrepresented and/or suppressed of the truth regarding the unsafe, unsanitary, and hazardous conditions of the apartments made with the intention either to obtain an unjust advantage for Defendants and/or to cause a loss or inconvenience to the Plaintiffs.

**AMENDED PARAGRAPH 69.**

Dasmen Residential decided to make cosmetic changes to apartments instead of addressing the structural integrity of the buildings. This procedure was referred to as "operation make-ready."[67] They did not warn potential tenants about the presence of mold in the units before they moved into the property, including parents with small children. They wanted to continue to rent units despite knowledge of the mold-intrusion and temporarily covered the mold with paint to prevent tenants from knowing about the environmental hazards, prior to signing leases and moving into units.[68]

---

[65]     Ex. 6, Depo Tr. of John House at pp. 42-44; Ex. 10, Depo Tr. of Tony Crawford at p. 55; Ex. 7, Depo Tr. of Dwayne Chaney at p. 59, pp. 83-85; Ex. 8, Depo Tr. of Shelton Luvine at pp. 29-30; Ex. 9, Depo Tr. of Ronald Edwards at pp. 138-139; 142-143.
[66]     Ex. 7, Depo Tr. of Dwayne Chaney at pp. 85-87.
[67]     Ex. 9, Depo Tr. of Ronald Edwards at p. 89.
[68]     Ex. 6, Depo Tr. of John House at p. 55; Ex. 7, Depo Tr. of Dwayne Chaney at pp. 89, 92-93, and 99.

## AMENDED PARAGRAPH 70.

Dasmen maintenance men were instructed never to admit to tenants that there was "mold" in every unit. The maintenance men were trained to refer to "mold" on records as "AMG" which meant "assumed mold growth." The maintenance men were instructed to spray Kilz, bleach or Microban on the mold just to quiet complaints from tenants knowing that the mold would resurface days later. The maintenance men were instructed by Dasmen to tell tenants that black mold was just dirt.[69]

## CONTRA NON VALENTUM

## AMENDED PARAGRAPH 71.

Based upon the concealment of the hazardous conditions as described in Amended Paragraph 70, Plaintiffs expressly plead the jurisprudential doctrine of *contra non valentem* as an exception to prescription. The vices, defects and hazardous environmental conditions were routinely secreted from the plaintiffs.

The City of New Orleans did not confirm the presence of widespread mold until September 2019, but it did not disclose its findings to the Plaintiffs or the public. Plaintiffs' counsel received the City's file via a Freedom of Information request after the filing of the *Akeem* lawsuit. Mold testing by undersigned counsel did not begin in connection with this matter until September 2019. Media reports of mold did not occur until September 2019. A request for class certification was not filed until September 27, 2019.

---

[69]     Ex. 9, Depo Transcript of Ronald Edwards at p. 64.

## CONTINUING TORT

### AMENDED PARAGRAPH 72.

Plaintiffs expressly plead the jurisprudential doctrine of *continuing tort* as an exception to prescription. The hazardous conditions are still widespread at all of the apartment complexes at the time of this filing.

## SPECIFIC ALLEGATIONS OF FACT
## REGARDING THE CLAIMS AND DAMAGES OF
## NAMED PLAINTIFF/PROPOSED CLASS REPRESENTATIVES

### JOSHUA AKEEM

### AMENDED PARAGRAPH 73.

Mr. Akeem is a former lessee at the Laguna Run. His former address was 7107 Martin Drive, Apartment H-104, New Orleans, Louisiana 70126. Mr. Akeem had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Mr. Akeem secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Mr. Akeem, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Mr. Akeem alleges breach of contract.

Mr. Akeem resided in the apartment complex from March 22, 2019 through August 1, 2019. Upon moving into his unit, he noticed a strange, musty order. He reported it to the property managers who assured him it was the smell of paint and it would go away. The

apartment did not smell like paint; rather, to him, it smelled like mildew and that odor did not subside.

 In mid-May 2019, Mr. Akeem noticed there was water leaking from the closet ceiling of in the second bedroom of his apartment (not the master bedroom). When he looked closer at the leaking water, he saw a hole emerging and a black substance on the ceiling. He reported it to Crystal Agnew, the assistant property manager. Ms. Agnew said that the maintenance staff would come to Mr. Akeem's apartment to check it out within a few days. Maintenance never showed up.

When maintenance failed to come to his apartment, Mr. Akeem returned to the office to follow up with Daphne Walker (property manager) and Crystal Agnew (assistant property manager) about the presence of water intrusion and the black substance. About a week after the meeting, maintenance staff members came to his apartment. They sprayed the affected area of the ceiling with bleach and patched up the hole in the ceiling. They led Mr. Akeem to believe that the problem was remedied.

A few weeks later, Mr. Akeem started noticing another black substance emerging in the master bedroom bathroom. This prompted him to perform a full inspection of the apartment. He found a black substance in the master bedroom in the corner by the windowsill as a result of water-intrusion from the window. He found the black substance in the walkway to the bathroom. And, he found a tremendous amount of black substance in the linen closet inside of the bathroom.

On April 10, 2019, Mr. Akeem sent a letter of notice of unhealthy and unsafe living conditions letter to Laguna Run. He was on video handing the front office employee the letter, and he was told to leave the office and do not return. Thereafter, the property management staff

at Laguna Run viciously targeted Mr. Akeem as a troublemaker. He was barred enty into the property management office; therefore, he was not allowed to retrieve his mail which was being withheld by the property managers inside of the office, without his permission, for several months. Mr. Akeem sought assistance from the U.S. postal police to get his mail from Dasmen. The U.S. postal police advised Dasmen that it could not withhold Mr. Akeem's mail. Despite that federal mandate, the mail was still being withheld. Therefore, Mr. Akeem filed a petition for a restraining order in Orleans Parish asking the district court judge to order Dasmen to turn over his mail. The Court issued an order compelling Dasmen to turn over the mail. For several weeks, Mr. Akeem was accompanied by Civil Sheriff's officers to get his mail from the property management office.

Angry over the outcome of the mail issue, the property managers launched a campaign to evict Mr. Akeem. A letter was placed on his door on May 30, 2019 informing him of a number of apartment complex rules regarding office hours, payment of rent, pets, parking, etc. He was instructed that no animals were allowed on the property without the permission of the management, despite the fact that the management had documentation (permits) allowing him to have an emotional support animal (dog) on premises. Rightfully feeling harassed by the property managers, Mr. Akeem sent the property managers a "cease and desist" letter. He advised them that he was relying upon Louisiana's Landlord-Tenant statutes regarding the tenant's right to "repair and deduct" if a landlord fails to take care of important repairs, such as mold infestation.

**On July 4, 2019, Mr. Akeem retained Terry Cederholm of Mold Inspection & Testing to perform a basic mold inspection of his apartment. The analysis of the mold sample was performed on July 8, 2019 by Southeast Environmental Microbiology Laboratories. The unit tested positive for *Stachybotrys, Penicillium, Aspergillus*, and other**

**forms of mold/mold spores.**[70] At that time, Mr. Akeem receiving a report educating him regarding the adverse health effects caused by mold to which he had been exposed. He brought the results to the attention of Defendant Dasmen and requested abatement.

In response to Mr. Akeem's "cease and desist" letter, he was served with an Eviction Notice from Dasmen on August 9, 2019. The letter stated that he was being evicted for non-payment of $880.00 of rent. The letter gave him five (5) days to vacate the premises. The following day, on August 9, 2019, Mr. Akeem received a second eviction notice stating that he was being evicted for non-payment of $2,698.50 of rent. Believing that this eviction lacked merit and was retaliatory in nature, Mr. Akeem filed an opposition to the eviction process at First City Court for the City of New Orleans. Judge Angelique Reed ruled against Dasmen and applied the "repair and deduct" law to the facts of the case. After this ruling, Mr. Akeem was advised that he only owed $18.00 to Dasmen. He used an app on his phone to pay the $18.00.

After making that payment, Mr. Akeem was locked out of the online portal used to pay rent. He was instructed to pay $700.00 in August 2019. The system did not accept his payment. Dasmen retained an attorney who went back to First City Court and advised Judge Reed that Mr. Akeem failed to pay his August rent and a bench warrant was issued for him. When he learned what had occurred, Mr. Akeem retained Southeast Louisiana Legal Services to represent him. At the hearing, Judge Reed suggested that, given the history between the parties, it would be best for Mr. Akeem to move. Before he could make arrangements to move, Dasmen took all of Mr. Akeem's belongings out of his apartment and put them in the dumpster and/or next to the dumpster. Many of his personal belongings were stolen. He retrieved what he could from the

---

[70]     Ex. 17, Joshua Akeem Mold Testing Results dated 7/8/2019

dumpster and moved into a hotel with his parents. Councilmember Cyndi Nguyen made payment arrangements for the hotel through the City of New Orleans.

While residing at Laguna Run, Mr. Akeem personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. He became the victim of domestic violence at Laguna Run. He is also aware of numerous violent crimes that have occurred at the complex. Based upon Mr. Akeem's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Mr. Akeem personally experienced the major plumbing problem of feces and urine backing up into his apartment from both toilets. He experienced roach infestation and bed bugs in his mattress. He encountered possums and numerous snakes on his patio. Mr. Akeem personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Mr. Akeem's apartment were not apparent and/or visible to him at the time that he moved into his apartment at Laguna Run. He did not have any reason to believe that there was mold in the apartment unit when he moved in because the property management staff misrepresented to him that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

During the time that Mr. Akeem lived in the apartment complex, he experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase of allergy symptoms. He now

relates his illnesses to the hazardous conditions posed by water-intrusion and mold exposure at Laguna Run. He has received medical treatment from The New Orleans East Hospital, Dr. Godwin Ogbuokiri, and Megan Dauenhauer (psychiatrist).

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **JOSHUA AKEEM** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

## BRANDY WILSON

## AMENDED PARAGRAPH 74.

**BRANDY WILSON** is a former lessee of Hidden Lake and Laguna Run. Her address at Laguna Run was 7209 Martin Drive, Apartment F-209, New Orleans, Louisiana 70126. Ms. Wilson had a valid and enforceable contract of lease with Defendants Eastlake Development and Latter & Blum and then Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Wilson secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Wilson, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Wilson alleges breach of contract.

Ms. Wilson resided in her apartment with her minor children Jadyn Holmes (age 5) and Jamar Holmes, Jr. (age 2). She experienced visible mold growth, discoloration or water stains on

internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors.

Ms. Wilson and her children experienced worsening of allergies, fever, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, flu-like symptoms, skin irritation and headaches. Her minor children received medical treatment for various health effects that she attributes to mold exposure at Laguna Run. Her minor child, Jamar Holmes, Jr. (age 3) was diagnosed with RSV pneumonia twice and pneumonia once, while residing at Laguna Run. He was treated by the following healthcare providers: Children's Hospital – New Orleans; Ochsner Baptist; Katie Brown, MD (Pediatrician) and LSU Healthcare Network. Ms. Wilson's minor child, Jadyn Holmes (age 5) consistently experienced sinus and ear infections. It was necessary for her to undergo surgery to place tubes in her ears, which she still has to this date. Jadyn has received medical treatment from Ochsner Medical Center; Katie Brown, MD (Pediatrician); and LSU Healthcare Network.

Ms. Wilson moved into Hidden Lakes which later became Laguna Run on July 10, 2017, when Latter & Blum managed the complex. About four (4) months after moving into the apartment, she noted the presence of a black substance on and around the windowsill in the master bedroom and the other bedrooms. She also noted the presence of a black substance and water stains on the bathroom ceiling. Her requests for maintenance were ignored until her ceiling in the bathroom collapsed from water-intrusion and mold growth. The maintenance staff responded to the fallen ceiling by boarding it, spraying bleach on it, and painting over it. The maintenance men also sprayed bleach on the walls in her bedroom. They assured her that the problem had been addressed. However, the water intrusion and black substances kept returning. Despite Ms. Wilson's own cleaning efforts, the black substances continued to persist. The

apartment smelled like mildew and Ms. Wilson and her children began to experience consistent respiratory problems and other health effects.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on September 24 2019. The test confirmed the presence of harmful *Aspergillus, Bipolaris,  Chaetomium, and Curvularia* mold and mold spores in her unit.[71]** At that time, Ms. Wilson was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

Upon receipt of the mold test results evidencing a serious health concern that explained why her children continued to suffer from serious adverse health effects living in Laguna Run, Ms. Wilson decided to move out in October or November 2019. From the date of the major water intrusion issues and mold to the date that they moved out of the apartment, negligent attempts were made by the maintenance staff to address the water intrusion, mildew and mold in Ms. Wilson's apartment.

While residing at Laguna Run, Ms. Wilson personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon her personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, she personally experienced flies and gnats in her unit. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and

---

[71]        Ex. 18, Brandy Wilson Mold Testing Results dated 9/24/2019

- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Wilson's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. Ms. Wilson did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **BRANDY WILSON** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

## JANICE MORGAN

## AMENDED PARAGRAPH 75.

**JANICE MORGAN** is a former lessee of Hidden Lake and Laguna Run. Her former address at Laguna Run was 7123 Martin Drive, Apartment G-106, New Orleans, Louisiana 70126. Ms. Morgan had a valid and enforceable lease contract with Defendants Eastlake Development and Latter & Blum and then Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, the Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Morgan secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Morgan, Defendants failed to diligently make repairs to

remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Morgan alleges breach of contract.

While living at Laguna Run, Ms. Morgan experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. As a result of exposure to deplorable living conditions, Ms. Morgan experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, and flu-like symptoms, itching skin, headaches, and achiness. Ms. Morgan addressed her symptoms with over the counter medication. She also sought treatment for various health effects that she now attributes to mold exposure at Laguna Run at The New Orleans East Hospital and Odyssey House Louisiana, Inc.

About one month after moving into Laguna Run, Ms. Morgan noted the presence of a black substance around the windowsill of her bedroom and in the kitchen near an air conditioning vent and near the refrigerator. She walked to the maintenance office and verbally presented a maintenance request. She was advised by the property management staff and the maintenance staff that the black substances were "dirt/dust" and she should clean them. Despite her cleaning efforts, the black substances continued to persist. Her apartment smelled like mildew and she began to experience consistent respiratory problems and other health effects.

On the morning of September 24, 2019, which happened to be her birthday, Ms. Morgan woke up to a disaster in her apartment. When she placed her bare feet on the floor in an attempt to get out of bed, the floor was soaked with ankle-deep water. The smell was extremely foul. As she advanced toward the bathroom, Ms. Morgan noticed that feces and urine were all over the floor of her apartment. The bathtub was filthy, and it was filled with urine, water and feces. The

toilet overflowing with feces. And, feces was running down the wall in the bathroom and emerging from the ceiling.

Ms. Morgan went to the property management office to report this disaster. She was advised by the property management staff that she would need to clean up her apartment and address the issue. The maintenance staff delivered a wet-dry vacuum to Ms. Morgan's apartment and a bucket of primer. She was left to address this plumbing nightmare, despite her adamant pleas for help from the property management office. Not knowing how to properly clean the unit, Ms. Morgan used a combination of cleaning supplies including bleach and ammonia. She became extremely ill and sought medical treatment from New Orleans East Hospital.

On September 26, 2019, Ms. Morgan and several other Laguna Run residents were interviewed by a news reporter named Sherman Desselle of WDSU regarding the deplorable living conditions at the complex. The media story showed actual video footage of feces all over the floor of Ms. Morgan's apartment. In response to Ms. Morgan's appearance on WDSU, she was evicted from Laguna Run. She had to rent a U-Haul truck and pay to store her damaged belongings in a storage facility. She had to pay people to help her to move. From the date of the major plumbing problem to the date that she moved out of her apartment in Laguna Run, no attempt was made by the maintenance staff to address the water intrusion, mildew and feces in Ms. Morgan's apartment.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on December 10, 2019. Ms. Morgan's unit tested positive for hazardous *Aspergillus/Penicillium, Zygomycete, Acremonium and Ulocladium* mold and**

**mold spores.**[72]  At that time, Ms. Morgan was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Morgan personally experienced roach infestation. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Morgan's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

---

[72]      Ex. 19, Janice Morgan Mold Testing Results dated 12/10/2019

## LAQUINTA CARTER

## AMENDED PARAGRAPH 76.

**LAQUINTA CARTER** is a former lessee of Hidden Lake and Laguna Run. Her former address at Laguna Run was 7123 Martin Drive, Apartment G-104, New Orleans, Louisiana 70126.  Ms. Carter had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, the Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Carter secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Carter, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Carter alleges breach of contract.

Ms. Carter resided with her minor children: Darrellnay Carter, Bobby Spears and Robert Spears. While living at Laguna Run, Ms. Carter experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors.

Shortly after moving into Laguna Run, and throughout her period of occupancy, Ms. Carter and her minor children [Darrellnay Carter, Bobby Spears and Robert Spears] experienced the following health effects on a consistent basis: headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Robert Spears also experienced wheezing in

addition to the other symptoms mentioned. Ms. Carter sought medical attention at The New Orleans East Hospital for persistent and chronic headaches. She also received medical treatment from her primary care doctor, Dr. Amy Navas, at Daughters of Charity located at 3201 S. Carrollton Avenue, New Orleans, Louisiana 70118. Ms. Carter's minor child, Robert Spears, was diagnosed with asthma in October 2019, after residing at Laguna Run. Robert Spears received medical treatment at The New Orleans East Hospital located at 5620 Read Blvd., New Orleans, Louisiana 70127. He has also received treatment for his medical conditions from his pediatrician, Dr. Linda Doughty-White, Pediatric Associates New Orleans, 4511 Downman Road, New Orleans, Louisiana 70126.

Shortly after moving into Laguna Run in 2018, Ms. Carter noted the presence of a black substance in the hall bathroom and in a bedroom on the wall, near the floor. She verbally presented a maintenance request. She was advised by the property management staff and maintenance staff that the black substances were "dirt/dust" and she should clean them. She followed the property management staff's instructions and attempted to clean the "dirt/dust" herself with an array of household cleaning products to no avail. Despite her cleaning efforts, the black substances continued to grow and worsen in her apartment. The apartment smelled like mildew and Ms. Carter and her children began to experience consistent respiratory problems and other health effects. Ms. Carter reported the presence of the consistent water intrusion and expansion of the area containing black substances to Laguna Run's property management office.

In addition to the water intrusion and growth of mold in her apartment, on the morning of September 24, 2019, Ms. Carter woke up to a disaster in her Laguna Run apartment unit. When she placed her bare feet on the floor in an attempt to get out of bed, the floor was soaked with ankle-deep water. The smell was extremely foul in her apartment. As she advanced toward the

bathroom, Ms. Carter noticed that feces was all over the floor of her apartment. The bathtub was filthy, and it was filled with water, urine and feces. The toilet was overflowing with feces. And, feces and urine were running down the wall in the bathroom and emerging from the ceiling.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on September 27, 2019. The unit tested positive for the presence of the following harmful mold and mold-spores:** *Aspergillus/Penicillium*[73]**.** At that time, Ms. Carter was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Carter personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Carter's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Carter personally experienced roach and fly infestation in her apartment. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Carter's apartment were not apparent and/or visible to her at the time that she moved into the apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property

---

[73]     Ex. 20, Laquinta Carter Mold Testing Results dated 9/27/2019

management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

## DARERANICA DUPLESSIS

## AMENDED PARAGRAPH 77.

**DARERANICA DUPLESSIS** is a former lessee of Hidden Lake and Laguna Run. Her former address at Laguna Run was 7000 Morrison Road, Apartment A-101, New Orleans, Louisiana 70126. Ms. Duplessis had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Duplessis secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Duplessis, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Duplessis alleges breach of contract.

Ms. Duplessis moved into Laguna Run on February 7, 2019. After living there about one or two months, she and her mother started to notice a strong mildew smell in the apartment. By April 2019, Ms. Duplessis started to notice black substances forming in the entranceway of the

apartment. The black substance was along the wall and the ceiling. She reported the black substance to the property management office, and was advised that it would take some time for maintenance staff to come because they were backed up with request. The black substance continued to grow. Then, Ms. Duplessis noticed more of the black substance growing under the sink in the bathroom and around the bathtub. She reported the worsening problem to the property management office. Again, she was reassured that someone would come to address it "soon."

Ms. Duplessis was taking pictures of the growing black substances and providing them to the property managers. Near the end of April 2019, Ms. Duplessis and her daughter walked into the front door of the apartment and her daughter slipped and fell in water and parts of the entranceway ceiling that had collapsed. Ms. Duplessis was furious. She went directly to the property management office to complain about the collapsed ceiling. Ms. Duplessis felt that she had warned them about the ceiling, and they ignored her.

From the time that Ms. Duplessis reported the ceiling collapse until the end of May 2019, feces and urine were entering her apartment through the ceiling. The stench was horrible. Ms. Duplessis could not have guests over to her apartment, and she and her baby started spending the night by Ms. Duplessis's mother's house. By the end of May 2019, the maintenance men showed up to address the mold and the collapsed ceiling. They advised Ms. Duplessis that the pipes from the apartment upstairs were corroding. They needed to order parts but the owner was too cheap to replace all of the pipes that they needed to repair. They told Ms. Duplessis that, until the owners replace all of these pipes, this problem will continue to happen.

Ms. Duplessis watched the men repair her ceiling and wall. They did not relocate Ms. Duplessis and her daughter while the repairs were undertaken. Ms. Duplessis noticed that they did not remove any of the pink insulation that was wet. They just sprayed the beams and put dry

wood up and patched the ceiling. The men repainted the patched area. Within weeks, the mold started coming right back. Ms. Duplessis reported the mold to the property management office and she asked to be allowed to break the lease and move. The property management office denied her request. Ms. Duplessis also reported mold coming back in her unit to her HANO caseworker. Inspectors from HANO came out to inspect her unit three times and it failed each time. After the final failure, Ms. Duplessis was allowed to move out in December 2019.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on September 17, 2019. Harmful *Cladosporium* mold spores were detected.**[74] At that time, Ms. Duplessis was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

During the time period that Ms. Duplessis resided at Laguna Run, she and her minor child, Honesty Washington, suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Ms. Duplessis has addressed her symptoms and her child's symptoms with over-the-counter medications. Additionally, Ms. Duplessis sought medical treatment for herself and her minor child, Honesty Washington (age 2), for various health effects that she attributes to mold exposure at Laguna Run. Honesty Washington has been placed on an inhaler due to diagnosis with a respiratory illness (bronchitis), while living at Laguna Run. She was treated by the following healthcare providers: Children's Hospital of New Orleans and Daughters of Charity. Ms. Duplessis has received medical treatment at the following facility: Touro Hospital.

---

[74]     Ex. 21, Dareranica Duplessis Mold Testing Results dated 9/17/2019

During the time period that Ms. Duplessis resided at Laguna Run, she observed visible mold growth, discoloration of water stains on walls and ceilings, areas of standing water or condensation on the floors, walls and window sills, and musty odors. While residing at Laguna Run, Ms. Duplessis personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Duplessis's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Duplessis personally experienced flies and gnats in her apartment unit. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Duplessis's apartment were not apparent and/or visible to me at the time that she moved into the apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **DARERANICA DUPLESSIS** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

# ANDREA RILEY

## AMENDED PARAGRAPH 78.

**ANDREA RILEY** is a former lessee at Laguna Run. Her former address at Laguna Run was 7021 Martin Drive, Apartment J-103, New Orleans, Louisiana 70126. Ms. Riley resided at Laguna Run with her minor children Kurt Riley (13) and Reginae Riley (6).  Ms. Riley had a valid and enforceable lease with Defendant Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Riley secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Riley, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Riley alleges breach of contract.

As a HUD/HANO Section 8 voucher recipient, Ms. Riley also alleges that the Defendants breached their contractual duty with HUD pursuant to 24 C.F.R. Part 5, §5703(f) to maintain said apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents.

While residing at Laguna Run, Ms. Riley and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Ms. Riley addressed her symptoms with over-the-counter medications. However, her minor children were

treated by the following healthcare providers: The New Orleans East Hospital; Dr. Louis Bevrotte (Pediatrician); and Daughters of Charity.

For several months in 2019, Ms. Riley had been smelling a strange, mildew-like order in her apartment but she could not tell where it was coming from. However, in July 2019, when her brother came to visit, he helped Ms. Riley to move furniture and things out of the closets and mold was in the master bedroom and in her daughter's room. Ms. Riley discovered a large amount of  water intrusion and mold, which she reported to HANO and to Laguna Run.

Laguna Run's maintenance staff came to the apartment and sprayed bleach on the mold, but it kept coming back. They made no effort to remove the moldy sheetrock or to replace the moldy carpet. Additionally, Ms. Riley experienced a ceiling collapse in the living room while living at Laguna Run. Upon information and belief, the ceiling collapsed due to water intrusion. HANO came out to inspect the apartment and it failed several inspections as uninhabitable. The apartment remained in deplorable condition until the day Ms. Riley moved out. Ms. Riley moved out due to a series of failed HANO inspections due to water intrusion and the presence of mold.

**The unit was tested for the presence of mold on October 1, 2019 by Oscar Moya of Moya Environmental. The sample was analyzed by Air Allergen Mold Testing, Inc. on October 2, 2019. The unit tested positive for the presence of harmful *Stachybotrys* mold.[75]** At that time, Ms. Riley was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Riley personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous

---

[75]    Ex. 22, Andrea Riley Mold Testing Results dated 10/2/2019

violent crimes that have occurred at the complex. Based upon Ms. Riley's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Riley personally experienced flies and gnats in her apartment. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Riley's apartment were not apparent and/or visible to me at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **ANDREA RILEY** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

## ANGELA WOODSON

## AMENDED PARAGRAPH 79.

**ANGELA WOODSON** is a former lessee at Laguna Run. Her former address at Laguna Run was 7001 Martin Drive, Apt. M-210,  New Orleans, Louisiana 70126. Ms. Woodson had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the

provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Woodson secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Woodson, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Woodson alleges breach of contract.

While residing at Laguna Run, Ms. Woodson experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. Ms. Woodson's apartment had an upstairs and downstairs floor plan. There was a ceiling leak that caused water intrusion from upstairs to the first floor. The ceiling in the living room began to bubble up from water intrusion. Ms. Woodson repeatedly brought this to the attention of the property manager. Before the maintenance men came to repair the leak, the ceiling material started breaking off the ceiling and more and more water intrusion was occurring between September 13th and October 4, 2019. Ms. Woodson was collecting water in buckets provided to her by the maintenance staff.

On October 4, 2019, Ms. Woodson took a shower, dried herself off, and went downstairs to start the coffee pot. As soon as she stepped off the landing and took a few steps forward, Ms. Woodson slipped and fell to the ground as a result of slipping in water. The ceiling had completely collapsed in the area of the ceiling fan in the living room. Ms. Woodson has undergone extensive medical treatment as a result of her slip and fall accident which is the subject of a separate pending lawsuit. Ms. Woodson has also received emergency room treatment

for pneumonia and other respiratory issues as a result of the deplorable living conditions in her apartment.

In addition to the water intrusion in Ms. Woodson's apartment, there was mold growth in the living room and the kitchen. As a result of exposure to mold, Ms. Woodson experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, and flu-like symptoms, itching skin, headaches, and achiness.

Ms. Woodson also experienced electrical problems in her apartment. Ms. Woodson gave a news interview to Sherman Desselle of WDSU about the deplorable conditions in her unit. As a direct result of the interview, the property managers attempted to evict her.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on September 17, 2019. The unit tested positive for _Aspergillus/Penicillium_ spores.[76]** At that time, Ms. Woodson was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Woodson personally experienced roach infestation. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Woodson's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to

---

[76]     Ex. 23, Angela Woodson Mold Testing Results dated 9/17/2019

believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **ANGELA WOODSON** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

**ASHLEY BROWN**

**AMENDED PARAGRAPH 80.**

**ASHLEY BROWN** is a former lessee at Laguna Run. Her former address was 7021 Martin Drive, Apt. J-211, New Orleans, Louisiana 70126. Ms. Brown resided at Laguna Run with her minor children: Amari Ealy (4) and Zayden Powell (5). She had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Brown secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Brown, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Brown alleges breach of contract.

While residing at Laguna Run, Ms. Brown experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains

on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. After residing at Laguna Run, Ms. Brown and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Ms. Brown addressed her symptoms and her children's symptoms with over-the-counter medications. However, Ms. Brown's minor child, Amari Ealy, sought medical treatment for various health effects that I attributes to mold exposure at Laguna Run. Amari Ealy was treated by Tulane Lakeside Pediatric Clinic.

Ms. Brown moved into Laguna Run in April 2019. While she smelled strange, mildew - like odors in her apartment almost immediately after moving in, it was in October 2019 that she noticed black mold on the living room wall and in the bathroom. Ms. Brown reported the presence of mold to the property management office and was told it would take a while for maintenance to get to her unit because they had a lot of maintenance requests ahead of it. The maintenance men NEVER CAME to address the mold in Ms. Brown's unit. Initially, Ms. Brown sprayed bleach on the mold, but she thought that was making it worse. **The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 22, 2019. The unit tested positive for the presence of harmful *Cladosporium* mold spores.**[77] At that time, Ms. Brown was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Brown personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous

---

[77]     Ex. 24, Ashley Brown Mold Testing Results dated 10/22/2019

violent crimes that have occurred at the complex. Based upon Ms. Brown's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Brown personally experienced roach infestation in her apartment unit. She personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Brown's apartment were not apparent and/or visible to me at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **ASHLEY BROWN** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

**DAKOTA BLUNT**

**AMENDED PARAGRAPH 81.**

**DAKOTA BLUNT** is a former lessee at Laguna Run. Her former address at Laguna Run was 7021 Martin Drive, Apartment J-210, New Orleans, Louisiana 70126. Ms. Blunt resided at Laguna Run with her minor children: Kemon Blunt (7) and Kamille Blunt (3). She had a valid

and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Blunt secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Blunt, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Blunt alleges breach of contract.

While Ms. Blunt resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. She and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Ms. Blunt addressed her symptoms and her children's symptoms with over-the-counter medications. Ms. Blunt sought medical treatment for her minor children, Ke'mon Blunt (age 8) and Ka'mille Blunt (age 4) for various health effects that she attributes to mold exposure at Laguna Run. The children were treated by Daughters of Charity.

Ms. Blunt moved into Laguna Run in 2018. She first noticed the presence of black mold on her air conditioning vents about ten (10) months later. Then, she noticed mold around the tub. The maintenance staff came to her apartment and sprayed a substance on the vents and around the tub, but the mold came back and began to spread. It moved from the vents down the walls.

From the time Ms. Blunt moved into the apartment until the time that she moved out, the mold was never properly abated from her unit. Laguna Run would not allow Ms. Blunt to break the lease even though the mold was not being addressed. When Ms. Blunt's lease term ended, she did not renew the lease in October 2019.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 22, 2019. The unit tested positive for harmful *Cladosporium* mold spores.**[78] At that time, Ms. Blunt was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Blunt personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Blunt's personal observations, Laguna Run is not a safe place to live. She also personally experienced roach infestation in her apartment.

While residing at Laguna Run, Ms. Blunt personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms.. Blunt's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property

---

[78]     Ex. 25, Dakota Blunt Mold Testing Results dated 10/22/2019

management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **DAKOTA BLUNT** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

<u>**CATHY HARRIS**</u>

<u>**AMENDED PARAGRAPH 82.**</u>

**CATHY HARRIS** is a former lessee at Laguna Run. Her former address was 6900 Lake Kenilworth Drive, Apartment 110, New Orleans, Louisiana 70126. Ms. Harris resided at Laguna Run with her husband, Willard Harris, a disabled veteran of the United States military and double amputee. The couple had a valid and enforceable lease with Defendant Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Harris secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Harris, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Harris alleges breach of contract.

During the time period that Ms. Harris resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors,

wall, or window sills, and musty odors. As a result of exposure to deplorable living conditions, Ms. Harris and her spouse experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, and flu-like symptoms. Ms. Harris and her spouse have addressed their symptoms with over-the-counter medications. They have also sought medical attention from various healthcare providers for very serious illnesses that we have suffered as a result of mold exposure and living in unsanitary and unhealthy conditions at Hidden Lake and Laguna Run.

Ms. Harris and her spouse are elderly people over the age of 65. Since 2017, Mr. Harris has been on kidney dialysis and it is extremely important to his health that he live in a clean and sanitary environment. Despite Ms. Harris repeatedly explaining her husband's health issues to the various property management companies (Latter and Blum and Dasmen) who have operated this complex, they were forced to live in horrific (unsafe and unsanitary) conditions.

In November 2019, Mr. Harris became so ill as a result of the living conditions at Laguna Run, that he had to be rushed by ambulance to The New Orleans East Hospital. That was the last straw for Ms. Harris. She called WDSU and the property management staff refused to allow the media onto the premises.

Ms. Harris sought medical treatment from Dr. Danita Anderson - Primary Care at JenCare Senior Medical Center, 4710 S. Carrollton Avenue, New Orleans, Louisiana 70119.Mr. Harris sought medical treatment from the following healthcare providers: The New Orleans East Hospital, 5620 Read Blvd. New Orleans, Louisiana 70127; Primary Care, Dr. Jan Cooper, 5620 Read Blvd., New Orleans, Louisiana 70127; and Southeast Louisiana Veterans Health Care System, 2400 Canal Street, New Orleans, Louisiana 70119. The couple also suffered the loss of a

beloved Yorkie who became ill and died in November 2019. They attribute his death to mold exposure and the conditions in their apartment.

Mr. and Mrs. Harris were terrorized by criminals while living in Hidden Lake and Laguna Run. They were the victims of crime on several occasions. They filed several police reports for various attempts to break into their apartment. They continued to notify the police and the property management office about the criminal activity going on near their apartment unit. The couple lived in fear with a lot of drug dealers conducting drug dealing activities, shootings and fighting all around them. They personally observed numerous crimes that have occurred at or near Laguna Run, and they did not feel safe living at Hidden Lakes and Laguna Run. The criminal activity worsened under the management of Dasmen at Laguna Run. Based upon their personal observations, whether operated as Hidden Lake or Laguna Run, the apartment complex was not a safe places to live. The apartment complex (no matter what the name or the management company) was a hotbed for criminal activity.

Ms. Harris has lived in the following units at Hidden Lake and/or Laguna Run:  R-104 (where she noticed a small amount of mold);  an apartment in Building D (where she did not notice any mold); and then Q-110 (where the couple lived in the worst living conditions imaginable under the management of Dasmen and Lynd).  In Q-110, Ms. Harris first noticed mold in the master bedroom on the walls. She notified the property management office. It took months for them to come. During that time, the mold was spreading throughout the walls and ceilings in the master bedroom and the master bathroom and hall. Maintenance came and sprayed bleach. The mold came back even worse. Then, whenever it would rain, water started to poor into the master bedroom. Ms. Harris reported this problem to the property management

office. Ms. Harris advised them that there was a gaping hole in the ceiling of their master bedroom.

The couple started to smell a foul odor coming from upstairs. Every time the tenants in the apartment above them would flush the toilet, feces and urine would run down the ceiling and walls in the Harris's master bedroom. Whenever it rained outside, it would rain down from the ceiling in the master bedroom. Initially, when the maintenance staff came to look at the problem, they told Ms. Harris that the feces and urine were coming from the toilets in the units upstairs due to corroded cast iron pipes, and the water was coming from the walkway upstairs when it rained. They provided Ms. Harris with blue buckets to catch the water and to clean up the mess herself. Ms. Harris was depressed and heart-broken that anyone would expect two elderly people to live like that.

The couple was also facing the growth of mold from water intrusion coming from the windows in their apartment. For several months, Ms. Harris remembered calling the property management office crying in desperation and explaining how this situation was adversely impacting her health and her husband's health. She told them that she slipped and fell in the water on the floor. Ms. Harris told them that she was too old to deal with the water and feces and urine on her own. Eventually, a plumber was sent to address the toilets upstairs, but it did not solve the problem because the big gaping hole was still in the ceiling. After the news stories about Laguna Run ran on television in the fall of 2019, and Dasmen was fired, Lynd told Ms. Harris that they were "on lockdown." They could not make any repairs.

Ms. Harris stockpiled her rent for a few months so that the couple could move. Otherwise, they would still be living in those deplorable conditions. When Ms. Harris advised the property management office that we were leaving, she was told that in order to break the

lease, she owed them $2500.00. From the time the couple moved into their Hidden Lakes/Laguna Run apartment until the time they left, the mold was never properly abated from their unit.

The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on December 10, 2019. The unit tested positive for harmful *Stachybotrys, Aspergillus/Penicillium, and Basidiospores*.[79]  At that time, Ms. Harris was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Harris personally experienced roach infestation. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Harris's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **CATHY HARRIS** has sustained bodily injuries (past,

---

[79]     Ex. 26, Cathy Harris Mold Testing Results dated 12/10/2019

present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

**PENNY JOHNSON**

**AMENDED PARAGRAPH 83.**

**PENNY JOHNSON** is a former lessee of Hidden Lake and Laguna Run. Her former address at Laguna Run was 6820 Martin Drive, Apt. D-103, New Orleans, Louisiana 70126. Ms. Johnson had a valid and enforceable lease with Defendants Eastlake Development/Latter &Blum and then Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Johnson secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Johnson, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Johnson alleges breach of contract.

While Ms. Johnson resided at Laguna Run, she observed visible mold growth, discoloration of water stains on walls and ceilings, areas of standing water or condensation on the floors, walls and window sills, and musty odors. She actually had mushrooms growing inside of the apartment from the walls. Laguna Run's maintenance staff came to the apartment and sprayed bleach on the mold, but it kept coming back. They made no effort to remove the moldy sheetrock or to replace the moldy carpet. She suffered with headaches, respiratory problems, and nasal and sinus congestion.

**The unit was tested for the presence of mold on October 1, 2019 by Oscar Moya of Moya Environmental. The sample was analyzed by Air Allergen Mold Testing, Inc. on October 2, 2019. The unit tested positive for the presence of harmful *Stachybotrys* mold and mold spores.[80]** At that time, Ms. Johnson was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Johnson personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She became the victim of domestic violence at Laguna Run. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Johnson's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Johnson personally experienced flies and gnats in her apartment. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Johnson's apartment were not apparent and/or visible to me at the time that she moved into the apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

---

[80]     Ex. 27, Penny Johnson Mold Testing Results dated 10/2/2019

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **PENNY JOHNSON** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

**PORSHA BROOKS**

**AMENDED PARAGRAPH 84.**

**PORSHA BROOKS** is a former lessee at Laguna Run. Her former address at Laguna Run was 7014 Martin Drive, Apartment U-211, New Orleans, Louisiana 70126. Ms. Brooks resided at Laguna Run with her minor child, Mason Foster (5). She had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Brooks secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Brooks, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Brooks alleges breach of contract.

As a HUD/HANO Section 8 voucher recipient, Ms. Brooks also alleges that the Defendants breached their contractual duty with HUD pursuant to 24 C.F.R. Part 5, §5703(f) to maintain said apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents.

During the time period that Ms. Brooks resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors.

While residing at Laguna Run, Ms. Brooks and her son suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Mason Foster was diagnosed with asthma in 2017, while residing at Laguna Run. He requires daily medication for asthma. He has a breathing machine and pumps. Mason Foster was treated by the following healthcare providers: Hosea Doucet, MD (Pediatrician), Tulane Lakeside, 4740 I-10 Service Road, Suite 120, Metairie, Louisiana 70001; Fernando Urrego, MD (Pediatric Pulmonology, Ochsner Health Center for Children, 1514 Jefferson Highway, New Orleans, Louisiana 70121

Ms. Brooks moved into Laguna Run in November 2017. Six months later, she noticed a black substance on the ceiling of the bathroom. The black substance was spreading into Mason Foster's room. She reported it to the property management office. The property managers said they would send someone out to address it, but it was dirt. It took several months for the maintenance staff to come to her apartment. While Ms. Brooks waited for the maintenance men, she was told to spray bleach on it. She began spraying bleach which aggravated Mason's respiratory problems. To her surprise, when the maintenance men finally came to her unit to address the black substance, the only thing they did was spray bleach on it. They never replaced any sheetrock. They never determined the source of the water intrusion. They never painted over the black substance. The maintenance people told Ms. Brooks to continue to spray bleach on the substance when it came back.

Spraying bleach on the black substance did not stop the growth and spread of it in Ms. Brooks' apartment. As her son's asthma continued to worsen living in the apartment, she reported this issue to the Housing Authority of New Orleans. Inspectors from HANO came out to Ms. Brooks' unit, conducted an inspection, and failed the unit several times for "mold." Finally, HANO gave Ms. Brooks permission to move. She moved out of Laguna Run in January 2020. From the time Ms. Brooks moved into her Laguna Run apartment until the time that she moved out, the mold was never properly abated from her unit.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on December 10, 2019. The unit tested positive for *Cladosporium* mold spores.[81]** At that time, Ms. Brooks was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Brooks personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Brooks' personal observations, Laguna Run is not a safe place to live. She also personally experienced roach infestation in her apartment.

While residing at Laguna Run, Ms. Brooks personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

---

[81]     Ex. 28, Porsha Brooks Mold Testing Results dated 12/10/2019

The harmful conditions in Ms. Brooks' apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **PORSHA BROOKS** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); property damages; and relocation expenses.

### ROCHELLE MITCHELL

### AMENDED PARAGRAPH 87.

**ROCHELLE MITCHELL** is former lessee at Laguna Run. Her former address at Laguna Run was 7001 Martin Drive, Apartment T-218, New Orleans, Louisiana 70126. Ms. Mitchell resided at Laguna Run with her minor children: Anthony Mitchell (age 8) and Ava Thompson (age 3), Emoni Mitchell (1 month). She had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, the Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Mitchell secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Mitchell, Defendants failed to diligently make repairs to remove the hazardous conditions over

which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Mitchell alleges breach of contract.

While residing at Laguna Run, Ms. Mitchell experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. She and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Anthony Mitchell was diagnosed with asthma before Ms. Mitchell moved into Laguna Run. However, his asthma worsened and his attacks became more frequent living at Laguna Run. Ms. Mitchell addressed her symptoms and her children's symptoms with over-the-counter medications. However, she sought medical treatment for her minor children Anthony Mitchell and Ava Thompson for various health effects that she now attributes to mold exposure at Laguna Run. Anthony Mitchell and Ava Thompson were treated by Kelly R. Davillier (Pediatrician), EXCELth Family Health Center – New Orleans East, 9900 Lake Forest Boulevard, Suite F, New Orleans, Louisiana 70127.

Ms. Mitchell moved into Laguna Run in February 2019. Within three months, she started to smell mildew and she noticed black substances on the ceiling of the bathroom. The black substances were spreading across the ceiling. Ms. Mitchell reported it to the property management office and was told it would take a while for maintenance to get to her because they had a lot of maintenance requests ahead of her apartment. It took several months for the maintenance men to come to Ms. Mitchell's apartment. During that time, she watched helplessly as the black substance stretched across the ceiling and water started leaking out. She kept calling

the property management office during that time to stress the importance of dealing with the black substance and water.

When the maintenance men came, they sprayed bleach on the area and patched a hole in the ceiling. In the following weeks, Ms. Mitchell kept smelling a musty odor and noticed that the black substance was in the vents in her apartment. She reported the black substance in the vents and the fact that it was coming back on the bathroom ceiling to the property management office on multiple occasions. When it appeared that the property management staff was not responding, Ms. Mitchell called her Permanent Supportive Housing Case Worker. An investigator came to Ms. Mitchell's apartment and the unit failed the inspection on two occasions for the presence of "mold." Ever since that time, Permanent Supportive Housing has been trying to locate suitable housing for Ms. Mitchell to relocate to. In the interim, she is being forced to live in a mold-infested apartment with three minor children. (She has a baby girl named Emoni Mitchell).

From the time Ms. Mitchell moved into her Laguna Run apartment until the present time, the mold has never properly abated from her unit. The unit experienced the following failing inspections for mold conducted by the Louisiana Housing Corporation:

- 9/30/2019 FAILING inspection by the Louisiana Housing Corporation T218 revealing mold in the HVAC duct work and registers master bedroom ceiling is buckled and presenting cracks in the sheet rock

- 10/15/2019 FAILING inspection by the Louisiana Housing Corporation of Apartment T218 revealing mold in the HVAC duct work and registers master bedroom ceiling is buckled and presenting cracks in the sheet rock

While residing at Laguna Run, Ms. Mitchell personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Mitchell's personal observations, Laguna Run is not a safe place to live.

**The unit was sampled for mold by Oscar Moya of Moya Environmental. The sample was analyzed by Air Allergen Mold Testing on October 2, 2019. The unit tested positive for the harmful mold and mold spores *Cladosporium, Penicillium, and Ulocladium*.[82]** At that time, Ms. Mitchell was provided a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Mitchell personally experienced roach infestation in her apartment. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Mitchell's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **ROCHELLE MITCHELL** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

---

[82] Ex. 29, Rochelle Mitchell Mold Testing Results dated 10/2/2019

# WENONAH CUTLER

## AMENDED PARAGRAPH 88.

**WENONAH CUTLER** is a former lessee at Laguna Run. Her former address at Laguna Run was 6812 Lake Kenilworth Drive, Apartment N-104, New Orleans, Louisiana 70126. Ms. Cutler resided at the Laguna Run with her minor children: Alliyah Hull (13), Jamier Hull (12), Osirus Cutler (16) and child Ausure Cutler (18). She had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Cutler secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Cutler, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Cutler alleges breach of contract.

As a HUD/HANO Section 8 voucher recipient, Ms. Cutler also alleges that the Defendants breached their contractual duty with HUD pursuant to 24 C.F.R. Part 5, §5703(f) to maintain said apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents.

While Ms. Cutler resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. As a result of exposure to deplorable living conditions, Ms. Cutler and her

children experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, and flu-like symptoms, itching skin, headaches, and achiness.

Ms. Cutler experienced raw sewerage backing up into her unit. The unit failed inspection by HANO. She also experienced electrical problems. Ms. Cutler slipped and fell in water intrusion in her unit and suffered substantial injuries which are the subject of another lawsuit.

Ms. Cutler gave a news interview to Sherman Desselle of WDSU about the deplorable conditions in her apartment. As a direct result of the interview, Ms. Cutler and her children were evicted. Councilwoman Cyndi Nguyen put the family into a hotel for several weeks. Ms. Cutler ended up losing her HANO voucher, as a direct result of what was occurring between her and Dasmen.

While residing at Laguna Run, Ms. Cutler personally experienced roach infestation in her apartment. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Cutler's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing./water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **WENONAH CUTLER** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

**TRICHELL SORRELL**

**AMENDED PARAGRAPH 89.**

**TRICHELL SORRELL** is a former lessee at Laguna Run. Her former address at Laguna Run was 7005 Martin Drive, Apartment K-209, New Orleans, Louisiana 70126. She had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Sorrell secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Sorrell, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Sorrell alleges breach of contract.

During the time period that Ms. Sorrell resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. She experienced worsening of allergies, fever, nasal and sinus congestion, burning/watering eyes, coughing, sore throat, flu-like symptoms, skin irritation and headaches.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 2, 2019. The unit tested positive for the presence of harmful *Cladosporium* and *Ulocadium* mold and mold spores.[83]** At that time, Ms. Sorrell was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Sorrell personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Sorrell's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Sorrell personally experienced roach infestation in her apartment. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Sorrell's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

---

[83]     Ex. 30, Trichelle Sorrell Mold Testing Results dated 10/2/2019

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TRICHELL SORRELL** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

**TROYNEISHA TERRANCE**

**AMENDED PARAGRAPH 90.**

**TROYNEISHA TERRANCE** is a former lessee at Hidden Lake and Laguna Run. Her former address at Laguna Run was 6900 Lake Kenilworth Drive, Apartment Q-231, New Orleans, Louisiana 70126. She had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Terrance secreting conditions materially affecting the health or safety Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Terrance, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Terrance alleges breach of contract.

While Ms. Terrance resided in the apartment, she personally observed visible mold growth and musty odors. Ms. Terrance moved into Hidden Lakes in 2015. About seven months after living in the apartment unit, she noticed water intrusion and the presence of a black substance growing by the window in the living room, dining room and upstairs bedroom. She reported the presence of the black substance to the property management office. Before anyone

came out to attend to the problems, she noticed the black substance growing on the wall near the tub. She also noticed the growth of the black substance on the ceiling in the bathroom. She also reported all of these issues again.

After a few weeks, a maintenance man came out to address it. He sprayed bleach on the windows, walls and ceilings. He cleaned and repainted the entire tub and painted it.  However, within a month or two, the black substance resurfaced. This became a pattern. Ms. Terrance continued to report this problem. She waited months for someone to come to spray bleach on it and paint over it. It resurfaced. Additionally, she experienced the collapse of the living room ceiling due to water intrusion.

Ms. Terrance personally experienced worsening allergies and nasal and sinus congestion. **The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 21, 2019. The unit tested positive for harmful *Cladiosporium* and *Ulocladium* mold and mold spores.** [84]At that time, Ms. Terrance was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

The mailboxes were inoperable at the complex. The mailman was leaving Ms. Terrance's mail in the property management office. When it was closed, she could not receive her mail.; The dumpsters were not emptied on a regular basis creating insect and rodent problems and horrible orders throughout the complex.

While residing at Laguna Run, Ms. Terrance personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. Her vehicle was broken into

---

[84]     Ex. 31, Troyneisha Terrance Mold Testing Results dated 10/21/2019

and ransacked. She is aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Terrance's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, Ms. Terrance personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Terrance's apartment were not apparent and/or visible to her at the time that she moved into the apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TROYNEISHA TERRANCE** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

<u>**MELISHA BOWMAN**</u>

<u>**AMENDED PARAGRAPH 91.**</u>

**MELISHA BOWMAN** is a former lessee at Hidden Lake and Laguna Run. Her former address at Laguna Run was 6900 Lake Kenilworth Drive, Apartment Q-231, New Orleans, Louisiana 70126. She had a valid and enforceable lease with Defendants Eastlake Development and Latter & Blum and then Dasmen Residential and the RH Entities. Under the provisions of

the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Bowman secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Bowman, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Bowman alleges breach of contract.

While Ms. Bowman resided in the apartment, she personally observed visible mold growth and musty odors. Ms. Bowman moved into Hidden Lakes in 2015. About seven months after living in the apartment unit, Ms. Bowman noticed water intrusion and the presence of a black substance growing by the window in the living room, dining room and upstairs bedroom. Ms. Bowman reported the presence of the black substance to the property management office. Before anyone came out to attend to the problems, she noticed black substance growing on the wall near the tub. She also noticed the growth of the black substance on the ceiling in the bathroom. Ms. Bowman reported all of these issues again.

After a few weeks, a maintenance man came out to address it. He sprayed bleach on the windows, walls and ceilings. He cleaned and repainted the entire tub and painted it. However, within a month or two, the black substance resurfaced. This became a pattern. Ms. Bowman reported the presence of black substances. She waited months for someone to come to spray bleach on it and paint over it. It resurfaced. Additionally, Ms. Bowman experienced the collapse of their living room ceiling due to water intrusion.

Ms. Bowman personally experienced worsening allergies and nasal and sinus congestion. **The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air**

**Allergen Mold Testing on October 21, 2019. The unit tested positive for harmful _Cladiosporium_ and _Ulocladium_ mold and mold spores.**[85] At that time, Ms. Bowman was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

The mailboxes were inoperable. The mailman was leaving Ms. Bowman's mail in the property management office. When it was closed, she would not receive our mail. The dumpsters were not emptied on a regular basis creating insect and rodent problems and horrible orders throughout the complex. While residing at Laguna Run, Ms. Bowman personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. Her roommate's vehicle was broken into and ransacked. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Bowman's personal observations, Laguna Run is not a safe place to live.

While residing at Laguna Run, I personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Bowman's apartment were not apparent and/or visible to me at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property

---

[85]     See Ex. 31 (Same Unit as Troyneisha Terrance)

management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **MELISHA BOWMAN** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

<u>**TYHEASHA CRUMEDY**</u>

<u>**AMENDED PARAGRAPH 92.**</u>

**TYHEASHA CRUMEDY** is a former lessee at Laguna Run. Her former address was 6918 Lake Kenilworth Drive, Apt. R-225, New Orleans, Louisiana 70126, where she lived for 5 ½ years. Ms. Crumedy had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Crumedy secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Crumedy, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Crumedy alleges breach of contract.

As a HUD/HANO Section 8 voucher recipient, Ms. Crumedy also alleges that the Defendants breached their contractual duty with HUD pursuant to 24 C.F.R. Part 5, §5703(f) to maintain said apartments and common areas free of health and safety concerns, including, but

not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents.

While Ms. Crumedy resided at Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors.

While residing at Laguna Run, Ms. Crumedy suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. She addressed her symptoms with over-the-counter medications. Ms. Crumedy received medical treatment for mold-related symptoms from Dr. Godwin Ogbuokiri, 4543 Downman Road, New Orleans, Louisiana 70126.

**The apartment failed a HANO inspection due to mold on September 27, 2019. The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 22, 2019. The unit tested positive for harmful *Cladosporium* mold and mold spores.[86]** At that time, Ms. Crumedy was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

While residing at Laguna Run, Ms. Crumedy personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Crumedy's personal observations, Laguna Run is not a safe place to live.

---

[86]     Ex. 32, Tyheasha Crumedy Mold Testing Results dated 10/22/2019

While residing at Laguna Run, Ms. Crumedy personally experienced roach infestation in her apartment. She also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Crumedy's apartment were not apparent and/or visible to her at the time that she moved into her apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TYHEASHA CRUMEDY** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

<u>**KESHA SIMMONS**</u>

<u>**AMENDED PARAGRAPH 93.**</u>

**KESHA SIMMONS** is a former lessee at Hidden Lake and Laguna Run. Her former address was 7020 Lake Kenilworth Drive, Apartment V-216, New Orleans, Louisiana 70126. Ms. Simmons resided at Hidden Lake/Laguna Run with her minor children: Laila Alonzo (age 11), Bella Randolph (age 4) and Kaleb Randolph (age 2). She had a valid and enforceable lease with Defendants Eastlake Development and Latter and Blum and then Defendants Dasmen

Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Simmons secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Simmons, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Simmons alleges breach of contract.

As a HUD/HANO Section 8 voucher recipient, Ms. Crumedy also alleges that the Defendants breached their contractual duty with HUD pursuant to 24 C.F.R. Part 5, §5703(f) to maintain said apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents.

While Ms. Simmons resided at Hidden Lakes/Laguna Run, she experienced visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. She and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

Ms. Simmons addressed our symptoms with over-the-counter medications, and her children received medical treatment for various health effects that she now attributes to mold exposure at Hidden Lakes/Laguna Run. More specifically, Ms. Simmons was pregnant with Kaleb Randolph while living in an environment filled with mold at Laguna Run. Despite Ms.

Simmons's insistence that the mold be abated before the birth of her baby and her return from the hospital, it was not adequately addressed. As a result, both Bella Randolph and Kaleb Randolph experienced severe respiratory illnesses while residing at Laguna Run. They have been treated by Napoleon Pediatrics, 3040 33rd Street, Metairie, Louisiana 70001. Ms. Simmons received medical treatment at Tulane Lakeside 4700 S. I-10 Service Road, West Metairie, Louisiana 70001. Ms. Simmons is now personally aware that the health effects that she and her children have suffered at Laguna Run are supported by medical literature regarding mold exposure. Since she and her minor children moved out of Laguna Run in February 2020, their health conditions have dramatically improved.

Ms. Simmons moved into East Lake Apartments/Hidden Lakes/Laguna Run on February 20, 2017. About seven (7) months after moving into her apartment, Ms. Simmons noted the presence of a black substance along the windowsills in the apartment. More specifically, there was a black substance present on and around the windowsills of the Master Bedroom, Guest Bedroom and Dining Room. She reported the black substance to the property managers and a work order was completed on the computer in her presence. About two weeks later, maintenance workers came to her apartment and told her that the black mold was "just dirt." The maintenance man sprayed Kilz on the black substance (a mold disinfectant). Within weeks, the black substance re-appeared and became even more widespread along all of the windowsills in the apartment.

Months later, going into the new lease in 2018, black substance presented in the bathroom on the ceiling over the showerhead. Ms. Simmons reported the presence of this black substance to the office. It took approximately three months for a maintenance worker to respond. While the black substance went unaddressed, it was literally taking over the walls of the

apartment. During this time period, Ms. Simmons had a small minor child, Bella Randolph, and she was expecting her son, Kaleb Randolph. She was pleading with the property managers to address the mold issues before she returned home from the hospital with her son. Needless to say, they did not. Ms. Simmons returned home with her son who was born prematurely in November 2018, to an apartment filled with the black substance. It was on the windowsills, the bathroom wall where the tub was and the ceiling. It started to spread where the vent was located in the bathroom.

**In 2019, Ms. Simmons's unit failed all inspections with HANO and the black substance was referred to as "mold." Finally, after she ran the course of having three failed inspections, HANO allowed Ms. Simmons to move out of the Laguna Run apartment in February 2020. The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on September 27, 2019. The unit tested positive for harmful *Penicillium*.[87]** At that time, Ms. Simmons was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

During the time period that Ms. Simmons resided at Laguna Run, she observed visible mold growth, discoloration of water stains on walls and ceilings, areas of standing water or condensation on the floors, walls and window sills, and musty odors.

While residing at Laguna Run, Ms. Simmons personally observed inadequate security and ongoing criminal activity such as drug dealing in common areas. She is also aware of numerous violent crimes that have occurred at the complex. Based upon Ms. Simmons's personal observations, Laguna Run is not a safe place to live.

---

[87]     Ex. 33, Kesha Simmons Mold Testing Results dated 9/27/2019

While residing at Laguna Run, Ms. Simmons personally experienced roach and fly infestation in her apartment. Ms. Simmons also personally observed the following conditions throughout the apartment complex in common areas:

- Visible mold growth in other apartment units and common areas such as laundry rooms and hallways;
- Discoloration or water stains on walls and ceilings in other apartment units and common areas such as laundry rooms and hallways; and
- Areas of standing water or condensation in common areas such as laundry rooms and hallways.

The harmful conditions in Ms. Simmons' apartment were not apparent and/or visible to her at the time that she moved into the apartment at Laguna Run. She did not have any reason to believe that there was mold in the apartment unit when she moved in because the property management staff misrepresented to her that the apartment was habitable and free from environmental hazards and major plumbing/water intrusion issues.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **KESHA SIMMONS** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## JOHNSHANE POWELL

## AMENDED PARAGRAPH 94.

**JOHNSHANE POWELL** is a former lessee at Hidden Lake and Laguna Run. She had a valid and enforceable lease with Defendants Eastlake Development and Latter and Blum and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Powell secreting conditions materially affecting the health or

safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Powell, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Powell alleges breach of contract.

On or about August 23, 2017, Ms. Powell entered into a one year lease agreement with Defendant Eastlake Development, LLC. Ms. Powell resided in her apartment with her minor child, K.A.(1), and she was pregnant with her second minor child, K.A. (2). During her period of occupancy, Ms. Powell noted the presence of mold throughout her apartment. Ms. Powell notified Defendant Latter & Blum about the presence of mold on several occasions.

On or about, October 17, 2018, the Louisiana Housing Authority (hereinafter "LHA") conducted an inspection of Ms. Powell's apartment. As a result of the inspection, LHA determined that Ms. Powell's apartment failed to meet health and safety requirement due to mold and mildew like substances. Latter & Blum claimed to have remediated the mold, but they simply painted over it.

A second LHA inspection was conducted on or about October 31, 2018, and again, Ms. Powell's unit failed the health and safety requirements due to the presence of mold. During her period of occupancy in the apartment, Ms. Powell and her minor children experienced illnesses that she now attributes to mold exposure. She also had personal property destroyed and experienced emotional distress.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **JOHNSHANE POWELL** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life

(past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## CHARLENE MILLER

## AMENDED PARAGRAPH 95.

**CHARLENE MILLER** is a former lessee at Laguna Reserve. Her former address was 5131 Bundy Road, Apartment D-217, New Orleans, Louisiana 70126. In 2015, Ms. Miller moved into the apartment complex and entered into a one year lease which was annually extended. She had a valid and enforceable lease with Defendants Triangle Real Estate and Southwood Realty and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Miller secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Miller, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Miller alleges breach of contract.

In November 2018, the presence of black mold was confirmed in Ms. Miller's apartment. Ms. Miller was hospitalized at University Hospital in New Orleans for two weeks for lung infections related to mold exposure. Defendant Dasmen misrepresented to Ms. Miller that they were abating the mold in her unit. However, they sprayed a substance on the wall and painted over it. The mold continued to re-emerge throughout the duration of her occupancy until June 2019 when she moved out. Since Ms. Miller has moved out of the apartment, her health has continued to improve.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **CHARLENE MILLER** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## ERIC BROWN

## AMENDED PARAGRAPH 96.

**ERIC BROWN** is a current lessee at Laguna Reserve. His current address is 5131 Bundy Road, Apartments K-22, New Orleans, Louisiana 70127. He has also resided in Apartment Q-32. He has resided in the complex from 2017 through 2020. Mr. Brown has a valid and enforceable lease with Defendants Triangle Real Estate and Southwood Realty and then Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Mr. Brown secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Mr. Brown, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Mr. Brown alleges breach of contract.

While he resided at the complex, he noted the presence of visible mold growth, discoloration of walls and ceilings, areas of standing water and condensation on floors, walls, and window sills, and a musty odor. He voiced complaints to the property managers to no avail. Mr. Brown experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watery eyes, worsening of asthma, coughing, sore throat, flu-like symptoms, skin

irritation, and headaches. Mr. Brown provided an interview to the media regarding the deplorable conditions of his apartment.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **ERIC BROWN** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future);medical expenses (past, present and future); property damages; and relocation expenses.

## TIFFANY WADE

## AMENDED PARAGRAPH 97.

**TIFFANY WADE** is a current lessee at Laguna Reserve. Her current address at Laguna Reserve is 5131 Bundy, Road, Apartments R-10, New Orleans, Louisiana 70127. She has resided in the complex since 2011. She has resided with her children: Ava Wade (age 4) and Dejon Boie (age 13). Ms. Wade had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Wade secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Wade, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Wade alleges breach of contract.

Since she has resided at the complex, Ms. Wade has noted the presence of visible mold growth, discoloration of walls and ceilings, areas of standing water and condensation on floors, walls, and window sills, and a musty odor. The mold emerged in the master bedroom, kitchen,

bathroom, dining room and living room, as a result of defective plumbing which caused leaks and flooded her apartment. The water intrusion was also caused by damp conditions, washing machine leaks, hot water heater leaks, defective cladding, unprotected sheathing, siding leaks, air conditioner leaks and refrigerator leaks. She voiced complaints to the property managers and they continue to paint over the affected areas of water intrusion.

Ms. Wade and her minor children have experienced worsening of allergies, respiratory problems, nasal and sinus congestion, burning/watery eyes, worsening of asthma, coughing, sore throat, flu-like symptoms, skin irritation, and headaches.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TIFFANY WADE** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

**RENATA WALKER**

**AMENDED PARAGRAPH 98.**

**RENATA WALKER** is a former lessee at Carmel Brooks. Her former address was 12345 N-10 Service Road Apartment 1502, New Orleans, Louisiana 70128. Ms. Walker resided with her minor children: Amari Lewis (7); Elaiyah Lewis (5), Ariyah Lewis (4) an Jaylum Walker (2). She had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Walker secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the

property owners and managers by Ms. Walker, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Walker alleges breach of contract.

While residing in the apartment, Ms. Walker personally observed visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. The issues that she reported to the property managers included water soaked and moldy carpet, a leak in her bathroom ceiling and the growth of mold, the air conditioning unit was leaking above her bedroom, mold and paint peeling in the tub.

Since she moved into the complex in 2015, Ms. Walker and her minor children experienced illnesses that they now attributed to mold. While residing at Carmel Brooks, Ms. Walker and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Ms. Walker addressed our symptoms with over-the-counter medications. After residing at Carmel Brooks, Ms. Walker and her children suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on December 10, 2019. The unit tested positive for harmful *Aspergillus/Penicillium, Cladosporium, Ulocladium* and *Ascospores*.[88]** At that time, Ms. Walker was provided with a report educating her regarding the adverse health effects caused by the mold to which she had been exposed.

---

[88]     Ex. 34, Renata Walker Mold Testing Results dated 12/10/2019

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **RENATA WALKER** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

**TIFFANY A. CERRE**

**AMENDED PARAGRAPH 99.**

**TIFFANY A. CERRE** is a current lessee at Carmel Brooks. Her current address is 12345 N-10 Service Road, Apt. 202, New Orleans, Louisiana 70128. Ms. Cerre has resided in her Carmel Brooks apartment for 2 years. She has a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Cerre secreting conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Cerre, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Cerre alleges breach of contract.

During her period of occupancy, Ms. Cerre personally observed visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. While residing at Carmel Brooks, Ms. Cerre suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore

throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. She has sought medical attention for her ailments and treated them with over-the-counter medications.

Ms. Cerre contends that the apartment is unsafe, unsanitary and uninhabitable due to the presence of mold and the smell. Water intrusion and mold have damaged her furniture. **The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 22, 2020. The unit tested positive for harmful *Altemaria/Ulocladium, Basidiospores, Chaetomium, and Aspergillus.*[89]** At that time, Ms. Cerre was provided with a report educating regarding the adverse health effects caused by the mold to which she had been exposed.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TIFFANY CERRE** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## MELANIE ANDERSON

## AMENDED PARAGRAPH 100.

**MELANIE ANDERSON** is a current lessee at Carmel Springs. Her address at Carmel Springs is 12151 N-10 Service Road, Apt. 525.New Orleans, Louisiana 70128. She had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Anderson secreting conditions materially affecting the health or safety of ordinary persons in violation of the lease agreements.

---

[89]     Ex. 35, Tiffany Cerre Mold Testing Results dated 10/22/2020

Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Anderson, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322. As such, Ms. Anderson alleges breach of contract.

Ms. Anderson resided in Carmel Springs for 1 year with her children: Diamond Anderson (25), Tawanna Anderson (20), and Edward Anderson (26). On April 16, 2019, Ms. Anderson's apartment was flooded by another apartment. She was advised that she could not be moved to another apartment and she would have to wait for the maintenance staff to get to her unit to address the damage. After the flooding of her living room, kitchen and bathroom, Ms. Anderson personally observed visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors.

While residing at Carmel Springs, Ms. Anderson suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. She also experienced worsening asthma.

**The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on October 21, 2020. The unit tested positive for harmful *Chaetomium and Aspergillus/Penicillium.*[90]** At that time, Ms. Anderson was educated regarding the adverse health effects caused by the mold to which she had been exposed. To date the conditions have not been addressed and this is a continuing tort.

---

[90]     Ex. 36, Melanie Anderson Mold Testing Results dated 10/21/2020

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **MELANIE ANDERSON** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## AHSHAKI RILES

## AMENDED PARAGRAPH 101.

**AHSHAKI RILES** is a former lessee at Carmel Springs. Her address at Carmel Springs is 12151 N-10 Service Road, Apt. 115.New Orleans, Louisiana 70128. She resided in the unit from August 2015 through November 2020. At the time that she moved out, the conditions in her unit had not been addressed. Ms. Riles had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Riles secreting conditions materially affecting the health or safety of ordinary persons in violation of the lease agreements. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Riles, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Riles alleges breach of contract.

She experienced water intrusion in the kitchen and living room. The mold was visible on the walls and in the carpet after her apartment was flooded. While residing at Carmel Springs, Ms. Riles suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus

problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. She also experienced worsening asthma.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **AHSHAKI RILES** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

<u>**LISHA BARLEY**</u>

<u>**AMENDED PARAGRAPH 102.**</u>

**LISHA BARLEY** is a current lessee at Laguna Creek. Her address at Laguna Creek is 6881 Parc Brittany Blvd., Apt. D-105, New Orleans, Louisiana 70128. Ms. Barley resides at Laguna Creek with her two minor children: Anayla Barley (7) and Giya Barley (2). At the time that she moved out, the conditions in her unit had not been addressed. Ms. Barley had a valid and enforceable lease with Defendants Dasmen Residential and the RH Entities. Under the provisions of the lease, Defendants were obligated to tender the leased premises in a clean, safe and good working condition. The premises was tendered to Ms. Barley secreting and failing to disclose conditions materially affecting the health or safety of Plaintiffs in violation of the lease agreement. Additionally, once the defects and vices were brought to the attention of the property owners and managers by Ms. Barley, Defendants failed to diligently make repairs to remove the hazardous conditions over which they exercised care, custody and control in violation of La. C.C. art. 2322.  As such, Ms. Barley alleges breach of contract.

During her period of occupancy, Ms. Barley personally observed visible mold growth, discoloration or water stains on internally facing walls and ceilings, discoloration or water stains

on externally facing walls, areas of standing water or condensation on floors, wall, or window sills, and musty odors. While residing at Laguna Creek, Ms. Barley suffered with headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms. Her youngest child, Giya Barley, has undergone two blood transfusions. She experience random nose bleeds and high fevers.

While residing at Laguna Creek, Ms. Barley has constantly asked the property managers to replace the moldy carpets in her apartment. The apartment has an unbearable odor. **The unit was tested for mold on by Oscar Moya, and the results were analyzed by Air Allergen Mold Testing on December 10, 2019. The unit tested positive for harmful *Chaetomium* and *Cladosporium*.**[91] At that time, Ms. Barley was educated regarding the adverse health effects caused by the mold to which she had been exposed. *TO DATE, her maintenance needs are ongoing and they are continuing to be exposed to harmful mycotoxins.*

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **LISHA BARLEY** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and relocation expenses.

## DWAYNE CHANEY

## AMENDED PARAGRAPH 103.

**DWAYNE CHANEY** is a former employee of Defendant Dasmen Residential and The Lynd Company. He was employed by Dasmen from December 14, 2017 through November

---

[91]     Ex. 37, Lisha Barley Mold Testing Results dated 12/10/2019

2019. He was employed by Lynd from November 2019 through 2020 as a maintenance tech. He did not receive any training in mold abatement. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis.

Mr. Chaney was an asthmatic when he went to work for Dasmen. As a direct result of intentional mold exposure, he experienced worsening asthma, headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **DWAYNE CHANEY** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

<u>**RONALD L. EDWARDS, SR.**</u>

<u>**AMENDED PARAGRAPH 104.**</u>

**RONALD L. EDWARDS, SR.** is a former employee of Defendant Dasmen Residential and The Lynd Company. He was employed by Latter & Blum from 2015 through December 13, 2017. He was employed by Dasmen from March 2019 through November 2019. He was employed by Lynd from November 2019 through 2020 as a maintenance supervisor at all of the subject apartment complexes.. He did not receive any training in mold abatement. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis. He experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus problems

and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **RONALD L. EDWARDS, SR.** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

<u>**RICHARD COLEMAN**</u>

<u>**AMENDED PARAGRAPH 105.**</u>

**RICHARD COLEMAN** was employed by Defendant Latter & Blum from 2016 through December 13, 2017. He was employed by Defendant Dasmen from December 13, 2017 through November 2019. He worked as a maintenance man at all of the subject apartment complexes.

He did not receive any training in mold abatement. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis. He experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **RICHARD COLEMAN** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

## JOHN HOUSE

## AMENDED PARAGRAPH 106.

**JOHN HOUSE** was employed by Defendant Dasmen from March 1, 2018 through April 2019. He worked as a regional maintenance supervisor at all of the subject apartment complexes. He did not receive any training in mold abatement from Dasmen. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis. He experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **JOHN HOUSE** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

## SHELTON LUVINE

## AMENDED PARAGRAPH 107.

**SHELTON LUVINE** was employed by Defendant Latter & Blum from April 20, 2014 through December 13, 2017. He was employed by Defendant Dasmen Residential from December 14, 2017 through November 2019. He worked as a maintenance man at all of the subject apartment complexes. He did not receive any training in mold abatement from Dasmen. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis. He experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus

problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **JOHN HOUSE** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

## **TONY CRAWFORD**

## **AMENDED PARAGRAPH 108.**

**TONY CRAWFORD** was employed by Defendant Dasmen Residential from July 2018 through February 2019. He worked as a renovations project manager at all of the subject apartment complexes. He did not receive any training in mold abatement from Dasmen. He was compelled to perform mold abatement without the provision of personal protective gear by this employers. As a direct result, he was intentionally exposed to toxic mold on a daily basis. He experienced headaches, respiratory infections, coughing, congestion, sneezing, sinus problems and infections, sore throats, achiness, flu-like symptoms, itching, and an increase in allergy symptoms.

As a direct result of the combined acts of negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative **TONY CRAWFORD** has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); and medical expenses (past, present and future).

# LEGAL THEORIES OF LIABILITY

## STRICT LIABILITY

## AMENDED PARAGRAPH 109.

In leasing a thing, a lessor warrants that the thing is free from vices or defects that prevent the thing from being used for the purpose for which it was leased. That warranty extends to vices or defects that arise after delivery of the thing that are not attributable to the fault of the lessee and even to the vices or defects that are known to the lessor. Plaintiffs expressly allege Defendant property owners and/or property managers (former and current) tendered to them apartment units that contained defects [water-intrusion and mold-infestation] and caused them injuries. As such, Defendants are strictly liable for their damages pursuant to **La. C.C. Arts. 2696 and 2697**.

## AMENDED PARAGRAPH 110.

Defendant property owners and/or property managers (former and current) caused Plaintiffs' damages as a result of the ruin of their buildings by virtue of neglect. Defendants failed to exercise reasonable care in performing maintenance, upkeep and repairs on their properties. As such, Defendants are strictly liable for their damages pursuant to pursuant to **La. C.C. Arts. 2317.1 and 2322.**

## NEGLIGENCE

## AMENDED PARAGRAPH 111.

Plaintiffs' damages were caused by the negligence of the Defendant property owners and/or property managers (former and current) who failed to exercise reasonable care in performing maintenance, upkeep and repairs to buildings constructed in the 1970's and 1980's. Defendants have violated International Building Codes, National Fire Protection Association

Life Safety Codes, City of New Orleans' Building Codes and have created hazardous conditions for residents and employees. The ruin of the buildings posing an unreasonable risk of harm to Plaintiffs. The ruinous conditions of the property took many forms including: (1) roofs that needed to be replaced and were leaking; (2) cast iron pipes that were eroding, fracturing and leaking; (d) windows and doors that were not properly sealed and leaking; (4) heating, ventilation and air conditioning systems that were improperly installed and leaking; (5) floating slabs caused by cast-iron pipes; (6) mold in wall cavities; topes of ceilings; under carpets; behind interior walls; behind exterior walls; behind water stained ceilings and walls; (7) rotting windows, doors, stairways, balconies and threshholds; (8) defective cladding; and (9) leaking chimney caps. As these conditions have persisted over a decade, the Court can presume that the property owners had constructive notice of the defect.[92]

## AMENDED PARAGRAPH 112.

Through mold testing results, failed inspection reports, third-party documents, and medical evidence, Plaintiffs have proven actual exposure to mold and that the exposure was a dose sufficient to cause health effects. Plaintiffs have proven a sufficient causative link between the alleged health problems and the specific types of old found at the complexes, namely: *Stachybotrys*, *Cladosporium*, *Aspergillus*, *Ullocladium*, *Badiospores*, *Bipolaris*, *Ascospores*, *Chaetomium*, *Curvularia*, *Acremonium*, *Zygomycete.* As such, Defendants are liable for Plaintiffs' damages pursuant to pursuant to **La. C.C. Art. 2315.**

## AMENDED PARAGRAPH 113.

Defendants undertook a duty to provide security, but it is being performed in negligent manner. **La. C.C. Art. 2315.**

---

[92]    *Carrero v. Mandina's Inc.,* 2019 LEXIS La. App. LEXIS 1388 (La. App. 4 Cir. 2019).

## FRAUD

## AMENDED PARAGRAPH 114.

Plaintiffs assert claims of fraud against Defendant property owners and/or property managers (former and current) under **La. C.C. art. 1953** which applies to contract cases. "Fraud" is defined as "a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other." Fraud may also result from silence or inaction. Defendant property owners and/or property managers (former and current) misrepresented the condition of the subject apartment complexes with the intent to lure and to deceive leaseholders and third-party payees like HUD/HANO. Plaintiffs had a reasonable and justifiable reliance upon the misrepresentations and injury resulted.

## AMENDED PARAGRAPH 115.

Prior to leasing the subject apartment units, Defendant property owners and/or property managers (former and current) had knowledge of extensive water-intrusion and mold-infestation in the apartment complexes; yet, Defendants secreted this information from Plaintiffs and instructed the leasing staff and maintenance workers to deceive Plaintiffs regarding the condition of the apartment complexes. Defendants' misrepresentation, suppression or omission of information regarding the condition of the apartment substantially influenced the Plaintiffs' consent to the lease agreements.

## AMENDED PARAGRAPH 116.

A former owner of property can be held liable for defective conditions in the property if the former owner knew of the defective conditions in the property prior to the transfer of the

property and concealed those problems.[93] Upon information and belief, Defendants Eastlake

Development, Lakewind East, Triangle Real Estate, and Southwood Realty had knowledge of

widespread water-intrusion issues and mold-infestation at all of the subject apartment complexes

on or before December 13, 2017, and concealed the defective conditions in the buildings to

transfer the subject properties to the Defendant RH Entities.

## AMENDED PARAGRAPH 117.

The defective conditions were present in the subject apartment buildings prior to the Acts

of Sale on December 13, 2017. Plaintiffs have obtained HANO failed inspection records for

water-intrusion and mold-infestation that pre-date the Acts of Sale on December 13, 2017.[94]

Even though the ownership of the apartment complexes were transferred to the Defendant RH

Entities in 2017, Defendants Eastlake Development, Lakewind East, Triangle Real Estate, and

Southwood Realty are still liable for Plaintiffs' damages caused by water-intrusion and mold-

infestation because they failed to waterproof and remedy other problems occasioned by water-

intrusion which led to the mold that caused harm to Plaintiffs.

## NEGLIGENT MISREPRESENTATION

## AMENDED PARAGRAPH 118.

Plaintiffs assert claims for negligent representation against the Defendant property

owners and property managers (former and current) under **La. C.C. Art. 2315.** Defendants had a

legal duty to support correct information about the condition of the apartment complexes,

breached that duty, and caused Plaintiffs' damages as a result of the breach. Defendants'

misrepresentation, suppression or omission of information regarding the condition of the

apartment substantially influenced the Plaintiffs' consent to the lease agreements.

---

[93]     *See Learson v. Bussey*, 96-2339 (La. App. 4 Cir.. 3/26/97), 691 So.2d 1301.
[94]     Ex.38, HANO failed inspection records

## BREACH OF CONTRACT PURSUANT TO LA. C.C. ART. 2684

### AMENDED PARAGRAPH 119.

Defendant property owners and/or property managers (former and current) breached their contractual duty with Plaintiff leaseholders, pursuant to lease agreements. Defendants contractually obligated themselves to give Plaintiff leaseholders the use and enjoyment of apartment units for a term in exchange for rent that the leaseholders bound themselves to pay. Defendants breach the contractual duty to deliver the apartments in good condition suitable for the purpose for which it was leased. As such, Defendants are liable for Plaintiffs' damages pursuant to pursuant to **La. C.C. Art. 2684.**

## BREACH OF CONTRACT PURSUANT TO 24 C.F.R. 5.703(f)

### AMENDED PARAGRAPH 120.

Defendant property owners and/or property managers (former and current) breached their contractual duty with HUD pursuant to **24 C.F.R. Part 5, §5703(f)** to maintain said apartments and common areas free of health and safety concerns, including, but not limited to, the presence of mold for the benefit of the leaseholders of the apartment complex and other permanent residents. Through their combined acts of neglect of the subject properties, the Defendants have breached their contractual duties to persons who receive housing rental assistance from HUD/HANO.[95]

## RES IPSA LOQUITUR

### AMENDED PARAGRAPH 121.

---

[95] *See Claborne v. Hous. Auth. Of New Orleans*, 165 So.3d 268, (La. App, 4 Cir. 4/15/2015), a class certified for tenants receiving HANO housing vouchers who were exposed to mold at two apartment complexes in violation of 24 C.F.R. Part 5, § 5703(f).

Plaintiffs invoke the doctrine of *res ipsa loquitur*. The condition of the apartment buildings and the various code violations speak for themselves to infer negligence on the part of the defendants.

## INTENTIONAL TORT – EMPLOYEES – La. R.S. 23:1032(B)

## AMENDED PARAGRAPH 122.

Although workers' compensation is the exclusive remedy available to an employee against an employer for work-related injuries, La. R.S. 23:1032(B) provides an exception to this general rule in the event it arises from an intentional or deliberate act. Here, Plaintiffs who worked at the subject apartment complexes were intentionally exposed to mold, without training, without an education regarding health hazards, and without protective personal equipment. The conduct of Defendants Southwood Realty, Latter & Blum, Dasmen Residential and The Lynd Company was extreme and outrageous. The conduct violates Occupational Safety and Health Administration (OSHA) standards which require employers to provide personal protective equipment, when it is necessary to protect employees from job-related injuries, illnesses, and fatalities. With few exceptions, OSHA requires employers to pay for personal protective equipment when it is used to comply with OSHA standards. These typically include: hard hats, gloves, goggles, safety shoes, safety glasses, welding helmets and goggles, face shields, chemical protective equipment and fall protection equipment. The Defendants knew, or should have known, that injury was substantially certain to follow given the severity of environmental hazards at the apartment complexes to which the workers were exposed.

# DAMAGES

## AMENDED PARAGRAPH 124.

As a direct result of the combined acts of negligent conduct of the Defendants, Plaintiffs have sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); property damages; and the cost of relocation.

## BODILY INJURIES

## AMENDED PARAGRAPH 125.

Based upon environmental sampling and analysis, Plaintiffs have confirmed that the mold was present in an environmental medium (e.g. air, water and dust) that allowed it to come into contact with Plaintiffs and move along a biologic pathway (e.g. inhalation, ingestion, and absorption). The concentration of the mold and mold spores was sufficient to create a biologic response in human beings and animals that led to adverse health outcomes. The presence of the following mold, mold-spores, and mycotoxins, including, not limited to the following, has been confirmed in apartment units at the subject properties: *Stachybotrys*, *Cladosporium*, *Aspergillus*, *Ullocladium*, *Badiospores*, *Bipolaris*, *Ascospores*, *Chaetomium*, *Curvularia*, *Acremonium*, *Zygomycete.*

## AMENDED PARAGRAPH 126.

The type of mold, mold spores and mycotoxins found in all of the subject apartment complexes is consistent with the symptoms and diseases suffered by class members during periods of occupancy and/or work performed in the properties: respiratory symptoms, nasal irritation, sinus discomfort, watery eyes, throat discomfort, coughing, nasal symptoms, runny,

blocked or stuffy nose, headaches, itchy skin, weak voice, swallowing problems, and other more serious illnesses and/or diseases.

## EMOTIONAL DISTRESS

## AMENDED PARAGRAPH 127.

Plaintiffs seek non-pecuniary damages for breach of a contract of lease. As a matter of law, a tenant is not precluded from seeking nonpecuniary damages for breach of a contract of lease." However, the plaintiff has the burden of proving the damage he suffered as a result of the defendant's fault. Mental anguish may be awarded. A lease for residential purposes includes, as one of its objects, the enjoyment of habitable living quarters. Testimony and photographic evidence of the living conditions is sufficient evidence to warrant damages for mental anguish." Mental anguish may also be awarded for property damage. In Louisiana, an award for mental anguish resulting from property damage is permissible when property is damages by acts for which the tortfeasor will be strictly or absolutely liable or when property is damaged by acts constituting a continuing nuisance.[96]

## NEGLIGENT AND/OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## AMENDED PARAGRAPH 128.

Tenants who consistently voiced complaints to the property managers about vices and defects in their apartments had their work orders placed on the back burner.[97] Additionally, tenants who retained attorneys and tenants who gave interviews to the media were routinely

---

[96]     *Ganheart v. Exec. House Apartments*, 95-1278, p. 7 (La. App. 4 Cir. 2/15/96), 671 So.2d 525, 529; *Jensen v. Matute*, 2019-0709, p. 12 (La. App. 4 Cir. 1/29/20), 289 So.3d 1136, 1145; *First of Georgia Insurance Co. v. Cohen*, 398 So.2d 1209 (La. App. 4 Cir. 1981); *Turgeau v. Pan American World Airways*, 764 F.2d 1084 (5th Cir. 1985).
[97]     Ex. 7, Depo Tr. of Dwayne Chaney at p. 49.

evicted under the guise of "failure to pay rent."[98] Dasmen employees who gave interviews to the media about the deplorable housing conditions at Laguna Run were terminated.[99]

## PROPERTY DAMAGES

## AMENDED PARAGRAPH 129.

When tenants' belongings were destroyed by mold, Defendants would not compensate them for their losses.[100]

## CLASS ALLEGATIONS

## AMENDED PARAGRAPH 130.

There are at least 6,000 putative class members who either lived and/or worked at the 1990 apartment units at issue in these proceedings. The Defendants' own employees, third-party records from the City of New Orleans, Metropolitan Crime Commission, Housing Authority of New Orleans, Permanent Supportive Housing, Louisiana Housing Corporation,  and Plaintiffs' records have demonstrated that Defendants were fully aware of a widespread water-intrusion problem that spurred widespread mold-intrusion at all of the subject apartment complexes. Yet, the Defendant property owners and property managers (former and current) failed to properly remediate these problems causing the ruin of the buildings and Sick Building Syndrome.

## AMENDED PARAGRAPH 131.

There is evidentiary support for Plaintiffs' burden of proving numerosity, commonality, typicality, adequacy of representation, an objectively definable class, and predominance and superiority. All proposed class representatives have described visible mold in their apartments and common areas; they notified Defendants about water intrusion problems and mold; they

---

[98] Ex. 7, Depo Tr. of Dwayne Chaney at p. 82; Ex. 9, Depo Tr. of Ronald Edwards at pp. 136-137.
[99] Ex. 7, Depo Tr. of Dwayne Chaney at pp. 106-107.
[100] Ex. 9, Depo Tr. of Ronald Edwards at p. 87

attests that the mold never went away with bleaching, or repainting among other factors; and they have confirmed the presence of mold with inspection records and mold testing. As such, Plaintiffs request class certification.

## RETENTION AND PAYMENT OF EXPERTS

## AMENDED PARAGRAPH 132.

Plaintiffs also anticipates that expert testimony may be required and prays that all expert fees and expenses incurred by her be taxed as costs to Defendants.

As a direct result of the slip and fall accident, and as a direct result of the negligent conduct of the Defendants, Named Plaintiff/Proposed Class Representative has sustained bodily injuries (past, present and future); emotional distress (past, present and future); loss of enjoyment of life (past, present and future); medical expenses (past, present and future); financial losses (past, present and future); and damages to her personal property.

## INSURANCE COVERAGE

## AMENDED PARAGRAPH 133.

**WILSHIRE INSURANCE COMPANY** (hereinafter referred to as "Wilshire") is a foreign corporation organized under the laws of the State of North Carolina, which provided a policy of insurance that insured Defendants Eastlake Development, KFK Group, KFK Development, and Latter & Blum. It also provided a policy of insurance that insured Defendants Dasmen Residential, LLC, RH New Orleans Holdings, LLC, RH Chenault Creek, LLC, RH Copper Creek, LLC, RH Windrun LLC, RH East Lake, LLC, and RH Lakewind East, LLC.

## **PRAYER**

WHEREFORE, the Plaintiffs pray:

A. That Defendants be served with a copy of this Complaint and cited to appear and answer same;
B. That after due proceedings had and a trial by jury, there be judgment in this matter in favor or the Plaintiffs and against the Defendants declaring them liable to the Plaintiffs, jointly, severally, and in solido, for compensatory damages from the date of judicial demand.
C. That Plaintiffs recover their costs for prosecution of this lawsuit, and for interest on all damages from the date of judicial demand until paid, and for all other general and equitable relief which the Court may find reasonable in the premises.

**RESPECTFULLY SUBMITTED:**

*/s/ Suzette Bagneris*

_____

Suzette Bagneris (LSBA No. 22241)
Emile A. Bagneris III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@ bagnerislawfirm.com
       ebagneris@ bagnerislawfirm.com
*Attorneys for Plaintiffs*

*/s/ Walter Leger, Jr.*

_____

Walter Leger, Jr.
Matthew Landry
LEGER & SHAW
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile: (504)
wleger@ legershaw.com
mlandry@ legershaw.com
*Attorneys for Plaintiffs*

*/s/ Devonn Jarrett*

_____

Devonn Jarrett
JARRETT LAW FIRM
643 Magazine Street, Suite 301(A)
New Orleans, Louisiana  70130
Telephone: (504) 491-6806
Email: djarrett @jarrettlawgroup.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Parties who are not enrolled with the Clerk shall be served by operation of law.

*/s/ Suzette Bagneris*

_____

Suzette Bagneris (LSBA No. 22241)

**WILSHIRE INSURANCE COMPANY**
**Through its Attorneys of Record:**
Tabitha Durbin
LEWIS, BRISBOIS, BISGAARD, & SMITH
100 E. Vermillion Street, Suite 300
Lafayette, Louisiana 70501
Telephone: (337) 326-5777
Email: Tabitha.Durbin @lewisbrisbois.com
        jenny.michel @lewisbrisbois.com
        Dakota.chenevert @lewisbrisbois.com
        Malise.Dennard @lewisbrisbois.com

**EASTLAKE DEVELOPMENT, LLC**
**KFK DEVELOPMENT, LLC**
**KFK GROUP, LLC**
Through their attorney of record:
Jonathan M. Walsh
Cassie P. Gailmor
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Email: jwalsh@deutchkerrigan.com
        Cassie @deutschkerrigan.com

**DASMEN RESIDENTIAL, LLC**
**RH COPPER CREEK, LLC**
**RH EAST LAKE, LLC**
**RH CHENAULT CREEK, LLC**
**RH LAKEWIND EAST, LLC**
**RH WINDRUN, LLC**
**RH NEW ORLEANS HOLDINGS, LLC**
Through their attorneys of record:
Ernest Gieger, Jr.
Emily Eagan
Michael Hill
Nicholas Bergeron
Tucker Bohren
GIEGER, LABORDE & LAPEYROUSE
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 654-1378
Email: egieger @glllaw.com
eeagan @glllaw.com
mhill @glllaw.com
nbergeron @glllaw.com
Tbohren @glllaw.com

**LATTER & BLUM PROPERTY MANAGEMENT, INC.**
Through its attorney of record:
Gustave A. Fritchie, III
Troy Bell
IRWIN, FRITCHIE, URQUHART & MOORE, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Email: gfritchie@irwinllc.com
tbell @irwinllc.com

**TRIANGLE REAL ESTATE OF GASTONIA, INC.**
Through its Attorneys of Record:
Chris D'Amour
William Wright, IV
Luke LaHaye
ADAMS & REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 585-0432
Email: luke.lahaye@arlaw.com
Billy.wright@arlaw.com

**THE LYND COMPANY**
Through its registered agent for service of process:
First Corporate Solutions, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816



# Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 39W015905 |
| Municipal District | 3 |
| Location Address | 6800 MORRISON RD |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | SEC 20 |
| Zoning District | Show Viewer (41095210) |
| Land Area (sq ft) | 1344523 |
| Building Area (sq ft) | 506319 |
| Revised Bldg Area (sq ft) | 0 |
| Square | 0 |
| Book | 16 |
| Lot/Folio | 2/048 |
| Line | 018 |
| Legal Description | 1. SEC 20 LOT 2 A MORRISON RD<br>2. & MARTIN 1010/1124X1076/1372<br>3. LARGE APT COMPLEX 21/BLDGS<br>4. POOL AND BATH HOUSE<br>5. HIDDEN LAKE APTS(E RECORD)<br>6. 30.866 ACRES<br>7. SEE ACT OF SALE |
| Assessment Area | LITTLE WOODS COM 31<br>Show Assessment Area Map |
| Parcel Map | Show Parcel Map |



6800-MORRISONRD 39W015905 11/06/2019

## Owners

RH EAST LAKE LLC
46 MAIN ST STE 301
MONSEY NY 10952

## Quick Links

| 2020 Assessment Notice | Estimate Taxes | Tax Information |
|---|---|---|

## Valuation

| | | 2021 Certified | 2020 Certified | 2019 Certified |
|---|---|---|---|---|
| | Land Value | $2,129,300 | $2,129,300 | $1,527,000 |
| + | Building Value | $9,324,000 | $11,233,700 | $7,402,200 |
| = | Total Value | $11,453,300 | $13,363,000 | $8,929,200 |
| | | | | |
| | Assessed Land Value | $212,930 | $212,930 | $152,700 |
| + | Assessed Building Value | $932,400 | $1,123,370 | $740,220 |
| = | Total Assessed Value | $1,145,330 | $1,336,300 | $892,920 |
| - | Homestead Exemption Value | $0 | $0 | $0 |
| = | Taxable Assessment | $1,145,330 | $1,336,300 | $892,920 |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | BOR 2020 Val no change | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12/13/2017 | $1,000 | EASTLAKE DEVELOPMENT, LLC | RH EAST LAKE LLC | 201749042 | 630311 |
| 12/14/2012 | $0 | HIDDEN LAKE ,LLC | EASTLAKE DEVELOPMENT, LLC | 201246355 | 523975 |
| 9/10/2001 | $1,500,000 | | | 01-40433 | 000223553 |
| 9/10/2001 | $15,000,000 | | HIDDEN LAKE ,LLC | 01-40433 | 000223553 |
| 4/1/1997 | $0 | | | 06081998 | 000137872 |
| 1/11/1996 | $1,010,000 | | | 04091996 | 000117620 |

## Photos



6800-MORRISONRD 39W015905 11/06/2019

**Sketches**



| Room Type | Area |
| --- | --- |
| A | 2184 |
| B | 2184 |
| C | 1904 |





| Room Type | Area |
|-----------|------|
| A | 3232 |
| B | 3232 |



| Room Type | Area |
| --- | --- |
| A | 2321 |

**No data available for the following modules:** Change Orders.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.
User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 3/10/2021, 6:49:09 AM

Developed by
Schneider
GEOSPATIAL

Version 2.3.110



# Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 39W016237 |
| Municipal District | 3 |
| Location Address | 5131 BUNDY RD |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | SEC 23 |
| Zoning District | Show Viewer (41098916) |
| Land Area (sq ft) | 720569 |
| Building Area (sq ft) | 347544 |
| Revised Bldg Area (sq ft) | 0 |
| Square | 0 |
| Book | 16 |
| Lot/Folio | 23-E/053 |
| Line | 027 |
| Legal Description | 1. SEC 23 PARCEL 23-E BUNDY<br>2. RD & DWYER RD 321/732X1306/1<br>3. 377 3/ST FR/APT BLDG 26/APTS<br>4. A/R LAUNDRY/RM<br>5. (16.542 ACRES) SEE E002 |
| Assessment Area | WEST LAKE FORREST COM 33<br>Show Assessment Area Map |
| Parcel Map | Show Parcel Map |



5131-BUNDYRD 39W016237 11/09/2019

## Owners

RH LAKEWIND EAST LLC
46 MAIN ST., STE 339
MONSEY NY 10952

## Quick Links

| 2020 Assessment Notice | Estimate Taxes | Tax Information |

## Valuation

| | | 2021 Certified | 2020 Certified | 2019 Certified |
|---|---|---|---|---|
| | Land Value | $2,161,700 | $2,161,700 | $2,161,700 |
| + | Building Value | $7,750,800 | $9,338,300 | $6,283,650 |
| = | Total Value | $9,912,500 | $11,500,000 | $8,445,350 |
| | | | | |
| | Assessed Land Value | $216,170 | $216,170 | $216,170 |
| + | Assessed Building Value | $775,080 | $933,830 | $628,370 |
| = | Total Assessed Value | $991,250 | $1,150,000 | $844,540 |
| - | Homestead Exemption Value | $0 | $0 | $0 |
| = | Taxable Assessment | $991,250 | $1,150,000 | $844,540 |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12/13/2017 | $0 | LAKEWIND EAST APARTMENTS LLC | RH LAKEWIND EAST LLC | 201749038 | 630310 |
| 11/2/2007 | $0 | TRIANGLE REAL ESTATE OF GASTONIA INC | LAKEWIND EAST APARTMENTS LLC | 07-76942 | 377309 |
| 6/8/2006 | $5,000,000 | MADISON ATLAKEWIND | TRIANGLE REAL ESTATE OF GASTONIA INC | 06-19868 | 324496 |
| 3/9/2004 | $7,390,000 | | | 04-12051 | 000278224 |
| 11/7/1991 | $5,500,000 | | | 04172003 | 000044050 |
| 11/12/1982 | $1,520,388 | | | 04301990 | 000000000 |
| 3/31/1982 | $1,180,275 | | | 05161983 | 000000000 |
| 12/21/1978 | $0 | | | 05161983 | 000000000 |

## Photos



5131-BUNDYRD 39W016237 11/09/2019

**Sketches**



| Room Type | Area |
|-----------|------|
| A | 2756 |



| Room Type | Area |
|-----------|------|
| A | 5424 |



| Room Type | Area |
|-----------|------|
| A | 2856 |
| B | 1384 |
| C | 1384 |



| Room Type | Area |
|-----------|------|
| A | 4316 |

**No data available for the following modules:** Change Orders.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.
User Privacy Policy
GDPR Privacy Notice

Developed by

Schneider
GEOSPATIAL

Last Data Upload: 3/10/2021, 6:49:09 AM      Version 2.3.110



# Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 39W016504 |
| Municipal District | 3 |
| Location Address | 12151 I-10 SERVICE RD |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | SEC 26 |
| Zoning District | Show Viewer (41221576) |
| Land Area (sq ft) | 684763 |
| Building Area (sq ft) | 194312 |
| Revised Bldg Area (sq ft) | 347080 |
| Square | 0 |
| Book | 16 |
| Lot/Folio | 2/058 |
| Line | 022 |
| Legal Description | 1. SEC 26 LOT 2 A R 1 1 10 |
| | 2. & JAHNCKE RD 15.720 ACRES |
| | 3. 2/ST FR/APT/BLDG A/R 10/BLDG |
| | 4. /FR/OFFICE 3/RM A/R |
| | 5. SEE E RECORD WIND RUN APTS |
| | 6. PERMIT |
| | 7. B22728 9/29/94 |
| | 8. $41,000 NEW CONST |
| | 9. B04227 2/92 $49,000 |
| | 10. FIRE DAMAGES |
| Assessment Area | LITTLE WOODS COM 34 |
| | Show Assessment Area Map |
| Parcel Map | Show Parcel Map |



12151-I-10SERVICERD 39W016504 10/24/2019

## Owners

RH WINDRUN LLC
46 MAIN ST., STE 339
MONSEY NY 10952

## Quick Links

| 2020 Assessment Notice | Estimate Taxes | Tax Information |
|---|---|---|

## Valuation

| | | 2021 Certified | 2020 Certified | 2019 Certified |
|---|---|---|---|---|
| | Land Value | $1,899,400 | $1,899,400 | $1,103,900 |
| + | Building Value | $5,390,800 | $6,494,900 | $6,991,200 |
| = | Total Value | $7,290,200 | $8,394,300 | $8,095,100 |
| | | | | |
| | Assessed Land Value | $189,940 | $189,940 | $110,390 |
| + | Assessed Building Value | $539,080 | $649,490 | $699,120 |
| = | Total Assessed Value | $729,020 | $839,430 | $809,510 |
| - | Homestead Exemption Value | $0 | $0 | $0 |
| = | Taxable Assessment | $729,020 | $839,430 | $809,510 |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12/13/2017 | $0 | WIND RUN APARTMENTS LLC | RH WINDRUN LLC | 201749034 | 630309 |
| 3/11/2008 | $0 | TRIANGLE REAL ESTATE OF GASTONIA INC | WIND RUN APARTMENTS LLC | 08-20927 | 400065 |
| 9/22/2006 | $3,600,000 | VOA NEW ORLEANSAFFORDABLE | TRIANGLE REAL ESTATE OF GASTONIA INC | 06-38644 | 230680 |
| 11/7/1991 | $3,875,000 | | | 00911546 | 000044051 |
| 8/3/1989 | $0 | | | 03261992 | 000008774 |
| 10/29/1981 | $1,061,382 | | | 05121989 | 000000000 |

## Photos



**Sketches**



| Room Type | Area |
|-----------|------|
| A | 816 |



| Room Type | Area |
|-----------|------|
| A | 2400 |

**No data available for the following modules:** Change Orders.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.
User Privacy Policy
GDPR Privacy Notice

Developed by
Schneider
GEOSPATIAL

Last Data Upload: 3/10/2021, 6:49:09 AM                                                                                          Version 2.3.110



# Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 39W071626 |
| Municipal District | 3 |
| Location Address | 12345 I-10 SERVICE RD |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | SEC 27 |
| Zoning District | Show Viewer (41103457) |
| Land Area (sq ft) | 437274 |
| Building Area (sq ft) | 464756 |
| Revised Bldg Area (sq ft) | 0 |
| Square | O |
| Book | 17 |
| Lot/Folio | D4A/068 |
| Line | 024 |
| Legal Description | 1. SEC 27 LAKE CARMEL SUB #2<br>2. LOT D-4A PARC DU LAC APTS<br>3. CT PLAN 9-17B-12<br>4. (10.038AC) /2 POOLS/<br>5. REC BLDG(BLDGS 1-18)PH1 |
| Assessment Area | LITTLE WOODS COM 34<br>Show Assessment Area Map |
| Parcel Map | Show Parcel Map |


12345-I-10SERVICERD 39W071626 12/16/2019

## Owners

RH CHENAULT CREEK LLC
46 MAIN ST., STE 339
MONSEY NY 10952

## Quick Links

| 2020 Assessment Notice | Estimate Taxes | Tax Information |
|---|---|---|

## Valuation

| | 2021 Certified | 2020 Certified | 2019 Certified |
|---|---|---|---|
| Land Value | $1,280,700 | $1,280,700 | $1,705,400 |
| + Building Value | $8,710,900 | $10,495,100 | $9,299,100 |
| = Total Value | $9,991,600 | $11,775,800 | $11,004,500 |
| | | | |
| Assessed Land Value | $128,070 | $128,070 | $170,540 |
| + Assessed Building Value | $871,090 | $1,049,510 | $929,910 |
| = Total Assessed Value | $999,160 | $1,177,580 | $1,100,450 |
| - Homestead Exemption Value | $0 | $0 | $0 |
| = Taxable Assessment | $999,160 | $1,177,580 | $1,100,450 |
| Special Assessment Treatment | | | |
| Age Freeze | | | |
| Disability Freeze | | | |
| Assessment Change | | | |
| Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12/13/2017 | $0 | TRIANGLE REAL ESTATE OF GASTONIA INC | RH CHENAULT CREEK LLC | 201749024 | 630305 |
| 8/9/2007 | $8,200,000 | CREEK APARTMENTSTEAM LLC | TRIANGLE REAL ESTATE OF GASTONIA INC | 07-58130 | 366458 |
| 7/23/2003 | $6,400,000 | | | 08142003 | 000264248 |
| 7/23/2003 | $10,370,430 | | | 03-43228 | 000264249 |
| 1/12/1994 | $6,900,000 | | | 04172003 | 000081793 |
| 12/14/1989 | $9,610,000 | | | 02031994 | 000015874 |
| 9/10/1985 | $3,300,000 | | | 05051989 | 000000000 |
| 10/14/1983 | $0 | | | | 000000000 |
| 9/9/1983 | $2,056,032 | | | 08071985 | 000000000 |
| 8/12/1983 | $0 | | | | 000000000 |

## Photos



**Sketches**





| Room Type | Area |
|---|---|
| A | 2126 |
| B | 1132 |
| C | 1132 |



| Room Type | Area |
|---|---|
| A | 1880 |
| B | 1880 |



| Room Type | Area |
|---|---|
| A | 1880 |
| B | 1880 |



| Room Type | Area |
|-----------|------|
| A | 1880 |
| B | 1880 |
| C | 540 |



| Room Type | Area |
|-----------|------|
| A | 2884 |
| B | 1442 |
| C | 1442 |



| Room Type | Area |
|-----------|------|
| A | 2840 |
| B | 1420 |
| C | 1420 |



| Room Type | Area |
|-----------|------|
| A | 2356 |
| B | 1240 |
| C | 1240 |

**No data available for the following modules:** Change Orders.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.
User Privacy Policy
GDPR Privacy Notice

Last Data Upload: 3/10/2021, 6:49:09 AM

Version 2.3.110

Developed by



 **Orleans Parish, LA**

## Summary

| | |
|---|---|
| Tax Bill Number | 39W050101 |
| Municipal District | 3 |
| Location Address | 6881 PARC BRITTANY BL |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | PARC BRIT |
| Zoning District | Show Viewer (41214670) |
| Land Area (sq ft) | 263450 |
| Building Area (sq ft) | 191384 |
| Revised Bldg Area (sq ft) | 234632 |
| Square | 0 |
| Book | 17 |
| Lot/Folio | 3CC/090 |
| Line | 001 |
| Legal Description | 1. SQ PARC BRITTANY PARCEL 3CC 2. I-10 363/365 X 361 3. SEE SEQ 002 ALSO LINE 2 4. FR/OFFICE 9/BLDGS-3/STORIES 5. EA- PTS A/R S/POOL |
| Assessment Area | WEST LAKE FORREST COM 31 Show Assessment Area Map |
| Parcel Map | Show Parcel Map |


6881-PARCBRITTANYBL 39W050101 11/05/2019

## Owners

RH COPPER CREEK LLC
46 MAIN ST., STE 339
MONSEY NY 10952

## Quick Links

[ 2020 Assessment Notice ] [ Estimate Taxes ] [ Tax Information ]

## Valuation

| | | 2021 Certified | 2020 Certified | 2019 Certified |
|---|---|---|---|---|
| | Land Value | $790,400 | $790,400 | $737,600 |
| + | Building Value | $5,154,000 | $6,209,600 | $5,262,400 |
| = | Total Value | $5,944,400 | $7,000,000 | $6,000,000 |
| | | | | |
| | Assessed Land Value | $79,040 | $79,040 | $73,760 |
| + | Assessed Building Value | $515,400 | $620,960 | $526,240 |
| = | Total Assessed Value | $594,440 | $700,000 | $600,000 |
| - | Homestead Exemption Value | $0 | $0 | $0 |
| = | Taxable Assessment | $594,440 | $700,000 | $600,000 |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12/13/2017 | $0 | SOUTHWOOD REALTYCOMPANY | RH COPPER CREEK LLC | 201749019 | 630304 |
| 10/8/1999 | $2,850,000 | | SOUTHWOOD REALTYCOMPANY | 99-47881 | 000199311 |
| 8/31/1998 | $0 | | | 09101999 | 000165315 |
| 5/20/1983 | $791,136 | | | 06081998 | 000000000 |
| 7/17/1979 | $300,000 | | | 08181983 | 000000000 |

## Photos



## Sketches



| Room Type | Area |
|-----------|------|
| A | 7208 |

**No data available for the following modules:** Change Orders.

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation.

User Privacy Policy
GDPR Privacy Notice

Developed by



Last Data Upload: 3/10/2021, 6:49:09 AM

Version 2.3.110

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3

 4   JOSHUA AKEEM, ET AL        * CIVIL ACTION NO.
                                * 2:19-CV-13650-
                                * BWA-DMD
 5   VERSUS                     * AND CONSOLIDATED
                                * CASES
 6                              *
     DASMEN RESIDENTIAL,        * JUDGE BARRY W.
 7   LLC, ET AL                 * ASHE
                                *
 8                              * MAGISTRATE JUDGE
                                * DANA DOUGLAS
 9                              *
     * * * * * * * * * * * * * * * * * * * * * * * * *
10

11

12          Deposition of JOHN HOUSE,
     4423 Dodt Avenue, New Orleans, Louisiana
     70126, taken via Zoom videoconference on
13   Friday, the 21st day of August, 2020, at 3:00
     p.m.
14

15

     APPEARANCES:
16

17          THE BAGNERIS FIRM, LLC
            (By: Suzette P. Bagneris, Esquire)
18          2714 Canal St., Suite 403
            New Orleans, Louisiana 70119
19          (504) 810-3995
            sbagneris@bagnerislawfirm.com
20              Attorney for Plaintiffs

21

22          JARRETT LAW GROUP
            (By: DeVonn Jarrett, Esquire)
23          643 Magazine St., #301A
            New Orleans, Louisiana 70130
24          (504) 491-6806
            djarrett@jarrettlawgroup.com
25              Attorney for Plaintiffs
```

1    <u>APPEARANCES</u> (continued):

2

3        GIEGER, LABORDE & LAPEROUSE, LLC
         (By: Nicholas S. Bergeron, Esquire)

4        One Shell Square
         701 Poydras St.

5        Suite 4800
         New Orleans, Louisiana 70139-4800

6        (504) 561-0400
         nbergeron@glllaw.com

7           Attorney for Defendant,
            Dasmen Residential Management, LLC

8           and Copper Creek, LLC

9

10

11       DEUTSCH KERRIGAN, LLP
         (By: Cassie Preston Gailmor, Esquire)

12      755 Magazine St.
         New Orleans, Louisiana 70130

13      (504) 581-5141
         cassie@deutschkerrigan.com

14          Attorneys for Defendants,
           Eastlake Development, LLC,
           KFK Development, LLC, KFK Group,

15         Inc.

16

17

18      IRWIN, FRITCHIE, URQUHART & MOORE, LLC
         (By: Troy L. Bell, Esquire)

19      400 Poydras St.
         Suite 2700

20      New Orleans, Louisiana 70130
         (504) 310-2100

21      tbell@irwinllc.com
           Attorneys for Defendant,

22          Latter & Blum Property Management,
           Inc.

23

24

25

APPEARANCES (continued):

            ADAMS AND REESE, LLP
            (By: Luke G. LaHaye, Esquire)
            701 Poydras St., Suite 4500
            New Orleans, Louisiana 70139
            (504) 581-3234
            luke.lahaye@arlaw.com
                Attorneys for Southwood
                and Triangle Realty Company

            Gilley DeLorimier
            Certified Legal Video Specialist
            Depo-Vue, Inc.
            (504) 828-8856
            depovueinc@gmail.com

REPORTED BY:

            MARGARET MCKENZIE, CCR, RPR, CMR, CRR
            Certified Court Reporter

1                      I N D E X

2

3

4    EXAMINATION BY:

5

6    Ms. Bagneris....................  8

7                                     98

8

9    Mr. Bergeron.................... 84

10

11   Ms. Gailmor.................... 93

12

13   Mr. Bell...................... 94

14

15   Mr. LaHaye.................... 96

16                                 100

17

18   EXHIBITS:

19

20   60.............................. 56

21

22   61.............................. 57

23

24   62.............................. 74

25

1      S T I P U L A T I O N

2          It is stipulated and agreed by and

3      between counsel for the parties hereto that

4      the deposition of the aforementioned witness

5      is hereby being taken under the Louisiana

6      Code of Civil Procedure, Article 1421, et

7      seq, for all purposes, in accordance with

8      law;

9          That the formalities of reading and

10     signing are specifically not waived;

11     That the formalities of sealing,

12     certification and filing are specifically

13     waived;

14         That all objections, save those as to

15     the form of the question and the

16     responsiveness of the answer, are hereby

17     reserved until such time as this deposition,

18     or any part thereof, may be used or sought to

19     be used in evidence.

20

21              *    *    *    *    *

22         MARGARET MCKENZIE, Certified Court

23     Reporter, in and for the Parish of Orleans,

24     State of Louisiana, officiated in

25     administering the oath to the witness.

1         VIDEOGRAPHER:

2            This is the videotape

3        deposition of John House on August

4        21, 2020 at approximately 3:00 p.m.

5            Would our court reporter please

6        now make her statement and swear in

7        the witness.

8         COURT REPORTER:

9            At this time, I will ask

10       counsel to identify yourselves and

11       whom you are representing and agree

12       on the record that there is no

13       objection to this court reporter

14       administering a binding oath to the

15       witness via Zoom videoconference.

16           Please state your agreement on

17       the record starting with the

18       noticing attorney.

19       MS. BAGNERIS:

20           I'm going to say Suzette

21       Bagneris for the people, like

22       Kamala Harris.  I agree.

23       MR. BERGERON:

24           Nick Bergeron for RH Eastlake,

25       Dasmen Residential Management, LLC.

```
1              I agree.
2         MR. BELL:
3              Troy Bell.  Latter & Blum.  I
4         agree.
5         MS. GAILMOR:
6              Cassie Gailmor representing
7         Eastlake Development, KFK
8         Development and KFK Group.  And I
9         agree.
10        MR. LAHAYE:
11             Luke LaHaye representing
12        Triangle Real Estate.  And I agree.
13        COURT REPORTER:
14             In order to confirm the
15        identity of the witness, I would
16        ask that the witness please state
17        his full name and address for the
18        record.
19             Mr. House?
20        THE WITNESS:
21             John House.  4423 Dodt,
22        D-O-D-T, Avenue, New Orleans,
23        Louisiana 70126.
24                  JOHN HOUSE,
25    4423 Dodt Avenue, New Orleans, Louisiana
```

1    70126, after having been first duly sworn by

2    the above-mentioned court reporter, did

3    testify as follows:

4    EXAMINATION BY MS. BAGNERIS:

5        Q.    Good afternoon, Mr. House.  My name

6    is Suzette Bagneris.  I'm an attorney in New

7    Orleans, and I represent the residents of

8    Laguna Run, Laguna Reserve and Carmel Brooks

9    apartment complexes.  I also represent former

10    employees and current employees of Dasmen

11    Residential in connection with claims by them

12    of intentional exposure to mold during their

13    employment.  I have scheduled your deposition

14    today because I understand you have some

15    affiliation with the Laguna Run apartment

16    complex and, quite possibly, the Hidden Lake

17    apartment complex.

18        A.    Yes.

19        Q.    And so I have scheduled your

20    deposition to learn more about you and more

21    about your knowledge of the conditions of

22    those properties while you were affiliated

23    with them.  If at any time I ask you a

24    question and you don't understand it, please

25    let me know and I will attempt to rephrase it

1  because I want to make sure that if you
2  answer a question, that you have fully
3  understood it before answering it.
4       A.    Yes.
5       Q.    We're doing this on a video
6  conference.  It's important that you allow me
7  to fully state my question, and then I'm
8  going to give you an opportunity to fully
9  state your answer and to explain it as you
10  would like -- as you see fit.
11           If at any time any of the other
12  lawyers have an objection, please allow them
13  to fully state their objection and then you
14  can resume answering.  If at any time you
15  need to take a break, let me know and we'll
16  accommodate the break.  And I also say that
17  to all counsel if anybody needs to take a
18  break from this deposition.
19           At the end of this, the court
20  reporter is going to be typing together a
21  book of every question I ask, every answer
22  you give.  And you'll have the right to read
23  that transcript.  And if there are any
24  errors, you'll have the right to make a
25  change on a sheet that's at the back of the

1    deposition transcript.  You don't have to do
2    this, but if you want to do this, you can.
3    And you can reserve your right to do that.
4    So would you like to reserve your right to
5    read and sign the transcript?
6         A.    Yes.
7         Q.    So to begin this deposition, would
8    you please state your full name and address
9    for the record.
10        A.    John House.  4423 Dodt Avenue,
11   D-O-D-T, New Orleans, Louisiana, 70126.
12        Q.    How long have you resided on Dodt
13   Avenue?
14        A.    Three years.
15        Q.    Do you have any plans to move
16   within the next year?
17        A.    Possible.
18        Q.    If you should move, I would ask
19   that you please notify my office of your new
20   address so that we can stay in touch with you
21   should we need you to appear in court for
22   this matter.  Is that fair?
23        A.    Yes.
24        Q.    Okay.  Thank you.  Would you please
25   state your date of birth for the record?

1          A.      10-4-63.

2          Q.      Could you describe for me briefly

3     your educational background?

4          A.      Well, I have two years of college.

5     I finished high school.  Technical school.

6          Q.      Where did you attend college?

7          A.      Delgado Community College.

8          Q.      Do you hold any certifications of

9     any kind?

10         A.      Yes.  I am HVAC certified, CPO,

11    PVX, CVL, EPA.

12         Q.      Okay.  Now, clearly I don't know

13    what all that alphabet soup means.

14         A.      Well, it's HVAC.  It's HVAC.  It's

15    about building maintenance, involving every

16    aspect of building maintenance, from swimming

17    pools to chillers and boilers, things of that

18    nature.

19         Q.      I appreciate that explanation.  And

20    so have you ever received certification as a

21    mold abater?

22         A.      I have did training for mold

23    abatement, knowing how to cure it, knowing

24    how to recognize it, knowing when is the

25    proper time to remove it.

1      Q.    And when did you have that

2 training?

3      A.    Approximately 20 years ago.

4      Q.    Where did you have the training?

5      A.    Hilton Corporation. It was an OSHA

6 certification that we had to comply with.

7      Q.    Okay. Great. Thank you. Now, can

8 you please describe for me and explain to me

9 how you first became affiliated with the

10 apartment complex that we refer to as either

11 Hidden Lake or Laguna Run?

12      A.    Well, I was hired as the

13 regional for Dasmen to oversee all of their

14 properties in the New Orleans area. And

15 those properties was a part of my resume.

16      Q.    And when you say the regional, what

17 was your exact job title?

18      A.    Regional -- regional maintenance

19 supervisor.

20      Q.    Okay. And what properties were you

21 to supervise?

22      A.    It would be Chenault Creeks --

23 Creek, which is Carmel Brooks. It would be

24 Laguna Run. It would be Lakewind East, which

25 would be Laguna Reserve. It would be Laguna

1    Creek, Carmel Springs.  Those was the

2    properties.

3        Q.    And when did you first take on this

4    position as the regional maintenance

5    supervisor?

6        A.    I think it was about the 3rd-18.

7    Third month, year '18.

8        Q.    So March of 2018.

9        A.    March 1st, 2018.

10        Q.    Okay.  Who was your immediate

11    supervisor?

12        A.    Chris- -- Christina Wrightly.

13        Q.    And where -- what is Christina

14    Wrightly's title?

15        A.    She was a divisional director over

16    properties.  She had the area of -- New

17    Orleans area, Alabama.  She was -- she was

18    traveling with her job.

19        Q.    Okay.  Where was her office housed?

20        A.    To my knowledge, she was like

21    freelancing.  Like I say, she traveled from

22    state to state and she came in when she was

23    needed when we had to do a CapEx project.

24        Q.    Did you have a physical office that

25    you maintained or did you also float between

1   the properties?

2        A.    I floated between the properties.

3        Q.    And how long did you hold this

4   position for Dasmen, until when?

5        A.    Till April of 2019.

6        Q.    Okay.  All right.  Now, can you

7   describe for me what your job duties and

8   responsibilities were as the regional

9   maintenance supervisor for Dasmen?

10       A.    Well, it was to make sure that

11  maintenance was capable of doing repairs

12  in-house, what needed to be done in-house.

13  Following up on CapEx projects.  They was in

14  the process of doing a lot of renovation to

15  each property.  Name change and everything

16  like that.  My -- my job duty was to consult

17  with the managers on a daily to get some

18  understanding of what their needs was and to

19  make sure that maintenance was able to carry

20  that out.

21       Q.    So who were you, who was your

22  primary contact at Chenault Creek?

23       A.    At Chenault Creek it was the office

24  supervisor, which was Kallie.

25       Q.    Do you know what Kallie's last name

```
1    was?
2         A.    It -- it -- it really leaves me for
3    right now.
4         Q.    All right.  And did that remain
5    your contact when it became Carmel Brooks?
6         A.    Oh, Carmel Brooks had their own
7    manager, which was Derek.  His name was
8    Derek.
9         Q.    Do you recall Derek's last name?
10        A.    I don't -- I have it in e-mail.  I
11   really don't.  I wasn't like on a last name
12   basis with him.  I was pretty much
13   professional with him.  I was on a first name
14   basis with all of them.
15        Q.    Who was your primary contact at
16   Lakewind East?
17        A.    It was -- her name was April was
18   the office manager.
19        Q.    And did she remain your primary
20   contact when it became Laguna Reserve?
21        A.    Yes.
22        Q.    Who was your primary contact at
23   Laguna Creek?
24        A.    Again, that was Kallie.  Are you --
25   are you --
```

1      Q.     I thought you said Laguna Creek.  I
2  didn't -- I don't even know where that is.
3      A.     That's Laguna Creek.  Laguna Creek
4  is off of -- off the service road between --
5  off of Crowder, before you get to Crowder.
6      Q.     Okay.  Who was your primary contact
7  at Laguna Run?
8      A.     Daphne, which was the office
9  manager there after several office managers
10 changes.  It wind up being a young lady named
11 Daphne.
12     Q.     Daphne Walker?
13     A.     Yes.  Daphne Walker.
14     Q.     Do you know why the property
15 manager position had so much turnover at
16 Laguna Run?
17     A.     It was a distressed property.  It
18 was a distressed property.  It had a lot
19 of -- lot of water issues, lot of mold
20 issues, lot of AC issues, lot of roof issues.
21 It was a distressed property.
22     Q.     Can you tell me how you know that
23 that was one of the reasons for the turnover?
24     A.     Well, I mean, I had firsthand
25 knowledge because I was the go-to for the

1  problems.  The roof was a Duro-Last roof that
2  was never sealed properly.  Caused traumatic
3  roof damage to the upstairs units.  They --
4  they had ten to 12 buildings that had
5  floating slabs, meaning that the drainage
6  system was broken and it would float the
7  furniture out of the -- certain parts of the
8  apartments.
9         We had -- it was cast iron piping
10 through the whole property, which that --
11 that was installed when the property was
12 probably built in '85, in the eighties or
13 something like that.  The only changes came
14 through the property is when we was replacing
15 the cast iron with PVC in certain areas that
16 we could repair.
17     Q.    Was there ever an undertaking to
18 replace the Duro-Last roof?
19     A.    No.  Duro-Last is a contract
20 roofing.  You have to be a contract of that
21 product to do any work on that roof.
22     Q.    Was there ever a consideration to
23 replace the roof entirely with another
24 product?
25     A.    Not to my knowledge.  It was always

```
 1    being patched and repaired.
 2        Q.    Can you explain to me, you said it
 3    was not -- explain to me what the problem is
 4    with the roof one more time.
 5        A.    Well, a Duro-Last roof is like a
 6    sponge roof.  If it's -- if it's laid and
 7    it's not sealed properly, over the years the
 8    sun will tear into the roof, tear up the
 9    fibers in the roof, which will cause the
10    fibers to hold and absorb water like a
11    sponge.  So it takes a long -- it is a long
12    drying process.  By that being, right, a flat
13    roof, the water had no way to run off.  It
14    would sit there and it would eventually go
15    through to the apartment that it was adjacent
16    to.
17            MS. BAGNERIS:
18                May I share my screen, please,
19            Margaret?
20            COURT REPORTER:
21                Yes.
22                Gilley.
23            VIDEOGRAPHER:
24                Yes.
25            COURT REPORTER:
```

1          Suzette wants to share her

2     screen.

3     VIDEOGRAPHER:

4          One moment.  Okay.  Go ahead.

5     MS. BAGNERIS:

6          Easier said than done, y'all.

7          (Off the record)

8  EXAMINATION BY MS. BAGNERIS:

9     Q.    Mr. House, I'm showing you a Google

10  Map photo.  Can you identify what's in that

11  photo?

12     A.    Yes.  This is the Duro-Last roof at

13  Laguna Run.

14     Q.    And when you say it's not properly

15  sealed, is that on all of the roofs of all of

16  the apartment buildings in Laguna Run?

17          MR. BERGERON:

18               Object to the form.

19          THE WITNESS:

20               Yes.

21  EXAMINATION BY MS. BAGNERIS:

22     Q.    Are there any exceptions, are there

23  any roofs at Laguna Run that are not

24  Duro-Last?

25          MR. BERGERON:

1          Object to the form.
2     THE WITNESS:
3          We have a couple of shingle
4     roofs there.
5  EXAMINATION BY MS. BAGNERIS:
6     Q.    Okay.  So which building -- I
7  see -- I see there are these two little
8  buildings here --
9     A.    That's shingle roofs.
10     Q.    Okay.  Those are shingle roofs.
11  Okay.  So now I know the difference.  So the
12  white colored roofs are the Duro-Last roofs?
13     A.    Correct.
14     Q.    And then these black or
15  gray-colored roofs are the shingle roofs,
16  correct?
17     A.    Correct.
18     Q.    Did you have any water intrusion
19  issues in the ones with the shingles?
20     A.    Yes.  You had water intrusion
21  because if you look at it, they don't have
22  gutters on the -- the building.  So the water
23  would hit the building and trees down to the
24  walkways, the air condition areas.  It would
25  be just on the buildings.  So the building

1   would take the soak of the water.  There's no
2   gutters based up on the buildings to allocate
3   the water to where you need it to be outside
4   of the building.
5       Q.    So I would like to identify this,
6   it was previously identified as Exhibit 16
7   for the Akeem, I'm going to keep that number
8   consistent for all the depositions so we know
9   what exhibits we're talking about.
10                  I'm going to show you
11  another document.  This is a closer view of
12  one of the roofs.  Can you tell me what the
13  brown area is?
14      A.    That's -- that's water intrusion
15  from the roof not being sealed.  That's the
16  damage that it do.  That is from the sun, the
17  weather, trees, anything that would -- would
18  just sit on top of the roof and damage the
19  roofs.  That roof is designed to -- it's like
20  a rubber roof.  Once it's placed there, it
21  have to be properly sealed to -- to absorb
22  the damage from the weather.
23                  What are you seeing there, you're
24  seeing damage because of AC units being
25  placed on the roofs.  AC units are --

1 chemical products is -- is what we use there.
2 So when you have water running from the AC
3 unit and it is just sitting on the roof and
4 have nowhere to go, it is going to cause that
5 damage.
6       When you see that brown indication
7 on the roof right there, that's what I was
8 speaking about, that that's capable of
9 absorbing up water like a sponge.  It's no
10 protection there.  It's been penetrated.
11     Q.    And about how old were the air
12 conditioning units on top of the buildings at
13 Laguna Run?
14     A.    Different ages.  They range
15 anywhere from a year to 20 years.
16     Q.    Okay.  So you know that some of
17 them had been replaced then, your personal
18 knowledge of that?
19     A.    Yes.  Yes.
20     Q.    Was -- was water intrusion from air
21 conditioning units an issue at the Laguna Run
22 apartment complex based upon your personal
23 knowledge?
24     A.    Yes.  It wasn't -- they wasn't set
25 up correctly.  The drain, the drainage system

1  from the unit wasn't set up correctly.  Some
2  of them had no drainage system.  Some of them
3  were just taken apart on a roof and just left
4  there.
5      Q.   Okay.  Can you tell me why they
6  were improperly or how you -- why you believe
7  them to be improperly, have improper
8  drainage?
9      A.   I visually -- I visually saw it, I
10  mean.  I visually -- I visualized that
11  myself.  I got -- I get up on the roofs.  I
12  assess the problems.  And that's how I can
13  allocate the work for the guys, the proper
14  tech, to make the repairs.
15      Q.   Okay.  Based upon your personal
16  observation, were patch jobs being done on
17  the roof?
18      A.   Consistently.
19      Q.   And did they -- how long did a
20  patch -- does a patch job generally last?
21          MR. BERGERON:
22              Object to the form.
23          THE WITNESS:
24              Depending on the product and
25              the job that was entailed.

1    EXAMINATION BY MS. BAGNERIS:

2       Q.    Okay.  This was photo 17.  I'm

3  going to show you another photo.  This is 18.

4  Can you tell me what we're looking at in this

5  particular photo?

6       A.    You're looking at a lot of roof

7  damage on each one of those roofs on

8  different buildings.

9       Q.    I will show you photo 19.

10      A.    The same thing.

11      Q.    That's consistent with what you

12  personally observed?

13      A.    Correct.

14      Q.    Is photo 20 consistent with what

15  you personally observed?

16      A.    Correct.

17      Q.    Is photo 21 consistent with what

18  you personally observed?

19      A.    Correct.

20      Q.    So based upon your testimony, it's

21  my understanding that the roof was a major

22  source of water intrusion, is that a fair

23  statement?

24          MR. BERGERON:

25             Object to the form.

```
 1              THE WITNESS:
 2                   Yes.
 3      EXAMINATION BY MS. BAGNERIS:
 4          Q.    And was that consistent from 2018
 5      to April of 2019 when you no longer worked
 6      for them?
 7          A.    Correct.
 8          Q.    We touched upon the HVAC units.
 9      Were there -- was there any other reason why
10      they caused water intrusion into the units at
11      Laguna Run?
12              MR. BERGERON:
13                   Object to the form.
14              THE WITNESS:
15                   Poor installation.
16      EXAMINATION BY MS. BAGNERIS:
17          Q.    Poor installation?
18          A.    Yes.  They wasn't set up correctly.
19          Q.    Can you elaborate on that for me,
20      please?  What do you mean by that?
21          A.    Well, they were originally designed
22      to set up -- be set up on a platform.  And
23      they stopped setting them up on a platform
24      and started placing them directly on the
25      roofs itself, which would further cause
```

 1   damage to that type of roof.

 2       Q.    Did you bring that to the attention

 3   of the property management team at Laguna

 4   Run?

 5       A.    Yes.

 6       Q.    Did you bring that to the attention

 7   of your supervisor?

 8       A.    Yes.

 9       Q.    Did you bring the roofing problems

10   to the attention of your supervisor?

11       A.    Yes.

12       Q.    And did you bring the roofing

13   problems to the attention of the property

14   managers at Laguna Run?

15       A.    Yes.

16       Q.    Were you given the appropriate

17   budget to address the roofing issue?

18       A.    No.

19       Q.    Were you given the appropriate

20   budget to address the installation of the

21   problem with the HVAC units?

22       A.    No.

23       Q.    Were any attempts made, to your

24   knowledge, to address the problem with the

25   HVAC units?

1    A.    No.

2    Q.    You touched upon the cast iron

3  pipes situation.  Can you please describe to

4  me why they were having a problem with the

5  cast iron pipes based upon your personal

6  observation?

7    A.    Well, cast iron piping, it don't

8  have to burst to become a leak problem.  It

9  have something they call a hairline crack

10  into the piping.  And when that happened, it

11  just -- it just get worser and worser as it

12  goes on until it becomes a flood issue.

13  That's what generate the mold problem of the

14  old piping.  I touched on that a number of

15  times in the renovation process, but the

16  renovation was more intel about

17  beautification opposed to doing the

18  mechanicals that was needed to resolve the

19  problems.

20    Q.    What issues were being addressed

21  with regard to beautification during the

22  renovation?

23    A.    Painting.  Flooring.  Light

24  fixtures.  Putting in new appliances.

25    Q.    Okay.  But nothing was being done

1    structurally?

2        A.    No.    Those problems were still --

3    those apartments would still have the same

4    problems that they had before all of those

5    little changes was made.

6        Q.    Okay.    So as far as you know, in

7    renovating the apartment buildings, there was

8    no conversation about replacing all of the

9    piping to PVC versus cast iron?

10       A.    There was a number of

11   conversations, but that wasn't in the CapEx

12   to do that.    That's what was -- I was told.

13       Q.    You said there was a CapEx project.

14   Was that a written document that stated

15   exactly what they were going to do in terms

16   of renovation?

17       A.    No.    It was a process done through

18   something they had in place called Rhodium.

19   Rhodium would come around and take pictures

20   and they would discuss what the next stages

21   would be based upon what they was, you know,

22   the pictures and the documents that they was

23   taking.    And that was the process.

24       Q.    Did you ever see a written document

25   from Rhodium stating what they were going to

1   address?

2     A.   I got a written document and a

3   number of pictures also that they documented

4   and labeled what they wanted to address.

5     Q.   Do you still possess those pictures

6   and documents?

7     A.   I do.

8     Q.   Can you share them with me or do I

9   need to issue a separate subpoena for them?

10     A.   I can.

11     Q.   Okay.  Thank you.  So getting back

12   to the cast iron pipes.  Based upon your

13   personal observations, were you aware -- you

14   were aware of water intrusion from the --

15   from plumbing leaks, correct?

16     A.   Correct.

17     Q.   And were those in certain buildings

18   or all of the apartment buildings at Laguna

19   Run?

20     A.   I know for sure it was building A,

21   building F, T, P, N, S, H, V.

22     Q.   Okay.  And you have an independent

23   recollection of that or you just went out

24   there so often you know which buildings it

25   is?

1      A.    I --

2          MR. BERGERON:

3             Objection to the form.

4          THE WITNESS:

5             I have a document of that.

6  EXAMINATION BY MS. BAGNERIS:

7      Q.    You have a document of that.  Okay.

8  When the pipes would leak, are you aware of

9  issues where feces and urine would leak into

10  apartments from the cast iron pipes?

11      A.    Yes.  It was a main drain pipe that

12  ran from the upstairs unit all the way to the

13  downstairs unit, which will -- would proceed

14  to go to the back of the unit to the main

15  drain line.  That's how they ran the

16  plumbing.

17      Q.    Is that the correct way to run the

18  plumbing?

19      A.    Incorrect.  Totally incorrect.  But

20  at the time, that was code when that plumbing

21  was ran.  Today that will not -- that would

22  not pass.

23      Q.    Okay.  With respect to the siding

24  on the buildings, did you have any problems

25  with water intrusion with respect to the

1  siding?

2      A.   Yes, because you had a gutter

3  issue.  Either the buildings didn't have any

4  gutters on it or the gutters was no good, so

5  it could not contain the water.  It could not

6  stop water from going where it needed to go.

7      Q.   None of the buildings at Laguna Run

8  had any gutters?

9          MR. BERGERON:

10             Object to the form.

11          THE WITNESS:

12             Partial gutters.

13  EXAMINATION BY MS. BAGNERIS:

14      Q.   Partial gutters.  And because of

15  the partial gutters they were having a water

16  intrusion problem on the landings?

17      A.   Correct.  Washing out the

18  foundation.

19      Q.   You mentioned earlier floating

20  foundations.  Can you explain to me what you

21  mean by that?

22      A.   If you have a -- a lot of the slab,

23  a lot of the piping was ran under the

24  downstairs apartments.  And depending on the

25  area that it was ran in, whether it was the

1   living room area or the bedroom area, when a
2   large amount of water was being ran through
3   that plumbing, the apartment downstairs would
4   get the bulk of the water and the water had
5   broken the slab of the apartment.  So that
6   will fill up that room with water.  And the
7   tenant would not know until they wake up in
8   the morning or they walk through their
9   apartments and walk in two inches of water.
10      Q.    And you are personally aware of
11  these kind of circumstances at Laguna Run?
12      A.    Yes.  Yes.  Yes.
13      Q.    How -- how widespread was the
14  problem with regard to the floating slabs?
15      A.    We had quite a few slabs that was
16  broken, cracked into that unit.  The way the
17  cast iron plumbing was ran, like I said, it
18  was ran from the top apartment to the bottom
19  apartment.  When you -- when you impede into
20  the slab of the bottom apartment, they would
21  use a boot to interact with that broken pipe.
22  And given that boot had been there for ten
23  years, it's a rubber boot, it would break.
24  That will start to water up the wall.
25          After the wall get infected with --

1   with mold and mildew, that would give you
2   indication that that's what's happening
3   within that wall.  In the process of all of
4   that, the wood have been rotten out, and so
5   that will allow the water to intrude into the
6   apartment.  That was one situation besides
7   the cracking of the foundation.
8        The cracking of the foundation come
9   from losing a lot of the foundation being
10  washed away.  And so the buildings were
11  sinking.  And a sinking building, it don't
12  tell you which way it want to go, if it want
13  to split in half, if it want to shift to the
14  left or shift to the right, whatever the case
15  may be.  When that happens, it intrudes the
16  concrete slab of the foundation.  And by the
17  plumbing being laid into that foundation,
18  that would allow the water to come up into
19  that apartment unit that's over that pipe
20  section.  And so that's what we call a
21  floating slab.
22       Q.   Based upon your knowledge and
23  experience, if they change out all the pipes
24  from cast iron to PVC, are they still going
25  to have a problem with a floating slab?

```
 1        A.     Problem --
 2             MR. BERGERON:
 3                  Object to form.
 4             THE WITNESS:
 5                  Problem over with.
 6    EXAMINATION BY MS. BAGNERIS:
 7        Q.     Okay.  So if the pipes are changed
 8    out, then you can -- you can address the
 9    problem with the floating slab?
10        A.     Absolutely.
11        Q.     Okay.  If you don't change out
12    these pipes from cast iron to PVC, you'll
13    never be able to resolve this water intrusion
14    problem, correct?
15        A.     Never.
16             MR. BERGERON:
17                  Object to the form.
18             THE WITNESS:
19                  Never.
20    EXAMINATION BY MS. BAGNERIS:
21        Q.     Okay.  Let's talk about the windows
22    at Laguna Run.  Were the windows the source
23    of water intrusion at Laguna Run?
24        A.     Yes.
25        Q.     Why were the windows a source of
```

1  water intrusion?

2      A.    Improper seal.  Over the years,

3  it's like in your home, if you -- you're

4  getting air, you're getting moisture, and

5  water would find anywhere to intrude if it

6  have an opportunity to do so.  And so the

7  windows lost its seal.  The seal was never

8  replaced.  When the weather stripping did get

9  replaced, it was replaced improperly and it

10  didn't get better.  It got worse.

11      Q.    Is that a problem that is

12  throughout the complex with respect to every

13  window?

14      A.    Yes.  We had a -- we had a project

15  that was supposed to take place to replace

16  all the windows, but it never happened.

17      Q.    Okay.  So based upon your personal

18  knowledge, Dasmen knew that all of these

19  windows needed to be replaced?

20      A.    Correct.

21      Q.    And based upon your personal

22  knowledge, Dasmen actually implemented a plan

23  to replace them, but it never happened?

24      A.    Correct.

25      Q.    Do you know why it never happened?

```
 1              MR. BERGERON:
 2                   Object to the form.
 3              THE WITNESS:
 4                   CapEx.  Again, that was -- that
 5              would have had to be included in
 6              the budget where you had the money
 7              to make that happen.  That was not
 8              a small project.  That was a large
 9              project.
10    EXAMINATION BY MS. BAGNERIS:
11         Q.   Okay.  And to your knowledge,
12    Dasmen knew that the windows were a source of
13    water intrusion?
14              MR. BERGERON:
15                   Object to the form.
16              THE WITNESS:
17                   Correct.
18    EXAMINATION BY MS. BAGNERIS:
19         Q.   Did you personally observe mold
20    growing from water intrusion from leaking
21    windows at Laguna Run?
22         A.   Correct.  Yes.
23         Q.   Okay.  And was mold growth from
24    leaking windows a widespread problem that
25    affected every building at Laguna Run?
```

1      A.    Yes.

2      Q.    Did you personally observe any

3  water intrusion from door leaks at Laguna

4  Run?

5      A.    No.

6      Q.    Did you personally observe any

7  water intrusion from defective cladding at

8  Laguna Run?

9      A.    Yes.

10     Q.    Can you explain that problem to me

11 as you personally observed it?

12     A.    Well, it's -- it's a variety of

13 things when you, when you, when you go right

14 there.  Like I said, it's about moisture

15 and -- and intake in those areas that -- that

16 is through that.  And so if you -- mold works

17 like a product that builds up from moisture,

18 steam, heat, without having that control.  So

19 if you got intrusion in any of those areas,

20 whether it's the window, the door or

21 anything, and if you got a unit that started

22 going, running and whatever the tenant is

23 intaking, that's a -- that's a -- definitely

24 a recipe for mold.

25     Q.    And is the problem of defective

cladding causing water intrusion at Laguna
Run a problem in every building?

A.    I didn't witness that, but it's a
strong possibility.

Q.    Okay.  What did you witness?  How
widespread was it based on your personal
observation?

A.    Well, it was very widespread.
That's why -- that was the reason for the
renovation.  That was the reason for the
beautification.  Caulking and all of that was
being done in the process, but that didn't
cure the problem.  The problem was bigger
than beautification.  It was water intrusion,
whether it was the plumbing or the roof area
or the gutter areas.  It was -- it was just
water intrusion.  And -- and the only way we
was going to cure that problem is stop the
water intrusion.

Q.    And did you state that to your
supervisor?

A.    Yes.

Q.    And did you also state that to the
property managers at Dasmen?

A.    Yes.

1    Q.    And what was the response that you
2  received?
3    A.    It was not in the budget.
4    Q.    Based upon your personal
5  observations at Laguna Run, were you aware of
6  any water intrusion from unprotected
7  sheathing?
8    A.    I didn't -- I didn't understand
9  that.
10   Q.    Well, -- when I mean -- when I'm
11 talking about the sheathing, I'm talking
12 about, you know how on the side of the
13 building you had that --
14   A.    Siding?
15   Q.    Yes.
16   A.    Yes.  It's damaged siding
17 throughout the whole property because of no
18 gutters again.  No way to control which way
19 the water is going to go.  If it -- if it lie
20 on the building and then the building was
21 covered with carbon sheeting.  Carbon
22 sheeting is not real wood.  It looks like
23 wood, but it's not wood.  So when it gets
24 wet, it breaks up.  It just gets destroyed
25 from being wet.

1    Q.   Okay.  So can you tell me a little

2    bit about how mold remediation efforts were

3    undertaken at Laguna Run?

4    A.   Well, the -- the basics of the mold

5    remediation, the guys would just cut out the

6    Sheetrock that needed to be cut out, but it

7    wasn't properly done because when you are

8    doing a mold remediation, you have to do it

9    all the way to the wood, to the foundation.

10   You have to cure the wood.  You have to let

11   the wood dry before you come back with

12   Sheetrock, which that have to be open for a

13   day or two.  You can't just close it back.

14   And it was done improperly due to the fact

15   that you had a tenant living in the property

16   and you just couldn't leave that unit open

17   like that.  You had to close it back.  So it

18   was a process in the job aspect, but it

19   wasn't the correct process.

20   Q.   Based upon the training that you

21   have received regarding mold remediation,

22   should the tenants have been in those

23   apartments while the remediation effort was

24   undertaken?

25   A.   Absolutely not.  They should have

```
1   been transferred to another unit.
2       Q.   Why not?
3       A.   Because mold is a dangerous
4   product.  It is a silent killer.  It can
5   cause a tremendous amount of health issues.
6   Not -- not taking that some people complained
7   about health issues already.  So it shouldn't
8   have been in the unit.  When you find that
9   out, you have to -- you have to eliminate
10  someone from the unit because the chemicals
11  alone is dangerous, not only for the workers,
12  but for the tenant to inhale or absorb that.
13  You can't do it.  It shouldn't be done.
14      Q.   But it was done, correct?
15      A.   Yes.  Correct.  Yes.
16      Q.   Do you know of any circumstances
17  where tenants were moved to another unit
18  while the mold was being abated?
19      A.   No.
20      Q.   Okay.  Even tenants that had small
21  children remained in place while mold
22  abatement occurred?
23          MR. BERGERON:
24              Object to the form.
25          THE WITNESS:
```

1      Yes.
2    EXAMINATION BY MS. BAGNERIS:
3        Q.    Do you know if the employees were
4    provided with any N95 respirators to abate
5    the mold?
6        A.    Well, when you are abating mold you
7    have to be fully geared.  Just one N95 is not
8    sufficient equipment, but on occasions they
9    did have masks.  On occasions.  Not all the
10   time.
11       Q.    Okay.  And why was it sporadic?
12   Why was it not all the time?
13       A.    Well, the product wasn't there.
14   Sometime it had -- it had to be done
15   immediately.  So the product wasn't there.
16   The property was on a budget and it was a
17   small budget.  So when the bills is not being
18   paid, you can't access any product.  And it
19   was like a forced issue for the work to be
20   done, having somebody living into the unit.
21       Q.    Okay.  So sometimes N95 masks were
22   provided and sometimes they were just not
23   available due to budget concerns, correct?
24       A.    Ninety-five percent of the time
25   they wasn't available.

1    Q.    Okay.  You said an N95 is not

2  sufficient.  What else should they have had

3  on to do mold remediation?

4    A.    A full suit.  Rubber boots or

5  either boot covers.  Hat covers, gloves.  The

6  whole nine yards.  Not just a mask.  I mean,

7  you in a contaminated state when you are

8  dealing with mold.  I mean, your clothing,

9  everything you touch.  Being in a

10  contaminated state you should be fully

11  covered.

12    Q.    And did you express that to your

13  supervisor?

14    A.    Yes.  Yes.

15    Q.    And what was the response?

16       MR. BERGERON:

17          Object to the form.

18       THE WITNESS:

19          Again, the product wasn't

20          there.  And we had to get it done.

21  EXAMINATION BY MS. BAGNERIS:

22    Q.    Okay.  Did you express to the

23  property management office at Dasmen that

24  this presented an unsafe working environment

25  for these maintenance people who were going

1    in to do this mold remediation work?

2        A.    Yes.

3        Q.    And did you express that to your

4    supervisor?

5        A.    Yes.

6        Q.    Were you concerned for the safety

7    of the workers who were actually performing

8    this work at Laguna Run?

9        A.    Yes, because they was under my

10   watch.

11       Q.    Are you aware of any of the

12   maintenance workers who voiced health

13   complaints as a result of mold remediation

14   work?

15       A.    A few guys complained about

16   shortness of breath and things of that

17   nature.

18       Q.    Were you on the inspection with

19   Dasmen when they came down after code

20   enforcement from the City of New Orleans had

21   come to the apartment complex?

22       A.    I was on a couple of them, but I

23   don't think I was on the last one when the

24   Fire Department was there mandating what

25   needed to go on.

1      Q.    Okay.  On the times that you had

2  been there inspecting with representatives of

3  Dasmen, did the Dasmen representatives go

4  into the mold infested apartments?

5      A.    Briefly, yes.  They wouldn't stay.

6  It was just that bad.  Briefly they went in

7  to view it, either through looking through

8  the window or -- but, actually, you couldn't

9  even walk into some of the units.  It's just

10  that bad.  They would not go into some of

11  those.

12      Q.    But tenants were living in those

13  units, correct?

14      A.    They were living in the buildings.

15  The ones that was really bad was closed up, a

16  couple of them, but some of them they was

17  living in was just as bad because mold is

18  like a cancer.  It travels.  You got -- you

19  got apartments like -- they got a mirror wall

20  between two apartments.  A mirror wall is a

21  wall that's combined to the next unit.  So

22  that unit is going to get the bulk of

23  whatever this unit that's empty has got, is

24  getting.  Their wall going to be just as bad.

25  So you got somebody into that unit because of

1   that episode of that level mold.  It -- it

2   just travels.

3       Q.    Based upon your knowledge,

4   experience and training, do mold spores

5   travel through air conditioning vents?

6       A.    Absolutely.  Absolutely.

7       Q.    And did these buildings share a

8   common ventilation system?

9           MR. BERGERON:

10              Object to the form.

11          THE WITNESS:

12              I'm not understanding that

13          question.

14   EXAMINATION BY MS. BAGNERIS:

15      Q.    All right.  You're not

16   understanding the question?

17      A.    No.

18      Q.    Can you explain to me -- maybe it

19   is a bad question probably.  Can you explain

20   to me, it's a common AC unit on top of the

21   unit, correct?

22      A.    Yes.

23      Q.    Okay.  Was the duct work for that

24   common unit going through the entire building

25   and into the vents of every apartment?

1    A.    Well -- well, the AC -- the AC only

2  complied to the residential aspect of the

3  units.  The common areas was open area.  It

4  was not AC in it.  It didn't have air,

5  working air.

6    Q.    Okay.  So what's the effect of

7  spraying bleach on mold based upon your

8  knowledge and experience?

9    A.    Just to clean the area to make it

10 not appear to be there.  That's all that can

11 do.

12   Q.    Based upon your knowledge and

13 experience, are gnats attracted to mold?

14        MR. BERGERON:

15             Object to the form.

16        THE WITNESS:

17             No.

18 EXAMINATION BY MS. BAGNERIS:

19   Q.    Okay.  So there is no connection

20 between the complaints of gnat infestation

21 and the complaints of mold infestation,

22 that's two different things?

23   A.    Yes.  Water, gnats are

24 contracted -- is attracted to water and --

25 and algae.  It's like the thing that I'm

1    trying to find -- like being algae water here

2    like in New Orleans.  We get that -- we get

3    that -- that green algae just sitting up in

4    the water.  You see gnats just around there

5    all the time.  Sometimes you run into a haze

6    of gnats.  So when you have that green algae,

7    which we call it slime, like, you know, on

8    lakefronts or steps or something like that

9    being from that salt water, or it comes from

10   contaminated water.  So that -- that attracts

11   the gnats.  It's a different -- it's a

12   different process.

13        Q.    Okay.  All right.  Can you tell me

14   how widespread the mold intrusion was at

15   Laguna Run?  Did it affect every building?

16        A.    Yes.  Every building.

17        Q.    You talked about common areas.  Did

18   you personally observe common areas at Laguna

19   Run that were mold infested?

20        A.    Yes.  It was because, again, a lot

21   of the common areas was open areas, but the

22   roof, it had no protection.  So when that

23   area get damaged or water intrusion in there,

24   then you get -- you got the walls that's wet,

25   the moisture and all that builds up.

1  Eventually, mold occurs because you have no
2  protection.  There is nothing to -- to
3  prolong that from happening.  Eventually,
4  like I say, it was all about the water.
5  Sometimes we had common areas with the whole
6  ceiling fell clean in, I mean, because of the
7  water intrusion.  That -- that was a recipe
8  for the mold.  And that's what happened.
9      Q.    Are you aware of collapsed ceilings
10 in apartment units from water intrusion and
11 mold?
12     A.    Yes.  Yes.
13     Q.    And was that a common widespread
14 occurrence in every building at Laguna Run?
15     A.    Seventy-five percent of the
16 buildings.
17     Q.    Now, you mentioned the budget.  Do
18 you know what the budget was to do
19 improvements?
20     A.    It was different.  It was
21 different.
22     Q.    It changed year to year?
23     A.    Yeah.  It was different.  It was
24 never consistent.  It was never consistent
25 month to month.  Each property needed

1    different things, so it was never consistent.

2        Q.    Are you aware of any issues with

3    Dasmen not paying bills to suppliers?

4            MR. BERGERON:

5                Object to the form.

6            THE WITNESS:

7                Yes.

8    EXAMINATION BY MS. BAGNERIS:

9        Q.    Okay.  Can you tell me what your

10   experience and knowledge is with Dasmen not

11   paying bills to suppliers?

12           MR. BERGERON:

13               Object to the form.

14           THE WITNESS:

15               Well, the -- the only supplier

16               that was equipped to handle the

17               day-to-day was an Ace Hardware

18               store that was in the area that

19               would either have the product or be

20               able to get the product that was

21               needed until they did not get paid.

22               And then they would shut off all

23               supplies for all of the properties.

24   EXAMINATION BY MS. BAGNERIS:

25       Q.    And is that the Ace Hardware store

1  that's on Downman Road?

2      A.    Correct.

3      Q.    Okay.  And is it a fact that when

4  that Ace Hardware store shut it down and

5  wouldn't sell them supplies anymore, they

6  started taking materials out of vacant

7  apartments to repair inhabited apartments at

8  Laguna Run?

9          MR. BERGERON:

10             Object.

11         MR. BELL:

12             Object to the form.

13         THE WITNESS:

14             Correct.

15 EXAMINATION BY MS. BAGNERIS:

16     Q.    Okay.  And you were aware of that.

17 Was your supervisor aware of that as well?

18     A.    Correct.

19     Q.    How difficult did it become to

20 perform maintenance at Laguna Run when you

21 could no longer use Ace Hardware as a

22 supplier?

23     A.    Very, very difficult.  Very

24 difficult.  I mean, the tenants was left with

25 work undone.  Some things we had to have the

```
1    proper supply to take care of the situation.
2        Q.    Were there other vendors that
3    supplied goods or services to Laguna Run who
4    were not being paid?
5        A.    I set up an HP supply.  We had
6    another vendor, but those vendors was on a
7    monthly basis.  Ace was on a daily basis.
8    Ace would cover what the budget wouldn't
9    cover.  That's what Ace Hardware was for.
10       Q.    All right.  It's my understanding
11   that someone put up a fence and then didn't
12   get paid and then came back and took the
13   fence back?
14       A.    Correct.
15           MR. BERGERON:
16               Object to the form.
17           MR. BELL:
18               Object to the form.
19   EXAMINATION BY MS. BAGNERIS:
20       Q.    Do you recall that?
21       A.    Yes.
22       Q.    So can you -- can you tell me what
23   you know about the fence situation?
24           MR. BERGERON:
25               I object to the form.
```

1           THE WITNESS:

2               Well, it was a -- a partial of

3           the fence that was ran into, it was

4           ran into by accident.  They called

5           a welder outside of the New Orleans

6           area, not one of my vendors, but

7           somebody else that corporate

8           contacted, put up the fence.  Did

9           not agree with the payment because

10          my welder would have been three

11          times cheaper than that welder was

12          and they did not pay him.  And he

13          sent the guy to cut it back out and

14          take the fence, take a partial of

15          the fence.  It was a wrought iron

16          fence.

17  EXAMINATION BY MS. BAGNERIS:

18     Q.   Can we talk about safety and

19  security for a moment.  Were you aware of

20  drug dealing activities occurring on the

21  premises of Laguna Run in broad daylight?

22     A.   Yes.

23          MR. BELL:

24             Object to the form.

25  EXAMINATION BY MS. BAGNERIS:

```
 1        Q.    Were you aware of violent crime,
 2   such as shootings, going on in broad daylight
 3   on the premises of Laguna Run?
 4             MR. BERGERON:
 5                  Object to the form.
 6   EXAMINATION BY MS. BAGNERIS:
 7        Q.    You can answer.
 8        A.    Yes.
 9        Q.    Did you fear for your safety when
10   you would visit Laguna Run?
11             MR. BERGERON:
12                  Object to the form.
13             THE WITNESS:
14                  Yes.  Everybody did.
15   EXAMINATION BY MS. BAGNERIS:
16        Q.    Are you aware that the maintenance
17   staff started packing guns in tool belts in
18   order to feel safe at Laguna Run?
19             MR. BERGERON:
20                  Object to the form.
21             MR. BELL:
22                  Object to the form.
23             THE WITNESS:
24                  No, I was not aware of that.
25                  No.
```

1    EXAMINATION BY MS. BAGNERIS:

2        Q.    Did you ever see the security guard

3    while you were out there at Laguna Run?

4        A.    He was here and there.  He was

5    never based in one place.  He did a lot of

6    driving opposed to being stationed.

7        Q.    Okay.  And it is my understanding

8    there was one guard, is that correct?

9        A.    Correct.

10        Q.    Do you know if Dasmen would warn

11    potential tenants about the presence of mold

12    in units before they moved them into the

13    property?

14        A.    No.

15        Q.    You don't know or they didn't do

16    it?

17        A.    They didn't do it.  They didn't do

18    it.  That would -- that would have stopped

19    product -- process of renting a unit.

20    That's -- no.

21        Q.    Okay.  I'd like to show you some

22    photos and ask you some questions, if I could

23    share my screen again, y'all.  Let's try this

24    one more time.

25              Have you ever seen this area of

1  Laguna Run that's depicted in this

2  photograph?

3      A.    Yes.

4      Q.    Can you tell me what that is?

5      A.    That's a stairwell section.

6      Q.    Okay.  And when you spoke about the

7  stairwell before, you mentioned that there

8  was some problems with it.  Do you note any

9  problems with this particular stairwell?

10     A.    Rusted out legs that were -- we

11  replaced some of them.  We were in the

12  process of cutting some out that we found

13  and -- and replacing them, repairing them.

14  Again, the -- the problem got with not paying

15  the welder, so he quit the process, but

16  that's what that is.  That's a section of a

17  stairwell that you are going up and the metal

18  iron holds that in place, which look like one

19  of the legs are missing off of that part.  It

20  should be four.  It's only three.

21     Q.    So this is the foundation for one

22  of the stairwells that we're looking at?

23     A.    Yes.  Yes.  Going into the

24  building.

25     Q.    Okay.  I'd like to mark that --

1  this is going to be Exhibit 60, because we're
2  continuing on the same numbers.
3          (Whereupon, the instrument referred
4          to was marked Exhibit 60 for
5          identification.)
6  EXAMINATION BY MS. BAGNERIS:
7      Q.   Can you tell me what we're looking
8  at in this photograph?
9      A.   Well, it looks like a part of the
10 building process where I was telling you that
11 the carbon wood that's upside of the building
12 have started to -- had fell all off the
13 building from being wet.  That's what that
14 looks like to me.
15     Q.   This is an example of the carbon
16 that you were talking about before?
17     A.   Well, it looks like some Sheetrock.
18 It look like Sheetrock.  No.  It look like
19 Sheetrock.
20     Q.   Okay.
21     A.   From that it look like a small
22 frame of Sheet- -- Sheetrock.  I don't know.
23     Q.   I'll mark that as Exhibit 61.
24          (Whereupon, the instrument referred
25          to was marked Exhibit 61 for

```
 1              identification.)
 2    EXAMINATION BY MS. BAGNERIS:
 3         Q.    This is a photo from Joshua Akeem's
 4    apartment unit.  The part of the wall that's
 5    missing is in a bathroom.  Is that what the
 6    water intrusion issues would look like when
 7    they were cutting them out to repair them?
 8         A.    That would be the situation that I
 9    was telling you about.  The rubber boot would
10    be at the base of the flooring, sometime
11    would bust open and that would start the
12    water leak inside of that wall.
13         Q.    Okay.  That's Exhibit 43.  This is
14    Exhibit 44.  This is one of the ceilings in
15    one of the units it's my understanding.  Can
16    you tell me what we're looking at here?
17         A.    Well, right there you would have
18    cast iron piping running through that wooded
19    area.  And if that cast iron piping have that
20    hairline crack that I stated, it would be
21    leaking over a period of time.  How you know
22    it would be leaking is for that mold to show
23    up like that.  If it get bad, then it would
24    probably drain to the apartment living room
25    or something like that if it have not taken
```

1    care of, but if it is a small hairline leak,

2    you would only recognize that when that

3    ceiling get wet like that.

4        Q.    Do you know if they were replacing

5    the insulation when they were ripping open

6    the wall?

7        A.    No.  No.  They wasn't replacing the

8    insulation.

9        Q.    Should they have replaced the

10    insulation?

11        A.    Absolutely.  Absolutely.

12        Q.    That's Exhibit 44.  This is one of

13    the laundry rooms.  Can you tell me what that

14    is on the right side top going down the wall

15    over there?

16        A.    I'm really not recognizing that.

17    I'm really not recognizing what that is

18    because I don't recall --

19        Q.    Did you --

20        A.    I don't recall any cords running

21    from the ceiling or anything like that.  So

22    that could be something that was placed in

23    there by the tenant.  I'm not sure.

24        Q.    All right.  And you see that catch

25    bucket in the middle of the floor to catch

1    the water?  Are you aware of widespread water
2    intrusion in the laundry rooms at Laguna Run?
3         A.    Again, that would be from the
4    broken windows.  Sometime the common areas
5    would be over the laundry room areas.  The
6    laundry room areas would be adjacent, right
7    under the stairwell area.  So that would be
8    right next to the common area.  So if the
9    common area have -- took on some leakage,
10   that would -- that would damage that ceiling.
11   Or the windows were very high, if the windows
12   would bust out, water would intrude that way,
13   too.
14        Q.    Okay.  I will show you what was
15   previously marked as Exhibit 46.  This is
16   Joshua Akeem's bathroom.  Is this what you
17   would personally observe in some of the
18   bathrooms at Laguna Run?
19        A.    Yes.  That again, if that's an
20   upstairs unit, that is what I was speaking
21   about, you know, with the roof damage, with
22   the sponge roof that -- that wasn't sealed
23   properly.  And that's how you become aware of
24   that, but that looks like it's just been a
25   piece of Sheetrock put in place to take care

1    of that, cover that hole situation, but it
2    wasn't treating the mold.
3        Q.    And then this is previously marked
4    as Exhibit 47.  Again from Mr. Akeem's
5    apartment.  Can you tell me what we're
6    looking at here?
7        A.    Most likely water intrusion.  I'm
8    looking at the way the cracks are in the wall
9    or the ceiling.  That's how water usually
10   will break through and break through
11   Sheetrock.
12       Q.    Okay.  And was that a widespread
13   issue that you noted in many of the
14   apartments at Laguna Run?
15       A.    Yes, because of the cast iron
16   piping in the ceiling.
17       Q.    Okay.  This is one of the
18   photographs taken during the code enforcement
19   inspection that was on August 29, 2019.  Do
20   you note the presence of mold in this unit?
21       A.    Yes.  It's all over.  It is
22   spreading to the doors.  It is all over the
23   walls.  Right here it is even through the
24   floor.  And so this could be one of those
25   units that I was speaking about with the

1    floating slab that's holding water or this

2    unit could be taking in water through the

3    walls from the cast iron piping again.

4         Q.    That was former Exhibit 23.  This

5    is the same unit, the other side of that

6    wall.  You'll see the same wash bucket.  This

7    is inside of that closet.

8         A.    And so that describes what a mirror

9    wall is.  A mirror wall is a wall that's

10   connected, that's combined with the other

11   wall.  So that inside of that unit is called

12   a mirror unit.  So whatever it took up on the

13   outside, it would go through the inside of

14   that unit and transfer to all of those walls.

15   And that's what I was describing about in the

16   apartment.  If an apartment is getting mold

17   on that side of the wall, if this closet was

18   another apartment, that whole wall would have

19   been just as damaged on the other side or

20   even worse.

21        Q.    So apartment A and apartment B, if

22   they share a common wall --

23        A.    Yes.

24        Q.    -- more likely than not they both

25   have mold?

1    A.    Correct.  Correct.

2    Q.    Okay.  This is that same apartment.

3  Do you note that that's to be consistent with

4  the type of conditions that you saw at Laguna

5  Run?

6    A.    Correct.  Yes.

7    Q.    That's Exhibit 25.  Exhibit 26,

8  this is also something that code enforcement

9  noted on their inspection.  Are you aware of

10  any instances where ceiling fans or lighting

11  fixtures actually fell due to water

12  intrusion?

13    A.    Yes.

14    Q.    And how common an occurrence was

15  that?

16    A.    I -- I only witnessed that on a few

17  occasions.

18    Q.    Okay.  This is Exhibit 29 from a

19  prior deposition.  The mold seems to have

20  taken over the entire apartment basically,

21  all the walls.  Is that consistent with what

22  you saw in some of the units that you went in

23  in Laguna Run?

24    A.    Yes.  If it's, if it's that bad and

25  it's been like that over a period of time,

1    mold is like a cancer, it travels.  And it --
2    and it travels not from the Sheetrock, but
3    from the wood, the wood to wood.  And all of
4    the apartments was designed with wood.
5        Q.    In this particular apartment, code
6    enforcement noted that the furniture was
7    completely covered in the mold.  Did you see
8    instances where the tenants' furniture had
9    been overtaken by the mold -- from the mold
10   in the walls?
11       A.    Yes.  Again, mold is like a cancer.
12   If they put their clothes in the closet after
13   a painting and the mold come back out, they
14   couldn't wear their clothes.  It was -- it's
15   all over their clothing.  And that -- that's
16   why it was unsafe for the guys to not be
17   fully suited when they are here in mold or
18   removing mold.
19       Q.    This is Exhibit 31 from the
20   inspection.  A wall.  Do you recognize that
21   unit or not?
22       A.    It -- it looked like so many units,
23   till I couldn't -- I couldn't call one or
24   another.
25       Q.    Okay.

1     A.    Go back to that last one you just

2   went.

3     Q.    This is Exhibit 32.

4     A.    This wall here is -- is the type of

5   wall that I was expressing that the piping

6   would come down from the upstairs unit into

7   that slab wall right there.  The long wall,

8   we would call that the slab wall, and nine

9   times out of ten where that chair is sitting

10  at is where that piping would fall at.  And

11  so that's why the -- that section is badder

12  than the other section, but it is spreading.

13    Q.    Okay.  How long does it take for

14  mold to spread like this?

15            MR. BERGERON:

16                Object to the form.

17            THE WITNESS:

18                It depends on the leak and how,

19            you know, how vented the -- the

20            unit is.  If you got somebody that,

21            like heat, it -- it -- it takes a

22            little time.  But if you like --

23            got somebody that like cool, it

24            spread like wildfire.  It likes the

25            air.  So mold like cool air.

EXAMINATION BY MS. BAGNERIS:

Q.    So the more you run the air
conditioning --

A.    The more it spread.

Q.    -- the more mold you get?

A.    Yes.  Yes.  Yes.

Q.    Which is a real problem in New
Orleans as hot as it gets?

A.    Yes.  Absolutely.  Absolutely.

Q.    Okay.

MR. BERGERON:

        Object, counselor.  Is that a
        question?

MS. BAGNERIS:

        No.  That was a statement and a
        question.  Statement and a
        question.

MR. BELL:

        Object to the form on that.

MS. BAGNERIS:

        Well, I'll ask it another way
        then.  I'm skilled enough to do
        that.

EXAMINATION BY MS. BAGNERIS:

Q.    Does the weather in New

1    Orleans play a factor in the growth of mold?

2          A.    Absolutely.

3          Q.    Can you please explain?

4          A.    Again, it's like the algae that we

5    was just speaking of about, our salt water

6    level here.  And -- and I want to note that

7    Orleans Parish have the highest level of

8    chemical treated water, which is chlorine.

9    And chlorine do not kill mold.  It -- it

10   welcomes it.  Even if you use it in a

11   swimming pool, you have to use acid to be

12   able to swim in the water in Orleans Parish.

13   And that's just the nature of Orleans Parish.

14         Q.    So if you mix water from the sink

15   with bleach and then spray it on the wall --

16         A.    You are not doing no --

17         Q.    -- it doesn't work, you said?

18               MR. BERGERON:

19                    Object to the form.

20               THE WITNESS:

21                    No, you are not -- you are not

22               doing any good.  It's -- it's --

23               the -- the whole treatment process

24               of the water in Orleans Parish is

25               to be able to just drink it.  And I

1          haven't drank Orleans Parish water

2          for I can't remember.

3    EXAMINATION BY MS. BAGNERIS:

4        Q.    Here we have an electrical panel

5    that no longer has the outside casing.  Are

6    you familiar with the presence of these

7    electrical panels with no cover at Laguna

8    Run?

9        A.    Yes.

10       Q.    Was that a widespread problem?

11       A.    Widespread.  Absolutely.  Yes.

12       Q.    What problem does this present from

13   a safety standpoint?

14       A.    Well, these -- this panel -- this

15   property here have a lot of aluminum wiring

16   in it, which is the recipe for a fire.  The

17   wire is outdated.  The panel is not covered,

18   which cause a safety issue.  And by the wire

19   being aluminum wire, you can't control it.

20   So when you have something that is impeding

21   on this wiring, you got shortages everywhere.

22   You got some rooms lights work and in some

23   rooms it don't.  When guys, some guys, have

24   went through here and shorted out breakers to

25   make one unit work, which would cause havoc

1    to another section of apartments.  The whole
2    wiring system is just -- is just bad.  It's
3    outdated.
4        Q.    You said it is a recipe for fire.
5    Is that accurate?  That's what you said?
6        A.    Absolutely.  Absolutely.
7        Q.    Is it a fact that the fire alarm
8    system at Laguna Run was not operable such
9    that it would not have alerted the Fire
10   Department if there were a fire?
11           MR. BERGERON:
12               Object to the form.
13           THE WITNESS:
14               I didn't know the fire alarm
15           system was operable to each unit.
16   EXAMINATION BY MS. BAGNERIS:
17       Q.    Okay.
18       A.    I never hear of a building fire
19   panel that was actually working there.
20       Q.    So you didn't -- you didn't -- you
21   never thought they were working, correct?
22       A.    I've never experienced a building
23   fire panel that was working there.  I never
24   found one that was working.
25       Q.    Okay.  And are you aware that the

1  fire marshal actually cited them for that?

2     A.   Yes.

3     Q.   Okay.

4     A.   Because --

5     Q.   Are you also -- go ahead and please

6  answer.

7     A.   Because -- because the property was

8  not green tagged.  Every -- every panel

9  should have a green tag.  That means a yearly

10 inspection of every panel.  Not only the

11 panel, the fire extinguishers are yearly

12 inspected.  Every extinguisher should be

13 green tagged.  Everything with fire should be

14 green tagged.  That portion of that property

15 was never in compliance.

16    Q.   And who puts the green tags on?

17    A.   A fire inspector that's qualified

18 to inspect fire equipment.

19    Q.   Okay.  To your knowledge, did all

20 of the units have an operable smoke detector?

21    A.   Yes.

22    Q.   Okay.  Do you know whether or not

23 the fire -- the smoke detectors were replaced

24 after the fire marshal came out in August of

25 2019?

```
 1              MR. BERGERON:
 2                   Object to the form.
 3              THE WITNESS:
 4                   I heard something to that
 5              effect.
 6    EXAMINATION BY MS. BAGNERIS:
 7         Q.   Do you know whether or not it was
 8    found by the fire marshal that there were no
 9    fire extinguishers in any apartment at Laguna
10    Run?
11              MR. BERGERON:
12                   Object to the form.
13              THE WITNESS:
14                   The fire extinguishers were in
15              the common areas.  They -- they
16              stopped placing them into the units
17              because of some of the tenants was
18              playing with the fire
19              extinguishers.  And they wasn't
20              being refilled.  And they was
21              outdated, so they couldn't be --
22              the only thing you could do with
23              them was replace them.  You
24              couldn't refill them.  They was
25              outdated.  The fire extinguisher
```

```
 1              people will not refill an outdated
 2              fire extinguisher.
 3   EXAMINATION BY MS. BAGNERIS:
 4        Q.    Does this electrical panel meet
 5   code at all with this kind of wiring?
 6        A.    No.
 7              MR. BERGERON:
 8                   Object to the form.
 9              THE WITNESS:
10                   No, it do not.
11   EXAMINATION BY MS. BAGNERIS:
12        Q.    What kind of wiring would it need
13   to meet the code?
14        A.    You would need standard 12 that's
15   capable of handling 277 volts in a unit.
16        Q.    Okay.  That's Exhibit 40.  Can you
17   tell me what creates this problem?  Is this
18   the settling you were talking about, the
19   buildings are settling on Exhibit 41?
20        A.    That's the washing away of the
21   foundation of -- of the unit.  That area
22   right there have been -- look like it have
23   been trenched through to try to find a leak
24   in the slab.  That's what that looks like to
25   me.  That's a familiar area that was dug out
```

1  to put a camera under there to try to find

2  that area that was leaking in the slab.

3      Q.    Okay.   That's Exhibit 41.   And this

4  is Exhibit 42.   I understand that that cap is

5  supposed to be on there and there is a reason

6  why it should be.   Could you explain that to

7  me?

8      A.    Well, that's a -- that's a drainage

9  cap that helps the flow of the water.   And

10  without that cap on, the water would not

11  penetrate to the area that it needs to go.

12  And that's also an area to where you would

13  clean that line.   That's a cleanout.   You

14  would remove that cap and blow that line out

15  if it gets stopped up.

16      Q.    All right.   That's Exhibit 42.

17  This exhibit I'm showing you because -- when

18  they were doing mold abatement and they took

19  everything out the unit to do that, and if it

20  had mold on it, how were they getting rid of

21  that?   How were they discarding moldy

22  materials?

23      A.    Well, when I ran the properties, we

24  had a guy that came around and did trash

25  pickup.   If we didn't, if we didn't get a

1  dumpster out there to discard the furniture,
2  we had a guy to come out and did bulk pickups
3  until they stopped paying him and he stopped
4  doing the pickups.

5      Q.   So how often was he coming when he
6  was getting paid?

7      A.   Oh, he was coming daily to the
8  properties.  He was there daily.  He did a
9  really good job, a really good job.

10     Q.   When he was no longer coming, what
11 would happen to the materials that were being
12 discarded?

13     A.   What you see right there.  They
14 would be there.  Unless they get a container
15 to discard it and the container company would
16 haul it off.

17     Q.   Okay.  I'd like to mark this as
18 Exhibit 62.

19          (Whereupon, the instrument referred
20          to was marked Exhibit 62 for
21          identification.)

22 EXAMINATION BY MS. BAGNERIS:

23     Q.   You had mentioned previously what
24 the workers should have had on to perform
25 mold remediation.  This is a document from

1    the Centers for Disease Control.

2         A.    Uh-huh.

3         Q.    And it seems to support everything

4    you stated, so I just want to go back through

5    it.  You stated that an N95 respirator should

6    have been provided to each employee for mold

7    abatement purposes, correct?

8         A.    Correct.

9         Q.    You stated that they should have

10   had on long sleeves.  And that's what the

11   Centers for Disease Control says.  Do you

12   know if they were mandated to wear long

13   sleeves when they did mold abatement?

14        A.    No.  No.  They wore what they had.

15   They was not properly equipped to extract

16   mold.  They was not.

17        Q.    And you previously testified they

18   should have been wearing rubber boots, long

19   pants and gloves as does the Centers for

20   Disease Control, but none of that was

21   mandated and provided to the employees at

22   Laguna Run, correct?

23        A.    Correct.

24        Q.    Okay.  That's Exhibit 50.  All

25   right.  Let's see if I have anything else for

1    you before I tender the witness.  How often
2    were you out there at Laguna Run?
3        A.    Well, I would -- I would station
4    myself at Laguna Run after I -- well, Laguna
5    Run would be my last property.  So after I
6    visit the other properties in the morning,
7    they was pretty much settled on what they
8    needed to do, but Laguna Run had the majority
9    of the problems, so I needed to be there 75
10   percent of the time I was at Laguna Run.
11       Q.    Did you experience any adverse
12   health effects as a result of your exposure
13   to mold at Laguna Run?
14       A.    Well, I -- I tried to keep myself
15   out of any situation that would cause that
16   because I suffer with asthma and everything
17   of that knowledge.  My breathing is not good.
18   I'm on a CPAP machine to sleep at night.  So
19   when I went in there, I went in there, I had
20   my own mask and I would -- I would buy my own
21   product, but everybody was not fortunate
22   enough to be able to do that.  And they
23   shouldn't have -- have to do that.  So when I
24   viewed the apartments, that's when I would
25   use on some occasions, you know, when I went

1    in there.

2         Q.    You mentioned asthma.

3         A.    Yeah.

4         Q.    Why is asthma of great concern when

5    you are around mold?

6         A.    I mean, anything would trigger

7    asthma would take your breath away.  It's

8    just -- it's just -- it's just -- if you have

9    it, it's an activity that you don't want to

10   experience.  You break out in a sweat and you

11   can't get control of your breathing.  I'd

12   suffer with a lot of respiratory infections

13   if I'm not -- if I'm not careful what I'm

14   breathing or what I'm intaking.  So it's not

15   any fun, so I try to avoid that at all costs,

16   if I --

17        Q.    You mentioned -- you mentioned that

18   you went to the other apartment complexes, so

19   I just want to ask a few questions about

20   those.  Did you find the presence of

21   widespread mold intrusion at Laguna Reserve

22   based upon your personal knowledge and

23   observations?

24        A.    Well, Laguna Reserve had a -- a

25   good percentage of mold because of the fact

1   of how the hot water system was placed.  The
2   hot water heater was placed into the kitchen
3   area with no ventilation in that.  And it was
4   placed -- it was just placed in a bad space.
5   So when a leak occurred into that area, you
6   could not get to it.  And that's where
7   usually the mold situation would start in
8   Reserve, in the hot water area, where the hot
9   water tank was kept.
10       Q.   So from March 1, 2018 through April
11  of 2019 while you served as the regional
12  maintenance supervisor for Dasmen, how
13  widespread was the issues of mold intrusion
14  at Laguna Reserve?
15       A.   I'd say 50 percent.
16       Q.   Fifty percent of the units had mold
17  intrusion?
18       A.   Yes.  Yes.  Yes.  I would say 50
19  percent.
20       Q.   So what was being done to address
21  the mold intrusion at Laguna Reserve between
22  March 1, 2018 and April of 2019?
23       A.   Again, it was -- it was a -- it was
24  a renovation process and it was more
25  beautification than the actual repairs that

1    was needed.  The contractors there was -- the
2    basic they would do would Kilz the wall,
3    which would allow them to put the paint on
4    and give a mold wall time to not show up.
5    That's how they would cure that process.
6         Q.    So basically they are putting
7    lipstick on a pig?
8         A.    Well --
9              MR. BERGERON:
10                  Object to the form.
11   EXAMINATION BY MS. BAGNERIS:
12        Q.    They are spraying the mold with
13   Kilz to get rid of it, painting it, moving a
14   tenant in there who doesn't know there's
15   mold, and within months there's mold,
16   correct?
17        A.    Yes.  Yes.  Yes.  Yes.
18        Q.    Was -- was the roof an issue for
19   water intrusion at Laguna Reserve?
20        A.    Yes.  All of the roofs.  Yes.
21        Q.    Okay.  Why -- why was the roof an
22   issue for water intrusion at Laguna Reserve?
23        A.    They had a bad design of the
24   chimley area there.  The chimley caps was not
25   designed properly.  I actually hired a roofer

1   to change all of the chimley caps on that

2   property. By that time we got to that

3   process, the chimley had taken on damage in

4   the siding area and the wood area where water

5   would come down the side of it and allow

6   itself into the units. So they stopped using

7   the chimley area, but the water situation was

8   still being taken all into the units. And

9   that was the actual area for the water

10  intrusion in Laguna Reserve.

11      Q. And was that issue with the chimney

12  and the roof ever resolved to get rid of that

13  problem of mold intrusion at Laguna Reserve?

14      A. Not fully. Not fully. The caps

15  was mostly replaced and the roof -- and the

16  roof areas that showed damage was patched

17  around the chimley areas.

18      Q. Okay. At Laguna Reserve were

19  tenants moved out of the units while mold

20  remediation took place?

21      A. No.

22      Q. Was there ever a communication that

23  went out to every tenant at Laguna Run

24  advising them that there is a mold intrusion

25  problem here?

```
 1            MR. BERGERON:
 2                 Object to the form.
 3            THE WITNESS:
 4                 Not to my knowledge.
 5     EXAMINATION BY MS. BAGNERIS:
 6        Q.    Was there ever a communication that
 7     went out to every tenant of Laguna Reserve to
 8     alert them to the mold intrusion problem
 9     there?
10            MR. BERGERON:
11                 Object to the form.
12            THE WITNESS:
13                 Not to my knowledge.
14     EXAMINATION BY MS. BAGNERIS:
15        Q.    Were there any other deteriorating
16     conditions at Laguna Reserve that presented
17     water intrusion problems?
18        A.    Yes.  The balcony areas, the
19     stairwells, the common areas.
20        Q.    At Laguna Reserve?
21        A.    Correct.
22        Q.    And, to your knowledge, as of the
23     date you left, April 2019, all of these water
24     intrusion problems at Laguna Reserve were
25     still existent?
```

1      A.      Correct.

2      Q.      And was it a budgetary issue that

3  prevented that work from being done there as

4  well?

5      A.      Correct.

6      Q.      Okay.  Let's talk about Carmel

7  Brooks.  Was there a mold intrusion problem

8  at Carmel Brooks?

9      A.      Yes.

10      Q.      What was the source of the water

11  intrusion at Carmel Brooks that led to the

12  proliferation of mold?

13          MR. BERGERON:

14              Object to the form.

15          THE WITNESS:

16              Balcony areas.  Again, Carmel

17          Brooks was -- had a pretty sound

18          common area, but the -- the roof

19          areas, they had a lot of roof, a

20          lot of roof leaks, a lot of bad

21          roof leaks that would contribute to

22          mold.  And they, they handled it

23          with Kilz and paint.

24  EXAMINATION BY MS. BAGNERIS:

25      Q.      Is it -- is it a true statement

1    that the same procedures were used to address
2    mold at all of the properties that you
3    supervised for Dasmen?
4         A.    Ninety percent.
5         Q.    Is it an accurate statement that
6    all the properties that you supervised for
7    Dasmen had water intrusion issues?
8         A.    Yes.  Yes.
9         Q.    Is it a true statement that all of
10   the properties that you supervised for Dasmen
11   had mold intrusion?
12        A.    Yes.
13        Q.    Is it a true statement that all of
14   the properties that you supervised for Dasmen
15   had electrical problems?
16        A.    Yes.
17        Q.    Is it a true statement that all of
18   the properties that you supervised for Dasmen
19   had roofing issues?
20        A.    Yes.
21        Q.    How many of the units at Carmel
22   Brooks had mold intrusion?
23        A.    I would say every one because every
24   one had a roof issue.  Every roof needed to
25   be completely replaced.

```
 1        Q.     Okay.
 2               MS. BAGNERIS:
 3                    I thank you very much for your
 4               time, Mr. House.  And I tender the
 5               witness.
 6   EXAMINATION BY MR. BERGERON:
 7        Q.     Mr. House, my name is Nick
 8   Bergeron.  I represent RH Eastlake and
 9   Dasmen.  How are you today?
10        A.     I'm doing well.  And yourself?
11        Q.     I'm doing well.  Thank you very
12   much.
13               You stated that you were hired by
14   Dasmen as the regional maintenance supervisor
15   in March of 2018.  That's correct?
16        A.     Correct.
17        Q.     Do you recall the exact date?
18        A.     I think I began, started working on
19   March the 1st.  I'm not sure.  I think it was
20   March 1st.
21        Q.     And then you stopped working in
22   that capacity for Dasmen in April of 2019.
23   Do you recall the exact date?
24        A.     I think it was the 24th when I got
25   a call.
```

1      Q.    From whom?

2      A.    From Shawn, vice-president.

3      Q.    And what was that call about?

4      A.    Well, he was calling me to tell me

5 that he was sending over another regional

6 maintenance supervisor to oversee the

7 properties.

8      Q.    And what -- how did that affect

9 your employment with Dasmen?

10     A.    I was released.

11     Q.    So you were no longer employed with

12 Dasmen as of that date in April, correct?

13     A.    Correct.

14     Q.    Where did you work after that?

15     A.    I am working for -- I worked for

16 Apple Bus Company.

17     Q.    And what do you do for Apple Bus

18 Company?

19     A.    Well, I don't work for Apple Bus

20 Company anymore.

21     Q.    Okay.  I'm sorry.  Well, when you

22 were working for Apple Bus Company, what did

23 you do?

24     A.    I was a mechanic, diesel mechanic.

25     Q.    Okay.  Before you worked for

1    Dasmen, so before March of 2018, where were
2    you employed?
3         A.    925 Common.
4         Q.    And what's, what place of
5    employment is located at that location?
6         A.    Eminent Property Management.
7         Q.    And what did you do there?
8         A.    Supervised the building.  I was
9    facility manager.
10        Q.    Okay.  Have you ever lived at
11   Laguna Run?
12        A.    No.
13        Q.    Have you ever lived at Laguna
14   Reserve?
15        A.    No.
16        Q.    Have you ever lived at Carmel
17   Brooks?
18        A.    No.
19        Q.    So after April 2019 when you no
20   longer worked for Dasmen, you would agree
21   that you have no knowledge, firsthand
22   knowledge, of the management of Laguna Run,
23   correct?
24        A.    Right.
25        Q.    Same question.  You would have no

1    firsthand knowledge of the management of

2    Laguna Reserve after you stopped working for

3    Dasmen in April of 2019, correct?

4         A.    Correct.

5         Q.    And you would have no firsthand

6    knowledge of the management of Carmel Brooks

7    after you stopped working for Dasmen in April

8    2019, correct?

9         A.    Correct.

10        Q.    Similarly, you would have no

11   firsthand knowledge of the management of the

12   property by Dasmen before you started working

13   there March of 2018, correct?

14        A.    Correct.

15        Q.    Your knowledge is limited

16   specifically to your time of employment

17   between March of 2018 and April of 2019,

18   correct?

19        A.    Correct.

20        Q.    Okay.  You discussed -- excuse me.

21   You discussed or Miss Bagneris asked you

22   about the widespread plumbing issues.  The

23   plumbing issues at Laguna Run, you would

24   agree, were specifically as to building G,

25   correct?

1    A.    Repeat that again.

2    Q.    The widespread plumbing issues that

3  Miss Bagneris asked you about where there

4  were feces and urine running down the walls,

5  that was, to your knowledge, only in building

6  G, correct?

7    A.    No.  That was quite a few

8  buildings.

9    Q.    May I ask if you are looking at

10  notes right now?

11    A.    I'm looking at my pad, but that was

12  quite a few buildings.

13    Q.    What's on your pad?

14    A.    It's nothing.  It is just --

15  nothing but an envelope.

16    Q.    Are there notes about your

17  testimony written on that envelope?

18    A.    No, sir.

19    Q.    Okay.  So this is all --

20    A.    I'm scheduled to be at a previous

21  agreement that I didn't know this deposition

22  was going to take this long, so I'm looking

23  at my phones, my phones (indicating), and

24  that note to make sure --

25    Q.    I understand.  I just wanted to

1    make sure.

2        A.    Okay.

3        Q.    So you personally participated in

4    mold remediation at Laguna Run, that's

5    correct?

6        A.    I -- I supervised the guys that

7    went in there to -- to do it.  I didn't all

8    the time participate in it.

9        Q.    But you had to -- oh, I'm sorry.

10   Go ahead.

11       A.    I tried to assist where I could.

12   Again, I suffer with breathing issues myself,

13   so I tried to not engage in what's going to

14   cause me uncomfort and --

15       Q.    Did you at any time seek medical

16   attention for any exposure to mold from

17   working at Laguna Run?

18       A.    I have caught a couple of -- I have

19   had a couple of issues.  Whether it was

20   late -- at late night I had to go to the

21   emergency room or see a doctor or make an

22   appointment for bacteria infection, things of

23   that nature.

24       Q.    And your testimony is that that was

25   directly related to your work at Laguna Run?

1     A.    It was -- it was directly to work

2    in my -- I worked with all of the properties

3    because all of them had leaking problems.

4    So, I mean, I had to be there.

5     Q.    So how many times did you go to the

6    doctor or to the emergency room because of

7    medical issues due to mold exposure at the

8    apartment complexes?

9     A.    I don't have that information in

10    front of me.  I can't even contest to how

11    many times that happened.

12     Q.    Less than five times?

13     A.    Possibly.  I can't contest to how

14    many times.  I don't have that information in

15    front of me.

16     Q.    Okay.  You stated that you had --

17    you received, I think, 20 years ago is the

18    time frame you gave that you had mold --

19    training in mold abatement, that's correct?

20     A.    Right.

21     Q.    From that point until you stopped

22    working at Dasmen, did you ever have any

23    additional classes or courses that you

24    attended relative to that type of training?

25     A.    Consistently.  That's my -- that's

1   a part of my licensing for OSHA that I have
2   to keep updated training to stay into code.
3   I am a licensed building engineer, so I have
4   to be knowledgeable of code all the time.
5       Q.    So other than being a licensed
6   building engineer, do you have any other
7   certifications?
8       A.    Yes.  I am HVAC, EPO, CPX, PBX,
9   CBL, EPA.  And I also do CPR.  And I also am
10  licensed to sell liquor.
11      Q.    You also, and I think this might be
12  my last question, you also -- well, one of my
13  last questions.  You also said that you still
14  have I believe it was a document or a
15  contract from Dasmen or from I believe you
16  said Rhodium, is that correct?
17      A.    No.  I said I have some documents
18  from Rhodium which Rhodium is a -- is a thing
19  that Dasmen have in place to view the
20  properties and put in the next phase of
21  project what they want to take on in
22  reference to redoing the property or
23  renovating the property.  So that's what
24  Rhodium did.  They came around and they took
25  a lot of pictures of all the properties and

1     made a decision on the next phase of what

2     they wanted to do to beautify the property.

3         Q.    Why do you still have those

4     documents?

5         A.    It is just a part of my files.  I

6     don't -- you know, it is just nothing

7     pertaining to anything.  I got a lot of

8     pictures.

9         Q.    Would you mind sharing those

10    pictures and those documents with us, please?

11    I don't know if you could send them to Miss

12    Bagneris.

13        A.    It's a possibility.  It's a

14    possibility that I could get them to you.

15        Q.    We'd appreciate that.

16        A.    Yeah.  I'm a -- I manage a property

17    for Bluegreen Vacations, and they are very,

18    very -- it is a very strenuous job.  My time

19    is limited.  That's why I'm looking at my

20    phone right now.  I have got to Skype in a

21    little bit.

22           MR. BERGERON:

23              Well, I have nothing further,

24           so I will let you off the hook.

25           THE WITNESS:

1          I appreciate it.
2    EXAMINATION BY MS. GAILMOR:
3        Q.    Mr. House, I just have a couple
4    questions for you.  My name is Cassie
5    Gailmor.  I represent Eastlake Development,
6    KFK Group and KFK Development.  You never
7    worked at the property that's now Laguna Run
8    and formerly Hidden Lakes when it was Hidden
9    Lakes, did you?
10       A.    No.  Never when it was Hidden
11   Lakes.  I actually turned down a job to work
12   there when it was Hidden Lakes.
13       Q.    Have you ever worked for Eastlake
14   Development?
15       A.    Not outside of Dasmen.
16       Q.    What does that mean?
17       A.    Well, I supervised their
18   maintenance staff when I worked for Dasmen
19   there.
20       Q.    Eastlake Development and Dasmen are
21   not related at all.  So can you tell me if
22   you've ever worked for Eastlake Development?
23       A.    No.  No.  Eastlake Development, no.
24       Q.    Have you ever worked for KFK
25   Development?

1    A.    Who are they affiliated with?

2    Q.    Pardon?

3    A.    No, not to my knowledge.

4    Q.    Have you ever worked for KFK Group?

5    A.    Not to my knowledge.

6          MS. GAILMOR:

7              Okay.  Those are all the

8          questions I have for you.  Thank

9          you.

10   EXAMINATION BY MR. BELL:

11   Q.    Hi.  This is Troy Bell.  I

12   represent Latter & Blum.  Just a couple

13   questions for you and then we can let you go.

14   Did you ever work for Latter & Blum?

15   A.    No.  I have not.  No.

16   Q.    Okay.  It is true that you cannot

17   speak to the condition of the property at

18   Laguna Run prior to your March 1st, 2018

19   employment, correct?

20   A.    Correct.

21   Q.    Okay.  Did you know any maintenance

22   employees prior to your employment at 2018 --

23   your 2018 employment?

24   A.    Yes.

25   Q.    Okay.  Did you know a guy by the

1    name of Richard Coleman?

2         A.    Yes.

3         Q.    Okay.  Did you hire Richard Coleman

4    or do you know who hired Richard Coleman?

5         A.    I hired Richard Coleman.

6         Q.    And when did you hire Richard

7    Coleman?

8         A.    It was in the middle of '18.  I

9    can't remember the exact date.

10        Q.    Okay.  Are you aware that he

11   testified that he worked at the property

12   prior to you hiring him?

13        A.    He did, yes.

14        Q.    Okay.  So did you -- did he get

15   fired or was he let go and then you hired him

16   back?

17        A.    No.  I hired Richard because he had

18   extensive plumbing knowledge of Laguna

19   Reserve -- Laguna Run when he worked for

20   Latter & Blum.  And he was transferred to

21   Carmel Brooks maintenance area when I left

22   for the maintenance department.

23        Q.    And do you know the exact -- I'm

24   sorry?  Do you know the exact date that you

25   hired him?

1    A.    I don't have that in front of me,
2 but I'm pretty sure I got it down somewhere.
3         MR. BELL:
4             And I think that is my last
5         question.
6         MR. LAHAYE:
7             I have some more questions.
8 EXAMINATION BY MR. LAHAYE:
9    Q.    Hi.  My name is Luke LaHaye.  I'm
10 representing Triangle Realty.  Let me turn my
11 screen on real quick.
12            Mr. House, you never worked for the
13 properties back when they were Chenault
14 Creek?
15    A.    Well, when I first started there
16 the property had the original names.  We
17 changed the names during the process.  So I
18 was there when it was Chenault Creek.
19    Q.    And what about Lakewind East?
20    A.    All of the original names of the
21 properties, I was there.
22    Q.    But you never worked for Southwood?
23    A.    Briefly.  Briefly.  I think I
24 worked at Laguna Creek for Southwood maybe a
25 month.  And the property was in such a bad

1  way to, I stopped.  I resigned.

2      Q.    So when did you work for Southwood?

3      A.    I think I worked for Southwood for

4  about 30 days in, maybe it was '15, 2015 or

5  '16, something like that.

6      Q.    Okay.

7      A.    But a lot of the guys that they had

8  there was still there when I retired.

9      Q.    Okay.  And did you work for

10  Triangle Realty?

11      A.    I don't recall Triangle at all.  I

12  don't know who they represented.

13      Q.    Do you remember the months you

14  worked for Southwood in 2015?

15      A.    It was probably one month, as I

16  just expressed.  It was probably 30 days or

17  maybe less.

18      Q.    Do you remember the time of the

19  year?

20      A.    I don't.  I really don't.

21      Q.    And why did you quit?

22      A.    The property was in a bad way that

23  I was not told that it was that way.  I

24  was -- it was a variety of things.  The pay

25  scale that was promised to me was never

1    there.  The position Miss Leanne promised me

2    didn't come to play.  It was a variety of

3    things that made me move on.

4         Q.    Who did you mention?

5         A.    Leanne.  That's who hired me.

6         MR. LAHAYE:

7             That's all the questions I

8         have.

9    EXAMINATION BY MS. BAGNERIS:

10         Q.    I just have a follow-up on what

11    Luke asked you.  I forgot all about that

12    apartment complex.  Did Chenault Creek,

13    Lakewind East, Laguna Creek have the same

14    water intrusion and mold issues as Laguna Run

15    and Laguna Reserve?

16         MR. BERGERON:

17             Object to the form.

18         THE WITNESS:

19             No.  It was -- it was different

20         areas, but basically all of them

21         had roof problems.

22    EXAMINATION BY MS. BAGNERIS:

23         Q.    Was there mold intrusion at

24    Chenault Creek?

25         A.    Absolutely, yes.

1    Q.    Was there mold intrusion at
2  Lakewind East?
3    A.    Yes.
4    Q.    Was there mold intrusion at Laguna
5  Creek?
6    A.    Yes.
7    Q.    How widespread was the mold
8  intrusion at Chenault Creek?
9    A.    Chenault Creek, I'd say again,
10  probably 75 percent.
11    Q.    How widespread was the mold
12  intrusion at Lakewind East?
13    A.    As far as my knowledge, maybe 50
14  percent of the property.
15    Q.    And how widespread was the mold
16  intrusion at Laguna Creek?
17    A.    Ninety percent.  It was just as bad
18  as Laguna Run.  Sometimes I have replaced
19  whole walls at Laguna Creek from mold damage
20  and water damage.
21    Q.    And what's the major source of
22  water intrusion at Laguna Creek?
23    A.    No gutters.  A lot of properties --
24  none of the properties have gutters.  If they
25  have gutters, they are not good.  All the

gutters need to be replaced. The roofs are
bad. So when you don't have no gutters where
the water go, I mean, it's going where it
should go. Laguna Creek, a lot of porch
areas have fallen out, you know, had to be
replaced, had to be repaired. The whole side
of the buildings had decayed so. Sometime
you had no where to hang a piece of Sheetrock
because of the wood in there is decayed.

        MS. BAGNERIS:

          Thank you.

        MR. LAHAYE:

          I have a couple of follow-up
          questions as well.

EXAMINATION BY MR. LAHAYE:

   Q.   Whenever you worked for Southwood
in 2015, what was your position?

   A.   My position was AC tech. Lead AC
tech.

   Q.   Did you do anything with mold at
that time?

   A.   I did. I was -- well, in apartment
maintenance you have to be well-rounded. So
I did everything, Sheetrock, plumbing, but my
main job was AC repair.

1      Q.    And which properties did you work

2   at in 2015?

3      A.    It was Creek.

4      Q.    Chenault Creek?

5      A.    No.  Laguna Creek.

6      Q.    It wasn't called Laguna -- Copper

7   Creek?

8      A.    It was Copper Creek then, yes, but

9   we changed it to Laguna Creek.

10      Q.    In 2015 you only worked at Copper

11   Creek?

12      A.    Yes.

13      Q.    Okay.

14      A.    Now, like I say, it was maybe 2015

15   or '16.  I'm not really sure about the year,

16   but it was only 30 days, if it was that.

17            MR. LAHAYE:

18                 Okay.  That's all I have.

19            MS. BAGNERIS:

20                 Thank you, Mr. House.  I

21            appreciate it.

22            THE WITNESS:

23                 Thank you.  All right.

24            Bye-bye.

25            VIDEOGRAPHER:

1          We are now off the record.

2          This concludes the deposition.  The

3          time is 4:53.

4

5

6

7          (Whereupon, the deposition was

8     concluded at this time.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# WITNESS CERTIFICATE

I, **JOHN HOUSE**, do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____          _____
DATE SIGNED          WITNESS' SIGNATURE

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: August 21, 2020

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

1  <u>REPORTER'S CERTIFICATE</u>

2

3          I, MARGARET MCKENZIE, Certified Court
Reporter, in and for the State of Louisiana,
4  as the officer before whom this testimony was
taken, do hereby certify that **JOHN HOUSE**,
5  after having been first duly sworn by me upon
authority of R. S. 37:2554, did testify as
6  hereinabove set forth in the foregoing 103
pages; that this testimony was reported by me
7  in the stenotype reporting method, was
prepared and transcribed by me or under my
8  personal direction and supervision, and is a
true and correct transcript, to the best of
9  my ability and understanding; that the
transcript has been prepared in compliance
10  with transcript format guidelines required by
statute or by rules of the board; that I have
11  acted in compliance with the prohibition on
contractual relationships, as defined by
12  Louisiana Code of Civil Procedure Article
1434, and in rules and advisory opinions of
13  the board; that I am not related to counsel
or to the parties herein, nor am I otherwise
14  interested in the outcome of this matter.

15

16
        <u>MARGARET MCKENZIE, CCR, RPR, RMR, CRR</u>
17  CERTIFIED COURT REPORTER

18

19

20

21

22

23

24

25

# #

**#301A** [1] - 1:23

# '

**'15** [1] - 97:4
**'16** [2] - 97:5, 101:15
**'18** [2] - 13:7, 95:8
**'85** [1] - 17:12

# 1

**1** [2] - 78:10, 78:22
**10-4-63** [1] - 11:1
**100** [1] - 4:16
**103** [1] - 104:6
**12** [2] - 17:4, 72:14
**1421** [1] - 5:6
**1434** [1] - 104:12
**16** [1] - 21:6
**17** [1] - 24:2
**18** [1] - 24:3
**19** [1] - 24:9
**1st** [4] - 13:9, 84:19,
   84:20, 94:18

# 2

**20** [4] - 12:3, 22:15,
   24:14, 90:17
**2015** [6] - 97:4, 97:14,
   100:17, 101:2,
   101:10, 101:14
**2018** [12] - 13:8, 13:9,
   25:4, 78:10, 78:22,
   84:15, 86:1, 87:13,
   87:17, 94:18, 94:22,
   94:23
**2019** [12] - 14:5, 25:5,
   61:19, 70:25, 78:11,
   78:22, 81:23, 84:22,
   86:19, 87:3, 87:8,
   87:17
**2020** [3] - 1:13, 6:4,
   103:20
**21** [3] - 6:4, 24:17,
   103:20
**21st** [1] - 1:13
**23** [1] - 62:4
**24th** [1] - 84:24
**25** [1] - 63:7
**26** [1] - 63:7
**2700** [1] - 2:19
**2714** [1] - 1:18
**277** [1] - 72:15
**29** [2] - 61:19, 63:18
**2:19-CV-13650** [1] -
   1:4

# 3

**30** [3] - 97:4, 97:16,
   101:16
**31** [1] - 64:19
**310-2100** [1] - 2:20
**32** [1] - 65:3
**37:2554** [1] - 104:5
**3:00** [2] - 1:13, 6:4
**3rd-18** [1] - 13:6

# 4

**40** [1] - 72:16
**400** [1] - 2:18
**403** [1] - 1:18
**41** [2] - 72:19, 73:3
**42** [2] - 73:4, 73:16
**43** [1] - 58:13
**44** [2] - 58:14, 59:12
**4423** [4] - 1:12, 7:21,
   7:25, 10:10
**4500** [1] - 3:5
**46** [1] - 60:15
**47** [1] - 61:4
**4800** [1] - 2:5
**491-6806** [1] - 1:24
**4:53** [1] - 102:3

# 5

**50** [4] - 75:24, 78:15,
   78:18, 99:13
**504** [7] - 1:19, 1:24,
   2:6, 2:12, 2:20, 3:6,
   3:16
**56** [1] - 4:20
**561-0400** [1] - 2:6
**57** [1] - 4:22
**581-3234** [1] - 3:6
**581-5141** [1] - 2:12

# 6

**60** [2] - 57:1, 57:4
**60.............................**
   [1] - 4:20
**61** [2] - 57:23, 57:25
**61.............................**
   [1] - 4:22
**62** [2] - 74:18, 74:20
**62.............................**
   [1] - 4:24
**643** [1] - 1:23

# 7

**701** [2] - 2:4, 3:5
**70119** [1] - 1:18
**70126** [4] - 1:12, 7:23,
   8:1, 10:11
**70130** [3] - 1:23, 2:12,
   2:19
**70139** [1] - 3:5
**70139-4800** [1] - 2:5
**74** [1] - 4:24
**75** [2] - 76:9, 99:10
**755** [1] - 2:11

# 8

**8** [1] - 4:6
**810-3995** [1] - 1:19
**828-8856** [1] - 3:16
**84** [1] - 4:9

# 9

**925** [1] - 86:3
**93** [1] - 4:11
**94** [1] - 4:13
**96** [1] - 4:15
**98** [1] - 4:7

# A

**abate** [1] - 42:4
**abated** [1] - 41:18
**abatement** [6] - 11:23,
   41:22, 73:18, 75:7,
   75:13, 90:19
**abater** [1] - 11:21
**abating** [1] - 42:6
**ability** [1] - 104:9
**able** [6] - 14:19, 34:13,
   50:20, 67:12, 67:25,
   76:22
**above-mentioned** [1]
   - 8:2
**absolutely** [13] -
   34:10, 40:25, 46:6,
   59:11, 66:9, 67:2,
   68:11, 69:6, 98:25
**absorb** [3] - 18:10,
   21:21, 41:12
**absorbing** [1] - 22:9
**AC** [11] - 16:20, 21:24,
   21:25, 22:2, 46:20,
   47:1, 47:4, 100:18,
   100:25
**access** [1] - 42:18
**accident** [1] - 53:4
**accommodate** [1] -
   9:16
**accordance** [1] - 5:7
**accurate** [2] - 69:5,
   83:5
**Ace** [7] - 50:17, 50:25,
   51:4, 51:21, 52:7,
   52:8, 52:9

**acid** [1] - 67:11
**acted** [1] - 104:11
**ACTION** [1] - 1:3
**activities** [1] - 53:20
**activity** [1] - 77:9
**actual** [2] - 78:25, 80:9
**ADAMS** [1] - 3:4
**additional** [1] - 90:23
**address** [11] - 7:17,
   10:8, 10:20, 26:17,
   26:20, 26:24, 29:1,
   29:4, 34:8, 78:20,
   83:1
**addressed** [1] - 27:20
**adjacent** [2] - 18:15,
   60:6
**administering** [2] -
   5:25, 6:14
**adverse** [1] - 76:11
**advising** [1] - 80:24
**advisory** [1] - 104:12
**affect** [2] - 48:15, 85:8
**affected** [1] - 36:25
**affiliated** [3] - 8:22,
   12:9, 94:1
**affiliation** [1] - 8:15
**aforementioned** [2] -
   5:4, 103:9
**afternoon** [1] - 8:5
**ages** [1] - 22:14
**ago** [2] - 12:3, 90:17
**agree** [6] - 6:11, 6:22,
   7:1, 7:4, 7:9, 7:12,
   53:9, 86:20, 87:24
**agreed** [1] - 5:2
**agreement** [2] - 6:16,
   88:21
**ahead** [3] - 19:4, 70:5,
   89:10
**air** [10] - 20:24, 22:11,
   22:20, 35:4, 46:5,
   47:4, 47:5, 65:25,
   66:2
**AKEEM** [1] - 1:3
**Akeem** [1] - 21:7
**Akeem's** [3] - 58:3,
   60:16, 61:4
**AL** [2] - 1:3, 1:7
**Alabama** [1] - 13:17
**alarm** [2] - 69:7, 69:14
**alert** [1] - 81:8
**alerted** [1] - 69:9
**algae** [5] - 47:25, 48:1,
   48:3, 48:6, 67:4
**allocate** [2] - 21:2,
   23:13
**allow** [6] - 9:6, 9:12,
   33:5, 33:18, 79:3,
   80:5
**alone** [1] - 41:11

**alphabet** [1] - 11:13
**aluminum** [2] - 68:15,
   68:19
**amount** [2] - 32:2,
   41:5
**AND** [2] - 1:5, 3:4
**answer** [6] - 5:16, 9:2,
   9:9, 9:21, 54:7, 70:6
**answering** [2] - 9:3,
   9:14
**apart** [1] - 23:3
**apartment** [35] - 8:9,
   8:15, 8:17, 12:10,
   18:15, 19:16, 22:22,
   28:7, 29:18, 32:3,
   32:5, 32:18, 32:19,
   32:20, 33:6, 33:19,
   44:21, 46:25, 49:10,
   58:4, 58:24, 61:5,
   62:16, 62:18, 62:21,
   63:2, 63:20, 64:5,
   71:9, 77:18, 90:8,
   98:12, 100:22
**apartments** [15] -
   17:8, 28:3, 30:10,
   31:24, 32:9, 40:23,
   45:4, 45:19, 45:20,
   51:7, 61:14, 64:4,
   69:1, 76:24
**appear** [2] - 10:21,
   47:10
**APPEARANCES** [3] -
   1:15, 2:1, 3:1
**Apple** [4] - 85:16,
   85:17, 85:19, 85:22
**appliances** [1] - 27:24
**appointment** [1] -
   89:22
**appreciate** [4] - 11:19,
   92:15, 93:1, 101:21
**appropriate** [2] -
   26:16, 26:19
**April** [12] - 14:5,
   15:17, 25:5, 78:10,
   78:22, 81:23, 84:22,
   85:12, 86:19, 87:3,
   87:7, 87:17
**area** [33] - 12:14,
   13:16, 13:17, 21:13,
   31:25, 32:1, 38:15,
   47:3, 47:9, 48:23,
   50:18, 53:6, 55:25,
   58:19, 60:7, 60:8,
   60:9, 72:21, 72:25,
   73:2, 73:11, 73:12,
   78:3, 78:5, 78:8,
   79:24, 80:4, 80:7,
   80:9, 82:18, 95:21
**areas** [23] - 17:15,
   20:24, 37:15, 37:19,

38:16, 47:3, 48:17, 48:18, 48:21, 49:5, 60:4, 60:5, 60:6, 71:15, 80:16, 80:17, 81:18, 81:19, 82:16, 82:19, 98:20, 100:5
**Article** [2] - 5:6, 104:12
**ASHE** - 1:7
**aspect** [3] - 11:16, 40:18, 47:2
**assess** [1] - 23:12
**assist** [1] - 89:11
**asthma** [4] - 76:16, 77:2, 77:4, 77:7
**attempt** [1] - 8:25
**attempts** [1] - 26:23
**attend** [1] - 11:6
**attended** [1] - 90:24
**attention** [5] - 26:2, 26:6, 26:10, 26:13, 89:16
**Attorney** [2] - 1:20, 1:25
**attorney** [3] - 2:7, 6:18, 8:6
**Attorneys** [3] - 2:13, 2:21, 3:7
**attracted** [2] - 47:13, 47:24
**attracts** [1] - 48:10
**August** [5] - 1:13, 6:3, 61:19, 70:24, 103:20
**authority** [1] - 104:5
**available** [2] - 42:23, 42:25
**Avenue** [5] - 1:12, 7:22, 7:25, 10:10, 10:13
**avoid** [1] - 77:15
**aware** [19] - 29:13, 29:14, 30:8, 32:10, 39:5, 44:11, 49:9, 50:2, 51:16, 51:17, 53:19, 54:1, 54:16, 54:24, 60:1, 60:23, 63:9, 69:25, 95:10

**B**

**background** [1] - 11:3
**bacteria** [1] - 89:22
**bad** [16] - 45:6, 45:10, 45:15, 45:17, 45:24, 46:19, 58:23, 63:24, 69:2, 78:4, 79:23, 82:20, 96:25, 97:22, 99:17, 100:2
**badder** [1] - 65:11
**BAGNERIS** [51] - 1:17,

6:19, 8:4, 18:17, 19:5, 19:8, 19:21, 20:5, 24:1, 25:3, 25:16, 30:6, 31:13, 34:6, 34:20, 36:10, 36:18, 42:2, 43:21, 46:14, 47:18, 50:8, 50:24, 51:15, 52:19, 53:17, 53:25, 54:6, 54:15, 55:1, 57:6, 58:2, 66:1, 66:14, 66:20, 66:24, 68:3, 69:16, 71:6, 72:3, 72:11, 74:22, 79:11, 81:5, 81:14, 82:24, 84:2, 98:9, 98:22, 100:10, 101:19
**Bagneris** [6] - 1:17, 6:21, 8:6, 87:21, 88:3, 92:12
**Bagneris..................** . [1] - 4:6
**balcony** [2] - 81:18, 82:16
**BARRY** [1] - 1:6
**base** - 58:10
**based** [18] - 21:2, 22:22, 23:15, 24:20, 27:5, 28:21, 29:12, 33:22, 35:17, 35:21, 38:6, 39:4, 40:20, 46:3, 47:7, 47:12, 55:5, 77:22
**basic** [1] - 79:2
**basics** [1] - 40:4
**basis** [4] - 15:12, 15:14, 52:7
**bathroom** [2] - 58:5, 60:16
**bathrooms** [1] - 60:18
**beautification** [5] - 27:17, 27:21, 38:11, 38:14, 78:25
**beautify** [1] - 92:2
**became** [2] - 12:9, 15:5, 15:20
**become** [3] - 27:8, 51:19, 60:23
**becomes** [1] - 27:12
**bedroom** [1] - 32:1
**began** [1] - 84:18
**begin** [1] - 10:7
**Bell** [3] - 2:18, 7:3, 94:11
**BELL** [8] - 7:2, 51:11, 52:17, 53:23, 54:21, 66:18, 94:10, 96:3
**Bell.......................** [1] - 4:13
**belts** [1] - 54:17

**BERGERON** [38] - 6:23, 19:17, 19:25, 23:21, 24:24, 25:12, 30:2, 31:9, 34:2, 34:16, 36:1, 36:14, 41:23, 43:16, 46:9, 47:14, 50:4, 50:12, 51:9, 52:15, 52:24, 54:4, 54:11, 54:19, 65:15, 66:11, 67:18, 69:11, 71:1, 71:11, 72:7, 79:9, 81:1, 81:10, 82:13, 84:6, 92:22, 98:16
**Bergeron** [3] - 2:3, 6:24, 84:8
**Bergeron..................** . [1] - 4:9
**best** [1] - 104:8
**better** [1] - 35:10
**between** [8] - 5:3, 13:25, 14:2, 16:4, 45:20, 47:20, 78:21, 87:17
**bigger** [1] - 38:13
**bills** [3] - 42:17, 50:3, 50:11
**binding** [1] - 6:14
**birth** [1] - 10:25
**bit** [2] - 40:2, 92:21
**black** [1] - 20:14
**bleach** [2] - 47:7, 67:15
**blow** [1] - 73:14
**Bluegreen** [1] - 92:17
**Blum** [5] - 2:21, 7:3, 94:12, 94:14, 95:20
**board** [2] - 104:10, 104:13
**boilers** [1] - 11:17
**book** [1] - 9:21
**boot** [5] - 32:21, 32:22, 32:23, 43:5, 58:9
**boots** [2] - 43:4, 75:18
**bottom** [2] - 32:18, 32:20
**break** [7] - 9:15, 9:16, 9:18, 32:23, 61:10, 77:10
**breakers** [1] - 68:24
**breaks** [1] - 39:24
**breath** [2] - 44:16, 77:7
**breathing** [4] - 76:17, 77:11, 77:14, 89:12
**briefly** [5] - 11:2, 45:5, 45:6, 96:23
**bring** [4] - 26:2, 26:6, 26:9, 26:12

**broad** [2] - 53:21, 54:2
**broken** [5] - 17:6, 32:5, 32:16, 32:21, 60:4
**Brooks** [12] - 8:8, 12:23, 15:5, 15:6, 82:7, 82:8, 82:11, 82:17, 83:22, 86:17, 87:6, 95:21
**brown** [2] - 21:13, 22:6
**bucket** [2] - 59:25, 62:6
**budget** [10] - 26:17, 26:20, 36:6, 39:3, 42:16, 42:17, 42:23, 49:17, 49:18, 52:8
**budgetary** [1] - 82:2
**building** [30] - 11:15, 11:16, 20:6, 20:22, 20:23, 20:25, 21:4, 29:20, 29:21, 33:11, 36:25, 38:2, 39:13, 39:20, 46:24, 48:15, 48:16, 49:14, 56:24, 57:10, 57:11, 57:13, 69:18, 69:22, 86:8, 87:24, 88:5, 91:3, 91:6
**buildings** [22] - 17:4, 19:16, 20:8, 20:25, 21:2, 22:12, 24:8, 28:7, 29:17, 29:18, 29:24, 30:24, 31:3, 31:7, 33:10, 45:14, 46:7, 49:16, 72:19, 88:8, 88:12, 100:7
**builds** [2] - 37:17, 48:25
**built** [1] - 17:12
**bulk** [3] - 32:4, 45:22, 74:2
**burst** [1] - 27:8
**Bus** [4] - 85:16, 85:17, 85:19, 85:22
**bust** [2] - 58:11, 60:12
**buy** [1] - 76:20
**BWA** [1] - 1:4
**BWA-DMD** [1] - 1:4
**BY** [49] - 3:21, 4:4, 8:4, 19:8, 19:21, 20:5, 24:1, 25:3, 25:16, 30:6, 31:13, 34:6, 34:20, 36:10, 36:18, 42:2, 43:21, 46:14, 47:18, 50:8, 50:24, 51:15, 52:19, 53:17, 53:25, 54:6, 54:15, 55:1, 57:6, 58:2, 66:1, 66:24, 68:3,

69:16, 71:6, 72:3, 72:11, 74:22, 79:11, 81:5, 81:14, 82:24, 84:6, 93:2, 94:10, 96:8, 98:9, 98:22, 100:15
**bye** [2] - 101:24
**bye-bye** [1] - 101:24

**C**

**camera** [1] - 73:1
**Canal** [1] - 1:18
**cancer** [2] - 45:18, 64:1, 64:11
**cannot** [1] - 94:16
**cap** [4] - 73:4, 73:9, 73:10, 73:14
**capable** [3] - 14:11, 22:8, 72:15
**capacity** [1] - 84:22
**CapEx** [5] - 13:23, 14:13, 28:11, 28:13, 36:4
**caps** [3] - 79:24, 80:1, 80:14
**carbon** [4] - 39:21, 57:11, 57:15
**care** [3] - 52:1, 59:1, 60:25
**careful** [1] - 77:13
**Carmel** [13] - 8:8, 12:23, 13:1, 15:5, 15:6, 82:6, 82:8, 82:11, 82:16, 83:21, 86:16, 87:6, 95:21
**carry** [1] - 14:19
**case** [1] - 33:14
**CASES** [1] - 1:5
**casing** [1] - 68:5
**Cassie** [3] - 2:11, 7:6, 93:4
**cassie@ deutschkerrigan. com** [1] - 2:13
**cast** [15] - 17:9, 17:15, 27:2, 27:5, 27:7, 28:9, 29:12, 30:10, 32:17, 33:24, 34:12, 58:18, 58:19, 61:15, 62:3
**catch** [2] - 59:24, 59:25
**caught** [1] - 89:18
**caulking** [1] - 38:11
**caused** [2] - 17:2, 25:10
**causing** [1] - 38:1
**CBL** [1] - 91:9
**CCR** [2] - 3:22, 104:16

**ceiling** [7] - 49:6, 59:3, 59:21, 60:10, 61:9, 61:16, 63:10
**ceilings** [2] - 49:9, 58:14
**Centers** [3] - 75:1, 75:11, 75:19
**certain** - 17:7, 17:15, 29:17
**CERTIFICATE** [2] - 103:1, 104:1
**certification** [3] - 5:12, 11:20, 12:6
**certifications** [2] - 11:8, 91:7
**CERTIFIED** [1] - 104:17
**certified** [1] - 11:10
**Certified** [4] - 3:15, 3:22, 5:22, 104:3
**certify** [2] - 103:4, 104:4
**chair** [1] - 65:9
**change** [5] - 9:25, 14:15, 33:23, 34:11, 80:1
**changed** [4] - 34:7, 49:22, 96:17, 101:9
**changes** [4] - 16:10, 17:13, 28:5, 103:7
**cheaper** [1] - 53:11
**chemical** [2] - 22:1, 67:8
**chemicals** [1] - 41:10
**Chenault** [10] - 12:22, 14:22, 14:23, 96:13, 96:18, 98:12, 98:24, 99:8, 99:9, 101:4
**children** [1] - 41:21
**chillers** [1] - 11:17
**chimley** [6] - 79:24, 80:1, 80:3, 80:7, 80:17
**chimney** [1] - 80:11
**chlorine** [2] - 67:8, 67:9
**Chris** [1] - 13:12
**Christina** [2] - 13:12, 13:13
**circumstances** [2] - 32:11, 41:16
**cited** [1] - 70:1
**City** [1] - 44:20
**CIVIL** - 1:3
**Civil** [2] - 5:6, 104:12
**cladding** [2] - 37:7, 38:1
**claims** [1] - 8:11
**classes** [1] - 90:23
**clean** [3] - 47:9, 49:6,

73:13
**cleanout** [1] - 73:13
**clearly** [1] - 11:12
**close** [2] - 40:13, 40:17
**closed** [1] - 45:15
**closer** [1] - 21:11
**closet** [3] - 62:7, 62:17, 64:12
**clothes** [2] - 64:12, 64:14
**clothing** [1] - 43:8, 64:14
**CMR** [1] - 3:22
**code** [9] - 30:20, 44:19, 61:18, 63:8, 64:5, 72:5, 72:13, 91:2, 91:4
**Code** [2] - 5:6, 104:12
**Coleman** [5] - 95:1, 95:3, 95:4, 95:5, 95:7
**collapsed** [1] - 49:9
**college** [2] - 11:4, 11:6
**College** [1] - 11:7
**colored** [2] - 20:12, 20:15
**combined** [2] - 45:21, 62:10
**coming** [3] - 74:5, 74:7, 74:10
**Common** [1] - 86:3
**common** [17] - 46:8, 46:20, 46:24, 47:3, 48:17, 48:18, 48:21, 49:5, 49:13, 60:4, 60:8, 60:9, 62:22, 63:14, 71:15, 81:19, 82:18
**communication** [2] - 80:22, 81:6
**Community** [1] - 11:7
**Company** [5] - 3:7, 85:16, 85:18, 85:20, 85:22
**company** [1] - 74:15
**complained** [2] - 41:6, 44:15
**complaints** [3] - 44:13, 47:20, 47:21
**completely** [2] - 64:7, 83:25
**complex** [7] - 8:16, 8:17, 12:10, 22:22, 35:12, 44:21, 98:12
**complexes** [3] - 8:9, 77:18, 90:8
**compliance** [3] - 70:15, 104:9, 104:11
**complied** [1] - 47:2

**comply** [1] - 12:6
**concern** [1] - 77:4
**concerned** [1] - 44:6
**concerns** [1] - 42:23
**concluded** [1] - 102:8
**concludes** [1] - 102:2
**concrete** [1] - 33:16
**condition** [1] - 20:24, 94:17
**conditioning** [4] - 22:12, 22:21, 46:5, 66:3
**conditions** [3] - 8:21, 63:4, 81:16
**conference** [1] - 9:6
**confirm** [1] - 7:14
**connected** [1] - 62:10
**connection** [2] - 8:11, 47:19
**consideration** [1] - 17:22
**consistent** [10] - 21:8, 24:11, 24:14, 24:17, 25:4, 49:24, 50:1, 63:3, 63:21
**consistently** [2] - 23:18, 90:25
**CONSOLIDATED** [1] - 1:5
**consult** [1] - 14:16
**contact** [6] - 14:22, 15:5, 15:15, 15:20, 15:22, 16:6
**contacted** [1] - 53:8
**contain** [1] - 31:5
**container** [2] - 74:14, 74:15
**contaminated** [3] - 43:7, 43:10, 48:10
**contest** [2] - 90:10, 90:13
**continued** [2] - 2:1, 3:1
**continuing** [1] - 57:2
**contract** [3] - 17:19, 17:20, 91:15
**contracted** [1] - 47:24
**contractors** [1] - 79:1
**contractual** [1] - 104:11
**contribute** [1] - 82:21
**control** [4] - 37:18, 39:18, 68:19, 77:11
**Control** [3] - 75:1, 75:11, 75:20
**conversation** [1] - 28:8
**conversations** [1] - 28:11
**cool** [2] - 65:23, 65:25

**Copper** [4] - 2:8, 101:6, 101:8, 101:10
**cords** [1] - 59:20
**corporate** [1] - 53:7
**Corporation** [1] - 12:5
**correct** [62] - 20:13, 20:16, 20:17, 24:13, 24:16, 24:19, 25:7, 29:15, 29:16, 30:17, 31:17, 34:14, 35:20, 35:24, 36:17, 36:22, 40:19, 41:14, 41:15, 42:23, 45:13, 46:21, 51:2, 51:14, 51:18, 52:14, 55:8, 55:9, 63:1, 63:6, 69:21, 75:7, 75:8, 75:22, 75:23, 79:16, 81:21, 82:1, 82:5, 84:15, 84:16, 85:12, 85:13, 86:23, 87:3, 87:4, 87:8, 87:9, 87:13, 87:14, 87:18, 87:19, 87:25, 88:6, 89:5, 90:19, 91:16, 94:19, 94:20, 103:8, 104:8
**corrections** [3] - 103:7, 103:16, 103:17
**correctly** [3] - 22:25, 23:1, 25:18
**costs** [1] - 77:15
**counsel** [4] - 5:3, 6:10, 9:17, 104:13
**counselor** [1] - 66:12
**couple** [6] - 20:3, 44:22, 45:16, 89:18, 89:19, 93:3, 94:12, 100:13
**courses** [1] - 90:23
**court** [5] - 6:5, 6:13, 8:2, 9:19, 10:21
**Court** [3] - 3:22, 5:22, 104:3
**COURT** [6] - 1:1, 6:8, 7:13, 18:20, 18:25, 104:17
**cover** [4] - 52:8, 52:9, 61:1, 68:7
**covered** [4] - 39:21, 43:11, 64:7, 68:17
**covers** [2] - 43:5
**CPAP** [1] - 76:18
**CPO** [1] - 11:10
**CPR** [1] - 91:9
**CPX** [1] - 91:8
**crack** [2] - 27:9, 58:20
**cracked** [1] - 32:16
**cracking** [2] - 33:7, 33:8

**cracks** [1] - 61:8
**creates** [1] - 72:17
**Creek** [29] - 2:8, 12:23, 13:1, 14:22, 14:23, 15:23, 16:1, 16:3, 96:14, 96:18, 96:24, 98:12, 98:13, 98:24, 99:5, 99:8, 99:9, 99:16, 99:19, 99:22, 100:4, 101:3, 101:4, 101:5, 101:7, 101:8, 101:9, 101:11
**Creeks** [1] - 12:22
**crime** [1] - 54:1
**Crowder** [2] - 16:5
**CRR** [2] - 3:22, 104:16
**cure** [5] - 11:23, 38:13, 38:18, 40:10, 79:5
**current** [1] - 8:10
**cut** [3] - 40:5, 40:6, 53:13
**cutting** [2] - 56:12, 58:7
**CVL** [1] - 11:11

## D

**daily** [4] - 14:17, 52:7, 74:7, 74:8
**damage** [14] - 17:3, 21:16, 21:18, 21:22, 21:24, 22:5, 24:7, 26:1, 60:10, 60:21, 80:3, 80:16, 99:19, 99:20
**damaged** [3] - 39:16, 48:23, 62:19
**DANA** [1] - 1:8
**dangerous** [2] - 41:3, 41:11
**Daphne** [2] - 16:8, 16:11, 16:12, 16:13
**DASMEN** [1] - 1:6
**Dasmen** [39] - 2:7, 6:25, 8:10, 12:13, 14:4, 14:9, 35:18, 35:22, 36:12, 38:24, 43:23, 44:19, 45:3, 50:3, 50:10, 55:10, 78:12, 83:3, 83:7, 83:10, 83:14, 83:18, 84:9, 84:14, 84:22, 85:9, 85:12, 86:1, 86:20, 87:3, 87:7, 87:12, 90:22, 91:15, 91:19, 93:15, 93:18, 93:20
**date** [8] - 10:25, 81:23, 84:17, 84:23, 85:12,

95:9, 95:24, 103:9
**DATE** [2] - 103:12, 103:20
**day-to-day** [1] - 50:17
**daylight** [2] - 53:21, 54:2
**days** [3] - 97:4, 97:16, 101:16
**dealing** [2] - 43:8, 53:20
**decayed** [2] - 100:7, 100:9
**decision** [1] - 92:1
**defective** [2] - 37:7, 37:25
**Defendant** [2] - 2:7, 2:21
**Defendants** [1] - 2:13
**defined** [1] - 104:11
**definitely** [1] - 37:23
**Delgado** [1] - 11:7
**DeLorimier** [1] - 3:15
**Department** [2] - 44:24, 69:10
**department** [1] - 95:22
**depicted** [1] - 56:1
**Depo** [1] - 3:16
**Depo-Vue** [1] - 3:16
**Deposition** [1] - 1:11
**deposition** [12] - 5:4, 5:17, 6:3, 8:13, 8:20, 9:18, 10:1, 10:7, 63:19, 88:21, 102:2, 102:7
**depositions** [1] - 21:8
**depovueinc@gmail. com** [1] - 3:17
**Derek** [2] - 15:7, 15:8
**Derek's** [1] - 15:9
**describe** [4] - 11:2, 12:8, 14:7, 27:3
**describes** [1] - 62:8
**describing** [1] - 62:15
**design** [1] - 79:23
**designed** [4] - 21:19, 25:21, 64:4, 79:25
**destroyed** [1] - 39:24
**detector** [1] - 70:20
**detectors** [1] - 70:23
**deteriorating** [1] - 81:15
**DEUTSCH** [1] - 2:10
**Development** [11] - 2:14, 2:14, 7:7, 7:8, 93:5, 93:6, 93:14, 93:20, 93:22, 93:23, 93:25
**DeVonn** [1] - 1:22
**diesel** [1] - 85:24
**difference** [1] - 20:11

**different** [10] - 22:14, 24:8, 47:22, 48:11, 48:12, 49:20, 49:21, 49:23, 50:1, 98:19
**difficult** [3] - 51:19, 51:23, 51:24
**direction** [1] - 104:8
**directly** [2] - 25:24, 89:25, 90:1
**director** [1] - 13:15
**discard** [2] - 74:1, 74:15
**discarded** [1] - 74:12
**discarding** [1] - 73:21
**discuss** [1] - 28:20
**discussed** [2] - 87:20, 87:21
**Disease** [3] - 75:1, 75:11, 75:20
**distressed** [3] - 16:17, 16:18, 16:21
**DISTRICT** [2] - 1:1, 1:1
**divisional** [1] - 13:15
**djarrett@ jarrettlawgroup. com** [1] - 1:24
**DMD** [1] - 1:4
**doctor** [2] - 89:21, 90:6
**document** [8] - 21:11, 28:14, 28:24, 29:2, 30:5, 30:7, 74:25, 91:14
**documented** [1] - 29:3
**documents** [5] - 28:22, 29:6, 91:17, 92:4, 92:10
**Dodt** [5] - 1:12, 7:21, 7:25, 10:10, 10:12
**DODT** [2] - 7:22, 10:11
**done** [15] - 14:12, 19:6, 23:16, 27:25, 28:17, 38:12, 40:7, 40:14, 41:13, 41:14, 42:14, 42:20, 43:20, 78:20, 82:3
**door** [2] - 37:3, 37:20
**doors** [1] - 61:22
**DOUGLAS** [1] - 1:8
**down** [9] - 20:23, 44:19, 51:4, 59:14, 65:6, 80:5, 88:4, 93:11, 96:2
**Downman** [1] - 51:1
**downstairs** [3] - 30:13, 31:24, 32:3
**drain** [4] - 22:25, 30:11, 30:15, 58:24
**drainage** [5] - 17:5, 22:25, 23:2, 23:8,

73:8
**drank** [1] - 68:1
**drink** [1] - 67:25
**driving** [1] - 55:6
**drug** [1] - 53:20
**dry** [1] - 40:11
**drying** [1] - 18:12
**duct** [1] - 46:23
**due** [4] - 40:14, 42:23, 63:11, 90:7
**dug** [1] - 72:25
**duly** [2] - 8:1, 104:5
**dumpster** [1] - 74:1
**during** [4] - 8:12, 27:21, 61:18, 96:17
**Duro** [7] - 17:1, 17:18, 17:19, 18:5, 19:12, 19:24, 20:12
**Duro-Last** [7] - 17:1, 17:18, 17:19, 18:5, 19:12, 19:24, 20:12
**duties** [1] - 14:7
**duty** [1] - 14:16

**E**

**e-mail** [1] - 15:10
**easier** [1] - 19:6
**East** [6] - 12:24, 15:16, 96:19, 98:13, 99:2, 99:12
**EASTERN** [1] - 1:1
**Eastlake** [9] - 2:14, 6:24, 7:7, 84:8, 93:5, 93:13, 93:20, 93:22, 93:23
**educational** [1] - 11:3
**effect** [2] - 47:6, 71:5
**effects** [1] - 76:12
**effort** [1] - 40:23
**efforts** [1] - 40:2
**eighties** [1] - 17:12
**either** [5] - 12:10, 31:3, 43:5, 45:7, 50:19
**elaborate** [1] - 25:19
**electrical** [4] - 68:4, 68:7, 72:4, 83:15
**eliminate** [1] - 41:9
**emergency** [2] - 89:21, 90:6
**Eminent** [1] - 86:6
**employed** [2] - 85:11, 86:2
**employee** [1] - 75:6
**employees** [5] - 4:10, 42:3, 75:21, 94:22
**employment** [7] - 8:13, 85:9, 86:5, 87:16, 94:19, 94:22,

94:23
**empty** [1] - 45:23
**end** [1] - 9:19
**enforcement** [4] - 44:20, 61:18, 63:8, 64:6
**engage** [1] - 89:13
**engineer** [2] - 91:3, 91:6
**entailed** [1] - 23:25
**entire** [2] - 46:24, 63:20
**entirely** [1] - 17:23
**envelope** [2] - 88:15, 88:17
**environment** [1] - 43:24
**EPA** [2] - 11:11, 91:9
**episode** [1] - 46:1
**EPO** [1] - 91:8
**equipment** [2] - 42:8, 70:18
**equipped** [2] - 50:16, 75:15
**errors** [1] - 9:24
**Esquire** [6] - 1:17, 1:22, 2:3, 2:11, 2:18, 3:4
**Estate** [1] - 7:12
**et** [1] - 5:6
**ET** [2] - 1:3, 1:7
**eventually** [3] - 18:14, 49:1, 49:3
**everywhere** [1] - 68:21
**evidence** [1] - 5:19
**exact** [6] - 12:17, 84:17, 84:23, 95:9, 95:23, 95:24
**exactly** [1] - 28:15
**EXAMINATION** [48] - 4:4, 8:4, 19:8, 19:21, 20:5, 24:1, 25:3, 25:16, 30:6, 31:13, 34:6, 34:20, 36:10, 36:18, 42:2, 43:21, 46:14, 47:18, 50:8, 50:24, 51:15, 52:19, 53:17, 53:25, 54:6, 54:15, 55:1, 57:6, 58:2, 66:1, 66:24, 68:3, 69:16, 71:6, 72:3, 72:11, 74:22, 79:11, 81:5, 81:14, 82:24, 84:6, 93:2, 94:10, 96:8, 98:9, 98:22, 100:15
**example** [1] - 57:15
**exceptions** [1] - 19:22
**excuse** [1] - 87:20

**exhibit** [2] - 63:7, 73:17
**Exhibit** [23] - 21:6, 57:1, 57:4, 57:23, 57:25, 58:13, 58:14, 59:12, 60:15, 61:4, 62:4, 63:7, 63:18, 64:19, 65:3, 72:16, 72:19, 73:3, 73:4, 73:16, 74:18, 74:20, 75:24
**EXHIBITS** [1] - 4:18
**exhibits** [1] - 21:9
**existent** [1] - 81:25
**experience** [7] - 33:23, 46:4, 47:8, 47:13, 50:10, 76:11, 77:10
**experienced** [1] - 69:22
**explain** [10] - 9:9, 12:8, 18:2, 18:3, 31:20, 37:10, 46:18, 46:19, 67:3, 73:6
**explanation** [1] - 11:19
**exposure** [4] - 8:12, 76:12, 89:16, 90:7
**express** [3] - 43:12, 43:22, 44:3
**expressed** [1] - 97:16
**expressing** [1] - 65:5
**extensive** [1] - 95:18
**extinguisher** [3] - 70:12, 71:25, 72:2
**extinguishers** [4] - 70:11, 71:9, 71:14, 71:19
**extract** [1] - 75:15

**F**

**facility** [1] - 86:9
**fact** [4] - 40:14, 51:3, 69:7, 77:25
**factor** [1] - 67:1
**fair** [2] - 10:22, 24:22
**fall** [1] - 65:10
**fallen** [1] - 100:5
**familiar** [2] - 68:6, 72:25
**fans** [1] - 63:10
**far** [2] - 28:6, 99:13
**fear** [1] - 54:9
**feces** [2] - 30:9, 88:4
**fell** [3] - 49:6, 57:12, 63:11
**fence** [8] - 52:11, 52:13, 52:23, 53:3, 53:8, 53:14, 53:15,

53:16
**few** [6] - 32:15, 44:15, 63:16, 77:19, 88:7, 88:12
**fibers** [2] - 18:9, 18:10
**fifty** [1] - 78:16
**files** [1] - 92:5
**filing** [1] - 5:12
**fill** [1] - 32:6
**finished** [1] - 11:5
**fire** [20] - 68:16, 69:4, 69:7, 69:10, 69:14, 69:18, 69:23, 70:1, 70:11, 70:13, 70:17, 70:18, 70:23, 70:24, 71:8, 71:9, 71:14, 71:18, 71:25, 72:2
**Fire** [2] - 44:24, 69:9
**fired** [1] - 95:15
**FIRM** [1] - 1:17
**first** [6] - 8:1, 12:9, 13:3, 15:13, 96:15, 104:5
**firsthand** [5] - 16:24, 86:21, 87:1, 87:5, 87:11
**fit** [1] - 9:10
**five** [3] - 42:24, 49:15, 90:12
**fixtures** [2] - 27:24, 63:11
**flat** [1] - 18:12
**float** [2] - 13:25, 17:6
**floated** [1] - 14:2
**floating** [7] - 17:5, 31:19, 32:14, 33:21, 33:25, 34:9, 62:1
**flood** [1] - 27:12
**floor** [2] - 59:25, 61:24
**flooring** [2] - 27:23, 58:10
**flow** [1] - 73:9
**follow** [2] - 98:10, 100:13
**follow-up** [2] - 98:10, 100:13
**following** [1] - 14:13
**follows** [1] - 8:3
**forced** [1] - 42:19
**foregoing** [2] - 103:5, 104:6
**forgot** [1] - 98:11
**form** [39] - 5:15, 19:18, 20:1, 23:22, 24:25, 25:13, 30:3, 31:10, 34:3, 34:17, 36:2, 36:15, 41:24, 43:17, 46:10, 47:15, 50:5, 50:13, 51:12, 52:16, 52:18, 52:25, 53:24,

54:5, 54:12, 54:20, 54:22, 65:16, 66:19, 67:19, 69:12, 71:2, 71:12, 72:8, 79:10, 81:2, 81:11, 82:14, 98:17
**formalities** [2] - 5:9, 5:11
**format** [1] - 104:10
**former** [2] - 8:9, 62:4
**formerly** [1] - 93:8
**forth** [1] - 104:6
**fortunate** [1] - 76:21
**foundation** [9] - 31:18, 33:7, 33:8, 33:9, 33:16, 33:17, 40:9, 56:21, 72:21
**foundations** [1] - 31:20
**four** [1] - 56:20
**frame** [2] - 57:22, 90:18
**freelancing** [1] - 13:21
**Friday** [1] - 1:13
**FRITCHIE** [1] - 2:17
**front** [3] - 90:10, 90:15, 96:1
**full** [3] - 7:17, 10:8, 43:4
**fully** [9] - 9:2, 9:7, 9:8, 9:13, 42:7, 43:10, 64:17, 80:14
**fun** [1] - 77:15
**furniture** [4] - 17:7, 64:6, 64:8, 74:1

## G

**GAILMOR** [3] - 7:5, 93:2, 94:6
**Gailmor** [3] - 2:11, 7:6, 93:5
**Gailmor....................** [1] - 4:11
**geared** [1] - 42:7
**generally** [1] - 23:20
**generate** [1] - 27:13
**GIEGER** [1] - 2:3
**Gilley** [3] - 3:15, 18:22
**given** [5] - 26:16, 26:19, 32:22, 103:5, 103:8
**gloves** [2] - 43:5, 75:19
**gnat** [1] - 47:20
**gnats** [5] - 47:13, 47:23, 48:4, 48:6, 48:11
**go-to** [1] - 16:25
**goods** [1] - 52:3

**Google** [1] - 19:9
**gray** [1] - 20:15
**gray-colored** [1] - 20:15
**great** [2] - 12:7, 77:4
**green** [7] - 48:3, 48:6, 70:8, 70:9, 70:13, 70:14, 70:16
**GROUP** [1] - 1:22
**Group** [4] - 2:14, 7:8, 93:6, 94:4
**growing** [1] - 36:20
**growth** [2] - 36:23, 67:1
**guard** [2] - 55:2, 55:8
**guidelines** [1] - 104:10
**guns** [1] - 54:17
**gutter** [2] - 31:2, 38:16
**gutters** [14] - 20:22, 21:2, 31:4, 31:8, 31:12, 31:14, 31:15, 39:18, 99:23, 99:24, 99:25, 100:1, 100:2
**guy** [4] - 53:13, 73:24, 74:2, 94:25
**guys** [8] - 23:13, 40:5, 44:15, 64:16, 68:23, 89:6, 97:7

## H

**hairline** [3] - 27:9, 58:20, 59:1
**half** [1] - 33:13
**handle** [1] - 50:16
**handled** [1] - 82:22
**handling** [1] - 72:15
**hang** [1] - 100:8
**Hardware** [5] - 50:17, 50:25, 51:4, 51:21, 52:9
**Harris** [1] - 6:22
**hat** [1] - 43:5
**haul** [1] - 74:16
**havoc** [1] - 68:25
**haze** [1] - 48:5
**health** [4] - 41:5, 41:7, 44:12, 76:12
**hear** [1] - 69:18
**heard** [1] - 71:4
**heat** [2] - 37:18, 65:21
**heater** [1] - 78:2
**helps** [1] - 73:9
**hereby** [4] - 5:5, 5:16, 103:4, 104:4
**herein** [1] - 104:13
**hereinabove** [1] - 104:6
**hereto** [1] - 5:3

**hi** [2] - 94:11, 96:9
**Hidden** [6] - 8:16, 12:11, 93:8, 93:10, 93:12
**high** [2] - 11:5, 60:11
**highest** [1] - 67:7
**Hilton** [1] - 12:5
**hire** [2] - 95:3, 95:6
**hired** [9] - 12:12, 79:25, 84:13, 95:4, 95:5, 95:15, 95:17, 95:25, 98:5
**hiring** [1] - 95:12
**hit** [1] - 20:23
**hold** [3] - 11:8, 14:3, 18:10
**holding** [1] - 62:1
**holds** [1] - 56:18
**hole** [1] - 61:1
**home** [1] - 35:3
**hook** [1] - 92:24
**hot** [5] - 66:8, 78:1, 78:2, 78:8
**HOUSE** [4] - 1:11, 7:24, 103:4, 104:4
**house** [2] - 11:12
**House** [11] - 6:3, 7:19, 7:21, 8:5, 10:10, 19:9, 84:4, 84:7, 93:3, 96:12, 101:20
**housed** [1] - 13:19
**HP** [1] - 52:5
**HVAC** [7] - 11:10, 11:14, 25:8, 26:21, 26:25, 91:8

## I

**identification** [3] - 57:5, 58:1, 74:21
**identified** [1] - 21:6
**identify** [3] - 6:10, 19:10, 21:5
**identity** [1] - 7:15
**immediate** [1] - 13:10
**immediately** [1] - 42:15
**impede** [1] - 32:19
**impeding** [1] - 68:20
**implemented** [1] - 35:22
**important** [1] - 9:6
**improper** [2] - 23:7, 35:2
**improperly** [4] - 23:6, 23:7, 35:9, 40:14
**improvements** [1] - 49:19
**in-house** [2] - 14:12
**Inc** [3] - 2:15, 2:22,

3:16
**inches** [1] - 32:9
**included** [1] - 36:5
**incorrect** [2] - 30:19
**independent** [1] - 29:22
**indicating** [1] - 88:23
**indication** [2] - 22:6, 33:2
**infected** [1] - 32:25
**infection** [1] - 89:22
**infections** [1] - 77:12
**infestation** [2] - 47:20, 47:21
**infested** [2] - 45:4, 48:19
**information** [2] - 90:9, 90:14
**inhabited** [1] - 51:7
**inhale** [1] - 41:12
**inside** [4] - 58:12, 62:7, 62:11, 62:13
**inspect** [1] - 70:18
**inspected** [1] - 70:12
**inspecting** [1] - 45:2
**inspection** [5] - 44:18, 61:19, 63:9, 64:20, 70:10
**inspector** [1] - 70:17
**installation** [3] - 25:15, 25:17, 26:20
**installed** [1] - 17:11
**instances** [2] - 63:10, 64:8
**instrument** [3] - 57:3, 57:24, 74:19
**insulation** [2] - 59:5, 59:8, 59:10
**intake** [1] - 37:15
**intaking** [2] - 37:23, 77:14
**intel** [1] - 27:16
**intentional** [1] - 8:12
**interact** [1] - 32:21
**interested** [1] - 104:14
**intrude** [3] - 33:5, 35:5, 60:12
**intrudes** [1] - 33:15
**intrusion** [55] - 20:18, 20:20, 21:14, 22:20, 24:22, 25:10, 29:14, 30:25, 31:16, 34:13, 34:23, 35:1, 36:13, 36:20, 37:3, 37:7, 37:19, 38:1, 38:14, 38:17, 38:19, 39:6, 48:14, 48:23, 49:7, 49:10, 58:6, 60:2, 61:7, 63:12, 77:21, 78:13, 78:17, 78:21,

79:19, 79:22, 80:10, 80:13, 80:24, 81:8, 81:17, 81:24, 82:7, 82:11, 83:7, 83:11, 83:22, 98:14, 98:23, 99:1, 99:4, 99:8, 99:12, 99:16, 99:22
**involving** [1] - 11:15
**iron** [17] - 17:9, 17:15, 27:2, 27:5, 27:7, 28:9, 29:12, 30:10, 32:17, 33:24, 34:12, 53:15, 56:18, 58:18, 58:19, 61:15, 62:3
**IRWIN** [1] - 2:17
**issue** [13] - 22:21, 26:17, 27:12, 29:9, 31:3, 42:19, 61:13, 68:18, 79:18, 79:22, 80:11, 82:2, 83:24
**issues** [21] - 16:19, 16:20, 20:19, 27:20, 30:9, 41:5, 41:7, 50:2, 58:6, 78:13, 83:7, 83:19, 87:22, 87:23, 88:2, 89:12, 89:19, 90:7, 98:14
**itself** [2] - 25:25, 80:6

**J**

**JARRETT** [1] - 1:22
**Jarrett** [1] - 1:22
**job** [12] - 12:17, 13:18, 14:7, 14:16, 23:20, 23:25, 40:18, 74:9, 92:18, 93:11, 100:25
**jobs** [1] - 23:16
**JOHN** [4] - 1:11, 7:24, 103:4, 104:4
**John** [3] - 6:3, 7:21, 10:10
**Joshua** [2] - 58:3, 60:16
**JOSHUA** [1] - 1:3
**JUDGE** [2] - 1:6, 1:8

**K**

**Kallie** [2] - 14:24, 15:24
**Kallie's** [1] - 14:25
**Kamala** [1] - 6:22
**keep** [3] - 21:7, 76:14, 91:2
**kept** [1] - 78:9
**KERRIGAN** [1] - 2:10
**KFK** [8] - 2:14, 7:7, 7:8, 93:6, 93:24, 94:4

**kill** [1] - 67:9
**killer** [1] - 41:4
**Kilz** [3] - 79:2, 79:13, 82:23
**kind** [4] - 11:9, 32:11, 72:5, 72:12
**kitchen** [1] - 78:2
**knowing** [3] - 11:23, 11:24
**knowledge** [32] - 8:21, 13:20, 16:25, 17:25, 22:18, 22:23, 26:24, 33:22, 35:18, 35:22, 36:11, 46:3, 47:8, 47:12, 50:10, 70:19, 76:17, 77:22, 81:4, 81:13, 81:22, 86:21, 86:22, 87:1, 87:6, 87:11, 87:15, 88:5, 94:3, 94:5, 95:18, 99:13
**knowledgeable** [1] - 91:4

**L**

**labeled** [1] - 29:4
**LABORDE** [1] - 2:3
**lady** [1] - 16:10
**Laguna** [101] - 8:8, 8:15, 12:11, 12:24, 12:25, 15:20, 15:23, 16:1, 16:3, 16:7, 16:16, 19:13, 19:16, 19:23, 22:13, 22:21, 25:11, 26:3, 26:14, 29:18, 31:7, 32:11, 34:22, 34:23, 36:21, 36:25, 37:3, 37:8, 38:1, 39:5, 40:3, 44:8, 48:15, 48:18, 49:14, 51:8, 51:20, 52:3, 53:21, 54:3, 54:10, 54:18, 55:3, 56:1, 60:2, 60:18, 61:14, 63:4, 63:23, 68:7, 69:8, 71:9, 75:22, 76:2, 76:4, 76:8, 76:10, 76:13, 77:21, 77:24, 78:14, 78:21, 79:19, 79:22, 80:10, 80:13, 80:18, 80:23, 81:7, 81:16, 86:13, 86:22, 87:2, 87:23, 89:4, 89:17, 89:25, 93:7, 94:18, 95:18, 95:19, 96:24, 98:13, 98:14, 98:15, 99:4, 99:16, 99:18,
99:19, 99:22, 100:4, 101:5, 101:6, 101:9
**LaHaye** [3] - 3:4, 7:11, 96:9
**LAHAYE** [7] - 7:10, 96:6, 96:8, 98:6, 100:12, 100:15, 101:17
**LaHaye....................** [1] - 4:15
**laid** [2] - 18:6, 33:17
**Lake** [2] - 8:16, 12:11
**lakefronts** [1] - 48:8
**Lakes** [4] - 93:8, 93:9, 93:11, 93:12
**Lakewind** [6] - 12:24, 15:16, 96:19, 98:13, 99:2, 99:12
**landings** [1] - 31:16
**LAPEROUSE** [1] - 2:3
**large** [2] - 32:2, 36:8
**last** [14] - 14:25, 15:9, 15:11, 23:20, 44:23, 65:1, 76:5, 91:12, 91:13, 96:4
**Last** [7] - 17:1, 17:18, 17:19, 18:5, 19:12, 19:24, 20:12
**late** [2] - 89:20
**Latter** [5] - 2:21, 7:3, 94:12, 94:14, 95:20
**laundry** [4] - 59:13, 60:2, 60:5, 60:6
**law** [1] - 5:8
**LAW** [1] - 1:22
**lawyers** [1] - 9:12
**lead** [1] - 100:18
**leak** [8] - 27:8, 30:8, 30:9, 58:12, 59:1, 65:18, 72:23, 78:5
**leakage** [1] - 60:9
**leaking** [6] - 36:20, 36:24, 58:21, 58:22, 73:2, 90:3
**leaks** [4] - 29:15, 37:3, 82:20, 82:21
**Leanne** [2] - 98:1, 98:5
**learn** [1] - 8:20
**leave** [1] - 40:16
**leaves** [1] - 15:2
**led** [1] - 82:11
**left** [5] - 23:3, 33:14, 51:24, 81:23, 95:21
**Legal** [1] - 3:15
**legs** [2] - 56:10, 56:19
**less** [2] - 90:12, 97:17
**level** [3] - 46:1, 67:6, 67:7
**licensed** [3] - 91:3,

91:5, 91:10
**licensing** [1] - 91:1
**lie** [1] - 39:19
**light** [1] - 27:23
**lighting** [1] - 63:10
**lights** [1] - 68:22
**likely** [2] - 61:7, 62:24
**limited** [2] - 87:15, 92:19
**line** [3] - 30:15, 73:13, 73:14
**lipstick** [1] - 79:7
**liquor** [1] - 91:10
**lived** [3] - 86:10, 86:13, 86:16
**living** [7] - 32:1, 40:15, 42:20, 45:12, 45:14, 45:17, 58:24
**LLC** [9] - 1:7, 1:17, 2:3, 2:7, 2:8, 2:14, 2:14, 2:17, 6:25
**LLP** [2] - 2:10, 3:4
**located** [1] - 86:5
**location** [1] - 86:5
**look** [7] - 20:21, 56:18, 57:18, 57:21, 58:6, 72:22
**looked** [1] - 64:22
**looking** [12] - 24:4, 24:6, 45:7, 56:22, 57:7, 58:16, 61:6, 61:8, 88:9, 88:11, 88:22, 92:19
**looks** [5] - 39:22, 57:9, 57:14, 57:17, 60:24, 72:24
**losing** [1] - 33:9
**lost** [1] - 35:7
**LOUISIANA** [1] - 1:1
**Louisiana** [14] - 1:12, 1:18, 1:23, 2:5, 2:12, 2:19, 3:5, 5:5, 5:24, 7:23, 7:25, 10:11, 104:3, 104:12
**Luke** [4] - 3:4, 7:11, 96:9, 98:11
**luke.lahaye@arlaw. com** [1] - 3:6

**M**

**machine** [1] - 76:18
**Magazine** [2] - 1:23, 2:11
**MAGISTRATE** [1] - 1:8
**mail** [1] - 15:10
**main** [3] - 30:11, 30:14, 100:25
**maintained** [1] - 13:25
**maintenance** [19] -

11:15, 11:16, 12:18, 13:4, 14:9, 14:11, 14:19, 43:25, 44:12, 51:20, 54:16, 78:12, 84:14, 85:6, 93:18, 94:21, 95:21, 95:22, 100:23
**major** [2] - 24:21, 99:21
**majority** [1] - 76:8
**manage** [1] - 92:16
**Management** [4] - 2:7, 2:21, 6:25, 86:6
**management** [6] - 26:3, 43:23, 86:22, 87:1, 87:6, 87:11
**manager** [5] - 15:7, 15:18, 16:9, 16:15, 86:9
**managers** [4] - 14:17, 16:9, 26:14, 38:24
**mandated** [2] - 75:12, 75:21
**mandating** [1] - 44:24
**Map** [1] - 19:10
**March** [11] - 13:8, 13:9, 78:10, 78:22, 84:15, 84:19, 84:20, 86:1, 87:13, 87:17, 94:18
**MARGARET** [4] - 3:22, 5:22, 104:3, 104:16
**Margaret** [1] - 18:19
**mark** [3] - 56:25, 57:23, 74:17
**marked** [5] - 57:4, 57:25, 60:15, 61:3, 74:20
**marshal** [3] - 70:1, 70:24, 71:8
**mask** [2] - 43:6, 76:20
**masks** [2] - 42:9, 42:21
**materials** [3] - 51:6, 73:22, 74:11
**matter** [2] - 10:22, 104:14
**MCKENZIE** [4] - 3:22, 5:22, 104:3, 104:16
**mean** [13] - 16:24, 23:10, 25:20, 31:21, 39:10, 43:6, 43:8, 49:6, 51:24, 77:6, 90:4, 93:16, 100:3
**meaning** [1] - 17:5
**means** [2] - 11:13, 70:9
**mechanic** [2] - 85:24
**mechanicals** [1] - 27:18

**medical** [2] - 89:15, 90:7
**meet** [2] - 72:4, 72:13
**mention** [1] - 98:4
**mentioned** [8] - 8:2, 31:19, 49:17, 56:7, 74:23, 77:2, 77:17
**metal** [1] - 56:17
**method** [1] - 104:7
**middle** [2] - 59:25, 95:8
**might** [1] - 91:11
**mildew** [1] - 33:1
**mind** [1] - 92:9
**mirror** [2] - 45:19, 45:20, 62:8, 62:9, 62:12
**Miss** [4] - 87:21, 88:3, 92:11, 98:1
**missing** [2] - 56:19, 58:5
**mix** [1] - 67:14
**moisture** [4] - 35:4, 37:14, 37:17, 48:25
**mold** [97] - 8:12, 11:21, 11:22, 16:19, 27:13, 33:1, 36:19, 36:23, 37:16, 37:24, 40:2, 40:4, 40:8, 40:21, 41:3, 41:18, 41:21, 42:5, 42:6, 43:3, 43:8, 44:1, 44:13, 45:4, 45:17, 46:1, 46:4, 47:7, 47:13, 47:21, 48:14, 48:19, 49:1, 49:8, 49:11, 55:11, 58:22, 61:2, 61:20, 62:16, 62:25, 63:19, 64:1, 64:7, 64:9, 64:11, 64:13, 64:17, 64:18, 65:14, 65:25, 66:5, 67:1, 67:9, 73:18, 73:20, 74:25, 75:6, 75:13, 75:16, 76:13, 77:5, 77:21, 77:25, 78:7, 78:13, 78:16, 78:21, 79:4, 79:12, 79:15, 80:13, 80:19, 80:24, 81:8, 82:7, 82:12, 82:22, 83:2, 83:11, 83:22, 89:4, 89:16, 90:7, 90:18, 90:19, 98:14, 98:23, 99:1, 99:4, 99:7, 99:11, 99:15, 99:19, 100:20
**moldy** [1] - 73:21
**moment** [2] - 19:4, 53:19

**money** [1] - 36:6
**month** [5] - 13:7, 49:25, 96:25, 97:15
**monthly** [1] - 52:7
**months** [2] - 79:15, 97:13
**MOORE** [1] - 2:17
**morning** [2] - 32:8, 76:6
**most** [1] - 61:7
**mostly** [1] - 80:15
**move** [3] - 10:15, 10:18, 98:3
**moved** [3] - 41:17, 55:12, 80:19
**moving** [1] - 79:13
**MR** [53] - 6:23, 7:2, 7:10, 19:17, 19:25, 23:21, 24:24, 25:12, 30:2, 31:9, 34:2, 34:16, 36:1, 36:14, 41:23, 43:16, 46:9, 47:14, 50:4, 50:12, 51:9, 51:11, 52:15, 52:17, 52:24, 53:23, 54:4, 54:11, 54:19, 54:21, 65:15, 66:11, 66:18, 67:18, 69:11, 71:1, 71:11, 72:7, 79:9, 81:1, 81:10, 82:13, 84:6, 92:22, 94:10, 96:3, 96:6, 96:8, 98:6, 98:16, 100:12, 100:15, 101:17
**MS** [53] - 6:19, 7:5, 8:4, 18:17, 19:5, 19:8, 19:21, 20:5, 24:1, 25:3, 25:16, 30:6, 31:13, 34:6, 34:20, 36:10, 36:18, 42:2, 43:21, 46:14, 47:18, 50:8, 50:24, 51:15, 52:19, 53:17, 53:25, 54:6, 54:15, 55:1, 57:6, 58:2, 66:1, 66:14, 66:20, 66:24, 68:3, 69:16, 71:6, 72:3, 72:11, 74:22, 79:11, 81:5, 81:14, 82:24, 84:2, 93:2, 94:6, 98:9, 98:22, 100:10, 101:19

### N

**N95** [5] - 42:4, 42:7, 42:21, 43:1, 75:5
**name** [14] - 7:17, 8:5, 10:8, 14:15, 14:25, 15:7, 15:9, 15:11, 15:13, 15:17, 84:7, 93:4, 95:1, 96:9
**named** [1] - 16:10
**names** [2] - 96:16, 96:17, 96:20
**nature** [4] - 11:18, 44:17, 67:13, 89:23
**nbergeron@glllaw.com** [1] - 2:6
**need** [7] - 9:15, 10:21, 21:3, 29:9, 72:12, 72:14, 100:1
**needed** [13] - 13:23, 14:12, 27:18, 31:6, 35:19, 40:6, 44:25, 49:25, 50:21, 76:8, 76:9, 79:1, 83:24
**needs** [3] - 9:17, 14:18, 73:11
**never** [22] - 17:2, 34:13, 34:15, 34:19, 35:7, 35:16, 35:23, 35:25, 49:24, 50:1, 55:5, 69:18, 69:21, 69:22, 69:23, 70:15, 93:6, 93:10, 96:12, 96:22, 97:25
**New** [18] - 1:12, 1:18, 1:23, 2:5, 2:12, 2:19, 3:5, 7:22, 7:25, 8:6, 10:11, 12:14, 13:16, 44:20, 48:2, 53:5, 66:7, 66:25
**new** [2] - 10:19, 27:24
**next** [6] - 10:16, 28:20, 45:21, 60:8, 91:20, 92:1
**Nicholas** [1] - 2:3
**Nick** [2] - 6:24, 84:7
**night** [2] - 76:18, 89:20
**nine** [2] - 43:6, 65:8
**ninety** [3] - 42:24, 83:4, 99:17
**ninety-five** [1] - 42:24
**NO** [1] - 1:3
**none** [3] - 31:7, 75:20, 99:24
**note** [5] - 56:8, 61:20, 63:3, 67:6, 88:24
**noted** [5] - 61:13, 63:9, 64:6, 103:16, 103:17
**notes** [2] - 88:10, 88:16
**nothing** [6] - 27:25, 49:2, 88:14, 88:15, 92:6, 92:23

**noticing** [1] - 6:18
**notify** [1] - 10:19
**nowhere** [1] - 22:4
**number** [4] - 21:7, 27:14, 28:10, 29:3
**numbers** [1] - 57:2

### O

**oath** [2] - 5:25, 6:14
**object** [39] - 19:18, 20:1, 23:22, 24:25, 25:13, 31:10, 34:3, 34:17, 36:2, 36:15, 41:24, 43:17, 46:10, 47:15, 50:5, 50:13, 51:10, 51:12, 52:16, 52:18, 52:25, 53:24, 54:5, 54:12, 54:20, 54:22, 65:16, 66:12, 66:19, 67:19, 69:12, 71:2, 71:12, 72:8, 79:10, 81:2, 81:11, 82:14, 98:17
**objection** [4] - 6:13, 9:12, 9:13, 30:3
**objections** [1] - 5:14
**observation** [3] - 23:16, 27:6, 38:7
**observations** [3] - 29:13, 39:5, 77:23
**observe** [5] - 36:19, 37:2, 37:6, 48:18, 60:17
**observed** [4] - 24:12, 24:15, 24:18, 37:11
**occasions** [4] - 42:8, 42:9, 63:17, 76:25
**occurred** [2] - 41:22, 78:5
**occurrence** [2] - 49:14, 63:14
**occurring** [1] - 53:20
**occurs** [1] - 49:1
**OF** [1] - 1:1
**office** [8] - 10:19, 13:19, 13:24, 14:23, 15:18, 16:8, 16:9, 43:23
**officer** [1] - 104:4
**officiated** [1] - 5:24
**often** [3] - 29:24, 74:5, 76:1
**old** [2] - 22:11, 27:14
**once** [1] - 21:20
**one** [27] - 16:23, 18:4, 19:4, 21:12, 24:7, 33:6, 42:7, 44:23, 53:6, 55:5, 55:8, 55:24, 56:18, 56:21, 58:14, 58:15, 59:12, 61:17, 61:24, 64:23, 65:1, 68:25, 69:24, 83:23, 83:24, 91:12, 97:15
**One** [1] - 2:4
**ones** [2] - 20:19, 45:15
**open** [6] - 40:12, 40:16, 47:3, 48:21, 58:11, 59:5
**operable** [3] - 69:8, 69:15, 70:20
**opinions** [1] - 104:12
**opportunity** [2] - 9:8, 35:6
**opposed** [2] - 27:17, 55:6
**order** [2] - 7:14, 54:18
**original** [2] - 96:16, 96:20
**originally** [1] - 25:21
**Orleans** [24] - 1:12, 1:18, 1:23, 2:5, 2:12, 2:19, 3:5, 5:23, 7:22, 7:25, 8:7, 10:11, 12:14, 13:17, 44:20, 48:2, 53:5, 66:8, 67:1, 67:7, 67:12, 67:13, 67:24, 68:1
**OSHA** [2] - 12:5, 91:1
**otherwise** [1] - 104:13
**outcome** [1] - 104:14
**outdated** [5] - 68:17, 69:3, 71:21, 71:25, 72:1
**outside** [5] - 21:3, 53:5, 62:13, 68:5, 93:15
**oversee** [2] - 12:13, 85:6
**overtaken** [1] - 64:9
**own** [3] - 15:6, 76:20

### P

**p.m** [2] - 1:13, 6:4
**packing** [1] - 54:17
**pad** [2] - 88:11, 88:13
**pages** [1] - 104:6
**paid** [5] - 42:18, 50:21, 52:4, 52:12, 74:6
**paint** [2] - 79:3, 82:23
**painting** [5] - 27:23, 64:13, 79:13
**panel** [9] - 68:4, 68:14, 68:17, 69:19, 69:23, 70:8, 70:10, 70:11, 72:4
**panels** [1] - 68:7
**pants** [1] - 75:19

**pardon** [1] - 94:2
**Parish** [6] - 5:23, 67:7, 67:12, 67:13, 67:24, 68:1
**part** [7] - 5:18, 12:15, 56:19, 57:9, 58:4, 91:1, 92:5
**partial** [5] - 31:12, 31:14, 31:15, 53:2, 53:14
**participate** [1] - 89:8
**participated** [1] - 89:3
**particular** [3] - 24:5, 56:9, 64:5
**parties** [2] - 5:3, 104:13
**parts** [1] - 17:7
**pass** [1] - 30:22
**patch** [2] - 23:16, 23:20
**patched** [2] - 18:1, 80:16
**pay** [2] - 53:12, 97:24
**paying** [4] - 50:3, 50:11, 56:14, 74:3
**payment** [1] - 53:9
**PBX** [1] - 91:8
**penetrate** [1] - 73:11
**penetrated** [1] - 22:10
**people** [4] - 6:21, 41:6, 43:25, 72:1
**percent** [10] - 42:24, 49:15, 76:10, 78:15, 78:16, 78:19, 83:4, 99:10, 99:14, 99:17
**percentage** [1] - 77:25
**perform** [2] - 51:20, 74:24
**performing** [1] - 44:7
**period** [2] - 58:21, 63:25
**personal** [11] - 22:17, 22:22, 23:15, 27:5, 29:13, 35:17, 35:21, 38:6, 39:4, 77:22, 104:8
**personally** [11] - 24:12, 24:15, 24:18, 32:10, 36:19, 37:2, 37:6, 37:11, 48:18, 60:17, 89:3
**pertaining** [1] - 92:7
**phase** [2] - 91:20, 92:1
**phone** [1] - 92:20
**phones** [2] - 88:23
**photo** [9] - 19:10, 19:11, 24:2, 24:3, 24:5, 24:9, 24:14, 24:17, 58:3
**photograph** [2] - 56:2,

57:8
**photographs** [1] - 61:18
**photos** [1] - 55:22
**physical** [1] - 13:24
**pickup** [1] - 73:25
**pickups** [2] - 74:2, 74:4
**pictures** [7] - 28:19, 28:22, 29:3, 29:5, 91:25, 92:8, 92:10
**piece** [2] - 60:25, 100:8
**pig** [1] - 79:7
**pipe** [3] - 30:11, 32:21, 33:19
**pipes** [8] - 27:3, 27:5, 29:12, 30:8, 30:10, 33:23, 34:7, 34:12
**piping** [12] - 17:9, 27:7, 27:10, 27:14, 28:9, 31:23, 58:18, 58:19, 61:16, 62:3, 65:5, 65:10
**place** [8] - 28:18, 35:15, 41:21, 55:5, 56:18, 60:25, 80:20, 86:4, 91:19
**placed** [7] - 21:20, 21:25, 59:22, 78:1, 78:2, 78:4
**placing** [2] - 25:24, 71:16
**Plaintiffs** [2] - 1:20, 1:25
**plan** [1] - 35:22
**plans** [1] - 10:15
**platform** [2] - 25:22, 25:23
**play** [2] - 67:1, 98:2
**playing** [1] - 71:18
**plumbing** [13] - 29:15, 30:16, 30:18, 30:20, 32:3, 32:17, 33:17, 38:15, 87:22, 87:23, 88:2, 95:18, 100:24
**point** [1] - 90:21
**pool** [1] - 67:11
**pools** [1] - 11:17
**poor** [2] - 25:15, 25:17
**porch** [1] - 100:4
**portion** [1] - 70:14
**position** [6] - 13:4, 14:4, 16:15, 98:1, 100:17, 100:18
**possess** [1] - 29:5
**possibility** [3] - 38:4, 92:13, 92:14
**possible** [1] - 10:17
**possibly** [2] - 8:16,

90:13
**potential** [1] - 55:11
**Poydras** [3] - 2:4, 2:18, 3:5
**premises** [2] - 53:21, 54:3
**prepared** [2] - 104:7, 104:9
**presence** [4] - 55:11, 61:20, 68:6, 77:20
**present** [1] - 68:12
**presented** [2] - 43:24, 81:16
**president** [1] - 85:2
**Preston** [1] - 2:11
**pretty** [4] - 15:12, 76:7, 82:17, 96:2
**prevented** [1] - 82:3
**previous** [1] - 88:20
**previously** [5] - 21:6, 60:15, 61:3, 74:23, 75:17
**primary** [4] - 14:22, 15:15, 15:19, 15:22, 16:6
**problem** [30] - 18:3, 26:21, 26:24, 27:4, 27:8, 27:13, 31:16, 32:14, 33:25, 34:1, 34:5, 34:9, 34:14, 35:11, 36:24, 37:10, 37:25, 38:2, 38:13, 38:18, 56:14, 66:7, 68:10, 68:12, 72:17, 80:13, 80:25, 81:8, 82:7
**problems** [16] - 17:1, 23:12, 26:9, 26:13, 27:19, 28:2, 28:4, 30:24, 56:8, 56:9, 76:9, 81:17, 81:24, 83:15, 90:3, 98:21
**Procedure** [2] - 5:6, 104:12
**procedures** [1] - 83:1
**proceed** [1] - 30:13
**process** [19] - 14:14, 18:12, 27:15, 28:17, 28:23, 33:3, 38:12, 40:18, 40:19, 48:12, 55:19, 56:12, 56:15, 57:10, 67:23, 78:24, 79:5, 80:3, 96:17
**product** [13] - 17:21, 17:24, 23:24, 37:17, 41:4, 42:13, 42:15, 42:18, 43:19, 50:19, 50:20, 55:19, 76:21
**products** [1] - 22:1
**professional** [1] -

15:13
**prohibition** [1] - 104:11
**project** [6] - 13:23, 28:13, 35:14, 36:8, 36:9, 91:21
**projects** [1] - 14:13
**proliferation** [1] - 82:12
**prolong** [1] - 49:3
**promised** [2] - 97:25, 98:1
**proper** [1] - 11:25, 23:13, 52:1
**properly** [8] - 17:2, 18:7, 19:14, 21:21, 40:7, 60:23, 75:15, 79:25
**properties** [26] - 8:22, 12:14, 12:15, 12:20, 13:2, 13:16, 14:1, 14:2, 50:23, 73:23, 74:8, 76:6, 83:2, 83:6, 83:10, 83:14, 83:18, 85:7, 90:2, 91:20, 91:25, 96:13, 96:21, 99:23, 99:24, 101:1
**Property** [2] - 2:21, 86:6
**property** [34] - 14:15, 16:14, 16:17, 16:18, 16:21, 17:10, 17:11, 17:14, 26:3, 26:13, 38:24, 39:17, 40:15, 42:16, 43:23, 49:25, 55:13, 68:15, 70:7, 70:14, 76:5, 80:2, 87:12, 91:22, 91:23, 92:2, 92:16, 93:7, 94:17, 95:11, 96:16, 96:25, 97:22, 99:14
**protection** [2] - 22:10, 48:22, 49:2
**provided** [4] - 42:4, 42:22, 75:6, 75:21
**purposes** [2] - 5:7, 75:7
**put** [7] - 52:11, 53:8, 60:25, 64:12, 73:1, 79:3, 91:20
**puts** [1] - 70:16
**putting** [2] - 27:24, 79:6
**PVC** [4] - 17:15, 28:9, 33:24, 34:12
**PVX** [1] - 11:11

## Q

**qualified** [1] - 70:17
**questions** [9] - 55:22, 77:19, 91:13, 93:4, 94:8, 94:13, 96:7, 98:7, 100:14
**quick** [1] - 96:11
**quit** [2] - 56:15, 97:21
**quite** [4] - 8:16, 32:15, 88:7, 88:12

## R

**ran** [11] - 30:12, 30:15, 30:21, 31:23, 31:25, 32:2, 32:17, 32:18, 53:3, 53:4, 73:23
**range** [1] - 22:14
**read** [2] - 9:22, 10:5
**reading** [1] - 5:9
**real** [3] - 39:22, 66:7, 96:11
**Real** [1] - 7:12
**really** [9] - 15:2, 15:11, 45:15, 59:16, 59:17, 74:9, 97:20, 101:15
**Realty** [3] - 3:7, 96:10, 97:10
**reason** [4] - 25:9, 38:9, 38:10, 73:5
**reasons** [1] - 16:23
**received** [4] - 11:20, 39:2, 40:21, 90:17
**recipe** [4] - 37:24, 49:7, 68:16, 69:4
**recognize** [3] - 11:24, 59:2, 64:20
**recognizing** [2] - 59:16, 59:17
**recollection** [1] - 29:23
**record** [7] - 6:12, 6:17, 7:18, 10:9, 10:25, 19:7, 102:1
**redoing** [1] - 91:22
**REESE** [1] - 3:4
**refer** [1] - 12:10
**reference** [1] - 91:22
**referred** [3] - 57:3, 57:24, 74:19
**refill** [2] - 71:24, 72:1
**refilled** [1] - 71:20
**regard** [2] - 27:21, 32:14
**regarding** [1] - 40:21
**regional** [9] - 12:13, 12:16, 12:18, 13:4, 14:8, 78:11, 84:14, 85:5

**related** [3] - 89:25, 93:21, 104:13
**relationships** [1] - 104:11
**relative** [1] - 90:24
**released** [1] - 85:10
**remain** [2] - 15:4, 15:19
**remained** [1] - 41:21
**remediation** [11] - 40:2, 40:5, 40:8, 40:21, 40:23, 43:3, 44:1, 44:13, 74:25, 80:20, 89:4
**remember** [4] - 68:2, 95:9, 97:13, 97:18
**remove** [2] - 11:25, 73:14
**removing** [1] - 64:18
**renovating** [2] - 28:7, 91:23
**renovation** [7] - 14:14, 27:15, 27:16, 27:22, 28:16, 38:10, 78:24
**renting** [1] - 55:19
**repair** [4] - 17:16, 51:7, 58:7, 100:25
**repaired** [2] - 18:1, 100:6
**repairing** [1] - 56:13
**repairs** [3] - 14:11, 23:14, 78:25
**repeat** [1] - 88:1
**rephrase** [1] - 8:25
**replace** [5] - 17:18, 17:23, 35:15, 35:23, 71:23
**replaced** [13] - 22:17, 35:8, 35:9, 35:19, 56:11, 59:9, 70:23, 80:15, 83:25, 99:18, 100:1, 100:6
**replacing** [5] - 17:14, 28:8, 56:13, 59:4, 59:7
**REPORTED** [1] - 3:21
**reported** [1] - 104:6
**reporter** [4] - 6:5, 6:13, 8:2, 9:20
**Reporter** [3] - 3:22, 5:23, 104:3
**REPORTER** [5] - 6:8, 7:13, 18:20, 18:25, 104:17
**REPORTER'S** [1] - 104:1
**reporting** [1] - 104:7
**represent** [5] - 8:7, 8:9, 84:8, 93:5, 94:12

**representatives** [2] - 45:2, 45:3
**represented** [1] - 97:12
**representing** [4] - 6:11, 7:6, 7:11, 96:10
**required** [1] - 104:10
**Reserve** [21] - 8:8, 12:25, 15:20, 77:21, 77:24, 78:8, 78:14, 78:21, 79:19, 79:22, 80:10, 80:13, 80:18, 81:7, 81:16, 81:20, 81:24, 86:14, 87:2, 95:19, 98:15
**reserve** [2] - 10:3, 10:4
**reserved** [1] - 5:17
**resided** [1] - 10:12
**RESIDENTIAL** [1] - 1:6
**Residential** [3] - 2:7, 6:25, 8:11
**residential** [1] - 47:2
**residents** [1] - 8:7
**resigned** [1] - 97:1
**resolve** [2] - 27:18, 34:13
**resolved** [1] - 80:12
**respect** [3] - 30:23, 30:25, 35:12
**respirator** [1] - 75:5
**respirators** [1] - 42:4
**respiratory** [1] - 77:12
**response** [2] - 39:1, 43:15
**responsibilities** [1] - 14:8
**responsiveness** [1] - 5:16
**result** [2] - 44:13, 76:12
**resume** [2] - 9:14, 12:15
**retired** [1] - 97:8
**RH** [2] - 6:24, 84:8
**Rhodium** [7] - 28:18, 28:19, 28:25, 91:16, 91:18, 91:24
**Richard** [5] - 95:1, 95:3, 95:4, 95:5, 95:6, 95:17
**rid** [3] - 73:20, 79:13, 80:12
**ripping** [1] - 59:5
**RMR** [1] - 104:16
**road** [1] - 16:4
**Road** [1] - 51:1
**roof** [41] - 16:20, 17:1,

17:3, 17:18, 17:21, 17:23, 18:4, 18:5, 18:6, 18:8, 18:9, 18:13, 19:12, 21:15, 21:18, 21:19, 21:20, 22:3, 22:7, 23:3, 23:17, 24:6, 24:21, 26:1, 38:15, 48:22, 60:21, 60:22, 79:18, 79:21, 80:12, 80:15, 80:16, 82:18, 82:19, 82:20, 82:21, 83:24, 98:21
**roofer** [1] - 79:25
**roofing** [5] - 17:20, 26:9, 26:12, 26:17, 83:19
**roofs** [17] - 19:15, 19:23, 20:4, 20:9, 20:10, 20:12, 20:15, 21:12, 21:19, 21:25, 23:11, 24:7, 25:25, 79:20, 100:1
**room** [7] - 32:1, 32:6, 58:24, 60:5, 60:6, 89:21, 90:6
**rooms** [4] - 59:13, 60:2, 68:22, 68:23
**rotten** [1] - 33:4
**rounded** [1] - 100:23
**RPR** [2] - 3:22, 104:16
**rubber** [5] - 21:20, 32:23, 43:4, 58:9, 75:18
**rules** [2] - 104:10, 104:12
**Run** [66] - 8:8, 8:15, 12:11, 12:24, 16:7, 16:16, 19:13, 19:16, 19:23, 22:13, 22:21, 25:11, 26:4, 26:14, 29:19, 31:7, 32:11, 34:22, 34:23, 36:21, 36:25, 37:4, 37:8, 38:2, 39:5, 40:3, 44:8, 48:15, 48:19, 49:14, 51:8, 51:20, 52:3, 53:21, 54:3, 54:10, 54:18, 55:3, 56:1, 60:2, 60:18, 61:14, 63:5, 63:23, 68:8, 69:8, 71:10, 75:22, 76:2, 76:4, 76:5, 76:8, 76:10, 76:13, 80:23, 86:11, 86:22, 87:23, 89:4, 89:17, 89:25, 93:7, 94:18, 95:19, 98:14, 99:18
**run** [4] - 18:13, 30:17,

48:5, 66:2
**running** [5] - 22:2, 37:22, 58:18, 59:20, 88:4
**rusted** [1] - 56:10

## S

**safe** [1] - 54:18
**safety** [5] - 44:6, 53:18, 54:9, 68:13, 68:18
**salt** [2] - 48:9, 67:5
**save** [1] - 5:14
**saw** [3] - 23:9, 63:4, 63:22
**sbagneris@ bagnerislawfirm. com** [1] - 1:19
**scale** [1] - 97:25
**scheduled** [3] - 8:13, 8:19, 88:20
**school** [2] - 11:5
**screen** [4] - 18:18, 19:2, 55:23, 96:11
**seal** [3] - 35:2, 35:7
**sealed** [5] - 17:2, 18:7, 19:15, 21:15, 21:21, 60:22
**sealing** [1] - 5:11
**section** [6] - 33:20, 56:5, 56:16, 65:11, 65:12, 69:1
**security** [2] - 53:19, 55:2
**see** [13] - 9:10, 20:7, 22:6, 28:24, 48:4, 55:2, 59:24, 62:6, 64:7, 74:13, 75:25, 89:21
**seeing** [2] - 21:23, 21:24
**seek** [1] - 89:15
**sell** [2] - 51:5, 91:10
**send** [1] - 92:11
**sending** [1] - 85:5
**sent** [1] - 53:13
**separate** [1] - 29:9
**seq** [1] - 5:7
**served** [1] - 78:11
**service** [1] - 16:4
**services** [1] - 52:3
**set** [7] - 22:24, 23:1, 25:18, 25:22, 52:5, 104:6
**setting** [1] - 25:23
**settled** [1] - 76:7
**settling** [2] - 72:18, 72:19
**seventy** [1] - 49:15

**seventy-five** [1] - 49:15
**several** [1] - 16:9
**share** [6] - 18:18, 19:1, 29:8, 46:7, 55:23, 62:22
**sharing** [1] - 92:9
**Shawn** [1] - 85:2
**sheathing** [2] - 39:7, 39:11
**Sheet** [1] - 57:22
**sheet** [1] - 9:25
**sheeting** [2] - 39:21, 39:22
**Sheetrock** [11] - 40:6, 40:12, 57:17, 57:18, 57:19, 57:22, 60:25, 61:11, 64:2, 100:8, 100:24
**Shell** [1] - 2:4
**shift** [2] - 33:13, 33:14
**shingle** [4] - 20:3, 20:9, 20:10, 20:15
**shingles** [1] - 20:19
**shootings** [1] - 54:2
**shortages** [1] - 68:21
**shorted** [1] - 68:24
**shortness** [1] - 44:16
**show** [7] - 21:10, 24:3, 24:9, 55:21, 58:22, 60:14, 79:4
**showed** [1] - 80:16
**showing** [2] - 19:9, 73:17
**shut** [2] - 50:22, 51:4
**side** [7] - 39:12, 59:14, 62:5, 62:17, 62:19, 80:5, 100:6
**siding** [5] - 30:23, 31:1, 39:14, 39:16, 80:4
**sign** [1] - 10:5
**SIGNATURE** [1] - 103:12
**SIGNED** [1] - 103:12
**Signed** [2] - 103:16, 103:17
**signing** [1] - 5:10
**silent** [1] - 41:4
**similarly** [1] - 87:10
**sink** [1] - 67:14
**sinking** [2] - 33:11
**sit** [2] - 18:14, 21:18
**sitting** [3] - 22:3, 48:3, 65:9
**situation** [9] - 27:3, 33:6, 52:1, 52:23, 58:8, 61:1, 76:15, 78:7, 80:7
**skilled** [1] - 66:22

**Skype** [1] - 92:20
**slab** [12] - 31:22, 32:5, 32:20, 33:16, 33:21, 33:25, 34:9, 62:1, 65:7, 65:8, 72:24, 73:2
**slabs** [3] - 17:5, 32:14, 32:15
**sleep** [1] - 76:18
**sleeves** [2] - 75:10, 75:13
**slime** [1] - 48:7
**small** [5] - 36:8, 41:20, 42:17, 57:21, 59:1
**smoke** [2] - 70:20, 70:23
**soak** [1] - 21:1
**someone** [2] - 41:10, 52:11
**sometime** [4] - 42:14, 58:10, 60:4, 100:7
**sometimes** [5] - 42:21, 42:22, 48:5, 49:5, 99:18
**somewhere** [1] - 96:2
**sorry** [3] - 85:21, 89:9, 95:24
**sought** [1] - 5:18
**sound** [1] - 82:17
**soup** [1] - 11:13
**source** [6] - 24:22, 34:22, 34:25, 36:12, 82:10, 99:21
**Southwood** [7] - 3:7, 96:22, 96:24, 97:2, 97:3, 97:14, 100:16
**space** [1] - 78:4
**speaking** [4] - 22:8, 60:20, 61:25, 67:5
**Specialist** [1] - 3:15
**specifically** [4] - 5:10, 5:12, 87:16, 87:24
**split** [1] - 33:13
**sponge** [4] - 18:6, 18:11, 22:9, 60:22
**sporadic** [1] - 42:11
**spores** [1] - 46:4
**spray** [1] - 67:15
**spraying** [2] - 47:7, 79:12
**spread** [3] - 65:14, 65:24, 66:4
**spreading** [2] - 61:22, 65:12
**Springs** [1] - 13:1
**Square** [1] - 2:4
**St** [6] - 1:18, 1:23, 2:4, 2:11, 2:18, 3:5
**staff** [2] - 54:17, 93:18
**stages** [1] - 28:20

**stairwell** [1] - 56:5, 56:7, 56:9, 56:17, 60:7
**stairwells** [2] - 56:22, 81:19
**standard** [1] - 72:14
**standpoint** [1] - 68:13
**start** [3] - 32:24, 58:11, 78:7
**started** [8] - 25:24, 37:21, 51:6, 54:17, 57:12, 84:18, 87:12, 96:15
**starting** [1] - 6:17
**State** [2] - 5:24, 104:3
**state** [13] - 6:16, 7:16, 9:7, 9:9, 9:13, 10:8, 10:25, 13:22, 38:20, 38:23, 43:7, 43:10
**statement** [9] - 6:6, 24:23, 66:15, 66:16, 82:25, 83:5, 83:9, 83:13, 83:17
**STATES** [1] - 1:1
**stating** [1] - 28:25
**station** [1] - 76:3
**stationed** [1] - 55:6
**statute** [1] - 104:10
**stay** [3] - 10:20, 45:5, 91:2
**steam** [1] - 37:18
**stenotype** [1] - 104:7
**steps** [1] - 48:8
**still** [9] - 28:2, 28:3, 29:5, 33:24, 80:8, 81:25, 91:13, 92:3, 97:8
**stipulated** [1] - 5:2
**stop** [2] - 31:6, 38:18
**stopped** [12] - 25:23, 55:18, 71:16, 73:15, 74:3, 80:6, 84:21, 87:2, 87:7, 90:21, 97:1
**store** [3] - 50:18, 50:25, 51:4
**strenuous** [1] - 92:18
**stripping** [1] - 35:8
**strong** [1] - 38:4
**structurally** [1] - 28:1
**subpoena** [1] - 29:9
**suffer** [3] - 76:16, 77:12, 89:12
**sufficient** [2] - 42:8, 43:2
**suit** [1] - 43:4
**Suite** [4] - 1:18, 2:5, 2:19, 3:5
**suited** [1] - 64:17
**sun** [2] - 18:8, 21:16

**supervise** [1] - 12:21
**supervised** [8] - 83:3, 83:6, 83:10, 83:14, 83:18, 86:8, 89:6, 93:17
**supervision** [1] - 104:8
**supervisor** [14] - 12:19, 13:5, 13:11, 14:9, 14:24, 26:7, 26:10, 38:21, 43:13, 44:4, 51:17, 78:12, 84:14, 85:6
**supplied** [1] - 52:3
**supplier** [2] - 50:15, 51:22
**suppliers** [2] - 50:3, 50:11
**supplies** [2] - 50:23, 51:5
**supply** [2] - 52:1, 52:5
**support** [1] - 75:3
**supposed** [2] - 35:15, 73:5
**Suzette** [3] - 1:17, 6:20, 8:6
**suzette** [1] - 19:1
**swear** [1] - 6:6
**sweat** [1] - 77:10
**swim** [1] - 67:12
**swimming** [2] - 11:16, 67:11
**sworn** [2] - 8:1, 104:5
**system** [8] - 17:6, 22:25, 23:2, 46:8, 69:2, 69:8, 69:15, 78:1

**T**

**tag** [1] - 70:9
**tagged** [3] - 70:8, 70:13, 70:14
**tags** [1] - 70:16
**TAKEN** [1] - 103:20
**tank** [1] - 78:9
**tbell@irwinllc.com** [1] - 2:20
**team** [1] - 26:3
**tear** [2] - 18:8
**tech** [3] - 23:14, 100:18, 100:19
**technical** [1] - 11:5
**ten** [3] - 17:4, 32:22, 65:9
**tenant** [8] - 32:7, 37:22, 40:15, 41:12, 59:23, 79:14, 80:23, 81:7
**tenants** [8] - 40:22,

41:17, 41:20, 45:12, 51:24, 55:11, 71:17, 80:19
**tenants'** [1] - 64:8
**tender** [2] - 76:1, 84:4
**terms** [1] - 28:15
**testified** [2] - 75:17, 95:11
**testify** [2] - 8:3, 104:5
**testimony** [7] - 24:20, 88:17, 89:24, 103:5, 103:6, 104:4, 104:6
**THE** [35] - 1:17, 7:20, 19:19, 20:2, 23:23, 25:1, 25:14, 30:4, 31:11, 34:4, 34:18, 36:3, 36:16, 41:25, 43:18, 46:11, 47:16, 50:6, 50:14, 51:13, 53:1, 54:13, 54:23, 65:17, 67:20, 69:13, 71:3, 71:13, 72:9, 81:3, 81:12, 82:15, 92:25, 98:18, 101:22
**thereof** [1] - 5:18
**third** [1] - 13:7
**three** [3] - 10:14, 53:10, 56:20
**throughout** [2] - 35:12, 39:17
**title** [2] - 12:17, 13:14
**today** [3] - 8:14, 30:21, 84:9
**together** [1] - 9:20
**took** [6] - 52:12, 60:9, 62:12, 73:18, 80:20, 91:24
**tool** [1] - 54:17
**top** [5] - 21:18, 22:12, 32:18, 46:20, 59:14
**totally** [1] - 30:19
**touch** [2] - 10:20, 43:9
**touched** [3] - 25:8, 27:2, 27:14
**training** [8] - 11:22, 12:2, 12:4, 40:20, 46:4, 90:19, 90:24, 91:2
**transcribed** [1] - 104:7
**transcript** [6] - 9:23, 10:1, 10:5, 104:8, 104:9, 104:10
**transcription** [1] - 103:6
**transfer** [1] - 62:14
**transferred** [2] - 41:1, 95:20
**trash** [1] - 73:24
**traumatic** [1] - 17:2
**travel** [1] - 46:5

**traveled** [1] - 13:21
**traveling** [1] - 13:18
**travels** [4] - 45:18, 46:2, 64:1, 64:2
**treated** [1] - 67:8
**treating** [1] - 61:2
**treatment** [1] - 67:23
**trees** [2] - 20:23, 21:17
**tremendous** [1] - 41:5
**trenched** [1] - 72:23
**Triangle** [5] - 3:7, 7:12, 96:10, 97:10, 97:11
**tried** [3] - 76:14, 89:11, 89:13
**trigger** [1] - 77:6
**Troy** [3] - 2:18, 7:3, 94:11
**true** [7] - 82:25, 83:9, 83:13, 83:17, 94:16, 103:8, 104:8
**try** [4] - 55:23, 72:23, 73:1, 77:15
**trying** [1] - 48:1
**turn** [1] - 96:10
**turned** [1] - 93:11
**turnover** [2] - 16:15, 16:23
**two** [6] - 11:4, 20:7, 32:9, 40:13, 45:20, 47:22
**type** [4] - 26:1, 63:4, 65:4, 90:24
**typing** [1] - 9:20

**U**

**uncomfort** [1] - 89:14
**under** [6] - 5:5, 31:23, 44:9, 60:7, 73:1, 104:7
**understood** [1] - 9:3
**undertaken** [2] - 40:3, 40:24
**undertaking** [1] - 17:17
**undone** [1] - 51:25
**unit** [38] - 22:3, 23:1, 30:12, 30:13, 30:14, 32:16, 33:19, 37:21, 40:16, 41:1, 41:8, 41:10, 41:17, 42:20, 45:21, 45:22, 45:23, 45:25, 46:20, 46:21, 46:24, 55:19, 58:4, 60:20, 61:20, 62:2, 62:5, 62:11, 62:12, 62:14, 64:21, 65:6, 65:20, 68:25, 69:15, 72:15, 72:21, 73:19

UNITED [1] - 1:1
units [25] - 17:3,
21:24, 21:25, 22:12,
22:21, 25:8, 25:10,
26:21, 26:25, 45:9,
45:13, 47:3, 49:10,
55:12, 58:15, 61:25,
63:22, 64:22, 70:20,
71:16, 78:16, 80:6,
80:8, 80:19, 83:21
unless [1] - 74:14
unprotected [1] - 39:6
unsafe [2] - 43:24,
64:16
up [31] - 14:13, 16:10,
18:8, 21:2, 22:9,
22:25, 23:1, 23:11,
25:18, 25:22, 25:23,
32:6, 32:7, 32:24,
33:18, 37:17, 39:24,
45:15, 48:3, 48:25,
52:5, 52:11, 53:8,
56:17, 58:23, 62:12,
73:15, 79:4, 98:10,
100:13
updated [1] - 91:2
upside [1] - 57:11
upstairs [4] - 17:3,
30:12, 60:20, 65:6
urine [2] - 30:9, 88:4
URQUHART [1] - 2:17

**V**

vacant [1] - 51:6
Vacations [1] - 92:17
variety [3] - 37:12,
97:24, 98:2
vendor [1] - 52:6
vendors [3] - 52:2,
52:6, 53:6
vented [1] - 65:19
ventilation [2] - 46:8,
78:3
vents [2] - 46:5, 46:25
versus [1] - 28:9
VERSUS [1] - 1:5
via [2] - 1:12, 6:15
vice [1] - 85:2
vice-president [1] -
85:2
Video [1] - 3:15
video [1] - 9:5
videoconference [2] -
1:12, 6:15
VIDEOGRAPHER [4] -
6:1, 18:23, 19:3,
101:25
videotape [1] - 6:2
view [3] - 21:11, 45:7,

91:19
viewed [1] - 76:24
violent [1] - 54:1
visit [2] - 54:10, 76:6
visualized [1] - 23:10
visually [2] - 23:9,
23:10
voiced [1] - 44:12
volts [1] - 72:15
Vue [1] - 3:16

**W**

waived [2] - 5:10, 5:13
wake [1] - 32:7
walk [3] - 32:8, 32:9,
45:9
Walker [2] - 16:12,
16:13
walkways [1] - 20:24
wall [29] - 32:24,
32:25, 33:3, 45:19,
45:20, 45:21, 45:24,
58:4, 58:12, 59:6,
59:14, 61:8, 62:6,
62:9, 62:11, 62:17,
62:18, 62:22, 64:20,
65:4, 65:5, 65:7,
65:8, 67:15, 79:2,
79:4
walls [8] - 48:24,
61:23, 62:3, 62:14,
63:21, 64:10, 88:4,
99:19
wants [1] - 19:1
warn [1] - 55:10
wash [1] - 62:6
washed [1] - 33:10
washing [2] - 31:17,
72:20
watch [1] - 44:10
water [86] - 16:19,
18:10, 18:13, 20:18,
20:20, 20:22, 21:1,
21:3, 21:14, 22:2,
22:9, 22:20, 24:22,
25:10, 29:14, 30:25,
31:5, 31:6, 31:15,
32:2, 32:4, 32:6,
32:9, 32:24, 33:5,
33:18, 34:13, 34:23,
35:1, 35:5, 36:13,
36:20, 37:3, 37:7,
38:1, 38:14, 38:17,
38:19, 39:6, 39:19,
47:23, 47:24, 48:1,
48:4, 48:9, 48:10,
48:23, 49:4, 49:7,
49:10, 58:6, 58:12,
60:1, 60:12, 61:7,

61:9, 62:1, 62:2,
63:11, 67:5, 67:8,
67:12, 67:14, 67:24,
68:1, 73:9, 73:10,
78:1, 78:2, 78:8,
78:9, 79:19, 79:22,
80:4, 80:7, 80:9,
81:17, 81:23, 82:10,
83:7, 98:14, 99:20,
99:22, 100:3
wear [2] - 64:14, 75:12
wearing [1] - 75:18
weather [4] - 21:17,
21:22, 35:8, 66:25
welcomes [1] - 67:10
welder [4] - 53:5,
53:10, 53:11, 56:15
well-rounded [1] -
100:23
wet [5] - 39:24, 39:25,
48:24, 57:13, 59:3
white [1] - 20:12
whole [9] - 17:10,
39:17, 43:6, 49:5,
62:18, 67:23, 69:1,
99:19, 100:6
widespread [17] -
32:13, 36:24, 38:6,
38:8, 48:14, 49:13,
60:1, 61:12, 68:10,
68:11, 77:21, 78:13,
87:22, 88:2, 99:7,
99:11, 99:15
wildfire [1] - 65:24
wind [1] - 16:10
window [3] - 35:13,
37:20, 45:8
windows [12] - 34:21,
34:22, 34:25, 35:7,
35:16, 35:19, 36:12,
36:21, 36:24, 60:4,
60:11
wire [3] - 68:17, 68:18,
68:19
wiring [5] - 68:15,
68:21, 69:2, 72:5,
72:12
WITNESS [35] - 7:20,
19:19, 20:2, 23:23,
25:1, 25:14, 30:4,
31:11, 34:4, 34:18,
36:3, 36:16, 41:25,
43:18, 46:11, 47:16,
50:6, 50:14, 51:13,
53:1, 54:13, 54:23,
65:17, 67:20, 69:13,
71:3, 71:13, 72:9,
81:3, 81:12, 82:15,
92:25, 98:18,
101:22, 103:1

witness [10] - 5:4,
5:25, 6:7, 6:15, 7:15,
7:16, 38:3, 38:5,
76:1, 84:5
WITNESS' [1] - 103:12
witnessed [1] - 63:16
wood [14] - 33:4,
39:22, 39:23, 40:9,
40:10, 40:11, 57:11,
64:3, 64:4, 80:4,
100:9
wooded [1] - 58:18
wore [1] - 75:14
workers [4] - 41:11,
44:7, 44:12, 74:24
works [1] - 37:16
worse [2] - 35:10,
62:20
worser [2] - 27:11
Wrightly [1] - 13:12
Wrightly's [1] - 13:14
written [4] - 28:14,
28:24, 29:2, 88:17
wrought [1] - 53:15

**Y**

y'all [2] - 19:6, 55:23
yards [1] - 43:6
year [7] - 10:16, 13:7,
22:15, 49:22, 97:19,
101:15
yearly [2] - 70:9, 70:11
years [8] - 10:14, 11:4,
12:3, 18:7, 22:15,
32:23, 35:2, 90:17
young [1] - 16:10
yourself [1] - 84:10
yourselves [1] - 6:10

**Z**

Zoom [2] - 1:12, 6:15

```
1              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
2


3

    JOSHUA AKEEM, ET AL        * CIVIL ACTION NO.
4                              * 2:19-CV-13650-
                               * BWA-DMD
5   VERSUS                     * AND CONSOLIDATED
                               * CASES
6                              *
    DASMEN RESIDENTIAL,        * JUDGE BARRY W.
7   LLC, ET AL                 * ASHE
                               *
8                              * MAGISTRATE JUDGE
                               * DANA DOUGLAS
9                              *
    * * * * * * * * * * * * * * * * * * * * * * * * *
10


11
             Deposition of DWAYNE CHANEY,
12  5301 Press Drive, New Orleans, Louisiana,
    70126, taken via Zoom videoconference and
13  videography on Monday, the 10th day of
    August, 2020 at 5:48 p.m.
14


15
    APPEARANCES:
16

17       THE BAGNERIS FIRM, LLC
         (By: Suzette P. Bagneris, Esquire)
18       2714 Canal St., Suite 403
         New Orleans, Louisiana 70119
19       (504) 810-3995
         sbagneris@bagnerislawfirm.com
20          Attorney for Plaintiffs

21

22       JARRETT LAW GROUP
         (By: Devonn Jarrett, Esquire)
23       643 Magazine St., #301A
         New Orleans, Louisiana 70130
24       (504) 491-6806
         djarrett@jarrettlawgroup.com
25          Attorney for Plaintiffs
```

APPEARANCES (continued):


        GIEGER, LABORDE & LAPEROUSE, LLC
        (By: Emily E. Egan, Esquire)
        One Shell Square
        701 Poydras St.
        Suite 4800
        New Orleans, Louisiana 70139-4800
        (504) 561-0400
        eegan@glllaw.com
            Attorneys for Defendants,
            Dasmen Residential Management, LLC
            and Copper Creek, LLC


        DEUTSCH KERRIGAN, LLP
        (By: Cassie Preston Gailmor, Esquire)
        755 Magazine St.
        New Orleans, Louisiana 70130
        (504) 581-5141
        cassie@deutschkerrigan.com
            Attorneys for Defendants,
            Eastlake Development, LLC,
            KFK Development, LLC, KFK Group,
            Inc.


        IRWIN, FRITCHIE, URQUHART & MOORE, LLC
        (By: Troy L. Bell, Esquire)
        Suite 2700
        New Orleans, Louisiana 70130
        (504) 310-2100
        tbell@irwinllc.com
            Attorneys for Defendant,
            Latter & Blum Property Management,
            Inc.

1  APPEARANCES (continued):

2

3         Gilley Delorimier
         Certified Legal Video Specialist
4         Depo-Vue, Inc.
         (504) 828-8856
5         depovueinc@gmail.com

6

7

8

9

10  REPORTED BY:

11        MARGARET MCKENZIE, CCR, RPR, CMR, CRR
         Certified Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

## I N D E X

3

<u>EXAMINATION BY:</u>

4

Ms. Bagneris........................ 7
5                                                 122

6

Ms. Eagan...........................112

7

Ms. Gailmor.........................118

8

Mr. Bell............................122

9

10

11

12

13

<u>EXHIBITS:</u>

14

Exhibit 16........................... 41
15      Exhibit 17........................... 42
Exhibit 18........................... 42
16      Exhibit 19........................... 43
Exhibit 20........................... 43
17      Exhibit 21........................... 43
Exhibit 37........................... 47
18      Exhibit 38........................... 49
Exhibit 22........................... 57
19      Exhibit 23........................... 57
Exhibit 24........................... 59
20      Exhibit 25........................... 59
Exhibit 26........................... 60
21      Exhibit 27........................... 61
Exhibit 28........................... 61
22      Exhibit 29........................... 62
Exhibit 30........................... 63
23      Exhibit 31........................... 64
Exhibit 32........................... 65
24      Exhibit 33........................... 65
Exhibit 34........................... 66
25

1    EXHIBITS (continued):

2

3    Exhibit 35............................. 69
     Exhibit 36............................. 69
     Exhibit 39............................. 69
4    Exhibit 40............................. 70
     Exhibit 41............................. 71
5    Exhibit 42............................. 78
     Exhibit 43............................. 79
6    Exhibit 44............................. 80
     Exhibit 45............................. 80
7    Exhibit 15............................. 83
     Exhibit 59............................. 87
8    Exhibit 51............................. 97
     Exhibit 52............................. 98
9    Exhibit 53............................. 98
     Exhibit 54............................. 98

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551    McKenzieCCR@aol.com**

```
 1          VIDEOGRAPHER:
 2               We are now on the record.  The
 3          time is 5:48.  This is the
 4          videotaped Zoom deposition of
 5          Dwayne Chaney.  This deposition is
 6          being held at -- on August 10,
 7          2020.  Would counsel present please
 8          now introduce themselves.
 9          MS. BAGNERIS:
10               Suzette Bagneris for the
11          plaintiffs.
12          MR. JARRETT:
13               DeVonn Jarrett on behalf of
14          plaintiffs.
15          MS. EAGAN:
16               Emily Eagan on behalf of the
17          Dasmen entity -- I'm sorry --
18          Dasmen and the RH entities.
19          MS. GAILMOR:
20               Cassie Gailmor on behalf of
21          defendants, Eastlake Development,
22          KFK Development and KFK Group.
23          MR. BELL:
24               I'm Troy Bell on behalf of
25          Latter & Blum, defendant.
```

```
 1          COURT REPORTER:
 2               At this time, I will ask
 3          counsel to identify yourselves --
 4          I'm sorry.  We already did that.  I
 5          would just ask counsel to agree on
 6          the record that there is no
 7          objection to this court reporter
 8          administering a binding oath to the
 9          witness via Zoom videoconference.
10               Please state your agreement on
11          the record, starting with the
12          noticing attorney.
13          MS. BAGNERIS:
14               Suzette Bagneris.  I agree.
15          MR. JARRETT:
16               Devonn Jarrett.  I agree.
17          MS. EAGAN:
18               Emily Eagan.  I agree.
19          MS. GAILMOR:
20               Cassie Gailmor.  I agree.
21          MR. BELL:
22               Yes.  I'm here.  I'm sorry.
23          COURT REPORTER:
24               Did you hear what I -- do you
25          agree to me administering an oath
```

1          to the witness via Zoom

2          videoconference?

3     MR. BELL:

4          Yes.  I'm sorry.  Yes.

5     COURT REPORTER:

6          In order to confirm the

7          identity of the witness, I would

8          ask that the witness please state

9          his full name and address for the

10         record.

11    THE WITNESS:

12         Dwayne Chaney.  5301 Press

13         Drive, New Orleans, Louisiana,

14         70126.

15    COURT REPORTER:

16         Would you raise your right

17         hand, please.

18              **DWAYNE CHANEY**,

19    5301 Press Drive, New Orleans, Louisiana

20    70126, after having been first duly sworn by

21    the above-mentioned court reporter, did

22    testify as follows:

23    EXAMINATION BY MS. BAGNERIS:

24    Q.    Good evening, Mr. Chaney.  My name

25    is Suzette Bagneris, and I'm one of the

```
 1    attorneys that represents the tenants of
 2    several apartment complexes that are owned by
 3    Rhodium and managed by Dasmen and also the
 4    maintenance workers at those facilities.  We
 5    have scheduled your deposition today because
 6    I understand that you were formally employed
 7    by Dasmen and worked in the maintenance -- as
 8    a part of the maintenance staff at Laguna Run
 9    and some of the other apartment complexes
10    involved in this lawsuit.
11            If at any time you don't understand
12    a question the way I have asked it to you,
13    please let me know and I'm going to attempt
14    to rephrase the question to be sure that you
15    understand it the way that it has been asked.
16            If at any time you need to take a
17    break, please let me know and we will
18    accommodate your request for a break as well
19    as any of our counsel's requests for a break
20    or the court reporter or videographer.
21            It's important, because we're
22    taking this deposition under the rather
23    unconventional method of Zoom, that you allow
24    me to completely state my question and then
25    I'm going to allow you to completely state
```

1   your answer.  It's important that you and I
2   not speak over one another.
3           It's also important that you give
4   verbal responses to the questions that you
5   are asked instead of a nod of the head yes or
6   no.
7           If counsel for one of the
8   defendants states an objection, allow them to
9   fully state their objection for the record
10  and then we're going to allow you to answer
11  the question.
12          Now, to begin this deposition, I'd
13  like to ask, are you here because you have
14  received a federal court subpoena to testify
15  in this matter?
16      A.   Yes, ma'am.
17           (OFF THE RECORD)
18  EXAMINATION BY MS. BAGNERIS:
19      Q.   Mr. Chaney, would you please state
20  your full name and address for the record.
21      A.   Dwayne Chaney.  5301 Press Drive.
22      Q.   How long have you lived on Press
23  Drive, Mr. Chaney?
24      A.   Approximately four and a half
25  years.

1  Q. Do you have any plans to move

2 within the next two years?

3  A. No, ma'am.

4  Q. If you should move, would you

5 please contact my office and provide updated

6 address information for yourself?

7  A. Yes, ma'am.

8  Q. Okay. Thank you. Mr. Chaney, what

9 is your date of birth?

10  A. December 10, 1965.

11  Q. Would you briefly describe for us

12 your educational background.

13  A. Excuse me. I do have a high school

14 diploma. I also have some college over at

15 the University of New Orleans.

16  Q. What were you studying at UNO?

17  A. Hotel, restaurant and tourism

18 management.

19  Q. Okay. Do you have any skills

20 training?

21  A. I'm able to operate heavy equipment

22 machinery. I've worked as a weighmaster

23 before. Doing roofing work right now. I'm a

24 carpenter as well.

25  Q. Do you have any certifications?

1       A.      I have forklift operator
2   certification.
3       Q.      Okay.  Have you ever been trained
4   in mold abatement?
5       A.      No, ma'am, not at all.
6       Q.      Are you a certified mold abater?
7       A.      No, I am not.
8       Q.      Okay.  Can you briefly describe for
9   me your employment background leading up to
10  your work at either Hidden Lake or Laguna
11  Run?
12      A.      I previously worked for, what was
13  it, South -- it was the previous company that
14  had it before Dasmen took over.  And I worked
15  in maintenance there at all of the different
16  properties.
17      Q.      Okay.  Let me ask it this way.
18  Were you ever affiliated with Hidden Lake
19  prior to December 14, 2017?
20      A.      No, ma'am.
21      Q.      Okay.  And did you always work at
22  Laguna Run when it was operated by Dasmen?
23      A.      Yes, ma'am.
24      Q.      Now, I thought I heard you say you
25  worked at Laguna Run when it was operated by

1  another company, too.  What was the company's
2  name?
3       A.    It was, wow, South -- I want to say
4  it wasn't Southwood.  It kind of escapes me
5  right now.  And the name of Laguna Run wasn't
6  Laguna Run when -- excuse me -- when the
7  other company had it.  It escapes me, the
8  name of the other company.
9       Q.    Tell me a time period when you
10  first became affiliated with this apartment
11  complex.
12       A.    It was at 2017.  I don't remember
13  exactly what month.
14       Q.    Was it before or after the sale to
15  the RH entities?
16       A.    It was before the sale.
17       Q.    And if I use the date of the sale
18  as a reference, December 14, 2017 --
19       A.    Right.
20       Q.    -- do you know how many months
21  prior to that sale you had been working at
22  this apartment complex?
23       A.    I've worked at -- during that time,
24  I worked at all of the different apartment
25  complexes for the type of work that I was

1    doing.

2         Q.    So all of the property owned by the

3    RH entities?

4         A.    Yes, ma'am.

5         Q.    In the greater New Orleans area?

6         A.    In the New -- New Orleans East

7    area.

8         Q.    Okay.  So at all seven of those

9    properties, you actually performed some work

10   prior to December 14, 2017, correct?

11        A.    Yes, ma'am.

12        Q.    Can you briefly tell me what your

13   job position was called and what your job

14   duties were?

15        A.    I worked in maintenance.  It was

16   through -- wow.  I'm trying to think of the

17   -- the name that they used.  It was -- I

18   can't think of that name, but I went around

19   to several properties doing flooring work,

20   whatever complex that needed certain things

21   done, carpentry work done.  I operated the

22   machines as well, as I said, for the guys to

23   do siding work, roofing work.  So I kind of

24   was just spread out throughout all of the

25   complexes at various times.

1    Q.    And that's prior to the sale on
2  December 14, 2017, correct?
3    A.    Yes, ma'am.  Yes, ma'am.
4    Q.    After the sale December 14, 2017,
5  what became your job position?
6    A.    I was the maintenance tech.
7    Q.    And what are the job duties and
8  responsibilities of a maintenance tech?
9    A.    It was to ensure that all of the
10  residences, if they had any issues with
11  plumbing, excuse me, with plumbing, air
12  conditioning, as well as a lot of other
13  things, that we had to make certain that were
14  addressed in a timely fashion as well as
15  allowing the manager -- the manager, the
16  property manager, to know when we completed
17  the duties or task at hand and in what amount
18  of time that it had taken.
19    Q.    As of December 14, 2017, who became
20  your immediate supervisor?
21    A.    His name was John House.  He was
22  the project manager that oversaw all of the
23  maintenance staff at each property.
24    Q.    Okay.  And was there a supervisor
25  at Laguna Run?

1      A.    At -- at the time there was a
2  supervisor there that his name was Thomas, I
3  think, Jackson.  He didn't last there very
4  long.  In turn, we had another supervisor,
5  Mr. Shelton Luvine, which they transferred
6  him.  And after that, then there was
7  Mr. Ronald Edwards, which was the immediate
8  supervisor.
9      Q.    Do you know why Mr. Thomas Jackson
10 did not last long in that position as the
11 supervisor at Laguna Run?
12     A.    To my knowledge, it was of the work
13 overload, understaffed.
14     Q.    Okay.  Do you know why Shelton
15 Luvine left as supervisor?
16     A.    That would be the same reason as
17 well.
18     Q.    And then you said Ronald Edwards
19 became the maintenance supervisor, is that
20 correct?
21     A.    Yes, ma'am.
22     Q.    Okay.  I had gotten some names from
23 some of the other maintenance people who
24 worked there from Mr. Edwards, but can you
25 tell me who you recall working with in the

1    maintenance department at Laguna Run?

2        A.    I worked with several people.  One,

3    let's see, Clyde Mesley.  I worked with

4    Lovelace Jenkins.  I worked with Torey.  I

5    can't recall his last name.  As well as --

6    I'm sorry, but there's just so many that kind

7    of came and left, you know.  And I don't --

8        Q.    Was there a big turnover in the

9    maintenance department?

10       A.    Yes, ma'am.  Very much so.

11       Q.    Do you know who the regional

12   supervisor was at -- for Laguna Run?

13       A.    That was John House.

14       Q.    Okay.  Are you familiar with a guy

15   named Brett Richmond?

16       A.    Brett Richmond had taken over after

17   Mr. House was terminated.

18       Q.    Do you know why Mr. House was

19   terminated?

20       A.    To my knowledge, there was issues,

21   an issue with he and I in a discussion or

22   meeting with -- in the manager's office, and

23   he came across in a very unprofessional way.

24   And everything was, if I'm not mistaken, was

25   being recorded.  And it was played back to

```
1   home office.  And this is one of the reasons,
2   I guess, why he was terminated.
3        Q.    What was the nature of the dispute
4   that was recorded?
5        A.    Mr. House had asked of me to
6   perform a particular duty and which I had
7   previously did already.  He asked someone
8   that he had gotten hired that he knew to do
9   the job.  The gentleman was actually not
10  really skilled to do the job.  And Mr. House,
11  at which point, demanded that I -- I go back
12  and do this same job again, and which I
13  explained to him because your nephew, or
14  whoever the guy was, wasn't prepared to do
15  the job and I already did this job and you
16  held me up from continuing to do the job,
17  then at which point I felt that was a
18  problem, which I addressed with the property
19  manager.
20       Q.    Okay.  And then Brett Richmond -- I
21  assume that job when Mr. House left?
22       A.    Yes, ma'am.
23       Q.    Okay.  Are you familiar with who
24  the property manager was on-site at Laguna
25  Run?
```

1    A.    When I first started there, it was
2    Dekeera, that was her name, and I don't
3    recall her last name.  And after that, there
4    was a young lady, Sheila, which I don't
5    recall her last name.  And from there Daphne
6    Walker became the property manager.
7    Q.    So there were three people in the
8    property management position between 2017 and
9    2020 when you were no longer there?
10   A.    Yes, ma'am.
11   Q.    Okay.  Was there also frequent
12   turnover in the leasing department?
13   A.    I would say so as well.
14   Q.    Based upon your personal knowledge
15   as a maintenance tech at Laguna Run, did you
16   all have a policy and procedure manual that
17   discussed the performance of maintenance work
18   at Laguna Run?
19   A.    Yes, ma'am, we did.
20   Q.    Okay.  And were you given a copy of
21   that when you became employed in 2017?
22   A.    They did provide us with a copy of
23   what was expected of us as our job duties
24   were.
25   Q.    Okay.  And to your knowledge, based

1    upon your personal experience, were the
2    policies within that manual followed?
3        A.    The -- on my behalf they were.    At
4    times I feel that on the behalf of the
5    company itself they didn't hold up to their
6    own policies.
7        Q.    What were some of the policies that
8    you -- that you personally observed they did
9    not uphold?
10       A.    There was an incident with one of
11   the leasing agents.  And it was an issue
12   where my, where my banking information was
13   left -- I gave it to the property manager.
14   And she left my banking information on the
15   leasing manager's desk where it was there for
16   like three or four hours with people coming
17   and going throughout the office.  And I had a
18   problem and an issue with that because this
19   had my information that they asked for for
20   direct deposit.
21            And I feel that for them to just
22   blatantly put it to the side on someone's
23   desk where anyone could pick it up and have
24   access to my banking information as well as
25   my wife's, that was a real big issue to me.

1  Which the manager, the property manager, just
2  try -- kind of shrugged it off like, well,
3  nobody is going to worry about that.  And I
4  had an issue with that, I really did.  And to
5  the point where my wife, on her own,
6  unbeknownst to me, decided she wanted to
7  speak with the property manager with the
8  circumstances of how unprofessional things
9  were being handled, especially with our
10 personal information.
11       So the leasing agent, she said some
12 words to my wife and got real flip about it,
13 at which point my wife was asked to leave and
14 I was asked to leave.  And as I was exiting
15 out of the building or whatnot, I said
16 something that I was displeased about with
17 her actions and reactions, in which she
18 proceeded to take a swing at me.  And there
19 were the other leasing agents out there as
20 well as an NOPD officer.  And no one decided
21 to -- within that, the next day, she decided
22 she wanted to press charges against me, a
23 restraining order.  And which she lost that
24 case because she lied several times about
25 everything that she was saying.  And it was

1    thrown out, out of court.

2        Q.    Is that Daphne Walker?

3        A.    That was the leasing -- leasing

4    agent for Daphne Walker.  Her name is

5    Rhianna.  Rhianna Smart.

6        Q.    How did it come to your attention

7    that your banking information was left on

8    that desk?

9        A.    Because I gave it to the property

10   manager that morning.  And I went on to do my

11   duties throughout the day.  And I came back

12   like maybe three or four hours later and I

13   still saw it sitting right on the desk right

14   at the door where anyone could just pick it

15   up and leave with it.

16       Q.    You personally observed it?

17       A.    Yes.

18       Q.    So switching gears.  What were the

19   days of the week that you worked at Laguna

20   Run?

21       A.    Basically, Monday through Friday,

22   unless I was on call.  And then -- at which

23   point it was seven days a week for a week.

24       Q.    What hours of the day were you

25   working at Laguna Run?

1    A.    It varied.  Sometimes 7, sometimes
2  7:30 or 8:00 'til 5, 5:30.
3    Q.    Did you work on Saturdays at Laguna
4  Run?
5    A.    When I was on call I did work on
6  Saturdays.
7    Q.    Saturday was not a regular workday
8  for you?
9    A.    No, ma'am.
10    Q.    Okay.  Do you think that you could
11  get enough of the work, maintenance work,
12  done between Monday and Friday at Laguna Run?
13    A.    That was kind of -- rather hard to
14  do because we continuously stayed
15  understaffed.  And a lot of people that they
16  did get there, they were underskilled as
17  well.  So, in turn, that made my job harder
18  as well as the supervisor because we were
19  trying to do the job of other people that
20  weren't skilled to perform the job.
21    Q.    Did you ever raise an issue to the
22  managers about being understaffed?
23    A.    I did several times.  And a lot of
24  times her response was they're working on it.
25    Q.    And to whom did you direct your

1 | concerns about being understaffed?

2 |     A.    I directed those concerns to

3 | Miss Daphne Walker.

4 |     Q.    Did you direct your concerns

5 | verbally or in writing?

6 |     A.    I directed my concerns verbally.

7 | And on occasion I believe I have sent her

8 | texts pertaining to several issues.

9 |     Q.    What do you mean by maintenance

10 | workers being underskilled?

11 |     A.    A lot of times we get guys there,

12 | younger guys there, that really didn't want

13 | to work and they were just there to pick up a

14 | paycheck. And if they went into a tenant's

15 | unit to do a job, then either they didn't

16 | complete the job in the way that it was

17 | supposed to be done or they didn't do it or,

18 | in turn, we would have to basically be there

19 | with them to show them or we'd have to do it

20 | ourself, which most times that was the case.

21 | We'd wind up doing it ourselves.

22 |     Q.    Did you raise the issue to the

23 | property manager about the unskilled labor in

24 | the maintenance department?

25 |     A.    Yes, ma'am, I did. And the

response was, again, that they were working
on it because they had such a high turnover
of employees coming and leaving.

Q.    What type of training were you
offered by Dasmen in connection with mold
abatement?

A.    I was offered no training at all
whatsoever.

Q.    Were you shown any videos on the
proper way to abate mold?

A.    Not at all.

Q.    Were you provided any documents
from the Centers for Disease Control or any
other public health agency regarding proper
mold remediation?

A.    From Dasmen, no.

Q.    Okay.  Were you -- did you see them
bring in any certified mold abaters to
address the problems at Laguna Run?

A.    At one point they brought in a
company, I do not know what company it was,
and I showed the gentlemen, the couple of
gentlemen, the apartments that they wanted me
to show them.  And it was just told to me by
the property manager that Dasmen didn't want

1  to spend that amount of money for each

2  apartment.

3      Q.    Okay.  Do you know if anyone ever

4  went unit by unit to test for mold at Laguna

5  Run on behalf of Dasmen?

6      A.    I can't say that they tested every

7  unit.  From -- for the time I was there, I

8  would say no.

9      Q.    Okay.  Based upon your personal

10 knowledge, do you know who owned Laguna Run

11 after December 14, 2017?

12     A.    If I'm not mistaken, Rhodium is the

13 owners.  And the Lynd Company, management

14 company, had taken over after Dasmen.

15     Q.    Let's talk about the physical

16 characteristics of Laguna Run if we could for

17 the moment.  Do you know how many apartment

18 units there are at Laguna Run?

19     A.    If I'm not mistaken, it was about

20 420 or better, give or take some.

21     Q.    Okay.  And during the time period

22 that you worked there, from 2017 to 2020, how

23 many of the units were vacant?

24     A.    There was a large number of units

25 that were vacant.  This is one of the reasons

1  why we had a lot of issues with doors being
2  kicked in and squatters, we finding squatters
3  in several units.
4      Q.    You had a problem with squatters at
5  Laguna Run?
6      A.    Yes, ma'am.
7      Q.    Okay.  So explain to me what you
8  encountered with regard to squatters.
9      A.    On one occasion, the property
10 manager, myself, property manager from
11 another Dasmen property, went into a
12 particular unit and there were two gentlemen
13 upstairs watching television getting high and
14 one of them had a pistol on him, at which
15 point we were like, well, we're going to just
16 leave.  He told them to leave, at which point
17 we exited the unit and they proceeded to try
18 to get in touch with NOPD.
19     Q.    How frequently did you encounter
20 squatters in vacant units at -- at Laguna
21 Run?
22     A.    It was quite frequent.  It was
23 quite frequent because of being that they had
24 so many different buildings that were spread
25 out and the maintenance staff was so small,

```
1    and the leasing staff wasn't really walking
2    the units, I guess, as they should have.
3    Then this gave the opportunity for squatters
4    to kick in doors or go through windows or
5    whatnot.
6        Q.   Okay.  If you had 420 units, let's
7    say, about how many do you think you had
8    vacant?  Is it more than 50?
9        A.   Oh, yes, by far.  I'd say maybe 80,
10   maybe 80 units.
11       Q.   Okay.  That were vacant?
12       A.   Yes.
13       Q.   Okay.  Do you know how many
14   buildings there are at Laguna Run?
15       A.   If I'm not mistaken, I think it may
16   be 32 buildings, something on that order.
17       Q.   And those buildings are numbered by
18   alphabet?
19       A.   Yes.  Yes, ma'am.
20       Q.   And I understand there's no
21   building I and there's no building L,
22   correct?
23       A.   Yes, ma'am.
24       Q.   But I think the buildings are A
25   through N?
```

1      A.    Yes.

2      Q.    Do you know what percentage of the

3  residents at Laguna Run are HANO Section 8

4  tenants?

5      A.    I can't say definitely, but I would

6  assume if not half of the tenants, more than

7  half.

8      Q.    How did you receive maintenance

9  work orders at Laguna Run?

10      A.    The manage -- the manager would

11  write out work order papers for us to fill

12  out and address the issues.  And once we were

13  finished, we had to sign off on them and put

14  them in a box that was completed.

15      Q.    So these are written documents?

16      A.    They were -- they were printed out,

17  documents that were printed out on a copier.

18      Q.    Did you also have to do work orders

19  on the telephone, on a cell phone?

20      A.    Yes, ma'am.  We also had to do work

21  orders on our telephone as well.

22      Q.    That was on your personal cell

23  phone, correct?

24      A.    Yes, ma'am.  Yes, ma'am.

25      Q.    But when you received a work order,

1    would you receive it on your cell phone or
2    would you receive it in a printed form?
3         A.    We -- most times we receive it on a
4    cell phone, but before they switched over to
5    that system, then everything was basically
6    paper.
7         Q.    Do you know at what point between
8    2017 and 2019 they switched from paper to
9    cell phone?
10        A.    I can't pinpoint it as a definite.
11        Q.    Okay.  That's fair enough.  So when
12   you completed a work order, how would you let
13   the property manager know that it was
14   completed?
15        A.    Once we completed our work order,
16   as I said, there was a box that was in the
17   assistant property manager's office where we
18   put it in the box for completed work orders.
19   And then next to that, that was open work
20   orders that hadn't been addressed yet.
21        Q.    In 2017, how many work orders were
22   you receiving on a daily basis?
23        A.    That's kind of hard to say because
24   on any given day it -- it could be maybe 15
25   to 20 something work orders a day.

```
 1        Q.     A day.  Okay.  Per person?
 2        A.     Per person.
 3        Q.     Per person?
 4        A.     Yes, ma'am.
 5        Q.     Okay.  So if we had 12 maintenance
 6   staff members, is it fair to say that each
 7   one would receive 18 to 20 in a day?
 8        A.     On occasion.  It didn't always
 9   happen like that because, as I stated
10   earlier, some of the maintenance staff was
11   not skilled to perform a lot of the work
12   orders, and which it fell back on myself and
13   Mr. Edwards.
14        Q.     The people who were skilled?
15        A.     Right.
16        Q.     So you may have 18 to 20, somebody
17   else may have 10 to 12?
18        A.     Exactly.
19        Q.     And was there a backlog in
20   maintenance work orders when you became
21   employed by Dasmen?
22        A.     Yes, it was.  At one point I can
23   recall that we had a little over 500 work
24   orders.
25        Q.     And that's work where tenants have
```

1  requested work to be done, but it had not yet
2  been done, correct?
3      A.    Exactly.
4      Q.    Okay.  Do you know how tenants
5  would request work to be done on their units?
6      A.    Yes, ma'am.  Either they would come
7  to the office and they would speak with one
8  of the leasing agents or someone in the
9  office to request a work order to be
10 performed, or if it was emergencies, most
11 times they would call in over the telephone
12 or either e-mail.
13     Q.    Were emergency work orders put
14 ahead of regular work orders?
15     A.    Sometimes they were, sometimes they
16 weren't.
17     Q.    Would you tell me what constituted
18 an emergency work order?
19     A.    Emergency work order would be
20 considered something dealing with flooding
21 water.  If you only have one bathroom and
22 that's stopped up or if there is an
23 electrical issue or an air conditioning or
24 heating issue or if there is a fire of some
25 sort.

1    Q.    What was the average response time
2    to a maintenance request at Laguna Run when
3    you worked there?
4    A.    Again, being so understaffed, some
5    days it would take, even for emergency work
6    order, it may take two or three days before
7    somebody could get to it.
8    Q.    Okay.  And because you had that
9    backlog, do you know how long that 500 work
10    order backlog had existed?
11    A.    I can't say exactly because a lot
12    of times what they would do is work orders
13    that were completed, they didn't take it out
14    of the system.  And then that made us have to
15    go back to try to see if this was done again
16    or not, whereas we could have been getting,
17    again, an emergency work order performed.
18    Q.    Who made the decision regarding
19    which work orders would be performed and
20    which would just be ignored?
21    A.    The property manager.
22    Q.    Did you ever complain to the
23    property manager that you all needed
24    additional days or hours in order to address,
25    work days or work hours to address

1  maintenance requests?

2  　　A.　　Yes, ma'am.  At one point, myself

3  as well as the maintenance supervisor in a

4  meeting on several occasions, we had

5  mentioned that we, as the maintenance staff,

6  were willing to come in on a Saturday to try

7  to help catch up with some of the work

8  orders.  And it was told by us in that

9  meeting that due to the company's religion,

10  we were not able to work on Saturdays.

11  However, they didn't have a problem with us

12  working on Sundays, which I feel I reserve

13  the right to go to church myself on Sundays

14  for my religion.

15  　　Q.　　Okay.  All right.  Do you know if

16  work orders were categorized by type?  For

17  example, is there a system that categorized

18  water intrusion versus electrical versus H --

19  HVAC work?

20  　　A.　　On some occasions that was the case

21  as well as on a lot of other occasions that

22  wasn't the case.

23  　　Q.　　Okay.  Are you familiar with how

24  Dasmen marketed the property on their

25  website?

1     A.   Yes, ma'am.  I am.  And if I may

2  say personally, I feel that they

3  misrepresented when they did this.

4     Q.   Tell me why you think it was a

5  misrepresentation.

6     A.   There were -- it was told to me by

7  some tenants that they were supposed to have

8  fireplaces and so on in some of the units,

9  which that does not exist at all.  Security

10  was just about null and void there.  The

11  security guard would come through there

12  throughout the day and basically ride a few

13  times and at 5:00 when we left, then security

14  left.  So at which point there was no

15  security at night at all other than the

16  courtesy officer that was living on property.

17     Q.   As a security guard, did he also

18  work Monday through Friday, eight to five?

19     A.   For the time that they were there,

20  yes.

21     Q.   Okay.  And it was one security

22  guard?

23     A.   Yes, ma'am.

24     Q.   Based upon your personal knowledge

25  as a maintenance tech at Laguna Run, who was

1   responsible for preventing conditions on
2   Laguna Run's premises that could adversely
3   affect the health and safety of a resident?
4           MS. EAGAN:
5                   Object to the form.
6   EXAMINATION BY MS. BAGNERIS:
7       Q.    You can answer.
8       A.    It was the responsibility, excuse
9   me, of the property manager as well as the
10  regional superintendent because at the same
11  time you have these tenants that are in dire
12  need and distress for things getting done in
13  their unit and they're just being pushed off
14  because there is a lack of skilled people
15  there as well as the lack of enough people
16  there to get the job done.
17          And I brought this to the attention
18  of the regional manager supervisor as well,
19  which, again, most of it was just brought to
20  naught.  There was much of nothing really
21  done about it until Mr. Richmond got there,
22  Brett Richmond got there.  And we started to
23  see some improvements, but, at the same time,
24  we were dealing with so much going on with
25  the condition of the units.

1    Q.    Okay.  Based upon your personal
2  knowledge as a former maintenance tech at
3  Laguna Run, who was responsible for
4  inspecting and repairing plumbing leaks and
5  water intrusion issues at Laguna Run?
6    A.    That would be on the supervis- --
7  maintenance supervisor and the regional
8  because if there was a -- if there was a bad
9  enough issue going on in a particular unit or
10 whatnot, then the regional had to be informed
11 and was supposed to come and inspect and see
12 what steps needed to be taken to correct the
13 situation.
14   Q.    How frequently did you see the
15 regional supervisor on the premises of Laguna
16 Run while you worked there?
17   A.    Some days it was five days a week
18 and sometimes it may have been once or twice
19 a week.
20   Q.    So it's fair to say the regional
21 supervisor knew about the maintenance issues
22 that existed at Laguna Run?
23   A.    That is correct.
24   Q.    Okay.  And you would assume that
25 regional supervisor was reporting it to his

1    supervisor as well, correct?

2         MS. EAGAN:

3              Object to the form.

4              You can answer it.

5         THE WITNESS:

6              Correct.

7    EXAMINATION BY MS. BAGNERIS:

8    Q.    Okay.  Based upon your personal

9    knowledge and observations as a former

10   maintenance tech at Laguna Run, was there

11   anyone outside of the maintenance staff that

12   was responsible for inspecting for mold?

13   A.    No.  There was no one there that --

14   that they sent to inspect for that until the

15   tenants started really complaining and having

16   issues with it.  And the work and the job

17   load became so overwhelming for us to where

18   we could not address all of the issues that

19   had developed.

20   Q.    Let's talk about the issues that

21   developed.  Based upon your personal

22   observations as a former maintenance tech at

23   Laguna Run, did you have a widespread issue

24   of water intrusion in the apartment units?

25   A.    Yes, ma'am.  There was very, very

1    much a lot of issues with water in several
2    different buildings that were addressed and,
3    in turn, the issues would return once again.
4        Q.    Okay.  Let's talk about the roof at
5    Laguna Run.  Have you ever been on the roof
6    of an apartment building at Laguna Run?
7        A.    Yes, ma'am.
8        Q.    How would you describe the
9    condition of the roofs at Laguna Run?
10       A.    It's quite scary, to be honest.
11       Q.    Can you elaborate on what you
12   personally observed?
13       A.    Yes.  Well, for one, going through
14   I think it is building H or J, the hatch to
15   the access of the roof was so, the wood was
16   so rotted out to where the hatch itself was
17   leaning to where, you know, we were scared to
18   even get onto the roof.
19            And at the same time, when they
20   asked us to manually pull three ton or three
21   and a half ton air conditioner units with a
22   rope from the ground up to the roof, I was
23   there at one point where a gentleman almost
24   went over the edge of the roof because the
25   rope started slipping because there was no

1  traction on the roof at all on that surface.

2      Q.    Do you know how old the roofs are

3  at Laguna Run?

4      A.    I couldn't give you a definite

5  answer on that, ma'am.

6      Q.    Did you ever personally observe

7  water pooling on the roof at Laguna Run?

8      A.    It does constantly.

9      Q.    Okay.

10      A.    Being that -- I'm sorry.  Being

11  that it's -- they are flat roofs, water just

12  sits there all the time on them.  And if you

13  go up there to perform work, a lot of times

14  you'd have to be really, really careful

15  because the surface is so slippery.  And then

16  it builds up mold on top of the roof as well

17  and algae.

18      Q.    Okay.  I'd like to show you some

19  photographs of the roofs, if I can.  May I

20  please share my screen?

21          Can you see that?

22      A.    Yes, ma'am.

23      Q.    This is an aerial photograph that I

24  screen shot from Google Earth.  The date of

25  these photographs, according to Google Earth,

```
1    is January 2020.  Do these -- does this
2    photograph accurately depict the condition of
3    the roof at Laguna Run while you worked
4    there?
5         A.    Yes, ma'am.
6         Q.    I'd like to mark this exhibit as
7    Exhibit 1 to this deposition.
8         A.    Miss Bagneris?
9         Q.    Yes.
10        A.    If I may also add, there was -- if
11   I'm not mistaken, it was building J where
12   you'd have to use two ladders to access on
13   top of the highest point of the roof.  And as
14   we got out of one of the hatches to go
15   perform our work order, the AC box, which is
16   240, 240 volts, was literally lying in the
17   water.  It was under water submerged.
18             MS. BAGNERIS:
19                  Guys, I cannot change this
20             exhibit label, so I'm going to
21             refer to it as Plaintiffs Exhibit
22             16 utilized in the deposition of
23             Mr. Ronald Edwards for the record.
24             MS. EAGAN:
25                  Yes.  I think that's fine.  We
```

```
 1            can do that for everything.
 2            Whatever you want to use, just
 3            refer to it by the Edwards
 4            deposition.
 5       MS. BAGNERIS:
 6            Thank you.  I think that makes
 7       it easier for all of us.
 8       MS. EAGAN:
 9            Yeah.  Absolutely.
10       MS. BAGNERIS:
11            Go faster.
12  EXAMINATION BY MS. BAGNERIS:
13       Q.   I'm showing you another picture
14  which was previously labeled as Exhibit 17 in
15  the Ronald Edwards deposition.  Does that
16  depict what you were describing with the
17  HVAC -- with the HVAC units on top of the
18  roof and the pooling of water on the roof?
19       A.   Yes, ma'am.
20       Q.   This is Plaintiffs Exhibit 18 that
21  was utilized in the Ronald Edwards
22  deposition.  Do you recognize what is
23  depicted in this photograph to be the roofs
24  at Laguna Run?
25       A.   Yes, ma'am, I do.
```

1      Q.    And does it accurately reflect what
2  you personally observed standing on top the
3  roof?
4      A.    Yes, ma'am.
5      Q.    The same questions with respect to
6  Plaintiffs Exhibit 19.  Does it accurately
7  reflect the conditions that you observed as
8  you were standing on the roof at Laguna Run?
9      A.    Yes, ma'am.
10     Q.    With respect to Exhibit 20, does it
11 accurately depict the conditions that you
12 personally observed while standing on the
13 roof at Laguna Run?
14     A.    Yes, ma'am.
15     Q.    With respect to Exhibit 21, does it
16 accurately reflect the conditions you
17 personally observed while standing on the
18 roof of Laguna Run?
19     A.    Yes.
20           (Whereupon, the instrument referred
21           to was marked Plaintiffs Exhibit 21
22           for identification.)
23 EXAMINATION BY MS. BAGNERIS:
24     Q.    And, to your knowledge, was the
25 roof a source of consistent water intrusion

1  into apartment units at Laguna Run?

2      A.    The roofs?  The roofs, yes, they

3  were, as well as the old pipes that were

4  existing in the units, the old cast iron

5  pipes.  Most times when we had issues like

6  that, then we'd have a 6-foot crack in the

7  pipes that would just stop up, either stop up

8  a whole building or make some units just

9  flood with toilet water.

10     Q.    With respect to the roofs in

11 particular, was this issue of the disrepair

12 of the roofs on the apartment buildings at

13 Laguna Run brought to the attention of the

14 property managers?

15     A.    Yes, ma'am.

16     Q.    Are you personally aware of that?

17     A.    Yes.

18     Q.    Okay.  Well, why weren't the roofs

19 repaired?

20     A.    That's a question I do not have an

21 answer for.  We've had roofers out there

22 several times.  And, in turn, there were some

23 units where they -- the roofers went out and

24 the units would still wind up with leaks.

25 And they would ask us to go and just

1　basically try to patch it up as best we could

2　with caulk.  And caulking can only do so

3　much.

4　　　Q.　　So were you repairing roofs by

5　caulking and patching and then seeing the

6　same problem reemerge a little later?

7　　　A.　　Yes, ma'am.

8　　　Q.　　Okay.  Based upon your personal

9　observation at Laguna Run, was window leaks

10　an issue?

11　　　A.　　Yes.

12　　　Q.　　How frequently did you observe

13　damage from leaking windows at Laguna Run?

14　　　A.　　I'd say just about every time it

15　rained.

16　　　Q.　　Okay.  And how many of the -- of

17　the units at Laguna Run, did you personally

18　observe water intrusion from a leaking

19　window?

20　　　A.　　I'll say maybe at least 40 or more.

21　　　Q.　　And when you would observe water

22　damage from a leaking window, what was the

23　process of addressing that water intrusion

24　issue?

25　　　A.　　Once again, we were asked to do as

1    best as we could with caulking around the
2    windows.  And a lot of times on the
3    windowsill, you'd get a lot of cracking of
4    the paint as well as mold and mildew on the
5    windowsills.  And a lot of times they'd just
6    ask maintenance to go and spray Kilz over the
7    mold or mildew.
8        Q.    After you'd spray the Kilz on, what
9    would you do next?
10       A.    At which point they would leave it
11   as is until it resurfaced again.
12       Q.    And did you experience times when
13   it -- when the mold resurfaced?
14       A.    Quite a few times.
15       Q.    Okay.  After you caulked these
16   windows, did they become watertight or would
17   they leak again?
18       A.    Most times they would, if they
19   were -- if they did become watertight, it
20   wasn't from the roof itself, but if it was a
21   roofing issue, then the problem would
22   continue to persist.
23       Q.    I'm showing you what has previously
24   been marked as Exhibit 37 from Mr. Edwards'
25   deposition.  Do you see that photograph?

1    A.    I do.

2         (Whereupon, the instrument referred

3         to was marked Plaintiffs Exhibit 37

4         for identification.)

5    EXAMINATION BY MS. BAGNERIS:

6    Q.    Does this accurately depict what we

7    are discussing, water intrusion from a

8    leaking window?

9    A.    Yes, ma'am.

10   Q.    In this particular instance, after

11   you addressed the leak from the window, would

12   you all take the insulation out of this wall?

13   A.    Upon occasion we would take the

14   insulation out.  A lot of times if we had to

15   do Sheetrock work, we cut four feet up and

16   we'd remove the insulation that was in that

17   area.

18   Q.    So what did you do to ensure the

19   water intrusion was not higher up in the wall

20   or affecting more of the insulation?

21   A.    At which point we would have to

22   determine if it was a leaking pipe or if it

23   was coming from the air conditioner.  And a

24   lot of times we'd have to cut the Sheetrock

25   open to track the leak down.

1    Q.    What about -- this particular unit
2  has carpet on the floor.  Assuming that that
3  carpet got wet from that leaking window,
4  would the carpet be taken out and replaced?
5    A.    Sometimes it did and sometimes it
6  wasn't.
7    Q.    Who made the call as to whether or
8  not the carpet would be replaced?
9    A.    The property manager.
10    Q.    And based upon your personal
11  observations, did the carpet smell?
12    A.    Yes.
13    Q.    And you sometimes left that there
14  because you didn't have approval to change
15  it?
16    A.    Yes.  In a lot of cases, that --
17  that was the situation.  And the management
18  staff in the office, they had a lot of issues
19  internally with some of the tenants.  And
20  they would express, well, if they didn't like
21  such and such a tenant, then they won't get
22  much to no work done in their unit.
23    Q.    And you were personally told that
24  by property management staff?
25    A.    Yes, ma'am.

1      Q.    So if a tenant was frequently
2   complaining, did you find that their
3   maintenance requests were put on the back
4   burner?
5      A.    It was at times.  As I said, if the
6   property manager or leasing agent or someone
7   in that office did not care for or like that
8   tenant, then that's exactly what they would
9   do.
10     Q.    Okay.  With respect to door leaks,
11  I'm showing you Plaintiffs Exhibit 38 from
12  the Ronald Edwards deposition.
13          (Whereupon, the instrument referred
14           to was marked Plaintiffs Exhibit 38
15           for identification.)
16  EXAMINATION BY MS. BAGNERIS:
17     Q.    Based upon your personal
18  observations as a former maintenance tech at
19  Laguna Run, were you aware of any water
20  intrusion issues from door leaks?
21     A.    Yes, ma'am.  They had quite a few
22  of those in the buildings towards the back.
23     Q.    And would you tell me what you
24  personally observed with respect to door
25  leaks?

1    A.    Okay.  A lot of -- well, a few of

2  those door leaks were still related to roof

3  leaks as well as underneath the bottom of the

4  doorway there, water would settle and pool

5  there.  And at some points with -- if they

6  got enough water, then the water would begin

7  to seep into the tenants' units.

8    Q.    Is that why there is a board there?

9    A.    There is, yes, probably so because

10 there was a hole there and it was covered.

11   Q.    What about water intrusion on the

12 siding as depicted in -- in Plaintiffs

13 Exhibit 38, did you all have issues with

14 interior water intrusion inside the siding?

15   A.    We did some occasions, but it

16 wasn't very, very frequent.

17   Q.    Was not as widespread as door leaks

18 or -- or window leaks?

19   A.    Right.

20   Q.    Let's talk about plumbing leaks.

21 You touched upon the plumbing issue or could

22 you tell me why you believe there to be such

23 a widespread plumbing issue at Laguna Run?

24   A.    Again, as I stated earlier, the

25 piping, the plumbing system in these units

```
 1   were from the seventies when the buildings
 2   were built.  And most of all of that is cast
 3   iron.  And I would say in every building you
 4   would have if not three or four different
 5   wall leaks because of the cast iron pipes
 6   that have corroded.
 7       Q.    Okay.  Was there ever an attempt to
 8   change out the cast iron pipes for PVC pipes
 9   system wide?
10       A.    Not system wide.  It was based on a
11   unit, per unit.  If there was an issue in
12   that unit, then that's all the, that's the
13   only thing that we dealt with as far as that
14   particular leak.
15       Q.    Okay.  Let's talk about the
16   plumbing leaks in building G.  Do you recall
17   the plumbing problem in building G that
18   caused feces and urine to run down the wall?
19       A.    Yes, ma'am.  I'm quite familiar
20   with that building.  There was a tenant in
21   that building that literally came to me
22   crying because it was her birthday and she
23   was having company over, but, at the same
24   time, the plumbing from that building had
25   backed up to every unit on the first floor
```

1  had feces water coming through their kitchen
2  sink as well as their bathtub, their toilets.
3      Q.    And was the urine and feces also
4  running down the walls in those units?
5      A.    Yes, ma'am.  There was occasions
6  where that would happen as well or there
7  would be urine in light fixtures on the first
8  floor.
9      Q.    Okay.  And do you recall if that
10  tenant was Janice Morgan, whose birthday it
11  was who had to deal with that?
12      A.    Yes, ma'am.
13      Q.    Okay.  And do you recall Janice
14  Morgan speaking to a reporter about this
15  issue, the reporter being Sherman Desselle?
16      A.    Yes, ma'am, I do.
17      Q.    And do you recall Janice Morgan
18  being evicted after speaking to the reporter?
19      A.    Yes, ma'am, I do remember that.
20  She had spoken to me and she had said this to
21  me personally herself out of her mouth to me,
22  that she was being evicted because she spoke
23  with the news reporter.
24      Q.    Are you aware of anyone in the
25  leasing office or property management office

1  who stated that anyone caught speaking to the
2  media would be evicted?
3       A.    I do recall hearing that coming
4  from the property manager as I was passing
5  through the office at one particular point in
6  time when the media started setting up
7  outside of the complex.
8       Q.    And, in fact, there were several
9  residents who were outside of the gate of
10 Laguna Run speaking to a reporter with
11 Miss Morgan, is that correct?
12      A.    Yes, ma'am, it is.
13      Q.    What was going on inside of the
14 office while the interview was going on
15 outside?
16      A.    The office staff basically kind of
17 just walked around and made certain that we
18 as employees didn't speak to anyone from the
19 media.
20      Q.    Were you all told not to speak to
21 the media?
22      A.    Yes, ma'am.
23      Q.    Okay.  What specifically were you
24 told?
25      A.    By the office manager we were told

1   that under no circumstances were we able --
2   are able to speak with the news media at all
3   or nor should we allow them on the property.
4       Q.    Switching gears.  Based upon
5   your -- let me just ask.  You personally
6   observed the conditions of Miss Morgan's
7   apartment, correct?
8       A.    Yes, ma'am.  I went into that unit
9   several times to try and mop up and do what
10  we could to rectify the problem.  However,
11  the issue was larger than our scope of
12  things.  And they called, I think it was
13  Dr. Pipe out or Blue Flash, and they came and
14  tunneled through the plumbing system.  And
15  this happened again after they did this,
16  maybe three or four days it occurred again.
17      Q.    It occurred more than once in
18  building G, correct?
19      A.    Yes, ma'am.
20      Q.    Was there a similar situation in
21  building U?
22      A.    Yes, it was.  You had the same
23  situation.  A lot of the issues in U building
24  was from either AC, air conditioners not
25  being maintained, maintained, you know, over

```
 1    a long period of time, as well as the -- the
 2    cast iron issues of the plumbing.
 3         Q.    Given that it's a cast iron pipe
 4    issue, and these pipes are deteriorating,
 5    based upon your personal experience, this is
 6    going to be a problem in each of the
 7    buildings as the pipes corrode, correct?
 8              MS. EAGAN:
 9                   Object to the form.
10              THE WITNESS:
11                   Yes, ma'am.
12    EXAMINATION BY MS. BAGNERIS:
13         Q.    Could you describe for us the HVAC
14    issues that you personally observed when you
15    worked at Laguna Run.
16         A.    Yes, ma'am.  A lot of the AC
17    issues, sometimes if we went up onto the
18    roof, there were even units that were -- had
19    tenants, new move-in tenants, and there was
20    no AC condenser unit at all on the roof for
21    that unit.  We've also ran into issues where
22    the AC units were so filthy and motors being
23    burned out because they were overworking so
24    hard from not being maintained as they should
25    have.
```

1    Q.    How widespread was the HVAC problem
2  at Laguna Run?
3    A.    I'd say at every building.
4    Q.    How widespread was the cast iron
5  pipe problem at Laguna Run?
6    A.    Every building.
7    Q.    How widespread was the mold
8  intrusion at Laguna Run?
9    A.    Every building.
10   Q.    Were you present at Laguna Run on
11 August 29, 2019 when the City of New Orleans
12 Code Enforcement Department came out?
13   A.    Yes, ma'am.
14   Q.    Did you walk through the buildings
15 with Mr. Winston Reid of Code Enforcement?
16   A.    Yes, ma'am.
17   Q.    Did you also walk through with the
18 state fire marshal?
19   A.    Yes, ma'am.
20   Q.    Okay.  I'd like to show you some
21 documents.  Is that Mr. Winston Reid on the
22 left?
23   A.    Yes.
24   Q.    Is that the state fire marshal on
25 the right of Exhibit 22?

1      A.     Yes, it is.

2      Q.     I'd like to attach that as an

3   exhibit to this depo.

4             (Whereupon, the instrument referred

5             to was marked as Plaintiffs Exhibit

6             22 to the deposition.)

7   EXAMINATION BY MS. BAGNERIS:

8      Q.     What are we looking at in Exhibit

9   23?

10     A.     You are looking at the inside of

11  the unit apartment, I think that's R207.

12  This is the mold issue that has been going on

13  in that unit for months.  That particular

14  unit, when they had people come down from

15  their home office, walked to the door of that

16  unit and would not step in.  They stuck their

17  head in and would not go in.  However, they

18  asked myself as well as another maintenance

19  guy to go in and to take pictures without any

20  proper PPE on at all.

21     Q.     Okay.  But who was there from home

22  office that wouldn't step in?

23     A.     It was -- I can't recall the names.

24  I think Alex may have been one of them, but

25  it was about four or five people from the

1    home office that walked, and the property
2    manager showed the worst units, which this
3    being one.
4        Q.    Okay.  And was this in close
5    proximity to the day that Code Enforcement
6    went out there?
7        A.    Yes.
8        Q.    Was it before or after Code
9    Enforcement came out?
10       A.    This was before Code Enforcement
11   came out.  And it existed, I'll say, maybe
12   two or three weeks after.
13       Q.    Okay.  And you said that this
14   situation had been like this, this mold
15   intrusion had been like this for a few
16   months.  Do you know how many months it
17   existed like this?
18       A.    I would say well over seven to nine
19   months.  I've spoken with the tenant several
20   times about the issue concerning the leak.  I
21   had recognized the leak to have been coming
22   from the air conditioning unit.  And it was
23   never addressed to have been fixed.  Again,
24   being understaffed, and which we are, and I'm
25   not HVAC certified, so it wasn't an issue

1   that I could address to solve the problem.

2       Q.    And just to be clear, a tenant was

3   living in the apartment while it looked like

4   this?

5       A.    Yes, ma'am.  And they lived in it

6   for a short period of time after it got worse

7   than that.

8       Q.    Oh, Lord.  Okay.  This is

9   Plaintiffs Exhibit 24 from the Ronald Edwards

10  deposition.  Can you tell me what we're

11  looking at here?

12      A.    This is the -- on the other side of

13  the AC closet in the same unit R207.  And the

14  water issue again was coming from the AC

15  lines above it.

16      Q.    I'm showing you Plaintiffs Exhibit

17  25.  Can you tell me what we're looking at

18  here?

19      A.    That seems to be one of the closets

20  in the unit to where the issue was beyond us

21  really wanting to have to go into the unit

22  because, again, we didn't have proper PPE to

23  go into these units, but, on occasion, even

24  once the property manager asked for me to go

25  in there personally with her telephone and

1    take pictures, and with no PPE, I just raised
2    my shirt over my nose as best I could to try
3    to take pictures.
4        Q.    Why didn't the property manager go
5    in to take the pictures?
6              MS. EAGAN:
7                  Object to the form.
8              THE WITNESS:
9                  I asked the same question.  And
10             her response was I'm not going in
11             there.
12   EXAMINATION BY MS. BAGNERIS:
13       Q.    Okay.  I'm now showing you
14   Plaintiffs Exhibit 26.  Can you tell us what
15   is reflected in this photograph?
16       A.    Yes, ma'am.  That's one of the
17   bedrooms in the same unit.  It had gotten to
18   the point to where obviously you can see the
19   mold literally was from the floor up the
20   wall, on the ceiling and the ceiling fans.
21       Q.    And were ceiling collapses
22   commonplace at Laguna Run?
23       A.    Yes, ma'am, they were.
24       Q.    How frequently would a ceiling
25   collapse due to a water intrusion issue?

```
 1        A.    We could have maybe one or two
 2   ceilings collapse a week.
 3        Q.    I'm now referring you to Plaintiffs
 4   Exhibit 27.  Can you tell me what is depicted
 5   in that exhibit?
 6        A.    This is another closet as well, if
 7   I'm not mistaken, in that same unit, where
 8   you can see that the mold has just overtaken
 9   the inside of the Sheetrock just about on
10   every wall in that unit.
11        Q.    And what is that object inside of
12   the closet, do you know?
13        A.    It seems to be a chair and a
14   walker.
15        Q.    Do you know if the tenant who was
16   residing in this particular unit was elderly?
17        A.    I do not know for certain -- not
18   R207, the tenant was not elderly, no, ma'am.
19        Q.    Plaintiffs Exhibit 28, can you tell
20   me what is depicted in this photograph?
21        A.    Yes, ma'am.  This is actually a
22   photograph that, one of the photographs that
23   we're looking at that I had taken in one of
24   the bedrooms in that unit.
25        Q.    And is that mold on the wall
```

1  underneath that light switch?

2      A.    That is certainly mold under the

3  wall -- on the wall that's to the left there.

4      Q.    And what was the source for the

5  water intrusion that led to that mold there?

6      A.    It was plumbing issues.

7      Q.    Plaintiffs Exhibit 29, can you tell

8  me what is depicted here?

9      A.    Yes, ma'am.  This is another

10 bedroom in that unit where mold had again

11 overtaken the unit in one of the bedrooms.

12     Q.    So, Mr. Chaney, is this rare?  I

13 mean, is this one of the few units at Laguna

14 Run that looked like this?

15     A.    Unfortunately, ma'am, no.  These

16 are all pictures that I personally had taken

17 because of my concerns pertaining to my

18 health as well.

19     Q.    So was -- was mold present in

20 apartment units in every building at Laguna

21 Run that looked like this?

22     A.    Not every building, but I would say

23 maybe every two or three buildings you may

24 have a unit to where it may be that bad or on

25 its way to getting that bad.

1      Q.    Okay.  So every two or three units
2    might look like this?
3            MS. EAGAN:
4                No, no.  Object to the form.  I
5            don't think that's what he said.
6    EXAMINATION BY MS. BAGNERIS:
7      Q.    Rephrase it in your own words for
8    me, please.  How frequently would you
9    encounter a unit that looked this bad with
10   mold intrusion?
11     A.    Okay.  Depend- -- I guess depending
12   on the tenants' complaints, because a lot of
13   times they would have tenants that would for
14   some reason unbeknownst to me would not
15   complain about mold.  I've had one tenant
16   tell me that they didn't complain because
17   they didn't want to lose their Section 8
18   voucher.
19     Q.    Okay.  So is it a fair statement
20   that every building had mold, but -- but some
21   to a greater extent and some to a lesser
22   extent?
23     A.    Exactly correct.
24     Q.    I'm showing you Plaintiffs Exhibit
25   30.  Can you tell me what is depicted here?

1      A.     Yes, ma'am.  This is another
2  picture, again, that I had taken.  And I'm
3  not certain if you all could see closely
4  enough, but there is actually mold that's
5  growing on the furniture.  I'd say maybe
6  about an inch and a half of mold that's
7  growing on to the furniture.  And this is one
8  of the reasons why the tenant left just about
9  all of their furniture there.
10     Q.     Do you know if tenants were
11 reimbursed for their personal property that
12 was damaged by mold at Laguna Run?
13     A.     I do not.  Unfortunately, I don't.
14     Q.     Did you frequently observe the
15 tenants' furniture being ruined by mold
16 intrusion at Laguna Run?
17     A.     Yes, ma'am.
18     Q.     I'm showing you Plaintiffs Exhibit
19 31.  What is that a picture of?
20     A.     It is kind of hard for me to see.
21 I think -- it looks like a wall -- excuse
22 me -- near the hallway.
23     Q.     Did you take this picture?
24     A.     I don't think this is one of the
25 ones I've taken or, if I had, it's not one I

1   recall.

2       Q.    Okay.  So these are in the Code

3   Enforcement records.  Did you provide some of

4   these photos to Code Enforcement?

5       A.    I did.

6       Q.    Okay.  Were you asked to do so by

7   Code Enforcement?

8       A.    They didn't ask me to.  I

9   volunteered to show them the pictures that I

10  had.  Again, because of my concern for my

11  health as well as the health of the tenants

12  and their families.

13      Q.    I'll show you Plaintiffs Exhibit

14  32.  Can you tell me what's depicted here?

15      A.    Yes, ma'am.  This is the living

16  room area of that unit where the mold, you

17  can see, is grown -- has grown on to the

18  walls.  And if you kind of look carefully, on

19  the ottoman there you could almost see where

20  the mold has grown on to that furniture as

21  well.

22      Q.    Plaintiffs Exhibit 33, what is

23  depicted here?

24      A.    This is an AC vent underneath the

25  air conditioner closet where it is obviously

1   seeing that there is mold there as well as
2   the ventilation system is filthy.
3       Q.    I don't think I used this in the
4   last deposition, so I will give this a new
5   exhibit number.  Can you tell me what's
6   depicted in this photograph?
7       A.    Yes, ma'am.  It is a collapsed
8   ceiling due to the water leak coming from the
9   cast iron pipes as well as the mold that's on
10  the ceiling.
11      Q.    Can you tell me what's been
12  previously depicted as Plaintiffs Exhibit 34?
13      A.    Okay.  This is where a quadruple
14  shooting occurred at, if I'm not mistaken, in
15  building Q.
16      Q.    Okay.  And what's that on the
17  railing and on the wall?
18      A.    That's blood that's on the railing
19  and on the wall.  And, if you look closely,
20  you can see the bullet holes in the
21  Sheetrock.
22      Q.    Okay.  And were you present at work
23  on the day that this occurred?
24      A.    Yes, ma'am.  I actually heard the
25  shots as I was coming from doing the work

1    order.  And I kind of saw everything unfold.

2         Q.    What did you see?

3         A.    I saw, as I kind of went towards

4    the building Q, I saw a gentleman that had

5    been shot laying on the ground and some

6    people were around him.  And as I got to

7    building Q on the stairwell, I saw a

8    gentleman there deceased that had gotten

9    shot.  As I went up the stairs into the unit,

10   you can see where there was a literal gun

11   battle in the hallway.

12        Q.    Was this unusual at Laguna Run to

13   have a gun battle?

14        A.    Unfortunately not, ma'am.  As a

15   matter of fact, that same day that this

16   occurred in another building, H, there was a

17   gunman that was masked up running through

18   that building with an assault rifle.

19        Q.    How did you feel about your safety

20   working at Laguna Run, Mr. Chaney?

21        A.    It kept me on pins and needles,

22   even to the point to where I started bringing

23   my firearm with me to work.  And in the

24   evening times, if I was on call, I definitely

25   had to have my firearm with me, which made my

1  job that much more harder to try to get a job

2  completed with a gun on my waist and not

3  knowing if at any given time, you know,

4  someone is going to start shooting.

5      Q.   Did any of your co-workers express

6  to you that they also had fears for their

7  safety working at Laguna Run?

8      A.   Yes, ma'am.  This was just about on

9  a daily basis.

10     Q.   Did you all partner up to do work

11  assignments after this day?

12     A.   That lasted maybe three days after

13  that and it was back to -- to normal with

14  everything else from there.

15     Q.   Did any of your co-workers also

16  decide to start carrying weapons for their

17  personal safety?

18     A.   To my knowledge, there was some

19  office staff that decided to carry their

20  firearms as well.

21     Q.   Okay.  Did any of the residents

22  express to you concerns for their personal

23  safety at Laguna Run?

24     A.   Yes.  There were quite a few

25  residents.  I can remember one occasion where

1    a gentleman went into O building to pick up
2    his son for the weekend and two gentlemen had
3    a verbal altercation which led to gunfire.
4    And the gentleman that came to that building
5    to pick up his son did get shot.
6        Q.    Can you tell me what is depicted in
7    Plaintiffs Exhibit 35?
8        A.    Yes.  This is where you can tell
9    there is water that has run down the wall of
10   this unit.
11       Q.    Okay.  And we've already talked
12   about Plaintiffs Exhibit 37.
13            Can you tell me what's depicted in
14   Plaintiffs Exhibit 36?
15       A.    Yes, ma'am.  This is an electrical
16   conduit that has been pulled out of the wall
17   on side of the building.
18       Q.    Okay.  And was this cited as a code
19   violation by the Code Enforcement Department?
20       A.    Yes, ma'am.
21       Q.    What about Plaintiffs Exhibit 39,
22   can you tell me what we're looking at there?
23            (Whereupon, the instrument referred
24            to was marked Plaintiffs Exhibit 39
25            for identification.)

```
 1              THE WITNESS:
 2                   Yes, ma'am.  You have wires
 3              that are hanging from the ceiling
 4              in one of the little utility
 5              closets where work obviously had
 6              been started at some point in time
 7              that was never completed.  And for
 8              the duration that I was there at --
 9              at Laguna Run, that closet stayed
10              the same for the period of time
11              that I worked there.
12    EXAMINATION BY MS. BAGNERIS:
13         Q.    Even after Code Enforcement created
14    them for that?
15         A.    For awhile after because after they
16    were cited, and the incident I had with the
17    leasing agent, then they moved me to another
18    property.
19         Q.    Okay.  Can you tell me what's
20    depicted in Plaintiffs Exhibit 40?
21         A.    Yes, ma'am.  This is an electrical
22    panel that has no door on it at all.
23         Q.    Okay.  And was this created by the
24    code enforcement office for the city?
25         A.    Yes, ma'am.
```

1    Q.    Okay.  And do you know why there's
2  no door on this electrical panel?
3    A.    No, ma'am, I do not.
4    Q.    Was that a frequent observation of
5  no door on electrical panels at Laguna Run?
6    A.    Yes.  You could probably find that
7  in -- at maybe every other building or every
8  other two buildings you had, you know,
9  situations like that.
10    Q.    What are we looking at in
11  Plaintiffs Exhibit 41?
12    A.    You are looking at a hole
13  underneath the foundation of that particular
14  building where rodents would come and go at
15  random throughout the day.
16    Q.    Was there a rodent infestation
17  problem at Laguna Run?
18    A.    Yes, ma'am.  They had rodent
19  infestation as well as insect infestation as
20  well.
21    Q.    How prevalent was the rodent
22  infestation at Laguna Run?
23    A.    I've heard from some tenants where
24  it's like they told me that they can hear the
25  rats, you know, in the walls.  I've had one,

1    a couple of units, where they also had bats
2    living in the units in the -- the AC
3    ventilation system.
4        Q.    Did you personally observe rodents
5    in the building at Laguna Run?
6        A.    Yes, ma'am.  One particular unit I
7    went to do a make-ready to get ready for, get
8    the unit ready for it to be rented out, and I
9    noticed on the blinds something that I
10   thought was just, you know, somebody may have
11   thrown mud on the blind or whatnot.  And I
12   walk up to it, and as I got closer I saw that
13   it was a bat.
14       Q.    A bat?
15       A.    Yes.
16       Q.    So these holes around the buildings
17   in the ground, did you all call some type of
18   exterminator to come deal with the rodent
19   infestation problem?
20       A.    I do not know how or if the
21   property manager had addressed that.
22       Q.    Do you know how the bats were
23   getting into the buildings?
24       A.    Being that the building is so old,
25   there was a lot of areas that were

```
 1    compromised or could have been compromised
 2    where the bats were able to get in.  There
 3    was once a courtesy officer that worked there
 4    around the time I first started working at
 5    that complex.  And he told me that he could
 6    not even go into one of the bedrooms because
 7    bats would come and go in and out of that
 8    bedroom frequently.
 9         Q.   Was the rodent infestation problem
10    in every building?
11         A.   I would say so because there is a
12    lake that sits in the middle of there.  And a
13    lot of times we've even had poisonous water
14    moccasins in tenants' units.
15              There is a gentleman that lived in
16    D building.  I can actually say that I
17    witnessed that he cut off the head of about
18    30 or 40 water moccasins that came out of the
19    lake.  Yes.
20         Q.   So there was also a water moccasin
21    infestation problem at Laguna Run?
22         A.   Yes, ma'am.
23         Q.   And issues like we see depicted in
24    Exhibit 41 allowed access to the building to
25    rodents, bats and water moccasins?
```

```
 1          MS. EAGAN:
 2               Object to the form of the
 3          question.
 4   EXAMINATION BY MS. BAGNERIS:
 5       Q.    Correct?
 6       A.    Yes, ma'am.
 7       Q.    And you personally observed him
 8   dealing with water moccasins in his unit?
 9       A.    They were actually right outside of
10   his unit because the way his building is set
11   up, on the back end where his sliding door
12   is, that's where the lake is.  And a lot of
13   times he'd go out there to socialize or
14   whatnot, and most of his time was spent
15   killing snakes.
16       Q.    Did you all spread Snake Away along
17   the perimeter of the lake?
18       A.    We were not asked to, no.
19       Q.    There are children who live in this
20   apartment complex.  Were you all not
21   concerned for the safety of the children with
22   the presence of water moccasins near the
23   apartment buildings?
24          MS. EAGAN:
25               Object to the form of the
```

1      question.
2            THE WITNESS:
3                  Yes, ma'am.  These are issues
4            that I have also brought to the
5            property manager as well as there
6            were two maybe five-, six-foot
7            alligators in that lake as well.
8      EXAMINATION BY MS. BAGNERIS:
9            Q.    Can you tell me why there is no
10     fence around the lake at Laguna Run?
11           A.    That I cannot ask -- I can't
12     answer.  I'm sorry.  At one point there was a
13     lot of trash where tenants would throw sofas
14     and so on into that lake.  And the regional
15     manager even had the nerve to ask me to use
16     my personal vehicle to hook something up to
17     pull a sofa out of the lake, and which I
18     refused.
19           Q.    I've heard from tenants that a
20     child drowned in that lake.  Do you have any
21     personal knowledge of that?
22           A.    Yes, ma'am.  Unfortunately, this is
23     an incident where the child, the toddler,
24     veered from inside his unit where he lived.
25     And there's a hole in the back gate of I

1  think that's building V, and it's easily
2  accessible to go straight to the canal.  This
3  is a hole someone cut in the fence to get
4  into the apartment complex as opposed to
5  walking around to come through the front
6  gate.
7      Q.    And this hole in the back on the
8  gate near apartment -- apartment building V,
9  was it repaired after the child drowned?
10      A.    No, ma'am.  It was not repaired.  I
11  mean, going to at least a year and a half,
12  two years in, that it had not been repaired.
13  I had even taken a picture of it and shown it
14  to the property manager again in hopes that
15  something could be done to rectify this
16  problem because if surely one child could get
17  through there and lose his life, it could
18  happen again.
19      Q.    The hole in the gate near building
20  V, does that also allow for the squatters, as
21  you described, to come into the apartment
22  complex?
23      A.    Yes, ma'am.  As well as -- and
24  that's the side where the service road is,
25  but on the other side of the complex where

1　　Morrison Road is, that was the same issue and
2　　case as well where at one point there was no
3　　fencing there for maybe a 20-yard span, a
4　　fencing that was missing.  I brought it to
5　　the attention of the project manager.  And it
6　　took maybe two months before it was
7　　addressed.
8　　　　　Q.　　Are there any other holes in the
9　　fence at Laguna Run that allow access to the
10　　property by trespassers?
11　　　　　A.　　Yes, ma'am.  Along the iron rod
12　　fence that -- that is on the property, there
13　　is a lot of parts where tenants may have
14　　broken the bars to come through with easy
15　　access or to have to keep from going all the
16　　way around to the front entrance.
17　　　　　Q.　　And these issues have not been
18　　addressed?
19　　　　　A.　　Some of them were.  And it took
20　　quite awhile for them to be addressed.
21　　　　　Q.　　The alligators, when there would be
22　　alligators in the lake, how would you all
23　　have them removed?
24　　　　　A.　　As the maintenance staff, that
25　　wasn't a subject we were willing to deal

1    with.  I mean, management was aware of it.

2    They do have signs there that says do not

3    feed the snakes or alligators, which I kind

4    of find really, you know, preposterous

5    because it's -- I just don't get the logic of

6    it.

7         Q.    Okay.  So are you telling me that

8    the property management company posted signs

9    saying do not feed the snakes or alligators?

10        A.    Yes, ma'am.

11        Q.    How long have those signs been up?

12        A.    Those signs, if I'm not mistaken,

13   those signs were up before I got there.

14        Q.    And they're still up -- they were

15   still up as of the time you left working

16   there?

17        A.    Yes, ma'am.

18        Q.    Can you tell me what is depicted in

19   Exhibit 42?

20        A.    It seems that this is an AC drain

21   line where the cap is not on the AC drain

22   line for the unit to function correctly.

23        Q.    Was this a common problem in all of

24   the buildings at Laguna Run?

25        A.    You would find it in a large -- a

1    large percentage of the buildings.

2        Q.    And what does this cause?

3        A.    This, if there's a leak there or if

4    it's stopped up, then it will begin to cause

5    a water leak issue because the AC pan would

6    overflow causing water to begin to leak.  Or

7    if the line, the AC drain line was not

8    connected, which we ran into that problem

9    sometimes, or if it was cracked or permeated,

10   this would be the issue of a lot of water

11   leaks as well.

12       Q.    Do you know how old these air

13   conditioning units are at Laguna Run?

14       A.    No, ma'am.  I can't say.

15       Q.    Okay.  I'm showing you what was

16   marked as Plaintiffs Exhibit 43 from the

17   Ronald Edwards deposition.  This is a photo

18   that was taken of Joshua Akeem.  Are you

19   familiar with his apartment unit?

20       A.    Yes, ma'am, I am.

21       Q.    Can you tell me what is depicted in

22   Plaintiffs Exhibit 43?

23       A.    Yes, ma'am.  The maintenance person

24   there seems to have cut out the Sheetrock in

25   order to find the source of the leak in the

1   wall from the plumbing system.

2        Q.    Okay.  I show you Plaintiffs

3   Exhibit 44 taken by Mr. Akeem.  Can you tell

4   me what this photograph depicts?

5        A.    It seems to be the ceiling.  I

6   can't say definitely at which unit that is,

7   unfortunately, because I've seen so many

8   units like that throughout the complex.

9        Q.    How many units have you seen with a

10  gaping hole in the ceiling like this at

11  Laguna Run?

12       A.    I've seen quite a few.  I'll say

13  maybe 25 to 30 or a few more.

14       Q.    Plaintiffs Exhibit 45 appears to be

15  a photograph of a laundry room.

16       A.    Yes, ma'am.

17             (Whereupon, the instrument referred

18             to was marked Plaintiffs Exhibit 45

19             for identification.)

20  EXAMINATION BY MS. BAGNERIS:

21       Q.    And there's a plastic container

22  there on the floor that appears to have water

23  in it.  Was this a commonplace occurrence at

24  Laguna Run?

25       A.    Yes, ma'am.  In several of the --

well, I'd say honestly, majority of the
laundry rooms there was either a collapsing
ceiling or a lot of water damage.

Q.    Was there also mold in the majority
of the laundry rooms at Laguna Run?

A.    Yes, ma'am.

Q.    This is a photograph of the
bathroom in Mr. Akeem's apartment.  Can you
tell me whether or not you personally
observed this for yourself?

A.    Yes, ma'am.  I did.

Q.    And what is that on his ceiling?

A.    That is mold on the ceiling.  And
also by the air conditioner vent.

Q.    Do you know how long this condition
lasted in Mr. Akeem's unit before it was
addressed?

A.    It lasted maybe a couple of months.

Q.    This is also a photograph from
Mr. Akeem's unit.  Can you tell me what's
depicted here?

A.    Yes, ma'am.  That's where the
ceiling is beginning to cave in due to water
exposure.

Q.    Okay.  Mr. Akeem made complaints to

```
 1    the management about the condition of his
 2    unit.  Are you aware of that?
 3         A.   Yes, ma'am.
 4         Q.   What happened to Mr. Akeem after he
 5    made those complaints?
 6         A.   Personally, I had been in the
 7    management office there and I've heard the
 8    leasing agents as well as the manager express
 9    disgust with having to deal with this tenant.
10         Q.   Was Mr. Akeem evicted after
11    speaking to the media?
12         A.   Yes.  He --
13         MS. EAGAN:
14              Object to the form.
15         THE WITNESS:
16              Yes, ma'am.  Mr. Akeem was
17         evicted.
18    EXAMINATION BY MS. BAGNERIS:
19         Q.   All right.  I'd like to talk to you
20    for a minute about the remediation efforts
21    with respect to the mold.  Were you provided
22    with -- with a gadget that looked like this
23    to test for water intrusion in the units at
24    Laguna Run?
25         A.   No, ma'am.  We weren't provided
```

1    with anything to test for moisture or mold in
2    the units.
3         Q.    Okay.  That's Plaintiffs Exhibit 15
4    from the Ronald Edwards deposition.  Were
5    you -- you mentioned PPE a few times.  And I
6    would like to know if you were provided with
7    an N95 respirator in order to remove the mold
8    at Laguna Run.
9         A.    No.  We weren't provided with one
10   of those.  I had spoken to I think it was
11   Mr. Richmond at some point, and I told him I
12   did have my own respirator from previous work
13   that I had done at a construction site, but I
14   didn't have the filters or anything, so it
15   did me no good to bring it.
16        Q.    Were you advised by Dasmen that you
17   should wear an N95 respirator when performing
18   mold abatement?
19        A.    No, I was not.
20        Q.    Were you advised by Dasmen that you
21   should utilize goggles or other eye
22   protection when addressing the mold at Laguna
23   Run?
24        A.    No, ma'am, I was not.
25        Q.    Were you provided any goggles when

1   you were addressing the mold at Laguna Run?

2       A.    No.

3       Q.    Were you advised by Dasmen that you

4   should wear long-sleeved shirts when

5   addressing mold at Laguna Run?

6       A.    No.

7       Q.    Were you provided any long-sleeved

8   shirts to wear when performing the mold

9   abatement?

10      A.    No.

11      Q.    Were you provided with protective

12  gloves by Dasmen to use when addressing the

13  mold at Laguna Run?

14      A.    No.

15      Q.    Were you advised by Dasmen that you

16  should wear protective gloves when addressing

17  mold?

18      A.    No.

19      Q.    Were you advised by Dasmen that you

20  should wear long pants when addressing mold?

21      A.    No.

22      Q.    Were you provided long pants by

23  Dasmen to address the mold?

24      A.    We were provided long pants as a

25  part of our uniform.

1     Q.    Okay.  But you were not advised
2  specifically to wear them to address the
3  mold?
4     A.    No, ma'am.
5     Q.    Were you provided with waterproof
6  boots by Dasmen to address mold?
7     A.    No.
8     Q.    Were you advised by Dasmen that you
9  should wear waterproof boots to address mold?
10    A.    No.
11    Q.    This is the pamphlet from the
12 Centers for Disease -- from the Centers for
13 Disease Control, Mr. Chaney.  Have you ever
14 been provided with any documentation like
15 this by Dasmen advising you what the proper
16 attire is before entering a home or building
17 with mold?
18    A.    No.
19    Q.    You can't see it on this particular
20 document because it is blurred at the bottom,
21 but it states that if you are asthmatic, that
22 you should avoid situations with mold.  Were
23 you advised of that by anyone at Dasmen?
24    A.    No, ma'am, I was not.
25    Q.    Are you asthmatic?

1    A.    Yes, I am.

2    Q.    Did your employer know that you

3    were asthmatic?

4    A.    Yes, ma'am.  It was on the

5    paperwork that I filled out for my

6    application.

7    Q.    Did you express any concerns to the

8    property managers about you dealing with the

9    mold given your asthma?

10    A.    Yes, ma'am.  At -- on times.  It

11    was just kind of shrugged off or I was looked

12    at as if it was a job that I just didn't want

13    to do.

14    Q.    This is another document from the

15    Centers for Disease Control.  And it speaks

16    about minimizing exposure or potential health

17    risks from conducting a mold remediation

18    project and taking the precautions that you

19    and I had just discussed, including wearing

20    respiratory protection such as an N95 mask,

21    protective clothing.  Were you told to take

22    your clothing off and launder it or discard

23    it after mold remediation?

24    A.    No, ma'am, we were not.

25    Q.    I would like to mark this as an

1  additional exhibit.

2         COURT REPORTER:

3              Suzette, that will be 59.

4         MS. BAGNERIS:

5              59.  Correct.

6         (Whereupon, the instrument referred

7         to was marked Plaintiffs Exhibit 59

8         for identification.)

9  EXAMINATION BY MS. BAGNERIS:

10     Q.    Given that you were asthmatic, did

11 you experience any exacerbation or worsening

12 of your asthma as a result of working at

13 Laguna Run?

14     A.    Periodically I would have asthma

15 attacks.

16     Q.    Okay.  And did you find that your

17 asthma attacks were the same as they were

18 before you worked at Laguna Run?

19     A.    No.  They kind of increased due to

20 the fact of going into so many different

21 units which mold was present.  A lot of

22 times, even in building J, there was a really

23 bad mold issue and the tenant that lived

24 above that building was pregnant and she was

25 stating to the management that she could

1  smell the mold through the air conditioner
2  vents.
3      Q.    Do you know if children were
4  removed from the buildings when it was
5  determined that there was mold in them?
6      A.    A couple of occasions I think they
7  may have moved a couple of families to
8  another unit.
9      Q.    But the unit that they moved them
10 to, did they test prior to moving them into
11 that unit to ensure that there wasn't mold
12 there, too?
13     A.    To my knowledge, this is not what
14 was performed.
15     Q.    When you would perform mold
16 remediation in these units, were there
17 sometimes units where children were living?
18     A.    Most times, yes, it was.  And we
19 were actually not performing mold remediation
20 because I brought it to the property
21 manager's attention that, to the best of my
22 knowledge, that mold has to be removed.  It
23 can't just be remediated.
24     Q.    And do you know if potential
25 tenants were warned of the presence of mold

1   in these units before they moved into them?

2       A.      Not to my knowledge at all.

3       Q.      Did you experience any skin

4   problems or rashes as a -- that you claim to

5   be the result of mold exposure at Laguna Run?

6       A.      I would not say particularly that I

7   would contribute rashes or anything to that

8   because we were just exposed to so much on a

9   day-to-day basis, you know.  It would be kind

10  of hard to tell what came from what.

11      Q.      Okay.  What about coughing or

12  wheezing, did you experience coughing or

13  wheezing that you claim resulted from your

14  exposure to mold at Laguna Run?

15      A.      Yes, ma'am.

16      Q.      Was it different from what you

17  experienced prior to working at Laguna Run?

18      A.      Yes, it was.  Because it was like a

19  more irritating hacking cough that would come

20  during the night a lot of times.

21      Q.      Okay.  When you would do a mold

22  remediation project and go home, were you

23  around your family members when you went home

24  with the same clothes on?

25      A.      Yes, ma'am, I was.

1    Q.    Were you advised by Dasmen that you
2    should take that clothes off and not be
3    around your family?
4    A.    I wasn't informed of anything at
5    all.
6    Q.    While you served as a maintenance
7    tech at Laguna Run, did you experience any
8    difficulty breathing that you claim as a
9    result of exposure to mold at Laguna Run?
10    A.    There were some occasions where we
11    would go into a unit and it's like I could
12    not go in there.  At some point once you
13    start going into the back room where the
14    larger issue of the molds -- mold was, I
15    literally would have to turn around.
16            We've also had, I think it was the
17    same day that home office had their people
18    walking around, and they experienced the same
19    situation to where once they opened the front
20    door, it was like they took two steps and
21    they were like, well, we don't even have to
22    go to the back bedroom where all of the mold
23    was because they couldn't deal with it.
24    Q.    Were you ever diagnosed with
25    pneumonia while you worked at Laguna Run?

1    A.    No.

2    Q.    Did you experience frequent

3  headaches that you attribute to mold exposure

4  at Laguna Run?

5    A.    There's a good possibility of it

6  because a lot of times when having to deal

7  with those units, after leaving those units

8  during the day I would get headaches.  And,

9  like I said, towards the evening headaches

10  and the hacking cough that was persistent.

11    Q.    Was it the same type of headache

12  that you had previously experienced before

13  you went to work at Laguna Run?

14    A.    No, ma'am.

15    Q.    How was it different?

16    A.    It was like -- it was almost

17  immediate after you being in some of these

18  units and trying to get work performed.  And,

19  as I said, a lot of times you may not even

20  see the mold because it's coming through

21  another unit's air conditioner venting

22  system, and -- at which point then I, you

23  know, towards the end of the day, then I'd

24  start getting these -- the headaches and that

25  hacking cough will start towards the evening

1  time.

2     Q.   Okay.  You just said something very

3  interesting to me I want to question you

4  about.  So do apartment units in Laguna Run

5  share a common AC system?

6     A.   Yes, ma'am, they do.  I've even

7  brought it to a few tenants' attention

8  because if it -- they have children there.

9  And if it were my children or my family

10  members living under those circumstances,

11  surely I would want somebody to say something

12  to them.  And I've even suggested to a few

13  tenants that they be persistent with going to

14  the management and letting them know that

15  they need to do something about it because

16  the children's health and their health is at

17  -- at risk.

18     Q.   So in buildings that had those

19  really bad mold issues like the photographs

20  we saw earlier, would they be in buildings

21  that share a common air conditioning system

22  with other tenants?

23     A.   Yes, ma'am.  That's how the

24  buildings are set up.  I've had some tenants

25  tell me, you know, again, as I said, you may

1    not see it physically on the wall, but they

2    would be complaining of headaches and -- and

3    respiratory issues because of the mold coming

4    through the air conditioner ventilation

5    system.

6       Q.    So each unit doesn't have its own

7    AC system, they share an air conditioning

8    system?

9       A.    They -- they have their own AC

10    system, but what it is, they share the duct

11    work that's in the attic.

12       Q.    So the duct work is shared. So if

13    you're doing mold remediation in R107 or

14    R207, which is one of the photographs we see

15    from Code Enforcement, if you're performing

16    mold remediation in R207, then R208 is -- is

17    breathing that same air?

18       MS. EAGAN:

19          Object to the form.

20       THE WITNESS:

21          That is very much so the

22          likelihood of the situation because

23          a lot of these units, as I said

24          before, they had AC issues as well.

25          And some of these vents were not

1          cleaned properly or the AC units
2          weren't maintained properly.  So in
3          which case you'll have, as you
4          said, R107 with such a bad mold
5          issue and the unit above it
6          unfortunately would have the same
7          issues as well through the
8          ventilation system.
9     EXAMINATION BY MS. BAGNERIS:
10        Q.    Okay.  When you served as a
11    maintenance tech at Laguna Run, did you
12    experience worsening sinus or allergy
13    symptoms as a result of mold exposure?
14        A.    I did.
15        Q.    How was it different from what you
16    experienced before you started working there?
17        A.    Well, because, again, having to go
18    into these units, having to go into these
19    units on a daily basis, you know, you -- you
20    kind of begin to know something is not right,
21    you know, or something is changing or
22    something is different with your body.
23        Q.    And what about, did you find
24    yourself to be unusually tired or nauseous
25    after working at Laguna Run?

1    A.    Yes, of course.  As I said, the --
2    the mold was so rampant in the units to where
3    it's -- and a lot of times you may be working
4    in a closed real tight space and you don't
5    really have much air, you know, circulating
6    air to kind of give you a little break.  So
7    you just kind of got to deal with it until
8    you finish your task or take a break
9    periodically to get some fresh air.
10    Q.    And you may have already said this,
11    but how were you all addressing the mold when
12    you find it?
13    A.    Well, the -- we were just told to
14    spray Kilz over it or either spray some
15    bleach or this Microban, which after spraying
16    bleach as well as Microban, it will come back
17    maybe three or four days, maybe a week later,
18    but that mold resurfaces again and the
19    tenants begin to complain again about the
20    same situation because they just feel like,
21    well, we are just putting a Band-Aid on a
22    gunshot wound and we are just covering it up
23    just to keep them from complaining.
24    Q.    Bleach is also something that
25    asthmatics should not use.  I'm asthmatic,

1    that's how I know.  So how did you deal with
2    spraying bleach with your asthma?
3         A.    Like this, with my shirt over my
4    nose as best as I could (indicating).
5         Q.    After using the bleach to treat a
6    unit for mold, how did you feel?
7         A.    Nauseated, very nauseated.
8    Sometimes it was kind of hard for me to catch
9    my breath.  As I said, I would have to
10   periodically, you know, go out for fresh air
11   for a period of time.
12        Q.    Did you experience eyes tearing or
13   burning excessively after exposing yourself
14   to mold at Laguna Run?
15        A.    Yes.  In the times that it
16   happened, most times it is like when we had
17   to spray a lot of bleach on -- into the unit,
18   which will begin to irritate, you know, your
19   sinuses and your eyes and everything.
20        Q.    Did you receive medical treatment
21   for any of these issues that we've discussed
22   that you experienced that you attribute to
23   mold exposure at Laguna Run?
24        A.    No, ma'am.  I have not.
25        Q.    Okay.  What about the doctor who

1  regularly treats you for asthma, who is that?

2      A.    My primary doctor, I had brought

3  this to her attention awhile back and she

4  basically kind of said, well, just kind of

5  see how it goes and monitor it, you know, and

6  see what happens.

7      Q.    Who is your primary care doctor?

8      A.    Um -- I'd have to look at my

9  documents.  I forget her name offhand.

10      Q.    I'll get that from you another

11  time.  All right.  So we talked about

12  security.  Were you -- I'm going to show you

13  some photos, first a nola.com article.  This

14  is from 7/15/2019, quadruple shooting

15  (indicating).  Is this the shooting that you

16  were referring to previously?

17      A.    Yes, ma'am.

18      Q.    That was July 15, 2019, to your

19  recollection?

20      A.    Yes, ma'am.

21      Q.    Okay.  That's Exhibit 51.  Do you

22  remember the scene looking like this on July

23  15, 2019 with residents standing outside of

24  that unit?

25      A.    Yes, ma'am.

1      Q.    That's Exhibit 52.  Exhibit 53.

2   That dumpster that you see in the background

3   on Exhibit 53, where would you all discard

4   all of the moldy Sheetrock, carpet and other

5   items coming out of these apartments?

6      A.    Most times they were just put into

7   the regular dumpsters.

8      Q.    Okay.

9      A.    That particular dumpster there, it

10  was put there when they were doing projects

11  to renovating some units.

12     Q.    Okay.  But when you all did remove

13  mold, moldy items, out of apartments at

14  Laguna Run such as Sheetrock and carpet, you

15  put it in the regular dumpster?

16     A.    Most times we did.

17     Q.    And what were the trash collection

18  days at Laguna Run?

19     A.    If I'm not mistaken, it was Sunday

20  and -- I mean, Monday and Thursday.

21     Q.    Okay.  And it would just sit there

22  until trash collection day, right?

23     A.    Yes, ma'am.

24     Q.    Exhibit 54 is a scene from that

25  crime scene.  Do you know who the guy is in

1  the yellow shirt?

2      A.    It's kind of hard to tell.  I can't

3  really --

4      Q.    He has a badge on.  He's in a bunch

5  of these photos.  I was wondering if he

6  worked for Dasmen or if he worked for --

7      A.    No.  No.  He's not an employee of

8  Dasmen.

9      Q.    Okay.  That's what I was wondering.

10          It is my understanding there was

11  one security guard that patrolled all of

12  Laguna Run.  Is that your recollection?

13      A.    Yes, ma'am.  That one particular

14  security guard, he patrolled all of the

15  complexes that Dasmen was managing.

16      Q.    So all seven apartment complexes,

17  one guy?

18      A.    Yes.

19      Q.    Based upon your personal knowledge,

20  were tenants warned about the presence of

21  mold in Laguna Run units prior to executing a

22  lease?

23      A.    No, ma'am, to my knowledge they

24  were not.

25      Q.    After Dasmen recognized that there

1   was widespread mold intrusion at Laguna Run,

2   do you know of any communications that were

3   sent out to all tenants to warn them?

4        A.    No, ma'am, not at all.  What we

5   were told as maintenance staff, if there was

6   an issue where it may have been mold, then we

7   were to refer to it as AMG, assumed mold

8   growth.

9        Q.    Why were you told to refer to it as

10  assumed mold growth?

11       A.    For, I guess, the purpose of the

12  tenants not knowing exactly what we were

13  speaking of by just using AMG.

14       Q.    Who instructed you to do that?

15       A.    The property manager.

16       Q.    So it was the intent to secret the

17  mold from the tenants by utilizing the

18  letters AMG?

19           MS. EAGAN:

20               Object to the form.

21           THE WITNESS:

22               Yes, ma'am, it was.

23  EXAMINATION BY MS. BAGNERIS:

24       Q.    Can you tell me how that came up in

25  conversation?

1     A.    It was a meeting that the property

2    manager had with home office.  And instead of

3    us, as I said, referring to it as mold in a

4    unit or around a tenant, we just referred to

5    it as AMG.

6    Q.    And what was the reason given to

7    you as to why you would use the term "AMG" in

8    front of a tenant?

9    A.    For the tenant to not know that we

10    were speaking of mold.

11    Q.    So when you determined that there

12    was mold in a unit, was the tenant informed

13    there is mold in your unit?

14    A.    Not every time, no.

15    Q.    With respect to Section 8 tenants,

16    are you aware of any efforts to address

17    maintenance issues in those units prior to

18    annual inspections?

19    A.    Could you repeat the question?  I'm

20    sorry.

21    Q.    With respect to Section 8 units --

22    A.    Okay.

23    Q.    -- HANO units --

24    A.    Yes.

25    Q.    -- was there an effort to address

1  maintenance concerns in those units prior to
2  annual inspections?
3       A.    No.  No.
4       Q.    Okay.  Did you have Section 8 units
5  that failed inspection?
6       A.    Yes, ma'am.  What they did was they
7  chose or the property manager just kind of
8  chose whoever she wanted to do inspections
9  even though we weren't really certified to do
10 these inspections.  We were just given a list
11 and these are the things that we were looking
12 for.  And that's how we just performed the
13 inspection.  And that was most times before
14 the HANO inspector came out so that they
15 wouldn't fail the inspection.
16      Q.    Are you familiar with the HANO term
17 "abatement?"
18      A.    Yes, ma'am.
19      Q.    Do you know what it means?
20      A.    It's -- if you can give me a clear
21 definition.
22      Q.    It is my understanding that if a
23 HANO unit fails an inspection three times,
24 then it can be placed on abatement and HANO
25 doesn't have to pay the property owner for

1  rent.

2      A.    Exactly.  This is what was

3  explained to us from the manager as well.

4      Q.    Do you know how many units were on

5  abatement?

6      A.    It varied at any given time.  Some

7  you may have four or five and at some times

8  you may have 12.

9      Q.    Are you aware or did you see, I

10  should say, the Code Enforcement letter that

11  was sent to Laguna Run with the violations on

12  it?

13      A.    No, ma'am, I did not.

14      Q.    Were you advised by the property

15  managers what violations were issued to the

16  RH Eastlake, LLC group as a result of the

17  Code Enforcement and Hearings Bureau

18  inspection?

19      A.    No, ma'am, not directly.  However,

20  when the Code Enforcement inspectors were

21  there, the group that I took with me to do

22  the walk-through on several buildings, they

23  just kind of let me know, you know, visually,

24  well, what would be a violation, you know, as

25  we did the walk-through with the buildings.

1     Q.    Okay.  And what violations did they
2 tell you they saw?
3     A.    They saw obviously moldy -- mold
4 conditions, electrical issues, plumbing
5 issues, issues with the fire alarm system,
6 not having the proper smoke detectors in some
7 of the units.  It was quite -- quite a bit of
8 different issues and items.
9     Q.    In addition to Code Enforcement
10 issuing code violations, did the state fire
11 marshal also issue violations to the owners
12 of Laguna Run?
13     A.    I'm not a hundred percent certain.
14     Q.    Shortly after the code enforcement
15 came out and the fire marshal came out, did
16 you all have to go in and put smoke detectors
17 in every unit?
18     A.    Yes, ma'am.
19     Q.    How many units needed a smoke
20 detector?
21     A.    They decided to just start from A
22 all the way to building V and making certain
23 that every unit had new smoke detectors.
24     Q.    What about fire extinguishers, did
25 you all have to put fire extinguishers in

1  every unit after Code Enforcement and the
2  state fire marshal went out?
3     A.   Yes, ma'am.  We did have to get,
4  retrieve new fire extinguishers to place into
5  the units as well.
6     Q.   Are you familiar with the WDSU news
7  story with Sherman Desselle that featured a
8  maintenance employee from Dasmen speaking
9  about the maintenance concerns?
10     A.   Yes, ma'am.
11     Q.   Do you recall what that maintenance
12  worker said were issues that concerned him?
13     A.   Yes, ma'am.  And, to be honest, I
14  was that maintenance worker.  And I expressed
15  the concerns to Mr. Desselle about the mold
16  and the conditions in which we have to work
17  in as well as the concern, as I said, for the
18  tenants and their children.  These are the
19  same people that, even though I don't live in
20  that -- in that community, but these are the
21  same people that I have to try to do my best
22  to -- excuse me -- making certain that their
23  issues and concerns are addressed in a proper
24  way.  And knowing that they weren't --
25  especially with the mold issues, it was quite

1    a big concern to me because, as I said, these

2    people have children, you know.  And a lot of

3    tenants, they would come to me, well, my

4    child has been having asthma and this and

5    that, and I don't want to bring my child back

6    into this unit, you know.  And I understand

7    their concerns.

8        Q.    What made you want to speak out on

9    behalf of the residents and your co-workers?

10       A.    Because it hurt me to come to work

11   every day to a job to see that, you know, at

12   any given time, you know, for one, with the

13   security issues there at that complex,

14   anybody, a child or anybody, can get shot or

15   at any given point in time along with dealing

16   with that, they don't have adequate security

17   there.

18            In the evening, once we leave, as

19   well as the issues that has to really be

20   addressed in their units, such as the

21   plumbing and the mold issues, I mean, no one,

22   if you are on Section 8 or not, I feel that

23   no one should have to live under those

24   conditions when something can be and should

25   be done about it.  And it cost me my job

1  speaking up.

2      Q.    Tell us what happened to you as a

3  result of speaking up.

4      A.    After I spoke up, what happened was

5  maybe two weeks later, they transferred me to

6  Laguna Reserve I think it was.  And their

7  maintenance staff was short there because

8  they had transition and a lot of people were

9  either quitting or getting fired.  So I wind

10 up over there with Mr. Ronald Edwards again.

11 And at which point, at some point they

12 suspended him.  And I was actually the only

13 maintenance worker there that was qualified

14 to do work with 400 -- another unit with,

15 what, three or 400 something units.  And they

16 were expecting me to do the job of five men.

17 And which I explained to the manager, I'm

18 only one person, you know.  They decided

19 being that home office was coming to visit,

20 that they wanted to go out of their way to

21 try to make certain that things that should

22 be in order are in order.  And I was taking

23 care of a tenant's complaints and this tenant

24 had maybe 12 issues going on in her unit.

25 And the property manager told me I needed to

1  stop doing what I'm doing and do what she
2  says I need to do, which I had a problem with
3  that, and I expressed it to her.  You are not
4  going to work me though as if I am four or
5  five other people.  I'm only one person.
6      Q.    So there was a staff shortage at
7  Laguna Reserve as well?
8      A.    Yes, ma'am.  And --
9      Q.    What kind of maintenance issues
10 were -- were you observing at Laguna Reserve?
11     A.    At Laguna Reserve I experienced in
12 just about maybe all of their AC closets, you
13 have mold in them.  And as well as there was
14 one unit that I went into, the -- the tenant
15 had an issue with the hot water heater.  And
16 I went to press the reset button on it and
17 the thing just electrocuted because there was
18 no cover plate on top of the hot water heater
19 where the -- excuse me -- wires are exposed
20 and water from -- water from the AC unit was
21 constantly dripping on to these wires.
22          So when I pressed the button and it
23 started electrocuting, I told the tenant,
24 grab your dog and run out the apartment.  And
25 I brought that to the concern of the property

```
1   manager.  And she shrugged it off like it was
2   nothing.
3        Q.    So you mentioned that there are AC
4   closets at Laguna Reserve?
5        A.    Yes, ma'am.  There are small AC
6   closets.  And the way they have it set up is
7   that the -- the -- the AC panel in that
8   closet is sitting on a platform.  And right
9   underneath that platform is your hot water
10  heater.  And most of the times when you go
11  into this, you'd see that water has either
12  rusted the screws out where the wires are or
13  sometimes you won't even see the cover plate
14  on it at all and the wires are just exposed.
15       Q.    And that's the same setup in every
16  unit in Laguna Reserve?
17       A.    Yes, ma'am.
18       Q.    So does the presence of the hot
19  water heater in the same closet as the air
20  conditioning system create a water intrusion
21  problem?
22       A.    Yes, it does.  Because if the
23  water -- if the drain pan is clogged up for
24  the AC where the water can't drain, then it's
25  going to continue to flow over.  Or if the
```

1    drain pan for the hot water heater is clogged
2    up, it's going to, you know, fill over.  And
3    if you're a unit that's upstairs then, you
4    know, obviously the water is going to go down
5    to the bottom units.
6        Q.    Excuse my ignorance on this because
7    I am not an HVAC person, but does the
8    presence of the hot water heater in the same
9    closet as the AC create a moisture
10   issue because of the cold and the hot air
11   mixing?
12       A.    It certainly does.  It causes
13   condensation to build up in the closet as
14   well.  And a lot of times the copper lines
15   from the AC is not properly insulated, then
16   that line will sweat and -- or it will freeze
17   up a lot of times.  And it will be a block of
18   ice, so which -- at which point if the unit
19   has to be turned off for this ice to
20   literally thaw out, and it may take an hour
21   or two or three.  And it's -- go ahead.
22       Q.    So how prevalent was mold in these
23   AC closets at Laguna Reserve?
24       A.    Yeah.  I'd say out of every three
25   you would find a closet with mold in it.

1   Q.    And how many units are there at
2   Laguna Reserve?
3   A.    Maybe 400 or so.
4   Q.    Okay.  And was it in every building
5   that you saw this same water intrusion issue?
6   A.    Yes, it was.  Mr. Ronald Edwards
7   and I ran into a situation like that in one
8   unit.  And he brought it to the property
9   manager's attention.  And he let her know
10  that, you know, we just got through from
11  dealing with this at Laguna Run and he's not
12  going in there without the proper PPE.  And
13  they wrote him up and he was demoted as well.
14  Q.    When he complained of not wanting
15  to deal with mold at Laguna Reserve without
16  PPE?
17  A.    Yes.
18  Q.    So it was the same situation at
19  Laguna Reserve with respect to not having N95
20  masks, goggles and other protective gear to
21  deal with mold at Laguna Reserve?
22  A.    Exactly.
23  Q.    And, to your knowledge, out of the
24  300 some odd units at Laguna Reserve, every
25  third unit had a mold problem in the AC

1    closet?

2        A.    Yes, ma'am.  Actually, a friend of

3    mine that I know lived in one of the units

4    and I went there to actually tear out the --

5    the Sheetrock in the AC unit because of the

6    mold.  And I suggested to him that he needs

7    to speak to someone or e-mail someone at home

8    office concerning this issue because he has

9    children as well.

10        Q.    Okay.  And it was the same issue at

11    Laguna Reserve with respect to children

12    living in units that contained mold?

13        A.    Right.  Now, I will say that

14    Reserve did not have the intensity of mold in

15    some of the units as Laguna Run did, but, as

16    I said, just about in every AC closet there's

17    mold there.  I even asked the manager once,

18    well, if I can see the mold on the back wall,

19    why won't you let me cut that wall out and

20    take it out that connects to the living room.

21    And I was told that, you know, not to do it.

22        Q.    Is there the same problem at Laguna

23    Reserve with respect to shared AC ducts?

24        A.    That I'm not a hundred percent

25    certain of because I wasn't there that long

1   to even -- well, their ACs are on the grounds
2   there, but as far as the AC ducts are
3   concerned, I'm not a hundred percent certain.
4       Q.    Is Laguna Reserve a younger or --
5   complex than Laguna Run?
6       A.    Oh, by far.
7       Q.    Okay.
8       A.    It's an older -- it's an older
9   complex, but Laguna Run has been there much
10  longer.
11      Q.    Okay.  If asked to serve as a class
12  representative in this case to represent all
13  of the maintenance employees who claim to
14  have been exposed to mold intentionally at
15  Laguna Run, would you be willing to serve as
16  one?
17      A.    Yes, ma'am.
18            MS. BAGNERIS:
19                I tender the witness.  Thank
20            you very much, Mr. Chaney.
21            THE WITNESS:
22                Thank you.
23  EXAMINATION BY MS. EAGAN:
24      Q.    Mr. Chaney, hi.  My name is Emily
25  Eagan.  I represent the RH entities and

1  Dasmen.

2      A.    Okay.

3      Q.    And so I just want to ask you a few

4  questions.  I promise, we've taken up a lot

5  of your time and I promise I'm very quick, so

6  it's just going to be a few questions.

7      A.    That's fine.

8      Q.    As I understand it, at some point

9  you left Laguna Run and went to Laguna

10  Reserve, is that correct?

11     A.    Yes.

12     Q.    Approximately when was that?

13     A.    This was shortly -- let's see.  I'm

14  trying to think of the exact month.  Because

15  it was a week after I had, a week or two

16  after the incident with the -- the leasing

17  agent in the office.

18     Q.    Okay.  And at that point in time

19  when you were transferred, was Dasmen still

20  the management company or was that Lynd?

21     A.    At that point in time it was Lynd.

22     Q.    So once you were transferred -- so

23  you were transferred by Lynd, you were not

24  transferred by Dasmen, correct?

25     A.    Yes, ma'am.

1       Q.      Okay.  Got it.  And then you ended
2    up at Laguna Reserve.  How long were you at
3    Laguna Reserve?
4       A.      I was there, I'd say, maybe five or
5    six weeks, if that.
6       Q.      Okay.  In those -- in those five or
7    six weeks, did you have occasion to go into
8    every unit at Laguna Reserve?
9       A.      Say that again.  I'm sorry.
10      Q.      In those five or six weeks, did you
11   have occasion to go into every unit at Laguna
12   Reserve?
13      A.      Did I have a casing to --
14      Q.      Occasion to go into -- did you end
15   up going to every unit?
16      A.      Not every unit.  However, I went to
17   a lot of the units.  I'd say in every
18   building I've been in units there because, as
19   I said, they were so understaffed that I was
20   being pulled from, you know, each which way.
21      Q.      Sure.  And we understand from
22   Mr. Edwards earlier that, I don't want to put
23   words in your mouth, but Mr. Edwards
24   testified that there were many fewer work
25   orders at Laguna Reserve than at Laguna Run.

1    Is that your recollection as well?

2        A.    Yes, ma'am.

3        Q.    Okay.  Okay.  Other than Laguna Run

4    and Laguna Reserve, did you do any work for

5    any of the other entities that were owned by

6    the Rhodium group, the RH group, any of the

7    other ones in the East?

8        A.    At any of the other properties?

9        Q.    Yes, sir.

10       A.    Yes, ma'am.

11       Q.    Which ones?

12       A.    I've worked at -- which was Wind

13   Run.  I've worked at -- I forget the one off

14   of Bullard.

15       Q.    Okay.

16       A.    I've worked at Copper Creek as well

17   as Carriage House.

18       Q.    Okay.  When did you work at Wind

19   Run?

20       A.    I worked at Wind Run on occasion

21   because I'd go there to do different type of

22   maintenance jobs or if they have move-outs or

23   trash-outs.

24       Q.    To help those guys out?

25       A.    Right.

```
 1        Q.    Got it.  And what about the one off
 2   of Bullard?
 3        A.    The one off of Bullard, that's
 4   actually where I started off at with
 5   Southwood.  That's the name of the company
 6   that had it previous.
 7        Q.    Uh-huh.
 8        A.    And I did a lot of carpentry work
 9   at that particular complex.
10        Q.    Got it.  And do you remember kind
11   of the years that you were working at the one
12   on Bullard with Southwood?
13        A.    I worked -- basically, I worked
14   there periodically through my tenure, you
15   know, through every complex.
16        Q.    Okay.
17        A.    I may be at one complex today and
18   for another one for three or four days
19   tomorrow.  And they just kind of -- I floated
20   around to every complex.
21        Q.    I understand.  So they would call
22   you if they needed carpentry work or
23   whatever, to go to this complex and do this
24   job?
25        A.    Yes, ma'am.
```

1    Q.    And did that change once you kind
2  of permanently went to Laguna Run?
3    A.    Yes, it did, because I was
4  permanently at Laguna Run.
5    Q.    Got it.  And so when -- when did
6  you start doing this sort of like carpentry
7  work, you know, for the various units -- I'm
8  sorry -- for the various properties?  When
9  did that start?
10   A.    That's what I was hired for.
11   Q.    Okay.  But when -- when were you
12  hired to do that?
13   A.    That was, let me see, I think it's
14  March, either February or March of 2017 or
15  2016.
16   Q.    Okay.  So maybe about two years
17  before you went permanently to Laguna Run?
18   A.    I'd say about a year and a half.
19   Q.    Okay.  Year and a half.  And in
20  that time period when you were bouncing
21  around to the various other properties, did
22  you have occasion to observe mold issues or
23  anything like that, any of the water
24  intrusion issues that we've been discussing?
25   A.    At Laguna Run?

1     Q.    Did you have occasion to observe

2    that in any of the other properties?

3     A.    On occasion.  However, at that time

4    when I was working there through Southwood, I

5    didn't really go into a lot of apartments.  I

6    did a lot of outside work unless I was doing

7    flooring, subflooring work for them.

8     Q.    Understood.  Thank you.

9     MS. EAGAN:

10         Mr. Chaney, those are all my

11         questions.  Some of these other

12         folks may have a question, but

13         thank you very much.  I appreciate

14         it.

15     THE WITNESS:

16         You're welcome.

17    EXAMINATION BY MS. GAILMOR:

18     Q.    Mr. Chaney, I just have a couple

19    questions for you.  My name is Cassie Gailmor

20    and I represent some of the other defendants,

21    Eastlake Development, KFK Development and KFK

22    Group.

23         As background information, Eastlake

24    Development and the KFK entities own the

25    apartment complex that is now Laguna Run, but

1   was formerly Hidden Lakes prior to December

2   14, 2017, before the sale.

3       A.   Okay.

4       Q.   Okay.  Did you ever work at the

5   apartment complex when it was called Hidden

6   Lakes?

7       A.   No.  No, ma'am.

8       Q.   So you never worked at the property

9   that we're talking about, formerly Hidden

10  Lakes, currently Laguna Run prior to December

11  14, 2017?

12      A.   No, ma'am.

13      Q.   Okay.  You have no knowledge of

14  what the condition of the apartment complex

15  was before the sale on December 14, 2017,

16  correct?

17      A.   Correct.  Well, you mean before the

18  sale with Dasmen?

19      Q.   Before the sale of the property

20  from Eastlake Development and the KFK

21  entities to Rhodium.

22      A.   Okay.  No, I wasn't aware of it

23  then.  When I started working with Dasmen is

24  when I had the opportunity to start working

25  at that property.

Q.    Okay.  And you've never worked for Eastlake Development, KFK Development or KFK Group, correct?

A.    No, ma'am.

Q.    All right.  Have you ever worked for Latter & Blum Property Management?

A.    No, ma'am.

Q.    Did you hear any rumors or whispers from other individuals or other employees about a change in the condition of the apartment complex after the sale when it changed to Laguna Run from Hidden Lakes?

A.    Yes.  It was said as new management came in that a lot of things would change as well as the new staff in the office, but, unfortunately, a lot of and most of the internal issues still existed.

Q.    And were those changes that people were talking about after new management and after new ownership, were those mostly negative changes?

A.    I'd say it was, I'd say 50/50.

Q.    Okay.  Can you elaborate a little more for me?

A.    Yeah.  There were times where we --

1  we got bonus incentives for doing, you know,
2  more work orders and having them completed
3  correctly, which was obviously a plus for us.
4  And some of the organization as far as
5  maintenance started to get in order.  And I
6  will say that when John House became the
7  project manager, then personally, I don't
8  know if it was a deliberate attempt for this
9  property to fail, but there were a lot of
10  times where I questioned his leadership even
11  to him because a lot of things that were
12  logical, his choice to do otherwise made no
13  sense to me.
14      Q.    But you never went to the Hidden
15  Lakes property and you don't know what the
16  condition was prior to the sale and prior to
17  Dasmen taking over, correct?
18      A.    Not at all, ma'am.
19          MS. GAILMOR:
20              Awesome.  Thanks so much for
21          your time.  We really appreciate
22          it.
23          THE WITNESS:
24              You're so welcome.
25          MS. GAILMOR:

1          Go home and get some rest.

2     THE WITNESS:

3          I will.

4     MS. GAILMOR:

5          It's late.

6  EXAMINATION BY MR. BELL:

7     Q.    Mr. Chaney, my name is Troy Bell.

8  I am representing Latter & Blum.  I'm sorry I

9  can't put my camera on.  I just have one

10 question.  I think everybody did a good job.

11 And I'm sorry for keeping you longer.

12          Do you know the dates that you

13 started at Laguna Run?

14    A.    I can't say specifically the date,

15 no, I don't.

16    MR. BELL:

17          Okay.  That's all I have.

18    THE WITNESS:

19          Okay.  Thank you.

20    MR. BELL:

21          Thank you.

22 EXAMINATION BY MS. BAGNERIS:

23    Q.    One question.  I'm familiar with

24 the security at Wind Run.  Was it the same

25 security company at Wind Run that was doing

1    the security at Laguna Run?

2         A.    Yes, ma'am.

3              MS. BAGNERIS:

4                   Got it.  Okay.  Thank you so

5              much.

6              THE WITNESS:

7                   You are welcome.

8              MS. BAGNERIS:

9                   I appreciate your time.  I know

10             it's late and I appreciate you

11             doing this.

12             VIDEOGRAPHER:

13                  This concludes this deposition.

14             The time is 8:13.  We are now off

15             the record.

16                  (OFF THE RECORD)

17             MS. BAGNERIS:

18                  Mr. Chaney, you have the right

19             to read and sign the deposition

20             transcript that the court reporter

21             is preparing.  And if there are any

22             changes that you need to make, if

23             there's an error in how it was

24             transcribed, there's a sheet on the

25             back of the transcript where you

```
 1              can make those changes.
 2                   Would you like to reserve your
 3              right to read this deposition?
 4         THE WITNESS:
 5                   Yes, ma'am.
 6         MS. BAGNERIS:
 7                   Okay.  It will be sent to your
 8              home --
 9         THE WITNESS:
10                   Okay.
11         MS. BAGNERIS:
12                   -- for you to be able to take a
13              look at it and see if there's
14              anything that needs to be changed.
15         THE WITNESS:
16                   I appreciate it.
17         MS. BAGNERIS:
18                   Thank you very much for this
19              late night.  And thank you to all
20              counsel for this late night, too.
21              We don't always have to do this,
22              but I do appreciate it.
23         MR. BELL:
24                   Thank you.
25         COURT REPORTER:
```

1          Emily, do you need a copy?

2     MS. EAGAN:

3          Please.  And thank you.

4     COURT REPORTER:

5          Okay.  Cassie?

6     MS. GAILMOR:

7          I would love a copy.

8     COURT REPORTER:

9          Troy?

10    MR. BELL:

11         Yes, please.

12    COURT REPORTER:

13         Okay.

14

15

16

17    (Whereupon, the deposition was

18 concluded at this time.)

19

20

21

22

23

24

25

<u>WITNESS CERTIFICATE</u>

I, **DWAYNE CHANEY,** do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

<u>DATE SIGNED</u>          <u>WITNESS' SIGNATURE</u>

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: August 10, 2020

1       <u>REPORTER'S CERTIFICATE</u>

2

3           I, MARGARET MCKENZIE, Certified Court
Reporter, in and for the State of Louisiana,
4   as the officer before whom this testimony was
taken, do hereby certify that **DWAYNE CHANEY**,
5   after having been first duly sworn by me upon
authority of R. S. 37:2554, did testify as
6   hereinabove set forth in the foregoing 127
pages; that this testimony was reported by me
7   in the stenotype reporting method, was
prepared and transcribed by me or under my
8   personal direction and supervision, and is a
true and correct transcript, to the best of
9   my ability and understanding; that the
transcript has been prepared in compliance
10  with transcript format guidelines required by
statute or by rules of the board; that I have
11  acted in compliance with the prohibition on
contractual relationships, as defined by
12  Louisiana Code of Civil Procedure Article
1434, and in rules and advisory opinions of
13  the board; that I am not related to counsel
or to the parties herein, nor am I otherwise
14  interested in the outcome of this matter.

15

16
        <u>MARGARET MCKENZIE, CCR, RPR, RMR, CRR</u>
17      CERTIFIED COURT REPORTER

18

19

20

21

22

23

24

25

# #

**#301A** [1] - 1:23

# 1

**1** [1] - 41:7
**10** [4] - 6:6, 11:10, 31:17, 127:20
**10th** [1] - 1:13
**12** [4] - 31:5, 31:17, 103:8, 107:24
**122** [1] - 4:5
**126** [1] - 128:6
**14** [10] - 12:19, 13:18, 14:10, 15:2, 15:4, 15:19, 26:11, 120:2, 120:11, 120:15
**1434** [1] - 128:12
**15** [4] - 30:24, 83:3, 97:18, 97:23
**15.........................** [1] - 5:7
**16** [1] - 41:22
**16.........................** [1] - 4:14
**17** [1] - 42:14
**17.........................** [1] - 4:15
**18** [3] - 31:7, 31:16, 42:20
**18.........................** [1] - 4:15
**19** [1] - 43:6
**19.........................** [1] - 4:16
**1965** [1] - 11:10

# 2

**20** [4] - 30:25, 31:7, 31:16, 43:10
**20-yard** [1] - 77:3
**20.........................** [1] - 4:16
**2016** [1] - 118:15
**2017** [17] - 12:19, 13:12, 13:18, 14:10, 15:2, 15:4, 15:19, 19:8, 19:21, 26:11, 26:22, 30:8, 30:21, 118:14, 120:2, 120:11, 120:15
**2019** [4] - 30:8, 56:11, 97:18, 97:23
**2020** [6] - 1:13, 6:7, 19:9, 26:22, 41:1, 127:20
**21** [2] - 43:15, 43:21
**21.........................** [1] -

**4:17**
**22** [2] - 56:25, 57:6
**22.........................** [1] - 4:18
**23** [1] - 57:9
**23.........................** [1] - 4:19
**24** [1] - 59:9
**24.........................** [1] - 4:19
**240** [2] - 41:16
**25** [2] - 59:17, 80:13
**25.........................** [1] - 4:20
**26** [1] - 60:14
**26.........................** [1] - 4:20
**27** [1] - 61:4
**27.........................** [1] - 4:21
**2700** [1] - 2:17
**2714** [1] - 1:18
**28** [1] - 61:19
**28.........................** [1] - 4:21
**29** [2] - 56:11, 62:7
**29.........................** [1] - 4:22
**2:19-CV-13650** [1] - 1:4

# 3

**30** [3] - 63:25, 73:18, 80:13
**30.........................** [1] - 4:22
**300** [1] - 111:24
**31** [1] - 64:19
**31.........................** [1] - 4:23
**310-2100** [1] - 2:18
**32** [2] - 28:16, 65:14
**32.........................** [1] - 4:23
**33** [1] - 65:22
**33.........................** [1] - 4:24
**34** [1] - 66:12
**34.........................** [1] - 4:24
**35** [1] - 69:7
**35.........................** [1] - 5:2
**36** [1] - 69:14
**36.........................** [1] - 5:3
**37** [3] - 46:24, 47:3, 69:12
**37.........................** [1] -

**4:17**
**37:2554** [1] - 128:5
**38** [3] - 49:11, 49:14, 50:13
**38.........................** [1] - 4:18
**39** [2] - 69:21, 69:24
**39.........................** [1] - 5:3

# 4

**40** [3] - 45:20, 70:20, 73:18
**40.........................** [1] - 5:4
**400** [3] - 107:14, 107:15, 111:3
**403** [1] - 1:18
**41** [3] - 4:14, 71:11, 73:24
**41.........................** [1] - 5:4
**42** [3] - 4:15, 4:15, 78:19
**42.........................** [1] - 5:5
**420** [2] - 26:20, 28:6
**43** [5] - 4:16, 4:16, 4:17, 79:16, 79:22
**43.........................** [1] - 5:5
**44** [1] - 80:3
**44.........................** [1] - 5:6
**45** [2] - 80:14, 80:18
**45.........................** [1] - 5:6
**47** [1] - 4:17
**4800** [1] - 2:5
**49** [1] - 4:18
**491-6806** [1] - 1:24

# 5

**5** [1] - 23:2
**50** [1] - 28:8
**50/50** [1] - 121:22
**500** [2] - 31:23, 33:9
**504** [6] - 1:19, 1:24, 2:6, 2:12, 2:18, 3:4
**51** [1] - 97:21
**51.........................** [1] - 5:8
**52** [1] - 98:1
**52.........................** [1] - 5:8
**53** [2] - 98:1, 98:3
**53.........................** [1] - 5:9

**5301** [4] - 1:12, 8:12, 8:19, 10:21
**54** [1] - 98:24
**54.........................** [1] - 5:9
**561-0400** [1] - 2:6
**57** [2] - 4:18, 4:19
**581-5141** [1] - 2:12
**59** [5] - 4:19, 4:20, 87:3, 87:5, 87:7
**59.........................** [1] - 5:7
**5:00** [1] - 35:13
**5:30** [1] - 23:2
**5:48** [2] - 1:13, 6:3

# 6

**6-foot** [1] - 44:6
**60** [1] - 4:20
**61** [2] - 4:21, 4:21
**62** [1] - 4:22
**63** [1] - 4:22
**64** [1] - 4:23
**643** [1] - 1:23
**65** [2] - 4:23, 4:24
**66** [1] - 4:24
**69** [3] - 5:2, 5:3, 5:3

# 7

**7** [2] - 4:4, 23:1
**7/15/2019** [1] - 97:14
**70** [1] - 5:4
**701** [1] - 2:4
**70119** [1] - 1:18
**70126** [3] - 1:12, 8:14, 8:20
**70130** [3] - 1:23, 2:11, 2:18
**70139-4800** [1] - 2:5
**71** [1] - 5:4
**755** [1] - 2:11
**78** [1] - 5:5
**79** [1] - 5:5
**7:30** [1] - 23:2

# 8

**8** [6] - 29:3, 63:17, 101:15, 101:21, 102:4, 106:22
**80** [4] - 5:6, 5:6, 28:9, 28:10
**810-3995** [1] - 1:19
**828-8856** [1] - 3:4
**83** [1] - 5:7
**87** [1] - 5:7
**8:00** [1] - 23:2
**8:13** [1] - 124:14

# 9

**97** [1] - 5:8
**98** [3] - 5:8, 5:9, 5:9

# A

**abate** [1] - 25:10
**abatement** [7] - 12:4, 25:6, 83:18, 84:9, 102:17, 102:24, 103:5
**abater** [1] - 12:6
**abaters** [1] - 25:18
**ability** [1] - 128:9
**able** [6] - 11:21, 34:10, 54:1, 54:2, 73:2, 125:12
**above-mentioned** [1] - 8:21
**absolutely** [1] - 42:9
**AC** [32] - 41:15, 54:24, 55:16, 55:20, 55:22, 59:13, 59:14, 65:24, 72:2, 78:20, 78:21, 79:5, 79:7, 92:5, 93:7, 93:9, 93:24, 94:1, 108:12, 108:20, 109:3, 109:5, 109:7, 109:24, 110:9, 110:15, 110:23, 111:25, 112:5, 112:16, 112:23, 113:2
**access** [6] - 20:24, 39:15, 41:12, 73:24, 77:9, 77:15
**accessible** [1] - 76:2
**accommodate** [1] - 9:18
**according** [1] - 40:25
**accurately** [6] - 41:2, 43:1, 43:6, 43:11, 43:16, 47:6
**ACs** [1] - 113:1
**acted** [1] - 128:11
**ACTION** [1] - 1:3
**actions** [1] - 21:17
**add** [1] - 41:10
**addition** [1] - 104:9
**additional** [2] - 33:24, 87:1
**address** [15] - 8:9, 10:20, 11:6, 25:19, 29:12, 33:24, 33:25, 38:18, 59:1, 84:23, 85:2, 85:6, 85:9, 101:16, 101:25
**addressed** [13] -

15:14, 18:18, 30:20, 39:2, 47:11, 58:23, 72:21, 77:7, 77:18, 77:20, 81:17, 105:23, 106:20
**addressing** [8] - 45:23, 83:22, 84:1, 84:5, 84:12, 84:16, 84:20, 95:11
**adequate** [1] - 106:16
**administering** [2] - 7:8, 7:25
**adversely** [1] - 36:2
**advised** [10] - 83:16, 83:20, 84:3, 84:15, 84:19, 85:1, 85:8, 85:23, 90:1, 103:14
**advising** [1] - 85:15
**advisory** [1] - 128:12
**aerial** [1] - 40:23
**affect** [1] - 36:3
**affecting** [1] - 47:20
**affiliated** [2] - 12:18, 13:10
**aforementioned** [1] - 127:9
**agency** [1] - 25:14
**agent** [5] - 21:11, 22:4, 49:6, 70:17, 114:17
**agents** [4] - 20:11, 21:19, 32:8, 82:8
**agree** [6] - 7:5, 7:14, 7:16, 7:18, 7:20, 7:25
**agreement** [1] - 7:10
**ahead** [2] - 32:14, 110:21
**Aid** [1] - 95:21
**air** [21] - 15:11, 32:23, 39:21, 47:23, 54:24, 58:22, 65:25, 79:12, 81:14, 88:1, 91:21, 92:21, 93:4, 93:7, 93:17, 95:5, 95:6, 95:9, 96:10, 109:19, 110:10
**Akeem** [6] - 79:18, 80:3, 81:25, 82:4, 82:10, 82:16
**AKEEM** [1] - 1:3
**Akeem's** [3] - 81:8, 81:16, 81:20
**AL** [2] - 1:3, 1:7
**alarm** [1] - 104:5
**Alex** [1] - 57:24
**algae** [1] - 40:17
**allergy** [1] - 94:12
**alligators** [5] - 75:7, 77:21, 77:22, 78:3,

78:9
**allow** [7] - 9:23, 9:25, 10:8, 10:10, 54:3, 76:20, 77:9
**allowed** [1] - 73:24
**allowing** [1] - 15:15
**almost** [3] - 39:23, 65:19, 91:16
**alphabet** [1] - 28:18
**altercation** [1] - 69:3
**AMG** [5] - 100:7, 100:13, 100:18, 101:5, 101:7
**amount** [2] - 15:17, 26:1
**AND** [1] - 1:5
**annual** [2] - 101:18, 102:2
**answer** [7] - 10:1, 10:10, 36:7, 38:4, 40:5, 44:21, 75:12
**apartment** [30] - 9:2, 9:9, 13:10, 13:22, 13:24, 26:2, 26:17, 38:24, 39:6, 44:1, 44:12, 54:7, 57:11, 59:3, 62:20, 74:20, 74:23, 76:4, 76:8, 76:21, 79:19, 81:8, 92:4, 99:16, 108:24, 119:25, 120:5, 120:14, 121:11
**apartments** [4] - 25:23, 98:5, 98:13, 119:5
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**application** [1] - 86:6
**appreciate** [6] - 119:13, 122:21, 124:9, 124:10, 125:16, 125:22
**approval** [1] - 48:14
**area** [4] - 14:5, 14:7, 47:17, 65:16
**areas** [1] - 72:25
**Article** [1] - 128:12
**article** [1] - 97:13
**ASHE** [1] - 1:7
**assault** [1] - 67:18
**assignments** [1] - 68:11
**assistant** [1] - 30:17
**assume** [3] - 18:21, 29:6, 37:24
**assumed** [2] - 100:7, 100:10
**assuming** [1] - 48:2
**asthma** [7] - 86:9, 87:12, 87:14, 87:17,

96:2, 97:1, 106:4
**asthmatic** [5] - 85:21, 85:25, 86:3, 87:10, 95:25
**asthmatics** [1] - 95:25
**attach** [1] - 57:2
**attacks** [2] - 87:15, 87:17
**attempt** [3] - 9:13, 51:7, 122:8
**attention** [8] - 22:6, 36:17, 44:13, 77:5, 88:21, 92:7, 97:3, 111:9
**attic** [1] - 93:11
**attire** [1] - 85:16
**Attorney** [1] - 1:20, 1:25
**attorney** [1] - 7:12
**Attorneys** [3] - 2:7, 2:13, 2:19
**attorneys** [1] - 9:1
**attribute** [1] - 91:3, 96:22
**August** [4] - 1:13, 6:6, 56:11, 127:20
**authority** [1] - 128:5
**average** [1] - 33:1
**avoid** [1] - 85:22
**aware** [8] - 44:16, 49:19, 52:24, 78:1, 82:2, 101:16, 103:9, 120:22
**awesome** [1] - 122:20
**awhile** [3] - 70:15, 77:20, 97:3

## B

**backed** [1] - 51:25
**background** [4] - 11:12, 12:9, 98:2, 119:23
**backlog** [3] - 31:19, 33:9, 33:10
**bad** [7] - 37:8, 62:24, 62:25, 63:9, 87:23, 92:19, 94:4
**badge** [1] - 99:4
**BAGNERIS** [35] - 1:17, 6:9, 7:13, 8:23, 10:18, 36:6, 38:7, 41:18, 42:5, 42:10, 42:12, 43:23, 47:5, 49:16, 55:12, 57:7, 60:12, 63:6, 70:12, 74:4, 75:8, 80:20, 82:18, 87:4, 87:9, 94:9, 100:23, 113:18, 123:22,

124:3, 124:8, 124:17, 125:6, 125:11, 125:17
**Bagneris** [5] - 1:17, 6:10, 7:14, 8:25, 41:8
**Bagneris.................
....** [1] - 4:4
**Band** [1] - 95:21
**Band-Aid** [1] - 95:21
**banking** [2] - 20:12, 20:14, 20:24, 22:7
**BARRY** [1] - 1:6
**bars** [1] - 77:14
**based** [14] - 19:14, 19:25, 26:9, 35:24, 37:1, 38:8, 38:21, 45:8, 48:10, 49:17, 51:10, 54:4, 55:5, 99:19
**basis** [4] - 30:22, 68:9, 89:9, 94:19
**bat** [2] - 72:13, 72:14
**bathroom** [2] - 32:21, 81:8
**bathtub** [1] - 52:2
**bats** [5] - 72:1, 72:22, 73:2, 73:7, 73:25
**battle** [2] - 67:11, 67:13
**became** [9] - 13:10, 15:5, 15:19, 16:19, 19:6, 19:21, 31:20, 38:17, 122:6
**become** [2] - 46:16, 46:19
**bedroom** [3] - 62:10, 73:8, 90:22
**bedrooms** [4] - 60:17, 61:24, 62:11, 73:6
**begin** [7] - 10:12, 50:6, 79:4, 79:6, 94:20, 95:19, 96:18
**beginning** [1] - 81:23
**behalf** [8] - 6:13, 6:16, 6:20, 6:24, 20:3, 20:4, 26:5, 106:9
**Bell** [2] - 2:17, 6:24, 123:7
**BELL** [8] - 6:23, 7:21, 8:3, 123:6, 123:16, 123:20, 125:23, 126:10
**Bell..........................
122** [1] - 4:9
**best** [7] - 45:1, 46:1, 60:2, 88:21, 96:4, 105:21, 128:8
**better** [1] - 26:20
**between** [3] - 19:8,

23:12, 30:7
**beyond** [1] - 59:20
**big** [3] - 17:8, 20:25, 106:1
**binding** [1] - 7:8
**birth** [1] - 11:9
**birthday** [2] - 51:22, 52:10
**bit** [1] - 104:7
**blatantly** [1] - 20:22
**bleach** [6] - 95:15, 95:16, 95:24, 96:2, 96:5, 96:17
**blind** [1] - 72:11
**blinds** [1] - 72:9
**block** [1] - 110:17
**blood** [1] - 66:18
**Blue** [1] - 54:13
**Blum** [4] - 2:20, 6:25, 121:6, 123:8
**blurred** [1] - 85:20
**board** [3] - 50:8, 128:10, 128:13
**body** [1] - 94:22
**bonus** [1] - 122:1
**boots** [2] - 85:6, 85:9
**bottom** [3] - 50:3, 85:20, 110:5
**bouncing** [1] - 118:20
**box** [4] - 29:14, 30:16, 30:18, 41:15
**break** [5] - 9:17, 9:18, 9:19, 95:6, 95:8
**breath** [1] - 96:9
**breathing** [2] - 90:8, 93:17
**Brett** [4] - 17:15, 17:16, 18:20, 36:22
**briefly** [3] - 11:11, 12:8, 14:12
**bring** [3] - 25:18, 83:15, 106:5
**bringing** [1] - 67:22
**broken** [1] - 77:14
**brought** [11] - 25:20, 36:17, 36:19, 44:13, 75:4, 77:4, 88:20, 92:7, 97:2, 108:25, 111:8
**build** [1] - 110:13
**building** [47] - 21:15, 28:21, 39:6, 39:14, 41:11, 44:8, 51:3, 51:16, 51:17, 51:20, 51:21, 51:24, 54:18, 54:21, 54:23, 56:3, 56:6, 56:9, 62:20, 62:22, 63:20, 66:15, 67:4, 67:7, 67:16, 67:18, 69:1, 69:4,

69:17, 71:7, 71:14, 72:5, 72:24, 73:10, 73:16, 73:24, 74:10, 76:1, 76:8, 76:19, 85:16, 87:22, 87:24, 104:22, 111:4, 115:18

**buildings** [24] - 27:24, 28:14, 28:16, 28:17, 28:24, 39:2, 44:12, 49:22, 51:1, 55:7, 56:14, 62:23, 71:8, 72:16, 72:23, 74:23, 78:24, 79:1, 88:4, 92:18, 92:20, 92:24, 103:22, 103:25
**builds** [1] - 40:16
**built** [1] - 51:2
**Bullard** [4] - 116:14, 117:2, 117:3, 117:12
**bullet** [1] - 66:20
**bunch** [1] - 99:4
**Bureau** [1] - 103:17
**burned** [1] - 55:23
**burner** [1] - 49:4
**burning** [1] - 96:13
**button** [2] - 108:16, 108:22
**BWA** [1] - 1:4
**BWA-DMD** [1] - 1:4
**BY** [26] - 3:10, 4:3, 8:23, 10:18, 36:6, 38:7, 42:12, 43:23, 47:5, 49:16, 55:12, 57:7, 60:12, 63:6, 70:12, 74:4, 75:8, 80:20, 82:18, 87:9, 94:9, 100:23, 113:23, 119:17, 123:6, 123:22

## C

**camera** [1] - 123:9
**canal** [1] - 76:2
**Canal** [1] - 1:18
**cannot** [2] - 41:19, 75:11
**cap** [1] - 78:21
**care** [3] - 49:7, 97:7, 107:23
**careful** [1] - 40:14
**carefully** [1] - 65:18
**carpenter** [1] - 11:24
**carpentry** [4] - 14:21, 117:8, 117:22, 118:6
**carpet** [7] - 48:2, 48:3, 48:4, 48:8, 48:11, 98:4, 98:14
**Carriage** [1] - 116:17

**carry** [1] - 68:19
**carrying** [1] - 68:16
**case** [7] - 21:24, 24:20, 34:20, 34:22, 77:2, 94:3, 113:12
**CASES** [1] - 1:5
**cases** [1] - 48:16
**casing** [1] - 115:13
**Cassie** [5] - 2:10, 6:20, 7:20, 119:19, 126:5
**cassie@deutschkerrigan.com** [1] - 2:12
**cast** [8] - 44:4, 51:2, 51:5, 51:8, 55:2, 55:3, 56:4, 66:9
**catch** [2] - 34:7, 96:8
**categorized** [2] - 34:16, 34:17
**caught** [1] - 53:1
**caulk** [1] - 45:2
**caulked** [1] - 46:15
**caulking** [3] - 45:2, 45:5, 46:1
**caused** [1] - 51:18
**causes** [1] - 110:12
**causing** [1] - 79:6
**cave** [1] - 81:23
**CCR** [2] - 3:11, 128:16
**ceiling** [13] - 60:20, 60:21, 60:24, 66:8, 66:10, 70:3, 80:5, 80:10, 81:3, 81:12, 81:13, 81:23
**ceilings** [1] - 61:2
**cell** [5] - 29:19, 29:22, 30:1, 30:4, 30:9
**Centers** [4] - 25:13, 85:12, 86:15
**certain** [11] - 14:20, 15:13, 53:17, 61:17, 64:3, 104:13, 104:22, 105:22, 107:21, 112:25, 113:3
**certainly** [2] - 62:2, 110:12
**CERTIFICATE** [2] - 127:1, 128:1
**certification** [1] - 12:2
**certifications** [1] - 11:25
**Certified** [3] - 3:3, 3:11, 128:3
**certified** [4] - 12:6, 25:18, 58:25, 102:9
**CERTIFIED** [1] - 128:17
**certify** [2] - 127:4,

128:4
**chair** [1] - 61:13
**CHANEY** [4] - 1:11, 8:18, 127:4, 128:4
**Chaney** [16] - 6:5, 8:12, 8:24, 10:19, 10:21, 10:23, 11:8, 62:12, 67:20, 85:13, 113:20, 113:24, 119:10, 119:18, 123:7, 124:18
**change** [6] - 41:19, 48:14, 51:8, 118:1, 121:10, 121:14
**changed** [2] - 121:12, 125:14
**changes** [5] - 121:18, 121:21, 124:22, 125:1, 127:7
**changing** [1] - 94:21
**characteristics** [1] - 26:16
**charges** [1] - 21:22
**child** [7] - 75:20, 75:23, 76:9, 76:16, 106:4, 106:5, 106:14
**children** [10] - 74:19, 74:21, 88:3, 88:17, 92:8, 92:9, 105:18, 106:2, 112:9, 112:11
**children's** [1] - 92:16
**choice** [1] - 122:12
**chose** [2] - 102:7, 102:8
**church** [1] - 34:13
**circulating** [1] - 95:5
**circumstances** [3] - 21:8, 54:1, 92:10
**cited** [2] - 69:18, 70:16
**City** [1] - 56:11
**city** [1] - 70:24
**Civil** [1] - 128:12
**CIVIL** [1] - 1:3
**claim** [4] - 89:4, 89:13, 90:8, 113:13
**class** [1] - 113:11
**cleaned** [1] - 94:1
**clear** [2] - 59:2, 102:20
**clogged** [2] - 109:23, 110:1
**close** [1] - 58:4
**closed** [1] - 95:4
**closely** [2] - 64:3, 66:19
**closer** [1] - 72:12
**closet** [12] - 59:13, 61:6, 61:12, 65:25, 70:9, 109:8, 109:19, 110:9, 110:13, 110:25, 112:1,

112:16
**closets** [6] - 59:19, 70:5, 108:12, 109:4, 109:6, 110:23
**clothes** [2] - 89:24, 90:2
**clothing** [2] - 86:21, 86:22
**Clyde** [1] - 17:3
**CMR** [1] - 3:11
**co** [3] - 68:5, 68:15, 106:9
**co-workers** [3] - 68:5, 68:15, 106:9
**Code** [17] - 56:12, 56:15, 58:5, 58:8, 58:10, 65:2, 65:4, 65:7, 69:19, 70:13, 93:15, 103:10, 103:17, 103:20, 104:9, 105:1, 128:12
**code** [4] - 69:18, 70:24, 104:10, 104:14
**cold** [1] - 110:10
**collapse** [2] - 60:25, 61:2
**collapsed** [1] - 66:7
**collapses** [1] - 60:21
**collapsing** [1] - 81:2
**collection** [2] - 98:17, 98:22
**college** [1] - 11:14
**coming** [13] - 20:16, 25:3, 47:23, 52:1, 53:3, 58:21, 59:14, 66:8, 66:25, 91:20, 93:3, 98:5, 107:19
**common** [3] - 78:23, 92:5, 92:21
**commonplace** [2] - 60:22, 80:23
**communications** [1] - 100:2
**community** [1] - 105:20
**Company** [1] - 26:13
**company** [13] - 12:13, 13:1, 13:7, 13:8, 20:5, 25:21, 26:14, 51:23, 78:8, 114:20, 117:5, 123:25
**company's** [2] - 13:1, 34:9
**complain** [3] - 33:22, 63:15, 63:16, 95:19
**complained** [1] - 111:14
**complaining** [4] - 38:15, 49:2, 93:2,

95:23
**complaints** [4] - 63:12, 81:25, 82:5, 107:23
**complete** [1] - 24:16
**completed** [10] - 15:16, 29:14, 30:12, 30:14, 30:15, 30:18, 33:13, 68:2, 70:7, 122:2
**completely** [2] - 9:24, 9:25
**complex** [22] - 13:11, 13:22, 14:20, 53:7, 73:5, 74:20, 76:4, 76:22, 76:25, 80:8, 106:13, 113:5, 113:9, 117:9, 117:15, 117:17, 117:20, 117:23, 119:25, 120:5, 120:14, 121:11
**complexes** [6] - 9:2, 9:9, 13:25, 14:25, 99:15, 99:16
**compliance** [2] - 128:9, 128:11
**compromised** [2] - 73:1
**concern** [4] - 65:10, 105:17, 106:1, 108:25
**concerned** [3] - 74:21, 105:12, 113:3
**concerning** [2] - 58:20, 112:8
**concerns** [12] - 24:1, 24:2, 24:4, 24:6, 62:17, 68:22, 86:7, 102:1, 105:9, 105:15, 105:23, 106:7
**concluded** [1] - 126:18
**concludes** [1] - 124:13
**condensation** [1] - 110:13
**condenser** [1] - 55:20
**condition** [8] - 36:25, 39:9, 41:2, 81:15, 82:1, 120:14, 121:10, 122:16
**conditioner** [7] - 39:21, 47:23, 65:25, 81:14, 88:1, 91:21, 93:4
**conditioners** [1] - 54:24
**conditioning** [7] -

15:12, 32:23, 58:22, 79:13, 92:21, 93:7, 109:20
**conditions** [8] - 36:1, 43:7, 43:11, 43:16, 54:6, 104:4, 105:16, 106:24
**conducting** [1] - 86:17
**conduit** [1] - 69:16
**confirm** [1] - 8:6
**connected** [1] - 79:8
**connection** [1] - 25:5
**connects** [1] - 112:20
**considered** [1] - 32:20
**consistent** [1] - 43:25
**CONSOLIDATED** [1] - 1:5
**constantly** [2] - 40:8, 108:21
**constituted** [1] - 32:17
**construction** [1] - 83:13
**contact** [1] - 11:5
**contained** [1] - 112:12
**container** [1] - 80:21
**continue** [2] - 46:22, 109:25
**continued** [3] - 2:1, 3:1, 5:1
**continuing** [1] - 18:16
**continuously** [1] - 23:14
**contractual** [1] - 128:11
**contribute** [1] - 89:7
**Control** [3] - 25:13, 85:13, 86:15
**conversation** [1] - 100:25
**copier** [1] - 29:17
**Copper** [2] - 2:8, 116:16
**copper** [1] - 110:14
**copy** [4] - 19:20, 19:22, 126:1, 126:7
**correct** [25] - 14:10, 15:2, 16:20, 28:22, 29:23, 32:2, 37:12, 37:23, 38:1, 38:6, 53:11, 54:7, 54:18, 55:7, 63:23, 74:5, 87:5, 114:10, 114:24, 120:16, 120:17, 121:3, 122:17, 127:8, 128:8
**corrections** [3] - 127:7, 127:16, 127:17
**correctly** [2] - 78:22, 122:3

**corrode** [1] - 55:7
**corroded** [1] - 51:6
**cost** [1] - 106:25
**cough** [3] - 89:19, 91:10, 91:25
**coughing** [1] - 89:11, 89:12
**counsel** [6] - 6:7, 7:3, 7:5, 10:7, 125:20, 128:13
**counsel's** [1] - 9:19
**couple** [6] - 25:22, 72:1, 81:18, 88:6, 88:7, 119:18
**course** [1] - 95:1
**Court** [2] - 3:11, 128:3
**court** [6] - 7:7, 8:21, 9:20, 10:14, 22:1, 124:20
**COURT** [11] - 1:1, 7:1, 7:23, 8:5, 8:15, 87:2, 125:25, 126:4, 126:8, 126:12, 128:17
**courtesy** [2] - 35:16, 73:3
**cover** [2] - 108:18, 109:13
**covered** [1] - 50:10
**covering** [1] - 95:22
**crack** [1] - 44:6
**cracked** [1] - 79:9
**cracking** [1] - 46:3
**create** [2] - 109:20, 110:9
**created** [2] - 70:13, 70:23
**Creek** [2] - 2:8, 116:16
**crime** [1] - 98:25
**CRR** [2] - 3:11, 128:16
**crying** [1] - 51:22
**cut** [6] - 47:15, 47:24, 73:17, 76:3, 79:24, 112:19

## D

**daily** [3] - 30:22, 68:9, 94:19
**damage** [3] - 45:13, 45:22, 81:3
**damaged** [1] - 64:12
**DANA** [1] - 1:8
**Daphne** [4] - 19:5, 22:2, 22:4, 24:3
**DASMEN** [1] - 1:6
**Dasmen** [38] - 2:7, 6:17, 6:18, 9:3, 9:7, 12:14, 12:22, 25:5, 25:16, 25:25, 26:5,

26:14, 27:11, 31:21, 34:24, 83:16, 83:20, 84:3, 84:12, 84:15, 84:19, 84:23, 85:6, 85:8, 85:15, 85:23, 90:1, 99:6, 99:8, 99:15, 99:25, 105:8, 114:1, 114:19, 114:24, 120:18, 120:23, 122:17
**date** [5] - 11:9, 13:17, 40:24, 123:14, 127:9
**DATE** [2] - 127:12, 127:20
**dates** [1] - 123:12
**day-to-day** [1] - 89:9
**days** [13] - 22:19, 22:23, 33:5, 33:6, 33:24, 33:25, 37:17, 54:16, 68:12, 95:17, 98:18, 117:18
**deal** [10] - 52:11, 72:18, 77:25, 82:9, 90:23, 91:6, 95:7, 96:1, 111:15, 111:21
**dealing** [5] - 32:20, 36:24, 74:8, 86:8, 106:15, 111:11
**dealt** [1] - 51:13
**deceased** [1] - 67:8
**December** [1] - 11:10, 12:19, 13:18, 14:10, 15:2, 15:4, 15:19, 26:11, 120:1, 120:10, 120:15
**decide** [1] - 68:16
**decided** [6] - 21:6, 21:20, 21:24, 68:19, 104:21, 107:18
**decision** [1] - 33:18
**Defendant** [1] - 2:19
**defendant** [1] - 6:25
**Defendants** [2] - 2:7, 2:13
**defendants** [3] - 6:21, 10:8, 119:20
**defined** [1] - 128:11
**definite** [1] - 30:10, 40:4
**definitely** [3] - 29:5, 67:24, 80:6
**definition** [1] - 102:21
**Dekeera** [1] - 19:2
**deliberate** [1] - 122:8
**Delorimier** [1] - 3:3
**demanded** [1] - 18:11
**demoted** [1] - 111:13
**department** [4] - 17:1, 17:9, 19:12, 24:24
**Department** [2] -

56:12, 69:19
**depict** [4] - 41:2, 42:16, 43:11, 47:6
**depicted** [17] - 42:23, 50:12, 61:4, 61:20, 62:8, 63:25, 65:14, 65:23, 66:6, 66:12, 69:6, 69:13, 70:20, 73:23, 78:18, 79:21, 81:21
**depicts** [1] - 80:4
**Depo** [1] - 3:4
**depo** [1] - 57:3
**Depo-Vue** [1] - 3:4
**deposit** [1] - 20:20
**deposition** [21] - 6:4, 6:5, 9:5, 9:22, 10:12, 41:7, 41:22, 42:4, 42:15, 42:22, 46:25, 49:12, 57:6, 59:10, 66:4, 79:17, 83:4, 124:13, 124:19, 125:3, 126:17
**Deposition** [1] - 1:11
**depovueinc@gmail. com** [1] - 3:5
**describe** [4] - 11:11, 12:8, 39:8, 55:13
**described** [1] - 76:21
**describing** [1] - 42:16
**desk** [4] - 20:15, 20:23, 22:8, 22:13
**Desselle** [3] - 52:15, 105:7, 105:15
**detector** [1] - 104:20
**detectors** [3] - 104:6, 104:16, 104:23
**deteriorating** [1] - 55:4
**determine** [1] - 47:22
**determined** [2] - 88:5, 101:11
**DEUTSCH** [1] - 2:10
**developed** [2] - 38:19, 38:21
**Development** [10] - 2:13, 2:14, 6:21, 6:22, 119:21, 119:24, 120:20, 121:2
**Devonn** [3] - 1:22, 6:13, 7:16
**diagnosed** [1] - 90:24
**different** [12] - 12:15, 13:24, 27:24, 39:2, 51:4, 87:20, 89:16, 91:15, 94:15, 94:22, 104:8, 116:21
**difficulty** [1] - 90:8
**diploma** [1] - 11:14

**dire** [1] - 36:11
**direct** [3] - 20:20, 23:25, 24:4
**directed** [2] - 24:2, 24:6
**direction** [1] - 128:8
**directly** [1] - 103:19
**discard** [2] - 86:22, 98:3
**discussed** [3] - 19:17, 86:19, 96:21
**discussing** [2] - 47:7, 118:24
**discussion** [1] - 17:21
**Disease** [4] - 25:13, 85:12, 85:13, 86:15
**disgust** [1] - 82:9
**displeased** [1] - 21:16
**dispute** [1] - 18:3
**disrepair** [1] - 44:11
**distress** [1] - 36:12
**DISTRICT** [2] - 1:1, 1:1
**djarrett@ jarrettlawgroup. com** [1] - 1:24
**DMD** [1] - 1:4
**doctor** [3] - 96:25, 97:2, 97:7
**document** [2] - 85:20, 86:14
**documentation** [1] - 85:14
**documents** [5] - 25:12, 29:15, 29:17, 56:21, 97:9
**dog** [1] - 108:24
**done** [15] - 14:21, 23:12, 24:17, 32:1, 32:2, 32:5, 33:15, 36:12, 36:16, 36:21, 48:22, 76:15, 83:13, 106:25
**door** [12] - 22:14, 49:10, 49:20, 49:24, 50:2, 50:17, 57:15, 70:22, 71:2, 71:5, 74:11, 90:20
**doors** [2] - 27:1, 28:4
**doorway** [1] - 50:4
**DOUGLAS** [1] - 1:8
**down** [6] - 47:25, 51:18, 52:4, 57:14, 69:9, 110:4
**Dr** [1] - 54:13
**drain** [6] - 78:20, 78:21, 79:7, 109:23, 109:24, 110:1
**dripping** [1] - 108:21
**Drive** [5] - 1:12, 8:13, 8:19, 10:21, 10:23

**drowned** [2] - 75:20, 76:9
**duct** [2] - 93:10, 93:12
**ducts** [2] - 112:23, 113:2
**due** [5] - 34:9, 60:25, 66:8, 81:23, 87:19
**duly** [2] - 8:20, 128:5
**dumpster** [3] - 98:2, 98:9, 98:15
**dumpsters** [1] - 98:7
**duration** [1] - 70:8
**during** [4] - 13:23, 26:21, 89:20, 91:8
**duties** [5] - 14:14, 15:7, 15:17, 19:23, 22:11
**duty** [1] - 18:6
**DWAYNE** [4] - 1:11, 8:18, 127:4, 128:4
**Dwayne** [3] - 6:5, 8:12, 10:21

### E

**e-mail** [2] - 32:12, 112:7
**EAGAN** [17] - 6:15, 7:17, 36:4, 38:2, 41:24, 42:8, 55:8, 60:6, 63:3, 74:1, 74:24, 82:13, 93:18, 100:19, 113:23, 119:9, 126:2
**Eagan** [3] - 6:16, 7:18, 113:25
**eagan.......................
...112** [1] - 4:6
**Earth** [2] - 40:24, 40:25
**easier** [1] - 42:7
**easily** [1] - 76:1
**East** [2] - 14:6, 116:7
**EASTERN** [1] - 1:1
**Eastlake** [7] - 2:13, 6:21, 103:16, 119:21, 119:23, 120:20, 121:2
**easy** [1] - 77:14
**edge** [1] - 39:24
**educational** [1] - 11:12
**Edwards** [16] - 16:7, 16:18, 16:24, 31:13, 41:23, 42:3, 42:15, 42:21, 49:12, 59:9, 79:17, 83:4, 107:10, 111:6, 115:22, 115:23
**Edwards'** [1] - 46:24

**eegan@glllaw.com** [1] - 2:6
**effort** [1] - 101:25
**efforts** [2] - 82:20, 101:16
**Egan** [1] - 2:3
**eight** [1] - 35:18
**either** [11] - 12:10, 24:15, 32:6, 32:12, 44:7, 54:24, 81:2, 95:14, 107:9, 109:11, 118:14
**elaborate** [2] - 39:11, 121:23
**elderly** [2] - 61:16, 61:18
**electrical** [7] - 32:23, 34:18, 69:15, 70:21, 71:2, 71:5, 104:4
**electrocuted** [1] - 108:17
**electrocuting** [1] - 108:23
**emergencies** [1] - 32:10
**emergency** [5] - 32:13, 32:18, 32:19, 33:5, 33:17
**Emily** [5] - 2:3, 6:16, 7:18, 113:24, 126:1
**employed** [3] - 9:6, 19:21, 31:21
**employee** [2] - 99:7, 105:8
**employees** [4] - 25:3, 53:18, 113:13, 121:9
**employer** [1] - 86:2
**employment** [1] - 12:9
**encounter** [2] - 27:19, 63:9
**encountered** [1] - 27:8
**end** [3] - 74:11, 91:23, 115:14
**ended** [1] - 115:1
**enforcement** [2] - 70:24, 104:14
**Enforcement** [16] - 56:12, 56:15, 58:5, 58:9, 58:10, 65:3, 65:4, 65:7, 69:19, 70:13, 93:15, 103:10, 103:17, 103:20, 104:9, 105:1
**ensure** [3] - 15:9, 47:18, 88:11
**entering** [1] - 85:16
**entities** [7] - 6:18, 13:15, 14:3, 113:25, 116:5, 119:24,

120:21
**entity** [1] - 6:17
**entrance** [1] - 77:16
**equipment** [1] - 11:21
**error** [1] - 124:23
**escapes** [2] - 13:4, 13:7
**especially** [2] - 21:9, 105:25
**Esquire** [5] - 1:17, 1:22, 2:3, 2:10, 2:17
**ET** [2] - 1:3, 1:7
**evening** [5] - 8:24, 67:24, 91:9, 91:25, 106:18
**evicted** [5] - 52:18, 52:22, 53:2, 82:10, 82:17
**exacerbation** [1] - 87:11
**exact** [1] - 114:14
**exactly** [8] - 13:13, 31:18, 32:3, 33:11, 49:8, 63:23, 100:12, 103:2
**Exactly** [1] - 111:22
**EXAMINATION** [25] - 4:3, 8:23, 10:18, 36:6, 38:7, 42:12, 43:23, 47:5, 49:16, 55:12, 57:7, 60:12, 63:6, 70:12, 74:4, 75:8, 80:20, 82:18, 87:9, 94:9, 100:23, 113:23, 119:17, 123:6, 123:22
**example** [1] - 34:17
**excessively** [1] - 96:13
**excuse** [8] - 11:13, 13:6, 15:11, 36:8, 64:21, 105:22, 108:19, 110:6
**executing** [1] - 99:21
**exhibit** [8] - 41:6, 41:20, 57:3, 61:5, 66:5, 87:1, 98:1, 98:24
**Exhibit** [82] - 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 4:24, 5:2, 5:3, 5:3, 5:4, 5:4, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 5:9, 5:9, 41:7, 41:21,

42:14, 42:20, 43:6, 43:10, 43:15, 43:21, 46:24, 47:3, 49:11, 49:14, 50:13, 56:25, 57:5, 57:8, 59:9, 59:16, 60:14, 61:4, 61:19, 62:7, 63:24, 64:18, 65:13, 65:22, 66:12, 69:7, 69:12, 69:14, 69:21, 69:24, 70:20, 71:11, 73:24, 78:19, 79:16, 79:22, 80:3, 80:14, 80:18, 83:3, 87:7, 97:21, 98:1, 98:3
**EXHIBITS** [2] - 4:13, 5:1
**exist** [1] - 35:9
**existed** [5] - 33:10, 37:22, 58:11, 58:17, 121:17
**existing** [1] - 44:4
**exited** [1] - 27:17
**exiting** [1] - 21:14
**expected** [1] - 19:23
**expecting** [1] - 107:16
**experience** [10] - 20:1, 46:12, 55:5, 87:11, 89:3, 89:12, 90:7, 91:2, 94:12, 96:12
**experienced** [6] - 89:17, 90:18, 91:12, 94:16, 96:22, 108:11
**explain** [1] - 27:7
**explained** [3] - 18:13, 103:3, 107:17
**exposed** [4] - 89:8, 108:19, 109:14, 113:14
**exposing** [1] - 96:13
**exposure** [8] - 81:24, 86:16, 89:5, 89:14, 90:9, 91:3, 94:13, 96:23
**express** [5] - 48:20, 68:5, 68:22, 82:8, 86:7
**expressed** [2] - 105:14, 108:3
**extent** [2] - 63:21, 63:22
**exterminator** [1] - 72:18
**extinguishers** [3] - 104:24, 104:25, 105:4
**eye** [1] - 83:21
**eyes** [2] - 96:12, 96:19

### F

**facilities** [1] - 9:4
**fact** [3] - 53:8, 67:15, 87:20
**fail** [2] - 102:15, 122:9
**failed** [1] - 102:5
**fails** [1] - 102:23
**fair** [4] - 30:11, 31:6, 37:20, 63:19
**familiar** [8] - 17:14, 18:23, 34:23, 51:19, 79:19, 102:16, 105:6, 123:23
**families** [2] - 65:12, 88:7
**family** [3] - 89:23, 90:3, 92:9
**fans** [1] - 60:20
**far** [5] - 28:9, 51:13, 113:2, 113:6, 122:4
**fashion** [1] - 15:14
**faster** [1] - 42:11
**fears** [1] - 68:6
**featured** [1] - 105:7
**February** [1] - 118:14
**feces** [3] - 51:18, 52:1, 52:3
**federal** [1] - 10:14
**feed** [2] - 78:3, 78:9
**feet** [1] - 47:15
**fell** [1] - 31:12
**felt** [1] - 18:17
**fence** [4] - 75:10, 76:3, 77:9, 77:12
**fencing** [2] - 77:3, 77:4
**few** [14] - 35:12, 46:14, 49:21, 50:1, 58:15, 62:13, 68:24, 80:12, 80:13, 83:5, 92:7, 92:12, 114:3, 114:6
**fewer** [1] - 115:24
**fill** [2] - 29:11, 110:2
**filled** [1] - 86:5
**filters** [1] - 83:14
**filthy** [2] - 55:22, 66:2
**fine** [2] - 41:25, 114:7
**finish** [1] - 95:8
**finished** [1] - 29:13
**fire** [10] - 32:24, 56:18, 56:24, 104:5, 104:10, 104:15, 104:24, 104:25, 105:2, 105:4
**firearm** [2] - 67:23, 67:25
**firearms** [1] - 68:20
**fired** [1] - 107:9

**fireplaces** [1] - 35:8
**FIRM** [1] - 1:17
**first** [8] - 8:20, 13:10, 19:1, 51:25, 52:7, 73:4, 97:13, 128:5
**five** [10] - 35:18, 37:17, 57:25, 75:6, 103:7, 107:16, 108:5, 115:4, 115:6, 115:10
**fixed** [1] - 58:23
**fixtures** [1] - 52:7
**Flash** [1] - 54:13
**flat** [1] - 40:11
**flip** [1] - 21:12
**floated** [1] - 117:19
**flood** [1] - 44:9
**flooding** [1] - 32:20
**floor** [5] - 48:2, 51:25, 52:8, 60:19, 80:22
**flooring** [2] - 14:19, 119:7
**flow** [1] - 109:25
**folks** [1] - 119:12
**followed** [1] - 20:2
**follows** [1] - 8:22
**foot** [1] - 75:6
**foregoing** [2] - 127:5, 128:6
**forget** [2] - 97:9, 116:13
**forklift** [1] - 12:1
**form** [11] - 30:2, 36:5, 38:3, 55:9, 60:7, 63:4, 74:2, 74:25, 82:14, 93:19, 100:20
**formally** [1] - 9:6
**format** [1] - 128:10
**former** [4] - 37:2, 38:9, 38:22, 49:18
**formerly** [2] - 120:1, 120:9
**forth** [1] - 128:6
**foundation** [1] - 71:13
**four** [11] - 10:24, 20:16, 22:12, 47:15, 51:4, 54:16, 57:25, 95:17, 103:7, 108:4, 117:18
**freeze** [1] - 110:16
**frequent** [6] - 19:11, 27:22, 27:23, 50:16, 71:4, 91:2
**frequently** [8] - 27:19, 37:14, 45:12, 49:1, 60:24, 63:8, 64:14, 73:8
**fresh** [2] - 95:9, 96:10
**Friday** [3] - 22:21, 23:12, 35:18

**friend** [1] - 112:2
**FRITCHIE** [1] - 2:16
**front** [4] - 76:5, 77:16, 90:19, 101:8
**full** [2] - 8:9, 10:20
**fully** [1] - 10:9
**function** [1] - 78:22
**furniture** [5] - 64:5, 64:7, 64:9, 64:15, 65:20

## G

**gadget** [1] - 82:22
**GAILMOR** [7] - 6:19, 7:19, 119:17, 122:19, 122:25, 123:4, 126:6
**Gailmor** [4] - 2:10, 6:20, 7:20, 119:19
**Gailmor....................
....118** [1] - 4:8
**gaping** [1] - 80:10
**gate** [5] - 53:9, 75:25, 76:6, 76:8, 76:19
**gear** [1] - 111:20
**gears** [2] - 22:18, 54:4
**gentleman** [7] - 18:9, 39:23, 67:4, 67:8, 69:1, 69:4, 73:15
**gentlemen** [3] - 25:22, 25:23, 27:12, 69:2
**GIEGER** [1] - 2:3
**Gilley** [1] - 3:3
**given** [13] - 19:20, 30:24, 55:3, 68:3, 86:9, 87:10, 101:6, 102:10, 103:6, 106:12, 106:15, 127:5, 127:8
**gloves** [2] - 84:12, 84:16
**goggles** [3] - 83:21, 83:25, 111:20
**Google** [2] - 40:24, 40:25
**grab** [1] - 108:24
**greater** [2] - 14:5, 63:21
**ground** [3] - 39:22, 67:5, 72:17
**grounds** [1] - 113:1
**group** [4] - 103:16, 103:21, 116:6
**GROUP** [1] - 1:22
**Group** [4] - 2:14, 6:22, 119:22, 121:3
**growing** [2] - 64:5, 64:7
**grown** [3] - 65:17,

65:20
**growth** [2] - 100:8, 100:10
**guard** [5] - 35:11, 35:17, 35:22, 99:11, 99:14
**guess** [4] - 18:2, 28:2, 63:11, 100:11
**guidelines** [1] - 128:10
**gun** [3] - 67:10, 67:13, 68:2
**gunfire** [1] - 69:3
**gunman** [1] - 67:17
**gunshot** [1] - 95:22
**guy** [5] - 17:14, 18:14, 57:19, 98:25, 99:17
**guys** [5] - 14:22, 24:11, 24:12, 41:19, 116:24

## H

**hacking** [3] - 89:19, 91:10, 91:25
**half** [8] - 10:24, 29:6, 29:7, 39:21, 64:6, 76:11, 118:18, 118:19
**hallway** [2] - 64:22, 67:11
**hand** [2] - 8:17, 15:17
**handled** [1] - 21:9
**hanging** [1] - 70:3
**HANO** [6] - 29:3, 101:23, 102:14, 102:16, 102:23, 102:24
**hard** [7] - 23:13, 30:23, 55:24, 64:20, 89:10, 96:8, 99:2
**harder** [2] - 23:17, 68:1
**hatch** [2] - 39:14, 39:16
**hatches** [1] - 41:14
**head** [3] - 10:5, 57:17, 73:17
**headache** [1] - 91:11
**headaches** [5] - 91:3, 91:8, 91:9, 91:24, 93:2
**health** [8] - 25:14, 36:3, 62:18, 65:11, 86:16, 92:16
**hear** [3] - 7:24, 71:24, 121:8
**heard** [5] - 12:24, 66:24, 71:23, 75:19, 82:7

**hearing** [1] - 53:3
**Hearings** [1] - 103:17
**heater** [6] - 108:15, 108:18, 109:10, 109:19, 110:1, 110:8
**heating** [1] - 32:24
**heavy** [1] - 11:21
**held** [2] - 6:6, 18:16
**help** [2] - 34:7, 116:24
**hereby** [2] - 127:4, 128:4
**herein** [1] - 128:13
**hereinabove** [1] - 128:6
**herself** [1] - 52:21
**hi** [1] - 113:24
**Hidden** [7] - 12:10, 12:18, 120:1, 120:5, 120:9, 121:12, 122:14
**high** [3] - 11:13, 25:2, 27:13
**higher** [1] - 47:19
**highest** [1] - 41:13
**hired** [3] - 18:8, 118:10, 118:12
**hold** [1] - 20:5
**hole** [7] - 50:10, 71:12, 75:25, 76:3, 76:7, 76:19, 80:10
**holes** [3] - 66:20, 72:16, 77:8
**home** [13] - 18:1, 57:15, 57:21, 58:1, 85:16, 89:22, 89:23, 90:17, 101:2, 107:19, 112:7, 123:1, 125:8
**honest** [2] - 39:10, 105:13
**honestly** [1] - 81:1
**hook** [1] - 75:16
**hopes** [1] - 76:14
**hot** [7] - 108:15, 108:18, 109:9, 109:18, 110:1, 110:8, 110:10
**hotel** [1] - 11:17
**hour** [1] - 110:20
**hours** [5] - 20:16, 22:12, 22:24, 33:24, 33:25
**House** [5] - 15:21, 17:13, 17:17, 17:18, 18:5, 18:10, 18:21, 116:17, 122:6
**hundred** [4] - 104:13, 112:24, 113:3
**hurt** [1] - 106:10
**HVAC** [7] - 34:19,

42:17, 55:13, 56:1, 58:25, 110:7

## I

**ice** [2] - 110:18, 110:19
**identification** [6] - 43:22, 47:4, 49:15, 69:25, 80:19, 87:8
**identify** [1] - 7:3
**identity** [1] - 8:7
**ignorance** [1] - 110:6
**ignored** [1] - 33:20
**immediate** [3] - 15:20, 16:7, 91:17
**important** [3] - 9:21, 10:1, 10:3
**improvements** [1] - 36:23
**Inc** [3] - 2:14, 2:20, 3:4
**incentives** [1] - 122:1
**inch** [1] - 64:6
**incident** [4] - 20:10, 70:16, 75:23, 114:16
**including** [1] - 86:19
**increased** [1] - 87:19
**indicating** [2] - 96:4, 97:15
**individuals** [1] - 121:9
**infestation** [7] - 71:16, 71:19, 71:22, 72:19, 73:9, 73:21
**information** [11] - 11:6, 20:12, 20:14, 20:19, 20:24, 21:10, 22:7, 119:23
**informed** [3] - 37:10, 90:4, 101:12
**insect** [1] - 71:19
**inside** [6] - 50:14, 53:13, 57:10, 61:9, 61:11, 75:24
**inspect** [2] - 37:11, 38:14
**inspecting** [2] - 37:4, 38:12
**inspection** [5] - 102:5, 102:13, 102:15, 102:23, 103:18
**inspections** [4] - 101:18, 102:2, 102:8, 102:10
**inspector** [1] - 102:14
**inspectors** [1] - 103:20
**instance** [1] - 47:10
**instead** [2] - 10:5, 101:2
**instructed** [1] - 100:14

**instrument** [7] - 43:20, 47:2, 49:13, 57:4, 69:23, 80:17, 87:6
**insulated** [1] - 110:15
**insulation** [4] - 47:12, 47:14, 47:16, 47:20
**intensity** [1] - 112:14
**intent** [1] - 100:16
**intentionally** [1] - 113:14
**interested** [1] - 128:14
**interesting** [1] - 92:3
**interior** [1] - 50:14
**internal** [1] - 121:17
**internally** [1] - 48:19
**interview** [1] - 53:14
**introduce** [1] - 6:8
**intrusion** [22] - 34:18, 37:5, 38:24, 43:25, 45:18, 45:23, 47:7, 47:19, 49:20, 50:11, 50:14, 56:8, 58:15, 60:25, 62:5, 63:10, 64:16, 82:23, 100:1, 109:20, 111:5, 118:24
**involved** [1] - 9:10
**iron** [9] - 44:4, 51:3, 51:5, 51:8, 55:2, 55:3, 56:4, 66:9, 77:11
**irritate** [1] - 96:18
**irritating** [1] - 89:19
**IRWIN** [1] - 2:16
**issue** [40] - 17:21, 20:11, 20:18, 20:25, 21:4, 23:21, 24:22, 32:23, 32:24, 37:9, 38:23, 44:11, 45:10, 45:24, 46:21, 50:21, 50:23, 51:11, 52:15, 54:11, 55:4, 57:12, 58:20, 58:25, 59:14, 59:20, 60:25, 77:1, 79:5, 79:10, 87:23, 90:14, 94:5, 100:6, 104:11, 108:15, 110:10, 111:5, 112:8, 112:10
**issued** [1] - 103:15
**issues** [46] - 15:10, 17:20, 24:8, 27:1, 29:12, 37:5, 37:21, 38:16, 38:18, 38:20, 39:1, 39:3, 44:5, 48:18, 49:20, 50:13, 54:23, 55:2, 55:14, 55:17, 55:21, 62:6, 73:23, 75:3, 77:17,

92:19, 93:3, 93:24, 94:7, 96:21, 101:17, 104:4, 104:5, 104:8, 105:12, 105:23, 105:25, 106:13, 106:19, 106:21, 107:24, 108:9, 118:22, 118:24, 121:17
**issuing** [1] - 104:10
**items** [3] - 98:5, 98:13, 104:8
**itself** [3] - 20:5, 39:16, 46:20

# J

**Jackson** [2] - 16:3, 16:9
**Janice** [3] - 52:10, 52:13, 52:17
**January** [1] - 41:1
**JARRETT** [3] - 1:22, 6:12, 7:15
**Jarrett** [3] - 1:22, 6:13, 7:16
**Jenkins** [1] - 17:4
**job** [27] - 14:13, 15:5, 15:7, 18:9, 18:10, 18:12, 18:15, 18:16, 18:21, 19:23, 23:17, 23:19, 23:20, 24:15, 24:16, 36:16, 38:16, 68:1, 86:12, 106:11, 106:25, 107:16, 117:24, 123:10
**jobs** [1] - 116:22
**John** [3] - 15:21, 17:13, 122:6
**Joshua** [1] - 79:18
**JOSHUA** [1] - 1:3
**JUDGE** [2] - 1:6, 1:8
**July** [2] - 97:18, 97:22

# K

**keep** [2] - 77:15, 95:23
**keeping** [1] - 123:11
**kept** [1] - 67:21
**KERRIGAN** [1] - 2:3
**KFK** [10] - 2:14, 6:22, 119:21, 119:24, 120:20, 121:2
**kick** [1] - 28:4
**kicked** [1] - 27:2
**killing** [1] - 74:15
**Kilz** [3] - 46:6, 46:8, 95:14
**kind** [28] - 13:4, 14:23, 17:6, 21:2, 23:13,

30:23, 53:16, 64:20, 65:18, 67:1, 67:3, 78:3, 86:11, 87:19, 89:9, 94:20, 95:6, 95:7, 96:8, 97:4, 99:2, 102:7, 103:23, 108:9, 117:10, 117:19, 118:1
**kitchen** [1] - 52:1
**knowing** [3] - 68:3, 100:12, 105:24
**knowledge** [18] - 16:12, 17:20, 19:14, 19:25, 26:10, 35:24, 37:2, 38:9, 43:24, 68:18, 75:21, 88:13, 88:22, 89:2, 99:19, 99:23, 111:23, 120:13

# L

**label** [1] - 41:20
**labeled** [1] - 42:14
**labor** [1] - 24:23
**LABORDE** [1] - 2:3
**lack** [2] - 36:14, 36:15
**ladders** [1] - 41:12
**lady** [1] - 19:4
**Laguna** [148] - 9:8, 12:10, 12:12, 12:25, 13:5, 13:6, 15:25, 16:11, 17:1, 17:12, 18:24, 19:15, 19:18, 22:19, 22:25, 23:3, 23:12, 25:19, 26:4, 26:10, 26:16, 26:18, 27:5, 27:20, 28:14, 29:3, 29:9, 33:2, 35:25, 36:2, 37:3, 37:5, 37:15, 37:22, 38:10, 38:23, 39:5, 39:6, 39:9, 40:3, 40:7, 41:3, 42:24, 43:8, 43:13, 43:18, 44:1, 44:13, 45:9, 45:13, 45:17, 49:19, 50:23, 53:10, 55:15, 56:2, 56:5, 56:8, 56:10, 60:22, 62:13, 62:20, 64:12, 64:16, 67:12, 67:20, 68:7, 68:23, 70:9, 71:5, 71:17, 71:22, 72:5, 73:21, 75:10, 77:9, 78:24, 79:13, 80:11, 80:24, 81:5, 82:24, 83:8, 83:22, 84:1, 84:5, 84:13, 87:13, 87:18, 89:5, 89:14,

89:17, 90:7, 90:9, 90:25, 91:4, 91:13, 92:4, 94:11, 94:25, 96:14, 96:23, 98:14, 98:18, 99:12, 99:21, 100:1, 103:11, 104:12, 107:6, 108:7, 108:10, 108:11, 109:4, 109:16, 110:23, 111:2, 111:11, 111:15, 111:19, 111:21, 111:24, 112:11, 112:15, 112:22, 113:4, 113:5, 113:9, 113:15, 114:9, 115:2, 115:3, 115:8, 115:11, 115:25, 116:3, 116:4, 118:2, 118:4, 118:17, 118:25, 119:25, 120:10, 121:12, 123:13, 124:1
**lake** [10] - 73:12, 73:19, 74:12, 74:17, 75:7, 75:10, 75:14, 75:17, 75:20, 77:22
**Lake** [2] - 12:10, 12:18
**Lakes** [5] - 120:1, 120:6, 120:10, 121:12, 122:15
**LAPEROUSE** [1] - 2:3
**large** [3] - 26:24, 78:25, 79:1
**larger** [1] - 54:11, 90:14
**last** [6] - 16:3, 16:10, 17:5, 19:3, 19:5, 66:4
**lasted** [3] - 68:12, 81:16, 81:18
**late** [4] - 123:5, 124:10, 125:19, 125:20
**Latter** [4] - 2:20, 6:25, 121:6, 123:8
**launder** [1] - 86:22
**laundry** [3] - 80:15, 81:2, 81:5
**LAW** [1] - 1:22
**lawsuit** [1] - 9:10
**laying** [1] - 67:5
**leadership** [1] - 122:10
**leading** [1] - 12:9
**leak** [16] - 46:17, 47:11, 47:25, 51:14, 58:20, 58:21, 66:8, 79:3, 79:5, 79:6,

79:25
**leaking** [6] - 45:13, 45:18, 45:22, 47:8, 47:22, 48:3
**leaks** [14] - 37:4, 44:24, 45:9, 49:10, 49:20, 49:25, 50:2, 50:3, 50:17, 50:18, 50:20, 51:5, 51:16, 79:11
**leaning** [1] - 39:17
**lease** [1] - 99:22
**leasing** [19] - 19:12, 20:11, 20:15, 21:11, 21:19, 22:3, 28:1, 32:8, 49:6, 52:25, 70:17, 82:8, 114:16
**least** [2] - 45:20, 76:11
**leave** [7] - 21:13, 21:14, 22:15, 27:16, 46:10, 106:18
**leaving** [2] - 25:3, 91:7
**led** [2] - 62:5, 69:3
**left** [14] - 16:15, 17:7, 18:21, 20:13, 20:14, 22:7, 35:13, 35:14, 48:13, 56:22, 62:3, 64:8, 78:15, 114:9
**Legal** [1] - 3:3
**lesser** [1] - 63:21
**letter** [1] - 103:10
**letters** [1] - 100:18
**letting** [1] - 92:14
**lied** [1] - 21:24
**life** [1] - 76:17
**light** [2] - 52:7, 62:1
**likelihood** [1] - 93:22
**line** [3] - 78:21, 78:22, 79:7, 110:16
**lines** [2] - 59:15, 110:14
**list** [1] - 102:10
**literal** [1] - 67:10
**literally** [5] - 41:16, 51:21, 60:19, 90:15, 110:20
**live** [3] - 74:19, 105:19, 106:23
**lived** [6] - 10:22, 59:5, 73:15, 75:24, 87:23, 112:3
**living** [8] - 35:16, 59:3, 65:15, 72:2, 88:17, 92:10, 112:12, 112:20
**LLC** [9] - 1:7, 1:17, 2:3, 2:7, 2:8, 2:13, 2:14, 2:16, 103:16
**LLP** [1] - 2:10
**load** [1] - 38:17

logic [1] - 78:5
logical [1] - 122:12
long-sleeved [2] - 84:4, 84:7
look [5] - 63:2, 65:18, 66:19, 97:8, 125:13
looked [6] - 59:3, 62:14, 62:21, 63:9, 82:22, 86:11
looking [10] - 57:8, 57:10, 59:11, 59:17, 61:23, 69:22, 71:10, 71:12, 97:22, 102:11
looks [1] - 64:21
Lord [1] - 59:8
lose [2] - 63:17, 76:17
lost [1] - 21:23
LOUISIANA [1] - 1:1
Louisiana [10] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:13, 8:19, 128:3, 128:12
love [1] - 126:7
Lovelace [1] - 17:4
Luvine [2] - 16:5, 16:15
lying [1] - 41:16
Lynd [4] - 26:13, 114:20, 114:21, 114:23

## M

ma'am [143] - 10:16, 11:3, 11:7, 12:5, 12:20, 12:23, 14:4, 14:11, 15:3, 16:21, 17:10, 18:22, 19:10, 19:19, 23:9, 24:25, 27:6, 28:19, 28:23, 29:20, 29:24, 31:4, 32:6, 34:2, 35:1, 35:23, 38:25, 39:7, 40:5, 40:22, 41:5, 42:19, 42:25, 43:4, 43:9, 43:14, 44:15, 45:7, 47:9, 48:25, 49:21, 51:19, 52:5, 52:12, 52:16, 52:19, 53:12, 53:22, 54:8, 54:19, 55:11, 55:16, 56:13, 56:16, 56:19, 59:5, 60:16, 60:23, 61:18, 61:21, 62:9, 62:15, 64:1, 64:17, 65:15, 66:7, 66:24, 67:14, 68:8, 69:15, 69:20, 70:2, 70:21, 70:25, 71:3, 71:18, 72:6, 73:22, 74:6,

75:3, 75:22, 76:10, 76:23, 77:11, 78:10, 78:17, 79:14, 79:20, 79:23, 80:16, 80:25, 81:6, 81:11, 81:22, 82:3, 82:16, 82:25, 83:24, 85:4, 85:24, 86:4, 86:10, 86:24, 89:15, 89:25, 91:14, 92:6, 92:23, 96:24, 97:17, 97:20, 97:25, 98:23, 99:13, 99:23, 100:4, 100:22, 102:6, 102:18, 103:13, 103:19, 104:18, 105:3, 105:10, 105:13, 108:8, 109:5, 109:17, 112:2, 113:17, 114:25, 116:2, 116:10, 117:25, 120:7, 120:12, 121:4, 121:7, 122:18, 124:2, 125:5
machinery [1] - 11:22
machines [1] - 14:22
Magazine [2] - 1:23, 2:11
MAGISTRATE [1] - 1:8
mail [2] - 32:12, 112:7
maintained [4] - 54:25, 55:24, 94:2
maintenance [54] - 9:4, 9:7, 9:8, 12:15, 14:15, 15:6, 15:8, 15:23, 16:19, 16:23, 17:1, 17:9, 19:15, 19:17, 23:11, 24:9, 24:24, 27:25, 29:8, 31:5, 31:10, 31:20, 33:2, 34:1, 34:3, 34:5, 35:25, 37:2, 37:7, 37:21, 38:10, 38:11, 38:22, 46:6, 49:3, 49:18, 57:18, 77:24, 79:23, 90:6, 94:11, 100:5, 101:17, 102:1, 105:8, 105:9, 105:11, 105:14, 107:7, 107:13, 108:9, 113:13, 116:22, 122:5
majority [2] - 81:1, 81:4
make-ready [1] - 72:7
manage [1] - 29:10
managed [1] - 9:3
management [15] -

11:18, 19:8, 26:13, 48:17, 48:24, 52:25, 78:1, 78:8, 82:1, 82:7, 87:25, 92:14, 114:20, 121:13, 121:19
Management [3] - 2:7, 2:20, 121:6
manager [44] - 15:15, 15:16, 15:22, 18:19, 18:24, 19:6, 20:13, 21:1, 21:7, 22:10, 24:23, 25:25, 27:10, 29:10, 30:13, 33:21, 33:23, 36:9, 36:18, 48:9, 49:6, 53:4, 53:25, 58:2, 59:24, 60:4, 72:21, 75:5, 75:15, 76:14, 77:5, 82:8, 100:15, 101:2, 102:7, 103:3, 107:17, 107:25, 109:1, 112:17, 122:7
manager's [5] - 17:22, 20:15, 30:17, 88:21, 111:9
managers [4] - 23:22, 44:14, 86:8, 103:15
managing [1] - 99:15
manual [2] - 19:16, 20:2
manually [1] - 39:20
March [2] - 118:14
MARGARET [3] - 3:11, 128:3, 128:16
mark [2] - 41:6, 86:25
marked [9] - 43:21, 46:24, 47:3, 49:14, 57:5, 69:24, 79:16, 80:18, 87:7
marketed [1] - 34:24
marshal [5] - 56:18, 56:24, 104:11, 104:15, 105:2
mask [1] - 86:20
masked [1] - 67:17
masks [1] - 111:20
matter [3] - 10:15, 67:15, 128:14
MCKENZIE [3] - 3:11, 128:3, 128:16
mean [7] - 24:9, 62:13, 76:11, 78:1, 98:20, 106:21, 120:17
means [1] - 102:19
media [6] - 53:2, 53:6, 53:19, 53:21, 54:2, 82:11
medical [1] - 96:20
meeting [4] - 17:22,

34:4, 34:9, 101:1
members [3] - 31:6, 89:23, 92:10
men [1] - 107:16
mentioned [4] - 8:21, 34:5, 83:5, 109:3
Mesley [1] - 17:3
method [2] - 9:23, 128:7
Microban [2] - 95:15, 95:16
middle [1] - 73:12
might [1] - 63:2
mildew [2] - 46:4, 46:7
mine [1] - 112:3
minimizing [1] - 86:16
minute [1] - 82:20
misrepresentation [1] - 35:5
misrepresented [1] - 35:3
Miss [4] - 24:3, 41:8, 53:11, 54:6
missing [1] - 77:4
mistaken [9] - 17:24, 26:12, 26:19, 28:15, 41:11, 61:7, 66:14, 78:12, 98:19
mixing [1] - 110:11
moccasin [1] - 73:20
moccasins [5] - 73:14, 73:18, 73:25, 74:8, 74:22
moisture [2] - 83:1, 110:9
mold [12] - 12:4, 12:6, 25:5, 25:10, 25:15, 25:18, 26:4, 38:12, 40:16, 46:4, 46:7, 46:13, 56:7, 57:12, 58:14, 60:19, 61:8, 61:25, 62:2, 62:5, 62:10, 62:19, 63:10, 63:15, 63:20, 64:4, 64:6, 64:12, 64:15, 65:16, 65:20, 66:1, 66:9, 81:4, 81:13, 82:21, 83:1, 83:7, 83:18, 83:22, 84:1, 84:5, 84:8, 84:13, 84:17, 84:20, 84:23, 85:3, 85:6, 85:9, 85:17, 85:22, 86:9, 86:17, 86:23, 87:21, 87:23, 88:1, 88:5, 88:11, 88:15, 88:19, 88:22, 88:25, 89:5, 89:14, 89:21, 90:9, 90:14, 90:22, 91:3, 91:20, 92:19,

93:3, 93:13, 93:16, 94:4, 94:13, 95:2, 95:11, 95:18, 96:6, 96:14, 96:23, 98:13, 99:21, 100:1, 100:6, 100:7, 100:10, 100:17, 101:3, 101:10, 101:12, 101:13, 104:3, 105:15, 105:25, 106:21, 108:13, 110:22, 110:25, 111:15, 111:21, 111:25, 112:6, 112:12, 112:14, 112:17, 112:18, 113:14, 118:22
molds [1] - 90:14
moldy [3] - 98:4, 98:13, 104:3
moment [1] - 26:17
Monday [5] - 1:13, 22:21, 23:12, 35:18, 98:20
money [1] - 26:1
monitor [1] - 97:5
month [2] - 13:13, 114:14
months [7] - 13:20, 57:13, 58:16, 58:19, 77:6, 81:18
MOORE [1] - 2:16
mop [1] - 54:9
Morgan [2] - 52:10, 52:14, 52:17, 53:11
Morgan's [1] - 54:6
morning [1] - 22:10
Morrison [1] - 77:1
most [15] - 24:20, 30:3, 32:10, 36:19, 44:5, 46:18, 51:2, 74:14, 88:18, 96:16, 98:6, 98:16, 102:13, 109:10, 121:16
mostly [1] - 121:20
motors [1] - 55:22
mouth [2] - 52:21, 115:23
move [4] - 11:1, 11:4, 55:19, 116:22
move-in [1] - 55:19
move-outs [1] - 116:22
moved [4] - 70:17, 88:7, 88:9, 89:1
moving [1] - 88:10
MR [10] - 6:12, 6:23, 7:15, 7:21, 8:3, 123:6, 123:16, 123:20, 125:23,

**McKenzie & Associates, Inc.**
2817 Harvard Avenue - Suite 205
Metairie, Louisiana 70006
Tel: (504) 888-2551    McKenzieCCR@aol.com

126:10
**MS** [58] - 6:9, 6:15, 6:19, 7:13, 7:17, 7:19, 8:23, 10:18, 36:4, 36:6, 38:2, 38:7, 41:18, 41:24, 42:5, 42:8, 42:10, 42:12, 43:23, 47:5, 49:16, 55:8, 55:12, 57:7, 60:6, 60:12, 63:3, 63:6, 70:12, 74:1, 74:4, 74:24, 75:8, 80:20, 82:13, 82:18, 87:4, 87:9, 93:18, 94:9, 100:19, 100:23, 113:18, 113:23, 119:9, 119:17, 122:19, 122:25, 123:4, 123:22, 124:3, 124:8, 124:17, 125:6, 125:11, 125:17, 126:2, 126:6
**mud** [1] - 72:11

### N

**N95** [4] - 83:7, 83:17, 86:20, 111:19
**name** [20] - 8:9, 8:24, 10:20, 13:2, 13:5, 13:8, 14:17, 14:18, 15:21, 16:2, 17:5, 19:2, 19:3, 19:5, 22:4, 97:9, 113:24, 117:5, 119:19, 123:7
**named** [1] - 17:15
**names** [2] - 16:22, 57:23
**nature** [1] - 18:3
**naught** [1] - 36:20
**nauseated** [2] - 96:7
**nauseous** [1] - 94:24
**near** [4] - 64:22, 74:22, 76:8, 76:19
**need** [6] - 9:16, 36:12, 92:15, 108:2, 124:22, 126:1
**needed** [6] - 14:20, 33:23, 37:12, 104:19, 107:25, 117:22
**needles** [1] - 67:21
**needs** [2] - 112:6, 125:14
**negative** [1] - 121:21
**nephew** [1] - 18:13
**nerve** [1] - 75:15
**never** [5] - 58:23, 70:7, 120:8, 121:1, 122:14

**New** [13] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:13, 8:19, 11:15, 14:5, 14:6, 56:11
**new** [8] - 55:19, 66:4, 104:23, 105:4, 121:13, 121:15, 121:19, 121:20
**news** [3] - 52:23, 54:2, 105:6
**next** [4] - 11:2, 21:21, 30:19, 46:9
**night** [4] - 35:15, 89:20, 125:19, 125:20
**nine** [1] - 58:18
**NO** [1] - 1:3
**nobody** [1] - 21:3
**nola.com** [1] - 97:13
**NOPD** [2] - 21:20, 27:18
**normal** [1] - 68:13
**nose** [2] - 60:2, 96:4
**noted** [2] - 127:16, 127:17
**nothing** [1] - 36:20, 109:2
**noticed** [1] - 72:9
**noticing** [1] - 7:12
**null** [1] - 35:10
**number** [2] - 26:24, 66:5
**numbered** [1] - 28:17

### O

**oath** [2] - 7:8, 7:25
**object** [11] - 36:5, 38:3, 55:9, 60:7, 61:11, 63:4, 74:2, 74:25, 82:14, 93:19, 100:20
**objection** [3] - 7:7, 10:8, 10:9
**observation** [2] - 45:9, 71:4
**observations** [4] - 38:9, 38:22, 48:11, 49:18
**observe** [8] - 40:6, 45:12, 45:18, 45:21, 64:14, 72:4, 118:22, 119:1
**observed** [12] - 20:8, 22:16, 39:12, 43:2, 43:7, 43:12, 43:17, 49:24, 54:6, 55:14, 74:7, 81:10
**observing** [1] - 108:10
**obviously** [6] - 60:18,

65:25, 70:5, 104:3, 110:4, 122:3
**occasion** [13] - 24:7, 27:9, 31:8, 47:13, 59:23, 68:25, 115:7, 115:11, 115:14, 116:20, 118:22, 119:1, 119:3
**occasions** [7] - 34:4, 34:20, 34:21, 50:15, 52:5, 88:6, 90:10
**occurred** [5] - 54:16, 54:17, 66:14, 66:23, 67:16
**occurrence** [1] - 80:23
**odd** [1] - 111:24
**OF** [1] - 1:1
**OFF** [2] - 10:17, 124:16
**offered** [2] - 25:5, 25:7
**offhand** [1] - 97:9
**office** [27] - 11:5, 17:22, 18:1, 20:17, 30:17, 32:7, 32:9, 48:18, 49:7, 52:25, 53:5, 53:14, 53:16, 53:25, 57:15, 57:22, 58:1, 68:19, 70:24, 82:7, 90:17, 101:2, 107:19, 112:8, 114:17, 121:15
**officer** [4] - 21:20, 35:16, 73:3, 128:4
**old** [5] - 40:2, 44:3, 44:4, 72:24, 79:12
**older** [2] - 113:8
**on-site** [1] - 18:24
**once** [14] - 29:12, 30:15, 37:18, 39:3, 45:25, 54:17, 59:24, 73:3, 90:12, 90:19, 106:18, 112:17, 114:22, 118:1
**One** [1] - 2:4
**one** [65] - 8:25, 10:2, 10:7, 17:2, 18:1, 20:10, 21:20, 25:20, 26:25, 27:9, 27:14, 31:7, 31:22, 32:7, 32:21, 34:2, 35:21, 38:13, 39:13, 39:23, 41:14, 53:5, 57:24, 58:3, 59:19, 60:16, 61:1, 61:22, 61:23, 62:11, 62:13, 63:15, 64:7, 64:24, 64:25, 68:25, 70:4, 71:25, 72:6, 73:6, 75:12, 76:16, 77:2, 83:9, 93:14, 99:11, 99:13,

99:17, 106:12, 106:21, 106:23, 107:18, 108:5, 108:14, 111:7, 112:3, 113:16, 116:13, 117:1, 117:3, 117:11, 117:17, 117:18, 123:9, 123:23
**ones** [3] - 64:25, 116:7, 116:11
**open** [2] - 30:19, 47:25
**opened** [1] - 90:19
**operate** [1] - 11:21
**operated** [3] - 12:22, 12:25, 14:21
**operator** [1] - 12:1
**opinions** [1] - 128:12
**opportunity** [2] - 28:3, 120:24
**opposed** [1] - 76:4
**order** [21] - 8:6, 21:23, 28:16, 29:11, 29:25, 30:12, 30:15, 32:9, 32:18, 32:19, 33:6, 33:10, 33:17, 33:24, 41:15, 67:1, 79:25, 83:7, 107:22, 122:5
**orders** [18] - 29:9, 29:18, 29:21, 30:18, 30:20, 30:21, 30:25, 31:12, 31:20, 31:24, 32:13, 32:14, 33:12, 33:19, 34:8, 34:16, 115:25, 122:2
**organization** [1] - 122:4
**Orleans** [12] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:13, 8:19, 11:15, 14:5, 14:6, 56:11
**otherwise** [2] - 122:12, 128:13
**ottoman** [1] - 65:19
**ourself** [1] - 24:20
**ourselves** [1] - 24:21
**outcome** [1] - 128:14
**outs** [2] - 116:22, 116:23
**outside** [7] - 38:11, 53:7, 53:9, 53:15, 74:9, 97:23, 119:6
**overflow** [1] - 79:6
**overload** [1] - 16:13
**oversaw** [1] - 15:22
**overtaken** [2] - 61:8, 62:11
**overwhelming** [1] -

38:17
**overworking** [1] - 55:23
**own** [7] - 20:6, 21:5, 63:7, 83:12, 93:6, 93:9, 119:24
**owned** [4] - 9:2, 14:2, 26:10, 116:5
**owner** [1] - 102:25
**owners** [2] - 26:13, 104:11
**ownership** [1] - 121:20

### P

**p.m** [1] - 1:13
**pages** [1] - 128:6
**paint** [1] - 46:4
**pamphlet** [1] - 85:11
**pan** [3] - 79:5, 109:23, 110:1
**panel** [2] - 70:22, 71:2, 109:7
**panels** [1] - 71:5
**pants** [3] - 84:20, 84:22, 84:24
**paper** [2] - 30:6, 30:8
**papers** [1] - 29:11
**paperwork** [1] - 86:5
**part** [2] - 9:8, 84:25
**particular** [16] - 18:6, 27:12, 37:9, 44:11, 47:10, 48:1, 51:14, 53:5, 57:13, 61:16, 71:13, 72:6, 85:19, 98:9, 99:13, 117:9
**particularly** [1] - 89:6
**parties** [1] - 128:13
**partner** [1] - 68:10
**parts** [1] - 77:13
**passing** [1] - 53:4
**patch** [1] - 45:1
**patching** [1] - 45:5
**patrolled** [2] - 99:11, 99:14
**pay** [1] - 102:25
**paycheck** [1] - 24:14
**people** [19] - 16:23, 17:2, 19:7, 20:16, 23:15, 23:19, 31:14, 36:14, 36:15, 57:14, 57:25, 67:6, 90:17, 105:19, 105:21, 106:2, 107:8, 108:5, 121:18
**per** [4] - 31:1, 31:2, 31:3, 51:11
**percent** [3] - 104:13, 112:24, 113:3

**McKenzie & Associates, Inc.**
2817 Harvard Avenue - Suite 205
Metairie, Louisiana 70006
Tel: (504) 888-2551    McKenzieCCR@aol.com

percentage [2] - 29:2, 79:1
perform [6] - 18:6, 23:20, 31:11, 40:13, 41:15, 88:15
performance [1] - 19:17
performed [7] - 14:9, 32:10, 33:17, 33:19, 88:14, 91:18, 102:12
performing [4] - 83:17, 84:8, 88:19, 93:15
perimeter [1] - 74:17
period [7] - 13:9, 26:21, 55:1, 59:6, 70:10, 96:11, 118:20
periodically [4] - 87:14, 95:9, 96:10, 117:14
permanently [3] - 118:2, 118:4, 118:17
permeated [1] - 79:9
persist [1] - 46:22
persistent [2] - 91:10, 92:13
person [7] - 31:1, 31:2, 31:3, 79:23, 107:18, 108:5, 110:7
personal [20] - 19:14, 20:1, 21:10, 26:9, 29:22, 35:24, 37:1, 38:8, 38:21, 45:8, 48:10, 49:17, 55:5, 64:11, 68:17, 68:22, 75:16, 75:21, 99:19, 128:8
personally [22] - 20:8, 22:16, 35:2, 39:12, 40:6, 43:2, 43:12, 43:17, 44:16, 45:17, 48:23, 49:24, 52:21, 54:5, 55:14, 59:25, 62:16, 72:4, 74:7, 81:9, 82:6, 122:7
pertaining [2] - 24:8, 62:17
phone [5] - 29:19, 29:23, 30:1, 30:4, 30:9
photo [1] - 79:17
photograph [12] - 40:23, 41:2, 42:23, 46:25, 60:15, 61:20, 61:22, 66:6, 80:4, 80:15, 81:7, 81:19
photographs [5] - 40:19, 40:25, 61:22, 92:19, 93:14
photos [3] - 65:4,

97:13, 99:5
physical [1] - 26:15
physically [1] - 93:1
pick [5] - 20:23, 22:14, 24:13, 69:1, 69:5
picture [5] - 42:13, 64:2, 64:19, 64:23, 76:13
pictures [6] - 57:19, 60:1, 60:3, 60:5, 62:16, 65:9
pinpoint [1] - 30:10
pins [1] - 67:21
Pipe [1] - 54:13
pipe [3] - 47:22, 55:3, 66:9
pipes [9] - 44:3, 44:5, 44:7, 51:5, 51:8, 55:4, 55:7, 66:9
piping [1] - 50:25
pistol [1] - 27:14
place [1] - 105:4
placed [1] - 102:24
Plaintiffs [32] - 1:20, 1:25, 41:21, 42:20, 43:6, 43:21, 47:3, 49:11, 49:14, 50:12, 57:5, 59:9, 59:16, 60:14, 61:3, 63:24, 64:18, 65:13, 66:12, 69:7, 69:12, 69:14, 69:21, 69:24, 70:20, 71:11, 79:16, 79:22, 80:2, 80:18, 83:3, 87:7
plaintiffs [6] - 6:11, 6:14, 61:19, 62:7, 65:22, 80:14
plans [1] - 11:1
plastic [1] - 80:21
plate [2] - 108:18, 109:13
platform [1] - 109:8, 109:9
played [1] - 17:25
plumbing [16] - 15:11, 37:4, 50:20, 50:21, 50:23, 50:25, 51:16, 51:17, 51:24, 54:14, 55:2, 62:6, 80:1, 104:4, 106:21
plus [1] - 122:3
pneumonia [1] - 90:25
point [32] - 18:11, 18:17, 21:5, 21:13, 22:23, 25:20, 27:15, 27:16, 30:7, 31:22, 34:2, 35:14, 39:23, 41:13, 46:10, 47:21, 53:5, 60:18, 67:22,

70:6, 75:12, 77:2, 83:11, 90:12, 91:22, 106:15, 107:11, 110:18, 114:8, 114:18, 114:21
points [1] - 50:5
poisonous [1] - 73:13
policies [3] - 20:2, 20:6, 20:7
policy [1] - 19:16
pool [1] - 50:4
pooling [2] - 40:7, 42:18
position [4] - 14:13, 15:5, 16:10, 19:8
possibility [1] - 91:5
posted [1] - 78:8
potential [2] - 86:16, 88:24
Poydras [1] - 2:4
PPE [6] - 57:20, 59:22, 60:1, 83:5, 111:12, 111:16
precautions [1] - 86:18
pregnant [1] - 87:24
premises [2] - 36:2, 37:15
prepared [3] - 18:14, 128:7, 128:9
preparing [1] - 124:21
preposterous [1] - 78:4
presence [5] - 74:22, 88:25, 99:20, 109:18, 110:8
present [5] - 6:7, 56:10, 62:19, 66:22, 87:21
press [2] - 21:22, 108:16
Press [5] - 1:12, 8:12, 8:19, 10:21, 10:22
pressed [1] - 108:22
Preston [1] - 2:10
prevalent [2] - 71:21, 110:22
preventing [1] - 36:1
previous [3] - 12:13, 83:12, 117:6
previously [7] - 12:12, 18:7, 42:14, 46:23, 66:12, 91:12, 97:16
primary [1] - 97:2, 97:7
printed [3] - 29:16, 29:17, 30:2
problem [2] - 18:18, 20:18, 27:4, 34:11, 45:6, 46:21, 51:17,

54:10, 55:6, 56:1, 56:5, 59:1, 71:17, 72:19, 73:9, 73:21, 76:16, 78:23, 79:8, 108:2, 109:21, 111:25, 112:22
problems [2] - 25:19, 89:4
Procedure [1] - 128:12
procedure [1] - 19:16
proceeded [2] - 21:18, 27:17
process [1] - 45:23
prohibition [1] - 128:11
project [5] - 15:22, 77:5, 86:18, 89:22, 122:7
projects [1] - 98:10
promise [2] - 114:4, 114:5
proper [8] - 25:10, 25:14, 57:20, 59:22, 85:15, 104:6, 105:23, 111:12
properly [3] - 94:1, 94:2, 110:15
properties [7] - 12:16, 14:9, 14:19, 116:8, 118:8, 118:21, 119:2
Property [2] - 2:20, 121:6
property [56] - 14:2, 15:16, 15:23, 18:18, 18:24, 19:6, 19:8, 20:13, 21:1, 21:7, 22:9, 24:23, 25:25, 27:9, 27:10, 27:11, 30:13, 30:17, 33:21, 33:23, 34:24, 35:16, 36:9, 44:14, 48:9, 48:24, 49:6, 52:25, 53:4, 54:3, 58:1, 59:24, 60:4, 64:11, 70:18, 72:21, 75:5, 76:14, 77:10, 77:12, 78:8, 86:8, 88:20, 100:15, 101:1, 102:7, 102:25, 103:14, 107:25, 108:25, 111:8, 120:8, 120:19, 120:25, 122:9, 122:15
protection [2] - 83:22, 86:20
protective [4] - 84:11, 84:16, 86:21, 111:20
provide [3] - 11:5,

19:22, 65:3
provided [12] - 25:12, 82:21, 82:25, 83:6, 83:9, 83:25, 84:7, 84:11, 84:22, 84:24, 85:5, 85:14
proximity [1] - 58:5
public [1] - 25:14
pull [2] - 39:20, 75:17
pulled [2] - 69:16, 115:20
purpose [1] - 100:11
pushed [1] - 36:13
put [12] - 20:22, 29:13, 30:18, 32:13, 49:3, 98:6, 98:10, 98:15, 104:16, 104:25, 115:22, 123:9
putting [1] - 95:21
PVC [1] - 51:8

Q

quadruple [2] - 66:13, 97:14
qualified [1] - 107:13
questioned [1] - 122:10
questions [6] - 10:4, 43:5, 114:4, 114:6, 119:11, 119:19
quick [1] - 114:5
quite [12] - 27:22, 27:23, 39:10, 46:14, 49:21, 51:19, 68:24, 77:20, 80:12, 104:7, 105:25
quitting [1] - 107:9

R

R107 [2] - 93:13, 94:4
R207 [5] - 57:11, 59:13, 61:18, 93:14, 93:16
R208 [1] - 93:16
railing [2] - 66:17, 66:18
rained [1] - 45:15
raise [3] - 8:16, 23:21, 24:22
raised [1] - 60:1
rampant [1] - 95:2
ran [3] - 55:21, 79:8, 111:7
random [1] - 71:15
rare [1] - 62:12
rashes [2] - 89:4, 89:7
rather [2] - 9:22, 23:13
rats [1] - 71:25

**reactions** [1] - 21:17
**read** [2] - 124:19, 125:3
**ready** [3] - 72:7, 72:8
**real** [3] - 20:25, 21:12, 95:4
**really** [18] - 18:10, 21:4, 24:12, 28:1, 36:20, 38:15, 40:14, 59:21, 78:4, 87:22, 92:19, 95:5, 99:3, 102:9, 106:19, 119:5, 122:21
**reason** [3] - 16:16, 63:14, 101:6
**reasons** [3] - 18:1, 26:25, 64:8
**receive** [6] - 29:8, 30:1, 30:2, 30:3, 31:7, 96:20
**received** [2] - 10:14, 29:25
**receiving** [1] - 30:22
**recognize** [1] - 42:22
**recognized** [2] - 58:21, 99:25
**recollection** [3] - 97:19, 99:12, 116:1
**record** [8] - 6:2, 7:6, 7:11, 8:10, 10:9, 10:20, 41:23, 124:15
**RECORD** [2] - 10:17, 124:16
**recorded** [2] - 17:25, 18:4
**records** [1] - 65:3
**rectify** [2] - 54:10, 76:15
**reemerge** [1] - 45:6
**refer** [4] - 41:21, 42:3, 100:7, 100:9
**reference** [1] - 13:18
**referred** [8] - 43:20, 47:2, 49:13, 57:4, 69:23, 80:17, 87:6, 101:4
**referring** [3] - 61:3, 97:16, 101:3
**reflect** [3] - 43:1, 43:7, 43:16
**reflected** [1] - 60:15
**refused** [1] - 75:18
**regard** [1] - 27:8
**regarding** [2] - 25:14, 33:18
**regional** [9] - 17:11, 36:10, 36:18, 37:7, 37:10, 37:15, 37:20, 37:25, 75:14
**regular** [4] - 23:7,

32:14, 98:7, 98:15
**regularly** [1] - 97:1
**Reid** [2] - 56:15, 56:21
**reimbursed** [1] - 64:11
**related** [2] - 50:2, 128:13
**relationships** [1] - 128:11
**religion** [2] - 34:9, 34:14
**remediated** [1] - 88:23
**remediation** [9] - 25:15, 82:20, 86:17, 86:23, 88:16, 88:19, 89:22, 93:13, 93:16
**remember** [5] - 13:12, 52:19, 68:25, 97:22, 117:10
**remove** [2] - 47:16, 83:7, 98:12
**removed** [3] - 77:23, 88:4, 88:22
**renovating** [1] - 98:11
**rent** [1] - 103:1
**rented** [1] - 72:8
**repaired** [4] - 44:19, 76:9, 76:10, 76:12
**repairing** [1] - 37:4, 45:4
**repeat** [1] - 101:19
**rephrase** [2] - 9:14, 63:7
**replaced** [2] - 48:4, 48:8
**REPORTED** [1] - 3:10
**reported** [1] - 128:6
**REPORTER** [10] - 7:1, 7:23, 8:5, 8:15, 87:2, 125:25, 126:4, 126:8, 126:12, 128:17
**Reporter** [2] - 3:11, 128:3
**reporter** [9] - 7:7, 8:21, 9:20, 52:14, 52:15, 52:18, 52:23, 53:10, 124:20
**REPORTER'S** [1] - 128:1
**reporting** [2] - 37:25, 128:7
**represent** [3] - 113:12, 113:25, 119:20
**representative** [1] - 113:12
**representing** [1] - 123:8
**represents** [1] - 9:1, 32:5, 32:9, 33:2
**request** [4] - 9:18,

**requested** [1] - 32:1
**requests** [3] - 9:19, 34:1, 49:3
**required** [1] - 128:10
**reserve** [2] - 34:12, 125:2
**Reserve** [23] - 107:6, 108:7, 108:10, 108:11, 109:4, 109:16, 110:23, 111:2, 111:15, 111:19, 111:21, 111:24, 112:11, 112:14, 112:23, 113:4, 114:10, 115:2, 115:3, 115:8, 115:12, 115:25, 116:4
**reset** [1] - 108:16
**residences** [1] - 15:10
**resident** [1] - 36:3
**RESIDENTIAL** [1] - 1:6
**Residential** [1] - 2:7
**residents** [6] - 29:3, 53:9, 68:21, 68:25, 97:23, 106:9
**residing** [1] - 61:16
**respect** [12] - 43:5, 43:10, 43:15, 44:10, 49:10, 49:24, 82:21, 101:15, 101:21, 111:19, 112:11, 112:23
**respirator** [3] - 83:7, 83:12, 83:17
**respiratory** [2] - 86:20, 93:3
**response** [4] - 23:24, 25:1, 33:1, 60:10
**responses** [1] - 10:4
**responsibilities** [1] - 15:8
**responsibility** [1] - 36:8
**responsible** [3] - 36:1, 37:3, 38:12
**rest** [1] - 123:1
**restaurant** [1] - 11:17
**restraining** [1] - 21:23
**result** [6] - 87:12, 89:5, 90:9, 94:13, 103:16, 107:3
**resulted** [1] - 89:13
**resurfaced** [2] - 46:11, 46:13
**resurfaces** [1] - 95:18
**retrieve** [1] - 105:4
**return** [1] - 39:3
**RH** [6] - 6:18, 13:15,

14:3, 103:16, 113:25, 116:6
**Rhianna** [2] - 22:5
**Rhodium** [4] - 9:3, 26:12, 116:6, 120:21
**Richmond** [6] - 17:15, 17:16, 18:20, 36:21, 36:22, 83:11
**ride** [1] - 35:12
**rifle** [1] - 67:18
**risk** [1] - 92:17
**risks** [1] - 86:17
**RMR** [1] - 128:16
**road** [1] - 76:24
**Road** [1] - 77:1
**rod** [1] - 77:11
**rodent** [5] - 71:16, 71:18, 71:21, 72:18, 73:9
**rodents** [3] - 71:14, 72:4, 73:25
**Ronald** [11] - 16:7, 16:18, 41:23, 42:15, 42:21, 49:12, 59:9, 79:17, 83:4, 107:10, 111:6
**roof** [2] - 39:4, 39:5, 39:15, 39:18, 39:22, 39:24, 40:1, 40:7, 40:16, 41:3, 41:13, 42:18, 43:3, 43:8, 43:13, 43:18, 43:25, 46:20, 50:2, 55:18, 55:20
**roofers** [2] - 44:21, 44:23
**roofing** [3] - 11:23, 14:23, 46:21
**roofs** [11] - 39:9, 40:2, 40:11, 40:19, 42:23, 44:2, 44:10, 44:12, 44:18, 45:4
**room** [4] - 65:16, 80:15, 90:13, 112:20
**rooms** [2] - 81:2, 81:5
**rope** [2] - 39:22, 39:25
**rotted** [1] - 39:16
**RPR** [2] - 3:11, 128:16
**ruined** [1] - 64:15
**rules** [2] - 128:10, 128:12
**rumors** [1] - 121:8
**run** [3] - 51:18, 69:9, 108:24
**Run** [130] - 9:8, 12:11, 12:22, 12:25, 13:5, 13:6, 15:25, 16:11, 17:1, 17:12, 18:25, 19:15, 19:18, 22:20, 22:25, 23:4, 23:12,

25:19, 26:5, 26:10, 26:16, 26:18, 27:5, 27:21, 28:14, 29:3, 29:9, 33:2, 35:25, 37:3, 37:5, 37:16, 37:22, 38:10, 38:23, 39:5, 39:6, 39:9, 40:3, 40:7, 41:3, 42:24, 43:8, 43:13, 43:18, 44:1, 44:13, 45:9, 45:13, 45:17, 49:19, 50:23, 53:10, 55:15, 56:2, 56:5, 56:8, 56:10, 60:22, 62:14, 62:21, 64:12, 64:16, 67:12, 67:20, 68:7, 68:23, 70:9, 71:5, 71:17, 71:22, 72:5, 73:21, 75:10, 77:9, 78:24, 79:13, 80:11, 80:24, 81:5, 82:24, 83:8, 83:23, 84:1, 84:5, 84:13, 87:13, 87:18, 89:5, 89:14, 89:17, 90:7, 90:9, 90:25, 91:4, 91:13, 92:4, 94:11, 94:25, 96:14, 96:23, 98:14, 98:18, 99:12, 99:21, 100:1, 103:11, 104:12, 111:11, 112:15, 113:5, 113:9, 113:15, 114:9, 115:25, 116:3, 116:13, 116:19, 116:20, 118:2, 118:4, 118:17, 118:25, 119:25, 120:10, 121:12, 123:13, 123:24, 123:25, 124:1
**Run's** [1] - 36:2
**running** [2] - 52:4, 67:17
**rusted** [1] - 109:12

## S

**safety** [6] - 36:3, 67:19, 68:7, 68:17, 68:23, 74:21
**sale** [12] - 13:14, 13:16, 13:17, 13:21, 15:1, 15:4, 120:2, 120:15, 120:18, 120:19, 121:11, 122:16
**Saturday** [2] - 23:7, 34:6
**Saturdays** [3] - 23:3,

23:6, 34:10
saw [10] - 22:13, 67:1, 67:3, 67:4, 67:7, 72:12, 92:20, 104:2, 104:3, 111:5
sbagneris@ bagnerislawfirm. com [1] - 1:19
scared [1] - 39:17
scary [1] - 39:10
scene [3] - 97:22, 98:24, 98:25
scheduled [1] - 9:5
school [1] - 11:13
scope [1] - 54:11
screen [2] - 40:20, 40:24
screws [1] - 109:12
secret [1] - 100:16
Section [6] - 29:3, 63:17, 101:15, 101:21, 102:4, 106:22
security [14] - 35:9, 35:11, 35:13, 35:15, 35:17, 35:21, 97:12, 99:11, 99:14, 106:13, 106:16, 123:24, 123:25, 124:1
see [33] - 17:3, 25:17, 33:15, 36:23, 37:11, 37:14, 40:21, 46:25, 60:18, 61:8, 64:3, 64:20, 65:17, 65:19, 66:20, 67:2, 67:10, 73:23, 85:19, 91:20, 93:1, 93:14, 97:5, 97:6, 98:2, 103:9, 106:11, 109:11, 109:13, 112:18, 114:13, 118:13, 125:13
seeing [2] - 45:5, 66:1
seep [1] - 50:7
sense [1] - 122:13
sent [5] - 24:7, 38:14, 100:3, 103:11, 125:7
serve [2] - 113:11, 113:15
served [2] - 90:6, 94:10
service [1] - 76:24
set [4] - 74:10, 92:24, 109:6, 128:6
setting [1] - 53:6
settle [1] - 50:4
setup [1] - 109:15
seven [4] - 14:8, 22:23, 58:18, 99:16

seventies [1] - 51:1
several [15] - 9:2, 14:19, 17:2, 21:24, 23:23, 24:8, 27:3, 34:4, 39:1, 44:22, 53:8, 54:9, 58:19, 80:25, 103:22
share [5] - 40:20, 92:5, 92:21, 93:7, 93:10
shared [2] - 93:12, 112:23
sheet [1] - 124:24
Sheetrock [8] - 47:15, 47:24, 61:9, 66:21, 79:24, 98:4, 98:14, 112:5
Sheila [1] - 19:4
Shell [1] - 2:4
Shelton [2] - 16:5, 16:14
Sherman [2] - 52:15, 105:7
shirt [3] - 60:2, 96:3, 99:1
shirts [2] - 84:4, 84:8
shooting [4] - 66:14, 68:4, 97:14, 97:15
short [2] - 59:6, 107:7
shortage [1] - 108:6
shortly [2] - 104:14, 114:13
shot [5] - 40:24, 67:5, 67:9, 69:5, 106:14
shots [1] - 66:25
show [8] - 24:19, 25:24, 40:18, 56:20, 65:9, 65:13, 80:2, 97:12
showed [2] - 25:22, 58:2
showing [8] - 42:13, 46:23, 49:11, 59:16, 60:13, 63:24, 64:18, 79:15
shown [2] - 25:9, 76:13
shrugged [2] - 21:2, 86:11, 109:1
side [5] - 20:22, 59:12, 69:17, 76:24, 76:25
siding [3] - 14:23, 50:12, 50:14
sign [2] - 29:13, 124:19
SIGNATURE [1] - 127:12
SIGNED [1] - 127:12
Signed [2] - 127:16, 127:17

signs [5] - 78:2, 78:8, 78:11, 78:12, 78:13
similar [1] - 54:20
sink [1] - 52:2
sinus [1] - 94:12
sinuses [1] - 96:19
sit [1] - 98:21
site [2] - 18:24, 83:13
sits [2] - 40:12, 73:12
sitting [2] - 22:13, 109:8
situation [10] - 37:13, 48:17, 54:20, 54:23, 58:14, 90:19, 93:22, 95:20, 111:7, 111:18
situations [2] - 71:9, 85:22
six [4] - 75:6, 115:5, 115:7, 115:10
six-foot [1] - 75:6
skilled [5] - 18:10, 23:20, 31:11, 31:14, 36:14
skills [1] - 11:19
skin [1] - 89:3
sleeved [2] - 84:4, 84:7
sliding [1] - 74:11
slippery [1] - 40:15
slipping [1] - 39:25
small [2] - 27:25, 109:5
Smart [1] - 22:5
smell [2] - 48:11, 88:1
smoke [4] - 104:6, 104:16, 104:19, 104:23
Snake [1] - 74:16
snakes [3] - 74:15, 78:3, 78:9
socialize [1] - 74:13
sofa [1] - 75:17
sofas [1] - 75:13
solve [1] - 59:1
someone [7] - 18:7, 32:8, 49:6, 68:4, 76:3, 112:7
sometimes [13] - 23:1, 32:15, 37:18, 48:5, 48:13, 55:17, 79:9, 88:17, 96:8, 109:13
son [2] - 69:2, 69:5
sorry [12] - 6:17, 7:4, 7:22, 8:4, 17:6, 40:10, 75:12, 101:20, 115:9, 118:8, 123:8, 123:11
sort [2] - 32:25, 118:6
source [3] - 43:25, 62:4, 79:25

South [2] - 12:13, 13:3
Southwood [4] - 13:4, 117:5, 117:12, 119:4
space [1] - 95:4
span [1] - 77:3
speaking [10] - 52:14, 52:18, 53:1, 53:10, 82:11, 100:13, 101:10, 105:8, 107:1, 107:3
speaks [1] - 86:15
Specialist [1] - 3:3
specifically [3] - 53:23, 85:2, 123:14
spend [1] - 26:1
spent [1] - 74:14
spoken [3] - 52:20, 58:19, 83:10
spray [5] - 46:6, 46:8, 95:14, 96:17
spraying [2] - 95:15, 96:2
spread [3] - 14:24, 27:24, 74:16
Square [1] - 2:4
squatters [7] - 27:2, 27:4, 27:8, 27:20, 28:3, 76:20
St [4] - 1:18, 1:23, 2:4, 2:11
staff [17] - 9:8, 15:23, 27:25, 28:1, 31:6, 31:10, 34:5, 38:11, 48:18, 48:24, 53:16, 68:19, 77:24, 100:5, 107:7, 108:6, 121:15
stairs [1] - 67:9
stairwell [1] - 67:7
standing [5] - 43:2, 43:8, 43:12, 43:17, 97:23
start [9] - 68:4, 68:16, 90:13, 91:24, 91:25, 104:21, 118:6, 118:9, 120:24
started [14] - 19:1, 36:22, 38:15, 39:25, 53:6, 67:22, 70:6, 73:4, 94:16, 108:23, 117:4, 120:23, 122:5, 123:13
starting [1] - 7:11
State [1] - 128:3
state [10] - 7:10, 8:8, 9:24, 9:25, 10:9, 10:19, 56:18, 56:24, 104:10, 105:2
statement [1] - 63:19
states [2] - 10:8, 85:21
STATES [1] - 1:1

stating [1] - 87:25
statute [1] - 128:10
stayed [2] - 23:14, 70:9
stenotype [1] - 128:7
step [2] - 57:16, 57:22
steps [2] - 37:12, 90:20
still [7] - 22:13, 44:24, 50:2, 78:14, 78:15, 114:19, 121:17
stop [3] - 44:7, 108:1
stopped [2] - 32:22, 79:4
story [1] - 105:7
straight [1] - 76:2
stuck [1] - 57:16
studying [1] - 11:16
subflooring [1] - 119:7
subject [1] - 77:25
submerged [1] - 41:17
subpoena [1] - 10:14
suggested [2] - 92:12, 112:6
Suite [3] - 1:18, 2:5, 2:17
Sunday [1] - 98:19
Sundays [2] - 34:12, 34:13
superintendent [1] - 36:10
supervis [1] - 37:6
supervision [1] - 128:8
supervisor [17] - 15:20, 15:24, 16:2, 16:4, 16:8, 16:11, 16:15, 16:19, 17:12, 23:18, 34:3, 36:18, 37:7, 37:15, 37:21, 37:25, 38:1
supposed [2] - 24:17, 35:7, 37:11
surely [2] - 76:16, 92:11
surface [2] - 40:1, 40:15
suspended [1] - 107:12
Suzette [5] - 1:17, 6:10, 7:14, 8:25, 87:3
sweat [1] - 110:16
swing [1] - 21:18
switch [1] - 62:1
switched [2] - 30:4, 30:8
switching [2] - 22:18, 54:4

**sworn** [2] - 8:20, 128:5
**symptoms** [1] - 94:13
**system** [20] - 30:5, 33:14, 34:17, 50:25, 51:9, 51:10, 54:14, 66:2, 72:3, 80:1, 91:22, 92:5, 92:21, 93:5, 93:7, 93:8, 93:10, 94:8, 104:5, 109:20

## T

**TAKEN** [1] - 127:20
**task** [2] - 15:17, 95:8
**tbell@irwinllc.com** [1] - 2:19
**tear** [1] - 112:4
**tearing** [1] - 96:12
**tech** [10] - 15:6, 15:8, 19:15, 35:25, 37:2, 38:10, 38:22, 49:18, 90:7, 94:11
**telephone** [4] - 29:19, 29:21, 32:11, 59:25
**television** [1] - 27:13
**tenant** [20] - 48:21, 49:1, 49:8, 51:20, 52:10, 58:19, 59:2, 61:15, 61:18, 63:15, 64:8, 82:9, 87:23, 101:4, 101:8, 101:9, 101:12, 107:23, 108:14, 108:23
**tenant's** [2] - 24:14, 107:23
**tenants** [30] - 9:1, 29:4, 29:6, 31:25, 32:4, 35:7, 36:11, 38:15, 48:19, 55:19, 63:13, 64:10, 65:11, 71:23, 75:13, 75:19, 77:13, 88:25, 92:13, 92:22, 92:24, 95:19, 99:20, 100:3, 100:12, 100:17, 101:15, 105:18, 106:3
**tenants'** [5] - 50:7, 63:12, 64:15, 73:14, 92:7
**tender** [1] - 113:19
**tenure** [1] - 117:14
**term** [2] - 101:7, 102:16
**terminated** [3] - 17:17, 17:19, 18:2
**test** [4] - 26:4, 82:23, 83:1, 88:10

**tested** [1] - 26:6
**testified** [1] - 115:24
**testify** [3] - 8:22, 10:14, 128:5
**testimony** [4] - 127:5, 127:6, 128:4, 128:6
**texts** [1] - 24:8
**thaw** [1] - 110:20
**THE** [21] - 1:17, 8:11, 10:17, 38:5, 55:10, 60:8, 70:1, 75:2, 82:15, 93:20, 100:21, 113:21, 119:15, 122:23, 123:2, 123:18, 124:6, 124:16, 125:4, 125:9, 125:15
**themselves** [1] - 6:8
**third** [1] - 111:25
**Thomas** [2] - 16:2, 16:9
**three** [18] - 19:7, 20:16, 22:12, 33:6, 39:20, 51:4, 54:16, 58:12, 62:23, 63:1, 68:12, 95:17, 102:23, 107:15, 110:21, 110:24, 117:18
**throughout** [6] - 14:24, 20:17, 22:11, 35:12, 71:15, 80:8
**throw** [1] - 75:13
**thrown** [2] - 22:1, 72:11
**Thursday** [1] - 98:20
**tight** [1] - 95:4
**timely** [1] - 15:14
**tired** [1] - 94:24
**today** [2] - 9:5, 117:17
**toddler** [1] - 75:23
**toilet** [1] - 44:9
**toilets** [1] - 52:2
**tomorrow** [1] - 117:19
**ton** [2] - 39:20, 39:21
**took** [5] - 12:14, 77:6, 77:19, 90:20, 103:21
**top** [5] - 40:16, 41:13, 42:17, 43:2, 108:18
**Torey** [1] - 17:4
**touch** [1] - 27:18
**touched** [1] - 50:21
**tourism** [1] - 11:14
**towards** [5] - 49:22, 67:3, 91:9, 91:23, 91:25
**track** [1] - 47:25
**traction** [1] - 40:1
**trained** [1] - 12:3
**training** [3] - 11:20,

25:4, 25:7
**transcribed** [2] - 124:24, 128:7
**transcript** [5] - 124:20, 124:25, 128:8, 128:9, 128:10
**transcription** [1] - 127:6
**transferred** [6] - 16:5, 107:5, 114:19, 114:22, 114:23, 114:24
**transition** [1] - 107:8
**trash** [4] - 75:13, 98:17, 98:22, 116:23
**trash-outs** [1] - 116:23
**treat** [1] - 96:5
**treatment** [1] - 96:20
**treats** [1] - 97:1
**trespassers** [1] - 77:10
**Troy** [4] - 2:17, 6:24, 123:7, 126:9
**true** [1] - 127:8, 128:8
**try** [10] - 21:2, 27:17, 33:15, 34:6, 45:1, 54:9, 60:2, 68:1, 105:21, 107:21
**trying** [4] - 14:16, 23:19, 91:18, 114:14
**tunneled** [1] - 54:14
**turn** [6] - 16:4, 23:17, 24:18, 39:3, 44:22, 90:15
**turned** [1] - 110:19
**turnover** [3] - 17:8, 19:12, 25:2
**twice** [1] - 37:18
**two** [18] - 11:2, 27:12, 33:6, 41:12, 58:12, 61:1, 62:23, 63:1, 69:2, 71:8, 75:6, 76:12, 77:6, 90:20, 107:5, 110:21, 114:15, 118:16
**type** [6] - 13:25, 25:4, 34:16, 72:17, 91:11, 116:21

## U

**unbeknownst** [2] - 21:6, 63:14
**unconventional** [1] - 9:23
**under** [7] - 9:22, 41:17, 54:1, 62:2, 92:10, 106:23, 128:7
**underneath** [5] - 50:3, 62:1, 65:24, 71:13,

109:9
**underskilled** [2] - 23:16, 24:10
**understaffed** [7] - 16:13, 23:15, 23:22, 24:1, 33:4, 58:24, 115:19
**understood** [1] - 119:8
**unfold** [1] - 67:1
**unfortunately** [7] - 62:15, 64:13, 67:14, 75:22, 80:7, 94:6, 121:16
**uniform** [1] - 84:25
**unit** [79] - 24:15, 26:4, 26:7, 27:12, 27:17, 36:13, 37:9, 48:1, 48:22, 51:11, 51:12, 51:25, 54:8, 55:20, 55:21, 57:11, 57:13, 57:14, 57:16, 58:22, 59:13, 59:20, 59:21, 60:17, 61:7, 61:10, 61:16, 61:24, 62:10, 62:11, 62:24, 63:9, 65:16, 67:9, 69:10, 72:6, 72:8, 74:8, 74:10, 75:24, 78:22, 79:19, 80:6, 81:16, 81:20, 82:2, 88:8, 88:9, 88:11, 90:11, 93:6, 94:5, 96:6, 96:17, 97:24, 101:4, 101:12, 101:13, 102:23, 104:17, 104:23, 105:1, 106:6, 107:14, 107:24, 108:14, 108:20, 109:16, 110:3, 110:18, 111:8, 111:25, 112:5, 115:8, 115:11, 115:15, 115:16
**unit's** [1] - 91:21
**UNITED** [1] - 1:1
**units** [73] - 26:18, 26:23, 26:24, 27:3, 27:20, 28:2, 28:6, 28:10, 32:5, 35:8, 36:25, 38:24, 39:21, 42:17, 44:1, 44:4, 44:8, 44:23, 44:24, 45:17, 50:7, 50:25, 52:4, 55:18, 55:22, 58:2, 59:23, 62:13, 62:20, 63:1, 72:1, 72:2, 73:14, 79:13, 80:8, 80:9, 82:23,

83:2, 87:21, 88:16, 88:17, 89:1, 91:7, 91:18, 92:4, 93:23, 94:1, 94:18, 94:19, 95:2, 98:11, 99:21, 101:17, 101:21, 101:23, 102:1, 102:4, 103:4, 104:7, 104:19, 105:5, 106:20, 107:15, 110:5, 111:1, 111:24, 112:3, 112:12, 112:15, 115:17, 115:18, 118:7
**University** [1] - 11:15
**unless** [2] - 22:22, 119:6
**UNO** [1] - 11:16
**unprofessional** [2] - 17:23, 21:8
**unskilled** [1] - 24:23
**unusual** [1] - 67:12
**unusually** [1] - 94:24
**up** [52] - 12:9, 18:16, 20:5, 20:23, 22:15, 24:13, 24:21, 32:22, 34:7, 39:22, 40:13, 40:16, 44:7, 44:24, 45:1, 47:15, 47:19, 51:25, 53:6, 54:9, 55:17, 60:19, 67:9, 67:17, 68:10, 69:1, 69:5, 72:12, 74:11, 75:16, 78:11, 78:13, 78:14, 78:15, 79:4, 92:24, 95:22, 100:24, 107:1, 107:3, 107:4, 107:10, 109:6, 109:23, 110:2, 110:13, 110:17, 111:13, 114:4, 115:2, 115:15
**updated** [1] - 11:5
**uphold** [1] - 20:9
**upstairs** [2] - 27:13, 110:3
**urine** [3] - 51:18, 52:3, 52:7
**URQUHART** [1] - 2:16
**utility** [1] - 70:4
**utilize** [1] - 83:21
**utilized** [2] - 41:22, 42:21
**utilizing** [1] - 100:17

## V

**vacant** [5] - 26:23,

26:25, 27:20, 28:8, 28:11
**varied** [2] - 23:1, 103:6
**various** [4] - 14:25, 118:7, 118:8, 118:21
**veered** [1] - 75:24
**vehicle** [1] - 75:16
**vent** [2] - 65:24, 81:14
**ventilation** [4] - 66:2, 72:3, 93:4, 94:8
**venting** [1] - 91:21
**vents** [2] - 88:2, 93:25
**verbal** [2] - 10:4, 69:3
**verbally** [2] - 24:5, 24:6
**versus** [2] - 34:18
**VERSUS** [1] - 1:5
**via** [3] - 1:12, 7:9, 8:1
**Video** [1] - 3:3
**videoconference** [3] - 1:12, 7:9, 8:2
**VIDEOGRAPHER** [2] - 6:1, 124:12
**videographer** [1] - 9:20
**videography** [1] - 1:13
**videos** [1] - 25:9
**videotaped** [1] - 6:4
**violation** [2] - 69:19, 103:24
**violations** [5] - 103:11, 103:15, 104:1, 104:10, 104:11
**visit** [1] - 107:19
**visually** [1] - 103:23
**void** [1] - 35:10
**volts** [1] - 41:16
**volunteered** [1] - 65:9
**voucher** [1] - 63:18
**Vue** [1] - 3:4

## W

**waist** [1] - 68:2
**walk** [5] - 56:14, 56:17, 72:12, 103:22, 103:25
**walk-through** [2] - 103:22, 103:25
**walked** [3] - 53:17, 57:15, 58:1
**walker** [1] - 61:14
**Walker** [4] - 19:6, 22:2, 22:4, 24:3
**walking** [3] - 28:1, 76:5, 90:18
**wall** [18] - 47:12, 47:19, 51:5, 51:18, 60:20, 61:10, 61:25,

62:3, 64:21, 66:17, 66:19, 69:9, 69:16, 80:1, 93:1, 112:18, 112:19
**walls** [3] - 52:4, 65:18, 71:25
**warn** [1] - 100:3
**warned** [2] - 88:25, 99:20
**watching** [1] - 27:13
**water** [57] - 32:21, 34:18, 37:5, 38:24, 39:1, 40:7, 40:11, 41:17, 42:18, 43:25, 44:9, 45:18, 45:21, 45:23, 47:7, 47:19, 49:19, 50:4, 50:6, 50:11, 50:14, 52:1, 59:14, 60:25, 62:5, 66:8, 69:9, 73:13, 73:18, 73:20, 73:25, 74:8, 74:22, 79:5, 79:6, 79:10, 80:22, 81:3, 81:23, 82:23, 108:15, 108:18, 108:20, 109:9, 109:11, 109:19, 109:20, 109:23, 109:24, 110:1, 110:4, 110:8, 111:5, 118:23
**waterproof** [2] - 85:5, 85:9
**watertight** [2] - 46:16, 46:19
**WDSU** [1] - 105:6
**weapons** [1] - 68:16
**wear** [7] - 83:17, 84:4, 84:8, 84:16, 84:20, 85:2, 85:9
**wearing** [1] - 86:19
**website** [1] - 34:25
**week** [9] - 22:19, 22:23, 37:17, 37:19, 61:2, 95:17, 114:15
**weekend** [1] - 69:2
**weeks** [5] - 58:12, 107:5, 115:5, 115:7, 115:10
**weighmaster** [1] - 11:22
**welcome** [3] - 119:16, 122:24, 124:7
**wet** [1] - 48:3
**whatnot** [5] - 21:15, 28:5, 37:10, 72:11, 74:14
**whatsoever** [1] - 25:8
**wheezing** [2] - 89:12, 89:13

**whereas** [1] - 33:16
**whispers** [1] - 121:8
**whole** [1] - 44:8
**wide** [2] - 51:9, 51:10
**widespread** [7] - 38:23, 50:17, 50:23, 56:1, 56:4, 56:7, 100:1
**wife** [3] - 21:5, 21:12, 21:13
**wife's** [1] - 20:25
**willing** [3] - 34:6, 77:25, 113:15
**wind** [3] - 24:21, 44:24, 107:9
**Wind** [5] - 116:12, 116:18, 116:20, 123:24, 123:25
**window** [7] - 45:9, 45:19, 45:22, 47:8, 47:11, 48:3, 50:18
**windows** [4] - 28:4, 45:13, 46:2, 46:16
**windowsill** [1] - 46:3
**windowsills** [1] - 46:5
**Winston** [2] - 56:15, 56:21
**wires** [5] - 70:2, 108:19, 108:21, 109:12, 109:14
**WITNESS** [19] - 8:11, 38:5, 55:10, 60:8, 70:1, 75:2, 82:15, 93:20, 100:21, 113:21, 119:15, 122:23, 123:2, 123:18, 124:6, 125:4, 125:9, 125:15, 127:1
**witness** [5] - 7:9, 8:1, 8:7, 8:8, 113:19
**WITNESS'** [1] - 127:12
**witnessed** [1] - 73:17
**wondering** [2] - 99:5, 99:9
**wood** [1] - 39:15
**words** [3] - 21:12, 63:7, 115:23
**workday** [1] - 23:7
**worker** [3] - 105:12, 105:14, 107:13
**workers** [5] - 9:4, 24:10, 68:5, 68:15, 106:9
**worry** [1] - 21:3
**worse** [1] - 59:6
**worsening** [2] - 87:11, 94:12
**worst** [1] - 58:2
**wound** [1] - 95:22

**wow** [2] - 13:3, 14:16
**write** [1] - 29:11
**writing** [1] - 24:5
**written** [1] - 29:15
**wrote** [1] - 111:13

## Y

**year** [3] - 76:11, 118:18, 118:19
**years** [5] - 10:25, 11:2, 76:12, 117:11, 118:16
**yellow** [1] - 99:1
**young** [1] - 19:4
**younger** [2] - 24:12, 113:4
**yourself** [4] - 11:6, 81:10, 94:24, 96:13
**yourselves** [1] - 7:3

## Z

**Zoom** [5] - 1:12, 6:4, 7:9, 8:1, 9:23

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3


4  JOSHUA AKEEM, ET AL.    * CIVIL ACTION NO.
                           * 2:19-CV-13650-
5                          * BWA-DMD
   VERSUS                  * AND CONSOLIDATED
6                          * CASES
                           *
7  DASMEN RESIDENTIAL,     * JUDGE BARRY W.
   LLC, ET AL.             * ASHE
8                          * MAGISTRATE JUDGE
                           * DANA DOUGLAS
9  * * * * * * * * * * * * * * * * * * * * * * * *

10

11            Video Deposition of **SHELTON LUVINE**,

12   1331 Lamanche Street, New Orleans, Louisiana

13   70117, was taken with all parties attending

14   via the Zoom teleconference platform on

15   Thursday, September 10, 2020, commencing at

16   1:05 p.m.

17

18       APPEARANCES:

19

20            THE BAGNERIS FIRM, LLC
              (By: Suzette P. Bagneris, Esquire)
21            2714 Canal Street
              Suite 403
22            New Orleans, Louisiana 70119
              (504) 810-3995
23            sbagneris@bagnerislawfirm.com
                      Attorneys for Plaintiffs

24

25

APPEARANCES (continued):


JARRETT LAW GROUP
(By: DeVonn Jarrett, Esquire)
643 Magazine Street
No. 301A
New Orleans, Louisiana 70130
(504) 491-6806
djarrett@jarrettlawgroup.com
    Attorneys for Plaintiffs


IRWIN, FRITCHIE, URQUHART & MOORE, LLC
(By: Troy L. Bell, Esquire)
400 Poydras Street
Suite 2700
New Orleans, Louisiana 70130
(504) 310-2100
tbell@irwinllc.com
    Attorneys for Defendant,
    Latter & Blum Property
    Management, Incorporated


ADAMS AND REESE, LLP
(By: Luke G. Lahaye, Esquire)
701 Poydras Street
Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234
luke.lahaye@arlaw.com
    Attorneys for Southwood
    and Triangle


GIEGER, LABORDE & LAPEROUSE, LLC
(By: Nicholas S. Bergeron, Esquire)
701 Poydras Street
Suite 4800
New Orleans, Louisiana 70139-4800
(504) 561-0400
nbergeron@glllaw.com
    Attorneys for Defendant,
    Dasmen Residential Management,
    LLC, and Copper Creek, LLC

```
 1   APPEARANCES (continued):

 2

             DEUTSCH KERRIGAN, LLP
 3           (By: Cassie Preston Gailmor, Esquire)
             755 Magazine Street
 4           New Orleans, Louisiana 70130
             (504) 581-5141
 5           cassie@deutschkerrigan.com
                 Attorneys for Defendants,
 6               Eastlake Development, LLC;
                 KFK Development, LLC;
 7               KFK Group, Inc.

 8

 9       VIDEOGRAPHER:

10           DEPO-VUE, INCORPORATED
             Gilley DeLorimier, CLVS
11           (504) 828-8856
             depovueinc@gmail.com

12

13       REPORTED BY:

14           MARLANE A. GAILLE, CCR, RPR, CA CSR
             CERTIFIED COURT REPORTER, LA #21005

15

16

17                   I N D E X

18   EXAMINATION BY:                        Page:

19   Ms. Bagneris                      7, 58, 60

20   Mr. Bergeron                        43, 59

21   Ms. Gailmor                            53

22

23   EXHIBITS:

24   No exhibits

25
```

1    S T I P U L A T I O N

2              IT IS STIPULATED AND AGREED by

3    and among counsel for the parties hereto that

4    the deposition of the aforementioned witness

5    may be taken for all purposes permitted within

6    the Louisiana Code of Civil Procedure, in

7    accordance with law, pursuant to notice;

8              That the formalities of reading

9    and signing are specifically waived;

10             That the formalities of filing,

11   sealing, and certification are specifically

12   waived;

13             That all objections, save those

14   as to the form of the question and the

15   responsiveness of the answer, are reserved

16   until such time as this deposition, or any

17   part thereof, is used or sought to be used in

18   evidence.

19

20                  *   *   *

21             MARLANE A. GAILLE, CCR-RPR,

22   Certified Court Reporter in and for the State

23   of Louisiana, officiated in administering the

24   oath to the witness.

25

1                    SHELTON LUVINE,

2               1331 Lamanche Street,

3           New Orleans, Louisiana 70117,

4      was examined and testified as follows:

5          THE VIDEOGRAPHER:

6               We are now on the record.  The

7          time is 1:05 p.m.  This is the

8          videotaped deposition of Shelton

9          Luvine via Zoom today on

10         September 10, 2020.

11              Would our court reporter

12         please now make her statement and

13         swear in the witness.

14         COURT REPORTER:

15              Yes.  This is MarLane Gaille.

16         I'm a certified court reporter and

17         the host/moderator of today's Zoom

18         deposition.

19              I am now going to lock

20         everyone in.  I am going to lock

21         the meeting so that we don't have

22         any surprise guests coming in.

23              And just please be advised

24         that everything you say or do can

25         be seen and heard by anyone else.

1      And if you are a speaker, you need

2      to speak, please try to make sure

3      your video is activated so that I

4      can see you.  I may have to ask for

5      clarification more often.

6      Sometimes there may be a glitch in

7      the audio or syllables may be a

8      little garbled, so please be

9      patient with that.

10          We are covered by FRCP 30

11     regarding the oath, but in an

12     abundance of caution, I will ask on

13     the record if there is any

14     objection to administering a

15     binding oath to this witness via

16     video conference.

17          And we'll start with the

18     taking attorney.  Ms. Bagneris, any

19     objection?

20     MS. BAGNERIS:

21          Suzette Bagneris for the

22     plaintiff.  No objection.

23     COURT REPORTER:

24          Mr. Lahaye?

25     MR. LAHAYE:

1          No objection.

2      COURT REPORTER:

3          Okay.  Ms. Gailmor?

4      MS. GAILMOR:

5          No objection.

6      COURT REPORTER:

7          Mr. Bergeron?

8      MR. BERGERON:

9          No objection.

10     COURT REPORTER:

11         And Mr. Bell?

12     MR. BELL:

13         No objection.

14     COURT REPORTER:

15         And Mr. Jarrett?

16     MR. JARRETT:

17         No objection.

18         (Witness sworn.)

19             EXAMINATION

20 By MS. BAGNERIS:

21     Q.   Good afternoon, Mr. Luvine.  My name

22  is Suzette Bagneris, and I represent the

23  residents of Laguna Run, Laguna Reserve,

24  Carmel Brooks, and Carmel Springs apartment

25  complexes as well as the employees of Dasmen

1  Residential in connection with claims against

2  Dasmen and Rhodium and other entities.

3      I have scheduled your deposition

4  today because I understand that you are a

5  former employee of both Latter & Blum and of

6  Dasmen, and that you may have worked at

7  several of the apartment complexes that are at

8  issue in this particular proceeding.

9      A.   Right.

10     Q.   If at any time you don't understand a

11 question that I ask you, please let me know,

12 and I'm going to attempt to rephrase it.

13 Because I want to make sure that you clearly

14 understand what I'm asking and that the answer

15 that you're giving is in accordance with the

16 question.

17     If at any time you need to take a

18 break during this deposition, please let me

19 know, and we'll accommodate your request for a

20 break.  That also goes for all counsel.  If

21 anyone needs to take a break, please wave your

22 hand to let me know, and we will take a break.

23     If one of the defense attorneys

24 objects to a question that I ask you, please

25 give them an opportunity to fully state their

1    objection on the record, and then you will be

2    able to answer the question.

3          Because we're doing this on video via

4    Zoom, it's a little unconventional, so it's

5    very important that you and I not speak over

6    one another.  So I'm going to ask that you

7    allow me to fully state my question, and then

8    I'm going to give you an opportunity to fully

9    respond with your answer.  It's important that

10   both of us don't speak over one other.

11         It's also very important that you

12   give verbal responses.  We all have a tendency

13   to nod our head "yes" and "no."  But it's

14   important because everything is being

15   transcribed that you give a verbal response.

16   A.    Yes.

17   Q.    The court reporter is going to put

18   all of the questions and all of the answers

19   into a bound book, and it's called a

20   deposition transcript.  She can send that

21   transcript directly to you at your home and

22   you can read over it to see if there's been

23   any errors in transcription.  There's a sheet

24   that's going to be on the back of the

25   transcript that's going to allow you to write

1    in any edits that need to be made.

2        A.   Yes.

3        Q.   You can reserve your right to have

4    that sent to you, or you can waive your right

5    and it won't be sent to you.

6             So do you want to receive the

7    transcript and have an opportunity to make any

8    changes, if necessary?

9        A.   No.

10       Q.   Okay.  All right.  So with that,

11   we're going to begin the deposition.

12            Would you please state your full name

13   and address for the record.

14       A.   Shelton O'Neal Luvine.

15       Q.   And what is your home address?

16       A.   1331 Lamanche Street, New Orleans,

17   Louisiana 70117.

18       Q.   Mr. Luvine, what is your date of

19   birth?

20       A.   April 28, 1967.

21       Q.   Okay.  Could you briefly describe for

22   me what schools you went to?  What your

23   educational background is?

24       A.   I went to Collins High -- Collins

25   High School in Mississippi, and I graduated.

1    Q.   Okay.  Do you hold any special

2  certifications or skills?

3    A.   I got a EPA certification for AC.

4    Q.   Okay.  Great.

5         Have you ever been certified in mold

6  abatement?

7    A.   No.

8    Q.   Have you ever received any special

9  training in mold abatement?

10   A.   No.

11   Q.   Can you briefly describe for me how

12  you came to be employed by Latter & Blum?

13   A.   Through a temporary service.

14   Q.   Okay.  And when did you first become

15  employed by Latter & Blum?

16   A.   April 20, 2014.

17   Q.   In 2014.  Okay.

18   A.   Yes.

19   Q.   And when were you first assigned to

20  work at any of these apartment complexes that

21  are now known as Laguna Reserve, Laguna Run,

22  Carmel Brooks, and Carmel Springs?  I know

23  they have other names.  When did you first

24  start working at them?

25   A.   I started working -- I was working --

1    I started at Laguna Run.

2        Q.   Okay.  And when did you first go to

3    Laguna Run?

4        A.   It was 20 -- 2014.  That's when I

5    started with Latter & Blum.

6        Q.   Okay.  Great.

7        So what was your job position when

8    you worked for Latter & Blum in 2014 at Laguna

9    Reserve -- I mean Laguna --

10       A.   Maint --

11       Q.   -- Run?

12       A.   Maintenance tech.

13       Q.   And what were some of your job duties

14    and responsibilities as a maintenance tech?

15       A.   Work orders like leaks, appliances,

16    make-readies.

17               (Reporter clarifies.)

18       Make ready.  Make ready apartments.

19       Q.   Tell us for the record what you do

20    when you do a make-ready.

21       A.   You make sure everything working in

22    the apartment.  All the appliances and stuff.

23       Q.   Do you paint the apartment?

24       A.   Paint.  Yes.

25       Q.   Okay.  So when you were working for

1    Latter & Blum in 2014 at what has now been

2    come to be called "Laguna Run," could you

3    describe for me what kind of water intrusion

4    issues were you, personally, observing?

5         A.   Like old galvanized pipes leaking in

6    the wall, and ACs leaking in the AC closets.

7         Q.   Okay.  And can you tell me whether or

8    not any of that water intrusion was causing

9    any instances of mold growth in 2014?

10        A.   Not as bad -- not as bad than it was.

11   No.

12        Q.   Okay.  So not as bad as it became

13   later?  Is that what you mean -- referring --

14        A.   Right.  That's what I mean.

15        Q.   Okay.  How widespread would you

16   describe the problem of -- the plumbing

17   problem in 2014?

18        A.   I'd say 30 percent spread, something

19   like that.

20        Q.   Okay.  And then let's take it into

21   2015.  Did you -- was it the same, or did it

22   get worse in 2015?

23        A.   It was about the same.  Running the

24   same.

25        Q.   Okay.  In 2016, was it the same, or

1  did it get worse?

2      A.    About the same.  It start growing a

3  little bit there.

4      Q.    Okay.  Now when the property was sold

5  in December of 2017, can you tell me what, if

6  any, difference did you notice in terms of the

7  number of plumbing issues that you needed to

8  address?

9          MR. BERGERON:

10              Object to the form of the

11          question.

12          MR. BELL:

13              Object to the form.

14          MS. BAGNERIS:

15              Okay.  Well, I'll rephrase.

16              What's the problem with the

17          form, guys, so I can address it?

18          MR. BERGERON:

19              Well, it was vague.  I mean,

20          any maintenance issues?  That leads

21          up to --

22          MS. BAGNERIS:

23              I was talking about --

24          MR. BERGERON:

25              -- mischaracterization.

```
 1          MS. BAGNERIS:

 2               Okay.  I'll rephrase.  I

 3          thought I addressed plumbing.

 4     By MS. BAGNERIS:

 5          Q.   So what, if anything, did you notice

 6     in terms of plumbing problem after the sale on

 7     December 14, 2017?

 8          A.   A lot of busted pipes, rusted pipes,

 9     galvanized pipes, and AC leaks.

10          Q.   Was it the same number, or did it

11     increase --

12          A.   It got --

13          Q.   -- after Dasmen took over?

14          A.   It got a little worse.

15          Q.   Okay.  Can you describe for me what

16     you mean by it got worse?

17          A.   Well, with leaks, I mean, it was

18     almost every apartment had leaks in --

19     underground leaks.  I mean, it just got out of

20     control.

21          Q.   Based upon your personal

22     observations, why do you think that the number

23     of instances of plumbing problems increased

24     after December 2017?

25          A.   Because Dasmen didn't get no
```

1     material.  We couldn't get no material to

2     address the issues.

3         Q.   Why do you think that Dasmen could

4     not get the materials to address the issues

5     based on your --

6             MR. BERGERON:

7                 Object to the form.

8     By MS. BAGNERIS:

9         Q.   -- personal experience?

10            Based upon your personal experience,

11    why is it that you think that Dasmen could not

12    get the materials?

13        A.   I don't know why they wasn't getting

14    them.  I really don't know why they wasn't

15    getting them.

16        Q.   Okay.  So when a pipe burst after

17    Dasmen took over, tell me how you all would go

18    about trying to repair it if you didn't have

19    materials.

20        A.   We used to go to Ace Hardware, but

21    they closed the account.  Now, you know, they

22    closed the account, we couldn't get nothing to

23    work with.

24        Q.   Okay.  Did you all ever go to vacant

25    apartments to get materials to utilize in

1    occupied apartments?

2         A.    Yeah.   We did that a lot.   We did

3    that often.   We robbed Peter to pay Paul.

4         Q.    Okay.   And can you tell me whether or

5    not when Latter & Blum controlled the property

6    before December of 2017 you, personally,

7    observed any window leaks?

8         A.    Yes.

9         Q.    Okay.

10         A.    A lot of window leaks around the

11   windows.   Leaks underneath the window that

12   come down the wall by the Sheetrock, and it

13   just get wet and soggy there.

14         Q.    All right.

15         A.    In the carpet.

16         Q.    Once --

17         A.    It just --

18         Q.    Once the property was taken over by

19   Dasmen after the sale in 2017, did the number

20   of water leaks stay the same as it was under

21   Latter & Blum or did it increase?

22         A.    I'd say it increased bad.

23         Q.    And what would you all do to address

24   issues with the window leaks?   How would you

25   repair that?

1    A.   Well, they have us to clean the

2  windows and put silicone on it, but that

3  wouldn't fix it.  The windows were so old, you

4  know.

5    Q.   Okay.  And with respect to the HVAC

6  issue, when Latter & Blum was managing, did

7  you experience HVAC issues with water

8  intrusion?

9    A.   Not hardly.  No.

10   Q.   No?

11   A.   Not really.  No.

12   Q.   Did you experience HVAC leaks when

13  Dasmen was managing?

14   A.   Yes.

15   Q.   How frequently did you, personally,

16  observe HVAC leaks when Dasmen was managing

17  the property?

18   A.   Every other week.  Every other week

19  we had leaking ACs.

20   Q.   Do you know why the ACs were leaking?

21   A.   No.  I didn't.

22   Q.   Okay.  And can you tell me what you

23  all did to repair or to address the leaking

24  HVACs under Dasmen's management?

25   A.   Well, they was putting these little

1    drip pans underneath the AC drains, because

2    the hot water heater was right underneath the

3    AC unit.  And it was dripping down on the hot

4    water heater and all the walls and stuff.

5    They were putting some kind of little special

6    pans underneath there.

7         Q.    Was that working to address the

8    problem?

9         A.    No.

10         Q.    Okay.  Between 2014 and the time you

11    left --

12              When did you leave?

13         A.    When I left Laguna Run?

14         Q.    Yes.

15         A.    It was -- 20 -- 20 -- 2018 I went to

16    Laguna Reserve.

17         Q.    Okay.  So between 2014 and 2018, were

18    the windows ever replaced at Laguna Run?

19         A.    No.

20         Q.    Between 2014 and 2018, was the

21    plumbing problem addressed at Laguna Run?

22         A.    No.

23         Q.    Between 2014 and 2018, was the HVAC

24    leak problem addressed at Laguna Run?

25         A.    No.

1    Q.   Can you tell me whether or not the
2  problem with the windows leaking was confined
3  to a few buildings?
4    A.   All the building.
5    Q.   All the buildings.  Okay.
6         And can you tell me whether or not
7  the plumbing problem was confined to a few
8  buildings?
9    A.   All of them.
10   Q.   Can you tell me whether or not the
11 HVAC leaking problem was confined to a few
12 buildings?
13   A.   All of them.
14   Q.   Did you, personally, observe any
15 problems with water intrusion from the roof?
16   A.   Yes.
17   Q.   When did you first notice water
18 intrusion coming from the hoof?
19   A.   When I climbed up there, I seen --
20        Well, you say when?
21   Q.   When.
22   A.   2018.  I don't know exactly what
23 date, but.
24   Q.   Okay.  So sometime in 2018, you
25 noticed water intrusion issues with regard to

1  the roof?

2       A.   Right.   Retaining water on the roof.

3       Q.   Okay.   And tell me -- describe for me

4  what you, personally, observed when you went

5  on top of the roof?

6       A.   Went on top of the roof up by the

7  roof -- roof hatch and looked.   And it got

8  standing water on the roof.   It just slippery

9  and -- real slippery and -- and green.

10      Q.   Okay.   And do you know if the -- the

11  roof leaking was only a problem in one

12  building?

13      A.   No.   All the building.

14      Q.   Okay.

15      A.   The roof was.

16      Q.   All right.   Were there any other

17  sources of water intrusion or water leaking

18  that you, personally, observed when Latter &

19  Blum was managing?

20      A.   No.

21      Q.   Were there other sources of water

22  intrusion that you, personally, observed when

23  Dasmen was managing?

24      A.   Yeah.   A lot of them.

25      Q.   What did you look -- what did you

1  see?

2      A.   In the apartment I was staying in --

3  I was in O-110 -- we had a main waterline

4  broke in my hallway of my apartment, and then

5  they had to bust the floor out.  And the

6  water, you could hear the water spraying.  And

7  they telling me it been spraying for years

8  like that.  They had a big sink hole about

9  three or four foot underneath the pipe.

10     Q.   So you were also a resident at Laguna

11  Run?

12     A.   Yes.  I stayed there.

13     Q.   Okay.  When did you move into Laguna

14  Run?

15     A.   Right after 2014, after my 90 days, I

16  got hired regular with -- with Latter & Blum.

17  They gave me a discount for a apartment.

18     Q.   Okay.  So when did you experience

19  this waterline breaking while you were a

20  resident at Laguna Run?

21     A.   About -- about 2018, the floor was

22  wet.  Always be wet, and you can smell the

23  odor of the mold in that apartment.

24     Q.   Okay.  And when you say the floor is

25  wet, tell me more in detail what you mean by

1  that.

2      A.    It was like condensation.  Like

3  ceramic tile be sweating.  It always be

4  sweating in the area right there.

5      Q.    Okay.  And what room of your

6  apartment did you notice that the floor was

7  sweating?

8      A.    In the hallway right there.  O-110.

9      Q.    Okay.

10      A.    The --

11      Q.    And you said that you could -- you

12  were smelling an odor?  What was the -- when

13  did you start smelling the odor?

14      A.    About 20 -- (phone rings) -- 2018.

15  Soon after I moved in there, you know.

16      Q.    Okay.  Shortly after you moved, in

17  you started to smell this odor?

18      A.    Yes.

19      Q.    Okay.  Did you report the floor

20  sweating and the odor to the property

21  management office?

22      A.    Yes.

23      Q.    Okay.  And what, if anything, did

24  they do in response?

25      A.    That's when they -- they had got a

1  plumber to bust the floor up and fix the leak.

2  It was pretty bad.

3     Q.   Okay.  Tell -- describe for me what

4  you saw the plumber do?

5     A.   I seen the plumber take the tiles up

6  around the hallway floor, broke the -- broke

7  the floor up with a jackhammer.  And about a

8  hole about two foot -- two foot, and looked

9  underneath there.  It's a cast-iron pipe had

10 rusted, and it was just squishing out water --

11 "shush."  You can hear it -- "shush."

12         And he said they had a sink hole

13 there where the water been running so long.

14 It was about 3-foot deep.

15    Q.   Do you recall -- was this a plumber

16 who work for Dasmen, or is this an independent

17 plumber that was hired?

18    A.   He was independent.

19    Q.   Do you remember what company he was

20 from?

21    A.   I can't remember what company he was

22 from.

23    Q.   Okay.

24    A.   I can't remember.

25    Q.   Did you, personally, observe this

```
 1    sink hole?  This 3-foot sink hole?
 2         A.    Yes.
 3         Q.    Okay.  And I thought I heard you say
 4    that there were more sink holes?
 5         A.    Yeah.
 6         Q.    Where were the other sink holes
 7    located?
 8         A.    In the living room.
 9         Q.    Okay.
10         A.    Right on the other side of the
11    hallway wall.
12         Q.    In your living room?  In O-110?
13         A.    In O-110.  My living room.
14         Q.    Okay.  And did he also have to bust
15    up the floor to make that repair?
16         A.    In the living room.  Yes.
17         Q.    Okay.  And you, personally, observed
18    him doing that?
19         A.    Yes, I did.  It was in my apartment.
20    I stayed there.  I don't like nobody in my
21    house while I'm gone.
22         Q.    Okay.  In addition -- did you have
23    any other problem -- plumbing problems other
24    than this one while you lived there?
25         A.    Leaking AC.
```

     1      Q.    Oh, you had a leaking AC?

     2      A.    Yeah.

     3      Q.    Okay.  And did you report that to the

     4   property management office?

     5      A.    I did.

     6      Q.    Okay.  And what, if anything, did

     7   they do in response to you reporting that?

     8      A.    Not too much with that.  They didn't

     9   do too much with that.

    10      Q.    Okay.  And so where was the AC

    11   leaking into?

    12      A.    It was a drainpipe.  It was leaking

    13   underneath.  It's a drainpipe with a AC pan.

    14      Q.    Did you have any spots on your

    15   ceilings or your walls from the water

    16   intrusion?

    17      A.    On my -- on my windows.  Around my

    18   windows.

    19            See, I was on the bottom floor.  But

    20   the lady say upstairs she had more stains from

    21   the roof.

    22      Q.    Okay.  So you had some water

    23   intrusion issues from the window in your

    24   apartment in O-110?

    25      A.    O-110.

1  Q. Okay. And did you report the issues

2 with the window leaking to the property

3 management office?

4  A. Yes, I did.

5  Q. And what, if anything, did they do in

6 response to that?

7  A. Nothing.

8  Q. Okay. Where the windows were

9 leaking, were they affecting the Sheetrock

10 near your window?

11  A. Sheetrock and the two-by-fours.

12  Q. Okay. And did you experience any

13 mold intrusion as a result of the leaking

14 windows?

15  A. Yes. Around the windows.

16  Q. Okay. What did you, personally, see?

17  A. Dampness, black mold. You know,

18 dampness and black mold. Wet, my carpet.

19  Q. Did you report the mold intrusion to

20 the property management office?

21  A. Yes.

22  Q. And what, if anything, did they do in

23 response to that?

24  A. Nothing.

25  Q. Okay.

1    A.   The apartment -- the apartment down

2    the street from me, O-101, that apartment had

3    a -- it was the whole apartment was full of

4    mold.

5    Q.   Okay.  So when you made a maintenance

6    request, Mr. Luvine, were you making

7    maintenance requests on the computer, or did

8    you go in person to make your request?

9    A.   I go in person.

10    Q.   Okay.  And when you would go in to

11    make a maintenance request, tell me what the

12    process was.

13    A.   Well, I go in there and tell the

14    property manager that I have a leak.  I think

15    it's underneath my floor.  And my windows,

16    it's turning green from the outside.

17    Something like that.  I just go tell her, and

18    she writes it down.

19    Q.   Okay.  So now I want you to switch

20    gears and tell me a little bit about what you,

21    personally, observed in other apartment units

22    while you served as a maintenance tech in

23    2018.

24    A.   I went to several apartments with

25    leaks in the ceiling, Sheetrock falling --

1  falling down, wet carpet.  I had to pull

2  carpet and padding out.  A little of

3  everything.

4      Q.   Okay.  And did you, personally,

5  observe in 2018 mold growing on the walls in

6  any apartment units?

7      A.   Yes.  Coming through the walls.

8      Q.   Okay.

9      A.   One apartment, we couldn't -- we

10 couldn't hardly go in there.  It was -- we got

11 the water in the eyes, coughing, headaches.

12 Yeah, we had to get out of there.

13     Q.   When you went in to address the mold,

14 Mr. Luvine, did Dasmen provide you with any

15 type of N95 mask?

16     A.   No.  No gloves, masks, safety glasses

17 or nothing.

18     Q.   Did Dasmen provide you with any

19 boots?

20     A.   Boots?

21     Q.   Boots.  Like, you know, rain boots or

22 rubber boots?

23     A.   No.

24     Q.   Okay.  Did Dasmen instruct you to

25 wear long sleeves when you were dealing with

1  the mold remediation?

2      A.    No.   We had short sleeves like these

3  (indicating).   If you can see them.   Yeah.

4      Q.    Yes.

5            Did Dasmen instruct you to wear long

6  pants when doing mold remediation?

7      A.    No.

8      Q.    Okay.   Did Dasmen ever warn you of

9  the potential health effects from mold

10 exposure?

11         MR. BERGERON:

12              Object to the form of the

13         question.

14         THE WITNESS:

15              No.

16 By MS. BAGNERIS:

17     Q.    You can answer.

18     A.    No.

19     Q.    Okay.   Did you ever take a training

20 seminar on how to address the mold issues in

21 the apartment?

22     A.    No.

23     Q.    Okay.   Tell me what you would do when

24 you would go into these apartments to try to

25 address the mold.   What was the process?

1    A.    Well, we'll go in there, and we'll

2    try to put a little bleach in there to cut the

3    odor.  Cut the odor down, and tie a shirt or

4    something around our face and go in there and

5    try to get it out.  But that was bad.

6    Q.    Tell me how you would go about trying

7    to get it out.

8    A.    Well, we always -- we put bleach --

9    spray bleach on it first, and try to get that

10   black mold off, because the black mold is

11   dangerous.  And we'll just start with our

12   flat-bar hammer just taking it out, putting it

13   in garbage bags -- construction black bags,

14   and throwing it in the dumpster, and redo the

15   Sheetrock.

16   Q.    Were you handling the Sheetrock with

17   your hands?

18   A.    Yeah.

19   Q.    Okay.  You said that the black mold

20   is dangerous.  What makes you think that?

21   A.    It's dangerous.  I know it's

22   dangerous.

23   Q.    Okay.  And how do you know that?

24   A.    I -- when I was at Latter & Blum, we

25   looked at films about that.

```
1        Q.    So Latter & Blum did give you some
2   kind of training?
3        A.    Latter & Blum.  Yeah.
4        Q.    Okay.  But not Dasmen?
5        A.    No.
6        Q.    Okay.  Can you tell me if the -- were
7   there some buildings where the mold was worse
8   than others in 2018?
9        A.    Yes.
10       Q.    Okay.  What buildings really had a
11  bad mold problem in 2018?
12       A.    O-101.  It was extremely bad.
13             And it's another in the -- in the
14  K building.  I can't remember the number.  I
15  don't know.  It was K-105.  It was bad.
16  Extremely bad.
17             And another building, U-something,
18  was pretty bad.
19       Q.    So those were apartments that just
20  stick out in your mind as being really bad?
21       A.    Yes.
22       Q.    Okay.  You said that you went to work
23  for Laguna Reserve --
24       A.    Yes.
25       Q.    -- in 2018?  What did you do at
```

 1    Laguna Reserve?

 2         A.    Maintenance tech.

 3         Q.    Okay.  And were your job duties

 4    similar as they were when you worked for

 5    Laguna Run, or did they change?

 6         A.    It was similar to what I was doing at

 7    Laguna Reserve.

 8         Q.    Okay.  Do you recall what month you

 9    went to work at Laguna Reserve?

10         A.    I don't know.  It was in April.  I

11    think April.

12         Q.    Okay.  And so when you got to work at

13    Laguna Reserve in April of 2018, what type of

14    maintenance issues were you encountering?

15         A.    Leaks.  The AC and hot water heaters.

16    We had a lot of that.

17         Q.    All right.  And when you say a lot,

18    can you tell me what percentage of the

19    apartment units had a leaking issue from the

20    AC and the hot water heaters?

21         A.    90 percent.

22         Q.    How many?

23         A.    90 percent.

24         Q.    90 percent.  Okay.

25              And was this water intrusion causing

```
 1    mold -- was the water intrusion causing mold

 2    to grow?

 3         A.   Yes.  In the AC closets.  Yes.

 4         Q.   Okay.

 5         A.   A lot of mold.

 6         Q.   Tell me what the process was for

 7    dealing with those issues at Laguna Reserve.

 8         A.   About the same.  We -- I get a little

 9    bleach and spray the black mold and, you know,

10    enough to I can get it out and re -- rehang

11    the Sheetrock.

12         Q.   Okay.  And you said that was in

13    90 percent of the units there?

14         A.   Thereabout.  Yeah.

15         Q.   Okay.  Have you ever worked at Carmel

16    Brooks?

17         A.   I haven't worked there.

18         Q.   Okay.  Have you ever worked at Carmel

19    Springs?

20         A.   No.

21         Q.   All right.  Can you tell me a little

22    bit about whether or not there was mold

23    intrusion in the laundry room at Laguna Run?

24         A.   Yes.

25         Q.   Okay.
```

1     A.   Yes, it was.

2     Q.   Can you describe for me what
3 percentage of the laundry rooms at Laguna Run
4 had mold?

5     A.   Actually, every one of them from the
6 ceiling leaking -- cast-iron pipe or sewerage
7 line -- 4-inch sewerage line leaking,
8 cast-iron rotting.

9     Q.   Okay.  And were there any other --
10 like the maintenance rooms that you had at
11 Laguna Run, was there any problem with water
12 intrusion and mold in those maintenance rooms?

13     A.   Yeah.  Leaks.

14     Q.   What percentage of the maintenance
15 rooms had water intrusion and mold?

16     A.   All of them.  All of them.

17     Q.   You mentioned your hallway.  Do you
18 know if there was any problems with water
19 intrusion and mold in any of the other common
20 hallways at Laguna Run?

21     A.   Yes.

22     Q.   What years did you start noticing
23 that issue?

24     A.   In 2018-'19 -- '18.

25     Q.   Okay.  And so you hadn't seen a

1    problem with the mold and water in common

2    hallways before 2018?

3         A.    Right.

4         Q.    All right.  So can you tell me, did

5    you have enough staff to address the issues at

6    Laguna Run in terms of the maintenance

7    requests?

8         A.    No.

9         Q.    Okay.  How many hours a day did you

10   work?

11        A.    I worked sometimes nine hours a day,

12   10 hours.

13        Q.    Okay.  And how many days a week did

14   you work at Laguna Run?

15        A.    Five days, sometimes Saturday.  Six

16   days.

17        Q.    Okay.  And when did that schedule

18   become your normal schedule?  Is that what you

19   did under Dasmen, or is that what you did

20   under Latter & Blum?

21        A.    I did that under Dasmen.

22        Q.    Okay.  Did you have any staffing

23   problems under Latter & Blum?

24        A.    No.  We had a lot of people.

25        Q.    Okay.  Was the work -- number of work

1    orders the same under Latter & Blum and under

2    Dasmen?

3         A.    No.

4         Q.    How did that change, based upon your

5    personal experience?

6         A.    How that changed?

7         Q.    Yes.

8         A.    We didn't get material for what we

9    needed to do the work, and the work orders

10   piling up.  Kept piling up.

11        Q.    Okay.  Did you have any problems that

12   you, personally, observed of feces and urine

13   running down the walls of any apartment --

14        A.    Yes.

15        Q.    -- at Laguna Run?

16        A.    Yes.  Old cast-iron drainpipes

17   running from upstairs, the third floor, down

18   to the main sewer was cracked and

19   deteriorated.

20        Q.    Okay.  So in how many buildings did

21   you observe a problem with feces and urine

22   breaking into the walls and ceilings of

23   apartments?

24        A.    Actually, the whole property.  Old

25   pipes and --

1    Q.   What would you all do when that would
2    happen?
3    A.   Well, they would get me and another
4    guy to cut the wall open and take the cast
5    iron out, and we'll put PVC with a plastic
6    boot to cast iron -- the old cast iron that
7    comes out of there --
8    Q.   Did -- did that work to address the
9    problem?
10   A.   Yeah.
11   Q.   Okay.  Were there any buildings where
12   you went in and you -- you addressed the mold,
13   and then had to go back later and address it
14   again?
15   A.   Yes.
16   Q.   How frequently would that happen?
17   A.   I'd say every -- every three weeks or
18   so.  Go back.  It's wet again.
19   Q.   When you were living there as a
20   resident and working there as an employee, did
21   you experience any problem with skin rashes or
22   skin irritations?
23   A.   Yes.
24   Q.   Okay.
25   A.   Running eyes, coughing, headaches,

1　short of breath.  Yes.

2　　　Q.　Okay.  And what did you do, if

3　anything, to treat those problems?

4　　　A.　I treated it from stuff off of the

5　shelf.

6　　　Q.　Okay.  Stuff you already had, or

7　stuff you bought at the store?

8　　　A.　I bought at Walgreens the skin stuff,

9　and I brought Ibuprofens and eye water.  We

10　couldn't take off from work.  My insurance

11　hadn't kicked in for --

12　　　Q.　Okay.

13　　　A.　-- amount of days after all that.

14　That hadn't kicked in.

15　　　Q.　Did you ever see a doctor for any of

16　the health problems that you experienced

17　living or working at Laguna Run?

18　　　A.　No.

19　　　Q.　Okay.  Tell me, was it a pleasant

20　experience working for Laguna Run?

21　　　　　MR. BERGERON:

22　　　　　　　Object to the form.

23　By MS. BAGNERIS:

24　　　Q.　Working for Dasmen at Laguna Run?

25　　　A.　No, it wasn't.

1    Q.   Tell me why -- tell my why not.

2    A.   It was hard to get materials and, you

3    know, they threaten your job and stuff.

4    That's why I left.

5    Q.   Okay.  Tell me what hap -- tell me

6    why you're no longer working for Dasmen.

7    A.   Today?

8    Q.   Today.

9    A.   Yeah.  Like I said, they never get

10   material for to do the work and, you know, it

11   just -- it just got bad and disgusting.

12   Q.   Okay.  Did you feel safe living at

13   Laguna Run?

14   A.   No.

15   Q.   Okay.  Tell me why not.

16   A.   Because of the leaks and the mold.

17   The leaks and the mold and the -- and the

18   surrounding area where it was, you know.  The

19   front gates don't work, you know.  Anybody

20   that drive through do what they want.

21   Q.   Did you, personally, observe any

22   instances of violent crime while you lived at

23   Laguna Run?

24   A.   Yes.

25   Q.   Tell me what you, personally,

```
 1    observed.

 2         A.    A shooting -- about three shootings I

 3    observed.

 4         Q.    Okay.

 5         A.    Yeah.

 6         Q.    Did you, personally, observe any drug

 7    dealing activity while you lived at Laguna

 8    Run?

 9         A.    Yes.

10         Q.    Okay.

11         A.    A lot of that.

12         Q.    Tell me what you observed of security

13    measures at Laguna Run.

14         A.    Security?

15         Q.    Security.

16         A.    Not too much security.

17         Q.    What did you see?  What did you,

18    personally, see?

19         A.    You know, a lot of activity going on

20    and stuff that don't supposed to be going on.

21    People's in the hallways doing drugs and --

22    drugs and stuff.

23         Q.    Did you ever see the security guard

24    at Laguna Run?

25         A.    Hardly.  Yeah.  I hardly see him.
```

```
 1      Q.   Okay.
 2           MS. BAGNERIS:
 3                I thank you for your time,
 4           Mr. Luvine.  Some of the other
 5           lawyers may have some questions of
 6           you, but I do appreciate your
 7           testimony.  Thank you.
 8           THE WITNESS:
 9                Yeah.
10           MR. BERGERON:
11                If anybody else wants to go, I
12           may have a few more questions.
13           MS. GAILMOR:
14                You can go first, Nick.
15           MR. BERGERON:
16                All right.
17                Mr. Luvine, my name is Nick
18           Bergeron.  I represent Dasmen and
19           the RH entities.  How are you doing
20           today, sir?
21           THE WITNESS:
22                All right.  How you doing?
23           MR. BERGERON:
24                I'm doing well.  Thank you.
25                Can you hear me just fine?
```

```
 1            THE WITNESS:
 2                 Yeah.
 3            MR. BERGERON:
 4                 Okay.
 5                 EXAMINATION
 6   By MR. BERGERON:
 7        Q.   I'd like to get the dates down
 8   perfectly.  I think -- I believe your
 9   testimony was that you started working for
10   Latter & Blum doing temp service in April
11   2014.  Is that correct?
12        A.   Yes, sir.
13        Q.   When did you stop working for
14   Latter & Blum?
15        A.   I don't know exactly the date, but I
16   think it was 2000 --
17             When I stopped working for them?
18        Q.   Yes, sir.
19        A.   It was 2017, I believe.
20        Q.   And then from that point, I believe
21   your testimony was you were working for
22   Dasmen.  How did that work out?  I mean, how
23   did you -- how did you come to work for Dasmen
24   having worked for Latter & Blum?
25        A.   They sold the property to Dasmen, and
```

1    I was already working there.  That's how that
2    happened.
3        Q.   So by virtue of the property being
4    sold, you just kind of stayed on.  Is that
5    what you're saying?
6        A.   Yeah.  They gave you the option you
7    can stay or you can -- you can leave.
8        Q.   Okay.  And when was the very last --
9    I guess you can go month.  It may be difficult
10    to recall the day, but when was the last date
11    that you worked for Dasmen?
12        A.   It was 2019 about -- I don't know --
13    March?  March or -- March.
14        Q.   Of 2019?
15        A.   Yeah.  Working at Laguna Reserve.
16        Q.   Okay.  So in -- after April of 2018,
17    you no longer worked at Laguna Run.  Correct?
18        MS. BAGNERIS:
19            2019.
20        THE WITNESS:
21            '19.
22        MR. BERGERON:
23            Well, he said that he went to
24        Laguna Reserve in April of 2018.
25        MS. BAGNERIS:

```
 1              Oh, okay.
 2         MR. BERGERON:
 3              So I'll rephrase.
 4    By MR. BERGERON:
 5         Q.   When you began working at Laguna
 6    Reserve in April 2018, did you ever work at
 7    Laguna Run after that time?
 8         A.   2018?
 9         Q.   Yes, sir.
10         A.   Yes.  It was 2019 when I left --
11    yeah, you're right.  Because I worked for Len
12    over there --
13         Q.   Okay.
14         A.   -- and that -- (phone garbles sound).
15         Q.   But when you left for Laguna Reserve,
16    you never went back and worked at Laguna Run.
17    Correct?
18         A.   No.
19         Q.   All right.  But did you still live
20    there?
21         A.   No.  I --
22         Q.   Where did you live --
23              I'm sorry.  Go ahead.
24         A.   I don't live there now.  No.
25         Q.   Okay.  But when you left -- when did
```

1    you stop living at Laguna Run?

2         A.    When I left to go to -- 2018 --

3    '18 when I left to go to Laguna Reserve.

4         Q.    Okay.  So you -- you stopping living

5    at Laguna Run kind of worked hand-in-hand with

6    you working at Laguna Reserve.  Correct?

7         A.    Right.

8         Q.    All right.

9              You mentioned Mr. DeVonn's and

10   Ms. Bagneris' questions about quite a few

11   maintenance issues.  I'd like to just go

12   through briefly each one.

13             I believe you said that the plumbing

14   issues with urine and feces running down the

15   wall, you said that that was in every single

16   building at Laguna Run?  Is that correct?

17        A.    Every building.  Yeah.

18        Q.    Okay.  So it wasn't just restrained

19   to Building G, for example?

20        A.    No.  It was from A to -- it was from

21   A to U.

22        Q.    Okay.  Did any building have more

23   plumbing issues than any other building?

24        A.    Yes.  O building -- I stayed in

25   O building -- K building.  It was one more.

1  B building.

2     Q.   Okay.  Are you familiar with any

3  plumbing issues in Building G?

4     A.   G?

5     Q.   Correct.

6     A.   I believe so.  G?  Yes, in G.  G --

7  I don't know -- G-105?  A sewage problem.

8  Sewage coming out.  A bad sewage problem in G.

9     Q.   Did that bad sewage problem exist in

10  any other buildings?

11     A.   Yes.

12     Q.   Okay.  It's your testimony that it

13  was all buildings?

14     A.   It's all buildings.  Yeah.  Sewage.

15  Yeah.

16     Q.   Okay.

17     A.   Every one of them.

18     Q.   You testified that you received

19  training in mold abatement when you worked for

20  Latter & Blum.  Correct?

21     A.   Yeah.

22     Q.   Do you recall exactly what that

23  training entailed?

24     A.   Bad training what?  I didn't

25  understand.  I'm sorry.

1    Q.    That mold training you had with

2  Latter & Blum --

3    A.    Yeah.

4    Q.    -- what exactly did you did for that?

5    A.    The mold training?

6    Q.    Yes, sir.

7    A.    We watched that on a -- on a film.

8  CD.

9    Q.    Okay.  And what did you learn during

10 that training?

11    A.    That mold is real dangerous, and you

12 should have protected gear and -- you know.

13    Q.    And then after -- you would agree

14 that after viewing that video, there were

15 times where you attempted to remove mold

16 without that protective gear.  Correct?

17    A.    Yeah.  They -- they made us to

18 move -- they made us do that.

19    Q.    How did they make you do that?

20    A.    They tell you you got to move that

21 mold or you'll lose your job.

22    Q.    Did anybody, specifically, tell you

23 that?

24    A.    Yes.

25    Q.    Do you recall who?

```
 1       A.    Huh-uh (negatively).  I can't
 2   remember who the supervisor -- I forgot his
 3   name.  I don't know -- was it Ron?
 4       Q.    Do you remember when?
 5       A.    Yeah.  I don't know what date, sir.
 6   I can't remember.
 7       Q.    Okay.
 8       A.    I can't remember dates too good.
 9       Q.    Now you also testified that the front
10   gate, I believe you testified that it rarely
11   worked.  Is that correct?
12       A.    Yeah.  It barely worked -- worked.
13   Every time they fix it, it'll break.  And it
14   don't close.  It stay open all night.  You
15   know, people just come through.
16       Q.    Did you ever participate in trying to
17   fix the gate?
18       A.    Yeah, I did.  A couple of times.  I
19   cleaned it.  Cleaned the sensors off.
20       Q.    And how would -- how would you -- how
21   would you be assigned to a -- like, let's say
22   a work order comes in.  How do you get
23   involved?
24       A.    They give me a work order.  My
25   manager give me a -- a numeral work orders on
```

1  a sheet.

2      Q.   And when you made a complaint, which

3  I believe you testified you did, you did so

4  orally.  Correct?

5      A.   What's that?

6      Q.   You did so -- you told management

7  about your problem.  You didn't submit

8  anything online.  Correct?

9      A.   No.  Apartment.  Correct.

10     Q.   Okay.  You also mentioned that you

11 observed I think drug dealing and shootings.

12 Is that correct?

13     A.   Correct.

14     Q.   Did you ever call the police when you

15 saw people dealing drugs?

16     A.   Yeah.  The office called the police.

17     Q.   Well, did you call the police?

18     A.   Well, the office already had called

19 the police.

20     Q.   Okay.  So the office had already

21 known and had alerted the police that there

22 were drug dealings going on?

23     A.   Right.

24     Q.   Okay.  What did you do?

25     A.   I tell the office.  I go tell the

1    office, and they call them.

2        Q.   Okay.  And these three shootings, do

3    you remember when those occurred?

4        A.   No, I don't.  I don't -- I can't

5    remember.  But they had some shootings back

6    there I seen.  Yeah.

7        Q.   Okay.  And that was when you were

8    living at Laguna Run?

9        A.   Yes.

10       Q.   Okay.  Did you, personally, observe

11   those shootings, or did you just hear about

12   them?

13       A.   I'm looking at them.  I seen them.

14   Yeah.

15       Q.   Okay.  Did you call the police?

16       A.   Yes, I did.

17       Q.   Were you involved in the

18   investigations?  Did you give a statement of

19   any sorts to police?

20       A.   Huh-uh (negatively).

21       Q.   No?

22       A.   No.

23       Q.   Okay.  Is there any reason why not?

24       A.   Not I know.  No.

25       Q.   Okay.  Are you making a claim in this

1  lawsuit, sir?

2      A.   Is I making a claim in it?

3      Q.   Are you making a claim?  Yes, sir.

4      A.   Yes.  Now I am.  Yeah.

5      Q.   Were you making a claim prior to

6  beginning this deposition?

7      A.   Yes.

8      Q.   Okay.  Does Ms. Bagneris represent

9  you?

10     A.   Yes.

11     Q.   Okay.  Are you reviewing any notes

12 while you're testifying right now?

13     A.   No.

14     Q.   Did you review any notes before you

15 testified?

16     A.   No.

17     Q.   Okay.  And I don't want to know about

18 anything that you spoke with Ms. Bagneris,

19 since you've retained her, but --

20          MR. BERGERON:

21              I think that's all I have

22          right now.

23              Mr. Luvine, I appreciate your

24          time, sir.

25          THE WITNESS:

```
 1            Yeah.  Same to you.
 2          MS. GAILMOR:
 3              I just have a couple of
 4          questions for you, Mr. Luvine.
 5                  EXAMINATION
 6  By MS. GAILMOR:
 7      Q.   My name is Cassie Gailmor, and
 8  I represent Eastlake Development, KFK
 9  Development, and KFK Group, the prior owners
10  of the subject apartment complex that was once
11  known as Hidden Lakes and then Laguna Run.  Is
12  that correct?
13      A.   Correct.
14      Q.   So those are the same building or
15  complex, but it changed names.  Am I right
16  about that?
17      A.   It changed names.  It was Hidden
18  Lake, Laguna Run.
19      Q.   When did Hidden Lakes change names to
20  Laguna Run?
21      A.   When Dasmen took over the company.
22      Q.   Was that in December 2017?
23      A.   I'm not sure.  Yeah, 2017, I believe.
24      Q.   Okay.  And then Laguna Reserve is a
25  different property from Laguna Run.  Correct?
```

1    A.   It's a different property.

2    Q.   Got it.

3    A.   And a different location.

4    Q.   Okay.  I want to go back to some of

5  your earlier testimony about when you worked

6  for Latter & Blum, and I want to know about

7  the condition of the property before the sale

8  in December 2017.

9    A.   The condition of the property?

10   Q.   Yeah.  What was it like?

11   A.   It was -- I mean, it wasn't brand

12  new, but it was pretty well kept -- kept

13  together.  Yeah.

14   Q.   Okay.  In an apartment complex, you

15  would expect to see some regular maintenance

16  issues arise.  Correct?

17   A.   Right.

18   Q.   Were there more than the average or

19  more than the customary number of maintenance

20  issues at the Hidden Lakes property before the

21  sale?

22   A.   No.  The work orders was way down on,

23  like, 85 work orders.

24   Q.   Eighty-five in a year or a day?

25   A.   That be a year.  Something like that.

1  Yeah.  Not a day.

2       Q.    That would be a lot?

3       A.    Yeah.

4       Q.    So is 85 work orders a year pretty

5  standard for a property of the size of Hidden

6  Lakes?

7       A.    That's pretty good.

8       Q.    Were there any mold issues at the

9  Hidden Lakes property before the sale in 2017?

10      A.    No.

11      Q.    Were there any out-of-the-ordinary

12 plumbing issues at the Hidden Lakes property

13 before the sale in 2017?

14      A.    No.

15      Q.    Were there any issues with feces or

16 urine running down the walls in the apartments

17 or in common areas in the Hidden Lakes

18 property prior to the sale in 2017?

19      A.    No.

20      Q.    Were there any issues with security

21 or safety at the Hidden Lakes property prior

22 to the sale in 2017?

23      A.    No.

24      Q.    Were there any out-of-the-ordinary

25 HVAC or AC issues at the Hidden Lakes --

1 Hidden Lakes property prior to the sale in

2 2017?

3     A.   No.

4     Q.   Did you ever live at the Hidden Lakes

5 property prior to the sale in 2017?

6     A.   Yeah.  I was there when the sale went

7 down.

8     Q.   Got it.

9     Which unit did you live in prior to

10 the sale?

11     A.   O-110.

12     Q.   All right.  And how would you

13 describe your Unit, O-110, before the sale in

14 2017?

15     A.   Perfect.

16     Q.   Did you make acquaintances or friends

17 with your neighbors while you were living at

18 O-110 before the sale?

19     A.   Not really.  I didn't --

20     Q.   Did you ever --

21     A.   -- fool with people.

22     Q.   Okay.  Did you ever have situations

23 where people would approach you in the hallway

24 or the common areas because they knew you

25 worked at the property to tell you about

1  maintenance issues prior to the sale?

2  　　A.　Yeah.　Like they AC not working or

3  something.　But I tell them you got to go to

4  the office.

5  　　Q.　Okay.

6  　　A.　For them to go to the office.

7  　　Q.　And the times when people would do

8  that, were those pretty standard maintenance

9  requests?

10  　　A.　Yes.

11  　　Q.　Okay.　And can we agree that a

12  standard maintenance request might be

13  something like an AC not working or a leaking

14  toilet or maybe a stove burner not working?

15  Those are all pretty standard.　Right?

16  　　A.　Right.　Correct.

17  　　Q.　Okay.　And then things that would be

18  not standard for an apartment in a -- in a

19  space where people are living would be mold or

20  urine or feces running down the walls or a

21  roach infestation.　Those things are

22  non-liveable.　Correct?

23  　　A.　Correct.

24  　　Q.　Okay.　And prior to the sale in 2017,

25  all of the maintenance issues in your

```
1    experience were standard.  Correct?
2        A.   Kind of.  Correct.
3        Q.   Okay.
4        MS. GAILMOR:
5             And those are all the
6        questions I have.  Thank you,
7        Mr. Luvine.
8        THE WITNESS:
9             You're welcome.
10       MR. BELL:
11            Yeah.  I -- I have no -- no
12       questions for this -- this witness.
13       This Troy Bell for Latter & Blum.
14       MR. LAHAYE:
15            I have no questions as well.
16       MS. BAGNERIS:
17            Okay.  I have some follow-up
18       questions very quickly, Mr. Luvine.
19       THE WITNESS:
20            Yeah.
21            FURTHER EXAMINATION
22   By MS. BAGNERIS:
23       Q.   So you testified that while Latter &
24   Blum was the management company, that you,
25   personally, observed about 85 work orders per
```

1  year.  Correct?

2      A.    About 85.  Yeah.

3      Q.    Okay.  How many work orders per year

4  did you, personally, observe when Dasmen took

5  over?

6      A.    They went up to 145 to 200.

7      Q.    Per year?

8      A.    Yeah.

9      Q.    Okay.

10         MS. BAGNERIS:

11              I think that's all I have.

12         Thank you very much.  I appreciate

13         that.

14         MR. BERGERON:

15              I have one followup.

16         MS. BAGNERIS:

17              Okay.

18              FURTHER EXAMINATION

19  By MR. BERGERON:

20      Q.    Mr. Luvine, how many apartment units

21  during the time that you worked at Laguna Run

22  are located at Laguna Run?

23      A.    How many apartments there?

24      Q.    Yes, sir.

25      A.    I don't know.  500 and something, I

```
 1   believe.
 2          MR. BERGERON:
 3              Okay.  I have nothing further.
 4          THE WITNESS:
 5              Yeah.
 6          MS. BAGNERIS:
 7              Just one quick follow-up
 8          question.
 9              FURTHER EXAMINATION
10   By MS. BAGNERIS:
11       Q.   I didn't ask you, but is 145 or 200
12    work orders per year, is that normal?
13          MR. BERGERON:
14              Object to the form.
15          THE WITNESS:
16              That's not normal.
17   By MS. BAGNERIS:
18       Q.   Would you consider that an exorbitant
19    amount of work orders?
20       A.   Out of control.  Yeah.
21       Q.   Out of control.  Okay.
22          MS. BAGNERIS:
23              Thank you very much.
24              I have nothing further.
25          THE WITNESS:
```

1          All right.

2     MS. BAGNERIS:

3          You're free to go.  Thank you

4     so much.

5     THE VIDEOGRAPHER:

6          This concludes this

7     deposition.  We're now going off

8     the record.  It is 2:07 p.m.

9     (The deposition concluded at 2:07 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## REPORTER'S CERTIFICATE

1

2      This certification is valid only for a
transcript accompanied by my original
3   signature and original required seal on this
page.

4

5      I, MARLANE GAILLE, Certified Court
Reporter in and for the State of Louisiana, as
the officer before whom this testimony was
6   taken, do hereby certify that SHELTON LUVINE,
after having been duly sworn by me upon
7   authority of R.S.37:2554, did testify as
hereinbefore set forth in the foregoing 61
8   pages; that this testimony was reported by me
in the stenotype reporting method, was
9   prepared and transcribed by me or under my
personal direction and supervision, and is a
10  true and correct transcript to the best of my
ability and understanding; that the transcript
11  has been prepared in compliance with
transcript format guidelines required by
12  statute or by rules of the board, and that I
am informed about the complete arrangement,
13  financial or otherwise, with the person or
entity making arrangements for deposition
14  services; that I have acted in compliance with
the prohibition on contractual relationships,
15  as defined by Louisiana Code of Civil
Procedure Article 1434 and in rules and
16  advisory opinions of the board; that I have no
actual knowledge of any prohibited employment
17  or contractual relationship, direct or
indirect, between a court reporting firm and
18  any party litigant in this matter nor is there
any such relationship between myself and a
19  party litigant in this matter.  I am not
related to counsel or to the parties herein,
20  nor am I otherwise interested in the outcome
of this matter.

21

22

23

24   _____
     MARLANE A. GAILLE, CCR-RPR
25   CERTIFIED COURT REPORTER #21005

<pre>
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

    JOSHUA AKEEM, ET AL        * CIVIL ACTION NO.
 4                             * 2:19-CV-13650-
                               * BWA-DMD
 5  VERSUS                     * AND CONSOLIDATED
                               * CASES
 6                             *
    DASMEN RESIDENTIAL,        * JUDGE BARRY W.
 7  LLC, ET AL                 * ASHE
                               *
 8                             * MAGISTRATE JUDGE
                               * DANA DOUGLAS
 9                             *
    * * * * * * * * * * * * * * * * * * * * * * * * *
10

11

12          Deposition of RONALD LEON EDWARDS, SR.,
    7722 Henley St., New Orleans, Louisiana
13  70126, taken via Zoom videoconference and
    videography on Monday, the 10th day of
14  August, 2020 at 1:19 p.m.

15

16  APPEARANCES:

17

18          THE BAGNERIS FIRM, LLC
            (By: Suzette P. Bagneris, Esquire)
19          2714 Canal St., Suite 403
            New Orleans, Louisiana 70119
20          (504) 810-3995
            sbagneris@bagnerislawfirm.com
                Attorney for Plaintiffs
21

22          JARRETT LAW GROUP
            (By: Devonn Jarrett, Esquire)
23          643 Magazine St., #301A
            New Orleans, Louisiana 70130
24          (504) 491-6806
            djarrett@jarrettlawgroup.com
25              Attorney for Plaintiffs
</pre>

1    APPEARANCES (continued):

2

3         GIEGER, LABORDE & LAPEROUSE, LLC
         (By: Emily E. Egan, Esquire)
4         One Shell Square
         701 Poydras St.
5         Suite 4800
         New Orleans, Louisiana 70139-4800
6         (504) 561-0400
         eegan@glllaw.com
7             Attorneys for Defendants,
             Dasmen Residential Management, LLC
8             and Copper Creek, LLC

9

10        DEUTSCH KERRIGAN, LLP
         (By: Cassie Preston Gailmor, Esquire)
11        755 Magazine St.
         New Orleans, Louisiana 70130
12        (504) 581-5141
         cassie@deutschkerrigan.com
13            Attorneys for Defendants,
             Eastlake Development, LLC,
14            KFK Development, LLC, KFK Group,
             Inc.
15

16

         IRWIN, FRITCHIE, URQUHART & MOORE, LLC
17        (By: Troy L. Bell, Esquire)
         Suite 2700
18        New Orleans, Louisiana 70130
         (504) 310-2100
19        tbell@irwinllc.com
             Attorneys for Defendant,
20            Latter & Blum Property Management,
             Inc.
21

22

23

24

25

1    APPEARANCES (continued):

2

3          Gilley Delorimier
            Certified Legal Video Specialist
4          Depo-Vue, Inc.
            (504) 828-8856
5          depovueinc@gmail.com

6

7

8

9

10   REPORTED BY:

11         MARGARET MCKENZIE, CCR, RPR, CMR, CRR
            Certified Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

I N D E X

3

EXAMINATION BY:

4

Ms. Bagneris........................ 9

5
                                    187

6

Ms. Eagan..........................169

7

Ms. Gailmor.......................178

8

9

EXHIBITS:

10
  1.................................. 28
  2.................................. 29
11
  3.................................. 30
  4.................................. 30
12
  5.................................. 31
  6.................................. 52
13
  7.................................. 55
  8.................................. 56
14
  9.................................. 57
 10.................................. 58
15
 11.................................. 58
 12.................................. 59
16
 13.................................. 59
 14.................................. 60
17
 15.................................. 65
 16.................................. 69
18
 17.................................. 70
 18.................................. 71
19
 19.................................. 71
 20.................................. 71
20
 23.................................. 78
 24.................................. 80
21
 25.................................. 80
 26.................................. 82
22
 27.................................. 83
 28.................................. 84
23
 29.................................. 86
 30.................................. 88
24
 31.................................. 88
 32.................................. 91
25
 33.................................. 92

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

<u>EXHIBITS</u> (continued):

35............................................ 95
36............................................ 95
40............................................109
41............................................112
42............................................113
43............................................116
44............................................119
46............................................122
47............................................122
48............................................127
49............................................132
50............................................142
51............................................155
52............................................156
53............................................157
54............................................158
55............................................158
57............................................189

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

1　　　　　　　VIDEOGRAPHER:

2　　　　　　　　　We are now on the record.  This

3　　　　　　is the videotape Zoom deposition of

4　　　　　　Ronald Edwards.  Today's date is

5　　　　　　August the 10th, 2020.  The time is

6　　　　　　approximately 1:19 p.m.

7　　　　　　　　　Would counsel present please

8　　　　　　introduce themselves.

9　　　　　　MS. BAGNERIS:

10　　　　　　　　Suzette Bagneris on behalf of

11　　　　　　the plaintiffs.

12　　　　　　MR. JARRETT:

13　　　　　　　　DeVonn Jarrett on behalf of the

14　　　　　　plaintiffs.

15　　　　　　MS. EAGAN:

16　　　　　　　　Emily Eagan on behalf of RH

17　　　　　　entities and Dasmen.

18　　　　　　MR. BELL:

19　　　　　　　　Troy Bell on behalf of Latter &

20　　　　　　Blum, defendants.

21　　　　　　MS. GAILMOR:

22　　　　　　　　Cassie Gailmor on behalf of

23　　　　　　defendants, Eastlake Development,

24　　　　　　KFK Development and KFK Group.

25　　　　　　VIDEOGRAPHER:

```
1              Margaret.
2         COURT REPORTER:
3              At this time, I will ask
4         counsel, you have already
5         identified yourselves, so I would
6         just ask you that you would agree
7         on the record that there is no
8         objection to this court reporter
9         administering a binding oath to the
10        witness via Zoom videoconference.
11             Please state your agreement on
12        the record starting with the
13        noticing attorney.
14        MS. BAGNERIS:
15             I agree.
16        MS. EAGAN:
17             I agree.
18        MR. JARRETT:
19             I agree.
20        MS. GAILMOR:
21             I agree.
22        MR. BELL:
23             I agree.
24        COURT REPORTER:
25             Thank you very much.
```

```
 1              In order to confirm the
 2         identity of the witness, I would
 3         ask that the witness please state
 4         his full name and address for the
 5         record.
 6    THE WITNESS:
 7              My name is Ronald Leon Edwards,
 8         Sr.  My address is 7722 Henley
 9         Street, New Orleans, Louisiana,
10         70126.
11    COURT REPORTER:
12              Could you repeat the street,
13         sir?
14    THE WITNESS:
15              Henley.  H-E-N-L-E-Y.
16    COURT REPORTER:
17              And what is your zip code?
18    THE WITNESS:
19              70126.
20    COURT REPORTER:
21              Thank you, Mr. Edwards.
22              All right.  And then would you
23         raise your right hand, please.
24         **RONALD LEON EDWARDS**,
25    7722 Henley Street, New Orleans, Louisiana
```

70126, after having been first duly sworn by
the above-mentioned court reporter, did
testify as follows:

EXAMINATION BY MS. BAGNERIS:

Q. Good afternoon, Mr. Edwards. My
name is Suzette Bagneris. And I'm one of the
attorneys who represents the plaintiffs who
are residents and maintenance workers of
Laguna -- of the Laguna Run, Laguna Reserve,
Carmel Brook apartment complexes in
connection with the case that's pending in
federal court claiming general negligence on
the part of the defendants.

I have scheduled your deposition
today because I understand that you are a
former maintenance worker at Laguna Run and
some of the other apartment complexes at
issue and I've scheduled your deposition to
find out a little bit more about the
maintenance issues at those apartment
complexes.

If at any time during this
deposition you don't understand a question
that I've asked you, I'm going to ask that
you please let me know so I can attempt to

1    rephrase the question to ensure that you
2    understand it before you provide an answer.
3              Also, because we're on this Zoom
4    platform, it is very important that you and I
5    not speak over one another.  So I'm going to
6    ask that you give me an opportunity to fully
7    state my question and then I'm going to give
8    you an opportunity to fully state your
9    response.
10        A.    Okay.
11        Q.    If at any time any of the defendant
12   lawyers object, I need you to give them an
13   opportunity to fully state their objection on
14   the record and then we'll move on from there.
15             If you need a break, please let us
16   know and we'll be happy to accommodate your
17   break.  And that also goes for all counsel.
18   If anyone needs a break, please let us know
19   and we'll accommodate your request.
20             So, Mr. Edwards, is it an accurate
21   statement that you received a federal court
22   subpoena to attend this deposition today?
23        A.    Yes, it is.
24        Q.    And would you please state your
25   full name for the record again.

1     A.    Ronald D. Leon Edwards, Senior.

2     Q.    And what is your address?

3     A.    7722 Henley, H-E-N-L-E-Y, Street,

4 New Orleans, Louisiana, 70126.

5     Q.    How long have you resided on Henley

6 Street?

7     A.    About two and a half years.

8     Q.    Do you have any plans to move from

9 Henley Street in the next two years?

10     A.    Yes.  I'm getting ready -- I am

11 going to be buying a house within the next

12 year or so.

13     Q.    So, Mr. Edwards, I would ask if you

14 do move, would you please contact my office

15 and let us know your new address so that we

16 might be able to stay in touch with you?

17     A.    Yes, ma'am.

18     Q.    Okay.  Mr. Edwards, what is your

19 date of birth?

20     A.    February the 17th, 1965.

21     Q.    Would you please describe your

22 educational background to us.

23     A.    Okay.  I finished high school.  I

24 have -- I had three years of college and I

25 had vocational training also.

1     Q.    Where did you attend college,

2 Mr. Edwards?

3     A.    Southern University in New Orleans.

4     Q.    And what were you studying there?

5     A.    At that time I was going to school

6 for real estate.

7     Q.    Okay.  Now, tell me, you said that

8 you have a vocational certification.  What is

9 it in?

10     A.    Air conditioning and heating.

11     Q.    And how long have you held that

12 certification?

13     A.    Oh, it was about 25, close to 30

14 years now.

15     Q.    Have you ever been certified in

16 mold abatement?

17     A.    Never.

18     Q.    Can you briefly describe for us

19 your employment background leading up to your

20 job at the apartment complex we'll refer to

21 as Hidden Lake or Laguna Run?

22     A.    Well, I've been -- my employment

23 background, as far as maintenance is

24 concerned, I'm also a licensed engineer by

25 the City of New Orleans, so I can operate any

1    building, hospital, hotel and any apartment
2    complex, any apartment complex.  And I was
3    the maintenance supervisor at Laguna Run.
4    And I was hired by Dasmen.
5        Q.    How long have you been working at
6    apartment complexes in particular?
7        A.    Over 20 years.
8        Q.    Okay.  And when did you first
9    become affiliated with Dasmen?
10       A.    In March of 2019.
11       Q.    What was your initial affiliation,
12   what was your initial job position with
13   Dasmen?
14       A.    I came on as a maintenance
15   supervisor at Laguna Run.
16       Q.    Tell me, in your own words, what
17   were your job duties and responsibilities as
18   a maintenance supervisor at Laguna Run?
19       A.    My job duties was to -- I had about
20   ten to 12 subordinates that I were to
21   supervise on a daily basis and I was also --
22   had to report to the property manager
23   anything that was going on in and around the
24   property as it relates to maintenance, but on
25   a daily basis, I don't think there was ever a

1    day that I went to work that I didn't deal
2    with a water issue, a leak issue.
3        Q.    Okay.  And we're going to
4    definitely get to that.  I just want to get
5    some background information from you first.
6    So can you, please, identify, as best you
7    can, the ten to 12 subordinates that you had
8    in the maintenance department at Laguna Run
9    by name?
10       A.    Okay.  Starting with Dwayne Chaney,
11   he was the assistant supervisor.  I had Henry
12   Douglas, Lovelace Jenkins, Roger Watson,
13   Ricky Watson, Calvin Johnson, Jamal
14   Duplessis, Antoine Johnson.  And we had a
15   couple of temps that was working at --
16   working also.  Torey Vonn was one of them.
17   Eddie Scales was there when I first came on,
18   they had a guy named Eddie Scales.  And from
19   time to time they would contract out
20   housekeepers and painters.
21       Q.    Okay.  You mentioned that you
22   reported to the property manager.  What is
23   the name of the person to whom you reported
24   at Laguna Run?
25       A.    Daphne Walker.

1     Q.    What was Daphne Walker's job

2  position?

3     A.    Property manager.

4     Q.    Were there any other individuals

5  that also held the job title of property

6  manager at Laguna Run?

7     A.    No.  They had an assistant manager,

8  Crystal Agnew.  Crystal Agnew.  A-G -- A --

9  A-G-N-E-W.

10     Q.    Was Daphne Walker physically

11  present on-site at Laguna Run?  Is that where

12  her office was maintained?

13     A.    Yes.  Yes, she was.

14     Q.    Was Crystal Agnew physically

15  maintained on-site?

16     A.    Yes, she was.

17     Q.    Were there any employees of Dasmen

18  who were not on-site at Laguna Run to whom

19  you directly reported?

20     A.    Yes.  Brett Richmond.  He was my

21  immediate supervisor because he was the

22  regional maintenance supervisor.

23     Q.    And when you say the regional

24  maintenance supervisor for Dasmen, what was

25  the region?  Do you know what states made up

1    the region?

2       A.   Well, from my understanding, the

3    region just was -- just covered the seven

4    properties in New Orleans.

5       Q.   Okay.  So, to your understanding,

6    Dasmen owns -- I'm sorry -- Dasmen was the

7    property manager of seven other properties in

8    the greater New Orleans area?

9       A.   Yes, ma'am, it was.

10       Q.   And Brett Richmond was the regional

11    supervisor over those seven properties to

12    your knowledge?

13       A.   Yes, ma'am.

14       Q.   Where was his office physically

15    located?

16       A.   He didn't -- he didn't physically

17    have an office.  He -- he moved around from

18    property to property.  And sometimes he would

19    just sit at -- at a desk or at a table at any

20    one of the properties.

21       Q.   Okay.  What were the days of the

22    week that you worked from the time that you

23    became employed as the maintenance supervisor

24    at Laguna Run?

25       A.   Well, my -- physically my hours

were from 8 a.m. to 5 p.m., but more often I
always went in early and stayed late because
I was checking work and getting work orders
ready for the next day and checking guys'
work and dealing with other issues.

    Q.    So those were your hours -- what
days of the week did you work?

    A.    Monday through Friday.  I'm sorry.

    Q.    Monday through Friday?

    A.    Yeah.

    Q.    So you all did not work on the
weekend at Laguna Run?

    A.    No.  Dasmen did not allow that.

    Q.    Do you know why Dasmen did not
allow it?

    A.    Dasmen didn't allow -- it -- it
was -- it was because of their religion that
they didn't work on Saturdays.  And I had
spoke with one of the super -- one of the
people in the office about that and he said
under no circumstances were we going to work
on a Saturday.  And he asked me could I
actually work on a Sunday.  And I told him
under no circumstances are we going to work
on a Sunday.  If you can't respect our

1     religion, then we can't respect yours.  I

2     mean, this is not a church, this is a

3     business.

4         Q.    So tell me, why did you feel a need

5     to work on a Saturday?

6         A.    Well, because we had so many --

7     we -- when I got to Laguna Run, there was --

8     there was over 500 work orders pending.  And

9     work orders were steadily coming in every

10     day.  Constant leaks, constant AC issues,

11     constant electrical issues.  And it just

12     couldn't get done in an eight-hour period.

13         So what I suggested to him was --

14     was to allow us to work on a -- come in on a

15     Saturday and work on a Saturday.  And we were

16     just going to tackle just work orders, just

17     work orders.  I was going to issue each guy

18     ten, 12 work orders and we were going to do

19     that for a couple Saturdays until we got it

20     down.

21         And I also asked him to have the

22     other -- other guys from other properties, if

23     they wanted to work also, to let them come

24     over and I was going to give everybody work

25     orders.  And if everybody can do ten --

1   because most of the work orders were done,

2   they just weren't taken out of the system.

3   And we were going to -- we were going to go

4   and physically check all of those work orders

5   and make sure they're done, they was done,

6   and they were completed and get them out of

7   the system and lower the -- lower -- lower

8   the number of work orders, but, I mean, he

9   just -- he just didn't allow it.

10      Q.　　Now, when you say in the system,

11   tell me what you are referring to.

12      A.　　In the work orders -- in the system

13   for Dasmen, Dasmen had a work order system.

14   And, I mean, it was just astronomical.

15      Q.　　Was it computerized?  Was it a

16   computer-generated work order?

17      A.　　Computerized.  Yes, ma'am.

18      Q.　　So tell me about the process by

19   which you would become aware of a work order

20   as a maintenance supervisor?

21      A.　　Well, sometimes when they come in,

22   if it was -- if it was an important work

23   order, an emergency, I would say, someone

24   would contact me from the office.  And

25   whatever we are doing, you have to stop and

```
 1    go take care of that and get back on
 2    whatever -- whatever you was on, which led to
 3    overtime a lot.
 4              And sometimes I had one of the
 5    receptionists to just pull up the list of
 6    work orders.  And I would go through them and
 7    try to get some major work orders out of
 8    there.  And I even tried to go building by
 9    building to try to get the number down.  I
10    mean, it's -- it's -- I mean, they just, I
11    mean, just didn't work with me.
12         Q.    Were -- would you receive the work
13    orders in a printed form?
14         A.    Yes, ma'am.
15         Q.    In a printed version?
16         A.    Yes.
17         Q.    So someone in the -- in the leasing
18    office would --
19         A.    Yes.
20         Q.    -- print those work orders out for
21    you?
22         A.    Yes, they would.
23         Q.    Now, you were able to work from a
24    printed-out list of work orders?
25         A.    Yes, ma'am.
```

1    Q.    How would you assign work orders to

2    the ten to 12 subordinates that you had

3    working for you?

4    A.    I would assign them based on --

5    based on their strengths.  Like if one guy

6    was good in plumbing, I would give him a

7    bunch of plumbing work orders.  Another guy,

8    if he was good at Sheetrock, I would give him

9    a bunch of Sheetrock work orders because it

10   make no sense to give a Sheetrock guy

11   plumbing, the plumbing guy electrical stuff.

12   I mean, you just -- I mean, you are not doing

13   anything like that.  So, you know, whatever

14   you're good at and whatever your strengths

15   were, you know, it was -- it was easier and

16   more efficient to give you what you're strong

17   at so -- so we can get that taken care of.

18   Q.    And you were the person charged

19   with the responsibility of assigning the work

20   to your subordinates?

21   A.    Yes, ma'am, I was.

22   Q.    Okay.  Based upon your personal

23   knowledge as a former maintenance supervisor

24   at Laguna Run, was there a document that

25   included policies and procedures for you to

1  follow in performing maintenance work at
2  Laguna Run?
3      A.    To my knowledge, I never -- I
4  never -- I don't think I -- I don't think I
5  got one at -- at first, but after -- there
6  was one time Daphne and I had an incident,
7  and I can't -- you know, I can't recall the
8  guy's name who was the -- whatever his name
9  was.  I think his name was Jake.  He -- he
10  came down and he had a meeting with me and
11  Daphne.  And at that time he gave me a copy
12  of my job description and then he gave
13  Dasmen -- I mean, Daphne a copy of her job
14  description, but at first I don't recall
15  getting it.
16      Q.    So when you were initially hired in
17  March of 2019, you do not recall receiving a
18  written job description?
19      A.    Not -- not to my knowledge.  I had
20  some paperwork and -- I had some paperwork.
21  Everything was on the phone.  And I had to go
22  through my phone and do so.  I'm not exactly
23  sure.  It could have been there and it could
24  have not been there, but I just don't recall.
25  I just don't recall.

1    Q.    Do you ever recall giving a job
2    description to the ten to 12 subordinates
3    that worked for you?
4    A.    No.  No.  I know I didn't do that.
5    Q.    And when did this situation with
6    Daphne arise that caused you to get a copy of
7    your job description?
8    A.    It was in -- I think it was -- it
9    was one day when -- one payday, and I was --
10   I was at fault because I thought that she had
11   finagled with -- with everyone's bonus
12   because, you know, you had two paydays a
13   month, and -- the 5th and the 20th.  And on
14   the 20th you got -- that 20th paycheck was a
15   bonus paycheck.  And it looked like -- it
16   looked like everybody that she had an issue
17   with bonuses messed up and the people that
18   she didn't have an issue with bonus were
19   okay.
20          But, you know, as I -- and that's
21   what made the -- the guy come down from the
22   main office, but as it turned out, there just
23   was a glitch in the system.  And it wasn't
24   her fault and I apologized to her for that.
25   And after that everything was okay.

1    Q.   I appreciate that explanation, but

2  could you tell me about when you received the

3  job description?  How many months after your

4  hire?

5    A.   Oh, well after nine.

6    Q.   Well after nine?

7    A.   Well after -- well after 90 days.

8  I'm sorry.  Well after 90 days.

9    Q.   All right.  Thank you.  Did you

10  receive a policy manual from Laguna Run or

11  from Dasmen that outlined safety procedures

12  for you to follow in terms of abating mold?

13    A.   Not at all.  Not at all.  No.

14    Q.   Were you provided any kind of

15  training specific to mold abatement?

16    A.   No, I wasn't.

17    Q.   Were you provided with any type of

18  documentation with regard to what kind of

19  protective gear you should wear in order to

20  abate mold?

21    A.   No.

22    Q.   Okay.  We'll get into more of that

23  later.  Based upon your personal knowledge as

24  a former maintenance supervisor at Laguna

25  Run, who was the owner of the apartment

1  complex?

2      A.    To my knowledge, the owners was --

3  it was owned by Rhodium Enterprises.

4      Q.    And to your knowledge, Dasmen

5  performed what type of services for Rhodium?

6      A.    Property management duties.

7      Q.    Okay.  Based upon your personal

8  knowledge as a maintenance supervisor at

9  Laguna Run, would you agree that Rhodium was

10  in the business of renting apartments to

11  Louisiana residents?

12          MS. GAILMOR:

13              Object to form.

14  EXAMINATION BY MS. BAGNERIS:

15      Q.    You can answer.

16      A.    Yes, ma'am, I was.

17      Q.    Let's talk a little about the

18  physical characteristics of Laguna Run, if we

19  can.  Do you know approximately how many

20  apartment units there are at Laguna Run?

21      A.    I think there were 400 and --

22  either 428, 442, some -- somewhere in that

23  area.

24      Q.    Okay.  And --

25      A.    I know it was over 400.  And I'm

1   pretty sure it was less than 450.

2      Q.   Okay.  And do you know how many

3   buildings comprise Laguna Run?

4      A.   Let's see.  There are A, B -- give

5   me one second.  A, B, C, D, E, F, G, H, J, K,

6   L -- J, K, M, N, O, P, Q, R, S, T -- I think

7   there was 21.

8      Q.   And the buildings are labeled by

9   alphabet?

10      A.   Well, they don't have an I building

11   and they don't have an L building.

12      Q.   Okay.  So it's A through N, but

13   there's no I?

14      A.   No L.

15      Q.   And no L.  Okay.  That helps.

16      Now, based upon your personal

17   observations as a maintenance supervisor at

18   Laguna Run, what -- how many of those units

19   were typically vacant at one time?

20      A.   To my knowledge, we had over -- we

21   had over a hundred units vacant.

22      Q.   Okay.  So roughly speaking, based

23   on your personal observations, there were

24   about 300 units that were occupied at all

25   times when you served as a maintenance

1    supervisor?

2       A.   A little less than -- I would

3    say -- I would say a little less than 300

4    because there was -- like I said, there was

5    over -- it was over a hundred and some odd

6    units that were -- that were vacant because

7    when we ran out of material and -- you know,

8    I know I'm getting off the subject a little

9    bit, but even when -- when we couldn't,

10    because the bills wasn't paid and we couldn't

11    get any materials to keep the other tenants

12    going, then we have to go in another

13    apartment and take parts out of another

14    apartment to go put in one of the other

15    tenants' apartments to keep it operating.

16       Q.   We are going to come back to that

17    because that's very important.  I'm trying to

18    get a feel for how many units were occupied.

19    So it's -- it's based on your personal

20    knowledge, you said it is a little under 300.

21    Is it closer to 250 or closer to 300?

22       A.   I'd say about -- I'd say about

23    two -- 275 may have been occupied.

24       Q.   Okay.  Thank you very much.  Are

25    you familiar with the floor plans that are

1    available at Laguna Run?

2         A.    Yes.

3         Q.    Okay.  I'd like to show you some

4    documents, if I can.

5              Okay.  I'm having a little problem,

6    y'all.

7              Okay.  Can everyone see this?

8         A.    Yes.

9         Q.    So this is one of the floor plans,

10   as I understand it.  It appears to be a

11   two-bedroom unit.  Do you recognize this as

12   one of the layouts that was available at

13   Laguna Run?

14        A.    Yes.  This something similar to one

15   of the layouts, yes.

16        Q.    I'm going to mark this as Exhibit 1

17   to the deposition.

18        A.    Wait, wait.  There's a bedroom.

19   That's a bedroom.  That's the kitchen.

20             (Whereupon, the instrument referred

21             to was marked Plaintiffs Exhibit 1

22             for identification.)

23             THE WITNESS:

24                 Front door.  Okay.  Yes.  Okay.

25   EXAMINATION BY MS. BAGNERIS:

1    Q.   Okay.  I'm going to show you
2    another document.  I will ask you to take a
3    look at that.  Does that look like the
4    three-bedroom floor plan that was offered at
5    Laguna Run?
6    A.   That I'm not exactly sure.  That's
7    two bedrooms.  It could be.  I'm not exactly
8    sure with that one.
9    Q.   Okay.  What would you say is
10   different from this floor plan to what you
11   remember of a three-bedroom unit?
12   A.   Okay.  I'm looking -- this kitchen
13   area look kind of -- don't look the -- the
14   kitchen area don't look the same to me.
15   Q.   Okay.  All right.  So with the
16   exception of this kitchen area, is that
17   pretty much the layout though?
18   A.   Yes.  Those two -- yes.  With the
19   bedrooms, yes.
20   Q.   Okay.  I'm going to mark this as
21   Exhibit 2 to the deposition.
22           (Whereupon, the instrument referred
23           to was marked Plaintiffs Exhibit 2
24           for identification.)
25   EXAMINATION BY MS. BAGNERIS:

```
 1        Q.     This is another configuration of a
 2   three-bedroom unit.  Do you recognize this as
 3   more of the layout that you recall at Laguna
 4   Run?
 5        A.     Yes.   This -- this is more of the
 6   one that I -- yes.
 7        Q.     Okay.  I'm going to mark that as
 8   Exhibit 3 to the deposition.
 9               (Whereupon, the instrument referred
10               to was marked Plaintiffs Exhibit 3
11               for identification.)
12   EXAMINATION BY MS. BAGNERIS:
13        Q.     This one appears to be another
14   one-bedroom configuration.  Does this comport
15   with what you recall of the layout of a
16   one-bedroom?
17        A.     Yes.
18        Q.     Okay.  We'll mark that as Exhibit
19   4.
20               (Whereupon, the instrument referred
21               to was marked Plaintiffs Exhibit 4
22               for identification.)
23   EXAMINATION BY MS. BAGNERIS:
24        Q.     And finally, this is the last floor
25   plan I have.  This is another one-bedroom
```

1   configuration.  Does this look like something
2   you've seen based upon your personal
3   observations at Laguna Run?
4       A.    Okay.  The front door, the kitchen
5   right there.  That one -- well, that's
6   upstairs.  It got a balcony.
7       Q.    Does that look like an upstairs
8   one-bedroom unit?
9       A.    I don't recall them having -- yeah,
10  they did have one -- one upstairs bedroom
11  unit, but I don't recall that balcony unit
12  though.  I don't --
13      Q.    All right.  So with the exception
14  of the balcony, does this look like something
15  you've seen before in terms of layout at
16  Laguna Run?
17      A.    I have to say yes.
18      Q.    Okay.  I'm going to mark that as
19  Exhibit 5.
20              (Whereupon, the instrument referred
21              to was marked Plaintiffs Exhibit 5
22              for identification.)
23  EXAMINATION BY MS. BAGNERIS:
24      Q.    Now, you talked a little about the
25  maintenance orders, the work orders, that you

1  would receive.  Would -- would you get those
2  orders weekly, daily, monthly?  How
3  frequently would you receive work orders?
4      A.    Oh, almost -- almost -- they --
5  they were -- they were daily, but sometimes
6  it seemed like hourly.
7      Q.    Okay.  So you were getting them
8  with a lot of frequency.
9      A.    Yeah.  It was -- it was -- they
10 were very frequent, yes, ma'am.
11     Q.    And who was the person in the
12 office from which you received work orders
13 most likely?
14     A.    Well, almost any one of them, but
15 most of the time it was from Rayana Smart.
16     Q.    And what was Rayana Smart's job
17 position at Laguna Run?
18     A.    She was a leasing agent.
19     Q.    Were you familiar with all of the
20 leasing agents who worked in the Laguna Run
21 office while you were the maintenance
22 supervisor?
23     A.    Yes, ma'am, I was.
24     Q.    Can you, please, identify them by
25 name for me?

1     A.   Okay.  It was Rayana Smart, Ronnie

2    Serten.  They had another gentleman there

3    that worked there briefly, his name was

4    Darrian.  I don't know his last name.  And

5    they had another young lady who came after

6    Darrian, she was a -- she was a good friend

7    of Daphne.  I don't know her.  I forgot her

8    name because I didn't make contact not too

9    much.  And they had Daphne and Crystal.  That

10    was it.

11    Q.   Can you tell me the process by

12    which a tenant would submit a maintenance

13    request at Laguna Run while you were the

14    maintenance supervisor?

15    A.   Well, sometimes -- sometimes they

16    would do it online.  And it was -- if it was

17    after hours, they would call the after hour

18    phone, but if it was during the day, they

19    would come to the -- come into the office.

20    Q.   Were they required to only submit

21    maintenance requests online on the computer?

22    A.   Well, they was -- they were asked

23    to, but because they had been complaining so

24    long for the same thing, then a lot of them

25    just got a little aggravated and they came to

1  the office.

2     Q.    Okay.  So you personally observed

3  people come into the leasing office to submit

4  a maintenance request?

5     A.    Every morning.  Every morning

6  before the door opened, I mean, they had at

7  least two or three people standing at the

8  door waiting to come in there and just go

9  off.

10    Q.    Once a maintenance request was

11  completed by you or your staff, how was that

12  logged into the system as a completed work

13  order?

14    A.    Okay.  They had a work order system

15  on the -- on the phone.  And if they sent you

16  a work order on the phone, then you are to

17  complete it and close it out on the phone.

18  And then from there, it was -- it was up to

19  the people in the office to take it

20  completely -- completely out of the system.

21  We had no control over that as maintenance.

22    Q.    Were all of the maintenance staff

23  employees provided with a cell phone by

24  Dasmen?

25    A.    No.  You had to use your own cell

1    phone.

2        Q.    Okay.  But on your cell phone,

3    that's how you would track receipts of a work

4    order and completion of a work order?

5        A.    That's how you would receive a work

6    order.  And once you received the work

7    order -- I'll give you a situation.  Let's

8    say if a tenant came in and said that, okay,

9    her ceiling was leaking, okay.  If that work

10   order was not in the system, what would

11   happen is if she came in and said that her

12   ceiling was leaking and I was there, and

13   let's say I assigned Henry to go take care of

14   it, I would assign -- tell Henry to go take

15   care of it.  And I also would tell someone in

16   the office to send Henry that work order to

17   his phone.  So when he finished with that he

18   can -- or whatever his findings were, he can

19   notate that on that work order.

20       Q.    Okay.  Now, were these responses to

21   the work orders put in some sort of documents

22   that you have seen before?

23       A.    It was a -- like I said, it was --

24   when they respond, I mean, everything is --

25   it is in work order form on the phone and you

1   just type in whatever you did.  Or if they
2   wasn't home or didn't answer or if the job
3   already complete, whatever it was, you just
4   notated it in the phone.  And then once it is
5   complete, you press complete.  For you being
6   maintenance, once you hit complete, that's
7   the end of it.
8        Q.    Okay.  So on your end, you don't
9   know what happens to it once you submit it's
10  completed?
11       A.    Once it is complete, it should
12  have -- it should have went back to the
13  office.  And then at that point their office
14  should take it out of the system, but a lot
15  of times it wasn't.
16       Q.    Did you ever see a maintenance log
17  or document that was maintained by Dasmen?
18       A.    No, I didn't.
19       Q.    Okay.  What was the typical
20  response time or the usual response time to a
21  maintenance request at Laguna Run?
22       A.    Well, when I got there, my -- my
23  thing is and has always been to try to
24  address an emergency work order that day or
25  definitely the next -- the next day, but that

1    wasn't always the case.  But, I mean, like I

2    said in the very beginning, I mean, you had

3    so many work orders.  I mean, it's like you

4    just -- I mean, you know, sometimes you come

5    to work, you don't complete what you have for

6    today, so you come to work in the morning

7    with that on your plate and the new stuff

8    that you're going to get for tomorrow.

9         Q.    So what would be considered an

10   emergency work order?

11        A.    Emergency work orders would be

12   like, like, like water leaks, toilets with

13   toilet clogged up with one toilet, an AC

14   issue, things of that sort.

15        Q.    Okay.  And was it a policy of

16   Dasmen to put emergency work orders ahead of

17   other work orders?

18        A.    Well, that's -- that's a policy in

19   the maintenance -- in the maintenance field.

20        Q.    Okay.  So that's a routine policy

21   for maintenance workers in the industry?

22        A.    Oh, just to address emergency work

23   orders, yes, ma'am.

24        Q.    Okay.  Did you ever complain to

25   your supervisor, I believe you said his name

```
1    was Brett --
2         A.    Brett.
3         Q.    Did you ever complain to Brett that
4    you were understaffed?
5         A.    Yes.  Yes.  I mean, Laguna Run is
6    the only, is one of the few properties by
7    Rhodium that more than, more than 50 percent,
8    I would say almost 65 to 70 percent Section
9    8.  And all Section 8 people ain't bad, but
10   when you have an almost predominantly Section
11   8 property, then you need -- you need a lot
12   of people there to keep that property, to
13   keep that property going.  It wasn't like --
14   I mean, some properties we were hearing that,
15   hey, man, they got five work orders, some of
16   them had like ten work orders.  I mean, we
17   would have killed to have ten work orders or
18   five work orders.  But, I mean, you needed a
19   lot of personnel over there on a daily basis
20   to keep it going.
21        Q.    And in your opinion as the
22   maintenance supervisor, you did not have
23   enough staff to meet the demand of the
24   maintenance department?
25        A.    No.  I mean, because they just --
```

1   they had enough work there for someone to
2   just do Sheetrock all day.  If that's -- if
3   that's your field, I had enough work to keep
4   someone busy just doing Sheetrock all day.  I
5   had enough work to keep someone busy doing
6   plumbing all day long.  I had enough work to
7   keep two AC guys -- you know, I had two AC
8   guys, and they still couldn't keep up.
9       Q.    Okay.  How many work orders in an
10  average week did you receive?
11      A.    I had work orders also -- I tried
12  to do -- I know myself, I did about, on
13  average, I would try to do at least, at least
14  eight to ten per day.  And that was
15  providing, you know, that was -- I was also
16  supervising, too.  I was also taking time out
17  to go assist other personnel with other
18  things that they had issues with that they
19  didn't have enough, you know, experience to
20  deal with.
21      Q.    Okay.  So you personally were able
22  to address about eight to ten work orders a
23  day while you served as the maintenance
24  supervisor, correct?
25      A.    Yes, ma'am.

1     Q.    How many would the maintenance

2  department though, work orders receive in a

3  month?

4     A.    Say again.

5     Q.    In a month, how many work orders

6  did the maintenance department receive?

7     A.    Oh, I mean, it just -- it just kept

8  coming.  They just -- and I tried to keep the

9  guys -- I tried to get the guys to do, to do

10  at least ten work orders a day also, but

11  sometimes it wasn't always that easy.  It

12  wasn't always that easy because when you get

13  to this one work order, you might run into a

14  problem where you're going to be there for

15  maybe two or three hours.  And you don't have

16  the part.  So now you got to go back to the

17  office, get some keys to some vacant

18  apartments, go to a couple of vacant

19  apartments and find the exact part that you

20  need because they had about three different,

21  like the tub handles, they had like three or

22  four different variations of those.  So you

23  had to go to a couple of vacant apartments to

24  find the exact part you need to take care of

25  that.  So that takes time.

1     Q.   Okay.  So let's get into this.  So

2  you said that you had ten to 12 workers in

3  the maintenance department, correct?

4  Correct?

5     A.   Yes, ma'am.

6     Q.   And then you were giving each one

7  of them eight to 10 work assignments a day,

8  correct?

9     A.   They had them on their phone, yes,

10  ma'am.

11     Q.   So in a day you had about 120 work

12  orders by that count, correct?

13     A.   Yes, ma'am.

14     Q.   Every day?

15     A.   Every day.

16     Q.   Okay.

17     A.   Plus whatever came -- plus whatever

18  came up that day.

19     Q.   As an emergency.  Now, you had --

20  you said a few times that you all had to go

21  to vacant units because you ran out of

22  material.  Can you explain that to me in a

23  little bit more detail?

24     A.   Well, Dasmen -- Dasmen had a

25  serious issue with paying vendors.  One

1  particular morning I walked into Ace Hardware
2  because we had a -- Ace was one of our
3  vendors and it was close, so I was able to go
4  there and get what I need.  Or sometime if I
5  was too busy to go there, then I would send
6  one of the -- whatever employee needed,
7  whichever one of the employees that needed
8  the part, I would tell them, hey, man, just
9  go to Ace and I would call them and let them
10  know that Suzette is on her way to Ace to
11  pick up a part.  Okay.
12          Now, one particular morning I
13  walked in there and they couldn't sell us
14  anything because I was told of that we --
15  Dasmen had owed them $50,000 and we couldn't
16  get anything.
17      Q.    Which Ace Hardware location you
18  were dealing with?
19      A.    Ace on Downman.  It was on Downman
20  Road.
21      Q.    I'm familiar with that one.  Were
22  there any other vendors that --
23      A.    Yes, ma'am.
24      Q.    -- supplied --
25      A.    HD Supply.  Dr. -- HD Supply.

```
 1    One -- one day I had a -- it was after hours
 2    and I had a serious emergency and, a plumbing
 3    issue, and I had called for Dr. Pipe to come
 4    out.  And the lady told me they were on their
 5    way.  And I thought they should have -- had
 6    should have been there within 30 minutes.
 7    And I called back and she said, well, we
 8    can't come out because they haven't satisfied
 9    the bill yet, so -- and, I mean, we just --
10    we just couldn't get nothing done because
11    they -- they just didn't pay bills.
12         Q.    So that's Dr. Pipe.  And you
13    mentioned HD Supply?
14         A.    HD Supply, yes, ma'am.
15         Q.    HD?
16         A.    HD Supply.
17         Q.    Where is HD Supply located?
18         A.    I think they're in Metairie, I
19    think.
20         Q.    And Dr. Pipe, do you know where
21    Dr. Pipe is located?
22         A.    I think they're also located in
23    Metairie.
24         Q.    Were there any other vendors that
25    expressed concerns to you about doing work
```

1   there because they were not getting paid?

2   A.   I know one guy, one guy had put, a

3   private contractor, he had put up a gate, and

4   they didn't pay him for putting up the gate,

5   so he came back over to the property and took

6   the gate down.  And then at that time Daphne,

7   I think, notified corporate office and

8   corporate office had got pissed, but the guy

9   was pissed, so corporate office asked him to

10  put the gate back, and he told them he wasn't

11  putting the gate back until they paid him his

12  money for putting the first gate up and then

13  they going to pay him again for putting that

14  gate up.  And when they paid him -- paid him,

15  that's when he put the gate up.

16  Q.   Okay.  So you all had a vendor

17  issue where you were having trouble getting

18  supplies.  So is that what made you start

19  taking supplies out of vacant units?

20  A.   Yes, ma'am.

21  Q.   Were your supervisors aware that

22  you were taking --

23  A.   Yes.  I was the supervisor and I

24  called the -- I called the shots.

25  Q.   So let me be clear.  I want to make

1  sure the question and the answer is clear.
2  Did your immediate supervisor, Brett
3  Richmond, know that you were having vendor
4  problems with respect to bills?
5      A.    Yes, ma'am, he did.
6      Q.    How do you know that?
7      A.    Because we discussed it several
8  times.
9      Q.    Did your immediate supervisor,
10 Brett Richmond, know that you all were taking
11 materials out of vacant units in order to
12 satisfy maintenance requests at Laguna Run?
13     A.    Yes, ma'am, he did.
14     Q.    How do you know that he knew that?
15     A.    Because I told him that was my next
16 option.  I'm a quick thinker.  And that's
17 what I -- I had to do something to remedy the
18 situation.  And at that point, that's a
19 normal practice also in -- in maintenance.
20 That's a normal practice at apartment
21 complexes when -- when you don't have a part
22 and there's a vacant apartment, then you go
23 in that vacant apartment and get that part
24 out of there and get that tenant up and
25 running.

1        Q.    Tell me, what kinds of materials
2   were you all taking out of the vacant units
3   in order to satisfy maintenance requests in
4   the occupied units?
5        A.    Anything -- anything.  Sometime it
6   was -- sometime it was AC parts.  Sometime
7   there were parts off a stove.  Sometime if
8   someone refrigerator didn't work and we
9   couldn't get the part for the refrigerator,
10  we'll just swap out the whole refrigerator,
11  which means that we didn't have house -- we
12  didn't have a housekeeper on staff.  At that
13  point, that means I have to stop somebody
14  from what they doing, one of the porters, and
15  get them to come, or one of the maintenance
16  guys, and we had to get some cleaning
17  supplies.  I had went to my house on some
18  occasions and got cleaning supplies to bring
19  back to the property to clean a refrigerator
20  so we can put it in one of the tenant's house
21  so they can have a refrigerator.
22       Q.    Now, was there any type of system
23  for tracking the kind of maintenance
24  requests?  For example, was there a system
25  for tracking how many water leaks, how many

1  mold complaints, how many Sheetrock issues?
2  Was there a system for tracking them by kind?
3      A.    No.  No.
4      Q.    Okay.  All right.  Do you know
5  where the maintenance records were kept in
6  the ordinary course of business?
7      A.    No.  It was -- it was -- it was
8  computerized, so they, the property manager,
9  had everything on -- on the computer.
10     Q.    Okay.  Are you aware of any
11 documentation regarding any mold testing that
12 was performed at Laguna Run while you were
13 the maintenance supervisor?
14     A.    Well, let me start with this.  One
15 day, there -- there -- there -- there's mold
16 there, that's -- that's definite, there's
17 mold there.  But one guy -- one day a
18 gentleman was sent out, a vendor was sent out
19 to look at some mold issues.  And we took him
20 to about two or three apartments.  And he
21 said that was enough, he didn't need to see
22 any more.  And he had got back with the --
23 with corporate, I'm sure, and gave them a --
24 a price on remediating the mold throughout
25 the property.  So I'm figuring the price had

1    to be astronomical because I didn't see that
2    vendor again, neither did I see his company
3    or anyone on that property with any of his
4    logo on it.
5         And at that point they made up some
6    kind of little sheet for me and my guys and
7    told me that when we go into these
8    apartments, we were to inspect the apartment
9    and determine whether or not it was mold or
10   not and then document it. And I -- I
11   specifically said that we are not mold
12   inspectors and we have no training in mold,
13   so how are we to determine that there was
14   mold or not. So --
15        Q.   Do you recall the name of the
16   vendor that came out and inspected for mold?
17        A.   No, I don't. That I don't.
18        Q.   Do you recall the company that came
19   out and inspected for mold?
20        A.   I don't know the name of the
21   company. No, ma'am, I don't.
22        Q.   Do you recall a time period when he
23   came out?
24        A.   Oh, that was in -- that had to
25   be -- I would say that had to be June or

1     July, somewhere around there.

2        Q.     June or July of 2019?

3        A.     Yes, ma'am. That's when -- that's

4     when everything started happening.

5        Q.     Who was present during that

6     person's inspection of the two to three

7     units?

8        A.     He met with Brett and Brett walked

9     him around to a couple of units.

10        Q.     Okay. So your immediate

11     supervisor, the regional supervisor for

12     Dasmen, accompanied this person to do mold

13     testing and inspection on the property?

14        A.     Yes, ma'am.

15        Q.     So it's safe to say that Brett

16     Richmond had direct knowledge of the presence

17     of mold at Laguna Run?

18        A.     Oh, yes, ma'am.

19        MS. EAGAN:

20            Object to the form of the

21        question.

22   EXAMINATION BY MS. BAGNERIS:

23        Q.     How do you know that Brett Richmond

24     had direct knowledge of the mold at Laguna

25     Run?

1      A.     Because we both -- we both seen it,
2   a lot of mold in some apartments, and we both
3   agreed that there was mold.
4      Q.     Okay.  So let's just talk about in
5   general.  Are you familiar with some of the
6   advertising that Laguna Run does in terms of
7   trying to recruit business?
8      A.     Yes, ma'am.
9      Q.     I'd like to show you a few
10  marketing photos and ask you if you remember
11  them and if the units really looked like
12  this.
13     A.     Okay.
14     Q.     This is the first exhibit I'll put
15  up.  Okay.  I have got to start over with
16  making my thing recognize it.  Okay.  Do you
17  recognize this from Laguna Run website?
18     A.     Yes.  I seen that before.
19     Q.     Okay.  And can you tell me whether
20  or not there was anything at Laguna Run that
21  looked like this?
22          MS. EAGAN:
23              Object to the form.
24          THE WITNESS:
25              That particular layout is --

```
 1              they -- they -- they did have -- do
 2              have apartments with that
 3              particular layout because if you
 4              walk in the front door you have
 5              that living room.  And then if you
 6              walk forward, you will see that
 7              sliding -- sliding door.  And then
 8              to the left, in the back back here
 9              is where you see just a dining area
10              towards the -- towards the kitchen.
11   EXAMINATION BY MS. BAGNERIS:
12        Q.    So this is an accurate layout of an
13   apartment at Laguna Run, correct?
14        A.    Yes, ma'am.  I would say that.
15        Q.    Did you -- and based upon your
16   personal observation as a maintenance
17   supervisor, did you see any units that were
18   this well maintained?
19              MS. EAGAN:
20                   Object to the form.
21              THE WITNESS:
22                   For tenants you mean?
23   EXAMINATION BY MS. BAGNERIS:
24        Q.    Yes.
25        A.    For tenants.  Oh, they got some --
```

1    they -- only a few.  They got -- they got

2    some -- some units in there, if you walk in

3    there, you'll forget where you're at.  They

4    look very good.

5        Q.    So the tenants did a good job of

6    decorating, is what you mean?

7        A.    Oh, yes, ma'am.

8        Q.    I went through those myself.

9        A.    I mean, you can count them on your

10   hand.  There's not many, but there's a few

11   that if you step in there, you will forget

12   where you're at.

13       Q.    In terms of the -- the walls,

14   though, and the ceilings and the floor, were

15   there many units that looked this nice?

16           MS. EAGAN:

17                Object to the form of the

18           question.

19           THE WITNESS:

20                Not many.

21   EXAMINATION BY MS. BAGNERIS:

22       Q.    Okay.  I'm going to mark this

23   exhibit as Exhibit 6.

24           (Whereupon, the instrument referred

25           to was marked Plaintiffs Exhibit 6

1          for identification.)

2     EXAMINATION BY MS. BAGNERIS:

3          Q.     This is a kitchen layout on the

4     Laguna Run website.  Is this the typical

5     kitchen layout that you recall seeing?

6          A.     That's -- that particular kitchen

7     is one of the -- like a -- when they -- when

8     they redid everything it's not -- most of the

9     kitchens are not like that.  They renovated.

10    Once they renovated some of the units, that's

11    the kitchen, that's what they come out with

12    because I did some of these myself because I

13    was -- I contracted work from Dasmen before I

14    started working for them as a -- as a private

15    contractor renovating units.

16          And this is how they were supposed

17    to look with the all white cabinets, the

18    sink, the sprayer, the microwave, the

19    stainless steel microwave and stove.  And

20    there is also a refrigerator that's stainless

21    steel also.  Well, there it is right there,

22    yes.

23          Q.     But when did this occur?  When did

24    these changes, these modifications, occur, to

25    your recollection?

1    A.    They -- it had been going on --
2  when I started, I was renovating for Dasmen
3  in two thousand -- I started renovating for
4  Dasmen I think in I want to say October,
5  maybe September or October of 2018.  So they
6  were going on a little while before that.
7  And it stopped because the guys, you know,
8  the contractors were getting, again, getting
9  pissed with Dasmen because they weren't
10  getting paid.
11          And if you send them an invoice
12  for, I'd say, $4,000, you send them an
13  invoice for $4,000, then they're going to
14  send you what they want to send you.  They
15  might send you a check for $2,800.  Now
16  you're $1,200 short with the $4,000 now.
17  Nobody takes that fall but you as a
18  contractor because you got to pay your people
19  what you told them you was going to pay them.
20          So a lot of guys -- so that -- that
21  fell off.  And it fell off -- it was a good
22  thing at first, you know, but they just --
23  they pay you what they want to pay you when
24  they want to pay you.  And you can't do
25  business like that.

1     Q.    I'm going to mark this exhibit as

2    Exhibit 7.

3         (Whereupon, the instrument referred

4         to was marked Plaintiffs Exhibit 7

5         for identification.)

6    EXAMINATION BY MS. BAGNERIS:

7     Q.    I'd like to follow up something

8    that you said.  You said you were a

9    contractor with Dasmen beginning in October

10   of 2018 before you became the maintenance

11   supervisor, correct?

12     A.    Yes, ma'am.

13     Q.    To your knowledge, were there

14   apartments with mold in them prior to

15   December of 2018?

16     A.    Well, I -- the apartments that I

17   renovated was at Carmel Springs, so I didn't

18   go to Laguna Run to do any of their

19   apartments.  So -- but I didn't -- I didn't

20   see any at Carmel Springs.  That's not to say

21   that there weren't any, but I didn't see any

22   at Carmel Springs.

23     Q.    Okay.  Thank you for answering that

24   for me.  I'd like to show you another

25   marketing photo.  Does this look like some of

1    the bedrooms that you saw while you were the

2    maintenance supervisor at Laguna Run?

3        A.    The renovated -- yeah.  That

4    ceiling -- that's a renovated unit, yes,

5    because I can tell by the ceiling fan.

6    That's a -- that's a renovated unit.

7        Q.    So these photos that I'm showing

8    you are the renovated -- are the renovated

9    units at Laguna Run?

10        A.    Right.

11        Q.    How many units out of the 400 and

12    let's say 42 were renovated, to your

13    knowledge?

14        A.    I'd have to say it was less than --

15    I'd say it was -- it probably was less

16    than -- less than 40 I'd say.  I didn't see

17    many of them.

18        Q.    Okay.  So I'm going to mark this as

19    Exhibit 8.

20            (Whereupon, the instrument referred

21            to was marked Plaintiffs Exhibit 8

22            for identification.)

23    EXAMINATION BY MS. BAGNERIS:

24        Q.    Now, here's another bathroom.  And

25    what I found interesting is along the ceiling

```
1    in the back, I don't know if you can see
2    that, do you -- do you see anything on this
3    photograph as a maintenance person?
4        A.    Well, I see some -- it looks like
5    something is on the white portion of the
6    ceiling.  I don't know if that's paint or
7    dirt or probably mold, but this is a
8    renovated bathroom.  And I can tell by the
9    light fixtures, the showerhead and the -- the
10   -- the faucets.
11       Q.    So most of these pictures that are
12   coming in are renovated units.  That was
13   my -- my question.
14       A.    Okay.
15       Q.    So I'm going to assign this an
16   exhibit sticker.  It is Exhibit 9.
17            (Whereupon, the instrument referred
18            to was marked Plaintiffs Exhibit 9
19            for identification.)
20   EXAMINATION BY MS. BAGNERIS:
21       Q.    The same thing with this layout.
22   Can you tell from the lighting fixture that
23   this is a renovated unit?
24       A.    Yes, ma'am.
25       Q.    I'm going to mark this as Exhibit
```

1    10.
2              (Whereupon, the instrument referred
3              to was marked Plaintiffs Exhibit 10
4              for identification.)
5    EXAMINATION BY MS. BAGNERIS:
6       Q.    Is there anything in this photo
7    that would tell you whether or not this is a
8    renovated unit?
9       A.    I think the floors because they had
10   started doing the floors, they had started
11   putting those wood -- wood grain floors down
12   instead of the tile and the carpet.
13      Q.    And so that was part of the
14   renovation, the wood grain floors?
15      A.    Yes, ma'am.
16      Q.    I will mark this as Exhibit 11.
17             (Whereupon, the instrument referred
18             to was marked Plaintiffs Exhibit 11
19             for identification.)
20   EXAMINATION BY MS. BAGNERIS:
21      Q.    This is also a photograph from the
22   Laguna Run website.  Is this how you recall
23   the property looking at night?
24      A.    Yes, ma'am.  That's -- that's
25   standing -- that picture look like it has to

1   be taken by A, B or C building looking over

2   to the other side of the lake.  And that had

3   to be the back of the O and P building.

4       Q.   Okay.  Thank you for that

5   reference.  I'm going to assign that exhibit

6   sticker 11 -- that exhibit sticker 12.

7           (Whereupon, the instrument referred

8              to was marked Plaintiffs Exhibit 12

9              for identification.)

10  EXAMINATION BY MS. BAGNERIS:

11       Q.   Here's another night view of Laguna

12  Run.  Can you tell me what we're looking at

13  from this photograph?

14       A.   Okay.  Let me see.  I think we're

15  looking at -- I think to the right, if I'm

16  not mistaken, I think that's the H and the

17  J -- H, J and K building, if I'm not

18  mistaken.  And -- because through that little

19  section where the light at should be the

20  parking lot leading to the office.

21       Q.   Okay.  I'm going to mark that as

22  Exhibit 13.

23           (Whereupon, the instrument referred

24              to was marked Plaintiffs Exhibit 13

25              for identification.)

1    EXAMINATION BY MS. BAGNERIS:

2        Q.    And this is more of an aerial view

3    of the entire complex.  Do you recognize this

4    as being Laguna Run?

5        A.    Yes, ma'am.  This open spot right

6    here is where building L was, but it caught

7    afire years back and they just never rebuilt

8    it.

9        Q.    So the green space to the left

10   bottom portion of the photograph is the

11   former location of building L?

12       A.    Yes, ma'am, it is.

13       Q.    Okay.  I would like to mark that as

14   Exhibit 14.

15            (Whereupon, the instrument referred

16            to was marked Plaintiffs Exhibit 14

17            for identification.)

18   EXAMINATION BY MS. BAGNERIS:

19       Q.    Now, based upon your personal

20   knowledge as a former maintenance supervisor,

21   who was responsible for preventing conditions

22   on the premises of Laguna Run that could

23   adversely affect the health and safety of the

24   residents?

25            MS. EAGAN:

```
 1              Object to the form of the
 2         question.
 3         THE WITNESS:
 4              Ask your question.
 5   EXAMINATION BY MS. BAGNERIS:
 6       Q.    Sure.  And if you don't know, it's
 7   okay to say you don't know.
 8       A.    Well --
 9       Q.    You want me to reask it?
10       A.    Yes.
11       Q.    Based upon your personal knowledge
12   as a former maintenance supervisor at Laguna
13   Run, who was responsible for addressing
14   conditions on the premises that could
15   adversely affect the health and the safety of
16   the residents?
17         MS. EAGAN:
18              Same objection.
19         THE WITNESS:
20              Well, that -- the management
21         company should have -- should have
22         been responsible.
23   EXAMINATION BY MS. BAGNERIS:
24       Q.    Okay.  And based upon your personal
25   knowledge as a former maintenance supervisor
```

```
1    at Laguna Run, who was responsible for
2    inspecting and repairing plumbing leaks and
3    other water intrusion problems at Laguna Run?
4            MS. EAGAN:
5                Same objection.
6            THE WITNESS:
7                I was.
8    EXAMINATION BY MS. BAGNERIS:
9        Q.    The maintenance department?
10       A.    Yes.
11       Q.    And that maintenance department was
12   employed by Dasmen, correct?
13       A.    Yes, ma'am.
14       Q.    Based upon your personal
15   observations and knowledge as a former
16   maintenance supervisor, who was responsible
17   for mold inspections at Laguna Run?
18           MS. EAGAN:
19               Same objection.
20           THE WITNESS:
21               Well, that responsibility
22           somehow fell on my shoulders, me
23           and my staff, but, as I stated
24           earlier, we had no experience at
25           all with that.
```

1  EXAMINATION BY MS. BAGNERIS:

2      Q.    Were there any persons on your

3  staff that were certified in mold --

4      A.    Nobody was -- nobody was

5  certified -- nobody was certified in mold or

6  mold remediation.

7      Q.    And at any time did they bring in

8  some sort of company or send you all to a

9  company in order to get an education?

10     A.    No.  No, they didn't.  And they

11 didn't -- they didn't even go -- they didn't

12 even go as far as to send someone in and give

13 us video training or anything on the screen.

14 Nothing.  Nothing.

15     Q.    So you were never shown any videos

16 on how to abate mold?

17     A.    No.  No.  No, ma'am.

18     Q.    Were you shown any videos on how to

19 detect mold?

20     A.    No, ma'am.

21     Q.    Okay.  So how did you know where --

22 you know, how do you know whether or not it's

23 mold?

24     A.    Well, a lot of times what we seen

25 was -- was mushrooms growing through the

1  mold.  A lot of time we seen the mushrooms
2  growing through.  And sometimes when you go
3  there and you -- because before I got there,
4  the guys were going there wiping it with
5  bleach.  That's the -- that's the normal
6  practice they were using, just taking a rag,
7  wiping it with bleach, letting it dry and
8  Kilz it.  That's not killing mold.  That's
9  not killing mold.  That's -- that's -- it is
10 going to -- it's going to seep back through
11 in a couple weeks or a couple months, and it
12 did.  So that -- that -- that wasn't a good
13 practice.  And once they told us to, me to
14 take my staff and as we go to the apartments
15 we inspect, then my thing was like, hey, this
16 -- if it is dirt, it's mold, I mean, because
17 -- I mean, I'm not a -- I'm not a mold
18 specialist.  I don't know anything about
19 mold.  So --
20       Q.    How were you testing for mold?
21       A.    There was no way to test.  We
22 had -- we had -- we had nothing -- we didn't
23 have no test kits.  It was -- it was -- it
24 was no way to test but eyesight.
25       Q.    Okay.  I'd like to show you a

1   slide, if I could.  Well, I apologize, it's
2   making me do this every time, screen share
3   again.
4           Were you ever given a machine like
5   this in order to test for water intrusion at
6   Laguna Run?
7       A.    No, ma'am.
8       Q.    Okay.  I'd like to mark this as
9   Exhibit 15.
10          (Whereupon, the instrument referred
11          to was marked Plaintiffs Exhibit 15
12          for identification.)
13  EXAMINATION BY MS. BAGNERIS:
14      Q.    Based upon your personal
15  observations and knowledge as a maintenance
16  supervisor, who handles the HVAC repairs at
17  Laguna Run?
18      A.    The maintenance guy.
19      Q.    Okay.  And you had some people on
20  your staff who were trained for that,
21  correct?
22      A.    Yes, ma'am.
23      Q.    And based upon your personal
24  observations and knowledge, who handles the
25  roofing repairs at Laguna Run?

1      A.     That was contracted out.

2      Q.     Do you recall the name of the

3   company that handles roofing repairs?

4      A.     No.  Brett took care of that.

5   Brett hired -- when they got to that point,

6   Brett hired the contractors to do what needed

7   to be done as far as roofing and stuff like

8   that.

9      Q.     Okay.  Based upon your personal

10  knowledge as a former maintenance supervisor,

11  what were some of the sources of water

12  intrusion issues at Laguna Run?

13     A.     HVAC issues.  The cast iron pipes

14  that were three-inch because when the

15  property was built, the code then was three

16  inches.  Now the code is four inches.  And

17  they used PVC pipe now instead of cast iron

18  pipe.  So the pipes -- the pipes were

19  cracking and they were ran -- configured so

20  crazy to whereas they would run right over

21  the -- the dining room area of some of the

22  apartments, which means that once it leaked

23  through the pipe, it leaked through the

24  ceiling and all kind of stuff was coming out

25  of there going on people floors, on their

```
1    tables.  It was just ridiculous.
2         Q.    Okay.  Have you ever personally
3    been on a roof at Laguna Run?
4         A.    Oh, several times.  More often,
5    yes, ma'am.
6         Q.    Okay.  Based upon your personal
7    observations as the former maintenance
8    supervisor at Laguna Run, does this
9    photograph accurately depict what the roofs
10   of Laguna Run looked like?
11        A.    Yes, ma'am.
12             MS. EAGAN:
13                  Object to the form of the
14             question.
15             THE WITNESS:
16                  Yes, ma'am, it does.
17   EXAMINATION BY MS. BAGNERIS:
18        Q.    All right.  Do you recognize Laguna
19   Run buildings in this particular photograph?
20        A.    The name of these buildings?
21        Q.    Do you recognize them as being part
22   of the Laguna Run complex?
23        A.    Oh, yes, ma'am.  Yes, ma'am.
24   Definitely.
25        Q.    All right.  And do you see in the
```

```
1    bottom right corner, the building at the
2    bottom right corner of this particular
3    photograph, can you tell me what that brown
4    area would be on that roof?
5              MS. EAGAN:
6                   Object to the form.
7              THE WITNESS:
8                   I have no idea what that is,
9              but I know a lot of times water
10             sits and -- on a lot of these
11             roofs.  And when it sits there over
12             a period of time, it starts to seep
13             through into the apartment.
14   EXAMINATION BY MS. BAGNERIS:
15        Q.   Okay.  And we can see on the top of
16   these rooftops of all of these buildings in
17   this particular photograph, do you see
18   anything that would indicate to you that
19   there is a water intrusion issue from the --
20             MS. EAGAN:
21                  Object to the form.
22             THE WITNESS:
23                  Yes.  The -- the standing
24             water.
25   EXAMINATION BY MS. BAGNERIS:
```

1    Q.   Okay.  I'm going to mark this as

2  Exhibit 16.

3              (Whereupon, the instrument referred

4              to was marked Plaintiffs Exhibit 16

5              for identification.)

6  EXAMINATION BY MS. BAGNERIS:

7    Q.   Here is another aerial photograph

8  of a roof at Laguna Run.  Again, do you note

9  anything on here that as a maintenance

10 supervisor would be indicative to you of a

11 water intrusion issue?

12             MS. EAGAN:

13                  Let me just interpose a

14             standing objection to these

15             photographs.  I don't know where

16             they were taken.  Mr. Edwards

17             doesn't know where they were taken.

18             So I don't know what we conclude

19             from these photographs.  But

20             maintain my objection.

21                  Subject to my objection, you

22             can answer, if you know.

23             MS. BAGNERIS:

24                  These photographs, for

25             authentication, were screen shot by

```
1              me from Google Earth on August the
2              6th, 2020.
3              MS. EAGAN:
4                   Okay.  I still maintain my
5              objection, but if he can answer, he
6              can answer.
7    EXAMINATION BY MS. BAGNERIS:
8         Q.   Based upon this photograph, do you
9    see anything on here that would indicate to
10   you as a maintenance supervisor a water
11   intrusion issue?
12        A.   Yes.  I mean, on several different
13   locations.  You can see the -- you can see
14   the spots where water is or would have been.
15        Q.   All right.  I'm going to mark that
16   as Exhibit 17.
17             (Whereupon, the instrument referred
18             to was marked Plaintiffs Exhibit 17
19             for identification.)
20   EXAMINATION BY MS. BAGNERIS:
21        Q.   Here is another.  Do you recognize
22   this photograph as an aerial view of Laguna
23   Run's roofs?
24        A.   Yes, ma'am, I do.
25        Q.   I will assign this Exhibit 18.
```

```
1                    (Whereupon, the instrument referred
2                    to was marked Plaintiffs Exhibit 18
3                    for identification.)
4     EXAMINATION BY MS. BAGNERIS:
5          Q.    Here is another view of more units.
6     Do you recognize these as Laguna Run
7     apartment units and their roofs?
8          A.    Yes, ma'am, I do.
9          Q.    Exhibit 19.
10                   (Whereupon, the instrument referred
11                   to was marked Plaintiffs Exhibit 19
12                   for identification.)
13                THE WITNESS:
14                     Yes, ma'am.  I do.
15    EXAMINATION BY MS. BAGNERIS:
16         Q.    Do you recognize these as Laguna
17    Run apartment units and their roofs?
18         A.    Yes, ma'am.
19         Q.    I will mark that as Exhibit 20.
20                   (Whereupon, the instrument referred
21                   to was marked Plaintiffs Exhibit 20
22                   for identification.)
23    EXAMINATION BY MS. BAGNERIS:
24         Q.    Here is the final one.  Do you
25    recognize this as an accurate depiction of
```

1   Laguna Run's roofs of their buildings?
2       A.    Yes, ma'am.  Can I just add
3   something?
4       Q.    Yes.
5       A.    You know, as a maintenance
6   supervisor and AC guy -- and as an AC
7   technician, you know, I -- I asked them to --
8   because you have got -- you got to take a
9   ladder up, up -- up to some of the roofs.
10  And sometimes you have to pull the ladder up
11  to climb up to another roof.  And I asked
12  them -- I told them that it would be a little
13  safer if they had something around the
14  perimeter of the roof to prevent slippage and
15  someone from falling off the roof, but, you
16  know, everything costs money.
17          I mean, if you look at these roofs,
18  if you look at these roofs, you're going to
19  see a lot of old AC units up there that just
20  was broken and they can't get them down.  You
21  are going to see a lot of disconnect boxes
22  carrying as much as 240 volts sitting on the,
23  sitting flat or sitting in water that could
24  possibly -- possibly create a fire.
25          I mean, it is just a lot of stuff

1    that needs -- needs to be -- needs addressed
2    to get the property up and running.
3        Q.    So the AC units at Laguna Run are
4    located on the roofs of the --
5        A.    On the roofs.
6        Q.    Correct?
7        A.    Yes, ma'am.  Yes, ma'am.
8        Q.    And based upon your -- based upon
9    your personal knowledge, many of the AC units
10   on top of the roofs were defective, correct?
11           MS. EAGAN:
12               Object to the form of the
13           question.
14           THE WITNESS:
15               Quite a few of them.
16   EXAMINATION BY MS. BAGNERIS:
17       Q.    What were some of the problems with
18   some of the AC units on top of the roofs from
19   your personal knowledge?
20       A.    Well, I mean, you have, you have
21   typical, typical AC problems where the fan
22   don't work or disconnect box, no power coming
23   out the disconnect box.  And a lot of times
24   you need two people because when you go on
25   the roof -- when I had the guys working for

1   me, I told them, when you go on the roof work
2   in a pair so if you get hurt on the roof, or
3   if you on the roof, somebody downstairs is
4   with you and you stay in constant contact
5   with them because I practice safety. A lot
6   of the units are not marked. So if you turn
7   on a unit and you go -- you go upstairs and
8   there's -- you go on the roof and there's
9   five or six other units up there, then how do
10   you know which one you are working on. You
11   know, it's not -- it is not marked.
12      Q.   Okay.
13      A.   So -- so when you -- so you got
14   to -- someone has to go on the unit, go on
15   the roof, and then someone has got to be
16   inside of the unit by the thermostat. And
17   then when you get on the roof, you got to
18   call through your cell phone to the person
19   down below and say, okay, bro, I'm up here,
20   turn the unit on. Then when they turn it on,
21   you got to be quick and see which one of
22   those units come on and then say, okay, turn
23   it off. Then when they turn it off, then you
24   say, okay, I got it. And at that point they
25   would mark -- I would have them to mark it

1  with a Sharpie.  That's what we -- that's

2  what I -- that's the process I started.  But

3  that's not -- I'm sure that's not happening.

4      Q.    When you would address AC issues at

5  Laguna Run, going up on these roofs, did you

6  personally observe pooling water?

7      A.    Oh, yes, ma'am.  Yes, ma'am.  I --

8  I've stepped in -- I've stepped in standing

9  water and got my -- my -- my boots wet, but

10  then I went on the roof and did what I had to

11  do and then came down, went home and changed

12  my socks and my shoes and I came back.  And I

13  even -- sometimes -- sometimes I even -- your

14  feet would get so wet on the -- on the first

15  level when you climb into the hatch and you

16  get to that first level before you actually

17  go onto the roof, sometimes your feet would

18  get so wet, a former employee, Patrick

19  Crowley, he slipped off the ladder and twist

20  his knee.

21      Q.    When you were on top of the roof

22  working on HVAC issues, did you notice any

23  places where the roof was rotting?

24      A.    Yeah.  There was actually some

25  places you knew not to step because it felt

1   like it was sinking.  And like if you jumped
2   on it hard enough, you would go straight
3   through.
4       Q.    Do you know how old the roofs are
5   at Laguna Run?
6       A.    I'm thinking that place was built
7   in 19, I want to say, '70, '71, somewhere
8   around there, if I'm not mistaken.  So it is
9   pretty old.
10      Q.    You don't think the roofs have ever
11  been replaced, to your knowledge?
12      A.    Not while I was there.
13      Q.    Okay.  Okay.  Moving on from these
14  photos, I'm going to show you some actual
15  photos from the code inspection, code
16  enforcement inspection.  Were you present
17  when the City of New Orleans Code Enforcement
18  Department came to Laguna Run to inspect?
19      A.    If I might add, it just looked like
20  a SWAT team was out there.  Yes, I was.
21      Q.    Tell me what you remember from that
22  day.
23      A.    It was -- that -- everything,
24  everything went haywire.  I mean, they had
25  like -- I mean, you -- it almost looked like

1    a -- like a -- it almost looked like a murder
2    scene out there because they just had so many
3    police cars, fire trucks. I mean, they had
4    everybody out there. And I don't know, I
5    think -- I don't know if this is R107, Q107,
6    I can't see the door, but I know R107 and
7    Q107, they actually had a young lady living
8    in R107. And she, I mean, she -- I mean,
9    just had -- just had a leak in her apartment
10   and had mold throughout the apartment. And
11   even when Section 8 came, they told her that
12   that place was uninhabitable, she had to move
13   out of there.
14       Q.    And this is R107 from the
15   photograph I'm going to enter. It may not be
16   clear on your screen. Do you recognize the
17   gentleman on the left as Mr. Winston Reid
18   from Code Enforcement?
19       A.    Yes, ma'am, I do.
20       Q.    And do you recognize the gentleman
21   on the right as the state fire marshal?
22       A.    Yes, ma'am, I do.
23       Q.    And you were personally with them
24   when they went on this inspection?
25       A.    Yes, ma'am.

1      Q.    Okay.  I'd like to mark the first
2    exhibit --
3      A.    If I might add, it was -- it was --
4    they had quite a few people out there.  So
5    half of the group went with myself and the
6    other half went with Dwayne, went with
7    Dwayne -- Dwayne Chaney, who was the
8    assistant supervisor.
9      Q.    Okay.  So this is a photograph from
10   the Code Enforcement record.  Can you tell me
11   based upon your personal observations that
12   day what are we looking at?
13     A.    We're looking at -- we're looking
14   at -- behind this bifold door is the AC
15   closet.  And what's on this wall right here
16   is -- it's -- it's a lot of mold.  And you
17   can see where it's protruding straight to the
18   bifold door.  And if you open that closet,
19   it's in there also.
20     Q.    Okay.  We're going to mark this
21   photo as Exhibit 23.
22            (Whereupon, the instrument referred
23            to was marked Plaintiffs Exhibit 23
24            for identification.)
25   EXAMINATION BY MS. BAGNERIS:

1    Q.    I think this is the interior of
2    that door that you were just speaking about.
3    Is that what -- is that what you recall?
4        A.    That's the -- that's the interior
5    of the door in the kitchen.
6        Q.    Okay.
7        A.    This is in the kitchen.  But that
8    bifold door is on the side.  The AC is on the
9    other side of this wall.  The AC, the AC
10   unit, is on the other side of this wall.
11       Q.    Okay.  In your professional
12   opinion, is the AC unit in this unit the
13   source of the water intrusion that spurred
14   the mold growth?
15       A.    Excuse me?  Say again.
16       Q.    Based on your personal observation,
17   is the HVAC unit, the air conditioning unit,
18   the source of this water intrusion that
19   spurred this mold growth in this closet?
20            MS. EAGAN:
21                Object to the form.
22            THE WITNESS:
23                Well, that HVAC unit and the
24            HVAC unit that's above, in the
25            apartment above, also.

1     EXAMINATION BY MS. BAGNERIS:

2         Q.    So the apartment above was also

3     leaking water into this particular unit?

4         A.    Yes, ma'am.

5         Q.    And to your knowledge, someone was

6     living in this condition?

7         A.    Yes, ma'am.  They -- they were.

8         Q.    Okay.  I'm going to assign this

9     Exhibit 24.

10                (Whereupon, the instrument referred

11                to was marked Plaintiffs Exhibit 24

12                for identification.)

13    EXAMINATION BY MS. BAGNERIS:

14        Q.    Can you tell me what we're looking

15    at in this photograph?

16        A.    It looks like we're looking in a

17    closet, with a closet rack with -- with mold

18    buildup.

19        Q.    I'm going to assign that Exhibit

20    25.

21                (Whereupon, the instrument referred

22                to was marked Plaintiffs Exhibit 25

23                for identification.)

24    EXAMINATION BY MS. BAGNERIS:

25        Q.    Can you tell me what we're looking

1    at in this photograph?

2       A.   That ceiling has collapsed and

3    there's a lot of mold buildup on there.  And

4    the -- it was so much water over a period of

5    time that it just collapsed the fan blades.

6       Q.   How much -- how long would water

7    intrusion have to be an issue for a ceiling

8    to collapse, Mr. Edwards?

9             MS. EAGAN:

10                Object to the form.

11             THE WITNESS:

12                Only -- if it's like -- I mean,

13             if the ceiling -- well, it kind of

14             depends because that -- if that

15             ceiling underneath is sitting right

16             over a kitchen and say our bathroom

17             or whatever, you got -- you got to

18             think, every time you flush the

19             toilet or every time you run water

20             in the tub and you let the water

21             out of the tub, and if the tub is

22             leaking, then that water is going

23             down on that -- on that -- on that

24             ceiling.  So it wouldn't -- it

25             wouldn't take long.

1    EXAMINATION BY MS. BAGNERIS:
2        Q.    Okay.
3        A.    I'd say only, probably a couple
4    days.
5        Q.    Do you remember what unit this
6    photograph was taken in?  Do you remember
7    this particular unit?
8        A.    I don't know.  I think that's -- I
9    don't know if that's in one of the bedrooms
10   of R107 or if it's in Q107.
11       Q.    Okay.  We're going to mark this as
12   Plaintiffs Exhibit 26.
13            (Whereupon, the instrument referred
14            to was marked Plaintiffs Exhibit 26
15            for identification.)
16   EXAMINATION BY MS. BAGNERIS:
17       Q.    Can you tell me what we're looking
18   at in this particular photograph?
19       A.    That's a -- that's a closet, a
20   hallway closet in the living room of one of
21   the apartments, I think, with a lot of mold
22   buildup.
23       Q.    And is that a walker in the
24   photograph?
25       A.    That's a walker, yes, ma'am.

1      Q.    Would that have been left, in your

2    opinion, by an elderly resident who was

3    living in this mold?

4              MS. EAGAN:

5                   Object to the form of the

6              question.

7              THE WITNESS:

8                   It could have been or they

9              could actually be living there with

10             their walker in that closet.

11             MS. BAGNERIS:

12                  Okay.  I will mark this as

13             Exhibit 27.

14             (Whereupon, the instrument referred

15             to was marked Plaintiffs Exhibit 27

16             for identification.)

17   EXAMINATION BY MS. BAGNERIS:

18        Q.    Can you tell me what we're looking

19   at in this photograph?

20        A.    Okay.  That's a -- that's a --

21   that's a lot of mold right there.

22        Q.    And again, to your personal

23   recollection, was someone living in this

24   unit?

25        A.    Yes, ma'am.  One of the apartments,

1  I think it was -- I want to -- I think it was
2  Q107, I think the young lady had to move out
3  and she -- she just left, left all of her
4  furniture and all her clothes, shoes, TVs,
5  everything because it was just, it was just
6  mold everywhere.
7      Q.    Okay.  I'm going to assign this
8  Plaintiffs Exhibit 28.
9          (Whereupon, the instrument referred
10         to was marked Plaintiffs Exhibit 28
11         for identification.)
12 EXAMINATION BY MS. BAGNERIS:
13     Q.    Can you tell me what we're looking
14 at in this photograph?
15     A.    That's another apartment with --
16 with mold all over the wall.
17     Q.    Okay.
18     A.    It looks like it could have came
19 out of -- because I know we -- I know I had
20 my guys to go in apartment, I think it was
21 F104 and F105.  They had such a bad leak in
22 there it leaked in F104 and it went over to
23 F105, so both of the apartments was messed
24 up.  And we wind up taking all the Sheetrock
25 out, cleaning the studs, letting that dry for

1    a couple days and went back with the

2    Sheetrock.

3        Q.    When you all were doing these

4    repairs to these units, were the tenants

5    relocated to another unit while you were

6    doing that?

7        A.    Well, most of the units were, most

8    of the units were empty.  Most of them were

9    empty.  And the lady in R107, when I went

10   with the Section 8 guy to do an inspection

11   and her inspection failed and he said it was

12   uninhabitable and that she had to move, I

13   went back to the office and told the property

14   manager what -- the findings, and they

15   didn't -- I don't know if they pushed the

16   issue ever to have her move because she was

17   still there a month later.

18       Q.    Let me ask you a question.  Did you

19   always accompany the HANO Section 8

20   inspectors when they would come to do their

21   annual reviews?

22       A.    Either I did or someone on my staff

23   did.

24       Q.    How many of the units were failing

25   for the presence of mold?

1     A.    Quite a bit.  Quite a bit.  More --
2    more than they were passing.

3     Q.    And how many were failing for the
4    presence of water intrusion issues such as
5    plumbing leaks?

6     A.    I'll give you an example.  They
7    had -- we had five inspections that day.
8    Maybe three of them would fail.

9     Q.    Okay.  And then would there be a
10    repeated failure the next time that same
11    inspector would come out?  It is my
12    understanding HANO comes out every 30 days.

13     A.    Well, he would -- what would happen
14    is once -- once -- once they come out and
15    they write their findings, you know, we were
16    to go back into the apartment and address,
17    address those issues and then they'd call
18    them back out.  And then most -- sometimes
19    they would pass or sometimes they would --
20    they would find something else.

21     Q.    Okay.  I'm going to mark this
22    exhibit as Exhibit 29.

23           (Whereupon, the instrument referred
24           to was marked Plaintiffs Exhibit 29
25           for identification.)

1    EXAMINATION BY MS. BAGNERIS:

2        Q.    What are we looking at in this

3    photograph?

4        A.    That's an apartment with mold.  I

5    think that's -- I think that's that lady's

6    sofa in R107.  I'm not sure.  I'm not sure

7    about that.

8        Q.    Let me ask you this question.

9        A.    They have mold on the wall.

10       Q.    When you would go out to address

11   the presence of mold on the walls or on the

12   ceiling, did you also find that the mold had

13   spread to the tenant's furniture?

14       A.    Oh, yes, ma'am.  As I mentioned

15   earlier, a few moments ago, the lady had to

16   move out in Q -- when she moved out in Q107,

17   she left all of her furniture, all of her

18   clothes, shoes, TVs, appliances, everything.

19   Left everything.

20       Q.    Do you know if Dasmen was

21   reimbursing these people for their property

22   that was being destroyed by the mold?

23       A.    Not at all.

24       Q.    I'll mark this as Plaintiffs

25   Exhibit 30.

1          (Whereupon, the instrument referred

2          to was marked Plaintiffs Exhibit 30

3          for identification.)

4 EXAMINATION BY MS. BAGNERIS:

5    Q.    Can you tell me what we're looking

6 at in this photograph?

7    A.    That's another mold infested wall.

8    Q.    Is that in an apartment unit?

9    A.    Yes.  Yes.

10    Q.    I'd like to mark this as Exhibit

11 31.

12          (Whereupon, the instrument referred

13          to was marked Plaintiffs Exhibit 31

14          for identification.)

15 EXAMINATION BY MS. BAGNERIS:

16    Q.    Can you tell me what we're looking

17 at in this photograph?

18    A.    Mold again on the wall.  May I --

19 may I -- may I just interject something?  And

20 I -- we -- we had these issues at -- at

21 Dasmen.  And one of the other guys from

22 Dasmen came down one day, I think his name

23 was, I don't know if his name was Chris or

24 Joe, whatever, but, you know, I just want to

25 say, I got real pissed because he told me I

1  need to get my guys ready.  And I was like,
2  get them ready for what?  And he was like,
3  operation make-ready.  I said, operation
4  make-ready?  I said, are you serious?  And he
5  said yes.  I said, well, what is the purpose
6  of getting an apartment made ready and we
7  can't satisfy the tenants that are here?  And
8  it seems -- you know, to me, it seems like
9  all they was concerned with was making money
10 and not satisfying the customers, I mean, the
11 tenants that -- that were there.  I mean, you
12 have to take care of the tenants that were
13 there because they're the ones, in my
14 opinion, that -- that's going to sell your
15 property and going to tell their friends to
16 come live over here because we got a A1
17 maintenance staff and a A1 management staff.
18 But when -- when he told -- I mean, I just
19 left all morale when he said operation
20 make-ready.  I mean, we should have
21 been operation work order.
22      Q.    Meaning what?  Make-ready means to
23 do what?
24      A.    Make-ready means to go into an
25 apartment and make it ready, make it

1    liveable.  It should be make liveable, you
2    know, for someone to move in.
3        Q.    So if you were taking this
4    particular apartment and making it ready,
5    what would you -- I see there is a bucket on
6    the floor in this photograph, so there must
7    have been something coming from the ceiling.
8    What would that mean?  What would you do in
9    here?
10        A.    You would have to -- see, first of
11   all, sometimes people move out and they leave
12   the furniture, so you have got to trash it
13   out first, get everything out of there.  And
14   then you got to go through the whole
15   apartment, like that wall, you would have to
16   cut that wall like halfway up or over the
17   mold, cut it out and clean the studs, find
18   out the source of the leak, wherever it is
19   coming from so it won't leak no more when you
20   repair the new Sheetrock, put the new
21   Sheetrock in, and then do any other fix-up
22   you need in relation to appliances or
23   whatever, paint it and get it ready so
24   someone could come live.
25        Q.    What is the process of cleaning the

1     studs?  What do you mean by that?

2       A.     Well, once you -- once you cut

3     the -- the Sheetrock out, you take -- take

4     this outdoor bleach and -- and you spray it

5     with a sprayer.  You put the outdoor bleach

6     in a sprayer and then you soak the studs with

7     the -- with the outdoor bleach.  And what

8     it's supposed to do is what you are taught in

9     the maintenance field, but I've never been

10     told this by any mold remediation specialist

11     or whatever, what it is supposed to do is

12     kill any mold, and kill mold and mold growth.

13       Q.     Okay.  And where did you learn

14     that?

15       A.     Well, just in the maintenance

16     field.  Just in the maintenance field.

17       Q.     Okay.  So I'm going to mark this as

18     Plaintiff Exhibit 32.

19             (Whereupon, the instrument referred

20             to was marked Plaintiffs Exhibit 32

21             for identification.)

22     EXAMINATION BY MS. BAGNERIS:

23       Q.     What are we looking at in this

24     photograph?

25       A.     We're looking at a return air

1    grille with -- which is real, real dirty, and
2    down there is where you change the filter at.
3    And it has been leaking because you could see
4    on the corners of the -- of the -- by the
5    unit, they have water damage.
6         Q.    Okay.  I'm going to mark this as
7    Exhibit 33.
8              (Whereupon, the instrument referred
9              to was marked Plaintiffs Exhibit 33
10             for identification.)
11   EXAMINATION BY MS. BAGNERIS:
12        Q.    What are we looking at in this
13   photograph?
14        A.    Oh, I think I remember this unit.
15   This is the unit in building -- I think I
16   want to say -- I don't know if that was the
17   unit where that -- that look familiar to the
18   unit where there was a shooting on the
19   property in broad daylight.  And someone --
20   someone was shot in the apartment.  And
21   someone in this particular apartment shot out
22   of this apartment and shot and it went across
23   to the next apartment across the hall and it
24   went through her patio glass and shattered
25   her patio glass.

1     Q.    Okay.

2     A.    This is blood on the handrail, on

3 the -- on the railing white portion, that's

4 blood there and that's blood on the floor.

5     Q.    And it just so happens that the

6 code inspection captured this photograph on

7 that day?

8     A.    Yes, ma'am.  Yes, ma'am.  Well, we

9 made sure they captured it because we took

10 them to these particular buildings because,

11 you know, I was determined to get this

12 property at least to a B -- a B property,

13 but, I mean, if management won't give me the

14 tools and the personnel that I need and the

15 time, meaning weekends or whatever, the time

16 that I need to get it done, then it just

17 can't get done in an eight-hour period.

18     Q.    Why was it so important for you to

19 get this building up -- to get this apartment

20 complex up to a B rating?

21     A.    Well, because -- well, it's just a

22 thing about me, you know.  Anything I start,

23 I want to finish.  And I'm a United States

24 Marine and I like to help people and I like

25 to see a smile on people's face.  At the end

1  of the day, if I know I did something to make
2  someone smile, to make someone happy, or make
3  their day better, then -- but it was -- it
4  was just personal with me because, I mean, I
5  mean, I took it home with me. I got up in
6  the mornings when I came -- and I came to
7  work, sometime I didn't even eat lunch, just
8  working through lunch trying to -- trying to
9  get it done. But, I mean, it's like Dasmen
10 just, he just was concerned with making that
11 dollar, but, as I said earlier, you got to
12 make your tenants happy because your tenants
13 are going to sell your property.
14     Q.   What are we looking at in this
15 photograph, Mr. Edwards?
16     A.   Look like we looking at a ceiling
17 that -- I think that's a pillow there. Look
18 like we're looking at a ceiling that's --
19 that's damaged. A wall, I'm sorry. It's
20 upside down.
21     Q.   That's the appearance of -- that's
22 what a water leak looks like from a ceiling,
23 correct?
24     A.   Right.
25     Q.   All right. So we're going to

1    assign Plaintiffs Exhibit 35 to that.

2                (Whereupon, the instrument referred

3                to was marked Plaintiffs Exhibit 35

4                for identification.)

5    EXAMINATION BY MS. BAGNERIS:

6         Q.    What is this that we're looking at

7    in this photograph?

8         A.    Wow, what is that?

9         Q.    Well, if you don't know, that's

10   fine.  Just if you know.

11        A.    This -- this is a power cable or

12   something like that, but this look like it is

13   from some parts of a car or something just

14   there.  I don't know.

15        Q.    All right.  I will mark this as

16   Plaintiffs Exhibit 36.

17                (Whereupon, the instrument referred

18                to was marked Plaintiffs Exhibit 36

19                for identification.)

20   EXAMINATION BY MS. BAGNERIS:

21        Q.    What are we looking at here?

22        A.    We're looking at an apartment where

23   the carpet is -- is damaged terribly.  You

24   can see over here in this corner some water

25   damage in this corner, whatever -- wherever

1    it is from.  And in some cases I want to add
2    that some of these apartments, like right by
3    this window, sometime when it rain, you know,
4    some kind of way rainwater would seep in and
5    it would seep in and go down the wall and
6    then it would go whichever -- whatever way,
7    but it only have some -- some apartments it
8    happen -- that happened when it rained also.
9        Q.    But based upon your personal
10   observations as a former maintenance
11   supervisor at Laguna Run, you were aware of
12   water intrusion from window leaks?
13       A.    Yes, ma'am.  Yes, ma'am.
14       Q.    How soon after your employment with
15   Dasmen did you begin to observe the window
16   leaks?
17       A.    I think it was about two or three
18   weeks into, into the job and a young lady
19   called and she said it happened again.  And I
20   didn't know what she was talking about
21   because I had just got there.  And she said
22   every time it rained a hard rain that
23   happens.  I was like, wow.
24       Q.    How frequently did you observe
25   window leaks as the maintenance supervisor?

1    A.    It wasn't as often as a normal

2  leak.  There -- there are a few apartments

3  around there, but that comes with

4  waterproofing, waterproofing the building.

5  And that means -- that means getting a

6  contract company out to -- to go around to

7  each building and make sure the building is

8  caulked and sealed real good, caulked, the

9  window seals are caulked outside real good.

10  And it takes, you know -- everything takes

11  time.  It takes time.

12    Q.    So based upon your personal

13  observations as a maintenance supervisor,

14  were the buildings at Laguna Run watertight?

15    A.    No.  No.  No indeed not.

16    Q.    And did you see any effort on the

17  part of Dasmen to inspect each unit to see if

18  it was watertight?

19         MS. EAGAN:

20              Object to the form.

21         THE WITNESS:

22              No.

23  EXAMINATION BY MS. BAGNERIS:

24    Q.    Your answer, Mr. Edwards?

25    A.    My answer is no.

Q. And tell me were the windows a source of it not being watertight?

A. Some of them were, yes, ma'am.

Q. Was that in certain buildings or in all buildings at Laguna Run?

A. Well, I would say in certain -- in certain -- in certain buildings. Some of them were -- were real tight, but, you know, over a period of time, like if a window was cracked or if it had to be replaced or something, if it wasn't repaired correctly, so, you know, they developed leaks that way also.

Q. In this particular photograph, it appears to me that the bottom of the wall has been repaired. Is that an accurate assessment on my part?

A. Yes, ma'am. Something was going on there with that.

Q. Okay.

A. It look like rainwater or something, some kind of water was coming in because on the other side of that wall is the outside, so it looked like some kind of rain water was coming in.

1    Q.    Is this what a wall looked like

2    when you all were -- would repair a wall

3    after water intrusion?

4    A.    Yes, ma'am, basically.

5    Q.    Would you also, as a matter of

6    routine, remove and replace the carpet in a

7    unit that had water intrusion issues?

8    A.    Well, they would have a carpet

9    company, a carpet contractor, would come out

10   and he would pull the carpet and pull the

11   foam, excuse me, and replace the carpet.

12   Q.    Do you recall who the carpet

13   contractor was?

14   A.    No, because these guys -- it was a

15   good guy, he was real good at what he did.

16   He was a -- he was a Mexican, Mexican guy.

17   They just came in a truck.  They didn't have

18   any logo on the truck or anything, so.  I

19   don't know how they was getting paid or who

20   they were.  They didn't have no logo.  And

21   that goes for the painting -- painting crew.

22   And, from time to time, Dasmen would -- well,

23   from time to time they would hire some of the

24   tenants to go clean some apartments, so -- to

25   facilitate some of their rent.

1     Q.    What are we looking at in this

2  photograph?

3     A.    Okay.  In this photograph we're

4  looking at the -- the back patio of a -- back

5  patio of a building.

6     Q.    Did you, based upon your personal

7  observations as the former maintenance

8  supervisor, did any of these sliding glass

9  doors create water intrusion issues?

10     A.    Yes, ma'am, they did.

11     Q.    How frequently did you observe

12  water intrusion issues stemming from a

13  sliding glass door?

14     A.    It wasn't that often, but I did

15  experience some of it because some of them

16  wouldn't close correctly.  And there was a

17  time or two where we had to get a patio door

18  contractor to come out.  One time it was with

19  a sliding door not closing correctly and

20  allowing water to get in.  And I know of the

21  other time when -- when the -- the young

22  lady's patio glass was shot out from the

23  picture we seen a couple moments ago, it was

24  shot out, so we had to get a contractor to

25  come out and redo her patio glass.

1      Q.    Were door -- the front door leaks
2   an issue at Laguna Run?
3      A.    Well, yes.  Sometimes we had to
4   weather -- put some weather seal in, in the
5   doors because if Section 8 come out and they
6   stand behind the door and if you can see
7   sunlight, excuse me, if you can see sunlight
8   through the door, well, then, they are going
9   to fail it.
10      Q.    Okay.  And how frequently did you
11  have to replace the water stripping on the
12  front doors of units at Laguna Run?
13      A.    Weather stripping.  That
14  happened -- that happened a lot because I had
15  some -- one of my guys assigned to Section 8
16  apartments.  And if that issue presented
17  itself, then -- then he addressed it.
18      Q.    Based upon your personal knowledge,
19  was your immediate supervisor aware of the
20  presence of window leaks at Laguna Run?
21      A.    Right.  Yes.  Yes, ma'am, he was.
22      Q.    Based upon your personal knowledge,
23  was your immediate supervisor aware of the
24  door leaks from lack of weather stripping at
25  Laguna Run?

1      A.     Well, I don't -- I -- I don't
2  recall he and I ever talking about it because
3  it was -- like I said, it was a Section 8
4  issue.  And if I needed a contractor, if I
5  needed a contractor out to do something, you
6  know, I informed him and advised him that I
7  needed a contractor.  And when he asked me
8  what for, I explained it to him.  But the
9  door leaks, that's something day to day
10 that -- that was taken care of through
11 Section 8 protocol.
12     Q.    Okay.  Were you all treating
13 Section 8 units different from units for
14 cash-paying tenants for maintenance purposes?
15     A.     Well, not for -- not for
16 maintenance purposes, but they -- they had
17 this term for Section 8, and I forgot it, I
18 forgot the name of it.  It was -- but when --
19 when they come out so many times, Section 8
20 would stop paying for the apartment, which
21 meant that the tenant was living there
22 absolutely free.
23          And so at that time, I mean, Dasmen
24 would be like, whatever you -- whatever we
25 got to do, let's get this apartment --

1    abatement.  That's what it would be called.

2    Abatement.  Let's get it out of abatement.

3    Because when it is in abatement, they are not

4    getting paid for it.  And we had quite a

5    few -- when I got there, upon me coming to

6    work there, they had quite a few apartments

7    that were in abatement that Dasmen were not

8    getting paid for.  And -- and they didn't

9    like that, so we had to address, had to

10   address that.

11       Q.    When you started your job, not as a

12   contractor, but as the maintenance

13   supervisor, how many units were on abatement?

14       A.    It was over, I would have to say

15   over, I would have to say maybe between 15

16   and 20 units, if not more.

17       Q.    Is it your understanding that a

18   unit goes on abatement after three failed

19   inspections by HANO?

20       A.    Yes, ma'am.  I'd say that.

21       Q.    Okay.  And during the time that you

22   were there as the maintenance supervisor, how

23   many units overall would you say actually

24   went on abatement?

25       A.    Well, when I was there, what I

1    started was, I sat down and talked to the
2    property management and I said, look, I need
3    to know what units are coming up for
4    inspection.  So if I knew what units were
5    coming up for inspection, I would send Henry
6    out to inspect the units and go through it
7    thoroughly so it wouldn't fail inspection.
8    And that was -- that was working, but a lot
9    of units were coming up for inspection.
10           When I first got there, the units
11   that was coming up for inspection, I mean,
12   they were -- they were failing left and
13   right, they were failing left and right,
14   which means, again, that we had to stop what
15   we doing and go address this issue so it can
16   get out of abatement so Dasmen could get
17   paid.
18       Q.    So you had a list of what units
19   were coming up for annual inspection and you
20   would try to address the maintenance issues
21   in that unit prior to the inspection by HANO?
22       A.    Yes, ma'am.
23       Q.    And even then, still, units failed,
24   correct?
25       A.    Sometimes they failed because they

1    found other issues.

2        Q.    Okay.  All right.  Can you tell me

3    what we're looking at in this photograph?

4        A.    We're looking at a unit, I don't

5    know what's going on in there, but this is

6    a -- a voltage wire hanging out.  It might be

7    hot, but then they got wire nuts on it.  Oh,

8    I think I know where this is at.  This is

9    in -- this is in one of the side rooms on one

10   of the buildings, on one of the buildings.

11   It might be building R.  Yeah, that's exactly

12   where that's at, building R.

13       Q.    And this was an issue that the city

14   inspector picked up on on --

15       A.    This is what they found, yes,

16   because when -- after the shooting, after the

17   shooting incident, it had got -- it had got

18   so bad around there that we -- we started

19   working in pairs.  And it slowed us down

20   tremendously because we -- we were working in

21   pairs because somebody actually had to work

22   and the other person had to be a lookout to

23   make sure nobody is coming to try to do us

24   any kind of, any type of bodily harm.  And it

25   had got to the point where some of us was

1    actually carrying our weapons on property for

2    protection.  And so when the city inspectors

3    came out, I mean, they had -- Dasmen, they

4    sent some contractors out, some of their own

5    people, to put up cameras throughout the

6    property.  And they found that the cameras

7    were -- were wired into a surge protector,

8    which was not correct.  It was incorrect.  It

9    was wired into a surge protector, so --

10        Q.    When did Dasmen install security

11   cameras?

12        A.    After the shooting.

13        Q.    Okay.  And do you recall when the

14   shooting was?

15        A.    No, I don't know.  It was a couple

16   months after I started.

17        Q.    Okay.  So the shooting -- remember

18   the picture where there was blood on the

19   stairwell?

20        A.    Yes, ma'am.

21        Q.    Okay.  Was that -- was that in

22   close proximity to the city's inspection on

23   August 29th of 2019?

24        A.    Yes.  That was -- the city

25   inspection was after the, after the shooting,

1    yes, ma'am.

2        Q.    Okay.  So the shooting occurred.

3    And about how many weeks transpired before

4    the city inspection on August 29th, 2019?

5        A.    I'd say -- I want to -- I want to

6    say maybe, maybe a month, six weeks,

7    something like that.  I don't know exactly.

8        Q.    So in a month or six weeks you all

9    had not cleaned the blood left in the

10    stairwell from the shooting?

11        A.    Well -- well, we weren't going in

12    there to touch that blood.  And I wasn't

13    sending none of my guys in there to touch

14    that blood even if it were my job.  And I

15    told them that they had to get someone out

16    here, someone out here, to come clean that

17    blood because I wasn't -- I wasn't sending my

18    guys in there.  That apartment still had

19    furniture in it, and any time the victim or

20    the suspect could have came back, and -- and

21    if one of my guys was in there, there could

22    have been some kind of issue, a controversy

23    in there, so I wasn't -- I wasn't going to

24    put them, put my guys at jeopardy for that.

25        Q.    Who did you advise that they needed

1   to get someone to come out and clean that

2   blood?

3       A.    Well, I told my immediate

4   supervisor.  I told the property manager.

5   And then -- Jeremy is his name.  Then when he

6   came down and he looked at it, I told him --

7   I just straight told him, I'm not sending my

8   guys in there, they're not -- they're not

9   going in there to clean that, because --

10  matter of fact, the gentleman that got shot

11  in there, when he made it outside to the

12  stairwell, I mean, I -- he was right there

13  bleeding, bleeding half to death.  And the

14  girl was standing over him screaming,

15  screaming.  And she asked me was he alive.

16  And I checked him for a pulse and he didn't

17  have a pulse.  And I said, no, he was dead.

18      Q.    So you were physically present?

19      A.    I was present, yes, ma'am.  We

20  heard the gunshots, yes.

21      Q.    Okay.  And were there any children

22  living in that building where this blood is

23  all around?

24      A.    Yes.  Yes, indeed.  Yes, ma'am.

25      Q.    And you said this occurred in broad

1    daylight?

2        A.    Broad daylight.

3        Q.    So this would have been in July of

4    2019?

5        A.    Yes, ma'am.  I think it was in

6    July, but I know for a fact it occurred in

7    broad daylight during normal working hours.

8        Q.    Okay.  I'm going to move to the

9    next photo and we'll come back to the next

10   issue.  So can you tell me what we're looking

11   at in this photograph?

12       A.    This is an electric panel with the

13   cover off.

14       Q.    Okay.  And again, that was cited by

15   the -- the City of New Orleans as a building

16   code violation?

17       A.    Yes, ma'am.

18       Q.    Okay.  I'm going to mark this as

19   Exhibit 40.

20             (Whereupon, the instrument referred

21             to was marked Plaintiffs Exhibit 40

22             for identification.)

23   EXAMINATION BY MS. BAGNERIS:

24       Q.    Was this a common occurrence or is

25   this a one-off?

1          A.      You see that around some places.
2      Some of the -- some of the doors to -- to the
3      electric rooms, some of them didn't latch
4      correctly or some of them was wide open.
5      When some tenants get their power turned off,
6      some of the guys, you know, they wait till
7      after they leave and they would go down and
8      pop the lock on the door and pull the breaker
9      out and take the tabs off and stick their
10     breaker back in.  I mean, pull the meter out,
11     take the tabs off and stick the meter back in
12     and get power for the night.  And they go
13     back about 7, 7:30 in the morning before we
14     would get to work and turn their lights back
15     off.  So that was normal.
16         Q.      So how many of your, I don't know
17     what they are called, the electrical rooms,
18     have --
19         A.      They have -- they had one for each
20     building.
21         Q.      And how many had the top off the
22     box?
23         A.      I'd say over half.
24         Q.      Okay.  And do you know why the city
25     of New Orleans cited you all for that?

1     A.    Yeah, because they was open and
2     they supposed to be locked and secured at all
3     times.
4         Q.    Okay.  Is that a fire hazard?
5         A.    Yes, ma'am, it is.
6         Q.    Can you tell me what we're looking
7     at in this photograph?
8         A.    Okay.  We're looking at -- this is
9     a cleanout in the corner on the building.
10    The little -- that's a -- that's a -- that's
11    a cleanout for the building.  And down here,
12    I can't really see that, so all I know is
13    something is going under the slab.
14        Q.    Were there any foundation issues at
15    Laguna Run based on your personal
16    observations?
17        A.    Yes.  We had a -- we had a -- we
18    had a few of those, too.
19        Q.    Does this opening or hole from the
20    foundation to the ground, does that create a
21    water intrusion issue?
22        A.    It could.
23            MS. BAGNERIS:
24                Okay.  I'm going to mark this
25                photo as Plaintiff Exhibit 41.

1          (Whereupon, the instrument referred
2          to was marked Plaintiffs Exhibit 41
3          for identification.)
4    EXAMINATION BY MS. BAGNERIS:
5        Q.    What are we looking at in this
6    photograph?
7        A.    That's an AC unit.  That's an AC
8    unit with the cap off.  This is the, the
9    black thing over here is the flow switch.
10   You know, what -- what's that designed to do
11   is if the drain pan get too -- too full of
12   water, then what it is designed to do is --
13   is -- is shut the AC off, but through the
14   years, they have been -- a lot of the units
15   have been disconnected.  So they are no
16   longer in operation.
17       Q.    So does this create a water
18   intrusion issue?
19       A.    Oh, yes, ma'am.  Yes, ma'am.
20   Because it would leak down to the next
21   apartment.
22       Q.    And how frequent were water
23   intrusion issues based upon this scenario?
24       A.    I'd say you'd get at least one or
25   two of those every day almost.

1     Q.   Was it -- was it only in certain

2  buildings or was it widespread throughout the

3  complex?

4     A.   Widespread. Widespread. It wasn't

5  no particular building. It didn't

6  discriminate. It was -- it was widespread.

7     Q.   Okay. I'm going to mark this as

8  Plaintiffs Exhibit 42.

9          (Whereupon, the instrument referred

10          to was marked Plaintiffs Exhibit 42

11          for identification.)

12          MS. BAGNERIS:

13          Does anyone need to take a

14          break at this time?

15          THE WITNESS:

16          Yeah. I need to use the

17          bathroom for a minute.

18          MS. BAGNERIS:

19          Okay. Let's take about a

20          ten-minute break and come back, if

21          that's okay with everyone.

22          THE WITNESS:

23          Do you know about how much

24          longer we got?

25          Miss Emily, do you have to ask

1           me some questions also.

2           MS. EGAN:

3               I don't have -- well, depending

4           on what Ms. Bagneris asks you, I

5           don't have much, four or five

6           questions, real quick.  And I talk

7           real fast.

8           THE WITNESS:

9               Okay.  Let me use the bathroom.

10          MS. BAGNERIS:

11             I have another hour.

12          MS. EGAN:

13             Okay.  Another hour?

14          MS. BAGNERIS:

15             Yes.

16          VIDEOGRAPHER:

17             We are now going off the

18          record.  The time is now 3:20.

19          (RECESS TAKEN)

20          VIDEOGRAPHER:

21             We're now returning to the

22          record.  The time is now 3:39.

23          MS. BAGNERIS:

24             Thank you.

25    EXAMINATION BY MS. BAGNERIS:

1      Q.    Mr. Edwards, I want to thank you

2    for your patience.  I know this has been a

3    lot to go through today, but, you know, it is

4    really important that we get these answers.

5            With respect to plumbing leaks, I

6    have a photograph up right now of a

7    photograph taken by Joshua Akeem in his

8    apartment unit.  Can you tell me from the

9    photograph whether or not that is a Dasmen

10   uniform in the picture?

11     A.    It's hard to say with that blue

12   shirt.  It is not a -- they have dark blue

13   shirts and light or -- or a navy blue type

14   shirt.  It is hard to see.

15     Q.    So that may not be a Dasmen

16   maintenance person in this bathroom, correct?

17     A.    No, ma'am, it might not be.

18     Q.    This is a photograph of a plumbing,

19   of a plumbing issue in a Dasmen unit, I mean,

20   in a Laguna Run unit?

21     A.    Okay.  And I do see tools on the

22   floor there and -- it could be an employee.

23   I'm not sure.

24     Q.    Okay.  I'm going to assign an

25   exhibit sticker, 43.

```
 1                (Whereupon, the instrument referred
 2                to was marked Plaintiffs Exhibit 43
 3                for identification.)
 4    EXAMINATION BY MS. BAGNERIS:
 5         Q.    So tell me, let's talk about the
 6    plumbing issues in particular.  What was the
 7    source of the plumbing leaks at Laguna Run?
 8         A.    Cracked cast iron pipes and AC
 9    units.
10         Q.    What was the approximate age of the
11    cast iron pump -- pipes at Laguna Run?
12         A.    I think they were installed during
13    the -- the building of the property.  So if
14    it was in 1970, wow, it's -- it's -- it's
15    about, I'd say, 50 years old.
16         Q.    Did you personally observe the
17    deterioration of the cast iron pipes at
18    Laguna Run?
19         A.    Yes, ma'am.  Yes, ma'am, I did.
20         Q.    Okay.  And were there cast iron
21    pipes in every building at Laguna Run?
22         A.    Yes, ma'am, it was.
23         Q.    And when you were going to address
24    those cast iron pipe issues, what did you
25    have to do in order to correct those plumbing
```

1    problems?
2        A.    Okay.  When we found a crack in the
3    pipe, we cut that section of the pipe out and
4    reinstalled PVC pipe with a boot, what we
5    called a boot, that connects the PVC pipe to
6    the -- to the cast iron pipe.
7        Q.    And did you make the change from
8    the cast iron pipe to the PVC pipe because
9    that is now what is required by the building
10   code?
11       A.    Yes, ma'am.
12       Q.    Okay.  So in buildings that have
13   cast iron pipes, are you allowed to continue
14   to have them if you have them, but when you
15   make repairs you have to change them?
16            MS. EAGAN:
17                I object to the form.
18            THE WITNESS:
19                When you make repairs, it's --
20            it's feasible to -- to go to cast
21            iron pipe.
22   EXAMINATION BY MS. BAGNERIS:
23       Q.    To go to cast iron pipe or from --
24       A.    I'm sorry.  I'm sorry.  I'm sorry.
25   Go to PVC pipe.  I am so sorry.

1     Q.    That's okay.  Now, how many of the

2  buildings had water intrusion issues due to

3  cast iron pipes?

4     A.    Quite -- quite a few of them.

5  Quite -- quite -- quite a few buildings.

6     Q.    Okay.  And can you tell me what

7  form those water intrusion issues would take

8  when they were related to a cast iron pipe?

9     A.    All right.  When the cast iron pipe

10  would crack, whether it's coming from the

11  toilet or going through the wall, it would

12  seep out through the cracks of the cast iron

13  pipe and then it would seep on to the

14  Sheetrock.  And from there it would -- it

15  would deteriorate the Sheetrock and come into

16  the apartment.

17     Q.    Okay.  All right.  I'm going to

18  show you another photo.  This is from Joshua

19  Akeem's photograph.  Can you tell me what

20  we're looking at in this photograph?

21     A.    Okay.  We're looking at some mold

22  damage on the -- on the ceiling.  And I can't

23  see the pipe, you know, up there, if there is

24  a pipe up there, but I know it look like the

25  ceiling had collapsed and -- it look like the

1  ceiling had collapsed and it's got to be

2  repaired, so it definitely had water damage.

3      Q.    When you replace a ceiling that has

4  collapsed like this, do you also deal with

5  the insulation that's above the ceiling?

6      A.    No.  We didn't put the insulation

7  back.  I mean, we just cut the ceiling out

8  and put the Sheetrock back up there.

9      Q.    So you all did not replace the

10  insulation when there was a water intrusion

11  issue?

12      A.    I mean, if the insulation was wet

13  or whatever, we pulled it out to the point

14  where, to it wasn't a -- a water issue.  We

15  pulled it out back to where it was dry and it

16  wasn't a water issue.  And we didn't replace

17  it.  We just put the Sheetrock back.

18      Q.    Okay.  How many collapsed ceilings

19  did you personally observe as the maintenance

20  supervisor?

21      A.    More than I can count.

22      Q.    I'm going to mark that as Exhibit

23  44.

24            (Whereupon, the instrument referred

25            to was marked Plaintiffs Exhibit 44

1          for identification.)

2     EXAMINATION BY MS. BAGNERIS:

3          Q.     This is another photograph that was

4     taken by Mr. Joshua Akeem.  Are you familiar

5     with this area of the apartment complex?

6          A.     That's the laundry room.  I don't

7     know what particular building that is, but

8     that's the laundry room.

9          Q.     Okay.  And do you see that

10    receptacle, that plastic container in the --

11    on the floor there?

12         A.     Right here?

13         Q.     Yeah.  The storage bin that's on

14    the floor there.

15         A.     Yes.  That looks like a storage

16    bin, yes, ma'am.

17         Q.     Do you know if any of the laundry

18    rooms at Laguna Run had water intrusion

19    issues?

20         A.     I -- I know for sure building F,

21    building F, some of the -- some of the

22    maintenance rooms had water intrusion issues

23    also.  Building F laundry room had a serious

24    issue.  Building B laundry room had a serious

25    issue.  Building N maintenance room had a

serious issue.  Building V maintenance room

had a serious, serious water issue.  And

building, I want to say building J may have

had a serious issue also.

Q.    And this is a common area, this is

an area that anyone in the apartment complex

can utilize, this laundry room, correct?

A.    The laundry rooms, yes, yes, ma'am.

Q.    Did you also face water intrusion

issues from washing machines at Laguna Run?

A.    Some -- some of them from the --

from the -- I think had a case, one or two

cases of that where the water was leaking and

it was going on to the other side of the wall

into the apartments.

Q.    This is another photo from

Mr. Akeem.  This was his bathroom.  What, if

anything, do you know about the condition of

his bathroom?

A.    I know in -- in one part of his, in

one of the bathrooms he had a, the wall was

torn out -- torn out, but I think, you know,

he had a -- I don't know how that happened.

I think -- I know he had a great big dog in

there, and -- but this is mold, mold buildup

1    there.  That's mold buildup.  That's from
2    water intrusion.
3         Q.    Okay.  I'm going to mark this as
4    Exhibit 46.
5              (Whereupon, the instrument referred
6              to was marked Plaintiffs Exhibit 46
7              for identification.)
8    EXAMINATION BY MS. BAGNERIS:
9         Q.    This is also a photograph supplied
10   by Mr. Akeem.  Do you know what we're looking
11   at here?
12        A.    It look like some type of light
13   fixture was up there or something.  And
14   Sheetrock is cracked.  I don't know if water
15   went through that Sheetrock or not.  It
16   looks -- it appears like that happened.
17   Excuse me.
18        Q.    I'm going to mark that as Exhibit
19   47.
20             (Whereupon, the instrument referred
21             to was marked Plaintiffs Exhibit 47
22             for identification.)
23   EXAMINATION BY MS. BAGNERIS:
24        Q.    Okay.  Were refrigerators a source
25   of water intrusion at Laguna Run?

1      A.     Ma'am?

2      Q.     Were refrigerators a source of

3  water intrusion at Laguna Run?

4      A.     Not -- not that often.

5      Q.     Okay.  Did you have some instances

6  where refrigerators were a source of water

7  intrusion?

8      A.     I had a few, yes, ma'am.

9      Q.     Okay.  We talked about HVAC

10 systems.  Is there anything you need to add

11 to your testimony with regard to the HVAC

12 systems and water intrusion?

13     A.     No.  I think I covered everything.

14     Q.     Would you say HVAC systems and the

15 cast iron pipes were the two major sources of

16 water intrusion at Laguna Run?

17     A.     Yes, I would.  I would say beyond a

18 shadow of a doubt they were the two major

19 issues, yes, ma'am.

20     Q.     And how widespread would you --

21 would you testify that HVAC systems leakage

22 was a source of water intrusion at Laguna

23 Run?

24     A.     I would say the HVAC systems, I

25 would say 50/50.

1   Q.   Fifty percent HVAC system and 50
2   percent cast iron pipe?
3   A.   Yes, ma'am.  Well, yeah, I would
4   say that.
5   Q.   Okay.  Were the -- was your
6   immediate supervisor aware of the problem
7   with the cast iron pipes deteriorating as a
8   source of water intrusion?
9   A.   Oh, of course he was.  Yes.  Yes,
10  ma'am.
11  Q.   How do you know he was aware?
12  A.   Because in one, in building U, the
13  cast iron pipe had cracked and Calvin and
14  Clyde had to jack up the wall in the dining
15  room to hold the weight because where the
16  beam was coming across was a load-bearing
17  wall and they had to cut that cast iron pipe
18  out of there.  So they had to jack it up with
19  a -- with -- use the studs to jack it up to
20  hold the -- and Brett came over and he seen
21  it was a -- it was a great job after it was
22  finished.  Great job.
23  Q.   So building U had a major water
24  intrusion issue with respect to cast iron
25  pipes?

1    A.    Yes, ma'am.

2    Q.    How prevalent or widespread would

3  you consider the mold problem to be at Laguna

4  Run?

5    A.    It was -- it was a serious issue.

6  I mean, almost, almost every other apartment

7  you seen some form of mold.

8    Q.    Okay.  And that was throughout your

9  entire time of employment with Laguna Run?

10   A.    Up until the day I left.

11   Q.    Okay.  Were there water intrusion

12  issues and mold in the common hallways at

13  Laguna Run?

14   A.    I didn't -- I didn't see much of --

15  well, in the -- in the stairwell, I seen that

16  sometimes when the -- because when you have

17  to go through the hatch, there was -- it

18  was -- it was a flat roof, and sometimes that

19  water would leak in that -- in that stairwell

20  area on -- on the flat part, it would leak

21  down by the hatch.  It would leak in that

22  area, yes.

23   Q.    Okay.  Do you have any personal

24  knowledge of the letter received by the RH

25  entities from the City of New Orleans with

1   respect to their findings from the city's
2   Code Enforcement and Hearings Bureau?
3       A.   No.  I don't -- I don't -- I don't
4   have any personal knowledge of that, but all
5   I know is when they showed up, I know when
6   they showed up.  Let me read it.  Can I read
7   this for a second?
8       Q.   Absolutely.  Take your time.
9       A.   Okay.
10      Q.   Based upon your personal knowledge
11  as a former maintenance supervisor at Laguna
12  Run, were you aware of public health and
13  safety concerns at Laguna Run?
14      A.   Oh, it's --
15           MS. EAGAN:
16                Object to the form of the
17           question.
18           THE WITNESS:
19                Yes, ma'am, I was.
20  EXAMINATION BY MS. BAGNERIS:
21      Q.   What would you consider a public
22  health and safety concern at Laguna Run?
23           MS. EAGAN:
24                Object to the form.
25           THE WITNESS:

```
 1              What would I consider -- mold,
 2          water leakage, sewer backup, all
 3          kind of things.  Leaks inside of
 4          the apartment.  Even roach
 5          infestation.  All kind of stuff.
 6  EXAMINATION BY MS. BAGNERIS:
 7      Q.    Okay.  I'm going to mark this
 8  document as Exhibit 48 in globo.  It is
 9  actually a two-page document.  I'm going to
10  show you guys the second page of it.
11              (Whereupon, the instrument referred
12          to was marked Plaintiffs Exhibit 48
13          for identification.)
14  EXAMINATION BY MS. BAGNERIS:
15      Q.    Oh, that's the second page that you
16  can see.  But you were not presented with
17  this document in order to address the
18  concerns that the city had upon its
19  inspection?
20      A.    I've never seen this document
21  before, no, ma'am.
22      Q.    And were the findings discussed
23  with you at some point by your immediate
24  supervisor?
25      A.    No, ma'am.
```

1    Q.    Okay.  What about the state fire
2  marshal who was also out there that day, were
3  you ever shown a copy of the state fire
4  marshal's reports as a result of the Laguna
5  Run inspections?
6    A.    No, ma'am.
7    Q.    Okay.  So you've never seen this
8  document that I have on the screen right now?
9    A.    No, ma'am.  I've never seen this
10  document.
11    Q.    Okay.  Were you instructed by your
12  immediate supervisor to put new fire
13  extinguishers in every unit?
14    A.    We -- fire -- fire -- what you call
15  that?  I'm losing my train of thought.  The
16  fire extinguishers.  And we went with the
17  firemens because we stayed -- we stayed at
18  work late one day because we walked around
19  with the firemens because they have to make
20  sure that each and every individual unit on
21  the property had new fire alarms.  The --
22  smoke detectors, that's -- that's what I'm
23  trying -- smoke detectors.  So we put -- I
24  mean, we had -- I mean, an enormous amount of
25  smoke detectors.  And we broke off into

1    groups and everybody took certain buildings

2    and we pulled the key to each building and we

3    went to all of those buildings and we

4    installed smoke -- smoke detectors in every

5    apartment that was on the property.

6         Q.    And was this done after the state

7    fire marshal's inspection on August 29, 2019.

8         A.    Yes, ma'am.  And it also, when the

9    state fire marshal came and they discovered

10   that we didn't have an alarm panel or fire

11   alarm panel, the -- the Fire Department, they

12   stayed on the property with a fire truck and

13   a couple of fire guys, I think, I think for

14   almost a week, until we got, until all

15   that -- all that was brought up to code.

16        Q.    Okay.  So after the state fire

17   marshal's inspection on August 29, 2019, is

18   it an accurate statement that all units

19   needed to have a smoke detector installed?

20             MS. EAGAN:

21                  Object to the form.

22             THE WITNESS:

23                  Yes, ma'am.  Yes, ma'am, it is

24             very accurate.

25   EXAMINATION BY MS. BAGNERIS:

1    Q.    So there were no smoke detectors in

2  operation prior to the state fire marshal's

3  inspection?

4    A.    Some units -- some units had -- I

5  can't -- they got something on the screen

6  here.  Some units -- some units had --

7  some -- some units had smoke detectors, but

8  we had to install more smoke detectors in

9  certain areas within the apartment.

10    Q.    How many smoke detectors would you

11  say you all installed after the fire

12  marshal's inspection?

13    A.    Oh, it was -- it was over -- I know

14  it was -- I know it was over -- I know it was

15  over 500.  I know that.  It could have been

16  close to a thousand, but I know it was -- it

17  was quite a bit.

18    Q.    How many fire extinguishers had to

19  be put into the units after the state fire

20  marshal's inspection?

21    A.    There was quite a bit of those,

22  too, because some of them were in there and

23  some of them were -- hadn't been inspected in

24  years.  They was just there and the

25  inspection date had worn.  You know, they

1    were out of inspection, so --

2        Q.    And tell me the problem again that

3    related to the -- the fire alarm system as

4    you understand it.

5        A.    The fire alarm system.  They didn't

6    have a fire alarm system to whereas if -- if

7    one of the buildings was -- was on fire, they

8    didn't have a fire alarm system connected to

9    the office to let the office know that, hey,

10   building C is on fire, building D is on fire.

11   They didn't have -- have something that would

12   immediately call out the fire alarm -- I

13   mean, call out the Fire Department.  And from

14   there, they didn't have anything that would

15   call the property manager or myself, the

16   maintenance supervisor, if it was after

17   hours.

18       Q.    And this -- this problem has since

19   been addressed?

20       A.    It's -- to my knowledge, it has

21   been addressed because the Fire Department,

22   like I said, they had to stay there for

23   almost longer than a week, I think.  They had

24   to stay there on duty.  Somebody -- the Fire

25   Department have to be there 24 hours a day.

1  And Dasmen have to pay for that until that

2  situation got rectified.

3      Q.    Okay.  I'm going to mark this

4  document as Exhibit 49.

5              (Whereupon, the instrument referred

6              to was marked Plaintiffs Exhibit 49

7              for identification.)

8  EXAMINATION BY MS. BAGNERIS:

9      Q.    All right.  Let's talk about feces

10 backing up into certain apartments.  I would

11 like to show you a video, if we can.

12             (Whereupon, video was played.)

13             THE WITNESS:

14                 They got something on this

15             screen where I can't see the video.

16 EXAMINATION BY MS. BAGNERIS:

17     Q.    So I'm going to just ask you a

18 question then since you can't see the video.

19     A.    Do you need me to get someone to

20 get this screen clear?

21     Q.    What do you mean?  I'm sorry.  I

22 don't know what y'all --

23     A.    It's on another -- going to get

24 this screen clear right quick.

25     Q.    Oh, you can't see anybody right

1 now?

2   A.  I can see you and I can see

3 Miss Emily, but the screen itself, if you are

4 trying to show me a video, I can't see that.

5   Q.  Okay.  Well, then I'm just going to

6 ask you a question then instead of -- instead

7 of showing you the video.

8   A.  All right.

9   Q.  Are you aware of Janice Morgan's

10 apartment flooding with feces and urine in

11 building G?

12   A.  Building G.  Yes, ma'am.  I'm aware

13 of that whole building that flooded with --

14 with feces and urine and all, yes, ma'am.

15   Q.  Can you, please, describe to me

16 what you personally observed in building G?

17   A.  I observed quite a few of those

18 apartments with feces and urine inside of the

19 apartments.  Some of the tenants have to --

20 have to get out of the apartments or

21 relocated because I think a pipe cracked

22 underneath or whatever, but it was -- it was

23 bad.

24   Q.  Okay.  And again, was that an issue

25 with a cast iron pipe?

1    A.    Yes, ma'am, it was.  Yes, ma'am, it
2    was.
3    Q.    Okay.  Did you personally observe
4    the fact that feces and urine were running
5    down the walls in building G?
6    A.    I seen it with my own eyes.
7    Q.    Did you personally observe that
8    feces and urine were backing up out of the
9    toilets and tubs in building G?
10    A.    Yes, ma'am.
11    Q.    Did the maintenance staff come in
12    to clean the feces and the urine?
13    A.    At first we did, but we had to
14    bring in an outside contractor to come in and
15    thoroughly clean.  All we did was vacuum the
16    water up off the floor.  And I used my
17    personal wet vac for that, but it still
18    smelled.  And we had to get an outside
19    contractor to come in and do some good
20    cleaning.
21    Q.    Do you recall who the outside
22    contractor was?
23    A.    No, ma'am, I didn't, because when
24    that happened I, you know, I was -- I didn't
25    know who they used for that.  And I just

1   called the office and told them they needed

2   to get somebody out there in a hurry to get

3   this stuff cleaned up.

4       Q.   Okay. And did any of -- were any

5   of the tenants provided with a wet dry vac to

6   address the feces and the urine themselves?

7       A.   Yes, ma'am. I think the -- the

8   older lady at the front of building G, I

9   think in 106, I think.

10       Q.   Janice Morgan, does that name ring

11   a bell?

12       A.   Ma'am?

13       Q.   Janice Morgan ring a bell as the

14   name?

15       A.   It could be Miss Janice, the slim

16   lady, yes. I -- I had left my wet vac over

17   there, you know. I left my wet vac over

18   there in case it happened again overnight.

19       Q.   Do you know if any of the tenants

20   were provided with a bucket of primer to

21   address the walls in their apartment in

22   building G?

23       A.   That I don't know. I'm not sure.

24       Q.   Do you know how long it was before

25   the tenants in building G were relocated to

1    another unit?

2        A.    I think -- no, I don't know

3    exactly, but I think 10 -- I think 103, the

4    lady in 103 or 104, I think she went and

5    stayed in a hotel or something because it

6    just was unbearable.

7        Q.    Did you see the news report on WDSU

8    with Sherman Desselle with residents

9    complaining about the feces and urine in

10   building G?

11       A.    Yes, ma'am, I did.

12       Q.    Okay.  And did you see the same

13   news report with Sherman Desselle where other

14   residents were complaining about the mold in

15   their units?

16       A.    Yes, ma'am, I did.

17       Q.    Do you know if Janice Morgan was

18   evicted shortly after that news report aired?

19       A.    Yes, ma'am, I do.

20       Q.    Do you know if Winona Cutler was

21   evicted shortly after the news report aired?

22       A.    Yes, ma'am.

23       Q.    Are you familiar with the news

24   report that had a maintenance person from

25   Laguna Run on it discussing the mold and the

1 urine and feces backing up into the building?

2     A.    Yes, ma'am.

3     Q.    Tell me what you -- what you recall

4 of what that maintenance worker said on the

5 news report.

6     A.    He was talking about the work,

7 the -- the living conditions of the tenant,

8 tenants, and the working conditions for the

9 maintenance personnel, which was, to my

10 knowledge, all true.

11     Q.    Okay.  Do you know who the

12 maintenance person was that was interviewed

13 by Mr. Desselle?

14     A.    Yes, ma'am.  I think I know, but do

15 I have to say who he was?

16     Q.    No, you don't.  No, you don't.  But

17 do you agree with the statements that were

18 made by that maintenance person in that

19 video?

20     A.    One hundred percent.

21     Q.    Okay.  Did you -- let me ask.  I'm

22 going to withdraw that question and ask you

23 another one.

24     Based upon your personal

25 observations as a maintenance supervisor at

1  Laguna Run, were you provided with an N95
2  mask in order to perform remediation of mold
3  at Laguna Run?
4      A.    No, ma'am, I was not provided with
5  no PPE.  And what they call -- what PPE means
6  in the maintenance field is proper protective
7  equipment.
8      Q.    Okay.
9      A.    And, no, I was not.
10     Q.    Were you advised by Dasmen that you
11 should wear an N95 respirator in order to
12 address the mold at Laguna Run?
13     A.    No, ma'am, I wasn't.  And it was
14 only when I brought it to the supervisor's,
15 my supervisor's attention, that I was told to
16 go to Ace and get a few respirators.
17     Q.    Okay.  And were you provided with
18 goggles from Dasmen to address the mold at
19 Laguna Run?
20     A.    No, ma'am.
21     Q.    Were you advised by Dasmen that you
22 should wear goggles in your best interest of
23 your health at Laguna Run while remediating
24 mold?
25     A.    No, ma'am.

1    Q.    Were you advised to wear
2  long-sleeve shirts by Dasmen in addressing
3  the mold at Laguna Run?
4    A.    No, ma'am.
5    Q.    Were you wearing long-sleeve shirts
6  when you were addressing the mold at Laguna
7  Run?
8    A.    No, ma'am.
9    Q.    Were you wearing goggles?
10    A.    No.
11    Q.    And prior to you addressing it with
12  your supervisor, were you all wearing any N95
13  respirators?
14    A.    The guys that were -- you know,
15  after -- after a while, the guys from that
16  point that was cutting out the Sheetrock with
17  the mold in it, then they -- they started
18  to -- and it was only about two or three of
19  the guys, they started to wear respirators
20  then.
21    Q.    Were you provided with any
22  protective gloves by Dasmen to wear in
23  connection with addressing the mold at Laguna
24  Run?
25    A.    No.

1    Q.    Were you advised to wear protective
2  gloves in connection with addressing the
3  mold?
4    A.    No, I wasn't advised to wear them.
5  Back on the gloves.  Well, I guess we can --
6  or you can say we -- because I ordered, I
7  personally ordered gloves for everyone on
8  the -- well, I ordered the gloves for --
9  for -- for garbage pickup.  So some of the
10  guys may have used their gloves for, you
11  know, other things, you know, but I ordered
12  the gloves for garbage pickup.
13    Q.    But you were not provided gloves by
14  Dasmen and advised to wear them when
15  remediating --
16    A.    Oh, no.  No.  No.  Not at all.
17    Q.    Okay.  Were you provided with
18  waterproof boots by Dasmen to wear in
19  connection with the addressing water
20  intrusion and mold at Laguna Run?
21    A.    No, ma'am.
22    Q.    Were you advised by Dasmen that you
23  should wear waterproof boots when addressing
24  mold?
25    A.    No, ma'am.

1    Q.    Did Dasmen advise you and your
2    staff of maintenance workers that those who
3    are asthmatic should not be involved in mold
4    remediation?
5    A.    No, ma'am.
6    Q.    Did you know that?
7    A.    I knew that.
8    Q.    Okay.  But did anyone advise, ask
9    the staff do any of you have asthma?
10   A.    No.  No, ma'am.
11   Q.    Do you know if any of the
12   maintenance people had asthma?
13   A.    I think -- I think Calvin may have
14   said he had asthma.  I think Clyde might have
15   mentioned that.  And maybe Henry.  I'm not
16   sure.
17   Q.    Do you know whether or not your
18   immediate supervisor knew that several of the
19   maintenance staff workers were asthmatic?
20   A.    I don't think he knew, no, ma'am.
21   Q.    Okay.  Did you have to fill out any
22   type of health form in order to be employed
23   by Dasmen?
24   A.    No.  The only thing you had to do
25   was go take a urine test.  And that was it.

1      Q.    Okay.  Do you know if children were
2   removed from buildings where Dasmen knew
3   there was mold?
4      A.    I don't think they were.  I think
5   the only time people were removed is during
6   that incident with building G.
7      Q.    Okay.  I'd like to show you a
8   document.  This is from the Centers for
9   Disease Control.  And, as you can see, it
10  states what you should wear before entering a
11  home or building with mold damage.  You were
12  never provided with any documentation from
13  the Centers for Disease Control or any other
14  public health agency stating what protective
15  gear should be worn when remediating mold?
16     A.    No, ma'am, I wasn't.
17     Q.    Okay.  I'd like to mark this as
18  Exhibit 50.
19            (Whereupon, the instrument referred
20             to was marked Plaintiffs Exhibit 50
21             for identification.)
22  EXAMINATION BY MS. BAGNERIS:
23     Q.    Did any of the maintenance workers
24  express concerns with regard to having to
25  perform mold remediation without protective

1    equipment?

2         A.    Yes.   They -- they did.   They did

3    not want to do that.   And I didn't -- I

4    didn't -- I didn't force them to do that

5    because, you know, I'm not going to tell

6    someone to do something that I wouldn't do.

7         Q.    When you served as a maintenance

8    supervisor at Laguna Run, did you experience

9    any skin problems or rashes that you claim

10   were the result of exposure to mold at Laguna

11   Run?

12        A.    Not skin problems or rashes, but I

13   know after -- after a couple of weeks there I

14   was coughing a whole lot more than I ever

15   did.

16        Q.    Okay.

17        A.    And I was having a little -- you

18   know, sometimes at night I would have little

19   chest pains or something like that.

20        Q.    Did any of the employees who you

21   supervised complain of skin problems or

22   rashes as a result of mold exposure?

23        A.    Not to my knowledge, but I know

24   quite a few of the guys, they coughed a lot.

25   I know that.

1    Q.    That was my next question.  When
2  you served as a maintenance supervisor at
3  Laguna Run, did you experience coughing or
4  wheezing that you claimed to be related to
5  your mold exposure?
6    A.    Yes, ma'am, I did.
7    Q.    Okay.  And I think you testified
8  that you were coughing more than you normally
9  would?
10   A.    Yes, ma'am.  After I started
11 working at that property.
12   Q.    Okay.  And when you stopped working
13 at the property, did you continue to have the
14 problem with coughing?
15   A.    For a little while, yes.
16   Q.    Did it eventually subside?
17   A.    Yes, ma'am, it did.
18   Q.    Okay.  When you served as a
19 maintenance supervisor at Laguna Run, did you
20 experience asthma or bronchitis that you
21 claim to be related to mold exposure?
22   A.    Not asthma, but I don't know about
23 bronchitis.  I'm not sure.
24   Q.    Did you suffer with any upper
25 respiratory issues while you were working at

```
 1    Laguna Run as a maintenance supervisor?
 2         A.    Just, you know, sometimes a little
 3    breathing every now and then.
 4         Q.    Did you experience issues with your
 5    breathing?
 6         A.    Yes, I experienced a few issues
 7    with -- with -- with breathing.  I mean, when
 8    I was -- sometimes when I was taking deep
 9    breaths, I was feeling a little -- little
10    pain or a little tightness in my -- in my
11    chest.
12         Q.    Okay.  And did you continue to have
13    those issues once you were no longer working
14    in that environment at Laguna Run?
15         A.    No, ma'am.
16         Q.    Were you diagnosed with pneumonia
17    while you worked as a maintenance supervisor
18    at Laguna Run?
19         A.    No, ma'am.
20         Q.    Do you know if any of your staff
21    members were?
22         A.    To my knowledge, no.
23         Q.    Okay.  Did you experience any
24    frequent headaches that you claim as a result
25    of your mold exposure at Laguna Run?
```

1  A.  Yes, I did.

2  Q.  Okay.  And did you suffer with

3  headaches prior to working at Laguna Run?

4  A.  No, ma'am.  I can count the

5  headaches on one hand I would get in maybe

6  two or three years.

7  Q.  So occasionally you would have a

8  headache before you worked at Laguna Run,

9  correct?

10  A.  Occasionally.  Like maybe every

11  eight months or something like that or

12  something.

13  Q.  Okay.  How frequent were you

14  experiencing headaches while you were working

15  at Laguna Run?

16  A.  Yes, ma'am.

17  Q.  How frequent?

18  A.  One like maybe once, twice a week.

19  And I was taking a lot of Advil.

20  Q.  Okay.  What about worsening sinus

21  or allergy symptoms, did you experience that

22  while working at Laguna Run?

23  A.  Not too much, no.

24  Q.  Okay.  Were you unusually tired or

25  nauseated while you were working at Laguna

1  Run?

2      A.    Yes, ma'am, I was.

3      Q.    Okay.  And did that continue once

4  you were no longer working there?

5      A.    No, ma'am, it didn't.  I mean, it

6  stopped -- it stopped -- after I stopped

7  working for Laguna Run, I -- I wasn't that

8  tired anymore.  And being tired was, I think,

9  had a lot to do with, had a lot to do with --

10  with being around that mold.  And it had a

11  lot to do with the -- the work environment

12  itself.

13      Q.    Okay.  What about tearing or

14  burning eyes, did you experience any of that

15  while you were working for Laguna Run?

16      A.    No, not the burning eyes, no,

17  ma'am.

18      Q.    Okay.  Now, a few times we've

19  discussed crime that has occurred at Laguna

20  Run.  Can you describe for me what the

21  security was like at Laguna Run?

22      A.    Well, when I first started, Dasmen

23  had their own security.  And the guy carried

24  a, carried a gun, but it wasn't -- I don't

25  think he was licensed through the State of

1    Louisiana.  Now, how they pulled that off, I

2    don't know, but I know it was a time or two

3    that I was approached, because I'm also a

4    former police officer, and there was a time

5    or two that I was approached to insight with

6    security because there were some things that

7    he would do from time to time or some kind of

8    way would try to talk to the tenants or

9    handle the tenants, and I told him that was

10   not appropriate and that that was going to

11   get him in a lot of trouble.

12          And I think, I don't know where he

13   got it from, but he approached me and asked

14   me about, you know, doing something with the

15   security because I live in New Orleans,

16   because I am a former police officer, and I

17   know the ins and outs of law enforcement.  So

18   much as to like put my life on the line for

19   Dasmen.  And I was not going to do that.

20   That --

21       Q.    Let me get this straight.  There

22   was one security officer at Laguna Run?

23       A.    One security officer at Laguna Run

24   who monitored all seven properties.  So he

25   wasn't there all day, 24 hours a day.  He was

1    at another property and if they needed him,
2    you would have to call him and then he would
3    have to come over to Laguna Run. And by that
4    time, whatever was going on was over with.
5         Q.    Do you recall his name?
6         A.    No. I don't recall his name. And,
7    after awhile, Laguna Run just contracted
8    out -- contracted security. And they had two
9    companies because they contracted one
10   security company, and after awhile they
11   didn't pay them, so they stopped coming. And
12   they contracted another security company.
13        Q.    When you had the one security
14   guard, did he patrol by car or by foot?
15        A.    He had a -- he had a SUV with
16   Dasmen's logo on it.
17        Q.    Okay. And what were the days of
18   the week that he worked?
19        A.    He was there Monday through Friday,
20   but he left before five.
21        Q.    Do you know what hours of the day
22   he worked?
23        A.    I don't know -- I didn't know his
24   hours particularly, but I know he was gone
25   before we got off.

```
 1       Q.     And would he be gone before dark?
 2       A.     Oh, definitely.  Definitely.  He
 3   was gone before -- I mean -- I mean, he
 4   was -- he got off before 5:00, so.
 5       Q.     And did he write reports based upon
 6   crime occurring on the premises?
 7       A.     I think he did a report a time or
 8   two, yes, ma'am.
 9       Q.     Okay.  And did you feel that one
10   security guard was adequate to patrol Laguna
11   Run?
12       A.     Based on my experience --
13           MS. EAGAN:
14                Object to the form.
15           THE WITNESS:
16                Based on my experience, no, it
17           was not adequate.
18   EXAMINATION BY MS. BAGNERIS:
19       Q.     Did you feel safe working at Laguna
20   Run?
21           MS. EAGAN:
22                Object to form.
23           THE WITNESS:
24                No, I didn't, but, you know,
25           unlike other people, I know how to
```

1           protect myself, but I can't say

2           that for everyone else, so.  Had I

3           been a normal person, no, I

4           wouldn't have felt safe.

5     EXAMINATION BY MS. BAGNERIS:

6           Q.    As I understood your prior

7     testimony, you all were covering each other

8     as you were completing a --

9           A.    Yes, ma'am.  We worked in pairs for

10    about two or three weeks.

11          Q.    Why did you do that?

12          A.    Well, after the shooting, it had

13    just got so hectic around there to -- I mean,

14    like they had weapons in the office.  I mean,

15    people were protecting themselves in the

16    office with weapons.  The doors were locked.

17    They didn't let anyone in.  We had weapons in

18    our vehicle, on our person, when we were

19    going into an apartment.  I mean, we just --

20    we just weren't taking any chances.

21          Q.    Okay.  And you said that two other

22    companies ended up coming on to do security.

23    Were they working, were both companies

24    working at the same time simultaneously?

25          A.    No.  One company was working.  And

1   then I think it was an issue with the pay,
2   that the company didn't get paid or anything.
3   And they hired another company.  And they
4   were working.  And they had one guard who
5   stayed in the office.  They didn't have
6   anyone patrolling the property.  I always
7   thought they should have at least had two,
8   but the young lady that stayed in the office,
9   she just stayed in the office.  And after a
10  while she just got so used to being in the
11  office, I mean, she started handling the mail
12  and other issues for some of the workers
13  because the mail issue -- the mail issue had
14  got out of control after a while.  I mean,
15  the --
16       Q.    It is my understanding that all of
17  the mailmen delivered the mail directly into
18  the leasing office, is that correct?
19       A.    That's correct.
20       Q.    How did tenants get their mail?
21       A.    Well, tenants got their mail -- the
22  thing was, the tenants had to get their mail
23  between normal working hours.  So if you got
24  off -- normally, if you got off -- if you got
25  home after 5:00, you still should have been

1   able to get your mail in your personal

2   mailbox, but because the mail -- mail issue,

3   there was a mail issue. One of the tenants

4   physically hit the post lady in the face with

5   her mail. And so she just said, the hell

6   with it, I'm not going to deliver mail

7   anymore, I'm just going to drop everything

8   off in the office and you guys take care of

9   it.

10        So we had to -- we had a big old

11   issue about that because we had to order some

12   mailboxes and we were responsible, the

13   maintenance staff, were responsible for

14   putting all the mailboxes together. And we

15   had to label them and put them in Daphne's

16   office. And when the mail came in, the --

17   the leasing agent had to stop what they doing

18   and put the mail in the allotted slots where

19   they go. And as people came in to get their

20   mail, someone had to go back there and give

21   them their mail. And I even assisted in the

22   mail -- I had to go back down to the office

23   and get mail and give them, but if it was on

24   Saturday or after five, you couldn't get your

25   mail.

1          Q.     Okay.  When they hired these two
2     security companies, did they increase the
3     number of guards?
4          A.     No.  No, ma'am, they didn't.  We
5     still had one guard at our property.
6          Q.     One guard working Monday through
7     Friday between nine and five?
8          A.     Yes, ma'am.
9          Q.     Did you see at some point there was
10    an escalation in violent crime at Laguna Run?
11         A.     Well, they always had some type of
12    crime.  Even on weekends they had shootings
13    back there.  This one guy back in apartment
14    E, he slapped a female and there was a whole
15    lot of stuff behind that because her brothers
16    came looking for him and he wasn't there.  It
17    was -- it was always something.  It was
18    always something.
19         Q.     Right.  You testified about the one
20    shooting that you were there for.  Are you
21    aware of any other shootings that have
22    occurred on the premises at Laguna Run?
23         A.     Well, I heard about shootings that
24    were done after hours and on weekends, but
25    that was the only one during business hours

1    in broad daylight.

2        Q.    Okay.  I'd like to show you an

3    article from nola.com.  Are you aware of a

4    shooting that occurred on July 15, 2019 in

5    the 6900 block of Martin Drive at the Laguna

6    Run apartments?

7        A.    Well, what day was that?

8        Q.    I'm going to show you pictures from

9    it.  I need to assign this an exhibit label,

10   Exhibit 51.

11           (Whereupon, the instrument referred

12            to was marked Plaintiffs Exhibit 51

13            for identification.)

14   EXAMINATION BY MS. BAGNERIS:

15       Q.    This is July 15, 2019.  It is my

16   understanding that the police department was

17   out in a lot of force.  Do you recall this

18   day?

19       A.    That could have been that day

20   when -- when it was three or four people got

21   shot that day.  It could have been that day.

22       Q.    This was a quadruple shooting, so

23   you are correct.

24       A.    Yes, ma'am.  That was -- that was

25   that day.

1      Q.    I'm assuming that is the shooting

2  that you were referring to that left the

3  blood stains on the stairwell?

4      A.    Yes, ma'am.

5      Q.    This is Exhibit 52.  This is

6  another photo from that same day.

7           (Whereupon, the instrument referred

8           to was marked Plaintiffs Exhibit 52

9           for identification.)

10 EXAMINATION BY MS. BAGNERIS:

11     Q.    Do you know what building it was?

12     A.    Building -- let me -- let me --

13     Q.    If you don't, it's okay.  I was

14 just asking.

15     A.    It could have been building -- it

16 could have been building Q.

17     Q.    Okay.

18     A.    I can't see none of the photos

19 because they got something on the screen.

20     Q.    Let me back up.  I thought you

21 could see these.  Let me back up.  And so

22 this is the --

23     A.    Could I get the gentleman next door

24 to clear this?  Let me -- one second.

25     Q.    I'm sorry, guys.  I thought you all

1  could see what I was sharing.

2                 (OFF THE RECORD)

3  EXAMINATION BY MS. BAGNERIS:

4      Q.    So the initial question was, do you

5  recall a quadruple shooting that occurred on

6  July 15th, 2019 at Laguna Run?

7      A.    Yes, ma'am, I do.

8      Q.    And that's the incident that you

9  were testifying about earlier with regard --

10  that left the blood on the common stairwell?

11      A.    Yes, ma'am.

12      Q.    All right.  That's Exhibit 51, the

13  nola.com article.  Then I was showing you

14  photographs from the crime scene.  Do you

15  recognize any of the people in Exhibit 52?

16      A.    Look like some of them were -- were

17  tenants from other buildings.

18      Q.    Okay.  All right.

19             (Whereupon, the instrument referred

20              to was marked Plaintiffs Exhibit 53

21              for identification.)

22  EXAMINATION BY MS. BAGNERIS:

23      Q.    I'm going to show you Exhibit 53.

24  That dumpster, that -- these dumpsters that

25  are normally near these buildings, is that

1    what you all were using to remove debris like

2    the mold, the Sheetrock with the mold, the

3    carpet with the mold, things like that?

4    Where would you put it?

5        A.    In that -- in that dumpster.  But

6    it -- over the weekend that would get filled

7    rather quickly because the tenants would use

8    it also.

9        Q.    This is another photograph from

10    July 15, 2019, courtesy of nola.com.  I will

11    make that Exhibit 54.

12            (Whereupon, the instrument referred

13            to was marked Plaintiffs Exhibit 54

14            for identification.)

15            MS. BAGNERIS:

16               And the final photo from that

17            day, we'll make that Exhibit 55.

18            (Whereupon, the instrument referred

19            to was marked Plaintiffs Exhibit 55

20            for identification.)

21    EXAMINATION BY MS. BAGNERIS:

22        Q.    Based upon your personal knowledge,

23    were any warnings given to potential tenants

24    by Dasmen regarding the potential for mold in

25    their units?

1      A.    No, not to my knowledge.

2      Q.    Based upon your personal knowledge,

3   were any warnings given by Dasmen to the

4   maintenance staff regarding health concerns

5   associated with mold exposure?

6      A.    Not at all.

7      Q.    Based upon your personal knowledge,

8   were any warnings given to tenants with small

9   children that mold exposure could cause them

10  illness?

11     A.    Not at all.

12     Q.    If called upon by the courts to

13  serve as a class representative of

14  maintenance employees who claim to have

15  suffered health effects as a result of mold

16  exposure, would you be willing to serve?

17     A.    Yes, ma'am, I would.

18          MS. BAGNERIS:

19               Let me just check real quick

20          and see if I have any other

21          exhibits.

22  EXAMINATION BY MS. BAGNERIS:

23     Q.    Oh.  This blue object in this

24  photograph, can you identify what that is for

25  me?

1     A.     Let me see can I do what she did
2  because I ain't good with this.
3     Q.     Look for the blue dumpster.  Were
4  you familiar with a blue dumpster being on
5  the property at Laguna Run?
6     A.     I was familiar with a blue -- we
7  had a blue tank out there.  It wasn't a tank,
8  but it was a -- we had supplies in a blue,
9  something blue on the property, yes, ma'am.
10    Q.     All right.  Well, then that's what
11 that is.  I'm just going to -- and what kind
12 of supplies were housed in that --
13    A.     Well, supplies that were housed in
14 there were -- were the supplies for the
15 contractors that were doing renovations.
16    Q.     Okay.  As you all were discarding
17 mold, moldy objects like Sheetrock and carpet
18 and whatnot, what special precautions did you
19 take to make sure that tenants were not
20 exposed to that in the dumpsters?
21    A.     None.  We just threw it in the
22 dumpster and that was it.
23    Q.     All right.  I want to -- oh,
24 Mr. Edwards, I forgot to ask you this.  Did
25 you also do any work at Laguna Reserve?

     1        A.     I was transferred to Laguna Reserve
     2   after the land company came and took over.  I
     3   was transferred to Laguna Reserve.
     4        Q.     Were there any similar mold
     5   problems at Laguna Reserve?
     6        A.     Yes.  I ran into an issue where I
     7   seen mold.  It was in the laundry room area
     8   behind the -- behind the AC in the laundry
     9   room area.  And I told the property manager,
    10   April, that there was mold there and I was
    11   not going to deal with it because I just left
    12   Laguna Run dealing with that and I didn't
    13   want to deal with that.  And to say the
    14   least, she got pissed and she called the
    15   property regional -- regional manager at that
    16   time, who was -- who was Janell.  And from
    17   there things went downhill because I just
    18   wasn't going to deal with mold because I
    19   didn't have to.  I told them what they had to
    20   do.  They had to get someone in there and cut
    21   it out and -- and -- and take care of it and
    22   that was not my job.  And they was -- they --
    23   they was talking about all you got to do is
    24   get some Microban and spray it on like the
    25   wall.  I said, well, if that's all that needs

1  to be done, get somebody else to do it

2  because I'm not doing it.

3      Q.    Were you aware of any water

4  intrusion issues at Laguna Reserve?

5      A.    I seen a -- seen a few over there

6  at that property also, but not to the extent

7  that it was at Laguna Run.

8      Q.    That's what I was going to ask you.

9  Was the mold as extensive at Laguna Reserve

10  as you observed it at Laguna Run?

11      A.    No, ma'am.

12      Q.    And the water intrusion issues,

13  they weren't as extensive as you observed at

14  Laguna Run?

15      A.    No, ma'am.

16      Q.    What about the cast iron pipe

17  situation, was that also a situation at

18  Laguna Reserve?

19      A.    I didn't see -- I didn't -- not to

20  my knowledge, no.  I didn't have any

21  experience with that over there.

22      Q.    Okay.  Do you know why you were

23  transferred from Laguna Run to Laguna

24  Reserve?

25      A.    Well, Daphne and I didn't see eye

1    to eye on a couple of issues. And I thought

2    it was rather stupid, but -- because Lynd

3    Company, when Lynd Company took over, Lynd

4    had a lot of rules and regulations and a lot

5    of people had wind up quitting, I mean,

6    because if you didn't have any driver's

7    license, you couldn't bring your property, I

8    mean, bring your vehicle on the property,

9    which meant that you had to park your vehicle

10    off the property. So if you are working way

11    in the back on one property and you park your

12    vehicle outside of the property, so every

13    time you needed another tool, because if you

14    got a lot of tools, you can't carry all your

15    tools with you everywhere you go, so you have

16    to walk and go get your, that particular tool

17    that you needed way in the front and walk all

18    the way to the back. A lot of guys weren't

19    going for that.

20          You couldn't smoke on the property.

21    You know, tenants could smoke on the

22    property, but Lynd didn't allow the employees

23    to smoke on the property. So they just -- a

24    lot of guys just said they didn't have to put

25    up with that, they just quit.

1          So -- and they sent me over there
2    because of the -- Chad, who was the
3    maintenance supervisor over there, had quit.
4    And he didn't want to deal with it anymore.
5    So they didn't have nobody to do their
6    Sheetrock work, so they sent me over there
7    and left Roderick, Ricky, at Laguna Run.
8          Q.    How many maintenance employees did
9    you have at Laguna Reserve?
10         A.    It was just me, a porter named
11   Randy -- two porters, Randy and Darnell.  And
12   that was it.  And after about two weeks, two
13   weeks later, they sent Dwayne Chaney over
14   there because Dwayne and Daphne had got into
15   it at that time.  So they shipped him over
16   there also.
17         Q.    How many work orders would you
18   receive per month at Laguna Reserve?
19         A.    Per month or per day?
20         Q.    Well, per day.  Give me the per day
21   first.
22         A.    Per day, probably about five,
23   probably about five or six.  You know, it
24   was -- it was -- it was well under control.
25   The work orders was well under control.  And

1 the property was well maintained and well

2 kept.  You know, not to the extent of --

3 nothing to extent of Laguna Run.

4   Q. Have you ever seen anything in your

5 entire career working as a maintenance person

6 at an apartment complex like what you saw at

7 Laguna Run?

8     MS. EAGAN:

9       Object to the form.

10     THE WITNESS:

11       No, I haven't.  And I wouldn't

12     wish that on anyone.

13 EXAMINATION BY MS. BAGNERIS:

14   Q. Okay.  How were you all abating

15 mold at Laguna Reserve?

16   A. I don't know how they did that.

17 They had -- she -- she got Randy and Darnell

18 to go in and cut the Sheetrock out because I

19 refused to do it and Dwayne refused to do it

20 also.

21   Q. Okay.  And who was the person who

22 was supervising you guys at Laguna Reserve?

23   A. April was the property manager.  I

24 was the -- I was the supervisor up until that

25 incident.  And Janell came in and told me

1  that they no longer needed me to be the

2  supervisor and that I was going to take a pay

3  cut.  And I quit at that point because I

4  wasn't going to take no pay cut.  They was

5  going to knock me down from $23 an hour to

6  $18 an hour and I wasn't taking no pay cut.

7      Q.    Were you transferred after the news

8  story ran with the maintenance?

9      A.    Oh, yes, ma'am.  Yes, ma'am.

10     Q.    How long after that news report

11  were you transferred?

12     A.    Probably -- probably about a month

13  or so after.  It was -- it was -- it was

14  right after, right after Lynd took over

15  because -- and I think it had a lot to do

16  with Lynd taking over because when Lynd took

17  over, Brett's position, my supervisor's

18  position, they didn't have his position

19  within their company, which meant that Daphne

20  didn't have to go through Brett.  She went

21  straight to Janell and they bypassed Brett,

22  so she was able to get that done.  Because

23  had Dasmen still been there, she would have

24  to go through Brett and Brett wouldn't have

25  let it happen.

Q.   Did the maintenance process improve under Lynd at Laguna Run?

A.   It got worse.

Q.   How so?

A.   Well, because a lot of, a lot of people -- like I said, a lot of the guys quit, which means the work orders kept building up more and more and more. And here in New Orleans, Lynd doesn't have such a great reputation. And nobody wants to work for them. And one of the reasons why is because they only offer four holidays a year. Now, what company in their right mind -- when you do manual labor such as maintenance people like we do, what company in their right mind make you work on Labor Day.

Q.   Okay. So based upon your personal observations, the work orders got even worse once Lynd took over?

A.   Yes, ma'am.

Q.   Okay.

A.   But I -- they told me that they solved that situation. And the way they solved that situation is that somebody just said the hell with it, take all the work

1  orders out the system, go back down to zero,

2  and when the tenants come in tomorrow and

3  they start making, need a work order, we

4  start from there.  So that's how -- that's

5  how Lynd cleared that up.

6      Q.   So all of the work orders, the

7  backlog of work orders was deleted from the

8  system to start from zero as if there had

9  been none?

10     A.   That's what -- that's what I heard.

11 I wasn't there to witness that, but this is

12 what I am told from some of my, some of the

13 guys that I've worked with since I left, that

14 I worked with through with Dasmen since I

15 left.  That's what happened.

16         MS. BAGNERIS:

17             I want to thank you,

18         Mr. Edwards.  I know this has been

19         a very long deposition.  And I

20         appreciate your patience with this

21         process.  I know there were other

22         places that you could have been

23         today, working being one of them,

24         and I do appreciate your time.

25             I tender the witness.  I'm

```
 1              going to stop my screen at this
 2              point.
 3         MS. EAGAN:
 4              Mr. Edwards -- does anybody
 5              else want to go first or do you
 6              want me to do it?
 7    EXAMINATION BY MS. EAGAN:
 8         Q.    My name is Emily Eagan.  We met a
 9    little while ago.  In fact, I think we met a
10    couple months ago at the property.  I just
11    have a few questions.  I'm going to try to be
12    very fast.  And, like I said, I speak very
13    quickly.  So if you don't understand me,
14    you're not going to offend me if you tell me
15    to slow down or repeat the question.  All
16    right?  Is that fair?
17         A.    Yes.  That's fair.
18         Q.    All right.  Good deal.  I'm going
19    to jump around a little bit because I don't
20    have to go through everything, I just want to
21    have -- to follow up on just a couple things.
22         A.    I understand.
23         Q.    So let's start kind of at the end.
24    With respect to your personal health issues
25    that you claim are related to the mold, the
```

headaches and the coughing, have you seen any
doctors related to that?

     A.    I went to my personal doctor and
I -- when I told him what happened, but I
don't -- I didn't -- I want to say, yes, I --
yes, I did, but I don't -- it's not such a
big deal to me right now.  I mean, maybe in
the future it will be with my health, but let
me get you back on the screen.  Hold on a
second.

          MS. EAGAN:

               Oh, yeah.  Sure.

               (OFF THE RECORD)

EXAMINATION BY MS. EAGAN:

     Q.    Did your doctor tell you that your
complaints were related to the mold that you
had potentially been breathing in?

     A.    Well, no, he didn't, but I know my
body and I know how I feel and I know
where -- where I've been.  And I -- I know
from -- I know that I didn't started feeling
like that 'til after I started working for
Dasmen.  And when I stopped working at Laguna
Run it kind of got better.

     Q.    Okay.  That's fair.  What is the

1  name of your doctor, sir?

2      A.    The name of my doctor is Dwight

3  McKenna.

4      Q.    Okay.  All right.  And again,

5  bouncing around a little bit, you testified a

6  little earlier -- and again, I'm not trying

7  to put words in your mouth, so if I say

8  something that you don't believe you said,

9  just stop.  But I believe you said you

10  understood that Miss Morgan and Miss Carter

11  had been evicted fairly shortly after that

12  news report, is that right?

13      A.    Yes, ma'am, because I understood

14  that the rules were, Dasmen's rules were if

15  you were a tenant and you talked to the news

16  media, you -- a tenant or an employee, and

17  you talk to the news media to anything

18  relating to what's going on there, you will

19  be evicted.  And they were evicted.

20      Q.    That's -- that's your understanding

21  of why they were evicted?

22      A.    Yes, ma'am.

23      Q.    Okay.

24      A.    Because leading up to that point, I

25  don't think they had any issues because both

1 of those tenants were, to my knowledge,

2 were -- were on Section 8.  And I don't think

3 that they had any issues with -- with -- with

4 paying the rent or anything like that.  I

5 don't know for sure, I'm not in the office

6 every day, that's not my job, not my concern,

7 but it's just coincidental that it happened

8 like that.

9   Q. So that is a suspicion, it's not --

10 it's not knowledge, fair to say?

11   A. I wouldn't say it's fair to say.  I

12 know that was -- that was the scuttlebutt

13 going around in the office.

14   Q. I see.  Okay.  Fair enough.  And

15 Ms. Bagneris showed you a bunch of pictures

16 kind of at the beginning of the roofs of all

17 the -- the units.  Do you recall those?

18   A. Yes.

19   Q. Did you take any of those pictures?

20   A. No.  I didn't take any of those

21 pictures.

22   Q. Okay.  Do you know when any of

23 those pictures were taken?

24   A. No, but I think Mrs. Bagneris said

25 that it was taken just a couple days ago.

1     Q.   Well, yeah, I think they were

2  downloaded a couple days ago, but I don't

3  know when they were taken.  Do you know when

4  they were taken?

5     A.   No.  I don't know.

6     Q.   And I understand that you went to

7  work officially for Dasmen, not as a

8  contractor, but as a maintenance supervisor

9  in March 2019.

10     A.   Yes, ma'am.

11     Q.   When did you -- and I understand

12  that ultimately Lynd took over and you

13  continued your employment at Lynd, is that

14  right?

15     A.   Yes, ma'am.

16     Q.   For a little while at Laguna Run,

17  is that right?

18     A.   It was about a week or -- week or

19  two more at Laguna Run and then I was off to

20  Laguna Reserve.

21     Q.   Got it.  So how long did you stay

22  at Laguna Reserve before you quit?

23     A.   About another month or two.

24     Q.   Okay.  We talked about the problems

25  in building G, the -- the feces and the

 1  urine.  It's hard to ask this question, I
 2  will apologize, but I'm going to screw it up.
 3  I know it probably took a while to fix that
 4  problem, but was that an individual problem
 5  or was that an ongoing problem?
 6      A.    I don't think it was an individual
 7  problem.  It was -- it was a problem in
 8  that -- in that building.  So I guess it was
 9  within that building because, I mean, if it's
10  individual, one apartment probably would back
11  up, but to have three or four apartments back
12  up, it's a problem with the building.
13      Q.    Got it.  Did that problem with the
14  building, building G, happen once or did it
15  happen multiple times?
16      A.    To that extent -- to that extent,
17  it happened once, but we would always get
18  backups throughout, you know, throughout the
19  property we would always get backups.  I
20  mean, it's -- it's -- it's just a plumbing
21  issue at that property.
22      Q.    Sure.  Understand.  But the issues
23  that happened in building G were not the type
24  of issues that you had at the other
25  buildings?

1    A.    Well, nothing never happened to
2  that extent in any other building, if that's
3  what you're asking.
4    Q.    That is what I'm asking.  Thank you
5  so much.  And then I guess you testified
6  earlier that your understanding was that the
7  properties were owned or still owned by
8  Rhodium, is that right?
9    A.    Rhodium Enterprises, yes.
10    Q.    Rhodium Enterprises.  And I will
11  represent to you that actually the Laguna Run
12  property owner is actually a company called
13  RH Eastlake.  Do you know -- have you heard
14  that's the name, RH Eastlake?
15    A.    Say again.
16    Q.    RH Eastlake.
17    A.    Never heard of that.
18    Q.    Okay.  But we can -- for your
19  purposes, we can call the property owner
20  Rhodium, okay, but I just want to make clear
21  on the record that Rhodium doesn't actually
22  own the property.  But if that's what you
23  know, let's talk about Rhodium.
24         Did you ever have any conversations
25  or direct contact with any of the Rhodium

```
1    people, with any of the owners of the
2    property?
3         A.    After -- after I stopped working,
4    after I stopped working for Dasmen and Lynd,
5    I was asked to come over and do some work
6    through another private contractor who was
7    doing some renovations for Rhodium.  I was
8    able to -- I was asked to come over and do AC
9    work because I'm a -- I'm a certified AC
10   technician by trade, so I actually go over
11   there and do some AC work and -- Brett and I
12   are also good friends also.  And they didn't
13   have anybody on staff who was licensed to
14   purchase AC supplies, so he asked me to do
15   that.  And I did.
16        Q.    Got it.  Which property was that,
17   do you remember?
18        A.    He got some things, I don't know
19   exactly what property he took them to, but,
20   you know, he got a bunch of stuff,
21   thermostats, transformers, contactors,
22   capacitors, stuff like that, just basic stuff
23   for air conditioning equipment.
24        Q.    Got it.
25        A.    And he probably took it to quite a
```

1    few different properties.

2       Q.    Other than Laguna Run and Laguna

3    Reserve, did you work at any of the other

4    Rhodium properties in the East?

5       A.    I went to -- I went to Carmel

6    Brooks.  I did some things over there because

7    they had an AC issue over there.  I went to

8    Orwood Creek because the little guy James,

9    they had an issue over there he couldn't

10    figure out, so I went over there to help him

11    with that.  So I went to quite a few of them.

12       Q.    Okay.  Did you observe the same

13    types of issues that you were seeing at

14    Laguna Run at those other properties?

15       A.    Oh, no.

16       Q.    Okay.

17       MS. EAGAN:

18           Mr. Edwards, those are all the

19           questions I have.  Thank you very

20           much for spending this time with

21           us.

22           I will tender the witness.

23       MS. GAILMOR:

24           I just have a couple of

25           questions.  Is it okay if I go?

```
 1            Troy?  Okay.  I'm just going to go
 2            ahead.
 3   EXAMINATION BY MS. GAILMOR:
 4       Q.    Mr. Edwards, my name is Cassie
 5   Gailmor.  I represent some of the
 6   other defendants, Eastlake Development, KFK
 7   Development and KFK Group.  I just have a
 8   couple questions for you.
 9            Did you ever work at the Laguna Run
10   property in 2007 -- '17?  Excuse me.
11       A.    Yes, I did.
12       Q.    Who did you work for when you were
13   working at Laguna Run in 2017?
14       A.    I think that was Multifamily
15   Management, something like that.
16       Q.    Is that a property management
17   company?
18       A.    Yes, ma'am.  But the name of that
19   company, the name of the property at that
20   time was Hidden Lake.
21       Q.    Who owns Hidden Lakes since 2017?
22       A.    Say again.
23       Q.    Who owned Hidden Lakes in 2017?
24       A.    I don't know.
25       Q.    And you don't remember the name of
```

1   the company you worked for?

2       A.    It was -- I think it was called

3   Multifamily Management or something like --

4   something to that.  No, I don't remember the

5   name exactly.

6       Q.    Okay.  What was the state of the

7   property -- when did you first start working

8   for Multifamily Management at Laguna Run or

9   Hidden Lakes, which is what it was called

10  back then?

11      A.    I don't know exactly what day, the

12  date, but I'm pretty sure it was in, I think

13  it was in -- I don't -- I think it was -- I

14  think it was even before two thousand -- I

15  think it was before 2017.  But, anyway, to

16  answer your question, if you're asking was it

17  in the condition that it is in now, no, it

18  wasn't.

19      Q.    Okay.  That was actually my next

20  question.  I was trying to figure out when

21  your start date was at Hidden Lakes.  Like,

22  for example, did you start in 2015, 2016 or

23  2017?

24      A.    I think it was in -- I think it was

25  in 20 -- I think I worked there in 2015, if

1  I'm not mistaken.

2    Q.    Okay.  And you worked there from

3  2015 until 2017, is that correct?

4    A.    No.  It -- no, it wasn't that long

5  because I had issues with the property

6  manager.  It wasn't that long.

7    Q.    Okay.  Okay.  To give you some

8  background, my client owned the property that

9  was called Hidden Lakes then prior to

10  December 2017.  And my next question, which

11  you sort of already answered, what was the

12  state of the property when you worked there

13  in 2017 and prior at the Hidden Lakes?

14    A.    Well, it was -- it was -- I would

15  have given it a, maybe a C, a C property.

16  They did have plumbing issues.  It had a lot

17  of backups.  And you had to put the machine

18  on top of the roof and go through the vent to

19  unclog it.  But the leaks, the AC leaks and

20  the cast iron pipe leaks, I didn't see that

21  too much during that time.

22    Q.    You would agree that having

23  plumbing backups versus plumbing leaks, water

24  intrusion and feces coming out of the walls,

25  are very different things, correct?

1  A. Oh, yes, ma'am.

2  Q. And is it fair to say that almost

3 all properties have a plumbing backup issue

4 at some point?

5  A. It wouldn't be a property if it

6 didn't.  You are going to have those issues.

7  Q. Right.  It is pretty common,

8 correct?

9  A. It's common to have plumbing

10 issues, but what I've seen at Laguna Run,

11 I've never seen before and I don't think I'll

12 ever see it again.

13  Q. Right.  But when it was Hidden

14 Lakes, can we agree that the plumbing issues

15 were limited to backups and not the same

16 issues you were seeing when the property

17 became Laguna Run?

18  A. Yes, ma'am.  And I think that's --

19 that's -- I don't -- I don't know what caused

20 that.  Maybe the age or the property getting

21 older or whatever and -- because -- I don't

22 know.  Yes, ma'am, we can agree to that.

23 Yes, ma'am.

24  Q. Were there any mold complaints when

25 the property was Hidden Lakes in 2017 or

1      prior to your knowledge?

2          A.     To my knowledge, no.

3          Q.     Were there any shootings to your

4      knowledge at the property when it was Hidden

5      Lakes in 2017 and prior?

6          A.     To my knowledge, no.

7          Q.     Were there regular security issues

8      and concerns at the property when it was

9      Hidden Lakes in 2017 and prior?

10         A.     I don't think they had security

11     there at that time.

12         Q.     Sorry.  Do you mind repeating that

13     for me?

14         A.     I don't think they had any security

15     there at that time.

16         Q.     But did they have security issues

17     there during that time that you are aware of?

18         A.     Not that I'm aware of, no.

19         Q.     Okay.  So as someone that was

20     regularly at the property in 2017 as an

21     employee when it was Hidden Lakes and then to

22     return to the property years later in 2019,

23     it was a pretty significant change in the

24     condition, would you agree with that?

25         A.     Yes, ma'am, I do.

1      Q.    When you worked at Hidden Lakes,

2  were you working in maintenance?

3      A.    Yes, ma'am.

4      Q.    Were your tasks and duties similar

5  to what you were doing at Laguna Run?

6      A.    Yes, ma'am, with the exception that

7  I was not the supervisor at that time.

8      Q.    Okay.  And you were taking work

9  orders made by tenants and going into

10  apartments and fixing things, is that a fair

11  assessment of what you were doing at Hidden

12  Lakes?

13      A.    Yes, ma'am.  That's the process.

14      Q.    Okay.  So you have an intimate

15  knowledge of what the condition of Hidden

16  Lakes was in 2017 on both the exterior, but

17  also inside the units, correct, because

18  you -- you went in there to service them

19  presumably when there were plumbing leaks --

20  plumbing, excuse me, backups or other

21  potential issues, correct?

22      A.    Correct.  Let me say again, I

23  didn't work there in 2017.  It was probably

24  2015 going into maybe '16, but I didn't work

25  there in 2017.

1     Q.    Okay.  But you were there prior to

2  2017 when the -- the sale, correct?

3     A.    Yes, ma'am.

4     Q.    And did you find that the

5  complaints or the work orders for Hidden

6  Lakes prior to 2017 were pretty routine and

7  standard?

8     A.    Yes, ma'am.

9     Q.    Nothing like you were dealing with

10  at Laguna Run, correct?

11     A.    Correct.

12     Q.    Have you ever worked for Eastlake

13  Development?

14     A.    Eastlake Development?

15     Q.    Yes, sir.

16     A.    I -- I am not sure.  I don't know

17  if that was the company because I know at one

18  time the property, that property was called

19  Eastlake before it was Hidden Lake.

20     Q.    Okay.  Have you ever worked for KFK

21  Development?

22     A.    Say again.

23     Q.    Have you ever worked for KFK

24  Development?

25     A.    KFK.  No, not to my knowledge.

1     Q.    Okay.  And these aren't trick

2  questions.  Have you ever worked for KFK

3  Group?

4     A.    Not to my knowledge, unless it was

5  out of town in Houston, Texas.

6     Q.    Have you ever worked for Latter &

7  Blum Property Management?

8     A.    Yes, I have.

9     Q.    When did you work for Latter &

10  Blum?

11     A.    It was -- I don't know the exact

12  year, but it was after Hurricane Katrina.

13     Q.    Did you ever work for Latter & Blum

14  Property Management at Hidden Lakes

15  apartments?

16     A.    No, ma'am.  When I worked for

17  Latter & Blum --

18     Q.    Did you ever --

19     A.    -- it was in the Fisher -- the

20  Fisher Housing Project.

21     Q.    Okay.  And did you ever work for

22  Latter & Blum Property Management at Eastlake

23  apartments?

24     A.    No, ma'am.

25     Q.    Your work schedule when you worked

```
 1    at Hidden Lakes, was it Monday through
 2    Friday, eight to five?
 3         A.    Yes, ma'am.
 4         Q.    All right.  So you were working
 5    full time, huh?
 6         A.    Yes, ma'am.
 7         Q.    Did you ever feel a need to work on
 8    the weekends to catch up on work orders when
 9    you were working for Hidden Lakes only?
10         A.    Hidden Lake, no.
11         Q.    Okay.
12         MS. GAILMOR:
13               Those are all my questions.
14         Thank you so much, Mr. Edwards.
15         We've taken up so much of your
16         time.  And we really appreciate
17         you.
18         THE WITNESS:
19               All right.  Thank you.
20         MS. GAILMOR:
21               Troy, do you have any?
22         MR. BELL:
23               Yeah.  Mr. Edwards, I have no
24         questions for the witness.  Thank
25         you for your time today.
```

1          THE WITNESS:

2                Thank you, sir.

3     EXAMINATION BY MS. BAGNERIS:

4          Q.    Mr. Edwards, I just have a few

5     short follow-up questions.  You testified

6     that there was a rule to evict any tenant

7     that spoke to the media about the conditions

8     at Laguna Run.  How did you become aware of

9     this rule?

10         A.    In the office from the property

11    manager.

12         Q.    And what was the name of the

13    property manager?

14         A.    Daphne Walker.

15         Q.    And what exactly was communicated

16    to you?

17         A.    Well, when -- when they were out

18    talking to the -- the news media outside of

19    the gate, it was like -- it was like -- I'm

20    going to tell you exactly what was said.

21    They -- what was said is, "They are going to

22    get put the fuck out of here because Dasmen

23    don't play that shit."  That -- that's what

24    was said.

25         Q.    And we're speaking of the day that

1  Janice Morgan and Winona Cutler and I were

2  outside the gate speaking to Channel --

3       A.    Yes, ma'am.  Yes, ma'am.  That's

4  exactly what was said.  That's exactly what

5  was communicated amongst all of us.  "They

6  are going to get put the fuck out of here

7  because Dasmen don't play that shit."

8       Q.    And that's exactly what happened,

9  correct?

10      A.    That's exactly what happened.

11           MS. EAGAN:

12                I object to the form of that

13           last question.

14  EXAMINATION BY MS. BAGNERIS:

15      Q.    They were evicted shortly after

16  they --

17      A.    Shortly after, yes, ma'am.

18      Q.    You were asked about the -- the

19  roof shots that I showed you earlier.

20                I need to share my screen again,

21  guys, if you don't mind.  I'm sorry.  There's

22  one of these that I just saw that has the

23  date on it.  I'm sorry, guys.  I just had it

24  and I lost it.

25                Oh, okay.  It is this photo.  Okay.

1    Do you see on there where it says Photo -
2    January 2020 in the top left corner?
3          A.    No.
4          Q.    It says Laguna Run and then it says
5    Photo - January 2020?
6          A.    I see Laguna Run, but our picture,
7    my -- me, you and Miss Eagan, I think that's
8    her name, we're covering that up.  So I do
9    see underneath where it says, I see PHO, and
10   that's all I can see.
11         Q.    Oh, I see.  So you can't see that.
12   Okay.  Well, if I represent to you that these
13   photos of the roof of Laguna Run and the
14   outside of Laguna Run were shot by Raven
15   Simone -- Raven Stone, Photo - January 2020,
16   and uploaded to Google Earth, would you have
17   any reason to dispute that?
18         A.    No, ma'am, I wouldn't.
19               MS. BAGNERIS:
20                     I would like to mark this photo
21               as Exhibit 57.
22               (Whereupon, the instrument referred
23               to was marked Plaintiffs Exhibit 57
24               for identification.)
25   EXAMINATION BY MS. BAGNERIS:

1    Q.    And you were still employed by

2  Dasmen in January of 2020, correct?

3    A.    January of 2020?

4    Q.    Yes.

5    A.    No, ma'am, I wasn't.

6    Q.    When did you -- when did your

7  employment cease?

8    A.    I think it was the last of October

9  or the beginning of November of 2019.

10        MS. BAGNERIS:

11            I think that's all I have.

12        Thank you very much.  I have no

13        further questions.

14        THE WITNESS:

15            Okay.  Thank you.

16        VIDEOGRAPHER:

17            This concludes this deposition.

18        The time is 5:11.

19        (OFF THE RECORD)

20        MS. BAGNERIS:

21            So, Ronald, you will have an

22        opportunity to receive the

23        transcript, which is the questions

24        and the answers the court reporter

25        has put together.  And you can

```
 1          review that.  And if there are any
 2          errors in the way it has been
 3          transcribed, you will be able to
 4          fill out a sheet at the back of the
 5          document letting us know what is
 6          incorrect.  Would you like to have
 7          the opportunity to do that or would
 8          you like to waive your right to do
 9          that?
10     THE WITNESS:
11          Yes, I would like to have the
12          opportunity to do that.
13     MS. BAGNERIS:
14          Okay.  Well, it will be sent to
15          you at your home address and you
16          can read it at your leisure and
17          make the changes and send it back
18          to the court reporter.
19     THE WITNESS:
20          Okay.  So if there is no
21          changes that need to be made, do I
22          have to send it back?
23     MS. BAGNERIS:
24          Send it with no changes
25          whatsoever.
```

```
1              THE WITNESS:
2                   Okay.  Thank you.
3              MS. BAGNERIS:
4                   All right.  Thank you so much.
5                   (OFF THE RECORD)
6              COURT REPORTER:
7                   Cassie, do you need a copy of
8              this deposition?
9              MS. GAILMOR:
10                  Yes, please.
11             COURT REPORTER:
12                  Okay.  Miss Eagan?
13             MS. EAGAN:
14                  Yes, please.
15             COURT REPORTER:
16                  Troy?
17             MR. BELL:
18                  Yes, please.
19             COURT REPORTER:
20                  Thank you.
21             MS. BAGNERIS:
22                  Okay.  So we are going to take
23             a break.  Everybody regroup.  When
24             it is comfortable for everybody,
25             we'll regroup.
```

1

2          (Whereupon, the deposition was

3     concluded at this time.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

## WITNESS CERTIFICATE

I, **RONALD LEON EDWARDS**, do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____      _____
DATE SIGNED                    WITNESS' SIGNATURE

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN:  August 10, 2020

1       <u>R E P O R T E R ' S  C E R T I F I C A T E</u>

2

3      I, MARGARET MCKENZIE, Certified Court
Reporter, in and for the State of Louisiana,
4 as the officer before whom this testimony was
taken, do hereby certify that **RONALD LEON**
5 **EDWARDS**, after having been first duly sworn
by me upon authority of R. S. 37:2554, did
6 testify as hereinabove set forth in the
foregoing 194 pages; that this testimony was
7 reported by me in the stenotype reporting
method, was prepared and transcribed by me or
8 under my personal direction and supervision,
and is a true and correct transcript, to the
9 best of my ability and understanding; that
the transcript has been prepared in
10 compliance with transcript format guidelines
required by statute or by rules of the board;
11 that I have acted in compliance with the
prohibition on contractual relationships, as
12 defined by Louisiana Code of Civil Procedure
Article 1434, and in rules and advisory
13 opinions of the board; that I am not related
to counsel or to the parties herein, nor am I
14 otherwise interested in the outcome of this
matter.

15

16

17     <u>MARGARET MCKENZIE, CCR, RPR, RMR, CRR</u>
CERTIFIED COURT REPORTER
18

19

20

21

22

23

24

25

# #

**#301A** [1] - 1:23

# $

**$1,200** [1] - 54:16
**$18** [1] - 166:6
**$2,800** [1] - 54:15
**$23** [1] - 166:5
**$4,000** [3] - 54:12, 54:13, 54:16
**$50,000** [1] - 42:15

# '

**'16** [1] - 183:24
**'17** [1] - 178:10
**'70** [1] - 76:7
**'71** [1] - 76:7

# 1

**1** [2] - 28:16, 28:21
**1**................................
.. [1] - 4:10
**10** [5] - 41:7, 58:1, 58:3, 136:3, 194:20
**10**................................
.. [1] - 4:14
**103** [2] - 136:3, 136:4
**104** [1] - 136:4
**106** [1] - 135:9
**10th** [2] - 1:13, 6:5
**11** [3] - 58:16, 58:18, 59:6
**11**................................
.. [1] - 4:15
**12** [8] - 13:20, 14:7, 18:18, 21:2, 23:2, 41:2, 59:6, 59:8
**12**................................
.. [1] - 4:15
**120** [1] - 41:11
**13** [2] - 59:22, 59:24
**13**................................
.. [1] - 4:16
**14** [2] - 60:14, 60:16
**14**................................
.. [1] - 4:16
**1434** [1] - 195:12
**15** [6] - 65:9, 65:11, 103:15, 155:4, 155:15, 158:10
**15**................................
.. [1] - 4:17
**15th** [1] - 157:6
**16** [2] - 69:2, 69:4
**16**................................
.. [1] - 4:17

**17** [2] - 70:16, 70:18
**17**................................
.. [1] - 4:18
**17th** [1] - 11:20
**18** [2] - 70:25, 71:2
**18**................................
.. [1] - 4:18
**187** [1] - 4:5
**19** [3] - 71:9, 71:11, 76:7
**19**................................
.. [1] - 4:19
**194** [1] - 195:6
**1965** [1] - 11:20
**1970** [1] - 116:14
**1:19** [2] - 1:13, 6:6

# 2

**2** [2] - 29:21, 29:23
**2**................................
. [1] - 4:10
**20** [5] - 13:7, 71:19, 71:21, 103:16, 179:25
**20**................................
.. [1] - 4:19
**2007** [1] - 178:10
**2015** [4] - 179:22, 179:25, 180:3, 183:24
**2016** [1] - 179:22
**2017** [17] - 178:13, 178:21, 178:23, 179:15, 179:23, 180:3, 180:10, 180:13, 181:25, 182:5, 182:9, 182:20, 183:16, 183:23, 183:25, 184:2, 184:6
**2018** [3] - 54:5, 55:10, 55:15
**2019** [15] - 13:10, 22:17, 49:2, 106:23, 107:4, 109:4, 129:7, 129:17, 155:4, 155:15, 157:6, 158:10, 173:9, 182:22, 190:9
**2020** [9] - 1:13, 6:5, 70:2, 189:2, 189:5, 189:15, 190:2, 190:3, 194:20
**20th** [2] - 23:13, 23:14
**21** [1] - 26:7
**23** [2] - 78:21, 78:23
**23**................................
.. [1] - 4:20
**24** [2] - 80:9, 80:11,

131:25, 148:25
**24**................................
.. [1] - 4:20
**240** [1] - 72:22
**25** [3] - 12:13, 80:20, 80:22
**25**................................
.. [1] - 4:21
**250** [1] - 27:21
**26** [2] - 82:12, 82:14
**26**................................
.. [1] - 4:21
**27** [2] - 83:13, 83:15
**27**................................
.. [1] - 4:22
**2700** [1] - 2:17
**2714** [1] - 1:18
**275** [1] - 27:23
**28** [3] - 4:10, 84:8, 84:10
**28**................................
.. [1] - 4:22
**29** [5] - 4:10, 86:22, 86:24, 129:7, 129:17
**29**................................
.. [1] - 4:23
**29th** [2] - 106:23, 107:4
**2:19-CV-13650** [1] - 1:4

# 3

**3** [2] - 30:8, 30:10
**3**................................
. [1] - 4:11
**30** [7] - 4:11, 4:11, 12:13, 43:6, 86:12, 87:25, 88:2
**30**................................
.. [1] - 4:23
**300** [4] - 26:24, 27:3, 27:20, 27:21
**31** [3] - 4:12, 88:11, 88:13
**31**................................
.. [1] - 4:24
**310-2100** [1] - 2:18
**32** [2] - 91:18, 91:20
**32**................................
.. [1] - 4:24
**33** [2] - 92:7, 92:9
**33**................................
.. [1] - 4:25
**35** [2] - 95:1, 95:3
**35**................................
.. [1] - 5:3
**36** [2] - 95:16, 95:18

.. [1] - 5:3
**37:2554** [1] - 195:5
**3:20** [1] - 114:18
**3:39** [1] - 114:22

# 4

**4** [2] - 30:19, 30:21
**4**................................
. [1] - 4:11
**40** [3] - 56:16, 109:19, 109:21
**40**................................
.. **109** [1] - 5:4
**400** [3] - 25:21, 25:25, 56:11
**403** [1] - 1:18
**41** [2] - 111:25, 112:2
**41**................................
.. **112** [1] - 5:4
**42** [3] - 56:12, 113:8, 113:10
**42**................................
.. **113** [1] - 5:5
**428** [1] - 25:22
**43** [2] - 115:25, 116:2
**43**................................
.. **116** [1] - 5:5
**44** [2] - 119:23, 119:25
**44**................................
.. **119** [1] - 5:6
**442** [1] - 25:22
**450** [1] - 26:1
**46** [2] - 122:4, 122:6
**46**................................
.. **122** [1] - 5:6
**47** [2] - 122:19, 122:21
**47**................................
.. **122** [1] - 5:7
**48** [2] - 127:8, 127:12
**48**................................
.. **127** [1] - 5:7
**4800** [1] - 2:5
**49** [2] - 132:4, 132:6
**49**................................
.. **132** [1] - 5:8
**491-6806** [1] - 1:24

# 5

**5** [3] - 17:1, 31:19, 31:21
**5**................................
.. [1] - 4:12
**50** [5] - 38:7, 116:15, 124:1, 142:18, 142:20
**50**................................
.. **142** [1] - 5:8

.. [1] - 5:3
**500** [2] - 18:8, 130:15
**504** [6] - 1:19, 1:24, 2:6, 2:12, 2:18, 3:4
**51** [3] - 155:10, 155:12, 157:12
**51**................................
.. **155** [1] - 5:9
**52** [4] - 4:12, 156:5, 156:8, 157:15
**52**................................
.. **156** [1] - 5:9
**53** [2] - 157:20, 157:23
**53**................................
.. **157** [1] - 5:10
**54** [2] - 158:11, 158:13
**54**................................
.. **158** [1] - 5:10
**55** [3] - 4:13, 158:17, 158:19
**55**................................
.. **158** [1] - 5:11
**56** [1] - 4:13
**561-0400** [1] - 2:6
**57** [3] - 4:14, 189:21, 189:23
**57**................................
.. **189** [1] - 5:11
**58** [2] - 4:14, 4:15
**581-5141** [1] - 2:12
**59** [2] - 4:15, 4:16
**5:00** [2] - 150:4, 152:25
**5:11** [1] - 190:18
**5th** [1] - 23:13

# 6

**6** [2] - 52:23, 52:25
**6**................................
.. [1] - 4:12
**60** [1] - 4:16
**643** [1] - 1:23
**65** [2] - 4:17, 38:8
**69** [1] - 4:17
**6900** [1] - 155:5
**6th** [1] - 70:2

# 7

**7** [3] - 55:2, 55:4, 110:13
**7**................................
.. [1] - 4:13
**70** [2] - 4:18, 38:8
**701** [1] - 2:4
**70119** [1] - 1:18
**70126** [5] - 1:12, 8:10, 8:19, 9:1, 11:4
**70130** [3] - 1:23, 2:11,

**50/50** [1] - 123:25

2:18
**70139-4800** [1] - 2:5
**71** [3] - 4:18, 4:19, 4:19
**755** [1] - 2:11
**7722** [4] - 1:12, 8:8, 8:25, 11:3
**78** [1] - 4:20
**7:30** [1] - 110:13

## 8

**8** [17] - 17:1, 38:9, 38:11, 56:19, 56:21, 77:11, 85:10, 85:19, 101:5, 101:15, 102:3, 102:11, 102:13, 102:17, 102:19, 172:2
**8.............................** . [1] - 4:13
**80** [2] - 4:20, 4:21
**810-3995** [1] - 1:19
**82** [1] - 4:21
**828-8856** [1] - 3:4
**83** [1] - 4:22
**84** [1] - 4:22
**86** [1] - 4:23
**88** [2] - 4:23, 4:24

## 9

**9** [3] - 4:4, 57:16, 57:18
**9.............................** . [1] - 4:14
**90** [2] - 24:7, 24:8
**91** [1] - 4:24
**92** [1] - 4:25
**95** [2] - 5:3, 5:3

## A

**A-G-N-E-W** [1] - 15:9
**a.m** [1] - 17:1
**A1** [2] - 89:16, 89:17
**abate** [2] - 24:20, 63:16
**abatement** [11] - 12:16, 24:15, 103:1, 103:2, 103:3, 103:7, 103:13, 103:18, 103:24, 104:16
**abating** [2] - 24:12, 165:14
**ability** [1] - 195:9
**able** [8] - 11:16, 20:23, 39:21, 42:3, 153:1, 166:22, 176:8, 191:3
**above-mentioned** [1]

- 9:2
**absolutely** [2] - 102:22, 126:8
**AC** [29] - 18:10, 37:13, 39:7, 46:6, 72:6, 72:19, 73:3, 73:9, 73:18, 73:21, 75:4, 78:14, 79:8, 79:9, 79:12, 112:7, 112:13, 116:8, 161:8, 176:8, 176:9, 176:11, 176:14, 177:7, 180:19
**accommodate** [2] - 10:16, 10:19
**accompanied** [1] - 49:12
**accompany** [1] - 85:19
**accurate** [6] - 10:20, 51:12, 71:25, 98:16, 129:18, 129:24
**accurately** [1] - 67:9
**Ace** [7] - 42:1, 42:2, 42:9, 42:10, 42:17, 42:19, 138:16
**acted** [1] - 195:11
**ACTION** [1] - 1:3
**actual** [1] - 76:14
**add** [5] - 72:2, 76:19, 78:3, 96:1, 123:10
**address** [22] - 8:4, 8:8, 11:2, 11:15, 36:24, 37:22, 39:22, 75:4, 86:16, 86:17, 87:10, 103:9, 103:10, 104:15, 104:20, 116:23, 127:17, 135:6, 135:21, 138:12, 138:18, 191:15
**addressed** [4] - 73:1, 101:17, 131:19, 131:21
**addressing** [8] - 61:13, 139:2, 139:6, 139:11, 139:23, 140:2, 140:19, 140:23
**adequate** [2] - 150:10, 150:17
**administering** [1] - 7:9
**adversely** [2] - 60:23, 61:15
**advertising** [1] - 50:6
**Advil** [1] - 146:19
**advise** [3] - 107:25, 141:1, 141:8
**advised** [8] - 102:6,

138:10, 138:21, 139:1, 140:1, 140:4, 140:14, 140:22
**advisory** [1] - 195:12
**aerial** [3] - 60:2, 69:7, 70:22
**affect** [2] - 60:23, 61:15
**affiliated** [1] - 13:9
**affiliation** [1] - 13:11
**afire** [1] - 60:7
**aforementioned** [1] - 194:9
**afternoon** [1] - 9:5
**AG** [1] - 15:8
**age** [2] - 116:10, 181:20
**agency** [1] - 142:14
**agent** [2] - 32:18, 153:17
**agents** [1] - 32:20
**aggravated** [1] - 33:25
**Agnew** [3] - 15:8, 15:14
**ago** [6] - 87:15, 100:23, 169:9, 169:10, 172:25, 173:2
**agree** [12] - 7:6, 7:15, 7:17, 7:19, 7:21, 7:23, 25:9, 137:17, 180:22, 181:14, 181:22, 182:24
**agreed** [1] - 50:3
**agreement** [1] - 7:11
**ahead** [2] - 37:16, 178:2
**ain't** [2] - 38:9, 160:2
**air** [4] - 12:10, 79:17, 91:25, 176:23
**aired** [2] - 136:18, 136:21
**Akeem** [4] - 115:7, 120:4, 121:17, 122:10
**AKEEM** [1] - 1:3
**Akeem's** [1] - 118:19
**AL** [2] - 1:3, 1:7
**alarm** [7] - 129:10, 129:11, 131:3, 131:5, 131:6, 131:8, 131:12
**alarms** [1] - 128:21
**alive** [1] - 108:15
**allergy** [1] - 146:21
**allotted** [1] - 153:18
**allow** [6] - 17:13, 17:15, 17:16, 18:14, 19:9, 163:22
**allowed** [1] - 117:13

**allowing** [1] - 100:20
**almost** [13] - 32:4, 32:14, 38:8, 38:10, 76:25, 77:1, 112:25, 125:6, 129:14, 131:23, 181:2
**alphabet** [1] - 26:9
**amount** [1] - 128:24
**AND** [1] - 1:5
**annual** [2] - 85:21, 104:19
**answer** [10] - 10:2, 25:15, 36:2, 45:1, 69:22, 70:5, 70:6, 97:24, 97:25, 179:16
**answered** [1] - 180:11
**answering** [1] - 55:23
**answers** [2] - 115:4, 190:24
**Antoine** [1] - 14:14
**anyway** [1] - 179:15
**apartment** [56] - 9:10, 9:17, 9:20, 12:20, 13:1, 13:2, 13:6, 24:25, 25:20, 27:13, 27:14, 45:20, 45:22, 45:23, 48:8, 51:13, 68:13, 71:7, 71:17, 77:9, 77:10, 79:25, 80:2, 84:15, 84:20, 86:16, 87:4, 88:8, 89:6, 89:25, 90:4, 90:15, 92:20, 92:21, 92:22, 92:23, 93:19, 95:22, 102:20, 102:25, 107:18, 112:21, 115:8, 118:16, 120:5, 121:6, 125:6, 127:4, 129:5, 130:9, 133:10, 135:21, 151:19, 154:13, 165:6, 174:10
**apartments** [33] - 25:10, 27:15, 40:18, 40:19, 40:23, 47:20, 48:8, 50:2, 51:2, 55:14, 55:16, 55:19, 64:14, 66:22, 82:21, 83:25, 84:23, 96:2, 96:7, 97:2, 99:24, 101:16, 103:6, 121:15, 132:10, 133:18, 133:19, 133:20, 155:6, 174:11, 183:10, 185:15, 185:23
**apologize** [2] - 65:1, 174:2
**apologized** [1] - 23:24

**appearance** [1] - 94:21
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appliances** [2] - 87:18, 90:22
**appreciate** [4] - 24:1, 168:20, 168:24, 186:16
**approached** [3] - 148:3, 148:5, 148:13
**appropriate** [1] - 148:10
**approximate** [1] - 116:10
**April** [2] - 161:10, 165:23
**area** [15] - 16:8, 25:23, 29:13, 29:14, 29:16, 51:9, 66:21, 68:4, 120:5, 121:5, 121:6, 125:20, 125:22, 161:7, 161:9
**areas** [1] - 130:9
**arise** [1] - 23:6
**article** [2] - 155:3, 157:13
**Article** [1] - 195:12
**ASHE** [1] - 1:7
**assessment** [2] - 98:17, 183:11
**assign** [12] - 21:1, 21:4, 35:14, 57:15, 59:5, 70:25, 80:8, 80:19, 84:7, 95:1, 115:24, 155:9
**assigned** [2] - 35:13, 101:15
**assigning** [1] - 21:19
**assignments** [1] - 41:7
**assist** [1] - 39:17
**assistant** [2] - 14:11, 15:7, 78:8
**assisted** [1] - 153:21
**associated** [1] - 159:5
**assuming** [1] - 156:1
**asthma** [5] - 141:9, 141:12, 141:14, 144:20, 144:22
**asthmatic** [2] - 141:3, 141:19
**astronomical** [2] - 19:14, 48:1
**attempt** [1] - 9:25
**attend** [2] - 10:22, 12:1
**attention** [1] - 138:15
**Attorney** [2] - 1:20, 1:25

**attorney** [1] - 7:13
**Attorneys** [3] - 2:7, 2:13, 2:19
**attorneys** [1] - 9:7
**August** [8] - 1:13, 6:5, 70:1, 106:23, 107:4, 129:7, 129:17, 194:20
**authentication** [1] - 69:25
**authority** [1] - 195:5
**available** [2] - 28:1, 28:12
**average** [2] - 39:10, 39:13
**aware** [17] - 19:19, 44:21, 47:10, 96:11, 101:19, 101:23, 124:6, 124:11, 126:12, 133:9, 133:12, 154:21, 155:3, 162:3, 182:17, 182:18, 187:8
**awhile** [2] - 149:7, 149:10

## B

**background** [5] - 11:22, 12:19, 12:23, 14:5, 180:8
**backing** [2] - 132:10, 134:8, 137:1
**backlog** [1] - 168:7
**backup** [2] - 127:2, 181:3
**backups** [6] - 174:18, 174:19, 180:17, 180:23, 181:15, 183:20
**bad** [4] - 38:9, 84:21, 105:18, 133:23
**BAGNERIS** [99] - 1:17, 6:9, 7:14, 9:4, 25:14, 28:25, 29:25, 30:12, 30:23, 31:23, 49:22, 51:11, 51:23, 52:21, 53:2, 55:6, 56:23, 57:20, 58:5, 58:20, 59:10, 60:1, 60:18, 61:5, 61:23, 62:8, 63:1, 65:13, 67:17, 68:14, 68:25, 69:6, 69:23, 70:7, 70:20, 71:4, 71:15, 71:23, 73:16, 78:25, 80:1, 80:13, 80:24, 82:1, 82:16, 83:11, 83:17, 84:12, 87:1, 88:4,

88:15, 91:22, 92:11, 95:5, 95:20, 97:23, 109:23, 111:23, 112:4, 113:12, 113:18, 114:10, 114:14, 114:23, 114:25, 116:4, 117:22, 120:2, 122:8, 122:23, 126:20, 127:6, 127:14, 129:25, 132:8, 132:16, 142:22, 150:18, 151:5, 155:14, 156:10, 157:3, 157:22, 158:15, 158:21, 159:18, 159:22, 165:13, 168:16, 187:3, 188:14, 189:19, 189:25, 190:10, 190:20, 191:13, 191:23, 192:3, 192:21
**Bagneris** [6] - 1:17, 6:10, 9:6, 114:4, 172:15, 172:24
**Bagneris....................** [1] - 4:4
**balcony** [2] - 31:6, 31:11, 31:14
**BARRY** [1] - 1:6
**based** [39] - 24:14, 21:5, 21:22, 24:23, 25:7, 26:16, 26:22, 27:19, 31:2, 51:15, 60:19, 61:11, 61:24, 62:14, 65:14, 65:23, 66:9, 67:6, 70:8, 73:8, 78:11, 79:16, 96:9, 97:12, 100:6, 101:18, 101:22, 111:15, 112:23, 126:10, 137:24, 150:5, 150:12, 150:16, 158:22, 159:2, 159:7, 167:17
**basic** [1] - 176:22
**basis** [3] - 13:21, 13:25, 38:19
**bathroom** [8] - 56:24, 57:8, 81:16, 113:17, 114:9, 115:16, 121:17, 121:19
**bathrooms** [1] - 121:21
**beam** [1] - 124:16
**bearing** [1] - 124:16
**became** [3] - 16:23, 55:10, 181:17

**become** [3] - 13:9, 19:19, 187:8
**bedroom** [11] - 28:11, 28:18, 28:19, 29:4, 29:11, 30:2, 30:14, 30:16, 30:25, 31:8, 31:10
**bedrooms** [4] - 29:7, 29:19, 56:1, 82:9
**begin** [1] - 96:15
**beginning** [4] - 37:2, 55:9, 172:16, 190:9
**behalf** [5] - 6:10, 6:13, 6:16, 6:19, 6:22
**behind** [5] - 78:14, 101:6, 154:15, 161:8
**Bell** [2] - 2:17, 6:19
**BELL** [4] - 6:18, 7:22, 186:22, 192:17
**bell** [2] - 135:11, 135:13
**below** [1] - 74:19
**best** [3] - 14:6, 138:22, 195:9
**better** [2] - 94:3, 170:24
**between** [3] - 103:15, 152:23, 154:7
**beyond** [1] - 123:17
**bifold** [3] - 78:14, 78:18, 79:8
**big** [3] - 121:24, 153:10, 170:7
**bill** [1] - 43:9
**bills** [3] - 27:10, 43:11, 45:4
**bin** [2] - 120:13, 120:16
**binding** [1] - 7:9
**birth** [1] - 11:19
**bit** [9] - 9:19, 27:9, 41:23, 86:1, 130:17, 130:21, 169:19, 171:5
**black** [1] - 112:9
**blades** [1] - 81:5
**bleach** [5] - 64:5, 64:7, 91:4, 91:5, 91:7
**bleeding** [2] - 108:13
**block** [1] - 155:5
**blood** [12] - 93:2, 93:4, 106:18, 107:9, 107:12, 107:14, 107:17, 108:2, 108:22, 156:3, 157:20
**blue** [10] - 115:11, 115:12, 115:13, 159:23, 160:3, 160:4, 160:6, 160:7,

160:8, 160:9
**Blum** [7] - 2:20, 6:20, 185:7, 185:10, 185:13, 185:17, 185:22
**board** [2] - 195:10, 195:13
**bodily** [1] - 105:24
**body** [1] - 170:19
**bonus** [3] - 23:11, 23:15, 23:18
**bonuses** [1] - 23:17
**boot** [2] - 117:4, 117:5
**boots** [3] - 75:9, 140:18, 140:23
**bottom** [4] - 60:10, 68:1, 68:2, 98:15
**bouncing** [1] - 171:5
**box** [3] - 73:22, 73:23, 110:22
**boxes** [1] - 72:21
**break** [6] - 10:15, 10:17, 10:18, 113:14, 113:20, 192:23
**breaker** [2] - 110:8, 110:10
**breathing** [4] - 145:3, 145:5, 145:7, 170:17
**breaths** [1] - 145:9
**Brett** [20] - 15:20, 16:10, 38:1, 38:2, 38:3, 45:2, 45:10, 49:8, 49:15, 49:23, 66:4, 66:5, 66:6, 124:20, 166:20, 166:21, 166:24, 176:11
**Brett's** [1] - 166:17
**briefly** [2] - 12:18, 33:3
**bring** [5] - 46:18, 63:7, 134:14, 163:7, 163:8
**bro** [1] - 74:19
**broad** [5] - 92:19, 108:25, 109:2, 109:7, 155:1
**broke** [1] - 128:25
**broken** [1] - 72:20
**bronchitis** [2] - 144:20, 144:23
**Brook** [1] - 9:10
**Brooks** [1] - 177:6
**brothers** [1] - 154:15
**brought** [2] - 129:15, 138:14
**brown** [1] - 68:3
**bucket** [2] - 90:5, 135:20
**building** [68] - 13:1,

20:8, 20:9, 26:10, 26:11, 59:1, 59:3, 59:17, 60:6, 60:11, 68:1, 92:15, 93:19, 97:4, 97:7, 100:5, 105:11, 105:12, 108:22, 109:15, 110:20, 111:9, 111:11, 113:5, 116:13, 116:21, 117:9, 120:7, 120:20, 120:21, 120:23, 120:24, 120:25, 121:1, 121:3, 124:12, 124:23, 129:2, 131:10, 133:11, 133:12, 133:13, 133:16, 134:5, 134:9, 135:8, 135:22, 135:25, 136:10, 137:1, 142:6, 142:11, 156:11, 156:12, 156:15, 156:16, 167:8, 173:25, 174:8, 174:9, 174:12, 174:14, 174:23, 175:2
**buildings** [24] - 26:3, 26:8, 67:19, 67:20, 68:16, 72:1, 93:10, 97:14, 98:4, 98:5, 98:7, 105:10, 113:2, 117:12, 118:2, 118:5, 129:1, 129:3, 131:7, 142:2, 157:17, 157:25, 174:25
**buildup** [5] - 80:18, 81:3, 82:22, 121:25, 122:1
**built** [2] - 66:15, 76:6
**bunch** [4] - 21:7, 21:9, 172:15, 176:20
**Bureau** [1] - 126:2
**burning** [2] - 147:14, 147:16
**business** [6] - 18:3, 25:10, 47:6, 50:7, 54:25, 154:25
**busy** [3] - 39:4, 39:5, 42:5
**buying** [1] - 11:11
**BWA** [1] - 1:4
**BWA-DMD** [1] - 1:4
**BY** [83] - 3:10, 4:3, 9:4, 25:14, 28:25, 29:25, 30:12, 30:23, 31:23, 49:22, 51:11, 51:23,

52:21, 53:2, 55:6, 56:23, 57:20, 58:5, 58:20, 59:10, 60:1, 60:18, 61:5, 61:23, 62:8, 63:1, 65:13, 67:17, 68:14, 68:25, 69:6, 70:7, 70:20, 71:4, 71:15, 71:23, 73:16, 78:25, 80:1, 80:13, 80:24, 82:1, 82:16, 83:17, 84:12, 87:1, 88:4, 88:15, 91:22, 92:11, 95:5, 95:20, 97:23, 109:23, 112:4, 114:25, 116:4, 117:22, 120:2, 122:8, 122:23, 126:20, 127:6, 127:14, 129:25, 132:8, 132:16, 142:22, 150:18, 151:5, 155:14, 156:10, 157:3, 157:22, 158:21, 159:22, 165:13, 169:7, 170:14, 178:3, 187:3, 188:14, 189:25
**bypassed** [1] - 166:21

## C

**cabinets** [1] - 53:17
**cable** [1] - 95:11
**Calvin** [3] - 14:13, 124:13, 141:13
**cameras** [3] - 106:5, 106:6, 106:11
**Canal** [1] - 1:18
**cap** [1] - 112:8
**capacitors** [1] - 176:22
**captured** [2] - 93:6, 93:9
**car** [2] - 95:13, 149:14
**care** [10] - 20:1, 21:17, 35:13, 35:15, 40:24, 66:4, 89:12, 102:10, 153:8, 161:21
**career** [1] - 165:5
**Carmel** [5] - 9:10, 55:17, 55:20, 55:22, 177:5
**carpet** [10] - 58:12, 95:23, 99:6, 99:8, 99:9, 99:10, 99:11, 99:12, 158:3, 160:17
**carried** [2] - 147:23, 147:24

**carry** [1] - 163:14
**carrying** [2] - 72:22, 106:1
**cars** [1] - 77:3
**Carter** [1] - 171:10
**case** [4] - 9:11, 37:1, 121:12, 135:18
**CASES** [1] - 1:5
**cases** [2] - 96:1, 121:13
**cash** [1] - 102:14
**cash-paying** [1] - 102:14
**Cassie** [4] - 2:10, 6:22, 178:4, 192:7
**cassie@ deutschkerrigan. com** [1] - 2:12
**cast** [25] - 66:13, 66:17, 116:8, 116:11, 116:17, 116:20, 116:24, 117:6, 117:8, 117:13, 117:20, 117:23, 118:3, 118:8, 118:9, 118:12, 123:15, 124:2, 124:7, 124:13, 124:17, 124:24, 133:25, 162:16, 180:20
**catch** [1] - 186:8
**caught** [1] - 60:6
**caulked** [3] - 97:8, 97:9
**caused** [2] - 23:6, 181:19
**CCR** [2] - 3:11, 195:17
**cease** [1] - 190:7
**ceiling** [23] - 35:9, 35:12, 56:4, 56:5, 56:25, 57:6, 66:24, 81:2, 81:7, 81:13, 81:15, 81:24, 87:12, 90:7, 94:16, 94:18, 94:22, 118:22, 118:25, 119:1, 119:3, 119:5, 119:7
**ceilings** [2] - 52:14, 119:18
**cell** [4] - 34:23, 34:25, 35:2, 74:18
**Centers** [2] - 142:8, 142:13
**certain** [8] - 98:4, 98:6, 98:7, 113:1, 129:1, 130:9, 132:10
**CERTIFICATE** [2] - 194:1, 195:1
**certification** [2] - 12:8,

12:12
**CERTIFIED** [1] - 195:17
**Certified** [3] - 3:3, 3:11, 195:3
**certified** [5] - 12:15, 63:3, 63:5, 176:9
**certify** [2] - 194:5, 195:4
**Chad** [1] - 164:2
**chances** [1] - 151:20
**Chaney** [3] - 14:10, 78:7, 164:13
**change** [4] - 92:2, 117:7, 117:15, 182:23
**changed** [1] - 75:11
**changes** [5] - 53:24, 191:17, 191:21, 191:24, 194:8
**Channel** [1] - 188:2
**characteristics** [1] - 25:18
**charged** [1] - 21:18
**check** [3] - 19:4, 54:15, 159:19
**checked** [1] - 108:16
**checking** [2] - 17:3, 17:4
**chest** [2] - 143:19, 145:11
**children** [3] - 108:21, 142:1, 159:9
**Chris** [1] - 88:23
**church** [1] - 18:2
**circumstances** [2] - 17:21, 17:24
**cited** [2] - 109:14, 110:25
**City** [4] - 12:25, 76:17, 109:15, 125:25
**city** [6] - 105:13, 106:2, 106:24, 107:4, 110:24, 127:18
**city's** [2] - 106:22, 126:1
**CIVIL** [1] - 1:3
**Civil** [1] - 195:12
**claim** [5] - 143:9, 144:21, 145:24, 159:14, 169:25
**claimed** [1] - 144:4
**claiming** [1] - 9:12
**class** [1] - 159:13
**clean** [8] - 46:19, 90:17, 99:24, 107:16, 108:1, 108:9, 134:12, 134:15

**cleaned** [2] - 107:9, 135:3
**cleaning** [5] - 46:16, 46:18, 84:25, 90:25, 134:20
**cleanout** [2] - 111:9, 111:11
**clear** [7] - 44:25, 45:1, 77:16, 132:20, 132:24, 156:24, 175:20
**cleared** [1] - 168:5
**client** [1] - 180:8
**climb** [2] - 72:11, 75:15
**clogged** [1] - 37:13
**close** [6] - 12:13, 34:17, 42:3, 100:16, 106:22, 130:16
**closer** [2] - 27:21
**closet** [8] - 78:15, 78:18, 79:19, 80:17, 82:19, 82:20, 83:10
**closing** [1] - 100:19
**clothes** [2] - 84:4, 87:18
**Clyde** [2] - 124:14, 141:14
**CMR** [1] - 3:11
**Code** [5] - 76:17, 77:18, 78:10, 126:2, 195:12
**code** [9] - 8:17, 66:15, 66:16, 76:15, 93:6, 109:16, 117:10, 129:15
**coincidental** [1] - 172:7
**collapse** [1] - 81:8
**collapsed** [6] - 81:2, 81:5, 118:25, 119:1, 119:4, 119:18
**college** [2] - 11:24, 12:1
**comfortable** [1] - 192:24
**coming** [11] - 18:9, 40:8, 57:12, 66:24, 73:22, 90:7, 90:19, 98:22, 98:25, 103:5, 104:3, 104:5, 104:9, 104:11, 104:19, 105:23, 118:10, 124:16, 149:11, 151:22, 180:24
**common** [6] - 109:24, 121:5, 125:12, 157:10, 181:7, 181:9
**communicated** [2] - 187:15, 188:5

**companies** [4] - 149:9, 151:22, 151:23, 154:2
**company** [23] - 48:2, 48:18, 48:21, 61:21, 63:8, 63:9, 66:3, 97:6, 99:9, 149:10, 149:12, 151:25, 152:2, 152:3, 161:2, 166:19, 167:13, 167:15, 175:12, 178:17, 178:19, 179:1, 184:17
**Company** [2] - 163:3
**complain** [3] - 37:24, 38:3, 143:21
**complaining** [3] - 33:23, 136:9, 136:14
**complaints** [4] - 47:1, 170:16, 181:24, 184:5
**complete** [7] - 34:17, 36:3, 36:5, 36:6, 36:11, 37:5
**completed** [4] - 19:6, 34:11, 34:12, 36:10
**completely** [1] - 34:20
**completing** [1] - 151:8
**completion** [1] - 35:4
**complex** [11] - 12:20, 13:2, 25:1, 60:3, 67:22, 93:20, 113:3, 120:5, 121:6, 165:6
**complexes** [5] - 9:10, 9:17, 9:21, 13:6, 45:21
**compliance** [2] - 195:10, 195:11
**comport** [1] - 30:14
**comprise** [1] - 26:3
**computer** [3] - 19:16, 33:21, 47:9
**computer-generated** [1] - 19:16
**computerized** [3] - 19:15, 19:17, 47:8
**concern** [2] - 126:22, 172:6
**concerned** [3] - 12:24, 89:9, 94:10
**concerns** [6] - 43:25, 126:13, 127:18, 142:24, 159:4, 182:8
**conclude** [1] - 69:18
**concluded** [1] - 193:3
**concludes** [1] - 190:17
**condition** [5] - 80:6, 121:18, 179:17, 182:24, 183:15

conditioning [3] - 12:10, 79:17, 176:23
conditions [5] - 60:21, 61:14, 137:7, 137:8, 187:7
configuration [3] - 30:1, 30:14, 31:1
configured [1] - 66:19
confirm [1] - 8:1
connected [1] - 131:8
connection [4] - 9:11, 139:23, 140:2, 140:19
connects [1] - 117:5
consider [3] - 125:3, 126:21, 127:1
considered [1] - 37:9
CONSOLIDATED [1] - 1:5
constant [4] - 18:10, 18:11, 74:4
contact [5] - 11:14, 19:24, 33:8, 74:4, 175:25
contactors [1] - 176:21
container [1] - 120:10
continue [4] - 117:13, 144:13, 145:12, 147:3
continued [4] - 2:1, 3:1, 5:1, 173:13
contract [2] - 14:19, 97:6
contracted [6] - 53:13, 66:1, 149:7, 149:8, 149:9, 149:12
contractor [17] - 44:3, 53:15, 54:18, 55:9, 99:9, 99:13, 100:18, 100:24, 102:4, 102:5, 102:7, 103:12, 134:14, 134:19, 134:22, 173:8, 176:6
contractors [4] - 54:8, 66:6, 106:4, 160:15
contractual [1] - 195:11
control [4] - 34:21, 152:14, 164:24, 164:25
Control [2] - 142:9, 142:13
controversy [1] - 107:22
conversations [1] - 175:24
Copper [1] - 2:8
copy [5] - 22:11,

22:13, 23:6, 128:3, 192:7
corner [6] - 68:1, 68:2, 95:24, 95:25, 111:9, 189:2
corners [1] - 92:4
corporate [4] - 44:7, 44:8, 44:9, 47:23
correct [34] - 39:24, 41:3, 41:4, 41:8, 41:12, 51:13, 55:11, 62:12, 65:21, 73:6, 73:10, 94:23, 104:24, 106:8, 115:16, 116:25, 121:7, 146:9, 152:18, 152:19, 155:23, 180:3, 180:25, 181:8, 183:17, 183:21, 183:22, 184:2, 184:10, 184:11, 188:9, 190:2, 194:8, 195:8
corrections [3] - 194:7, 194:16, 194:17
correctly [4] - 98:11, 100:16, 100:19, 110:4
costs [1] - 72:16
coughed [1] - 143:24
coughing [5] - 143:14, 144:3, 144:8, 144:14, 170:1
counsel [4] - 6:7, 7:4, 10:17, 195:13
count [4] - 41:12, 52:9, 119:21, 146:4
couple [20] - 14:15, 18:19, 40:18, 40:23, 49:9, 64:11, 82:3, 85:1, 100:23, 106:15, 129:13, 143:13, 163:1, 169:10, 169:21, 172:25, 173:2, 177:24, 178:8
course [2] - 47:6, 124:9
Court [2] - 3:11, 195:3
court [6] - 7:8, 9:2, 9:12, 10:21, 190:24, 191:18
COURT [11] - 1:1, 7:2, 7:24, 8:11, 8:16, 8:20, 192:6, 192:11, 192:15, 192:19, 195:17
courtesy [1] - 158:10

courts [1] - 159:12
cover [1] - 109:13
covered [2] - 16:3, 123:13
covering [2] - 151:7, 189:8
crack [2] - 117:2, 118:10
cracked [5] - 98:10, 116:8, 122:14, 124:13, 133:21
cracking [1] - 66:19
cracks [1] - 118:12
crazy [1] - 66:20
create [4] - 72:24, 100:9, 111:20, 112:17
Creek [2] - 2:8, 177:8
crew [1] - 99:21
crime [5] - 147:19, 150:6, 154:10, 154:12, 157:14
Crowley [1] - 75:19
CRR [2] - 3:11, 195:17
Crystal [4] - 15:8, 15:14, 33:9
customers [1] - 89:10
cut [11] - 90:16, 90:17, 91:2, 117:3, 119:7, 124:17, 161:20, 165:18, 166:3, 166:4, 166:6
Cutler [2] - 136:20, 188:1
cutting [1] - 139:16

## D

daily [5] - 13:21, 13:25, 32:2, 32:5, 38:19
damage [5] - 92:5, 95:25, 118:22, 119:2, 142:11
damaged [2] - 94:19, 95:23
DANA [1] - 1:8
Daphne [14] - 14:25, 15:1, 15:10, 22:6, 22:11, 22:13, 23:6, 33:7, 33:9, 44:6, 162:25, 164:14, 166:19, 187:14
Daphne's [1] - 153:15
dark [2] - 115:12, 150:1
Darnell [2] - 164:11, 164:16
Darrian [2] - 33:4, 33:6

DASMEN [1] - 1:6
Dasmen [69] - 2:7, 6:17, 13:4, 13:9, 13:13, 15:17, 15:24, 16:6, 17:13, 17:14, 17:16, 19:13, 22:13, 24:11, 25:4, 34:24, 36:17, 37:16, 41:24, 42:15, 49:12, 53:13, 54:2, 54:4, 54:9, 55:9, 62:12, 87:20, 88:21, 88:22, 94:9, 96:15, 97:17, 99:22, 102:23, 103:7, 104:16, 106:3, 106:10, 115:9, 115:15, 115:19, 132:1, 138:10, 138:18, 138:21, 139:2, 139:22, 140:14, 140:18, 140:22, 141:1, 141:23, 142:2, 147:22, 148:19, 158:24, 159:3, 166:23, 168:14, 170:23, 173:7, 176:4, 187:22, 188:7, 190:2
Dasmen's [2] - 149:16, 171:14
DATE [2] - 194:12, 194:20
date [7] - 6:4, 11:19, 130:25, 179:12, 179:21, 188:23, 194:9
daylight [5] - 92:19, 109:1, 109:2, 109:7, 155:1
days [10] - 16:21, 17:7, 24:7, 24:8, 82:4, 85:1, 86:12, 149:17, 172:25, 173:2
dead [1] - 108:17
deal [9] - 14:1, 39:20, 119:4, 161:11, 161:13, 161:18, 164:4, 169:18, 170:7
dealing [4] - 17:5, 42:18, 161:12, 184:9
death [1] - 108:13
debris [1] - 158:1
December [2] - 55:15, 180:10
decorating [1] - 52:6
deep [1] - 145:8
defective [1] - 73:10
defendant [1] - 10:11

Defendant [1] - 2:19
defendants [4] - 6:20, 6:23, 9:13, 178:6
Defendants [2] - 2:7, 2:13
defined [1] - 195:12
definite [1] - 47:16
definitely [6] - 14:4, 36:25, 67:24, 119:2, 150:2
deleted [1] - 168:7
deliver [1] - 153:6
delivered [1] - 152:17
Delorimier [1] - 3:3
demand [1] - 38:23
Department [5] - 76:18, 129:11, 131:13, 131:21, 131:25
department [8] - 14:8, 38:24, 40:2, 40:6, 41:3, 62:9, 62:11, 155:16
depict [1] - 67:9
depiction [1] - 71:25
Depo [1] - 3:4
Depo-Vue [1] - 3:4
deposition [2] - 6:3, 9:14, 9:18, 9:23, 10:22, 28:17, 29:21, 30:8, 168:19, 190:17, 192:8, 193:2
Deposition [1] - 1:11
depovueinc@gmail.com [1] - 3:5
describe [4] - 11:21, 12:18, 133:15, 147:20
description [6] - 22:12, 22:14, 22:18, 23:2, 23:7, 24:3
designed [2] - 112:10, 112:12
desk [1] - 16:19
Desselle [3] - 136:8, 136:13, 137:13
destroyed [1] - 87:22
detail [1] - 41:23
detect [1] - 63:19
detector [1] - 129:19
detectors [8] - 128:22, 128:23, 128:25, 129:4, 130:1, 130:7, 130:8, 130:10
deteriorate [1] - 118:15
deteriorating [1] - 124:7
deterioration [1] - 116:17

**McKenzie & Associates, Inc.**
2817 Harvard Avenue - Suite 205
Metairie, Louisiana 70006
Tel: (504) 888-2551    McKenzieCCR@aol.com

**determine** [2] - 48:9, 48:13
**determined** [1] - 93:11
**DEUTSCH** [1] - 2:10
**developed** [1] - 98:12
**Development** [10] - 2:13, 2:14, 6:23, 6:24, 178:6, 178:7, 184:13, 184:14, 184:21, 184:24
**Devonn** [2] - 1:22, 6:13
**diagnosed** [1] - 145:16
**different** [7] - 29:10, 40:20, 40:22, 70:12, 102:13, 177:1, 180:25
**dining** [3] - 51:9, 66:21, 124:14
**direct** [3] - 49:16, 49:24, 175:25
**direction** [1] - 195:8
**directly** [2] - 15:19, 152:17
**dirt** [2] - 57:7, 64:16
**dirty** [1] - 92:1
**discarding** [1] - 160:16
**disconnect** [3] - 72:21, 73:22, 73:23
**disconnected** [1] - 112:15
**discovered** [1] - 129:9
**discriminate** [1] - 113:6
**discussed** [3] - 45:7, 127:22, 147:19
**discussing** [1] - 136:25
**Disease** [2] - 142:9, 142:13
**dispute** [1] - 189:17
**DISTRICT** [2] - 1:1, 1:1
**djarrett@ jarrettlawgroup. com** [1] - 1:24
**DMD** [1] - 1:4
**doctor** [4] - 170:3, 170:15, 171:1, 171:2
**doctors** [1] - 170:2
**document** [13] - 21:24, 29:2, 36:17, 48:10, 127:8, 127:9, 127:17, 127:20, 128:8, 128:10, 132:4, 142:8, 191:5
**documentation** [3] - 24:18, 47:11, 142:12
**documents** [2] - 28:4,

35:21
**dog** [1] - 121:24
**dollar** [1] - 94:11
**done** [13] - 18:12, 19:1, 19:5, 43:10, 66:7, 93:16, 93:17, 94:9, 129:6, 154:24, 162:1, 166:22
**door** [23] - 28:24, 31:4, 34:6, 34:8, 51:4, 51:7, 77:6, 78:14, 78:18, 79:2, 79:5, 79:8, 100:13, 100:17, 100:19, 101:1, 101:6, 101:8, 101:24, 102:9, 110:8, 156:23
**doors** [5] - 100:9, 101:5, 101:12, 110:2, 151:16
**doubt** [1] - 123:18
**DOUGLAS** [1] - 1:8
**Douglas** [1] - 14:12
**down** [26] - 18:20, 20:9, 22:10, 23:21, 44:6, 58:11, 72:20, 74:19, 75:11, 81:23, 88:22, 92:2, 94:20, 96:5, 104:1, 105:19, 108:6, 110:7, 111:11, 112:20, 125:21, 134:5, 153:22, 166:5, 168:1, 169:15
**downhill** [1] - 161:17
**downloaded** [1] - 173:2
**Downman** [2] - 42:19
**downstairs** [1] - 74:3
**Dr** [5] - 42:25, 43:3, 43:12, 43:20, 43:21
**drain** [1] - 112:11
**Drive** [1] - 155:5
**driver's** [1] - 163:6
**drop** [1] - 153:7
**dry** [4] - 64:7, 84:25, 119:15, 135:5
**due** [1] - 118:2
**duly** [2] - 9:1, 195:5
**dumpster** [5] - 157:24, 158:5, 160:3, 160:4, 160:22
**dumpsters** [2] - 157:24, 160:20
**Duplessis** [1] - 14:14
**during** [10] - 9:22, 33:18, 49:5, 103:21, 109:7, 116:12, 142:5, 154:25, 180:21, 182:17

**duties** [4] - 13:17, 13:19, 25:6, 183:4
**duty** [1] - 131:24
**Dwayne** [7] - 14:10, 78:6, 78:7, 164:13, 164:14, 165:19
**Dwight** [1] - 171:2

## E

**EAGAN** [34] - 6:15, 7:16, 49:19, 50:22, 51:19, 52:16, 60:25, 61:17, 62:4, 62:18, 67:12, 68:5, 68:20, 69:12, 70:3, 73:11, 79:20, 81:9, 83:4, 97:19, 117:16, 126:15, 126:23, 129:20, 150:13, 150:21, 165:8, 169:3, 169:7, 170:11, 170:14, 177:17, 188:11, 192:13
**Eagan** [4] - 6:16, 169:8, 189:7, 192:12
**Eagan.......................
...169** [1] - 4:6
**early** [1] - 17:2
**Earth** [2] - 70:1, 189:16
**easier** [1] - 21:15
**East** [1] - 177:4
**EASTERN** [1] - 1:1
**Eastlake** [10] - 2:13, 6:23, 175:13, 175:14, 175:16, 178:6, 184:12, 184:14, 184:19, 185:22
**easy** [2] - 40:11, 40:12
**eat** [1] - 94:7
**Eddie** [2] - 14:17, 14:18
**education** [1] - 63:9
**educational** [1] - 11:22
**EDWARDS** [4] - 1:11, 8:24, 194:4, 195:5
**Edwards** [22] - 6:4, 8:7, 8:21, 9:5, 10:20, 11:1, 11:13, 11:18, 12:2, 69:16, 81:8, 94:15, 97:24, 115:1, 160:24, 168:18, 169:4, 177:18, 178:4, 186:14, 186:23, 187:4
**eegan@gllaw.com**

[1] - 2:6
**effects** [1] - 159:15
**efficient** [1] - 21:16
**effort** [1] - 97:16
**Egan** [1] - 2:3
**EGAN** [2] - 114:2, 114:12
**eight** [7] - 18:12, 39:14, 39:22, 41:7, 93:17, 146:11, 186:2
**eight-hour** [2] - 18:12, 93:17
**either** [2] - 25:22, 85:22
**elderly** [1] - 83:2
**electric** [2] - 109:12, 110:3
**electrical** [3] - 18:11, 21:11, 110:17
**emergency** [8] - 19:23, 36:24, 37:10, 37:11, 37:16, 37:22, 41:19, 43:2
**Emily** [5] - 2:3, 6:16, 113:25, 133:3, 169:8
**employed** [4] - 16:23, 62:12, 141:22, 190:1
**employee** [5] - 42:6, 75:18, 115:22, 171:16, 182:21
**employees** [7] - 15:17, 34:23, 42:7, 143:20, 159:14, 163:22, 164:8
**employment** [6] - 12:19, 12:22, 96:14, 125:9, 173:13, 190:7
**empty** [2] - 85:8, 85:9
**end** [4] - 36:7, 36:8, 93:25, 169:23
**ended** [1] - 151:22
**enforcement** [2] - 76:16, 148:17
**Enforcement** [4] - 76:17, 77:18, 78:10, 126:2
**engineer** [1] - 12:24
**enormous** [1] - 128:24
**ensure** [1] - 10:1
**enter** [1] - 77:15
**entering** [1] - 142:10
**Enterprises** [3] - 25:3, 175:9, 175:10
**entire** [3] - 60:3, 125:9, 165:5
**entities** [2] - 6:17, 125:25
**environment** [2] - 145:14, 147:11
**equipment** [3] - 138:7,

143:1, 176:23
**errors** [1] - 191:2
**escalation** [1] - 154:10
**Esquire** [5] - 1:17, 1:22, 2:3, 2:10, 2:17
**estate** [1] - 12:6
**ET** [2] - 1:3, 1:7
**eventually** [1] - 144:16
**everywhere** [2] - 84:6, 163:15
**evict** [1] - 187:6
**evicted** [7] - 136:18, 136:21, 171:11, 171:19, 171:21, 188:15
**exact** [3] - 40:19, 40:24, 185:11
**exactly** [15] - 22:22, 29:6, 29:7, 105:11, 107:7, 136:3, 176:19, 179:5, 179:11, 187:15, 187:20, 188:4, 188:8, 188:10
**EXAMINATION** [82] - 4:3, 9:4, 25:14, 28:25, 29:25, 30:12, 30:23, 31:23, 49:22, 51:11, 51:23, 52:21, 53:2, 55:6, 56:23, 57:20, 58:5, 58:20, 59:10, 60:1, 60:18, 61:5, 61:23, 62:8, 63:1, 65:13, 67:17, 68:14, 68:25, 69:6, 70:7, 70:20, 71:4, 71:15, 71:23, 73:16, 78:25, 80:1, 80:13, 80:24, 82:1, 82:16, 83:17, 84:12, 87:1, 88:4, 88:15, 91:22, 92:11, 95:5, 95:20, 97:23, 109:23, 112:4, 114:25, 116:4, 117:22, 120:2, 122:8, 122:23, 126:20, 127:6, 127:14, 129:25, 132:8, 132:16, 142:22, 150:18, 151:5, 155:14, 156:10, 157:3, 157:22, 158:21, 159:22, 165:13, 169:7, 170:14, 178:3, 187:3, 188:14, 189:25
**example** [3] - 46:24,

86:6, 179:22
**exception** [3] - 29:16, 31:13, 183:6
**excuse** [6] - 79:15, 99:11, 101:7, 122:17, 178:10, 183:20
**exhibit** [11] - 50:14, 52:23, 55:1, 57:16, 59:5, 59:6, 71:9, 78:2, 86:22, 115:25, 155:9
**Exhibit** [97] - 28:16, 28:21, 29:21, 29:23, 30:8, 30:10, 30:18, 30:21, 31:19, 31:21, 52:23, 52:25, 55:2, 55:4, 56:19, 56:21, 57:16, 57:18, 57:25, 58:3, 58:16, 58:18, 59:8, 59:22, 59:24, 60:14, 60:16, 65:9, 65:11, 69:2, 69:4, 70:16, 70:18, 70:25, 71:2, 71:11, 71:19, 71:21, 78:21, 78:23, 80:9, 80:11, 80:19, 80:22, 82:12, 82:14, 83:13, 83:15, 84:8, 84:10, 86:22, 86:24, 87:25, 88:2, 88:10, 88:13, 91:18, 91:20, 92:7, 92:9, 95:1, 95:3, 95:16, 95:18, 109:19, 109:21, 111:25, 112:2, 113:8, 113:10, 116:2, 119:22, 119:25, 122:4, 122:6, 122:18, 122:21, 127:8, 127:12, 132:4, 132:6, 142:18, 142:20, 155:10, 155:12, 156:5, 156:8, 157:12, 157:15, 157:20, 157:23, 158:11, 158:13, 158:17, 158:19, 189:21, 189:23
**EXHIBITS** [2] - 4:9, 5:1
**exhibits** [1] - 159:21
**experience** [13] - 39:19, 62:24, 100:15, 143:8, 144:3, 144:20, 145:4, 145:23, 146:21, 147:14,

150:12, 150:16, 162:21
**experienced** [1] - 145:6
**experiencing** [1] - 146:14
**explain** [1] - 41:22
**explained** [1] - 102:8
**explanation** [1] - 24:1
**exposed** [1] - 160:20
**exposure** [8] - 143:10, 143:22, 144:5, 144:21, 145:25, 159:5, 159:9, 159:16
**express** [1] - 142:24
**expressed** [1] - 43:25
**extensive** [2] - 162:9, 162:13
**extent** [6] - 162:6, 165:2, 165:3, 174:16, 175:2
**exterior** [1] - 183:16
**extinguishers** [3] - 128:13, 128:16, 130:18
**eye** [2] - 162:25, 163:1
**eyes** [3] - 134:6, 147:14, 147:16
**eyesight** [1] - 64:24

**F**

**F104** [2] - 84:21, 84:22
**F105** [2] - 84:21, 84:23
**face** [3] - 93:25, 121:9, 153:4
**facilitate** [1] - 99:25
**fact** [4] - 108:10, 109:6, 134:4, 169:9
**fail** [3] - 86:8, 101:9, 104:7
**failed** [4] - 85:11, 103:18, 104:23, 104:25
**failing** [4] - 85:24, 86:3, 104:12, 104:13
**failure** [1] - 86:10
**fair** [8] - 169:16, 169:17, 170:25, 172:10, 172:11, 172:14, 181:2, 183:10
**fairly** [1] - 171:11
**fall** [1] - 54:17
**falling** [1] - 72:15
**familiar** [9] - 27:25, 32:19, 42:21, 50:5, 92:17, 120:4, 136:23, 160:4, 160:6
**fan** [3] - 56:5, 73:21,

81:5
**far** [3] - 12:23, 63:12, 66:7
**fast** [2] - 114:7, 169:12
**faucets** [1] - 57:10
**fault** [2] - 23:10, 23:24
**feasible** [1] - 117:20
**February** [1] - 11:20
**feces** [12] - 132:9, 133:10, 133:14, 133:18, 134:4, 134:8, 134:12, 135:6, 136:9, 137:1, 173:25, 180:24
**federal** [2] - 9:12, 10:21
**feet** [2] - 75:14, 75:17
**fell** [1] - 54:21, 62:22
**felt** [2] - 75:25, 151:4
**female** [1] - 154:14
**few** [25] - 38:6, 41:20, 50:9, 52:1, 52:10, 73:15, 78:4, 87:15, 97:2, 103:5, 103:6, 111:18, 118:4, 118:5, 123:8, 133:17, 138:16, 143:24, 145:6, 147:18, 162:5, 169:11, 177:1, 177:11, 187:4
**field** [6] - 37:19, 39:3, 91:9, 91:16, 138:6
**fifty** [1] - 124:1
**figure** [2] - 177:10, 179:20
**figuring** [1] - 47:25
**fill** [2] - 141:21, 191:4
**filled** [1] - 158:6
**filter** [1] - 92:2
**finagled** [1] - 23:11
**final** [2] - 71:24, 158:16
**finally** [1] - 30:24
**findings** [5] - 35:18, 85:14, 86:15, 126:1, 127:22
**fine** [1] - 95:10
**finish** [1] - 93:23
**finished** [3] - 11:23, 35:17, 124:22
**fire** [29] - 72:24, 77:3, 77:21, 111:4, 128:1, 128:3, 128:12, 128:14, 128:16, 128:21, 129:7, 129:9, 129:10, 129:12, 129:13, 129:16, 130:2, 130:11, 130:18,

130:19, 131:3, 131:5, 131:6, 131:7, 131:8, 131:10, 131:12
**Fire** [4] - 129:11, 131:13, 131:21, 131:24
**firemens** [2] - 128:17, 128:19
**FIRM** [1] - 1:17
**first** [21] - 9:1, 13:8, 14:5, 14:17, 22:5, 22:14, 44:12, 50:14, 54:22, 75:14, 75:16, 78:1, 90:10, 90:13, 104:10, 134:13, 147:22, 164:21, 169:5, 179:7, 195:5
**Fisher** [2] - 185:19, 185:20
**five** [11] - 38:15, 38:18, 74:9, 86:7, 114:5, 149:20, 153:24, 154:7, 164:22, 164:23, 186:2
**fix** [2] - 90:21, 174:3
**fix-up** [1] - 90:21
**fixing** [1] - 183:10
**fixture** [2] - 57:22, 122:13
**fixtures** [1] - 57:9
**flat** [3] - 72:23, 125:18, 125:20
**flooded** [1] - 133:13
**flooding** [1] - 133:10
**floor** [12] - 27:25, 28:9, 29:4, 29:10, 30:24, 52:14, 90:6, 93:4, 115:22, 120:11, 120:14, 134:16
**floors** [5] - 58:9, 58:10, 58:11, 58:14, 66:25
**flow** [1] - 112:9
**flush** [1] - 81:18
**foam** [1] - 99:11
**follow** [5] - 22:1, 24:12, 55:7, 169:21, 187:5
**follow-up** [1] - 187:5
**follows** [1] - 9:3
**foot** [1] - 149:14
**force** [2] - 143:4, 155:17
**foregoing** [2] - 194:5, 195:6
**forget** [2] - 52:3, 52:11
**forgot** [4] - 33:7, 102:17, 102:18,

160:24
**form** [27] - 20:13, 25:13, 35:25, 49:20, 50:23, 51:20, 52:17, 61:1, 67:13, 68:6, 68:21, 73:12, 79:21, 81:10, 83:5, 97:20, 117:17, 118:7, 125:7, 126:16, 126:24, 129:21, 141:22, 150:14, 150:22, 165:9, 188:12
**format** [1] - 195:10
**former** [16] - 9:16, 21:23, 24:24, 60:11, 60:20, 61:12, 61:25, 62:15, 66:10, 67:7, 75:18, 96:10, 100:7, 126:11, 148:4, 148:16
**forth** [1] - 195:6
**forward** [1] - 51:6
**foundation** [2] - 111:14, 111:20
**four** [6] - 40:22, 66:16, 114:5, 155:20, 167:12, 174:11
**free** [1] - 102:22
**frequency** [1] - 32:8
**frequent** [5] - 32:10, 112:22, 145:24, 146:13, 146:17
**frequently** [4] - 32:3, 96:24, 100:11, 101:10
**Friday** [5] - 17:8, 17:9, 149:19, 154:7, 186:2
**friend** [1] - 33:6
**friends** [2] - 89:15, 176:12
**FRITCHIE** [1] - 2:16
**front** [7] - 28:24, 31:4, 51:4, 101:1, 101:12, 135:8, 163:17
**fuck** [2] - 187:22, 188:6
**full** [4] - 8:4, 10:25, 112:11, 186:5
**fully** [3] - 10:6, 10:8, 10:13
**furniture** [5] - 84:4, 87:13, 87:17, 90:12, 107:19
**future** [1] - 170:8

**G**

**GAILMOR** [8] - 6:21, 7:20, 25:12, 177:23,

178:3, 186:12, 186:20, 192:9
**Gailmor** [3] - 2:10, 6:22, 178:5
**Gailmor.................... ....178** [1] - 4:7
**garbage** [2] - 140:9, 140:12
**gate** [10] - 44:3, 44:4, 44:6, 44:10, 44:11, 44:12, 44:14, 44:15, 187:19, 188:2
**gear** [2] - 24:19, 142:15
**general** [2] - 9:12, 50:5
**generated** [1] - 19:16
**gentleman** [6] - 33:2, 47:18, 77:17, 77:20, 108:10, 156:23
**GIEGER** [1] - 2:3
**Gilley** [1] - 3:3
**girl** [1] - 108:14
**given** [7] - 65:4, 158:23, 159:3, 159:8, 180:15, 194:6, 194:8
**glass** [6] - 92:24, 92:25, 100:8, 100:13, 100:22, 100:25
**glitch** [1] - 23:23
**globo** [1] - 127:8
**gloves** [8] - 139:22, 140:2, 140:5, 140:7, 140:8, 140:10, 140:12, 140:13
**goggles** [3] - 138:18, 138:22, 139:9
**Google** [2] - 70:1, 189:16
**grain** [2] - 58:11, 58:14
**great** [4] - 121:24, 124:21, 124:22, 167:10
**greater** [1] - 16:8
**green** [1] - 60:9
**grille** [1] - 92:1
**ground** [1] - 111:20
**GROUP** [1] - 1:22
**group** [1] - 78:5
**Group** [4] - 2:14, 6:24, 178:7, 185:3
**groups** [1] - 129:1
**growing** [2] - 63:25, 64:2
**growth** [3] - 79:14, 79:19, 91:12
**guard** [5] - 149:14,

150:10, 152:4, 154:5, 154:6
**guards** [1] - 154:3
**guess** [3] - 140:5, 174:8, 175:5
**guidelines** [1] - 195:10
**gun** [1] - 147:24
**gunshots** [1] - 108:20
**guy** [19] - 14:18, 18:17, 21:5, 21:7, 21:10, 21:11, 23:21, 44:2, 44:8, 47:17, 65:18, 72:6, 85:10, 99:15, 99:16, 147:23, 154:13, 177:8
**guys** [38] - 18:22, 39:7, 39:8, 40:9, 46:16, 48:6, 54:7, 54:20, 64:4, 73:25, 84:20, 88:21, 89:1, 99:14, 101:15, 107:13, 107:18, 107:21, 107:24, 108:8, 110:6, 127:10, 129:13, 139:14, 139:15, 139:19, 140:10, 143:24, 153:8, 156:25, 163:18, 163:24, 165:22, 167:6, 168:13, 188:21, 188:23
**guys'** [1] - 17:4

## H

**H-E-N-L-E-Y** [1] - 8:15
**half** [5] - 11:7, 78:5, 78:6, 108:13, 110:23
**halfway** [1] - 90:16
**hall** [1] - 92:23
**hallway** [1] - 82:20
**hallways** [1] - 125:12
**hand** [3] - 8:23, 52:10, 146:5
**handle** [1] - 148:9
**handles** [4] - 40:21, 65:16, 65:24, 66:3
**handling** [1] - 152:11
**handrail** [1] - 93:2
**hanging** [1] - 105:6
**HANO** [4] - 85:19, 86:12, 103:19, 104:21
**happy** [3] - 10:16, 94:2, 94:12
**hard** [5] - 76:2, 96:22, 115:11, 115:14,

174:1
**Hardware** [2] - 42:1, 42:17
**harm** [1] - 105:24
**hatch** [3] - 75:15, 125:17, 125:21
**haywire** [1] - 76:24
**hazard** [1] - 111:4
**HD** [7] - 42:25, 43:13, 43:14, 43:15, 43:16, 43:17
**headache** [1] - 146:8
**headaches** [5] - 145:24, 146:3, 146:5, 146:14, 170:1
**health** [11] - 60:23, 61:15, 126:12, 126:22, 138:23, 141:22, 142:14, 159:4, 159:15, 169:24, 170:8
**heard** [5] - 108:20, 154:23, 168:10, 175:13, 175:17
**hearing** [1] - 38:14
**Hearings** [1] - 126:2
**heating** [1] - 12:10
**hectic** [1] - 151:13
**held** [2] - 12:11, 15:5
**hell** [2] - 153:5, 167:25
**help** [2] - 93:24, 177:10
**helps** [1] - 26:15
**Henley** [7] - 1:12, 8:8, 8:15, 8:25, 11:3, 35:13, 35:14, 35:16, 104:5, 141:15
**HENLEY** [1] - 11:3
**Henry** [6] - 14:11, 35:13, 35:14, 35:16, 104:5, 141:15
**hereby** [2] - 194:4, 195:4
**herein** [1] - 195:13
**hereinabove** [1] - 195:6
**Hidden** [22] - 12:21, 178:20, 178:21, 178:23, 179:9, 179:21, 180:9, 180:13, 181:13, 181:25, 182:4, 182:9, 182:21, 183:1, 183:11, 183:15, 184:5, 184:19, 185:14, 186:1, 186:9, 186:10
**high** [1] - 11:23
**hire** [2] - 24:4, 99:23
**hired** [6] - 13:4, 22:16, 66:5, 66:6, 152:3,

154:1
**hit** [2] - 36:6, 153:4
**hold** [3] - 124:15, 124:20, 170:9
**hole** [1] - 111:19
**holidays** [1] - 167:12
**home** [6] - 36:2, 75:11, 94:5, 142:11, 152:25, 191:15
**hospital** [1] - 13:1
**hot** [1] - 105:7
**hotel** [2] - 13:1, 136:5
**hour** [7] - 18:12, 33:17, 93:17, 114:11, 114:13, 166:5, 166:6
**hourly** [1] - 32:6
**hours** [14] - 16:25, 17:6, 33:17, 40:15, 43:1, 109:7, 131:17, 131:25, 148:25, 149:21, 149:24, 152:23, 154:24, 154:25
**house** [4] - 11:11, 46:11, 46:17, 46:20
**housed** [2] - 160:12, 160:13
**housekeeper** [1] - 46:12
**housekeepers** [1] - 14:20
**Housing** [1] - 185:20
**Houston** [1] - 185:5
**hundred** [3] - 26:21, 27:5, 137:20
**Hurricane** [1] - 185:12
**hurry** [1] - 135:2
**hurt** [1] - 74:2
**HVAC** [12] - 65:16, 66:13, 75:22, 79:17, 79:23, 79:24, 123:9, 123:11, 123:14, 123:21, 123:24, 124:1

## I

**idea** [1] - 68:8
**identification** [49] - 28:22, 29:24, 30:11, 30:22, 31:22, 53:1, 55:5, 56:22, 57:19, 58:4, 58:19, 59:9, 59:25, 60:17, 65:12, 69:5, 70:19, 71:3, 71:12, 71:22, 78:24, 80:12, 80:23, 82:15, 83:16, 84:11, 86:25, 88:3, 88:14, 91:21,

92:10, 95:4, 95:19, 109:22, 112:3, 113:11, 116:3, 120:1, 122:7, 122:22, 127:13, 132:7, 142:21, 155:13, 156:9, 157:21, 158:14, 158:20, 189:24
**identified** [1] - 7:5
**identify** [3] - 14:6, 32:24, 159:24
**identity** [1] - 8:2
**illness** [1] - 159:10
**immediate** [11] - 15:21, 45:2, 45:9, 49:10, 101:19, 101:23, 108:3, 124:6, 127:23, 128:12, 141:18
**immediately** [1] - 131:12
**important** [5] - 10:4, 19:22, 27:17, 93:18, 115:4
**improve** [1] - 167:1
**Inc** [3] - 2:14, 2:20, 3:4
**inch** [1] - 66:14
**inches** [1] - 66:16
**incident** [5] - 22:6, 105:17, 142:6, 157:8, 165:25
**included** [1] - 21:25
**incorrect** [2] - 106:8, 191:6
**increase** [1] - 154:2
**indeed** [2] - 97:15, 108:24
**indicate** [2] - 68:18, 70:9
**indicative** [1] - 69:10
**individual** [4] - 128:20, 174:4, 174:6, 174:10
**individuals** [1] - 15:4
**industry** [1] - 37:21
**infestation** [1] - 127:5
**infested** [1] - 88:7
**information** [1] - 14:5
**informed** [1] - 102:6
**initial** [3] - 13:11, 13:12, 157:4
**inside** [4] - 74:16, 127:3, 133:18, 183:17
**insight** [1] - 148:5
**inspect** [5] - 48:8, 64:15, 76:18, 97:17, 104:6
**inspected** [3] - 48:16,

48:19, 130:23
**inspecting** [1] - 62:2
**inspection** [26] - 49:6, 49:13, 76:15, 76:16, 77:24, 85:10, 85:11, 93:6, 104:4, 104:5, 104:7, 104:9, 104:11, 104:19, 104:21, 106:22, 106:25, 107:4, 127:19, 129:7, 129:17, 130:3, 130:12, 130:20, 130:25, 131:1
**inspections** [4] - 62:17, 86:7, 103:19, 128:5
**inspector** [2] - 86:11, 105:14
**inspectors** [3] - 48:12, 85:20, 106:2
**install** [2] - 106:10, 130:8
**installed** [4] - 116:12, 129:4, 129:19, 130:11
**instances** [1] - 123:5
**instead** [4] - 58:12, 66:17, 133:6
**instructed** [1] - 128:11
**instrument** [49] - 28:20, 29:22, 30:9, 30:20, 31:20, 52:24, 55:3, 56:20, 57:17, 58:2, 58:17, 59:7, 59:23, 60:15, 65:10, 69:3, 70:17, 71:1, 71:10, 71:20, 78:22, 80:10, 80:21, 82:13, 83:14, 84:9, 86:23, 88:1, 88:12, 91:19, 92:8, 95:2, 95:17, 109:20, 112:1, 113:9, 116:1, 119:24, 122:5, 122:20, 127:11, 132:5, 142:19, 155:11, 156:7, 157:19, 158:12, 158:18, 189:22
**insulation** [4] - 119:5, 119:6, 119:10, 119:12
**interest** [1] - 138:22
**interested** [1] - 195:14
**interesting** [1] - 56:25
**interior** [2] - 79:1, 79:4
**interject** [1] - 88:19
**interpose** [1] - 69:13
**interviewed** [1] -

137:12
**intimate** [1] - 183:14
**introduce** [1] - 6:8
**intrusion** [38] - 62:3, 65:5, 66:12, 68:19, 69:11, 70:11, 79:13, 79:18, 81:7, 86:4, 96:12, 99:3, 99:7, 100:9, 100:12, 111:21, 112:18, 112:23, 118:2, 118:7, 119:10, 120:18, 120:22, 121:9, 122:2, 122:25, 123:3, 123:7, 123:12, 123:16, 123:22, 124:8, 124:24, 125:11, 140:20, 162:4, 162:12, 180:24
**invoice** [2] - 54:11, 54:13
**involved** [1] - 141:3
**iron** [25] - 66:13, 66:17, 116:8, 116:11, 116:17, 116:20, 116:24, 117:6, 117:8, 117:13, 117:21, 117:23, 118:3, 118:8, 118:9, 118:12, 123:15, 124:2, 124:7, 124:13, 124:17, 124:24, 133:25, 162:16, 180:20
**IRWIN** [1] - 2:16
**issue** [47] - 9:18, 14:2, 18:17, 23:16, 23:18, 37:14, 41:25, 43:3, 44:17, 68:19, 69:11, 70:11, 81:7, 85:16, 101:2, 101:16, 102:4, 104:15, 105:13, 107:22, 109:10, 111:21, 112:18, 115:19, 119:11, 119:14, 119:16, 120:24, 120:25, 121:1, 121:2, 121:4, 124:24, 125:5, 133:24, 152:1, 152:13, 153:2, 153:3, 153:11, 161:6, 174:21, 177:7, 177:9, 181:3
**issues** [53] - 9:20, 17:5, 18:10, 18:11,

39:18, 47:1, 47:19, 66:12, 66:13, 75:4, 75:22, 86:4, 86:17, 88:20, 99:7, 100:9, 100:12, 104:20, 105:1, 111:14, 112:23, 116:6, 116:24, 118:2, 118:7, 120:19, 120:22, 121:10, 123:19, 125:12, 144:25, 145:4, 145:6, 145:13, 152:12, 162:4, 162:12, 163:1, 169:24, 171:25, 172:3, 174:22, 174:24, 177:13, 180:5, 180:16, 181:6, 181:10, 181:14, 181:16, 182:7, 182:16, 183:21
**itself** [3] - 101:17, 133:3, 147:12

---

### J

**jack** [3] - 124:14, 124:18, 124:19
**Jake** [1] - 22:9
**Jamal** [1] - 14:13
**James** [1] - 177:8
**Janell** [3] - 161:16, 165:25, 166:21
**Janice** [6] - 133:9, 135:10, 135:13, 135:15, 136:17, 188:1
**January** [5] - 189:2, 189:5, 189:15, 190:2, 190:3
**JARRETT** [3] - 1:22, 6:12, 7:18
**Jarrett** [2] - 1:22, 6:13
**Jenkins** [1] - 14:12
**jeopardy** [1] - 107:24
**Jeremy** [1] - 108:5
**job** [22] - 12:20, 13:12, 13:17, 13:19, 15:1, 15:5, 22:12, 22:13, 22:18, 23:1, 23:7, 24:3, 32:16, 36:2, 52:5, 96:18, 103:11, 107:14, 124:21, 124:22, 161:22, 172:6
**Joe** [1] - 88:24
**Johnson** [2] - 14:13, 14:14

**Joshua** [3] - 115:7, 118:18, 120:4
**JOSHUA** [1] - 1:3
**JUDGE** [2] - 1:6, 1:8
**July** [8] - 49:1, 49:2, 109:3, 109:6, 155:4, 155:15, 157:6, 158:10
**jump** [1] - 169:19
**jumped** [1] - 76:1
**June** [2] - 48:25, 49:2

---

### K

**Katrina** [1] - 185:12
**keep** [10] - 27:11, 27:15, 38:12, 38:13, 38:20, 39:3, 39:5, 39:7, 39:8, 40:8
**kept** [4] - 40:7, 47:5, 165:2, 167:7
**KERRIGAN** [1] - 2:10
**key** [1] - 129:2
**keys** [1] - 40:17
**KFK** [10] - 2:14, 6:24, 178:6, 178:7, 184:20, 184:23, 184:25, 185:2
**kill** [2] - 91:12
**killed** [1] - 38:17
**killing** [2] - 64:8, 64:9
**Kilz** [1] - 64:8
**kind** [20] - 24:14, 24:18, 29:13, 46:23, 47:2, 48:6, 66:24, 81:13, 96:4, 98:22, 98:24, 105:24, 107:22, 127:3, 127:5, 148:7, 160:11, 169:23, 170:24, 172:16
**kinds** [1] - 46:1
**kitchen** [13] - 28:19, 29:12, 29:14, 29:16, 31:4, 51:10, 53:3, 53:5, 53:6, 53:11, 79:5, 79:7, 81:16
**kitchens** [1] - 53:9
**kits** [1] - 64:23
**knee** [1] - 75:20
**knock** [1] - 166:5
**knowledge** [48] - 16:12, 21:23, 22:3, 22:19, 24:23, 25:2, 25:4, 25:8, 26:20, 27:20, 49:16, 49:24, 55:13, 56:13, 60:20, 61:11, 61:25, 62:15, 65:15, 65:24, 66:10, 73:9, 73:19, 76:11,

80:5, 101:18, 101:22, 125:24, 126:4, 126:10, 131:20, 137:10, 143:23, 145:22, 158:22, 159:1, 159:2, 159:7, 162:20, 172:1, 172:10, 182:1, 182:2, 182:4, 182:6, 183:15, 184:25, 185:4

---

### L

**label** [2] - 153:15, 155:9
**labeled** [1] - 26:8
**labor** [1] - 167:14
**Labor** [1] - 167:16
**LABORDE** [1] - 2:3
**lack** [1] - 101:24
**ladder** [3] - 72:9, 72:10, 75:19
**lady** [12] - 33:5, 43:4, 77:7, 84:2, 85:9, 87:15, 96:18, 135:8, 135:16, 136:4, 152:8, 153:4
**lady's** [2] - 87:5, 100:22
**Laguna** [180] - 9:9, 9:16, 12:21, 13:3, 13:15, 13:18, 14:8, 14:24, 15:6, 15:11, 15:18, 16:24, 17:12, 18:7, 21:24, 22:2, 24:10, 24:24, 25:9, 25:18, 25:20, 26:3, 26:18, 28:1, 28:13, 29:5, 30:3, 31:3, 31:16, 32:17, 32:20, 33:13, 36:21, 38:5, 45:12, 47:12, 49:17, 49:24, 50:6, 50:17, 50:20, 51:13, 53:4, 55:18, 56:2, 56:9, 58:22, 59:11, 60:4, 60:22, 61:12, 62:1, 62:3, 62:17, 65:6, 65:17, 65:25, 66:12, 67:3, 67:8, 67:10, 67:18, 67:22, 69:8, 70:22, 71:6, 71:16, 72:1, 73:3, 75:5, 76:5, 76:18, 96:11, 97:14, 98:5, 101:2, 101:12, 101:20, 101:25, 111:15, 115:20, 116:7,

---

116:11, 116:18, 116:21, 120:18, 121:10, 122:25, 123:3, 123:16, 123:22, 125:3, 125:9, 125:13, 126:11, 126:13, 126:22, 128:4, 136:25, 138:1, 138:3, 138:12, 138:19, 138:23, 139:3, 139:6, 139:23, 140:20, 143:8, 143:10, 144:3, 144:19, 145:1, 145:14, 145:18, 145:25, 146:3, 146:8, 146:15, 146:22, 146:25, 147:7, 147:15, 147:19, 147:21, 148:22, 148:23, 149:3, 149:7, 150:10, 150:19, 154:10, 154:22, 155:5, 157:6, 160:5, 160:25, 161:1, 161:3, 161:5, 161:12, 162:4, 162:7, 162:9, 162:10, 162:14, 162:18, 162:23, 164:7, 164:9, 164:18, 165:3, 165:7, 165:15, 165:22, 167:2, 170:23, 173:16, 173:19, 173:20, 173:22, 175:11, 177:2, 177:14, 178:9, 178:13, 179:8, 181:10, 181:17, 183:5, 184:10, 187:8, 189:4, 189:6, 189:13, 189:14

**Lake** [4] - 12:21, 178:20, 184:19, 186:10

**lake** [1] - 59:2

**Lakes** [18] - 178:21, 178:23, 179:9, 179:21, 180:9, 180:13, 181:14, 181:25, 182:5, 182:9, 182:21, 183:1, 183:12, 183:16, 184:6, 185:14, 186:1, 186:9

**land** [1] - 161:2

**LAPEROUSE** [1] - 2:3

**last** [4] - 30:24, 33:4, 188:13, 190:8

**latch** [1] - 110:3

**late** [2] - 17:2, 128:18

**Latter** [7] - 2:20, 6:19, 185:6, 185:9, 185:13, 185:17, 185:22

**laundry** [9] - 120:6, 120:8, 120:17, 120:23, 120:24, 121:7, 121:8, 161:7, 161:8

**LAW** [1] - 1:22

**law** [1] - 148:17

**lawyers** [1] - 10:12

**layout** [10] - 29:17, 30:3, 30:15, 31:15, 50:25, 51:3, 51:12, 53:3, 53:5, 57:21

**layouts** [2] - 28:12, 28:15

**leading** [3] - 12:19, 59:20, 171:24

**leak** [11] - 14:2, 77:9, 84:21, 90:18, 90:19, 94:22, 97:2, 112:20, 125:19, 125:20, 125:21

**leakage** [2] - 123:21, 127:2

**leaked** [3] - 66:22, 66:23, 84:22

**leaking** [6] - 35:9, 35:12, 80:3, 81:22, 92:3, 121:13

**leaks** [21] - 18:10, 37:12, 46:25, 62:2, 86:5, 96:12, 96:16, 96:25, 98:12, 101:1, 101:20, 101:24, 102:9, 115:5, 116:7, 127:3, 180:19, 180:20, 180:23, 183:19

**learn** [1] - 91:13

**leasing** [6] - 20:17, 32:18, 32:20, 34:3, 152:18, 153:17

**least** [8] - 34:7, 39:13, 40:10, 93:12, 112:24, 152:7, 161:14

**leave** [2] - 90:11, 110:7

**led** [1] - 20:2

**left** [23] - 51:8, 60:9, 77:17, 83:1, 84:3, 87:17, 87:19, 89:19,

104:12, 104:13, 107:9, 125:10, 135:16, 135:17, 149:20, 156:2, 157:10, 161:11, 164:7, 168:13, 168:15, 189:2

**Legal** [1] - 3:3

**leisure** [1] - 191:16

**LEON** [4] - 1:11, 8:24, 194:4, 195:4

**Leon** [2] - 8:7, 11:1

**less** [6] - 26:1, 27:2, 27:3, 56:14, 56:15, 56:16

**letter** [1] - 125:24

**letting** [3] - 64:7, 84:25, 191:5

**level** [2] - 75:15, 75:16

**license** [1] - 163:7

**licensed** [3] - 12:24, 147:25, 176:13

**life** [1] - 148:18

**light** [4] - 57:9, 59:19, 115:13, 122:12

**lighting** [1] - 57:22

**lights** [1] - 110:14

**likely** [1] - 32:13

**limited** [1] - 181:15

**line** [1] - 148:18

**list** [3] - 20:5, 20:24, 104:18

**live** [3] - 89:16, 90:24, 148:15

**liveable** [2] - 90:1

**living** [10] - 51:5, 77:7, 80:6, 82:20, 83:3, 83:9, 83:23, 102:21, 108:22, 137:7

**LLC** [8] - 1:7, 1:17, 2:3, 2:7, 2:8, 2:13, 2:14, 2:16

**LLP** [1] - 2:10

**load** [1] - 124:16

**load-bearing** [1] - 124:16

**located** [5] - 16:15, 43:17, 43:21, 43:22, 73:4

**location** [2] - 42:17, 60:11

**locations** [1] - 70:13

**lock** [1] - 110:8

**locked** [2] - 111:2, 151:16

**log** [1] - 36:16

**logged** [1] - 34:12

**logo** [4] - 48:4, 99:18, 99:20, 149:16

**long-sleeve** [2] -

139:2, 139:5

**look** [26] - 29:3, 29:13, 29:14, 31:1, 31:7, 31:14, 47:19, 52:4, 53:17, 55:25, 58:25, 72:17, 72:18, 92:17, 94:16, 94:17, 95:12, 98:21, 104:2, 118:24, 118:25, 122:12, 157:16, 160:3

**looked** [12] - 23:15, 23:16, 50:11, 50:21, 52:15, 67:10, 76:19, 76:25, 77:1, 98:24, 99:1, 108:6

**looking** [38] - 29:12, 58:23, 59:1, 59:12, 59:15, 78:12, 78:13, 80:14, 80:16, 80:25, 82:17, 83:18, 84:13, 87:2, 88:5, 88:16, 91:23, 91:25, 92:12, 94:14, 94:16, 94:18, 95:6, 95:21, 95:22, 100:1, 100:4, 105:3, 105:4, 109:10, 111:6, 111:8, 112:5, 118:20, 118:21, 122:10, 154:16

**lookout** [1] - 105:22

**looks** [6] - 57:4, 80:16, 84:18, 94:22, 120:15, 122:16

**losing** [1] - 128:15

**lost** [1] - 188:24

**LOUISIANA** [1] - 1:1

**Louisiana** [13] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:9, 8:25, 11:4, 25:11, 148:1, 195:3, 195:12

**Lovelace** [1] - 14:12

**lower** [3] - 19:7

**lunch** [2] - 94:7, 94:8

**Lynd** [14] - 163:2, 163:3, 163:22, 166:14, 166:16, 167:2, 167:9, 167:19, 168:5, 173:12, 173:13, 176:4

**M**

**ma'am** [176] - 11:17, 16:9, 16:13, 19:17, 20:14, 20:25, 21:21, 25:16, 32:10, 32:23, 37:23, 39:25, 41:5,

41:10, 41:13, 42:23, 43:14, 44:20, 45:5, 45:13, 48:21, 49:3, 49:14, 49:18, 50:8, 51:14, 52:7, 55:12, 57:24, 58:15, 58:24, 60:5, 60:12, 62:13, 63:17, 63:20, 65:7, 65:22, 67:5, 67:11, 67:16, 67:23, 70:24, 71:8, 71:14, 71:18, 72:2, 73:7, 75:7, 77:19, 77:22, 77:25, 80:4, 80:7, 82:25, 83:25, 87:14, 93:8, 96:13, 98:3, 98:18, 99:4, 100:10, 101:21, 103:20, 104:22, 106:20, 107:1, 108:19, 108:24, 109:5, 109:17, 111:5, 112:19, 115:17, 116:19, 116:22, 117:11, 120:16, 121:8, 123:1, 123:8, 123:19, 124:3, 124:10, 125:1, 126:19, 127:21, 127:25, 128:6, 128:9, 129:8, 129:23, 133:12, 133:14, 134:1, 134:10, 134:23, 135:7, 135:12, 136:11, 136:16, 136:19, 136:22, 137:2, 137:14, 138:4, 138:13, 138:20, 138:25, 139:4, 139:8, 140:21, 140:25, 141:5, 141:10, 141:20, 142:16, 144:6, 144:10, 144:17, 145:15, 145:19, 146:4, 146:16, 147:2, 147:5, 147:17, 150:8, 151:9, 154:4, 154:8, 155:24, 156:4, 157:7, 157:11, 159:17, 160:9, 162:11, 162:15, 166:9, 167:20, 171:13, 171:22, 173:10, 173:15, 178:18, 181:1, 181:18, 181:22, 181:23, 182:25, 183:3,

183:6, 183:13, 184:3, 184:8, 185:16, 185:24, 186:3, 186:6, 188:3, 188:17, 189:18, 190:5
**machine** [2] - 65:4, 180:17
**machines** [1] - 121:10
**Magazine** [2] - 1:23, 2:11
**MAGISTRATE** [1] - 1:8
**mail** [20] - 152:11, 152:13, 152:17, 152:20, 152:21, 152:22, 153:1, 153:2, 153:3, 153:5, 153:6, 153:16, 153:18, 153:20, 153:21, 153:22, 153:23, 153:25
**mailbox** [1] - 153:2
**mailboxes** [2] - 153:12, 153:14
**mailmen** [1] - 152:17
**main** [1] - 23:22
**maintain** [2] - 69:20, 70:4
**maintained** [5] - 15:12, 15:15, 36:17, 51:18, 165:1
**maintenance** [112] - 9:8, 9:16, 9:20, 12:23, 13:3, 13:14, 13:18, 13:24, 14:8, 15:22, 15:24, 16:23, 19:20, 21:23, 22:1, 24:24, 25:8, 26:17, 26:25, 31:25, 32:21, 33:12, 33:14, 33:21, 34:4, 34:10, 34:21, 34:22, 36:6, 36:16, 36:21, 37:19, 37:21, 38:22, 38:24, 39:23, 40:1, 40:6, 41:3, 45:12, 45:19, 46:3, 46:15, 46:23, 47:5, 47:13, 51:16, 55:10, 56:2, 57:3, 60:20, 61:12, 61:25, 62:9, 62:11, 62:16, 65:15, 65:18, 66:10, 67:7, 69:9, 70:10, 72:5, 89:17, 91:9, 91:15, 91:16, 96:10, 96:25, 97:13, 100:7, 102:14, 102:16, 103:12, 103:22, 104:20, 115:16, 119:19, 120:22,

120:25, 121:1, 126:11, 131:16, 134:11, 136:24, 137:4, 137:9, 137:12, 137:18, 137:25, 138:6, 141:2, 141:12, 141:19, 142:23, 143:7, 144:2, 144:19, 145:1, 145:17, 153:13, 159:4, 159:14, 164:3, 164:8, 165:5, 166:8, 167:1, 167:14, 173:8, 183:2
**major** [4] - 20:7, 123:15, 123:18, 124:23
**make-ready** [5] - 89:3, 89:4, 89:20, 89:22, 89:24
**man** [2] - 38:15, 42:8
**management** [6] - 25:6, 61:20, 89:17, 93:13, 104:2, 178:16
**Management** [8] - 2:7, 2:20, 178:15, 179:3, 179:8, 185:7, 185:14, 185:22
**manager** [16] - 13:22, 14:22, 15:3, 15:6, 15:7, 16:7, 47:8, 85:14, 108:4, 131:15, 161:9, 161:15, 165:23, 180:6, 187:11, 187:13
**manual** [2] - 24:10, 167:14
**March** [3] - 13:10, 22:17, 173:9
**MARGARET** [3] - 3:11, 195:3, 195:17
**Margaret** [1] - 7:1
**Marine** [1] - 93:24
**mark** [38] - 28:16, 29:20, 30:7, 30:18, 31:18, 52:22, 55:6, 56:18, 57:25, 58:16, 59:21, 60:13, 65:8, 69:1, 70:15, 71:19, 74:25, 78:1, 78:20, 82:11, 83:12, 86:21, 87:24, 88:10, 91:17, 92:6, 95:15, 109:18, 111:24, 113:7, 119:22, 122:3, 122:18, 127:7, 132:3, 142:17, 189:20

**marked** [51] - 28:21, 29:23, 30:10, 30:21, 31:21, 52:25, 55:4, 56:21, 57:18, 58:3, 58:18, 59:8, 59:24, 60:16, 65:11, 69:4, 70:18, 71:2, 71:11, 71:21, 74:6, 74:11, 78:23, 80:11, 80:22, 82:14, 83:15, 84:10, 86:24, 88:2, 88:13, 91:20, 92:9, 95:3, 95:18, 109:21, 112:2, 113:10, 116:2, 119:25, 122:6, 122:21, 127:12, 132:6, 142:20, 155:12, 156:8, 157:20, 158:13, 158:19, 189:23
**marketing** [2] - 50:10, 55:25
**marshal** [3] - 77:21, 128:2, 129:9
**marshal's** [6] - 128:4, 129:7, 129:17, 130:2, 130:12, 130:20
**Martin** [1] - 155:5
**mask** [1] - 138:2
**material** [2] - 27:7, 41:22
**materials** [3] - 27:11, 45:11, 46:1
**matter** [2] - 99:5, 108:10, 195:14
**McKenna** [1] - 171:3
**MCKENZIE** [3] - 3:11, 195:3, 195:17
**mean** [74] - 18:2, 19:8, 19:14, 20:10, 20:11, 21:12, 22:13, 34:6, 35:24, 37:1, 37:2, 37:3, 37:4, 38:5, 38:14, 38:16, 38:18, 38:25, 40:7, 43:9, 51:22, 52:6, 52:9, 64:16, 64:17, 70:12, 72:17, 72:25, 73:20, 76:24, 76:25, 77:3, 77:8, 81:12, 89:10, 89:11, 89:18, 89:20, 90:8, 91:1, 93:13, 94:4, 94:5, 94:9, 102:23, 104:11, 106:3, 108:12, 110:10, 115:19, 119:7, 119:12, 125:6, 128:24,

131:13, 132:21, 145:7, 147:5, 150:3, 151:13, 151:14, 151:19, 152:11, 152:14, 163:5, 163:8, 170:7, 174:9, 174:20
**meaning** [2] - 89:22, 93:15
**means** [10] - 46:11, 46:13, 66:22, 89:22, 89:24, 97:5, 104:14, 138:5, 167:7
**meant** [2] - 102:21, 163:9, 166:19
**media** [4] - 171:16, 171:17, 187:7, 187:18
**meet** [1] - 38:23
**meeting** [1] - 22:10
**members** [1] - 145:21
**mentioned** [5] - 9:2, 14:21, 43:13, 87:14, 141:15
**messed** [2] - 23:17, 84:23
**met** [3] - 49:8, 169:8, 169:9
**Metairie** [2] - 43:18, 43:23
**meter** [2] - 110:10, 110:11
**method** [1] - 195:7
**Mexican** [2] - 99:16
**Microban** [1] - 161:24
**microwave** [2] - 53:18, 53:19
**might** [9] - 11:16, 40:13, 54:15, 76:19, 78:3, 105:6, 105:11, 115:17, 141:14
**mind** [4] - 167:13, 167:16, 182:12, 188:21
**minute** [2] - 113:17, 113:20
**minutes** [1] - 43:6
**Miss** [7] - 113:25, 133:3, 135:15, 171:10, 189:7, 192:12
**mistaken** [4] - 59:16, 59:18, 76:8, 180:1
**modifications** [1] - 53:24
**mold** [110] - 12:16, 24:12, 24:15, 24:20, 47:1, 47:11, 47:15, 47:17, 47:19, 47:24, 48:9, 48:11, 48:12,

48:14, 48:16, 48:19, 49:12, 49:17, 49:24, 50:2, 50:3, 55:14, 57:7, 62:17, 63:3, 63:5, 63:6, 63:16, 63:19, 63:23, 64:1, 64:8, 64:9, 64:16, 64:17, 64:19, 64:20, 77:10, 78:16, 79:14, 79:19, 80:17, 81:3, 82:21, 83:3, 83:21, 84:6, 84:16, 85:25, 87:4, 87:9, 87:11, 87:12, 87:22, 88:7, 88:18, 90:17, 91:10, 91:12, 118:21, 121:25, 122:1, 125:3, 125:7, 125:12, 127:1, 136:14, 136:25, 138:2, 138:12, 138:18, 138:24, 139:3, 139:6, 139:17, 139:23, 140:3, 140:20, 140:24, 141:3, 142:3, 142:11, 142:15, 142:25, 143:10, 143:22, 144:5, 144:21, 145:25, 147:10, 158:2, 158:3, 158:24, 159:5, 159:9, 159:15, 160:17, 161:4, 161:7, 161:10, 161:18, 162:9, 165:15, 169:25, 170:16, 181:24
**moldy** [1] - 160:17
**moments** [2] - 87:15, 100:23
**Monday** [6] - 1:13, 17:8, 17:9, 149:19, 154:6, 186:1
**money** [3] - 44:12, 72:16, 89:9
**monitored** [1] - 148:24
**month** [10] - 23:13, 40:3, 40:5, 85:17, 107:6, 107:8, 164:18, 164:19, 166:12, 173:23
**monthly** [1] - 32:2
**months** [5] - 24:3, 64:11, 106:16, 146:11, 169:10
**MOORE** [1] - 2:16
**morale** [1] - 89:19

**Morgan** [5] - 135:10, 135:13, 136:17, 171:10, 188:1
**Morgan's** [1] - 133:9
**morning** [6] - 34:5, 37:6, 42:1, 42:12, 110:13
**mornings** [1] - 94:6
**most** [9] - 19:1, 32:13, 32:15, 53:8, 57:11, 85:7, 85:8, 86:18
**mouth** [1] - 171:7
**move** [10] - 10:14, 11:8, 11:14, 77:12, 84:2, 85:12, 85:16, 87:16, 90:2, 90:11, 109:8
**moved** [2] - 16:17, 87:16
**moving** [1] - 76:13
**MR** [6] - 6:12, 6:18, 7:18, 7:22, 186:22, 192:17
**MS** [142] - 6:9, 6:15, 6:21, 7:14, 7:16, 7:20, 9:4, 25:12, 25:14, 28:25, 29:25, 30:12, 30:23, 31:23, 49:19, 49:22, 50:22, 51:11, 51:19, 51:23, 52:16, 52:21, 53:2, 55:6, 56:23, 57:20, 58:5, 58:20, 59:10, 60:1, 60:18, 60:25, 61:5, 61:17, 61:23, 62:4, 62:8, 62:18, 63:1, 65:13, 67:12, 67:17, 68:5, 68:14, 68:20, 68:25, 69:6, 69:12, 69:23, 70:3, 70:7, 70:20, 71:4, 71:15, 71:23, 73:11, 73:16, 78:25, 79:20, 80:1, 80:13, 80:24, 81:9, 82:1, 82:16, 83:4, 83:11, 83:17, 84:12, 87:1, 88:4, 88:15, 91:22, 92:11, 95:5, 95:20, 97:19, 97:23, 109:23, 111:23, 112:4, 113:12, 113:18, 114:2, 114:10, 114:12, 114:14, 114:23, 114:25, 116:4, 117:16, 117:22, 120:2, 122:8, 122:23, 126:15, 126:20, 126:23, 127:6,
127:14, 129:20, 129:25, 132:8, 132:16, 142:22, 150:13, 150:18, 150:21, 151:5, 155:14, 156:10, 157:3, 157:22, 158:15, 158:21, 159:18, 159:22, 165:8, 165:13, 168:16, 169:3, 169:7, 170:11, 170:14, 177:17, 177:23, 178:3, 186:12, 186:20, 187:3, 188:11, 188:14, 189:19, 189:25, 190:10, 190:20, 191:13, 191:23, 192:3, 192:9, 192:13, 192:21
**Multifamily** [3] - 178:14, 179:3, 179:8
**multiple** [1] - 174:15
**murder** [1] - 77:1
**mushrooms** [2] - 63:25, 64:1
**must** [1] - 90:6

# N

**N95** [3] - 138:1, 138:11, 139:12
**name** [37] - 8:4, 8:7, 9:6, 10:25, 14:9, 14:23, 22:8, 22:9, 32:25, 33:3, 33:4, 33:8, 37:25, 48:15, 48:20, 66:2, 67:20, 88:22, 88:23, 102:18, 108:5, 135:10, 135:14, 149:5, 149:6, 169:8, 171:1, 171:2, 175:14, 178:4, 178:18, 178:19, 178:25, 179:5, 187:12, 189:8
**named** [2] - 14:18, 164:10
**nauseated** [1] - 146:25
**navy** [1] - 115:13
**near** [1] - 157:25
**need** [25] - 10:12, 10:15, 18:4, 38:11, 40:20, 40:24, 42:4, 47:21, 73:24, 89:1, 90:22, 93:14, 93:16,
104:2, 113:13, 113:16, 123:10, 132:19, 155:9, 168:3, 186:7, 188:20, 191:21, 192:7
**needed** [14] - 38:18, 42:6, 42:7, 66:6, 102:4, 102:5, 102:7, 107:25, 129:19, 135:1, 149:1, 163:13, 163:17, 166:1
**needs** [5] - 10:18, 73:1, 161:25
**negligence** [1] - 9:12
**never** [13] - 12:17, 22:3, 22:4, 60:7, 63:15, 91:9, 127:20, 128:7, 128:9, 142:12, 175:1, 175:17, 181:11
**New** [19] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:9, 8:25, 11:4, 12:3, 12:25, 16:4, 16:8, 76:17, 109:15, 110:25, 125:25, 148:15, 167:9
**new** [6] - 11:15, 37:7, 90:20, 128:12, 128:21
**news** [12] - 136:7, 136:13, 136:18, 136:21, 136:23, 137:5, 166:7, 166:10, 171:12, 171:15, 171:17, 187:18
**next** [15] - 11:9, 11:11, 17:4, 36:25, 45:15, 86:10, 92:23, 109:9, 112:20, 144:1, 156:23, 179:19, 180:10
**nice** [1] - 52:15
**night** [4] - 58:23, 59:11, 110:12, 143:18
**nine** [3] - 24:5, 24:6, 154:7
**NO** [1] - 1:3
**nobody** [7] - 54:17, 63:4, 63:5, 105:23, 164:5, 167:10
**nola.com** [3] - 155:3, 157:13, 158:10
**none** [4] - 107:13, 156:18, 160:21, 168:9
**normal** [8] - 45:19, 45:20, 64:5, 97:1, 109:7, 110:15, 151:3, 152:23
**normally** [3] - 144:8, 152:24, 157:25
**notate** [1] - 35:19
**notated** [1] - 36:4
**note** [1] - 69:8
**noted** [2] - 194:16, 194:17
**nothing** [7] - 43:10, 63:14, 64:22, 165:3, 175:1, 184:9
**notice** [1] - 75:22
**noticing** [1] - 7:13
**notified** [1] - 44:7
**November** [1] - 190:9
**number** [3] - 19:8, 20:9, 154:3
**nuts** [1] - 105:7

# O

**oath** [1] - 7:9
**object** [24] - 10:12, 25:13, 49:20, 50:23, 51:20, 52:17, 61:1, 67:13, 68:6, 68:21, 73:12, 79:21, 81:10, 83:5, 97:20, 117:17, 126:16, 126:24, 129:21, 150:14, 150:22, 159:23, 165:9, 188:12
**objection** [9] - 7:8, 10:13, 61:18, 62:5, 62:19, 69:14, 69:20, 69:21, 70:5
**objects** [1] - 160:17
**observation** [2] - 51:16, 79:16
**observations** [14] - 26:17, 26:23, 31:3, 62:15, 65:15, 65:24, 67:7, 78:11, 96:10, 97:13, 100:7, 111:16, 137:25, 167:18
**observe** [9] - 75:6, 96:15, 96:24, 100:11, 116:16, 119:19, 134:3, 134:7, 177:12
**observed** [5] - 34:2, 133:16, 133:17, 162:10, 162:13
**occasionally** [2] - 146:7, 146:10
**occasions** [1] - 46:18
**occupied** [4] - 26:24, 27:18, 27:23, 46:4
**occur** [2] - 53:23, 53:24
**occurred** [7] - 107:2, 108:25, 109:6, 147:19, 154:22, 155:4, 157:5
**occurrence** [1] - 109:24
**occurring** [1] - 150:6
**October** [4] - 54:4, 54:5, 55:9, 190:8
**odd** [1] - 27:5
**OF** [1] - 1:1
**OFF** [4] - 157:2, 170:13, 190:19, 192:5
**offend** [1] - 169:14
**offer** [1] - 167:12
**offered** [1] - 29:4
**office** [39] - 11:14, 15:12, 16:14, 16:17, 17:20, 19:24, 20:18, 23:22, 32:12, 32:21, 33:19, 34:1, 34:3, 34:19, 35:16, 36:13, 40:17, 44:7, 44:8, 44:9, 59:20, 85:13, 131:9, 135:1, 151:14, 151:16, 152:5, 152:8, 152:9, 152:11, 152:18, 153:8, 153:16, 153:22, 172:5, 172:13, 187:10
**officer** [5] - 148:4, 148:16, 148:22, 148:23, 195:4
**officially** [1] - 173:7
**often** [5] - 17:1, 67:4, 97:1, 100:14, 123:4
**old** [5] - 72:19, 76:4, 76:9, 116:15, 153:10
**older** [2] - 135:8, 181:21
**on-site** [3] - 15:11, 15:15, 15:18
**once** [20] - 34:10, 35:6, 36:4, 36:6, 36:9, 36:11, 53:10, 64:13, 66:22, 86:14, 91:2, 145:13, 146:18, 147:3, 167:19, 174:14, 174:17
**One** [1] - 2:4
**one** [97] - 9:6, 10:5, 14:16, 16:20, 17:19, 20:4, 21:5, 22:5,

22:6, 23:9, 26:5, 26:19, 27:14, 28:9, 28:12, 28:14, 29:8, 30:6, 30:13, 30:14, 30:16, 30:25, 31:5, 31:8, 31:10, 32:14, 37:13, 38:6, 40:13, 41:6, 41:25, 42:2, 42:6, 42:7, 42:12, 42:21, 43:1, 44:2, 46:14, 46:15, 46:20, 47:14, 47:17, 53:7, 71:24, 74:10, 74:21, 82:9, 82:20, 83:25, 88:21, 88:22, 100:18, 101:15, 105:9, 105:10, 107:21, 109:25, 110:19, 112:24, 121:12, 121:20, 121:21, 124:12, 128:18, 131:7, 137:20, 137:23, 146:5, 146:18, 148:22, 148:23, 149:9, 149:13, 150:9, 151:25, 152:4, 153:3, 154:5, 154:6, 154:13, 154:19, 154:25, 156:24, 163:11, 167:11, 168:23, 174:10, 184:17, 188:22

**one-bedroom** [4] - 30:14, 30:16, 30:25, 31:8
**one-off** [1] - 109:25
**ones** [1] - 89:13
**ongoing** [1] - 174:5
**online** [2] - 33:16, 33:21
**open** [4] - 60:5, 78:18, 110:4, 111:1
**opened** [1] - 34:6
**opening** [1] - 111:19
**operate** [1] - 12:25
**operating** [1] - 27:15
**operation** [6] - 89:3, 89:19, 89:21, 112:16, 130:2
**opinion** [4] - 38:21, 79:12, 83:2, 89:14
**opinions** [1] - 195:13
**opportunity** [1] - 10:6, 10:8, 10:13, 190:22, 191:7, 191:12
**option** [1] - 45:16
**order** [32] - 8:1, 19:13, 19:16, 19:19, 19:23,

24:19, 34:13, 34:14, 34:16, 35:4, 35:6, 35:7, 35:10, 35:16, 35:19, 35:25, 36:24, 37:10, 40:13, 45:11, 46:3, 63:9, 65:5, 89:21, 116:25, 127:17, 138:2, 138:11, 141:22, 153:11, 168:3
**ordered** [4] - 140:6, 140:7, 140:8, 140:11
**orders** [51] - 17:3, 18:8, 18:9, 18:16, 18:17, 18:18, 18:25, 19:1, 19:4, 19:8, 19:12, 20:6, 20:7, 20:13, 20:20, 20:24, 21:1, 21:7, 21:9, 31:25, 32:2, 32:3, 32:12, 35:21, 37:3, 37:11, 37:16, 37:17, 37:23, 38:15, 38:16, 38:17, 38:18, 39:9, 39:11, 39:22, 40:2, 40:5, 40:10, 41:12, 164:17, 164:25, 167:7, 167:18, 168:1, 168:6, 168:7, 183:9, 184:5, 186:8
**ordinary** [1] - 47:6
**Orleans** [19] - 1:12, 1:18, 1:23, 2:5, 2:11, 2:18, 8:9, 8:25, 11:4, 12:3, 12:25, 16:4, 16:8, 76:17, 109:15, 110:25, 125:25, 148:15, 167:9
**Orwood** [1] - 177:8
**otherwise** [1] - 195:14
**outcome** [1] - 195:14
**outdoor** [3] - 91:4, 91:5, 91:7
**outlined** [1] - 24:11
**outs** [1] - 148:17
**outside** [10] - 97:9, 98:24, 108:11, 134:14, 134:18, 134:21, 163:12, 187:18, 188:2, 189:14
**overall** [1] - 103:23
**overnight** [1] - 135:18
**overtime** [1] - 20:3
**owed** [1] - 42:15
**own** [6] - 13:16, 34:25, 106:4, 134:6, 147:23, 175:22
**owned** [5] - 25:3, 175:7, 178:23, 180:8

**owner** [3] - 24:25, 175:12, 175:19
**owners** [2] - 25:2, 176:1
**owns** [2] - 16:6, 178:21

## P

**p.m** [3] - 1:13, 6:6, 17:1
**page** [3] - 127:9, 127:10, 127:15
**pages** [1] - 195:6
**paid** [11] - 27:10, 44:1, 44:11, 44:14, 54:10, 99:19, 103:4, 103:8, 104:17, 152:2
**pain** [1] - 145:10
**pains** [1] - 143:19
**paint** [2] - 57:6, 90:23
**painters** [1] - 14:20
**painting** [2] - 99:21
**pair** [1] - 74:2
**pairs** [3] - 105:19, 105:21, 151:9
**pan** [1] - 112:11
**panel** [3] - 109:12, 129:10, 129:11
**paperwork** [2] - 22:20
**park** [2] - 163:9, 163:11
**parking** [1] - 59:20
**part** [15] - 9:13, 40:16, 40:19, 40:24, 42:8, 42:11, 45:21, 45:23, 46:9, 58:13, 67:21, 97:17, 98:17, 121:20, 125:20
**particular** [20] - 13:6, 42:1, 42:12, 50:25, 51:3, 53:6, 67:19, 68:2, 68:17, 80:3, 82:7, 82:18, 90:4, 92:21, 93:10, 98:14, 113:5, 116:6, 120:7, 163:16
**particularly** [1] - 149:24
**parties** [1] - 195:13
**parts** [4] - 27:13, 46:6, 46:7, 95:13
**pass** [1] - 49:6
**passing** [1] - 86:2
**patience** [2] - 115:2, 168:20
**patio** [7] - 92:24, 92:25, 100:4, 100:5, 100:17, 100:22, 100:25

**Patrick** [1] - 75:18
**patrol** [2] - 149:14, 150:10
**patrolling** [1] - 152:6
**pay** [14] - 43:11, 44:4, 44:13, 54:18, 54:19, 54:23, 54:24, 132:1, 149:11, 152:1, 166:2, 166:4, 166:6
**paycheck** [2] - 23:14, 23:15
**payday** [1] - 23:9
**paydays** [1] - 23:12
**paying** [4] - 41:25, 102:14, 102:20, 172:4
**pending** [2] - 9:11, 18:8
**people** [27] - 17:20, 23:17, 34:3, 34:7, 34:19, 38:9, 38:12, 54:18, 65:19, 66:25, 73:24, 78:4, 87:21, 90:11, 93:24, 106:5, 141:12, 142:5, 150:25, 151:15, 153:19, 155:20, 157:15, 163:5, 167:6, 167:15, 176:1
**people's** [1] - 93:25
**per** [7] - 39:14, 164:18, 164:19, 164:20, 164:22
**percent** [5] - 38:7, 38:8, 124:1, 124:2, 137:20
**perform** [2] - 138:2, 142:25
**performed** [2] - 25:5, 47:12
**performing** [1] - 22:1
**perimeter** [1] - 72:14
**period** [6] - 18:12, 48:22, 68:12, 81:4, 93:17, 98:9
**person** [15] - 14:23, 21:18, 32:11, 49:12, 57:3, 74:18, 105:22, 115:16, 136:24, 137:12, 137:18, 151:3, 151:18, 165:5, 165:21
**person's** [1] - 49:6
**personal** [41] - 21:22, 24:23, 25:7, 26:16, 26:23, 27:19, 31:2, 51:16, 60:19, 61:11, 61:24, 62:14, 65:14, 65:23, 66:9, 67:6, 73:9, 73:19, 78:11,

79:16, 83:22, 94:4, 96:9, 97:12, 100:6, 101:18, 101:22, 111:15, 125:23, 126:4, 126:10, 134:17, 137:24, 153:1, 158:22, 159:2, 159:7, 167:17, 169:24, 170:3, 195:8
**personally** [11] - 34:2, 39:21, 67:2, 75:6, 77:23, 116:16, 119:19, 133:16, 134:3, 134:7, 140:7
**personnel** [4] - 38:19, 39:17, 93:14, 137:9
**persons** [1] - 63:2
**PHO** [1] - 189:9
**phone** [14] - 22:21, 22:22, 33:18, 34:15, 34:16, 34:17, 34:23, 35:1, 35:2, 35:17, 35:25, 36:4, 41:9, 74:18
**photo** [11] - 55:25, 58:6, 78:21, 109:9, 111:25, 118:18, 121:16, 156:6, 158:16, 188:25, 189:20
**Photo** [3] - 189:1, 189:5, 189:15
**photograph** [46] - 57:3, 58:21, 59:13, 60:10, 67:9, 67:19, 68:3, 68:17, 69:7, 70:8, 70:22, 77:15, 78:9, 80:15, 81:1, 82:6, 82:18, 82:24, 83:19, 84:14, 87:3, 88:6, 88:17, 90:6, 91:24, 92:13, 93:6, 94:15, 95:7, 98:14, 100:2, 100:3, 105:3, 109:11, 111:7, 112:6, 115:6, 115:7, 115:9, 115:18, 118:19, 118:20, 120:3, 122:9, 158:9, 159:24
**photographs** [4] - 69:15, 69:19, 69:24, 157:14
**photos** [6] - 50:10, 56:7, 76:14, 76:15, 156:18, 189:13
**physical** [1] - 25:18
**physically** [8] - 15:10, 15:14, 16:14, 16:16,

16:25, 19:4, 108:18, 153:4
**pick** [1] - 42:11
**picked** [1] - 105:14
**pickup** [2] - 140:9, 140:12
**picture** [5] - 58:25, 100:23, 106:18, 115:10, 189:6
**pictures** [6] - 57:11, 155:8, 172:15, 172:19, 172:21, 172:23
**pillow** [1] - 94:17
**pipe** [26] - 66:17, 66:18, 66:23, 116:24, 117:3, 117:4, 117:5, 117:6, 117:8, 117:21, 117:23, 117:25, 118:8, 118:9, 118:13, 118:23, 118:24, 124:2, 124:13, 124:17, 133:21, 133:25, 162:16, 180:20
**Pipe** [4] - 43:3, 43:12, 43:20, 43:21
**pipes** [12] - 66:13, 66:18, 116:8, 116:11, 116:17, 116:21, 117:13, 118:3, 123:15, 124:7, 124:25
**pissed** [5] - 44:8, 44:9, 54:9, 88:25, 161:14
**place** [2] - 76:6, 77:12
**places** [4] - 75:23, 75:25, 110:1, 168:22
**Plaintiff** [2] - 91:18, 111:25
**plaintiffs** [3] - 6:11, 6:14, 9:7
**Plaintiffs** [57] - 1:20, 1:25, 28:21, 29:23, 30:10, 30:21, 31:21, 52:25, 55:4, 56:21, 57:18, 58:3, 58:18, 59:8, 59:24, 60:16, 65:11, 69:4, 70:18, 71:2, 71:11, 71:21, 78:23, 80:11, 80:22, 82:12, 82:14, 83:15, 84:8, 84:10, 86:24, 87:24, 88:2, 88:13, 91:20, 92:9, 95:1, 95:3, 95:16, 95:18, 109:21, 112:2, 113:8, 113:10, 116:2, 119:25,

122:6, 122:21, 127:12, 132:6, 142:20, 155:12, 156:8, 157:20, 158:13, 158:19, 189:23
**plan** [3] - 29:4, 29:10, 30:25
**plans** [3] - 11:8, 27:25, 28:9
**plastic** [1] - 120:10
**plate** [1] - 37:7
**platform** [1] - 10:4
**play** [2] - 187:23, 188:7
**played** [1] - 132:12
**plumbing** [23] - 21:6, 21:7, 21:11, 39:6, 43:2, 62:2, 86:5, 115:5, 115:18, 115:19, 116:6, 116:7, 116:25, 174:20, 180:16, 180:23, 181:3, 181:9, 181:14, 183:19, 183:20
**plus** [2] - 41:17
**pneumonia** [1] - 145:16
**point** [15] - 36:13, 45:18, 46:13, 48:5, 66:5, 74:24, 105:25, 119:13, 127:23, 139:16, 154:9, 166:3, 169:2, 171:24, 181:4
**police** [4] - 77:3, 148:4, 148:16, 155:16
**policies** [1] - 21:25
**policy** [4] - 24:10, 37:15, 37:18, 37:20
**pooling** [1] - 75:6
**pop** [1] - 110:8
**porter** [1] - 164:10
**porters** [2] - 46:14, 164:11
**portion** [3] - 57:5, 60:10, 93:3
**position** [3] - 13:12, 15:2, 32:17, 166:17, 166:18
**possibly** [2] - 72:24
**post** [1] - 153:4
**potential** [3] - 158:23, 158:24, 183:21
**potentially** [1] - 170:17
**power** [4] - 73:22, 95:11, 110:5, 110:12

**Poydras** [1] - 2:4
**PPE** [2] - 138:5
**practice** [5] - 45:19, 45:20, 64:6, 64:13, 74:5
**precautions** [1] - 160:18
**predominantly** [1] - 38:10
**premises** [4] - 60:22, 61:14, 150:6, 154:22
**prepared** [2] - 195:7, 195:9
**presence** [5] - 49:16, 85:25, 86:4, 87:11, 101:20
**present** [6] - 6:7, 15:11, 49:5, 76:16, 108:18, 108:19
**presented** [2] - 101:16, 127:16
**press** [1] - 36:5
**Preston** [1] - 2:10
**presumably** [1] - 183:19
**pretty** [7] - 26:1, 29:17, 76:9, 179:12, 181:7, 182:23, 184:6
**prevalent** [1] - 125:2
**prevent** [1] - 72:14
**preventing** [1] - 60:21
**price** [2] - 47:24, 47:25
**primer** [1] - 135:20
**print** [1] - 20:20
**printed** [3] - 20:13, 20:15, 20:24
**printed-out** [1] - 20:24
**private** [4] - 44:3, 53:14, 176:6
**problem** [14] - 28:5, 40:14, 124:6, 125:3, 131:2, 131:18, 144:14, 174:4, 174:5, 174:7, 174:12, 174:13
**problems** [10] - 45:4, 62:3, 73:17, 73:21, 117:1, 143:9, 143:12, 143:21, 161:5, 173:24
**Procedure** [1] - 195:12
**procedures** [2] - 21:25, 24:11
**process** [7] - 19:18, 33:11, 75:2, 90:25, 167:1, 168:21, 183:13
**professional** [1] -

79:11
**prohibition** [1] - 195:11
**Project** [1] - 185:20
**proper** [1] - 138:6
**properties** [13] - 16:4, 16:7, 16:11, 16:20, 18:22, 38:6, 38:14, 148:24, 175:7, 177:1, 177:4, 177:14, 181:3
**Property** [4] - 2:20, 185:7, 185:14, 185:22
**property** [86] - 13:22, 13:24, 14:22, 15:3, 15:5, 16:7, 16:18, 25:6, 38:11, 38:12, 38:13, 44:5, 46:19, 47:8, 47:25, 48:3, 49:13, 58:23, 66:15, 73:2, 85:13, 87:21, 89:15, 92:19, 93:12, 94:13, 104:2, 106:1, 106:6, 108:4, 116:13, 128:21, 129:5, 129:12, 131:15, 144:11, 144:13, 149:1, 152:6, 154:5, 160:5, 160:9, 161:9, 161:15, 162:6, 163:7, 163:8, 163:10, 163:11, 163:12, 163:20, 163:22, 163:23, 165:1, 165:23, 169:10, 174:19, 174:21, 175:12, 175:19, 175:22, 176:2, 176:16, 176:19, 178:10, 178:16, 178:19, 179:7, 180:5, 180:8, 180:12, 180:15, 181:5, 181:16, 181:20, 181:25, 182:4, 182:8, 182:20, 182:22, 184:18, 187:10, 187:13
**protect** [1] - 151:1
**protecting** [1] - 151:15
**protection** [1] - 106:2
**protective** [6] - 24:19, 138:6, 139:22, 140:1, 142:14, 142:25
**protector** [2] - 106:7,

106:9
**protocol** [1] - 102:11
**protruding** [1] - 78:17
**provide** [1] - 10:2
**provided** [12] - 24:14, 24:17, 34:23, 135:5, 135:20, 138:1, 138:4, 138:17, 139:21, 140:13, 140:17, 142:12
**providing** [1] - 39:15
**proximity** [1] - 106:22
**public** [3] - 126:12, 126:21, 142:14
**pull** [6] - 20:5, 72:10, 99:10, 110:8, 110:10
**pulled** [4] - 119:13, 119:15, 129:2, 148:1
**pulse** [2] - 108:16, 108:17
**pump** [1] - 116:11
**purchase** [1] - 176:14
**purpose** [1] - 89:5
**purposes** [3] - 102:14, 102:16, 175:19
**pushed** [1] - 85:15
**put** [31] - 27:14, 35:21, 37:16, 44:2, 44:3, 44:10, 44:15, 46:20, 50:14, 90:20, 91:5, 101:4, 106:5, 107:24, 119:6, 119:8, 119:17, 128:12, 128:23, 130:19, 148:18, 153:15, 153:18, 158:4, 163:24, 171:7, 180:17, 187:22, 188:6, 190:25
**putting** [6] - 44:4, 44:11, 44:12, 44:13, 58:11, 153:14
**PVC** [5] - 66:17, 117:4, 117:5, 117:8, 117:25

**Q**

**Q107** [5] - 77:5, 77:7, 82:10, 84:2, 87:16
**quadruple** [2] - 155:22, 157:5
**questions** [12] - 114:1, 114:6, 169:11, 177:19, 177:25, 178:8, 185:2, 186:13, 186:24, 187:5, 190:13, 190:23
**quick** [5] - 45:16,

74:21, 114:6, 132:24, 159:19
**quickly** [2] - 158:7, 169:13
**quit** [5] - 163:25, 164:3, 166:3, 167:7, 173:22
**quite** [17] - 73:15, 78:4, 86:1, 103:4, 103:6, 118:4, 118:5, 130:17, 130:21, 133:17, 143:24, 176:25, 177:11
**quitting** [1] - 163:5

**R**

**R107** [7] - 77:5, 77:6, 77:8, 77:14, 82:10, 85:9, 87:6
**rack** [1] - 80:17
**rag** [1] - 64:6
**railing** [1] - 93:3
**rain** [3] - 96:3, 96:22, 98:24
**rained** [2] - 96:8, 96:22
**rainwater** [2] - 96:4, 98:21
**raise** [1] - 8:23
**ran** [5] - 27:7, 41:21, 66:19, 161:6, 166:8
**Randy** [3] - 164:11, 165:17
**rashes** [3] - 143:9, 143:12, 143:22
**rather** [2] - 158:7, 163:2
**rating** [1] - 93:20
**Raven** [2] - 189:14, 189:15
**Rayana** [3] - 32:15, 32:16, 33:1
**read** [3] - 126:6, 191:16
**ready** [13] - 11:10, 17:4, 89:1, 89:2, 89:3, 89:4, 89:6, 89:20, 89:22, 89:24, 89:25, 90:4, 90:23
**real** [11] - 12:6, 88:25, 92:1, 97:8, 97:9, 98:8, 99:15, 114:6, 114:7, 159:19
**really** [4] - 50:11, 111:12, 115:4, 186:16
**reask** [1] - 61:9
**reason** [1] - 189:17
**reasons** [1] - 167:11

**rebuilt** [1] - 60:7
**receipts** [1] - 35:3
**receive** [10] - 20:12, 24:10, 32:1, 32:3, 35:5, 39:10, 40:2, 40:6, 164:18, 190:22
**received** [5] - 10:21, 24:2, 32:12, 35:6, 125:24
**receiving** [1] - 22:17
**receptacle** [1] - 120:10
**receptionists** [1] - 20:5
**RECESS** [1] - 114:19
**recognize** [14] - 28:11, 30:2, 50:16, 50:17, 60:3, 67:18, 67:21, 70:21, 71:6, 71:16, 71:25, 77:16, 77:20, 157:15
**recollection** [2] - 53:25, 83:23
**RECORD** [4] - 157:2, 170:13, 190:19, 192:5
**record** [10] - 6:2, 7:7, 7:12, 8:5, 10:14, 10:25, 78:10, 114:18, 114:22, 175:21
**records** [1] - 47:5
**recruit** [1] - 50:7
**rectified** [1] - 132:2
**redid** [1] - 53:8
**redo** [1] - 100:25
**refer** [1] - 12:20
**reference** [1] - 59:5
**referred** [49] - 28:20, 29:22, 30:9, 30:20, 31:20, 52:24, 55:3, 56:20, 57:17, 58:2, 58:17, 59:7, 59:23, 60:15, 65:10, 69:3, 70:17, 71:1, 71:10, 71:20, 78:22, 80:10, 80:21, 82:13, 83:14, 84:9, 86:23, 88:1, 88:12, 91:19, 92:8, 95:2, 95:17, 109:20, 112:1, 113:9, 116:1, 119:24, 122:5, 122:20, 127:11, 132:5, 142:19, 155:11, 156:7, 157:19, 158:12, 158:18, 189:22
**referring** [2] - 19:11, 156:2
**refrigerator** [6] - 46:8,

46:9, 46:10, 46:19, 46:21, 53:20
**refrigerators** [3] - 122:24, 123:2, 123:6
**refused** [2] - 165:19
**regard** [4] - 24:18, 123:11, 142:24, 157:9
**regarding** [3] - 47:11, 158:24, 159:4
**region** [3] - 15:25, 16:1, 16:3
**regional** [6] - 15:22, 15:23, 16:10, 49:11, 161:15
**regroup** [2] - 192:23, 192:25
**regular** [1] - 182:7
**regularly** [1] - 182:20
**regulations** [1] - 163:4
**Reid** [1] - 77:17
**reimbursing** [1] - 87:21
**reinstalled** [1] - 117:4
**related** [8] - 118:8, 131:3, 144:4, 144:21, 169:25, 170:2, 170:16, 195:13
**relates** [1] - 13:24
**relating** [1] - 171:18
**relation** [1] - 90:22
**relationships** [1] - 195:11
**religion** [2] - 17:17, 18:1
**relocated** [3] - 85:5, 133:21, 135:20
**remediating** [4] - 47:24, 138:23, 140:15, 142:17
**remediation** [5] - 63:6, 91:10, 138:2, 141:4, 142:25
**remedy** [1] - 45:17
**remember** [10] - 29:11, 50:10, 76:21, 82:5, 82:6, 92:14, 106:17, 176:17, 178:25, 179:4
**remove** [2] - 99:6, 158:1
**removed** [2] - 142:2, 142:5
**renovated** [13] - 53:9, 53:10, 55:17, 56:3, 56:4, 56:6, 56:8, 56:12, 57:8, 57:12, 57:23, 58:8
**renovating** [1] - 53:15,

54:2, 54:3
**renovation** [1] - 58:14
**renovations** [2] - 160:15, 176:7
**rent** [2] - 99:25, 172:4
**renting** [1] - 25:10
**repair** [2] - 90:20, 99:2
**repaired** [3] - 98:11, 98:16, 119:2
**repairing** [1] - 62:2
**repairs** [6] - 65:16, 65:25, 66:3, 85:4, 117:15, 117:19
**repeat** [2] - 8:12, 169:15
**repeated** [1] - 86:10
**repeating** [1] - 182:12
**rephrase** [1] - 10:1
**replace** [6] - 99:6, 99:11, 101:11, 119:3, 119:9, 119:16
**replaced** [2] - 76:11, 98:10
**report** [10] - 13:22, 136:7, 136:13, 136:18, 136:21, 136:24, 137:5, 150:7, 166:10, 171:12
**reported** [4] - 14:22, 14:23, 15:19, 195:7
**REPORTED** [1] - 3:10
**REPORTER** [10] - 7:2, 7:24, 8:11, 8:16, 8:20, 192:6, 192:11, 192:15, 192:19, 195:17
**Reporter** [2] - 3:11, 195:3
**reporter** [4] - 7:8, 9:2, 190:24, 191:18
**REPORTER'S** [1] - 195:1
**reporting** [1] - 195:7
**reports** [2] - 128:4, 150:5
**represent** [3] - 175:11, 178:5, 189:12
**representative** [1] - 159:13
**represents** [1] - 9:7
**reputation** [1] - 167:10
**request** [5] - 10:19, 33:13, 34:4, 34:10, 36:21
**requests** [4] - 33:21, 45:12, 46:3, 46:24
**required** [3] - 33:20, 117:9, 195:10

**Reserve** [16] - 9:9, 160:25, 161:1, 161:3, 161:5, 162:4, 162:9, 162:18, 162:24, 164:9, 164:18, 165:15, 165:22, 173:20, 173:22, 177:3
**resided** [1] - 11:5
**resident** [1] - 83:2
**RESIDENTIAL** [1] - 1:6
**Residential** [1] - 2:7
**residents** [6] - 9:8, 25:11, 60:24, 61:16, 136:8, 136:14
**respect** [7] - 17:25, 18:1, 45:4, 115:5, 124:24, 126:1, 169:24
**respirator** [2] - 138:11
**respirators** [3] - 138:16, 139:13, 139:19
**respiratory** [1] - 144:25
**respond** [1] - 35:24
**response** [3] - 10:9, 36:20
**responses** [1] - 35:20
**responsibilities** [1] - 13:17
**responsibility** [2] - 21:19, 62:21
**responsible** [7] - 60:21, 61:13, 61:22, 62:1, 62:16, 153:12, 153:13
**result** [5] - 128:4, 143:10, 143:22, 145:24, 159:15
**return** [2] - 91:25, 182:22
**returning** [1] - 114:21
**review** [1] - 191:1
**reviews** [1] - 85:21
**RH** [5] - 6:16, 125:24, 175:13, 175:14, 175:16
**Rhodium** [13] - 25:3, 25:5, 25:9, 38:7, 175:8, 175:9, 175:10, 175:20, 175:21, 175:23, 175:25, 176:7, 177:4
**Richmond** [6] - 15:20, 16:10, 45:3, 45:10, 49:16, 49:23
**Ricky** [2] - 14:13, 164:7

**ridiculous** [1] - 67:1
**ring** [2] - 135:10, 135:13
**RMR** [1] - 195:17
**roach** [1] - 127:4
**Road** [1] - 42:20
**Roderick** [1] - 164:7
**Roger** [1] - 14:12
**Ronald** [4] - 6:4, 8:7, 11:1, 190:21
**RONALD** [4] - 1:11, 8:24, 194:4, 195:4
**Ronnie** [1] - 33:1
**roof** [21] - 67:3, 68:4, 69:8, 72:11, 72:14, 72:15, 73:25, 74:1, 74:2, 74:3, 74:8, 74:15, 74:17, 75:10, 75:17, 75:21, 75:23, 125:18, 180:18, 188:19, 189:13
**roofing** [3] - 65:25, 66:3, 66:7
**roofs** [17] - 67:9, 68:11, 70:23, 71:7, 71:17, 72:1, 72:9, 72:17, 72:18, 73:4, 73:5, 73:10, 73:18, 75:5, 76:4, 76:10, 172:16
**rooftops** [1] - 68:16
**room** [13] - 51:5, 66:21, 82:20, 120:6, 120:8, 120:23, 120:24, 120:25, 121:1, 121:7, 124:15, 161:7, 161:9
**rooms** [6] - 105:9, 110:3, 110:17, 120:18, 120:22, 121:8
**rotting** [1] - 75:23
**roughly** [1] - 26:22
**routine** [3] - 37:20, 99:6, 184:6
**RPR** [2] - 3:11, 195:17
**rule** [2] - 187:6, 187:9
**rules** [5] - 163:4, 171:14, 195:10, 195:12
**run** [3] - 40:13, 66:20, 81:19
**Run** [161] - 9:9, 9:16, 12:21, 13:3, 13:15, 13:18, 14:8, 14:24, 15:6, 15:11, 15:18, 16:24, 17:12, 18:7, 21:24, 22:2, 24:10, 24:25, 25:9, 25:18, 25:20, 26:3, 26:18,

28:1, 28:13, 29:5, 30:4, 31:3, 31:16, 32:17, 32:20, 33:13, 36:21, 38:5, 45:12, 47:12, 49:17, 49:25, 50:6, 50:17, 50:20, 51:13, 53:4, 55:18, 56:2, 56:9, 58:22, 59:12, 60:4, 60:22, 61:13, 62:1, 62:3, 62:17, 65:6, 65:17, 65:25, 66:12, 67:3, 67:8, 67:10, 67:19, 67:22, 69:8, 71:6, 71:17, 73:3, 75:5, 76:5, 76:18, 96:11, 97:14, 98:5, 101:2, 101:12, 101:20, 101:25, 111:15, 115:20, 116:7, 116:11, 116:18, 116:21, 120:18, 121:10, 122:25, 123:3, 123:16, 123:23, 125:4, 125:9, 125:13, 126:12, 126:13, 126:22, 128:5, 136:25, 138:1, 138:3, 138:12, 138:19, 138:23, 139:3, 139:7, 139:24, 140:20, 143:8, 143:11, 144:3, 144:19, 145:1, 145:14, 145:18, 145:25, 146:3, 146:8, 146:15, 146:22, 147:1, 147:7, 147:15, 147:20, 147:21, 148:22, 148:23, 149:3, 149:7, 150:11, 150:20, 154:10, 154:22, 155:6, 157:6, 160:5, 161:12, 162:7, 162:10, 162:14, 162:23, 164:7, 165:3, 165:7, 167:2, 170:24, 173:16, 173:19, 175:11, 177:2, 177:14, 178:9, 178:13, 179:8, 181:10, 181:17, 183:5, 184:10, 187:8, 189:4, 189:6, 189:13, 189:14
**Run's** [2] - 70:23, 72:1

**running** [3] - 45:25, 73:2, 134:4

**S**

**safe** [3] - 49:15, 150:19, 151:4
**safer** [1] - 72:13
**safety** [6] - 24:11, 60:23, 61:15, 74:5, 126:13, 126:22
**sale** [1] - 184:2
**sat** [1] - 104:1
**satisfied** [1] - 43:8
**satisfy** [3] - 45:12, 46:3, 89:7
**satisfying** [1] - 89:10
**Saturday** [5] - 17:22, 18:5, 18:15, 153:24
**Saturdays** [2] - 17:18, 18:19
**saw** [1] - 56:1, 165:6, 188:22
**sbagneris@ bagnerislawfirm. com** [1] - 1:19
**Scales** [2] - 14:17, 14:18
**scenario** [1] - 112:23
**scene** [2] - 77:2, 157:14
**schedule** [1] - 185:25
**scheduled** [2] - 9:14, 9:18
**school** [2] - 11:23, 12:5
**screaming** [2] - 108:14, 108:15
**screen** [14] - 63:13, 65:2, 69:25, 77:16, 128:8, 130:5, 132:15, 132:20, 132:24, 133:3, 156:19, 169:1, 170:9, 188:20
**screw** [1] - 174:2
**scuttlebutt** [1] - 172:12
**seal** [1] - 101:4
**sealed** [1] - 97:8
**seals** [1] - 97:9
**second** [6] - 26:5, 126:7, 127:10, 127:15, 156:24, 170:10
**Section** [14] - 38:8, 38:9, 38:10, 77:11, 85:10, 85:19, 101:5, 101:15, 102:3, 102:11, 102:13,

102:17, 102:19, 172:2
**section** [2] - 59:19, 117:3
**secured** [1] - 111:2
**security** [18] - 106:10, 147:21, 147:23, 148:6, 148:15, 148:22, 148:23, 149:8, 149:10, 149:12, 149:13, 150:10, 151:22, 154:2, 182:7, 182:10, 182:14, 182:16
**see** [71] - 26:4, 28:7, 36:16, 47:21, 48:1, 48:2, 51:6, 51:9, 51:17, 55:20, 55:21, 56:16, 57:1, 57:2, 57:4, 59:14, 67:25, 68:15, 68:17, 70:9, 70:13, 72:19, 72:21, 74:21, 77:6, 78:17, 90:5, 90:10, 92:3, 93:25, 95:24, 97:16, 97:17, 101:6, 101:7, 110:1, 111:12, 115:14, 115:21, 118:23, 120:9, 125:14, 127:16, 132:15, 132:18, 132:25, 133:2, 133:4, 136:7, 136:12, 142:9, 154:9, 156:18, 156:21, 157:1, 159:20, 160:1, 162:19, 162:25, 172:14, 180:20, 181:12, 189:1, 189:6, 189:9, 189:10, 189:11
**seeing** [3] - 53:5, 177:13, 181:16
**seep** [6] - 64:10, 68:12, 96:4, 96:5, 118:12, 118:13
**sell** [3] - 42:13, 89:14, 94:13
**send** [13] - 35:16, 42:5, 54:11, 54:12, 54:14, 54:15, 63:8, 63:12, 104:5, 191:17, 191:22, 191:24
**sending** [3] - 107:13, 107:17, 108:7
**Senior** [1] - 11:1
**sense** [1] - 21:10

**sent** [8] - 34:15, 47:18, 106:4, 164:1, 164:6, 164:13, 191:14
**September** [1] - 54:5
**serious** [10] - 41:25, 43:2, 89:4, 120:23, 120:24, 121:1, 121:2, 121:4, 121:5, 125:5
**Serten** [1] - 33:2
**serve** [2] - 159:13, 159:16
**served** [5] - 26:25, 39:23, 143:7, 144:2, 144:18
**service** [1] - 183:18
**services** [1] - 25:5
**set** [1] - 195:6
**seven** [4] - 16:3, 16:7, 16:11, 148:24
**several** [4] - 45:7, 67:4, 70:12, 141:18
**sewer** [1] - 127:2
**shadow** [1] - 123:18
**share** [2] - 65:2, 188:20
**sharing** [1] - 157:1
**Sharpie** [1] - 75:1
**shattered** [1] - 92:24
**sheet** [2] - 48:6, 191:4
**Sheetrock** [22] - 21:8, 21:9, 21:10, 39:2, 39:4, 47:1, 84:24, 85:2, 90:20, 90:21, 91:3, 118:14, 118:15, 119:8, 119:17, 122:14, 122:15, 139:16, 158:2, 160:17, 164:6, 165:18
**Shell** [1] - 2:4
**Sherman** [2] - 136:8, 136:13
**shipped** [1] - 164:15
**shirt** [2] - 115:12, 115:14
**shirts** [3] - 115:13, 139:2, 139:5
**shit** [2] - 187:23, 188:7
**shoes** [3] - 75:12, 84:4, 87:18
**shooting** [15] - 92:18, 105:16, 105:17, 106:12, 106:14, 106:17, 106:25, 107:2, 107:10, 151:12, 154:20, 155:4, 155:22, 156:1, 157:5
**shootings** [4] - 154:12, 154:21,

154:23, 182:3
**short** [2] - 54:16, 187:5
**shortly** [5] - 136:18, 136:21, 171:11, 188:15, 188:17
**shot** [9] - 69:25, 92:20, 92:21, 92:22, 100:22, 100:24, 108:10, 155:21, 189:14
**shots** [2] - 44:24, 188:19
**shoulders** [1] - 62:22
**show** [14] - 28:3, 29:1, 50:9, 55:24, 64:25, 76:14, 118:18, 127:10, 132:11, 133:4, 142:7, 155:2, 155:8, 157:23
**showed** [4] - 126:5, 126:6, 172:15, 188:19
**showerhead** [1] - 57:9
**showing** [3] - 56:7, 133:7, 157:13
**shown** [3] - 63:15, 63:18, 128:3
**shut** [1] - 112:13
**side** [7] - 59:2, 79:8, 79:9, 79:10, 98:23, 105:9, 121:14
**SIGNATURE** [1] - 194:12
**SIGNED** [1] - 194:12
**Signed** [2] - 194:16, 194:17
**significant** [1] - 182:23
**similar** [3] - 28:14, 161:4, 183:4
**Simone** [1] - 189:15
**simultaneously** [1] - 151:24
**sink** [1] - 53:18
**sinking** [1] - 76:1
**sinus** [1] - 146:20
**sit** [1] - 16:19
**site** [3] - 15:11, 15:15, 15:18
**sits** [2] - 68:10, 68:11
**sitting** [4] - 72:22, 72:23, 81:15
**situation** [8] - 23:5, 35:7, 45:18, 132:2, 162:17, 167:23, 167:24
**six** [4] - 74:9, 107:6, 107:8, 164:23
**skin** [3] - 143:9,

143:12, 143:21
**slab** [1] - 111:13
**slapped** [1] - 154:14
**sleeve** [2] - 139:2, 139:5
**slide** [1] - 65:1
**sliding** [5] - 51:7, 100:8, 100:13, 100:19
**slim** [1] - 135:15
**slippage** [1] - 72:14
**slipped** [1] - 75:19
**slots** [1] - 153:18
**slow** [1] - 169:15
**slowed** [1] - 105:19
**small** [1] - 159:8
**Smart** [2] - 32:15, 33:1
**Smart's** [1] - 32:16
**smelled** [1] - 134:18
**smile** [2] - 93:25, 94:2
**smoke** [13] - 128:22, 128:23, 128:25, 129:4, 129:19, 130:1, 130:7, 130:8, 130:10, 163:20, 163:21, 163:23
**soak** [1] - 91:6
**socks** [1] - 75:12
**sofa** [1] - 87:6
**solved** [2] - 167:23, 167:24
**someone** [29] - 19:23, 20:17, 35:15, 39:1, 39:4, 39:5, 46:8, 63:12, 72:15, 74:14, 74:15, 80:5, 83:23, 85:22, 90:2, 90:24, 92:19, 92:20, 92:21, 94:2, 107:15, 107:16, 108:1, 132:19, 143:6, 153:20, 161:20, 182:19
**sometime** [7] - 42:4, 46:5, 46:6, 46:7, 94:7, 96:3
**sometimes** [23] - 16:18, 19:21, 20:4, 32:5, 33:15, 37:4, 40:11, 64:2, 72:10, 75:13, 75:17, 86:18, 86:19, 90:11, 101:3, 104:25, 125:16, 125:18, 143:18, 145:2, 145:8
**somewhere** [3] - 25:22, 49:1, 76:7
**soon** [1] - 96:14
**sorry** [13] - 16:6, 17:8, 24:8, 94:19, 117:24,

117:25, 132:21, 156:25, 182:12, 188:21, 188:23
**sort** [4] - 35:21, 37:14, 63:8, 180:11
**source** [10] - 79:13, 79:18, 90:18, 98:2, 116:7, 122:24, 123:2, 123:6, 123:22, 124:8
**sources** [2] - 66:11, 123:15
**Southern** [1] - 12:3
**space** [1] - 60:9
**speaking** [4] - 26:22, 79:2, 187:25, 188:2
**special** [1] - 160:18
**Specialist** [1] - 3:3
**specialist** [2] - 64:18, 91:10
**specific** [1] - 24:15
**specifically** [1] - 48:11
**spending** [1] - 177:20
**spot** [1] - 60:5
**spots** [1] - 70:14
**spray** [2] - 91:4, 161:24
**sprayer** [3] - 53:18, 91:5, 91:6
**spread** [1] - 87:13
**Springs** [3] - 55:17, 55:20, 55:22
**spurred** [2] - 79:13, 79:19
**Square** [1] - 2:4
**Sr** [1] - 8:8
**SR** [1] - 1:11
**St** [5] - 1:12, 1:18, 1:23, 2:4, 2:11
**staff** [19] - 34:11, 34:22, 38:23, 46:12, 62:23, 63:3, 64:14, 65:20, 85:22, 89:17, 134:11, 141:2, 141:9, 141:19, 145:20, 153:13, 159:4, 176:13
**stainless** [2] - 53:19, 53:20
**stains** [1] - 156:3
**stairwell** [7] - 106:19, 107:10, 108:12, 125:15, 125:19, 156:3, 157:10
**stand** [1] - 101:6
**standard** [1] - 184:7
**standing** [6] - 34:7, 58:25, 68:23, 69:14, 75:8, 108:14
**start** [11] - 44:18,

47:14, 50:15, 93:22, 168:3, 168:4, 168:8, 169:23, 179:7, 179:21, 179:22
**started** [18] - 49:4, 53:14, 54:2, 54:3, 58:10, 75:2, 103:11, 104:1, 105:18, 106:16, 139:17, 139:19, 144:10, 147:22, 152:11, 170:21, 170:22
**starting** [2] - 7:12, 14:10
**starts** [1] - 68:12
**state** [16] - 7:11, 8:3, 10:7, 10:8, 10:13, 10:24, 77:21, 128:1, 128:3, 129:6, 129:9, 129:16, 130:2, 130:19, 179:6, 180:12
**State** [2] - 147:25, 195:3
**statement** [2] - 10:21, 129:18
**statements** [1] - 137:17
**states** [2] - 15:25, 142:10
**STATES** [1] - 1:1
**States** [1] - 93:23
**stating** [1] - 142:14
**statute** [1] - 195:10
**stay** [5] - 11:16, 74:4, 131:22, 131:24, 173:21
**stayed** [8] - 17:2, 128:17, 129:12, 136:5, 152:5, 152:8, 152:9
**steadily** [1] - 18:9
**steel** [2] - 53:19, 53:21
**stemming** [1] - 100:12
**stenotype** [1] - 195:7
**step** [2] - 52:11, 75:25
**stepped** [2] - 75:8
**stick** [2] - 110:9, 110:11
**sticker** [4] - 57:16, 59:6, 115:25
**still** [11] - 39:8, 70:4, 85:17, 104:23, 107:18, 134:17, 152:25, 154:5, 166:23, 175:7, 190:1
**Stone** [1] - 189:15
**stop** [7] - 19:25, 46:13, 102:20, 104:14, 153:17,

169:1, 171:9
**stopped** [9] - 54:7, 144:12, 147:6, 149:11, 170:23, 176:3, 176:4
**storage** [2] - 120:13, 120:15
**story** [1] - 166:8
**stove** [2] - 46:7, 53:19
**straight** [5] - 76:2, 78:17, 108:7, 148:21, 166:21
**Street** [5] - 8:9, 8:25, 11:3, 11:6, 11:9
**street** [1] - 8:12
**strengths** [2] - 21:5, 21:14
**stripping** [3] - 101:11, 101:13, 101:24
**strong** [1] - 21:16
**studs** [5] - 84:25, 90:17, 91:1, 91:6, 124:19
**studying** [1] - 12:4
**stuff** [11] - 21:11, 37:7, 66:7, 66:24, 72:25, 127:5, 135:3, 154:15, 176:20, 176:22
**stupid** [1] - 163:2
**subject** [2] - 27:8, 69:21
**submit** [4] - 33:12, 33:20, 34:3, 36:9
**subordinates** [5] - 13:20, 14:7, 21:2, 21:20, 23:2
**subpoena** [1] - 10:22
**subside** [1] - 144:16
**suffer** [2] - 144:24, 146:2
**suffered** [1] - 159:15
**suggested** [1] - 18:13
**Suite** [3] - 1:18, 2:5, 2:17
**Sunday** [2] - 17:23, 17:25
**sunlight** [2] - 101:7
**super** [1] - 17:19
**supervise** [1] - 13:21
**supervised** [1] - 143:21
**supervising** [2] - 39:16, 165:22
**supervision** [1] - 195:8
**supervisor** [68] - 13:3, 13:15, 13:18, 14:11, 15:21, 15:22, 15:24, 16:11, 16:23, 19:20,

21:23, 24:24, 25:8, 26:17, 27:1, 32:22, 33:14, 37:25, 38:22, 39:24, 44:23, 45:2, 45:9, 47:13, 49:11, 51:17, 55:11, 56:2, 60:20, 61:12, 61:25, 62:16, 65:16, 66:10, 67:8, 69:10, 70:10, 72:6, 78:8, 96:11, 96:25, 97:13, 100:8, 101:19, 101:23, 103:13, 103:22, 108:4, 119:20, 124:6, 126:11, 127:24, 128:12, 131:16, 137:25, 139:12, 141:18, 143:8, 144:2, 144:19, 145:1, 145:17, 164:3, 165:24, 166:2, 173:8, 183:7

**supervisor's** [3] - 138:14, 138:15, 166:17

**supervisors** [1] - 44:21

**supplied** [2] - 42:24, 122:9

**supplies** [9] - 44:18, 44:19, 46:17, 46:18, 160:8, 160:12, 160:13, 160:14, 176:14

**Supply** [6] - 42:25, 43:13, 43:14, 43:16, 43:17

**supposed** [4] - 53:16, 91:8, 91:11, 111:2

**surge** [2] - 106:7, 106:9

**suspect** [1] - 107:20

**suspicion** [1] - 172:9

**SUV** [1] - 149:15

**Suzette** [4] - 1:17, 6:10, 9:6, 42:10

**swap** [1] - 46:10

**SWAT** [1] - 76:20

**switch** [1] - 112:9

**sworn** [2] - 9:1, 195:5

**symptoms** [1] - 146:21

**system** [21] - 19:2, 19:7, 19:10, 19:12, 19:13, 23:23, 34:12, 34:14, 34:20, 35:10, 36:14, 46:22, 46:24, 47:2, 124:1, 131:3, 131:5, 131:6, 131:8,

168:1, 168:8
**systems** [5] - 123:10, 123:12, 123:14, 123:21, 123:24

## T

**table** - 16:19
**tables** [1] - 67:1
**tabs** [2] - 110:9, 110:11
**tackle** [1] - 18:16
**TAKEN** [2] - 114:19, 194:20
**tank** [2] - 160:7
**tasks** [1] - 183:4
**taught** [1] - 91:8
**tbell@irwinllc.com** [1] - 2:19
**team** [1] - 76:20
**tearing** [1] - 147:13
**technician** [2] - 72:7, 176:10
**temps** [1] - 14:15
**ten** [13] - 13:20, 14:7, 18:18, 18:25, 21:2, 23:2, 38:16, 38:17, 39:14, 39:22, 40:10, 41:2, 113:20
**ten-minute** [1] - 113:20
**tenant** [8] - 33:12, 35:8, 45:24, 102:21, 137:7, 171:15, 171:16, 187:6
**tenant's** [2] - 46:20, 87:13
**tenants** [33] - 27:11, 51:22, 51:25, 52:5, 85:4, 89:7, 89:11, 89:12, 94:12, 99:24, 102:14, 110:5, 133:19, 135:5, 135:19, 135:25, 137:8, 148:8, 148:9, 152:20, 152:21, 152:22, 153:3, 157:17, 158:7, 158:23, 159:8, 160:19, 163:21, 168:2, 172:1, 183:9
**tenants'** [1] - 27:15
**tender** [2] - 168:25, 177:22
**term** [1] - 102:17
**terms** [4] - 24:12, 31:15, 50:6, 52:13
**terribly** [1] - 95:23
**test** [5] - 64:21, 64:23, 64:24, 65:5, 141:25

**testified** [5] - 144:7, 154:19, 171:5, 175:5, 187:5
**testify** [3] - 9:3, 123:21, 195:6
**testifying** [1] - 157:9
**testimony** [6] - 123:11, 151:7, 194:5, 194:7, 195:4, 195:6
**testing** [3] - 47:11, 49:13, 64:20
**Texas** [1] - 185:5
**THE** [42] - 1:17, 8:6, 8:14, 8:18, 28:23, 50:24, 51:21, 52:19, 61:3, 61:19, 62:6, 62:20, 67:15, 68:7, 68:22, 71:13, 73:14, 79:22, 81:11, 83:7, 97:21, 113:15, 113:22, 114:8, 117:18, 126:18, 126:25, 129:22, 132:13, 150:15, 150:23, 157:2, 165:10, 170:13, 186:18, 187:1, 190:14, 190:19, 191:10, 191:19, 192:1, 192:5
**themselves** [3] - 6:8, 135:6, 151:15
**thermostat** [1] - 74:16
**thermostats** [1] - 176:21
**thinker** [1] - 45:16
**thinking** [1] - 76:6
**thoroughly** [2] - 104:7, 134:15
**thousand** [2] - 54:3, 130:16, 179:14
**three** [20] - 11:24, 29:4, 29:11, 30:2, 34:7, 40:15, 40:20, 40:21, 47:20, 49:6, 66:14, 66:15, 86:8, 96:17, 103:18, 139:18, 146:6, 151:10, 155:20, 174:11
**three-bedroom** [3] - 29:4, 29:11, 30:2
**three-inch** [1] - 66:14
**threw** [1] - 160:21
**throughout** [7] - 47:24, 77:10, 106:5, 113:2, 125:8, 174:18
**tight** [1] - 98:8
**tightness** [1] - 145:10

**tile** [1] - 58:12
**tired** [3] - 146:24, 147:8
**title** [1] - 15:5
**today** [6] - 9:15, 10:22, 37:6, 115:3, 168:23, 186:25
**today's** [1] - 6:4
**together** [2] - 153:14, 190:25
**toilet** [4] - 37:13, 81:19, 118:11
**toilets** [2] - 37:12, 134:9
**tomorrow** [2] - 37:8, 168:2
**took** [15] - 44:5, 47:19, 66:4, 93:9, 94:5, 129:1, 161:2, 163:3, 166:14, 166:16, 167:19, 173:12, 174:3, 176:19, 176:25
**tool** [2] - 163:13, 163:16
**tools** [4] - 93:14, 115:21, 163:14, 163:15
**top** [7] - 68:15, 73:10, 73:18, 75:21, 110:21, 180:18, 189:2
**Torey** [1] - 14:16
**torn** [2] - 121:22
**touch** [3] - 11:16, 107:12, 107:13
**towards** [2] - 51:10
**town** [1] - 185:5
**track** [1] - 35:3
**tracking** [3] - 46:23, 46:25, 47:2
**trade** [1] - 176:10
**train** [1] - 128:15
**trained** [1] - 65:20
**training** [4] - 11:25, 24:15, 48:12, 63:13
**transcribed** [2] - 191:3, 195:7
**transcript** [4] - 190:23, 195:8, 195:9, 195:10
**transcription** [1] - 194:6
**transferred** [5] - 161:1, 161:3, 162:23, 166:7, 166:11
**transformers** [1] - 176:21
**transpired** [1] - 107:3
**trash** [1] - 90:12

**treating** [1] - 102:12
**tremendously** [1] - 105:20
**trick** [1] - 185:1
**tried** [4] - 20:8, 39:11, 40:8, 40:9
**trouble** [2] - 44:17, 148:11
**Troy** [5] - 2:17, 6:19, 178:1, 186:21, 192:16
**truck** [3] - 99:17, 99:18, 129:12
**trucks** [1] - 77:3
**true** [3] - 137:10, 194:8, 195:8
**try** [8] - 20:7, 20:9, 36:23, 39:13, 104:20, 105:23, 148:8, 169:11
**trying** [8] - 27:17, 50:7, 94:8, 128:23, 133:4, 171:6, 179:20
**tub** [4] - 40:21, 81:20, 81:21
**tubs** [1] - 134:9
**turn** [6] - 74:6, 74:20, 74:22, 74:23, 110:14
**turned** [2] - 23:22, 110:5
**TVs** [2] - 84:4, 87:18
**twice** [1] - 146:18
**twist** [1] - 75:19
**two** [38] - 11:7, 11:9, 23:12, 27:23, 28:11, 29:7, 29:18, 34:7, 39:7, 40:15, 47:20, 49:6, 54:3, 73:24, 96:17, 100:17, 112:25, 121:12, 123:15, 123:18, 127:9, 139:18, 146:6, 148:2, 148:5, 149:8, 150:8, 151:10, 151:21, 152:7, 154:1, 164:11, 164:12, 173:19, 173:23, 179:14
**two-bedroom** [1] - 28:11
**two-page** [1] - 127:9
**type** [10] - 24:17, 25:5, 36:1, 46:22, 105:24, 115:13, 122:12, 141:22, 154:11, 174:23
**types** [1] - 177:13
**typical** [4] - 36:19, 53:4, 73:21

**typically** [1] - 26:19

# U

**ultimately** [1] - 173:12
**unbearable** [1] - 136:6
**unclog** [1] - 180:19
**under** [8] - 17:21, 17:24, 27:20, 111:13, 164:24, 164:25, 167:2, 195:8
**underneath** [3] - 81:15, 133:22, 189:9
**understaffed** [1] - 38:4
**understood** [3] - 151:6, 171:10, 171:13
**uniform** [1] - 115:10
**uninhabitable** [2] - 77:12, 85:12
**unit** [45] - 28:11, 29:11, 30:2, 31:8, 31:11, 56:4, 56:6, 57:23, 58:8, 74:7, 74:14, 74:16, 74:20, 79:10, 79:12, 79:17, 79:23, 79:24, 80:3, 82:5, 82:7, 83:24, 85:5, 88:8, 92:5, 92:14, 92:15, 92:17, 92:18, 97:17, 99:7, 103:18, 104:21, 105:4, 112:7, 112:8, 115:8, 115:19, 115:20, 128:13, 128:20, 136:1
**UNITED** [1] - 1:1
**United** [1] - 93:23
**units** [62] - 25:20, 26:18, 26:21, 26:24, 27:6, 27:18, 41:21, 44:19, 45:11, 46:2, 46:4, 49:7, 49:9, 50:11, 51:17, 52:2, 52:15, 53:10, 53:15, 56:9, 56:11, 57:12, 71:5, 71:7, 71:17, 72:19, 73:3, 73:9, 73:18, 74:6, 74:9, 74:22, 85:4, 85:7, 85:8, 85:24, 101:12, 102:13, 103:13, 103:16, 103:23, 104:3, 104:4, 104:6, 104:9, 104:10, 104:18, 104:23, 112:14, 116:9, 129:18, 130:4, 130:6, 130:7,

130:19, 136:15, 158:25, 172:17, 183:17
**University** [1] - 12:3
**unless** [1] - 185:4
**unlike** [1] - 150:25
**unusually** [1] - 146:24
**up** [76] - 12:19, 15:25, 20:5, 23:17, 34:18, 37:13, 39:8, 41:18, 42:11, 44:3, 44:4, 44:12, 44:14, 44:15, 45:24, 48:5, 50:15, 55:7, 72:9, 72:10, 72:11, 72:19, 73:2, 74:9, 74:19, 75:5, 84:24, 90:16, 90:21, 93:19, 93:20, 94:5, 104:3, 104:5, 104:9, 104:11, 104:19, 105:14, 106:5, 115:6, 118:23, 118:24, 119:8, 122:13, 124:14, 124:18, 124:19, 125:10, 126:5, 126:6, 129:15, 132:10, 134:8, 134:16, 135:3, 137:1, 151:22, 156:20, 156:21, 163:5, 163:25, 165:24, 167:8, 168:5, 169:21, 171:24, 174:2, 174:11, 174:12, 186:8, 186:15, 187:5, 189:8
**uploaded** [1] - 189:16
**upper** [1] - 144:24
**upside** [1] - 94:20
**upstairs** [4] - 31:6, 31:7, 31:10, 74:7
**urine** [1] - 133:10, 133:14, 133:18, 134:4, 134:8, 134:12, 135:6, 136:9, 137:1, 141:25, 174:1
**URQUHART** [1] - 2:16
**usual** [1] - 36:20
**utilize** [1] - 121:7

# V

**vac** [4] - 134:17, 135:5, 135:16, 135:17
**vacant** [12] - 26:19, 26:21, 27:6, 40:17,

40:18, 40:23, 41:21, 44:19, 45:11, 45:22, 45:23, 46:2
**vacuum** [1] - 134:15
**variations** [1] - 40:22
**vehicle** [4] - 151:18, 163:8, 163:9, 163:12
**vendor** [5] - 44:16, 45:3, 47:18, 48:2, 48:16
**vendors** [4] - 41:25, 42:3, 42:22, 43:24
**vent** [1] - 180:18
**version** [1] - 20:15
**VERSUS** [1] - 1:5
**versus** [1] - 180:23
**via** [2] - 1:12, 7:10
**victim** [1] - 107:19
**Video** [1] - 3:3
**video** [8] - 63:13, 132:11, 132:12, 132:15, 132:18, 133:4, 133:7, 137:19
**videoconference** [2] - 1:12, 7:10
**VIDEOGRAPHER** [5] - 6:1, 6:25, 114:16, 114:20, 190:16
**videography** [1] - 1:13
**videos** [2] - 63:15, 63:18
**videotape** [1] - 6:3
**view** [4] - 59:11, 60:2, 70:22, 71:5
**violation** [1] - 109:16
**violent** [1] - 154:10
**vocational** [2] - 11:25, 12:8
**voltage** [1] - 105:6
**volts** [1] - 72:22
**Vonn** [1] - 14:16
**Vue** [1] - 3:4

# W

**wait** [3] - 28:18, 110:6
**waiting** [1] - 34:8
**waive** [1] - 191:8
**walk** [5] - 51:4, 51:6, 52:2, 163:16, 163:17
**walked** [4] - 42:1, 42:13, 49:8, 128:18
**Walker** [3] - 14:25, 15:10, 187:14
**walker** [3] - 82:23, 82:25, 83:10
**Walker's** [1] - 15:1
**wall** [21] - 78:15, 79:9, 79:10, 84:16, 87:9, 88:7, 88:18, 90:15,

90:16, 94:19, 96:5, 98:15, 98:23, 99:1, 99:2, 118:11, 121:14, 121:21, 124:14, 124:17, 161:25
**walls** [5] - 52:13, 87:11, 134:5, 135:21, 180:24
**wants** [1] - 167:10
**warnings** [3] - 158:23, 159:3, 159:8
**washing** [1] - 121:10
**water** [69] - 14:2, 37:12, 46:25, 62:3, 65:5, 66:11, 68:9, 68:19, 68:24, 69:11, 70:10, 70:14, 72:23, 75:6, 75:9, 79:13, 79:18, 80:3, 81:4, 81:6, 81:19, 81:20, 81:22, 86:4, 92:5, 94:22, 95:24, 96:12, 98:22, 98:25, 99:3, 99:7, 100:9, 100:12, 100:20, 101:11, 111:21, 112:12, 112:17, 112:22, 118:2, 118:7, 119:2, 119:10, 119:14, 119:16, 120:18, 120:22, 121:2, 121:9, 121:13, 122:2, 122:14, 122:25, 123:3, 123:6, 123:12, 123:16, 123:22, 124:8, 124:23, 125:11, 125:19, 127:2, 134:16, 140:19, 162:3, 162:12, 180:23
**waterproof** [2] - 140:18, 140:23
**waterproofing** [2] - 97:4
**watertight** [3] - 97:14, 97:18, 98:2
**Watson** [2] - 14:12, 14:13
**WDSU** [1] - 136:7
**weapons** [4] - 106:1, 151:14, 151:16, 151:17
**wear** [12] - 24:19, 138:11, 138:22, 139:1, 139:19, 139:22, 140:1, 140:4, 140:14, 140:18, 140:23,

142:10
**wearing** [3] - 139:5, 139:9, 139:12
**weather** [4] - 101:4, 101:13, 101:24
**website** [3] - 50:17, 53:4, 58:22
**week** [9] - 16:22, 17:7, 39:10, 129:14, 131:23, 146:18, 149:18, 173:18
**weekend** [2] - 17:12, 158:6
**weekends** [4] - 93:15, 154:12, 154:24, 186:8
**weekly** [1] - 32:2
**weeks** [9] - 64:11, 96:18, 107:3, 107:6, 107:8, 143:13, 151:10, 164:12, 164:13
**weight** [1] - 124:15
**wet** [8] - 75:9, 75:14, 75:18, 119:12, 134:17, 135:5, 135:16, 135:17
**whatnot** [1] - 160:18
**whatsoever** [1] - 191:25
**wheezing** [1] - 144:4
**whereas** [2] - 66:20, 131:6
**whichever** [2] - 42:7, 96:6
**white** [3] - 53:17, 57:5, 93:3
**whole** [5] - 46:10, 90:14, 133:13, 143:14, 154:14
**wide** [1] - 110:4
**widespread** [6] - 113:2, 113:4, 113:6, 123:20, 125:2
**willing** [1] - 159:16
**wind** [2] - 84:24, 163:5
**window** [7] - 96:3, 96:12, 96:15, 96:25, 97:9, 98:9, 101:20
**windows** [1] - 98:1
**Winona** [2] - 136:20, 188:1
**Winston** [1] - 77:17
**wiping** [2] - 64:4, 64:7
**wire** [2] - 105:6, 105:7
**wired** [2] - 106:7, 106:9
**wish** [1] - 165:12
**withdraw** [1] - 137:22
**witness** [7] - 7:10, 8:2,

8:3, 168:11, 168:25, 177:22, 186:24

7:10, 10:3

**WITNESS** [38] - 8:6, 8:14, 8:18, 28:23, 50:24, 51:21, 52:19, 61:3, 61:19, 62:6, 62:20, 67:15, 68:7, 68:22, 71:13, 73:14, 79:22, 81:11, 83:7, 97:21, 113:15, 113:22, 114:8, 117:18, 126:18, 126:25, 129:22, 132:13, 150:15, 150:23, 165:10, 186:18, 187:1, 190:14, 191:10, 191:19, 192:1, 194:1

**WITNESS'** [1] - 194:12

**wood** [3] - 58:11, 58:14

**words** [2] - 13:16, 171:7

**worker** [2] - 9:16, 137:4

**workers** [7] - 9:8, 37:21, 41:2, 141:2, 141:19, 142:23, 152:12

**worn** [2] - 130:25, 142:15

**worse** [2] - 167:3, 167:18

**worsening** [1] - 146:20

**wow** [3] - 95:8, 96:23, 116:14

**write** [2] - 86:15, 150:5

**written** [1] - 22:18

## Y

**y'all** [2] - 28:6, 132:22

**year** [3] - 11:12, 167:12, 185:12

**years** [11] - 11:7, 11:9, 11:24, 12:14, 13:7, 60:7, 112:14, 116:15, 130:24, 146:6, 182:22

**young** [6] - 33:5, 77:7, 84:2, 96:18, 100:21, 152:8

**yourselves** [1] - 7:5

## Z

**zero** [2] - 168:1, 168:8

**zip** [1] - 8:17

**Zoom** [4] - 1:12, 6:3,

3

4   JOSHUA AKEEM, ET AL.    * CIVIL ACTION NO.
                            * 2:19-CV-13650-
5                           * BWA-DMD
    VERSUS                  * AND CONSOLIDATED
6                           * CASES
                            *
7   DASMEN RESIDENTIAL,     * JUDGE BARRY W.
        LLC, ET AL.         * ASHE
8                           *
                            * MAGISTRATE JUDGE
9                           * DANA DOUGLAS
    *************************

10

11

12          The video deposition of **TONY CRAWFORD**,

13   2422 Wisteria Street, New Orleans, Louisiana

14   70122, was taken with all parties attending

15   via the Zoom teleconference platform on

16   Thursday, September 10, 2020, commencing at

17   5:05 p.m.

18

19        APPEARANCES:

20
             THE BAGNERIS FIRM, LLC
21           (By: Suzette P. Bagneris, Esquire)
             2714 Canal Street
22           Suite 403
             New Orleans, Louisiana 70119
23           (504) 810-3995
             sbagneris@bagnerislawfirm.com
24              Attorneys for Plaintiffs

25

1    APPEARANCES (continued):

2

3              JARRETT LAW GROUP
              (By: DeVonn Jarrett, Esquire)
              643 Magazine Street
4              No. 301A
              New Orleans, Louisiana 70130
5              (504) 491-6806
              djarrett@jarrettlawgroup.com
6                  Attorneys for Plaintiffs

7

8              IRWIN, FRITCHIE, URQUHART & MOORE, LLC
              (By: Troy L. Bell, Esquire)
              400 Poydras Street
9              Suite 2700
              New Orleans, Louisiana 70130
10             (504) 310-2100
              tbell@irwinllc.com
11                 Attorneys for Defendant,
                  Latter & Blum Property
12                 Management, Incorporated

13

14             ADAMS AND REESE, LLP
              (By: Luke G. Lahaye, Esquire)
              701 Poydras Street
15             Suite 4500
              New Orleans, Louisiana 70139
16             (504) 581-3234
              luke.lahaye@arlaw.com
17                 Attorneys for Southwood
                  and Triangle
18

19             GIEGER, LABORDE & LAPEROUSE, LLC
              (By: Nicholas S. Bergeron, Esquire)
20             701 Poydras Street
              Suite 4800
21             New Orleans, Louisiana 70139-4800
              (504) 561-0400
22             nbergeron@glllaw.com
                  Attorneys for Defendant,
23                 Dasmen Residential Management,
                  LLC, and Copper Creek, LLC
24

25

APPEARANCES: (continued)


          DEUTSCH KERRIGAN, LLP
          (By: Cassie Preston Gailmor, Esquire)
          755 Magazine Street
          New Orleans, Louisiana 70130
          (504) 581-5141
          cassie@deutschkerrigan.com
               Attorneys for Defendants,
               Eastlake Development, LLC;
          KFK Development, LLC;
               KFK Group, Inc.


     VIDEOGRAPHER:

          DEPO-VUE, INCORPORATED
          Gilley DeLorimier, CLVS
          (504) 828-8856
          depovueinc@gmail.com


     REPORTED BY:

          MARLANE A. GAILLE, CCR, RPR, CA CSR
          CERTIFIED COURT REPORTER, LA #21005


               I N D E X

EXAMINATION BY:                              Page:

Ms. Bagneris                                 7, 97

Mr. Bergeron                                    73

Ms. Gailmor                                     84

Mr. Bell                                        91

Mr. Lahaye                                      96

4

1    EXHIBITS:                                          Page:

2    A - Video of apartment walk-throughs               21

3    B - WhatsApp communications                        22

4    C - Photographs                                    36

5    D - Crawford notes                                 36

6    E - Copies of emails                               45

7    F - Crawford resume                                92

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    S T I P U L A T I O N

2            IT IS STIPULATED AND AGREED by

3    and among counsel for the parties hereto that

4    the deposition of the aforementioned witness

5    may be taken for all purposes permitted within

6    the Louisiana Code of Civil Procedure, in

7    accordance with law, pursuant to notice;

8            That the formalities of reading

9    and signing are not specifically waived;

10           That the formalities of filing,

11   sealing, and certification are specifically

12   waived;

13           That all objections, save those

14   as to the form of the question and the

15   responsiveness of the answer, are reserved

16   until such time as this deposition, or any

17   part thereof, is used or sought to be used in

18   evidence.

19

20               *   *   *

21           MARLANE A. GAILLE, CCR-RPR,

22   Certified Court Reporter in and for the State

23   of Louisiana, officiated in administering the

24   oath to the witness.

25

```
 1              TONY CRAWFORD,

 2           2422 Wisteria Street,

 3        New Orleans, Louisiana 70122,

 4      was examined and testified as follows:

 5         THE VIDEOGRAPHER:

 6              We are now on the record.

 7          This is the videotaped deposition

 8          of Tony Crawford via Zoom on

 9          September 10, 2020, at

10          approximately 5:05 p.m.

11              Would the court reporter

12          please now make her statement and

13          swear in the witness.

14          COURT REPORTER:

15              Yes.  Okay.  Everyone is

16          present.  I will lock the meeting.

17              And I just want to, especially

18          for the witness' benefit, say that

19          please be advised everything you

20          say or do can be seen and heard by

21          everyone.  I may ask for

22          clarifications more often due to

23          the nature of the video conference

24          and maybe a glitch in audio or

25          syllable may be garbled, so
```

```
 1            especially careful to please speak

 2            one at a time.

 3                 I'm just going to put on the

 4            record and ask if anyone has an

 5            objection to this -- to

 6            administering a binding oath to

 7            this witness via video conference.

 8       MR. BERGERON:

 9                 No objection.

10                 (No other objections noted.)

11                 (Witness sworn.)

12                      EXAMINATION

13  By MS. BAGNERIS:

14       Q.   Good evening, Mr. Crawford.  My name

15  is Suzette Bagneris, and I represent the

16  residents of Laguna Run, Laguna Reserve,

17  Carmel Brooks, and Carmel Springs in addition

18  to the employees of Dasmen who worked at those

19  various apartment complexes.

20                 I have scheduled your deposition

21  today because I understand you had some

22  affiliation with Dasmen during the relevant

23  time periods that are at issue in our suit.

24                 I'm going to be asking you a series

25  of questions under oath.  If at any time you
```

1  don't understand a question as I have asked it

2  to you, please let me know, and I will attempt

3  to rephrase the question so that we can be

4  sure that if you provide an answer, that it

5  is, in fact, responsive to the question that

6  you have been asked.

7        If at any time you need to take a

8  break, please let me know, and I will

9  accommodate your request for a break as well

10  as any counsel who needs a break to do

11  something else.  I understand, you know, we're

12  living in a very hectic and different world.

13  Let me know, and we'll accommodate your

14  request for a break.

15        You will have the right to read the

16  deposition transcript that the court reporter

17  transcribes.  Because we're on this Zoom

18  platform, you know, maybe something will be

19  affected by lag time or something like that.

20  So the court reporter can transcribe it into a

21  book, send it to you at your home, you'll have

22  an opportunity to review it; and if there are

23  any errors in transcription, there's a page on

24  the back of the transcript that allows you to

25  make note of anything that needs to be edited.

1          You can reserve your right to do that

2     or you can waive your right to do so.  What

3     would you like to do?

4          A.    I would like to do that.  I would

5     like to read the transcript once it's

6     completed.

7          Q.    Okay.  Good.  We will make a note

8     that that shall be sent to you.

9          A.    Thank you.

10         Q.    With that, we will begin this

11    deposition.

12              So would you please state your full

13    name for the record.

14         A.    Tony Crawford; T-O-N-Y,

15    C-R-A-W-F-O-R-D.

16         Q.    And what is your home address,

17    Mr. Crawford?

18         A.    2422 Wisteria Street --

19    W-I-S-T-E-R-I-A -- Street, New Orleans,

20    Louisiana 70122.

21         Q.    Mr. Crawford, for the date -- for the

22    record, what is your date of birth?

23         A.    July 15, 1961.

24         Q.    Could you please describe for us your

25    educational background?

1    A.    Graduated from John F. Kennedy Senior

2    High School.  Attended University of NOLA --

3    New Orleans -- for -- UNO for what?  Two --

4    two and a half years; got married; didn't go

5    back to school.

6    Q.    Okay.  Do you hold any special skills

7    training or certification?

8    A.    Well, I had a medical laboratory

9    assistant skills training.

10        I don't know if you classify it as a

11   skills training, but I'm the state president

12   of Medicaid transportation providers of

13   Louisiana, and I've been affiliated with that

14   arena for 20-something years.  I think that's

15   a very, very tactful skill dealing with the

16   community in different behaviors.

17   Q.    I would agree.

18        Mr. Crawford, could you please

19   describe for us how you came to be affiliated

20   with Dasmen.

21   A.    Dasmen interviewed me, I want to say

22   back in March of 20 -- look at my notes --

23   2018, and they hired someone else, and he

24   didn't work out fine.  They called me back,

25   and they hired me as a project manager

1    somewhere like around July -- right after my

2    birthday, July 15, if I recall right -- July

3    2018 as the project manager.

4         Q.    Had you previously worked as a

5    project manager on any other apartment

6    complex?

7         A.    I did project manager work with group

8    homes in other -- yeah -- other facilities

9    around the -- around the city on and off.

10        Q.    Okay.  So you had experience with

11   that before you started serving as a project

12   manager for Dasmen?

13        A.    Absolutely.

14        Q.    Okay.  So when you became a project

15   manager in July 2018, what were your job

16   duties and responsibilities?

17        A.    My job duties was to hire contractors

18   and oversee the renovations of the apartments

19   at all the Dasmen facilities where it was

20   totally -- supposed to be totally renovated.

21   And that didn't happen.

22             That was my job duties to make sure

23   we go to Office Depot (sic) to get the

24   necessary supplies, and just oversee the

25   project.

1    Q.   You said "Office Depo."  Did you mean

2  Home Depot?

3    A.   Home Depot.  I'm sorry.  Home Depot.

4    Q.   It's late in the afternoon.  I

5  understand.  I appreciate your --

6    A.   Yes.  Yes.

7    Q.   So when you were asked to oversee the

8  total renovation project, were you given a set

9  of architectural plans or drawings associated

10  with that renovation?

11    A.   No.  No.  Up until, I want to say

12  February of 2019 prior to my exiting, they

13  start sending schematics on -- they wanted me

14  to oversee and overlook the cabinets for the

15  bathroom, the vanities, and the kitchens

16  because someone at headquarters was ordering

17  the wrong size cabinets.  And that was the

18  only schematics I was ever given to make sure

19  what they was ordering fit.

20          Because a lot of the stuff they was

21  ordering went to waste because they was

22  ordering the wrong sizes.

23    Q.   Well, were you given a document that

24  provided building specs or some sort of

25  directive as to what was -- what the

1   renovation plan was to be?

2        A.    No.

3        Q.    So what were you supposed to work

4   with in order to oversee such a massive --

5   massive renovation project?

6        A.    I guess it's just common sense and my

7   knowledge.  They did not give any blueprint,

8   no -- no architectural documents, no

9   engineering documents, no none of that.

10       Q.    Based upon your past experience

11   serving as a project manager, did you find

12   that to be unusual?

13       A.    Yes, it was very unusual.  And you

14   question -- I was working with Joe Erblich and

15   then some other guy -- he didn't last long --

16   and then they gave my Jay -- Jay Ginsberg.  It

17   was the same thing.

18             No resources.  No help.  I just had

19   to come in, look at it, do ergonomics, and do

20   the best I can do.

21       Q.    Were you provided with any type of

22   written directive as to what they wanted you

23   to renovate?

24       A.    No.  No written directives, no

25   manuals, no anything.

1          The only thing I did was fill out a

2     application, fill out a W-2, and got hired.

3     That was the only document I ever received.

4          Q.   What did you understand -- what did

5     you understand the job to be?

6          A.   I was told we just need to go in and

7     renovate all the apartments.  Every apartment

8     that come vacant, once a tenant move out,

9     totally renovate it.  And that was it.  That's

10    what we did, until we start running into

11    change orders, and that became a problem.

12         Q.   Okay.  So in order to begin a

13    renovation project, did you conduct an

14    inspection of the entire apartment complex?

15         A.   Yes.  I have to go in and look at the

16    floors, look at the walls.  And then we did

17    the -- one of the contractors come in and

18    demolish everything and guy everything out.

19         Once he pull it out -- pull the

20    cabinetry off the walls and off the vanities,

21    we start seeing roaches, mold, and all the

22    problems starts.  Holes in the walls and

23    rusted pipes.  That's when we -- we see

24    everything once we started tearing it down.

25    That's when everything exposed.

1     Q.   Was there one particular building

2  that you started with?

3     A.   Laguna Run.

4     Q.   It started at that complex.

5     A.   Yes.

6     Q.   But was there a certain apartment

7  building within Laguna Run that you started

8  with?

9     A.   Yes.  I don't have that front of me.

10        What happens is the office manager

11  email Dasmen a list of units that need to be

12  renovated.  So they was supposed to give me

13  25.  They started off with five.  So we had

14  five contractors.  And we do five -- five

15  apartment complexes per site at a time.  So we

16  had a total of 25 rooms to renovate.

17        And as we renovate the rooms, they do

18  a walk-through and they pass inspection, and

19  they rent the rooms and the apartments out.

20     Q.   Okay.

21     A.   And what I mean by -- what I mean by

22  "inspections" where I was required to call the

23  property manager and do the walk-through with

24  them for the final inspection.

25        Which I found that to be a problem.

1    Because I explained to Dasmen, you have me

2    showing someone something who don't have a

3    clue of what I'm doing.

4        Q.    Okay.  Now when you said five

5    apartments per site, are you speaking of five

6    apartment units per apartment complex?

7        A.    Yes.  Per property.

8        Q.    Okay.  So you were going to do five

9    at Laguna Run, five at Laguna Reserve, five at

10   Carmel Brooks, five at Carmel Springs.  Was

11   that what the plan was?

12       A.    Yes.

13       Q.    Okay.  So when you did your

14   walk-through of the first set of apartments in

15   2018 at Laguna Run, would you please describe

16   to me what you found that you felt needed

17   renovation.

18       A.    Mold, ceilings need to be tore down,

19   termites that ate half of the -- the walls

20   off.

21             And what happens is, when I find

22   these problems, I was required to send it to

23   Dasmen to Jay, Joe, someone that was over me,

24   send videos so they can see the damage, and

25   explain to them the money often is not going

1    to really repair this -- this apartment.

2          But these guys was forced to do

3    things that shouldn't have been done.

4         Q.    When you say "these guys," which --

5         A.    Contractors.

6         Q.    The contractors?

7         A.    Contractors, and -- and some of the

8    employees.  Some of the employees to have to

9    go and do the make-ready.  And after they go

10   and do the make-ready, they'll see that the

11   apartment's in deplorable condition to where a

12   make-ready is not feasible.  Total renovation

13   is what's needed.

14         And when you start doing the total

15   renovations, when you start requesting

16   stuff -- supplies that you need to make the

17   renovation perfect -- supplies were being

18   denied.  So you had to do what you had to do.

19        Q.    As I'm understanding you, were you

20   given a budget for the project without having

21   seen the project?

22        A.    The budget was $10,000 per unit.

23         After I got started, they decreased

24   it to 36 -- 3,600 per unit, and then they

25   decreased it to $3,000 per unit.  And we tried

1  to explain to them it's impossible to do.

2  Because you take the baseboards off, you have

3  mold all around the baseboard, and then you

4  got to cut the whole entire wall out.

5          But we was never given the supplies

6  to do what we needed to do.

7      Q.   Did that include your labor cost as

8  well?

9      A.   Yes.

10     Q.   So that -- so $3,000 --

11     A.   No, no.  $3,000 just labor.  The

12  supplies was different.

13          You go to Office -- Home Depot, and

14  you send an email in, letting them know you

15  need "this" much linear feet of baseboard,

16  "this" many sheets of Sheetrock, you send that

17  in, you go in to get the supplies.  Sometimes

18  the credit card is denied.  Sometime you wait

19  there for hours; it's denied.  You have to

20  leave and come back the next day, and then --

21          But the salary to renovate the whole

22  apartment was something like $3,000-$3,200.

23     Q.   Okay.  So $3,000 to $3,200 per unit

24  for labor cost or fee.  Professional services

25  fee.

1      A.   Yes.

2      Q.   Is that accurate?  Okay.

3           And then the materials, you had to go

4 to Home Depot -- I'm assuming to the

5 contractor's desk.  Is that correct?

6      A.   Correct.

7      Q.   Okay.  And then you would let them

8 know what you need to purchase, and then

9 someone from Dasmen would approve the

10 purchase?

11     A.   Right.  They would call -- they would

12 call Dasmen and -- Home Depot would call

13 Dasmen and let them know we have 20 sheets of

14 Sheetrock; this is what it costs.  We have

15 25 gallons of mud; this is what it costs.  And

16 they tell them what the total is, and then

17 Dasmen would approve that and pay them over

18 the phone.  And sometimes the card was denied.

19 It all depends.

20     Q.   Which Home Depot location were you

21 all utilizing?

22     A.   Ninety-nine percent we was using

23 Home Depot on Bullard.  Every now and then, we

24 have to go to Home Depot in Chalmette or

25 Home Depot on South Claiborne.

1     Q.   Okay.  And who were you having to

2  communicate with at Dasmen to approve the

3  purchases?

4     A.   A lady named Debbie.

5     Q.   And do you know Debbie's last name?

6     A.   Yes.  It's in my phone.

7         I can get it out my phone?

8     Q.   Yes.

9     A.   I have to go to WhatsApp.  I hope I

10  don't lose y'all.

11         I'm sorry.  I can't -- wait -- let me

12  have the cell phone number.  I can't get into

13  the WhatsApp.  I'm on a --

14     Q.   Okay.  We'll finish --

15     A.   Using the camera won't allow me to.

16     Q.   We'll finish this, and then we'll try

17  to go back.

18     A.   Go ahead.

19     Q.   Okay.  So you mentioned that when you

20  were initially doing your walk-throughs, you

21  were videotaping what you were finding.  Do

22  you have any of those videos still in your

23  possession?

24     A.   Yes, I think I do.  It was on -- it

25  was in the WhatsApp.  We had to -- I had to do

1    the WhatsApp, because what it was -- (audio
2    garbled) -- the footage.
3              Yes, I should have quite a bit of
4    that.
5              MS. BAGNERIS:
6                   I would call for the
7                   production of that, if you could
8                   please share that with my office.
9                   And then I will attach whatever you
10                  have to the deposition transcript
11                  as, in globo, Exhibit A to the
12                  transcript.  The video.
13                       (Exhibit A was identified.)
14             THE WITNESS:
15                  Okay.
16   By MS. BAGNERIS:
17        Q.   Now you said you were -- you were
18   communicating via the WhatsApp?  Is that
19   correct?
20        A.   Yes.  It's the WhatsApp that they
21   established and said they wanted us to do
22   business on WhatsApp.  Establish a WhatsApp
23   account.
24        Q.   Okay.  And do you still have that
25   WhatsApp account on your phone?

1      A.    Yes.

2      Q.    Do you still have the communications

3  that you had with Dasmen on that phone?

4      A.    Yes.

5      Q.    Is it possible for you to download or

6  screen shot those communications and provide

7  those as well?

8      A.    Sure.  I can do that.

9           MS. BAGNERIS:

10              Okay.  I would like to attach

11              those communications as Exhibit B

12              to the deposition.

13              I will get those from you.

14              (Exhibit B was identified.)

15  By MS. BAGNERIS:

16      Q.    So when you advised Dasmen that

17  $3,000 per unit was not going to be a

18  sufficient budget in terms of the labor, what

19  was the response that you received?

20      A.    The response was we spent too much

21  money on the clubhouse, so we can't spend no

22  much money on these units because the owners

23  is very upset that we over budget and spent

24  too much money on the clubhouse.  So we have

25  to take the money from somewhere else, so we

1    got to take it from the units.

2       Q.   Okay.  So with a unit of $3,000 --

3    with a budget of $3,000 per unit, tell me what

4    you were able to do with the first five units

5    at Laguna Run.

6       A.   $3,000, what you have to go in and do

7    is tear down the crown molding, tear off the

8    baseboards, all the appliances got to be

9    throwed away, tear all the kitchen cabinets

10   out, all the vanities out, rip up the carpet

11   of the floor, take the doors down, take the

12   toilets out, then you have to throw all that

13   stuff away.

14      Q.   Okay.  I'd like to go through each of

15   these items.

16           Why were you taking down the molding?

17      A.   Because they went with a different

18   kind of molding to beautify the apartment.

19           Oh, not only that, the light

20   fixtures, the vanity lights, the -- everything

21   had to come out.

22      Q.   Okay.  So when you tore down the

23   moldings in the first five apartments, what

24   did you, personally, observe?

25      A.   Mold.

1      Q.   Okay.  You said you also removed the

2   baseboards.  Why did you remove the

3   baseboards?

4      A.   Because they wanted to go with a

5   six-inch -- six-and-a-half-inch baseboard -- I

6   think it's six inches or six-and-a-half -- and

7   it's more for beautification.  It gives the

8   apartment an elegant look based on the color

9   paint that they was using with the floor.  So

10  we removed the baseboards.

11     Q.   So this was an esthetic change?

12     A.   Yes.

13     Q.   Okay.  So when you removed the

14  baseboards in the first five units at Laguna

15  Run, what did you, personally, observe?

16     A.   Mold.

17     Q.   Okay.  You said that you were -- you

18  pulled out the appliances.  How were you going

19  to replace the appliances -- what was the

20  budget for appliances?  Were they -- were they

21  paying for the budget for appliances?

22     A.   Yes.  Dasmen ordered appliances.

23  They ordered the cabinets.

24          The only thing we was allowed to go

25  purchase was the Sheetrock, light fixtures --

1 the regular light fixtures -- specific ones,

2 they did all of those -- the flooring, the

3 carpet -- they did the carpet -- the paint,

4 the crown molding, the doors -- we had to go

5 back and do that.

6        Dasmen ordered appliances.  They took

7 care of the flooring, they took care of the

8 expensive lighting, and they took care of the

9 kitchen cabinets and the countertops.

10     Q.   Okay.  Am I understanding you that

11 all of the Sheetrock was removed?  It was

12 completely gutted?

13     A.   Some apartments was gutted almost,

14 and some apartments just sections.  But the

15 majority of them was pretty much half gutted.

16     Q.   Why were you gutting the Sheetrock in

17 these first five units at Laguna Run?

18     A.   Not only the first five units.  We

19 did -- every unit we went through we had mold,

20 and they were aware of that.

21        The reason why we gutted them was

22 that when we pulled the crown molding off of

23 the baseboards, we see mold in the ceiling, so

24 we have to gut it to see where it's at.  Or we

25 have mold at the baseboards.  Or when we

1    pulled the toilets out, we have mold behind

2    the wall.  So it was just mold each time we

3    pulled something out.

4            It was not -- never like you can just

5    go in an apartment and you can just do work

6    immaculately because there was no problems.

7    It's always a problem.  Even with the wiring

8    there was a problem.

9            And what was upsetting is that these

10   contractors was forced to try to take care of

11   the electrical part out of they $3,000, and

12   that wasn't happening.

13           So I explained to Jay, I said what's

14   going to happen is you're going to force these

15   contractors to possibly do this work and not

16   be certified to do it.  So they had to go in

17   their pocket to get the contractors out.

18           So then Dasmen say, well, they're the

19   contractors.  They're not too expensive; we'll

20   pay for them.  They're too expensive -- even

21   though they're not -- but they're too

22   expensive.  We'll pay for them.  If not, they

23   pay for them -- it was always an issue about

24   money.

25           And I explained to them, I said, as a

1    contractor, if you have every unit set aside

2    $10,000 for remodeling, that's enough to do

3    your electrical, your licensed plumber, your

4    change orders.  That's everything.  You can

5    have a superb apartment.  But it was never

6    that way.

7         Q.   So you mentioned that there was a

8    problem with the wiring once you took the

9    Sheetrock back.  Can you tell me what the

10   problems were with the electrical component of

11   the building?

12        A.   The wires -- the wires was outdated.

13   It's just -- it's just that simple.  It's

14   outdated.

15        Q.   Is the wiring what may have been code

16   in 1970 but no longer code in 2020?

17        A.   Absolutely.  No.  It's outdated.

18   Even the plumbing is outdated.

19        Q.   Okay.  When you took back the

20   Sheetrock, you were able to clearly see the

21   plumbing system in the building?

22        A.   Yes.

23             We had one unit -- one particular

24   unit the first time I was exposed -- I want to

25   say it's Unit B-101 or B-102 -- once we

1    completed the unit, we came in the next day,

2    and the -- the wall was just drenched with

3    water.

4                And we had to get -- cut out the

5    unit, and we called maintenance to come look

6    at it -- some pictures floated around -- I

7    couldn't believe that pipe was that old in

8    that wall.  And in order to repair that whole

9    pipe, you have to go all the way up to the

10   second floor.

11               Well, we was told don't go to the

12   second floor.  Cut off a little piece on the

13   first floor, patch it up, and close the wall

14   back up.

15        Q.   It's my understanding that the pipes

16   at Laguna Run -- or the plumbing at Laguna Run

17   is made of cast iron.  Is that correct?

18               MR. BERGERON:

19                    Object to the form.

20               THE WITNESS:

21                    That's true.

22   By MS. BAGNERIS:

23        Q.   Can you tell me -- let me rephrase it

24   then.

25               What material are the pipes made of

1    at Laguna Run?

2         A.    Cast iron.   We have pictures of

3    those.

4         Q.    Okay.   And the cast-iron pipes, could

5    you please describe to us the condition of the

6    pipes that you, personally, observed?

7         A.    Corroded, erosion, leaks.   Just

8    rusty, brittle -- bad shape.

9         Q.    Did you make a recommendation to

10   Dasmen that they completely change out the

11   plumbing in the apartment building?

12        A.    Yes.   Many occasions.

13        Q.    And to whom did you make that

14   recommendation?

15        A.    Joe Erblich, Jay Ginsberg.

16        Q.    And what was the reason that you gave

17   them for a complete change-out of the plumbing

18   system?

19        A.    Well, when you have eroded pipe full

20   of corrosion and you have families living in

21   there and they drinking that water -- that

22   water coming through those pipes -- you got

23   lead, you got everything that they could

24   possibly be exposed to.   And that was my

25   reason.

1       Because it's just -- it's not -- it's
2  not a healthy environment for them to do that
3  and just cut off a piece and you see the rest
4  of it is rotten.  Because, eventually, you're
5  going to have to come back redo it again.
6       Q.   And was your recommendation accepted
7  to change out the plumbing in an entire
8  building?
9       A.   No.
10      Q.   You mentioned that you changed out
11  the carpet.  When you changed out the carpet,
12  what did you, personally, observe?
13      A.   When you move the carpet -- Laguna
14  Run only have carpet on the second floor.  And
15  when you changed out the carpet on the second
16  floor, you have like waves and humps in the
17  carpet.
18      When you go to Laguna Reserve and you
19  remove the carpet, the floors are actually
20  cracked up.  Like the cement just got cracks
21  just everywhere.
22      So it all depends on what property
23  you're at when you remove the carpet what
24  you're going to see.
25      Laguna Reserve is the worst one with

1    it where it got to the point where -- they

2    contract with Sherwin-Williams to do the

3    flooring, and --

4                    (Witness' audio freezes.)

5            MS. BAGNERIS:

6                    We're losing you.

7            THE WITNESS:

8                    How did this --

9    By MS. BAGNERIS:

10       Q.    Okay.  You said that you -- they

11   contracted with Sherwin-Williams --

12       A.    Okay -- I'm sorry.

13            Sherwin-Williams, they do the carpet

14   and the floors.  The carpet -- the carpet and

15   the hardwood floors.  And Sherwin-Williams

16   started letting them know they not going to do

17   any work on these floors if they don't repair

18   them right, because they don't want to be

19   liable.

20       Q.    And which Sherwin-Williams location

21   were you all dealing with?

22       A.    The one in New Orleans East on

23   I-10 service road.  But they have contractors

24   come from all over.

25       Q.    Okay.  Were you all doing the

1    installation on -- with utilizing Laguna Run

2    employees, or was Sherwin-Williams actually

3    installing the flooring?

4        A.    Sherwin-Williams installing the

5    flooring.

6        Q.    Okay.  So other than the issues that

7    we have already discussed with respect to the

8    five units that you oversaw the renovation of

9    initially at Laguna Run, were there any other

10   personal observations that you made?

11       A.    Yes.  The buildings looked like the

12   slab is separating.  There's water intrusion

13   on the second floor, termites damage -- I

14   don't think they had a termite contract.  I

15   don't know -- termite damage.  You smell raw

16   sewer on Laguna Run.  I think it's -- if I

17   believe, it's around the A building.  The

18   handrails are in bad condition.

19              One of the contractors, Stan Lewis,

20   was actually walking down one day and grabbed

21   the handrails and slipped.  Handrail came off.

22              Yes, you have the water intrusion.

23   It's just -- to be honest with you, as a

24   contractor, Laguna Run and the rest of those

25   properties should just be flatted.  Just tore

1   down to the ground and start over.  Because as

2   long as it stay like it is standing, these

3   problems will continue to happen.

4       Q.   In your experience as a project

5   manager, is it prudent to piecemeal a big

6   renovation project?

7       A.   No.  This type of -- when I walked in

8   there -- and I -- I even told them.  I said,

9   hey, man, you need to tear these buildings

10   down one by one and redo them.  I said because

11   you have roof leaks.  You know, the roofs are

12   weak.  Even though you have these flat roofs,

13   but it's always leaking in the units.  I say

14   you just need to tear these buildings down.

15       You definitely have a lot of roof

16   leaks -- roof leaks that leaks down into the

17   other floors.  You got the air condition units

18   leak down to the other floors.

19       I'm trying to remember which floor

20   this was over in Laguna Run where you can

21   actually feel like you're about to fall into

22   the first floor.  The lady filed a complaint.

23   It was so bad.

24       If I recall, I remember seeing some

25   fire trucks back there.  One day I passed -- I

1    don't know if I was working there or I had

2    done left -- you know, they -- the fire alarms

3    wasn't working, if I recall.

4         It's just -- it's just not right for

5    folks to live in that type environment.  I

6    mean, I can go on and on.  It's just -- it's

7    -- it's bad.

8         Q.   When you said the cracks -- the slabs

9    are separating, what do you mean by that?

10        A.   When you go and look at the

11   foundation of a building -- you know, it's

12   like you build a brand-new house and your slab

13   is fine.  But when you can actually get on the

14   ground and look under slab and see -- you can

15   see parts of the structure -- you have a

16   foundation problem.  And you need to take care

17   of that foundation problem.

18        And that foundation problem also

19   occurred -- I'm just for the records --

20   also -- that's why I paid attention to it --

21        Over in the Holy Cross area on Paris

22   and Mirabeau, going down Paris Avenue to

23   Filmore, the same type of issue with these

24   houses, like the slab is just giving.  So they

25   kept putting sand under there.

1          And Dasmen asked the guy who cut the

2     grass who got the landscaping contract to

3     actually come put sand, and he brought sand

4     and put sand all through Laguna Run to try to

5     help secure the foundation that looks like

6     it's just shifting.  But once it rained, the

7     sand washed away.  And you still see the same

8     problem.

9          Q.   Does a separating slab cause water

10    intrusion issues?

11         A.   Yes.  Because it can float from

12    underneath and comes into the unit.  Like

13    we have had that happened to a few units --

14    I think that was in the J building or the

15    H building.  I just going to have to look at

16    my notes.  I don't have them in front of me,

17    if I recall.

18         Q.   You took notes of -- that you may --

19    that you still have?

20         A.   I took pictures too.

21              Like in Laguna Reserve, every time it

22    rained on the outside, this -- this

23    building -- we did a remarkable job in it --

24    the contractor -- it -- it -- mold's in the

25    inside.  And we had to get sand from Office

1  Depot (sic) to actually put on the outside to
2  try to slow down the water intrusion.
3          But after repaired and put the sand
4  down, when it rained, the same problem
5  existed.
6      Q.   I'm going to ask if you could please
7  produce any photographs you have.
8          MS. BAGNERIS:
9              And I'm going to mark those as
10             Exhibit C, in globo.
11             (Exhibit C was identified.)
12             And any notes that you may
13             still have, we will mark those as
14             Exhibit D, in globo.
15             (Exhibit D was identified.)
16 By MS. BAGNERIS:
17     Q.   You mentioned in addition to the slab
18 separating that you could smell raw sewage.
19 Did you ever determine what the source of that
20 smell was?
21     A.   No.  I -- when we get to that part,
22 we know that's going to be very expensive.  So
23 we have to call corporate for approval to get
24 someone to come out who specialize in that.
25             And they never did approve that --

1    that guy to come out.  And we didn't

2    determine, because we wasn't given authority

3    to move forward.

4           But I have the unit number written

5    down.  I just don't have it with me.

6       Q.   Okay.  With respect to the termite

7    damage that you saw, could you please describe

8    for me in more detail what you, personally,

9    observed?

10      A.   Well, there's -- there's a unit in

11   Laguna Run, when you walk in, the whole

12   structure of the front door is eaten by

13   termites.  And then when you go in the

14   bedrooms half of the wall -- I guess

15   maintenance took that down -- is eaten by

16   termites.  Then you go in the other bedroom,

17   it's eaten by termites, and the floor got a

18   wave in it.  They say it's a cement floor.

19          When I showed them the pictures of

20   that and we got a bid for that, and I'm sure

21   as of right now, that unit is still in the

22   same condition that it was when I first saw

23   it.

24      Q.   You said you showed them the wave in

25   the floor.  Who did you show the wave in the

```
 1   floor?
 2        A.    Joe Erblich and Jay Ginsberg.
 3        Q.    So were --
 4        A.    I should --
 5        Q.    Were Joe Erblich and Jay Ginsberg the
 6   two Dasmen people that you communicated with
 7   on a regular basis and send videos and
 8   photographs to?
 9        A.    Daily.
10        Q.    And were Joe and Jay the two that you
11   would communicate your recommendations to?
12        A.    Yes.
13        Q.    Okay.  What recommendations, if
14   anything, did you make with regard to the roof
15   leaks?
16        A.    Well, for the roof leak, I explained
17   to them what was the problem with the roof,
18   and they told me they had a flat roof.  They
19   have a guy -- no.  They say for me to get a
20   contractor who specialize in flat roofs to
21   come out.
22             And then they called me back and say,
23   "Hey, let Mr. House" -- a guy by the name of
24   John House -- "let Mr. House deal with the
25   roof.  You concentrate on the renovation."
```

1    And they took me away from the roofs.

2        Q.   Okay.   What -- what did you,

3    personally, observe to be the problem with the

4    roof?

5        A.   I didn't get it up.   But when you

6    look up at the ceiling, you can see water,

7    like -- just water just running down.   So I

8    knew it was running from the roof and it

9    wasn't from the air condition.

10            And I just saw water.   It's always

11   wet, moist.   And then some of them we had to

12   take ceilings down to redo the ceilings.

13            Then in Reserve, you can look at

14   around the chimley is always a water leak.

15   You have to take all that Sheetrock out to

16   replace it.   But when it rain, it never

17   repaired the problem on the wall because the

18   roof was never repaired.

19       Q.   You mentioned that you, personally,

20   observed the ACs leaking in just the five

21   units that you were looking at Laguna Run, or

22   was that a problem throughout the complex?

23       A.   That was a problem throughout the

24   complexes.   All five properties.

25       Q.   Okay.   Same question with respect to

1   the slab separating.  Was that in one

2   building, or was that a widespread problem

3   throughout the complex at Laguna Run?

4        A.   That's a widespread problem.

5        Q.   With respect to the roof leaks, was

6   that in one building, or was that a widespread

7   problem throughout Laguna Run?

8        A.   That's a widespread problem

9   throughout all of the properties.

10        Q.   Okay.  And when you say all of the

11   properties, you're referring to all five that

12   you were renovating at?

13        A.   Yes.  Because we had -- they had to

14   get a roofer to go up there and put blue tarps

15   on the buildings all throughout the complexes.

16        Q.   Okay.  You mentioned a problem with

17   the fire alarm system.  Were you still working

18   at the Dasmen properties when the state fire

19   marshal came out to inspect in 2019?

20        A.   I can't recall.  I -- I can't -- I

21   can't recall.  Because I saw fire trucks,

22   police, ambulance over there periodically.

23   So --

24             But that wasn't a part of me so, you

25   know, I just heard about it.  But I can't

1    recall.

2        Q.    That wasn't a part of what you had to

3    do?

4        A.    Right.  Correct.

5        Q.    Okay.  Did you observe any problems

6    with the windows at Laguna Run in the

7    apartments that you were renovating?

8        A.    Yes.  Some of the windows was broken.

9    Some of the windows wasn't sealed right.  We

10   had to repair some of the seals of the ones

11   that was broken.  We had to get a

12   contractor -- a glass company come out and

13   install the windows.

14          And since they were so bad, Jay

15   Ginsberg told me that they about to do -- redo

16   all windows throughout all of the properties,

17   for me to start getting bids.  So --

18          And the next day he called back and

19   say, "No.  Don't worry about that.  We're

20   going to do something else.  But we'll get to

21   that when we need to get to that."

22          But to answer your -- I'm just

23   jumping around to letting you know how when

24   they asked me to do something, I start on it.

25   Then they pull me away.

1          But yes, the window was a problem,
2    and I made them aware of it.
3         Q.   Was it a frequent situation where
4    they would direct you to get a bid to do a
5    particular renovation aspect and then decide
6    not to do it because it cost too much?
7              MR. BERGERON:
8                   Object to the form.
9              THE WITNESS:
10                  Yes.  Yes.
11                  We have properties in Laguna
12             Run -- we have properties all
13             over -- in fact, what's the name of
14             this unit?  We have one unit that
15             on the third floor, if you go push
16             your arm in it, it's like the whole
17             window and the wall will fall on
18             the outside.  And when you go on
19             the second floor under that, it's
20             the same situation.
21                  And I pass that way all the
22             time going to church, and I see the
23             curtains open.  And those two units
24             are still the same, and it's been
25             over a year.

1          But yes.  I would have been

2          told -- even the contractor, you

3          know, picked up the floor and said,

4          "Hey, man, you can't do this

5          cheaper than that.  I'm not going

6          to -- I'm going to get somebody

7          else."

8          The contractor leave it alone,

9          and it's still in the same

10          situation.

11  By MS. BAGNERIS:

12      Q.    How many units did you, personally,

13  walk through at Laguna Run?

14      A.    Wow.  So many.  So many.  I can't --

15  if I have to take a guess, about 50 or 60.

16      Q.    Okay.  And were all 50 and 60 in the

17  same building, or -- or -- or where were they?

18      A.    Different buildings.

19      Q.    Okay.  So when you -- when you say

20  "walk through," tell me what you mean -- what

21  you mean by that.

22      A.    What happens if they'll say, okay, go

23  down to the -- they'll send me an email -- I

24  got the list of the emails of the units that

25  the property say these the ones that we see

1   need to be refurbished.

2        So I get the keys, and I'll go walk

3   through and look at them.  And I say, man,

4   this thing full of mold, full of roaches,

5   and -- you know, I just find problems.  They

6   gave us the worst of the worst to repair.

7        And then the contractors come in, and

8   they'll look at it and say, hey, I can't do

9   this for $3,000.

10        I say write your proposal up.

11        We send the proposal to Jay, and

12   he'll deny it.  He'll say, hey, we're not

13   going to pay this much money.  If we can get

14   it cheaper -- get it cheaper than that.  The

15   folks in South Carolina and Mississippi --

16   wherever he say -- South Carolina they do it,

17   and Alabama does it cheaper than that.

18        And I'm like, Jay, the cost of the

19   living over there is -- is much cheaper.  The

20   insurance these guys have to pay for is much

21   higher, and they're not going to do it for

22   that.

23        And a lot of units, they didn't do.

24   And he say he's going to get somebody else to

25   do it, and nothing happened.

1    Q.   Do you still have the emails where

2  you were communicating with Jay and with Joe?

3    A.   Yeah.  At first I started out with my

4  email address "CrawfordTransit," and then

5  they -- they asked me to stop using my

6  personal email and use their -- I'm going to

7  sit down (sits) -- and use their business

8  email.  So they gave me a Dasmen account.

9         So once they gave me a Dasmen

10  account, then I started using the Dasmen

11  account.

12         So once they terminated me, they

13  froze my Dasmen account.  I didn't have any

14  access to it.  But I still have access to my

15  WhatsApp.

16    Q.   Okay.  So do you still have any

17  emails from them that were on your Crawford

18  Transit account?

19    A.   I could check.

20    Q.   Okay.  If you do, I'd like to attach

21  them as Exhibit E to the transcript.

22              (Exhibit E was identified.)

23         With respect to the mold, did you get

24  any estimates from any certified mold

25  abatement companies to perform mold abatement

1  at Laguna Run?

2      A.   No.   When I requested that, they told

3  me no.   See what a contractor would charge to

4  gut it out.   Do what they need to do.   Put

5  some bleach on it.   Find some chemical spray

6  on it.   Let it dry.   Sheetrock it back up with

7  insulation.   Paint it, and do what they do.

8          And I got bids from the contractor

9  like he asked.   The contractor submit it in.

10 He was, like, no.   That's too much.   Can you

11 do it cheaper than that.   We got five units.

12 I got another five units for you.   Give me a

13 break on this; I'll give you a break on that.

14          It was always a wheel and a deal.   It

15 was never just a straight business deal.

16     Q.   So the directives you had with

17 respect to addressing the mold, who did they

18 come from?

19     A.   The contractors.   I was required to

20 hire contractors to work on each property.

21          So I'll just use you for an example.

22 I have you at Laguna Run and I have "Joe Blow"

23 at Reserve, and I have "Joe Blow" -- "John

24 White" at Carmel Springs, and have Michael

25 Lewis at Carmel Brooks.   We had contractors at

 1    each unit -- each -- each property.  I'm

 2    sorry.

 3        Q.   Okay.  So -- but I'm asking you,

 4    though, is you said that there were certain

 5    things that you all decided to do with respect

 6    to dealing with the mold issue.  Who did --

 7    who communicated that to you how they wanted

 8    to address the mold issue?

 9        A.   Jay.  Jay and Joe.

10             (noise off screen) It's my grandbaby.

11    I'm sorry.

12        Q.   That's okay.

13        A.   Yeah.  Jay -- Jay and Joe.  Them was

14    my -- them was my go-through.

15             If I -- if I find anything -- let me

16    go in the other room.

17             If I find anything other than the

18    budget they set out, I had to call them to get

19    the approval.

20        Q.   Okay.  So Dasmen's -- Jay and Joe

21    from Dasmen were very much so involved in the

22    day-to-day operations with respect to the

23    project renovation?

24        A.   Yes.

25        Q.   Okay.  Tell me about your experience

1    at Laguna Reserve.  What did you, personally,

2    observe at Laguna Reserve in the process of

3    renovating the first five units?

4         A.   Cracked floor.  I mean, the floors

5    are -- you can actually walk on the floors,

6    and the person under you can hear you.  Like

7    the walls is cracking in.  They in bad

8    position.

9              We put out bids for that.  Somebody

10   going to come and redo the whole floors.  He

11   said that was too much.

12             But when you pull out the -- the

13   appliances and the cabinets at Reserve, it's

14   the same situation.  Mold.  Just mold.

15             Most of that, you had roof problems

16   in Reserve to where it's about all the

17   apartments on the second floor we did.  It's

18   just in bad situation.

19             And we showed that to the property

20   managers.  The property managers are taking

21   picture of this.  And they go talk to -- I

22   think they boss was Cindy.  And Cindy talked

23   to Joe and Jay.  It's just --

24             I was only limited to do -- once I do

25   my part, I had to wait on approval.  And I

1    kept telling them as a project -- as a project

2    manager, I shouldn't have to call you to say

3    when we need to do this.  I should call you

4    and say, hey, this is the problem.  We need

5    more money.  I'm going to get this.  You need

6    to pay for this.  And that's how it should

7    have been done.

8           But it wasn't done that way as a

9    project manager.  I always had to get approval

10   from moving to the next level.

11       Q.   So what personal observations did you

12   have with respect to the roofs at Laguna

13   Reserve?

14       A.   I didn't never get on the roof.  But

15   I can go up and look at the ceilings on the

16   second floor and see you have roof leaks

17   everywhere.  And -- everywhere.

18           And we brought that to them.  And I

19   say, hey, these roofs are leaking.  You need

20   to get somebody come repair all these roofs.

21           John House got a roofer, going to

22   come up and put a blue tarp on it.  But

23   nothing was never done to the roof that I was

24   aware of the whole while I was there.  I never

25   saw a roofing company over there repairing a

1  roof.

2  Q. How many apartment units did you

3  inspect at Laguna Reserve?

4  A. I want to say about -- I want to say

5  about 30, 40 -- 30 to 40.

6  Q. And were the problems that you're

7  discussing with respect to the ceiling leaks

8  and the problems with the floors and the mold

9  intrusion consistent in all of the units that

10  you inspected?

11  A. Laguna Run, yes. 90 percent of them.

12  Q. Okay. What about Laguna Reserve?

13  A. I mean, Laguna Reserve. 90 percent

14  of them. I'm sorry.

15  Q. Okay.

16  A. Laguna Reserve. Yes.

17  Q. So ninety percent of the apartments

18  that you -- you inspected or did a

19  walk-through in in Laguna Reserve had leaking

20  ceilings, mold intrusion, and problems with

21  the flooring?

22  A. Yes.

23  Q. Is the problem with the flooring a

24  stability issue or just esthetics?

25  MR. BERGERON:

```
 1                    Object to the form.
 2                    You can go ahead.
 3   By MS. BAGNERIS:
 4        Q.    Mr. Crawford?
 5        A.    Oh, okay.  What was your question
 6   again?
 7        Q.    How would you -- the problem with the
 8   flooring, is it just a cosmetic problem?
 9        A.    No.  It's a structural problem.
10        Q.    It's a structural problem.  Okay.
11              How so?  Could you please explain
12   that answer?
13        A.    When you pour cement slab -- like
14   I'll use an example as the Hard Rock Hotel.
15   When you pour flooring -- when you pour slabs
16   for flooring, the flooring is supposed to
17   maintain throughout the course of the -- that
18   dwelling.  The flooring is not supposed to
19   crack and crumble.
20              It's actually, like, you can go out
21   and pick up rocks on a beach somewhere and
22   just hold them in your hand.  You can go to
23   those floors and just rip the carpet back and
24   just pull them up and they crack and crumble.
25   That's a -- that's a structure issue.
```

1    Q.   Okay.  So the concrete floor did not

2    cure?

3    A.   No.

4    Q.   Okay.  You also said that you did

5    some apartments at Carmel Brooks.  What were

6    your findings upon walk-through at Carmel

7    Brooks?

8    A.   Mold.

9    Q.   Where was the mold located in Carmel

10   Brooks?

11   A.   In the walls, ceilings --

12   Q.   And could you tell --

13   A.   -- bathroom, kitchen.

14   Q.   Could you tell what the source of the

15   water intrusion was at Carmel Brooks?

16   A.   Roofs.  Problem with the roofs.

17   Problem with pipes.

18   Q.   What was the problem with the roof at

19   Carmel Brooks?

20   A.   Need to be -- need new roofs.

21        I don't know how long those

22   properties been there.  But, evidently, like

23   the same roof been on the property since they

24   was there.

25   Q.   Okay.  And with respect --

1    A.    That's -- that's my -- that's my

2    belief.

3    Q.    And with respect to the pipes, what

4    was the problem that you, personally, observed

5    with the pipes at Carmel Brooks?

6    A.    Cast-iron pipes.

7    Q.    And what was the condition of the

8    cast-iron pipes at Carmel Brooks?

9    A.    Eroded, crumbling.

10    Q.    Okay.  With respect to Carmel

11    Springs, what did you, personally, observe

12    during your walk-throughs at Carmel Springs?

13    A.    Mold.

14    Q.    Where did you note the presence of

15    mold at Carmel Springs?

16    A.    When you pull out the appliances --

17    when you pull out the appliances and start

18    pulling up the kitchen cabinets, mold.

19         We have one unit -- I have the

20    pictures.  I don't have the unit number with

21    me -- but when the guy pulled the rug up -- it

22    was a linoleum rug, and I didn't know these

23    apartments had linoleum rugs -- and when he

24    pulled the rug up, the scent traveled through

25    that living room so fast, I had to get out of

1  there.  And I asked all of them to come out of

2  there.  And we just left of the door open for

3  hours.

4         I said don't go back in there.

5  That's how strong this was.  I couldn't

6  believe somebody lived there.

7         To my understanding, when a tenant

8  moves out, Dasmen employees go in to make sure

9  the appliances is still in there -- or they

10 supposed to.  Prior to me going in there, they

11 supposed to go in there and say, okay, the

12 washer -- I mean, the washing machine -- for

13 the ones that they had them -- but the

14 appliances is still in there.  We're going to

15 take them out.  And they don't go do anything.

16 They just go walk around and make sure to see

17 what they see.

18        But we go deep into it to we have to

19 actually move stuff out and pull stuff away.

20 And when you start tearing these things out,

21 then you start being exposed and see all this

22 damage.

23    Q.   Now when you say "exposed," were you

24 all provided any N95 masks to do any of this

25 renovation work?

1    A.   No.

2    Q.   Were you provided with any type of

3 protective gloves to do any of the renovation

4 work?

5    A.   No.  I called -- I called Joe and

6 Jay -- I know I sent the email -- I think I

7 sent the email on Dasmen -- I told Joe, I

8 said, this unit in Carmel Springs is so bad,

9 we can't go in there.  We need some kind of

10 protective gear.

11         That was the first time he said go

12 get it.  And I went -- yeah.  First time.  But

13 this is back in January, February 2019, prior

14 to me leaving.

15    Q.   So --

16    A.   And I don't even know if that unit is

17 even completed.

18    Q.   Prior to asking him in January of

19 2019 for protective gear, had you previously

20 asked for any type of protective gear?

21    A.   No.  We didn't ask.

22         What happened was we called him and

23 told him we need -- we need gloves and "this"

24 and "that."  And he said ask the maintenance

25 crew if they have any equipment.  But they

1    didn't have any equipment.

2            But to answer your question, those

3    contractors went in there -- because it was a

4    problem with money getting equipment, and

5    those contractors went in there pretty much

6    naked and exposed to that to gut these units

7    out.

8        Q.   Okay.

9        A.   And let me explain why -- let me

10   explain why.

11           Dasmen's controlled and operated by

12   the Jewish, and they have a lot of holidays in

13   the fall where they off.  So you can't get any

14   equipment, because they constantly on

15   holidays.  And when the business really picked

16   up was during they peak holiday season.  So

17   they was out of work.  You had to do what you

18   had to do.

19           Some -- some contractors even bought

20   materials out of they own pocket just to keep

21   the work going, and had problems getting

22   reimbursed.  It was just always a money

23   problem.  I have to say that on the record.

24       Q.   So when -- when there happened to be

25   a Jewish holiday and Jeff and Joe were off in

1  observance of that holiday --

2      A.   Jay.  Jay and Joe.

3      Q.   -- Jay and Joe were off, you could

4  not purchase any materials to do renovation

5  work?

6      A.   No.

7           I also asked them, I say, I'm the

8  project manager.  Can y'all give me a credit

9  card?  Put a limit of $1,000 on it.  I'm not

10 going to steal your money.  But we need

11 supplies when you guys not around.

12          Only thing they say, "We'll look into

13 that."

14          I say, "We need to go buy stuff to

15 protect ourselves.  We dealing with a lot of

16 mold."

17          So -- and most of the time we can't

18 get Debbie.  She paying bills for other units

19 across the country.  We can't get you guys.

20 You just have us stuck in limbo.  I say as a

21 project manager, I should have that so I can

22 do the work and make sure these guys are

23 protected.

24          But never did get any credit card.

25 It was always let's do the system the way it

1   is.

2      Q.   Were Debbie, Mr. Erblich, and

3   Mr. Ginsberg working out of the same office

4   for Dasmen?

5      A.   I know they're all in New York.  I

6   never been there, but I imagine so.

7      Q.   Okay.  And you --

8      A.   I'm not sure, but I imagine so.

9      Q.   Okay.  And you were communicating

10   with all three on the WhatsApp.  Is that

11   correct?

12      A.   Yes, WhatsApp.  Even calling them.

13   Even emailing them.

14      Q.   Okay.  So I think we have discussed

15   all of the properties.  I'd like to talk to

16   you a little bit about the contractors and the

17   subcontractors who you -- who were working on

18   those renovation projects with you.

19        Did any of them experience a problem

20   getting paid?

21      MR. BERGERON:

22         Object to the form.

23      THE WITNESS:

24         Yes.  Some of them --

25   By MS. BAGNERIS:

1    Q.    You can answer.

2    A.    Answer the question?

3    Q.    Yes.

4    A.    Okay.

5          Yes.  They got paid.  One guy, I

6    think they owe him about $15,000 to $19,000.

7    Yes.

8    Q.    So they experienced problems getting

9    paid, to your knowledge?

10   A.    Yes.

11   Q.    Other than Home Depot, did you ever

12   have occasion to work with the Ace Hardware on

13   Downman Road in connection with the renovation

14   project?

15   A.    (No audible response.)

16   Q.    Did you hear me, Mr. Crawford?

17   A.    No.  I was told --

18         Yes, I can hear you.

19         I was told not to go to the Ace

20   Hardware because they was a third party.  They

21   was too high.

22         But I had to go to Ace two times to

23   get some locks -- some emergency locks on a

24   container.  But -- and something else.  About

25   three times.

1          But Ace wasn't my store.

2     Q.   Okay.

3     A.   Only -- only in emergency, and that

4  was three times.

5     Q.   Okay.  You mentioned that there were

6  times that you went to Home Depot to get

7  supplies, and the corporate credit card was

8  declined?  Is that correct?

9     A.   Yes.  That's what the ladies come

10  back and tell us.  It's declined.

11          So we call Debbie.  And Debbie,

12  "Well, let's try back later today after 2:00."

13          I'm, like, "Debbie, these contractors

14  not coming back, and I can't come back."

15          "Well, let's try back tomorrow."

16          "Okay."

17          Then the next day, they'll come in,

18  and they'll get it.  But we don't know why the

19  credit cards was declined.

20          We was told -- I was told that the

21  reason why this happens is that the card is

22  allowed to spend so much on a daily basis.

23  And after that, it cuts off.  Never heard that

24  before in my life, but that's what I was told.

25     Q.   And who told you that?

1     A.    Jay.

2     Q.    Okay.  Did you have any conversations

3 with Jay over concerns for worker safety in

4 doing the renovation project?

5     A.    Yes.  We used to get our appliances

6 from a company -- can't remember -- but this

7 company had a company would carry the

8 refrigerators, the stoves, the microwaves up.

9         Joe -- Jay came back and said,

10 "Listen, we're spending too much money on

11 these appliances, so we're going to cut down

12 some of the money.  The contractors need to

13 bring the appliances up on the third floor."

14         I told Jay, I say, "They going to

15 hurt their back."  I say, "They don't have

16 anything" -- "bad enough they" -- "they

17 demolishing it bringing the stuff downstairs.

18 Now you ask them to bring it up."  I say,

19 "Jay, I don't see that happening.  You don't

20 have no -- no -- no safety belts for them, no

21 anything."

22         So he decided -- those contractors

23 said I'm not doing it.

24         So they had the guy who do the

25 countertops.  He paid them, like, $150 per

1 unit to bring everything up. And I explained

2 to him about the safety issues. I explained

3 to him about the floor. I explained to him

4 about the mold. I explained to Jay about

5 everything that was unsafe. But it didn't go

6 anywhere.

7 Q. So tell me what was the last date

8 upon which you worked for Dasmen as a property

9 manager?

10 A. I want to say March -- hold up one

11 second. It's my belief it was somewhere like

12 March the -- in the month of March 2019.

13 Something like that. 2018, 2019.

14 Q. And why did you -- why did your

15 business relationship with Dasmen stop in

16 March of 2019?

17 A. They sent me a -- Jay -- Joe sent me

18 an email -- he called me, Joe Erblich. And he

19 said, "Listen, Jay and I don't appreciate what

20 you saying on WhatsApp. You got a problem,

21 anything going up with the -- on the units,

22 you don't put that on WhatsApp. You talk to

23 us."

24 I say, "You put me on WhatsApp with

25 the vice president, with the president. You

```
 1    put me on WhatsApp with these folks.  So they
 2    asking me about the units.  I'm not going to
 3    lie.  I'm going to tell them exactly what's
 4    going on with the units."
 5              So I sent the CEO, Michael, I sent
 6    him a email on WhatsApp.  And I told him, I
 7    say, if it cause me to lose my job, I rather
 8    lose my job for speaking up than lose my job
 9    for not speaking up.  And I put it -- I still
10    have that message.  And I put it out there.
11              And Jay -- Joe called me the next
12    morning and say, "Hey, man.  It seems as if
13    you're not happy with us.  I asked you not to
14    put anything out there anymore.  So as of
15    right now, we don't need your services.  You
16    can look at being a contractor."
17              I say, "If you're going to fire me,
18    put it in writing.  Don't tell me anything
19    verbally, because I'm not going to accept it."
20    I say, "I'm going to work here until I get
21    something in writing."
22              He say, "I need you to leave the
23    property."
24              I say, "Send me a email."
25              So the next day I came back to work,
```

1   and then they sent me a email and told me I

2   was terminated.  Didn't put any reason why.

3   So, you know -- and that's how it happened.

4        Q.   So were you on some type of group

5   chat that included the president of Dasmen and

6   the CEO of Dasmen?

7        A.   Well, he's the CEO president -- yes.

8   Was -- yeah, I was on the group chat with him

9   and -- and the vice president, Joe and Jay,

10  the property managers.  All of them was on the

11  group chat.  They all got this chat that I

12  sent out.

13       Q.   And --

14       A.   And I told them you're under --

15  you're underpaying these workers.  And they

16  need more money.  They can't do this for the

17  price you're doing.  You have to spend more

18  money -- it's all out there.

19            If they would have took the heave to

20  that, I don't think we'd be having this

21  conversation right now.

22       Q.   So every time you communicated with

23  Joe and with Jay, the president and the CEO

24  were also on that communication?

25            MR. BERGERON:

```
 1              Object to the form.
 2         THE WITNESS:
 3              Right.  They had -- they had
 4         two, three chats.  They had one
 5         chat with the clubhouse.  They had
 6         one chat with just the property
 7         managers, Joe and Jay, and I.  And
 8         they had one chat with the
 9         president, the vice president, and
10         all the property managers.
11              So when dealing with all the
12         properties, I had to do a report
13         every week on a whole big group
14         chat with everybody.
15              But to answer your question,
16         yes, I was on chats with the
17         president of the company, with Joe
18         and Jay, explaining the problems.
19    By MS. BAGNERIS:
20         Q.   So the --
21         A.   And I --
22         Q.   I'm sorry.  I didn't mean to cut you
23    off.  Go ahead.  Continue.
24         A.   And I will get these chats and print
25    them out and give them to whoever need them.
```

 1       Q.   Well, they'll be given to everyone.

 2   Because the minute I get them, I'm going to

 3   give them to the court reporter, she's going

 4   to attach them, and they'll all have them.

 5            So the report that you were doing,

 6   you said you were doing them monthly?  Is that

 7   correct?

 8       A.   Weekly.

 9       Q.   Weekly.  Okay.  And so what was

10   problematic about the weekly report that they

11   did not want you to communicate to the

12   president and CEO?

13       A.   Because I put stuff --

14            MR. BERGERON:

15                 Object.

16            THE WITNESS:

17                 Okay.

18   By MS. BAGNERIS:

19       Q.   Go ahead.

20       A.   I put information in there.  They'd

21   ask me, "What's going on with Unit B-10?

22   What's going on with Unit B-15?  What going on

23   with B Unit 'this'?"

24            And I put in there, "Joe, Jay told me

25   to wait.  Jay never ordered appliances.  Jay

```
 1   never did 'this.'  Jay never did 'that.'"  You
 2   know, took the power away from me.  "Jay" -- I
 3   put it out there the reason why these units
 4   not being done.  The wall hadn't been done.
 5   The mold hadn't been done.  It because -- and
 6   Jay say wait a minute.  He didn't have
 7   the money -- they didn't have the money.
 8          I have all of that.  They was always
 9   holding me down.  That's the reason.
10       Q.   Okay.
11       A.   And, you know, I have to say this.  I
12   want to put this on the record.
13          I consider myself to be a fair guy.
14   If I can't do it right, I don't want to do it
15   at all.  And I get very upset when I know I
16   need something to do something, and I got
17   somebody over me saying, "You can do it
18   without this.  Hold up."  You know, I don't
19   like that.
20          Because in my chats, I got down
21   there, I'm not a failure.  But you perceiving
22   me to be a failure based on how you treating
23   me and using -- using your power.
24          I mean, I have stuff in there
25   lingering to this.  Like, let me do what I
```

1    need to do.

2            And I'm upset that I left there, and

3    some of those units not fully completed.  I

4    pass there all the time.  I can see it from

5    the interstate.  I know the numbers.

6            And that really upset me.  I'm, like,

7    this unit still in the same situation with all

8    that mold growing.  And I know it's in there.

9        Q.   So do you still have the email that

10   terminated you as well?

11       A.   Oh, yeah.  I have the letter.

12       Q.   Okay.  Based upon your personal

13   observations as a property manager --

14   property -- and I want to make sure I --

15       A.   Project.

16       Q.   -- project manager -- let me rephrase

17   it then.

18            Based upon your personal observations

19   as a project manager at Laguna Run, do you

20   believe that human beings should be living in

21   the conditions that you personally observed?

22       A.   No.

23       Q.   Based upon your personal observations

24   as a project manager at Laguna Reserve, do you

25   believe that human beings should be living in

1    the conditions that you observed?

2        A.    No.

3        Q.    Based upon your service as a project

4    manager at Carmel Brooks, do you believe that

5    human beings should be living in the

6    conditions that you personally observed?

7        A.    No.

8        Q.    Based upon your experience as a

9    property manager at Carmel Springs, do you

10   believe --

11       A.    Project manager.

12       Q.    -- project manager at Carmel Springs,

13   do you believe that human beings should be

14   living in the conditions that you observed?

15       A.    No.

16             MS. BAGNERIS:

17                   I appreciate all your

18             testimony.  But I would like to ask

19             you is there anything else that you

20             would like to add?

21             MR. BERGERON:

22                   Object to the form.

23             THE WITNESS:

24                   Yeah.

25                   There's one property -- I

```
 1          think that's the Wind -- that's
 2          where the police officer shot and
 3          killed that guy last year -- that's
 4          maybe -- maybe the same guy -- this
 5          one, we had a unit that we
 6          completed and someone broke in the
 7          unit, did drugs -- we don't how
 8          they got in there -- had condoms
 9          all on the floor -- we don't how
10          they got in there because the locks
11          was changed, and the only one had
12          the locks -- the keys to the locks
13          were the maintenance guy.
14              Because Cindy said from now
15          on -- it got to the point, they
16          didn't want me to have any keys.
17          So I said fine.  As a project
18          manager, that's a bad sign.
19              But somebody did something and
20          popped the valve under the kitchen
21          sink and flooded the unit -- well,
22          it didn't really flood it, but it
23          messed up the unit downstairs
24          pretty bad.  And a guy went in
25          there and repaired it, but I don't
```

1        think they repaired it completely.

2        That unit, I totally believe is

3        full of mold.

4            Based on me working as a

5        project manager there, a lot can be

6        done if you spend the money.  I,

7        personally, can't see someone

8        buying property and not having the

9        money to rehabilitate the property.

10       If you have the money, rehabilitate

11       it.

12           It got to the point where they

13       stopped the production of us

14       remodeling the units and said let's

15       concentrate on painting the

16       hallways.  And what we're going to

17       do is install brand new toilets in

18       all the units.

19           So it's just my personal

20       opinion that I think, to me, that

21       was some sort of corrupt with the

22       investor's money.  Because the

23       investors want to see exactly what

24       they money is going to.  Not that

25       you can stop renovations and just

```
1            put toilets.

2                You got electrical problem;

3            you got a plumbing problem; you got

4            the structure problem; you got a

5            foundation problems; you have a

6            roof problem.  And as long as those

7            buildings stand the way they are, I

8            may be dead and gone, those

9            problems is going to get worser.

10  By MS. BAGNERIS:

11      Q.   Do you think that there's any way to

12  address the vast array of problems that you

13  have described at Laguna Run by reno -- by a

14  simple renovation?

15      A.    If you go in there, you have to pull

16  out all the pipes out the wall.  Every unit.

17            To save money -- and I explained this

18  to them.  I say, hey, you guys just need to go

19  and come with a bulldozer and bulldoze it down

20  and start over, because you're going to spend

21  more money patching -- patch-working, and

22  that's not working.  Because you fix this leak

23  here, later it starts upstairs in another

24  area.

25            So I say go with a bulldozer, flatten
```

```
1   it all, and move forward.  Other than that,

2   same problem is going to exist.

3            MS. BAGNERIS:

4                 Thank you very much,

5            Mr. Crawford, for your time.

6                 Some of the other lawyers may

7            have some questions of you.

8            THE WITNESS:

9                 Okay.

10            MR. BERGERON:

11                 Mr. Crawford, good evening.

12            My name is Nick Bergeron.  I

13            represent Dasmen and the RH

14            entities.

15                 How you doing this evening,

16            sir?

17            THE WITNESS:

18                 How you doing, sir?

19            MR. BERGERON:

20                 I'm doing very well.  Thank

21            you.

22                       EXAMINATION

23   By MR. BERGERON:

24       Q.   I caught something that you said that

25   I'd like to ask you more about.  I think you
```

1   mentioned that there was an issue with my

2   client's and their employees being Jewish, and

3   therefore they would have to take off

4   holidays, and you couldn't get the money for

5   repairs.  Did I hear you correctly?

6        A.   Exactly.

7        Q.   What do you mean by that?

8        A.   In order for me to get repairs, if

9   this is a day for them -- a Sabbath day or

10  whatever they call it -- and we need to go to

11  Lowe's or Office Depot (sic) to buy 30 sheets

12  of Sheetrock, I don't have a credit card.  So

13  I have to call Dasmen -- I have to call Debbie

14  and -- or from Home Depot call Debbie, and

15  tell Debbie item by item what we ordering,

16  what we trying to get, and this is what they

17  need to be paid.  This is how much.

18             So Debbie would give them a credit

19  card number and pay them on the phone.

20             So when Dasmen is out on they Jewish

21  holidays, they whole headquarters is shut

22  down, so you can't purchase anything.

23        Q.   Can you give me an example of a

24  Jewish holiday where Dasmen was shut down for

25  business that prohibited you from performing

1    your job as project manager?

2         A.    Well, I don't know all the Jewish

3    holidays on the calendar, but I know in the

4    fall of October, in November, they had so many

5    Jewish holidays, so we can only go to

6    Home Depot and purchase the -- the materials

7    on a daily basis.

8              Because if we try to go purchase them

9    in a bulk, they wouldn't let us do it in a

10   bulk.  They say you want us to do it day by

11   day.  "'This' day, you go get the Sheetrock.

12   The next day, you go get the light fixtures.

13   The next day, you go get the mud."

14             So Dasmen set up the protocol, the

15   program the way they wanted us to go purchase

16   the items.

17        Q.    So --

18        A.    And it didn't work.  That's what I

19   mean.

20        Q.    All right.  So my understanding is

21   that you began working as a project manager

22   for Dasmen July of 2018.  Is that correct?

23        A.    Somewhere in that area, I believe.

24   Yes.

25        Q.    Near your birthday, I believe you

1  testified.

2      A.    I think it was after my birthday, if

3  I believe.  If I'm correct.

4      Q.    So May, July, June 2018.  Do you

5  agree on that?

6      A.    Yes.

7      Q.    Okay.  And then you testified that I

8  believe around March 2019, you were terminated

9  from Dasmen.  Is that correct?

10      A.    Yes.  Somewhere in that area, I

11  believe.

12      Q.    So then based upon your testimony,

13  there would have only been what?  Two or three

14  Jewish holidays given that they only occur in

15  October and November --

16      A.    No.

17      Q.    -- that would have prohibited you

18  from performing your job?  Did I understand

19  that correctly?

20      A.    No.  No.  When I came in -- when I

21  came in in July, I think they took some days

22  off in July, August, a few in September, a few

23  in October.  It like it was every month.

24          But I don't have the calendar in

25  front of me to know, but it was quite a few

1　days within -- from the time I hired until

2　December.

3　　　　Q.　And the company would -- and correct

4　me if I'm wrong, because I -- this is new --

5　the company would shut down every so often

6　every month of the year based upon a Jewish

7　holiday.　Is that what you're saying?

8　　　　A.　That's what -- even the -- even the

9　front office was shut down.　Property managers

10　be off, but we had to work.

11　　　　Q.　Then why -- why were you at work?

12　　　　A.　Because they told me, "Hey, we need

13　to get these units fixed, because we been --

14　we bought these properties over a year ago.

15　Nobody never turned over any units,

16　Mr. Crawford.　But you have turned over units,

17　so corporate like what you doing.　We need you

18　to stay here and make sure these guys do it."

19　　　　　　　So they had through suppliers -- I

20　would come in and make sure they still trying

21　to rehabilitate the units, because pressure is

22　on me to make sure these units get done within

23　30 days.

24　　　　Q.　So my understanding -- and, again,

25　I'm just trying to make this clear -- is that

1    the company would be shut down in observance

2    of a Jewish holiday, but its employees would

3    still go to work.  Is that correct?

4         A.   No.  The contractors.

5         Q.   Okay.  So the people who were not

6    employed by Dasmen?

7         A.   Right.  The contractors would still

8    go to work.

9         Q.   Okay.  Now you said you were

10   terminated in March of 2019, I believe because

11   there was -- you, on your WhatsApp, messaged

12   the president of the company reporting issues

13   with, I guess, the management of the complex.

14   Is that correct?

15        A.   Right.  I wasn't just messaging him.

16   I was messaging to everybody that was on that

17   WhatsApp link.

18        Q.   And how --

19        A.   And that's the president, the vice

20   president, senior vice president, Joe,

21   whatever Jay -- project manager Jay; Cindy,

22   she was the regional director; all the

23   property managers in New Orleans.  Everybody

24   who I normally WhatsApp, I sent that message

25   to everybody.

1     Q.    When did you first start doing that?

2     A.    Well, we always have a group -- a

3 group chat.  I can't recall.  I want to say

4 that was back in January, if I'm right.

5 January 2019.  They say, hey, we want to start

6 bringing the property managers in so we can

7 keep up how the units is going.

8          So every Thursday, every Wednesday, I

9 had to send out a group chat to everybody

10 letting them know "Reserve, we halfway through

11 'this' unit.  'This' is what we done.  'This'

12 is what we need."

13          Then I go to Carmel Springs.  "Carmel

14 Springs, 'this' unit" -- go down all the units

15 and explaining where we at.

16     Q.    Well, did you ever put any of that in

17 writing?

18          I mean, you requested something in

19 writing when you were terminated.  Did you

20 ever send an email?  Did you ever write a

21 letter to anybody at Dasmen explaining what

22 you had observed?

23     A.    Yeah.  I think we got the -- I got

24 the videos --

25          You mean as far as the mold and all

1  that?

2      Q.   I mean, as far as communicating your

3  displeasure with the management of Dasmen.

4  Did you ever do so in any other medium besides

5  WhatsApp?

6      A.   No.  It's always in WhatsApp.

7      Q.   Okay.  You testified that at Laguna

8  Run in your about eight or nine months of

9  employment at Dasmen, you walked through about

10  50 or 60 units.  Is that correct?

11     A.   Correct.

12     Q.   Okay.  How many units are located at

13  Laguna Run?

14     A.   I don't know how many units -- units

15  is located at Laguna Run.

16     Q.   Would you agree that there are more

17  than 400 units located at Laguna Run?

18     A.   Not sure.

19     Q.   You're not sure how many units are at

20  the apartment complex where you're the project

21  manager?

22     A.   No.  They never give me that

23  information.  They only give me keys and say,

24  "Here.  These are units we need you to go look

25  at to remodel."

1          And every so often, they say -- Jay

2     will say -- it's in writing -- you always get

3     the keys of the units to go do.  You never go

4     freelancing through units.

5          So there's no need for me to ask how

6     many units.

7       Q.   So -- but then you can't testify as

8     to the conditions of the units you didn't walk

9     through.  Correct?

10      A.   I can testify to units I walked

11    through.

12      Q.   Right.  So you can't testify as to

13    the units you did not walk through?

14      A.   No.  But I walked through a lot of

15    units that's still undone, and I have that

16    information.  I know they undone.

17      Q.   Okay.

18      A.   I can testify to that.

19      Q.   Have you ever been back to Laguna Run

20    or any of the Dasmen properties since March of

21    2019?

22      A.   No.  But I can pass -- because the

23    way I travel, you can see them on the

24    interstate and the service road.

25      Q.   What's the speed limit on the

1    interstate in New Orleans East?  Do you know?

2         A.   The speed limit on New Orleans East

3    is about 50, 55 miles per hour.

4         Q.   No.  It's 60 to 70.

5              So you're testifying that traveling

6    60 miles per hour, you're able to look inside

7    an apartment unit located off the interstate?

8         A.   Now remember what I said.  Off the

9    interstate and the service road.

10             Yes.  I don't have to look in it.  I

11   can look and see you don't have no curtains in

12   there.  That's the way I left it.  With no

13   curtains.  And I look at the unit upstairs,

14   and I know it's not done.  It's still the same

15   way.  I can testify to that.

16        Q.   Right.  But my question is, you know,

17   you spent quite a bit of time telling us that

18   you can't discover certain problems unless you

19   start tearing the walls back or tearing the

20   carpets back.

21             You would agree that you can't

22   testify as to whether there are still problems

23   in those units unless you go inside that unit.

24   Correct?

25        A.   Right.  If you go inside the units.

1    But I can testify that I think I'm

2  150 percent accurate that those units are

3  still in the same condition that we left them

4  at.

5    Q.   How do you know that?

6    A.   I can look at it -- normally when

7  they rent a unit out, they put curtains in

8  there.  Somebody move in the units, because

9  some of the units was remodeled.  And they

10  don't want to spend $10,000-$15,000 on

11  appliances and all this other stuff and not

12  make the money back.  The unit's in the same

13  situation as when we left.

14    Q.   And that's just because you observed

15  curtains on the outside of the unit?  Is

16  that my understanding?

17    A.   Yes.

18    Q.   Okay.

19    A.   Yes.  They spent too much money on

20  the units not to put anybody in them.

21    Q.   Right.  And you understand Dasmen is

22  long -- no longer the property manager of

23  Laguna Run.  Correct?

24    A.   I heard that.  That they're no longer

25  the property manager.  That's what I heard.

1    But Dasmen's sign is still out there.

2        Q.   Okay.  You also -- you can't testify

3    as to the condition of the property before you

4    were hired at Dasmen.  Correct?

5        A.   No, I can't testify before I was

6    hired at Dasmen.  That's correct.

7            MR. BERGERON:

8                Sir, I believe that's all I

9            have.  I appreciate your time.  I

10           hope you have a good evening.

11           THE WITNESS:

12               Thank you.

13           MS. GAILMOR:

14               Mr. Crawford, I just have a

15           couple questions for you.

16               My name is Cassie Gailmor, and

17           I represent Eastlake Development,

18           KFK Development, and KFK Group.

19           They were the owners of the Laguna

20           Run prior to December 2017.  The

21           property was called "Hidden Lakes"

22           at that time.

23                   EXAMINATION

24   By MS. GAILMOR:

25       Q.   Did you ever work at the Laguna Run

1    property when it was called Hidden Lakes?

2        A.    No.  No.  Hidden Lakes, no.

3        Q.    Did you ever work at this particular

4    property prior to your being hired in July

5    2018?

6        A.    No.

7        Q.    Have you ever worked as a project

8    manager for Latter & Blum?

9        A.    No -- well, yeah.  That was 9 --

10   what was that -- I think Latter & Blum owned

11   930 Common Street?  I think they was the owner

12   there.  I think that one of y'all properties.

13   I'm not sure if that was your property.

14       Q.    I actually don't represent Latter &

15   Blum.

16       A.    Okay.

17       Q.    But you're saying that you may have

18   worked for Latter & Blum at --

19       A.    Well --

20       Q.    -- another property --

21       A.    Right -- no -- I was a --

22             They had a -- they had a contract

23   going on, and I worked with a contractor.  So

24   I don't know if that contractor had a contract

25   with Latter & Blum or not.

1          But I know it was 930 -- 920 Common

2     Street.  I don't know who owned it.

3          Q.   Sure.  And let me rephrase my

4     question.  Because what I wanted to know was

5     whether you have ever directly worked for

6     Latter & Blum.  Not whether you worked at a

7     Latter & Blum property.

8          A.   I think it was the 930 Common Street.

9     I can't recall, to answer your question.

10         Q.   Okay.

11         A.   May or may not.  But I think it was a

12    930 -- 920 Common Street.  I think that it is

13    a Latter & Blum property.  I done had so many

14    jobs in my life.

15         Q.   Okay.  And when was -- when was the

16    930 Common Street project?

17         A.   I can't remember, ma'am.  That's been

18    so many years ago.

19         Q.   Okay.  That's fine.

20         Have you ever worked for Eastlake

21    Development?

22         A.   Eastlake development?  I can't

23    recall.  Don't think so.  Can't recall.

24         Q.   Have you ever --

25         A.   May have.

1    Q.    Go ahead.

2    A.    May have.  I just can't recall right

3    now.

4    Q.    Have you ever worked for KFK

5    Development?

6    A.    Where they located at?

7    Q.    In New Orleans.

8    A.    Don't know.  Can't recall -- may

9    have.  I just can't recall.

10    Q.    Have you ever worked for KFK Group?

11    A.    May have; may not.  I don't -- I

12    don't -- I don't know.  Can't recall right

13    now.

14    Q.    To be fair, though, however, you have

15    never worked for any of those entities --

16    Eastlake Development, KFK Development,

17    KFK Group, or Latter & Blum -- at the Hidden

18    Lakes apartment complex.  That is correct?

19    A.    The Hidden Lake, no.  But some of

20    these other groups, I may have; I may have

21    not.

22          But I don't recall working at Hidden

23    Lakes before it was Hidden Lakes.  Then it

24    became something else before Dasmen, if I

25    remember.

1    Q.   It was Hidden Lakes, and then it was
2    Laguna Run after the sale in December of 2017.
3    A.   Right.  Right.  Right.  Well, before
4    Hidden Lakes, it was something else, if I
5    recall.
6    Q.   Right.  And you never worked at
7    Hidden Lakes?
8    A.   I didn't work at Hidden Lakes before
9    Laguna Run.  No.
10    Q.   Right.  You've only worked at Laguna
11    Run?
12    A.   Laguna Run.  Yes.
13    Q.   And only from July 2018 through
14    March 2019.  Correct?
15    A.   Correct.
16    Q.   So you cannot speak to the condition
17    of the property when it was Hidden Lakes.
18    Correct?
19    A.   No, I cannot speak as of the property
20    when it was Hidden Lakes.
21         But I can speak of the property from
22    what I observed when I went there.  And the
23    year I went and started working, those pipes
24    that was in there is not one year old.  Those
25    pipes that was in there is years old.  Was

1  never changed.  I can speak on that behalf.

2      Q.   Okay.  But you can't speak to the

3  overall condition of the property when it was

4  Hidden Lakes prior to the sale in December

5  2017.  Correct?

6      A.   Correct.  But what I can speak to

7  with my expertise and what I have observed

8  when I start working there in July and the

9  structure and the information that I witnessed

10  and the damage I witnessed was pre.  It just

11  didn't happen.  It's pre.

12      Q.   Have you been retained as an expert

13  in this case?

14      A.   No.

15      Q.   Okay.  Are you testifying today as a

16  fact witness?

17      A.   Well, I'm testifying.  Whether it's a

18  fact witness or not, I'm just giving my

19  testimony.  I don't know if you classify me as

20  a fact witness or not.  I'm just giving my

21  testimony.

22      Q.   Okay.  And my question is whether

23  you can testify from your own personal

24  knowledge as to the condition of the Hidden

25  Lakes apartments prior to the sale in December

```
 1   2017 --
 2              MS. BAGNERIS:
 3                   Objection.  Asked and
 4              answered.
 5   By MS. GAILMOR:
 6       Q.    -- if you've never been there.
 7              MS. BAGNERIS:
 8                   Objection.  Asked and
 9              answered.
10              THE WITNESS:
11                   Yeah.  I wasn't there.  No, I
12              wasn't working there when it was
13              Hidden Lake.
14                   But as a project manager, I
15              can look and tell those problems
16              preexisted.
17                   You know, I have to use this
18              scenario.  I can raise up your car
19              and look at your alternator.  If
20              you got a car 18 years old, and I
21              can say, ma'am, this is the
22              original alternator that came with
23              this car.  Or, ma'am, this
24              alternator been swapped out.
25                   You can look and tell
```

```
1              something old from something new.
2              That's common sense.
3              MS. GAILMOR:
4                  Those are all the questions I
5              have.  Thank you.
6              MS. BAGNERIS:
7                  Does anyone else have
8              questions?
9              MR. BELL:
10                 Yeah.
11                 Mr. Crawford, my name is Troy
12             Bell.  I represent Latter & Blum.
13             How are you?
14             THE WITNESS:
15                 How you doing, Mr. Bell?
16             MR. BELL:
17                 I'm good.  Thank you.  Thanks
18             for coming -- coming in and giving
19             your testimony today.
20                         EXAMINATION
21  By MR. BELL:
22      Q.   I want to go back to your
23   certifications, and review just a little bit
24   of your background.
25             When did you first become a property
```

1    manager for any apartment complex?

2        A.    Sir, I can't -- I don't have my

3    resume in front of me.  I done did so much, I

4    can't recall.

5        Q.    Okay.  Can you provide your resume

6    for us, please?

7            MR. BELL:

8                And we want to attach that as

9            an exhibit.

10            MS. BAGNERIS:

11                Exhibit F.

12                (Exhibit F was identified.)

13    By MR. BELL:

14        Q.    Okay.  So you don't recall the year

15    that you began working a project manager for

16    apartment complexes?

17        A.    No.

18        Q.    No.  Okay.

19            Do you have any type of maintenance

20    certifications?

21        A.    Maintenance certification?

22        Q.    Yes.

23        A.    I have something around here.  I need

24    to see what I have.  If I can recall, I have

25    something.

1    Q.   Okay.  So -- so you're testifying

2    today you've been trained as a maintenance

3    technician?

4    A.   Yeah.  I have some -- some

5    information that I can share with you.

6    Q.   Okay.  Okay.  Also, do you have

7    any -- any certifications regarding training

8    regarding mold abatement?

9    A.   No, I don't have any training on mold

10   abatement.  That's why I always look to the

11   experts when I get involved in that.

12   Q.   Okay.  Okay.  Okay.  So it's your

13   testimony that you look to the experts for

14   that.

15   A.   Joe and Jay may take -- I always come

16   to them for that.

17   Q.   Got it.  Okay.

18       And do you have any contractor type

19   of certifications?

20   A.   No.  I'm not a licensed contractor.

21   Q.   Okay.  Are you a -- are you a

22   subcontractor?

23   A.   I'm a subcontractor, but I don't have

24   any license.

25   Q.   Okay.  So you've never really been

1    trained as a -- as a contractor?

2        A.   I've been trained as a contractor,

3    and I learned -- I was trained and I learned

4    from other contractors.  But I'm not a

5    licensed contractor.

6        Q.   Okay.  Okay.  Got it.

7             And you never physically did any --

8    any work at the -- at the complex.  Just --

9    just wanted to veri -- confirm that.  Right?

10       A.   As a contractor?  No.

11       Q.   Yeah.

12       A.   Did I do work as an employee?  Yes.

13       Q.   Okay.  Okay.  And -- and before

14   this -- before -- when it was Hidden Lakes,

15   just to -- just to verify, when it was Hidden

16   Lakes apartments, you never actually set foot

17   put into an apartment unit before you --

18   before you became a project manager in 2018.

19   Correct?

20       A.   I can't really say.  Because I'm very

21   familiar with Hidden Lakes.  The mergers that

22   happened back there during Hidden Lakes.

23            I been all over the city.  So I may

24   have stepped in quite a bit of the apartments.

25   I just can't --

```
 1       Q.   Sorry.  Go ahead.
 2       A.   I mean, it's been so long, I just
 3  can't recall, to be exact, if I have not.  I
 4  mean, to every apartment in the City of
 5  New Orleans.
 6       Q.   Okay.  Let me rephrase my question.
 7            As a project manager, you never
 8  stepped foot into the apartment complex when
 9  it was Hidden Lakes to do any work.  Correct?
10       A.   No.
11            MR. BELL:
12                 Okay.  I have no further
13            questions.
14            MS. BAGNERIS:
15                 Anybody else?  I have
16            followup.
17            MR. LAHAYE:
18                 I have a couple questions.
19            MS. BAGNERIS:
20                 Okay.
21            MR. LAHAYE:
22                 Okay.  Hi, Mr. Tony.  My name
23            is Luke Lahaye, and I represent
24            Triangle Realty and Southwood
25            Realty.
```

```
 1                    EXAMINATION
 2   By MR. LAHAYE:
 3        Q.   Have you ever been employed by
 4   Triangle Real Estate?
 5        A.   I don't think it ring a bell.
 6        Q.   Have you ever been employed by
 7   Southwood Realty?
 8        A.   I don't think they ring a bell.
 9        Q.   Prior to it being named Laguna
10   Reserve, that apartment complex was named
11   Lakewind East.  Did you ever do any
12   subcontracting work as Lakewind East?
13        A.   No.
14        Q.   Prior to being called Carmel Brooks,
15   the apartment was called Chenault Creek.  Did
16   you ever do any work at Chenault Creek?
17        A.   No.
18        Q.   And prior to being called Laguna
19   Creek, the apartment complex was called Copper
20   Creek.  Did you ever do any work at Copper
21   Creek?
22        A.   No.
23             MR. LAHAYE:
24                  That's all the questions I
25             have.
```

```
 1          MS. BAGNERIS:

 2               Anyone else?

 3          MR. BERGERON:

 4               No.

 5          MS. BAGNERIS:

 6               Okay.  Just a few follow-up

 7          questions for you, if I may,

 8          Mr. Crawford.

 9               FURTHER EXAMINATION

10  By MS. BAGNERIS:

11     Q.   Based upon your professional

12  experience as a project manager, are corroded

13  pipes an issue that would only affect one

14  apartment in a building or the entire

15  building?

16          MR. BERGERON:

17               Object to the form.

18          THE WITNESS:

19               Corrosion pipes, depending on

20          where the corrosion starts, can

21          affect one building, one apartment,

22          or all.

23               If it's in the attic and it's

24          coming down, it can just go like a

25          spider leg and just spread out.
```

```
 1            But it's in one location, it can
 2            just damage that one location.
 3                 But to answer that question,
 4            it can damage all of them or one.
 5            It all depends on where the
 6            corrosion began and where it ends.
 7  By MS. BAGNERIS:
 8      Q.   And based upon your personal
 9  observation at the Laguna Run complex, were
10  the corroded pipes an issue for one unit or an
11  entire building?
12      A.   Entire building.
13            MR. BERGERON:
14                 Object to the form.
15  By MS. BAGNERIS:
16      Q.   Okay.  Based upon your professional
17  experience as a project manager, does the
18  disrepair of a roof affect one apartment or
19  all the apartments in the building?
20            MR. BERGERON:
21                 Object to the form.
22            THE WITNESS:
23                 All the -- it can affect all
24            the apartments in a building.  All
25            depends on where the leak at.
```

```
 1                    If the leak is on the far
 2             right side, everything is on the
 3             far right side can get it.  If the
 4             leak start in the middle, the water
 5             going to go in the middle and just
 6             going to spread out and seek down.
 7             It got to level itself out.  And
 8             water going to go to the lowest
 9             end, so it's a possibility it can
10             affect all the buildings.
11   By MS. BAGNERIS:
12        Q.   Okay.  Based upon your personal
13   observations at Laguna Run, was the issue with
14   the roof contained to one apartment or the
15   entire building?
16             MR. BERGERON:
17                    Object to the form.
18             THE WITNESS:
19                    Okay.  If the water is in the
20             middle of the roof, it has to
21             travel to the lowest end.  So if
22             the roof is level but you got a
23             problem, it can affect all of the
24             apartments.
25                    Or it could just affect than
```

```
 1              that one.  It all depends on how

 2              the water is sitting.

 3  By MS. BAGNERIS:

 4      Q.   Okay.  Does a separating slab affect

 5  one unit in a building or all the units in a

 6  building?

 7              MR. BERGERON:

 8                   Object to the form.

 9              THE WITNESS:

10                   If the separating slab is in

11              the front, it's going to affect the

12              apartments in the front.

13                   But eventually, if that

14              separating slab is separating, it's

15              going to eventually separate all

16              throughout the slab and affect all

17              of the units.

18  By MS. BAGNERIS:

19      Q.   Based upon your personal observation

20  as a project manager at Laguna Run, were the

21  electrical wiring issues consistent in all of

22  the units that you repaired?

23      A.   Yes.  Because we had to do change

24  orders, and we had to get electricians to come

25  in there.  And Dasmen used to always fuss
```

1    about the change orders.

2            And we just showed them pictures --

3    John House shot pictures of them and told them

4    these wires are brittle.  You know, we got a

5    wiring problem.

6            But yes.  That's in the buildings.

7    It's outdated as far as the wiring.

8        Q.    Okay.  Can you tell me what general

9    contractor got the permits for this renovation

10   project?

11       A.    It was no general contractors.  You

12   just hire a contractor who say he was a

13   contractor, and they go do the work.

14           Then Dasmen came out and say, hey, we

15   want these contractors to have commercial

16   insurance for -- I think for $100,000.  I

17   can't recall.  And then they go get they

18   commercial insurance and continue to do the

19   work.  But no general contractor was hired.

20           They had one.  His name was Angelo.

21   Angelo was the only general contractor that

22   I'm aware of.

23           But, eventually, after he messed up

24   the -- the clubhouse, they got rid of him, and

25   he left.  But he was the only one that I know

 1   of.

 2        Q.   So the question I'm asking you is in

 3   order to do a large-scale renovation project

 4   like this when you're dealing with electrical

 5   and you're dealing with, you know, other --

 6   other issues, don't you have to go to city

 7   hall and go to safety and permits and get a

 8   permit to do this kind of work?

 9             MR. BERGERON:

10                  Object to the form.

11             THE WITNESS:

12                  Yes.

13   By MS. BAGNERIS:

14        Q.   Okay.  So did -- who got the permits

15   for this particular job?

16        A.   Nobody got the permits.  We was told

17   that we're going to do this work under

18   maintenance, and maintenance didn't need a

19   permit because maintenance was self-repairing

20   the buildings themselves.  But nobody has a

21   permit.  No.

22        Q.   Okay.  One last question.

23             As I understood your testimony, and

24   correct me if I'm wrong, your problem was not

25   with the religious beliefs of Dasmen but with

```
1    the impracticality of having to wait for them

2    to approve purchases for renovating.  Correct?

3              MR. BERGERON:

4                   Object to the form.

5              THE WITNESS:

6                   Yes, that was my problem.

7              MS. BAGNERIS:

8                   Okay.  Thank you.  I have

9              nothing further.

10             THE WITNESS:

11                  Can I say something?

12             MS. BAGNERIS:

13                  Yes.

14             THE WITNESS:

15                  Whatever someone's religion

16             beliefs maybe, so be it.  I believe

17             in God.  I believe in Jesus, and I

18             have no problem with Dasmen

19             celebrating whatever holiday they

20             need to celebrate, because that's

21             their religious belief.  You can't

22             knock that.

23                  But there comes a time as a

24             project manager, a project manager

25             should have a credit card or
```

1    something to do purchase to do his
2    job.  But when you hold back a
3    person from doing their job, you
4    delay a lot of other things, and
5    you scrutinize a lot of other
6    things.
7        I was told before I got on
8    that the contractor -- the project
9    manager before me, some Hispanic
10   guy, they say he was stealing all
11   the appliances.  He was doing
12   whatever he was doing, but I guess
13   that left a bad taste in Dasmen
14   mouth.  And I can understand that.
15       But you can't treat everybody
16   the same.  You have to give a
17   person the opportunity to prove
18   themselves.
19       They gave me an opportunity to
20   prove that I can get renovated --
21   apartments renovated, and we
22   brought the clubhouse to closure,
23   and it's fully operating in this
24   immaculate facility right now.
25       But it's just -- just the

1        money.  You know, you need money in

2        order to operate.  You need money

3        in order to rehabilitate these

4        properties.

5            And one thing I must say, it's

6        like a home.  If you go buy a home

7        that need work, get a conventional

8        loan.  Because they will loan you

9        the money to fix it up.

10       So these properties been there

11       for a long time, and it just --

12       it's my belief, based on what I

13       saw, after Hurricane Katrina, the

14       pipes in the wall was not changed.

15       This wasn't changed.  Maybe they

16       went in and gut it out, did what

17       they needed to do, but those pipes

18       was not changed.  Because those

19       pipes is the pipes that been in

20       that wall from the existence when

21       that building -- when those

22       buildings was first built.  So I --

23       you know, I can testify to that.

24       But, you know, Dasmen don't

25       own it no more.  It's a different

1    management company.  Fine.  I hope

2    she or he, whoever, do what they

3    need to do.

4         But it takes money to do that.

5    And the best thing to alleviate

6    these problems for in the future is

7    to tear them down and rebuild them.

8    Because it's full of mold and the

9    pipes are bad and the roofs are

10   bad.  And I don't think anybody can

11   show any records of those roofs

12   being repaired prior to this sale

13   or since this sale.  Or show these

14   pipes been repaired or the slab,

15   the foundation, been inspected by

16   engineering prior to the sale or

17   since the sale, whenever the sale

18   happened.

19         It's just -- this is a bad

20   situation.  That's all I have to

21   say.

22   MS. BAGNERIS:

23         Thank you very much,

24   Mr. Crawford.  I know it's late,

25   and I appreciate you taking the

1         time to talk to us today.

2         THE WITNESS:

3              Okay.  Y'all have a good

4         evening.

5         MS. BAGNERIS:

6              Thank you.

7         MR. BERGERON:

8              Thank you.

9         THE WITNESS:

10             Thank you.

11        THE VIDEOGRAPHER:

12             This concludes this

13        deposition.  The time is 6:45.

14     (The deposition concluded at 6:45 p.m.)

15

16

17

18

19

20

21

22

23

24

25

<u>WITNESS' CERTIFICATE</u>

I, **TONY CRAWFORD**, do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____          _____
DATE SIGNED              **TONY CRAWFORD**

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN:  Thursday, September 10, 2020

REPORTER'S PAGE

I, MarLane Gaille, certified court reporter in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure, before whom this sworn testimony was taken, do hereby state on the Record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers;

That same is the proper method for a court reporter's transcription of a proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript; and

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(phonetic)."

1          REPORTER'S CERTIFICATE

2        This certification is valid only for a transcript accompanied by my original

3 signature and original required seal on this page.

4

        I, MARLANE GAILLE, Certified Court

5 Reporter in and for the State of Louisiana, as the officer before whom this testimony was

6 taken, do hereby certify that TONY CRAWFORD, after having been duly sworn by me upon

7 authority of R.S.37:2554, did testify as hereinbefore set forth in the foregoing 107

8 pages; that this testimony was reported by me in the stenotype reporting method, was

9 prepared and transcribed by me or under my personal direction and supervision, and is a

10 true and correct transcript to the best of my ability and understanding; that the transcript

11 has been prepared in compliance with transcript format guidelines required by

12 statute or by rules of the board, and that I am informed about the complete arrangement,

13 financial or otherwise, with the person or entity making arrangements for deposition

14 services; that I have acted in compliance with the prohibition on contractual relationships,

15 as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and

16 advisory opinions of the board; that I have no actual knowledge of any prohibited employment

17 or contractual relationship, direct or indirect, between a court reporting firm and

18 any party litigant in this matter nor is there any such relationship between myself and a

19 party litigant in this matter. I am not related to counsel or to the parties herein,

20 nor am I otherwise interested in the outcome of this matter.

21

22

23

          _____
24     MARLANE A. GAILLE, CCR-RPR
          CERTIFIED COURT REPORTER #21005
25

```
 1                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2


 3

     JOSHUA AKEEM, ET AL        * CIVIL ACTION NO.
 4                              * 2:19-CV-13650-
                                * BWA-DMD
 5   VERSUS                     * AND CONSOLIDATED
                                * CASES
 6                              *
     DASMEN RESIDENTIAL,        * JUDGE BARRY W.
 7   LLC, ET AL                 * ASHE
                                *
 8                              * MAGISTRATE JUDGE
                                * DANA DOUGLAS
 9                              *
     * * * * * * * * * * * * * * * * * * * * * * * * *
10


11

            Deposition of RICHARD COLEMAN,
12   4700 Flake Avenue, New Orleans, Louisiana
     70127, taken via Zoom videoconference on
13   Friday, the 21st day of August, 2020 at 10:30
     a.m.
14


15

     APPEARANCES:
16

17         THE BAGNERIS FIRM, LLC
           (By: Suzette P. Bagneris, Esquire)
18         2714 Canal St., Suite 403
           New Orleans, Louisiana 70119
19         (504) 810-3995
           sbagneris@bagnerislawfirm.com
20              Attorney for Plaintiffs

21

22         JARRETT LAW GROUP
           (By: DeVonn Jarrett, Esquire)
23         643 Magazine St., #301A
           New Orleans, Louisiana 70130
24         (504) 491-6806
           djarrett@jarrettlawgroup.com
25              Attorney for Plaintiffs
```

```
1    APPEARANCES (continued):

2

3

         GIEGER, LABORDE & LAPEROUSE, LLC
4        (By: Emily E. Egan, Esquire)
         One Shell Square
5        701 Poydras St.
         Suite 4800
6        New Orleans, Louisiana 70139-4800
         (504) 561-0400
7        eegan@glllaw.com
              Attorney for Defendant,
8             Dasmen Residential Management, LLC
              and Copper Creek, LLC

9

10

         DEUTSCH KERRIGAN, LLP
11       (By: Cassie Preston Gailmor, Esquire)
         755 Magazine St.
12       New Orleans, Louisiana 70130
         (504) 581-5141
13       cassie@deutschkerrigan.com
              Attorneys for Defendants,
14            Eastlake Development, LLC,
              KFK Development, LLC, KFK Group,
15            Inc.

16

17       IRWIN, FRITCHIE, URQUHART & MOORE, LLC
         (By: Troy L. Bell, Esquire)
18       400 Poydras St.
         Suite 2700
19       New Orleans, Louisiana 70130
         (504) 310-2100
20       tbell@irwinllc.com
              Attorneys for Defendant,
21            Latter & Blum Property Management,
              Inc.

22

23

24

25
```

1    APPEARANCES (continued):

2

3          ADAMS AND REESE, LLP
            (By: Luke G. LaHaye, Esquire)
4          701 Poydras St., Suite 4500
            New Orleans, Louisiana 70139
5          (504) 581-3234
            luke.lahaye@arlaw.com
6                Attorneys for Southwood and
                 Triangle Realty Company
7

8

9

10

11
            Gilley DeLorimier
12         Certified Legal Video Specialist
            Depo-Vue, Inc.
13         (504) 828-8856
            depovueinc@gmail.com
14

15

16

17

18

19

20   REPORTED BY:

21         MARGARET MCKENZIE, CCR, RPR, CMR, CRR
            Certified Court Reporter
22

23

24

25

I N D E X

<u>EXAMINATION BY</u>:

Ms. Bagneris...................... 8

                                   68


Ms. Eagan......................... 49


Ms. Gailmor....................... 51


Mr. Bell.......................... 62

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

<u>S T I P U L A T I O N</u>

        It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Louisiana Code of Civil Procedure, Article 1421, et seq, for all purposes, in accordance with law;

        That the formalities of reading and signing are specifically not waived; That the formalities of sealing, certification and filing are specifically waived;

        That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

                    *    *    *    *    *

        MARGARET MCKENZIE, Certified Court Reporter, in and for the Parish of Orleans, State of Louisiana, officiated in administering the oath to the witness.

```
1        VIDEOGRAPHER:
2             We are now on the record.  It
3        is 10:09 a.m.  This is the
4        deposition of Richard Coleman via
5        Zoom on August the 21st, 2020.
6             Would the court reporter please
7        now swear in the witness.
8        COURT REPORTER:
9             Mr. DeLorimier, I am going to
10       read something into the record
11       first, if that's okay.
12       MS. BAGNERIS:
13            We can't hear you, Margaret.
14       We can't hear you.
15       COURT REPORTER:
16            Gilley, I have to read this
17       first into the record and then I
18       will do that.
19            At this time, I will ask
20       counsel to identify yourselves and
21       whom you are representing and agree
22       on the record that there is no
23       objection to this court reporter
24       administering a binding oath to the
25       witness via Zoom videoconference.
```

```
 1              Please state your agreement on
 2         the record, starting with the
 3         noticing attorney.
 4         MS. BAGNERIS:
 5              Suzette Bagneris.  I agree.
 6         MS. EAGAN:
 7              Emily Eagan.  I agree.
 8         MS. GAILMOR:
 9              Cassie Gailmor.  I agree.
10         MR. LAHAYE:
11              Luke LaHaye.  I agree.
12         MR. BELL:
13              Troy Bell.  I agree.
14         MR. JARRETT:
15              DeVonn Jarrett.  I agree.
16         COURT REPORTER:
17              In order to confirm the
18         identity of the witness, I would
19         ask that the witness please state
20         his full name and address for the
21         record.
22         THE WITNESS:
23              Yes, ma'am.  My name is Richard
24         Coleman.  4700 Flake Avenue.
25         COURT REPORTER:
```

1          And is that New Orleans, sir?

2     THE WITNESS:

3          That's New Orleans, Louisiana.

4     COURT REPORTER:

5          Thank you.

6     **RICHARD COLEMAN**,

7 4700 Flake Avenue, New Orleans, Louisiana

8 70127, after having been first duly sworn by

9 the above-mentioned court reporter, did

10 testify as follows:

11 EXAMINATION BY MS. BAGNERIS:

12     Q.    Good morning, Mr. Coleman.

13     A.    Good morning.

14     Q.    My name is Suzette Bagneris, and I

15 represent several residents who reside in

16 several apartment complexes that were managed

17 at some point by Dasmen Residential and are

18 owned by Rhodium.  Just a few of the names of

19 those complexes are Laguna Run, Laguna

20 Reserve, Carmel Brooks.  And there's another

21 one I'm trying to think of right now.  I

22 think it is Carmel Springs.  Laguna Run used

23 to be called Hidden Lake.

24     A.    Yes.

25     Q.    So I represent those residents and

1   I'm also representing the former and current

2   maintenance people who claim that they were

3   intentionally exposed to mold during the

4   course of their employment there.

5       A.   Yes.

6       Q.   I've scheduled your deposition

7   because I understand that you formerly worked

8   for Dasmen in the capacity of a maintenance

9   tech.  Is that correct?

10      A.   Yes, ma'am.

11      Q.   So I've scheduled your deposition

12   to learn a little bit more about you and to

13   learn a little more about the conditions at

14   those various complexes that you may have

15   personal knowledge of.

16      A.   Yes.  Well, basically --

17      Q.   Hold on one second.  If at any time

18   you don't understand a question that I've

19   asked you, it's important that you let me

20   know you don't understand the question and I

21   will attempt to rephrase it.

22      A.   Yes, ma'am.

23      Q.   If I am going too quickly, please

24   let me know.  I will slow down.  I know this

25   video format is very difficult and it

1 requires that you allow me to state my
2 question fully on the record and then I'm
3 going to give you an opportunity to fully
4 state your answer and explain it.
5     A.    Yes, ma'am.
6     Q.    If any of the other lawyers on this
7 video have an objection, I'm going to ask
8 that you allow them to fully state their
9 objection on the record, and then we'll give
10 you an opportunity to provide your answer.
11     A.    Yes, ma'am.
12     Q.    If you need to take a break at any
13 time, let me know and we'll accommodate that
14 break.  And that goes for all counsel
15 participating as well.  If anyone needs a
16 break, just let me know.
17         With that said, are you here today
18 under subpoena?
19     A.    Yes, ma'am.
20     Q.    Okay.  Would you please state your
21 full name and address again for the record.
22     A.    Yes.  Richard Coleman.  4700 Flake
23 Avenue, New Orleans, Louisiana.
24     Q.    How long have you resided on Flake
25 Avenue?

1    A.    About nine years.

2    Q.    Do you have any intention to move

3    within the next year?

4    A.    No, ma'am.

5    Q.    If you should move, it's very

6    important that you let me know you've

7    relocated so that we can keep in touch with

8    you.  Okay?

9    A.    Yes, ma'am.

10    Q.    If we need you for a court

11    proceeding.

12          Would you please state your date of

13    birth for the record.

14    A.    2-4-1975.

15    Q.    Mr. Coleman, could you briefly

16    describe for me your educational background.

17    A.    Yes.  See what I'm saying, I went

18    to school, went all the way to twelfth grade,

19    and had two kids and went into the job world.

20    Q.    Okay.  And where did you finish

21    high school from?

22    A.    Nichols.  Franklin D. Douglass.

23    Q.    And what year did you leave high

24    school?

25    A.    2000 -- '93.  '93.  No, not '93.

1    I'm trying to think.  Now it's been a minute,
2    ma'am.
3        Q.    It's been a minute.  I know you're
4    nervous.
5        A.    Yes, ma'am.  It's been a minute.
6        Q.    That's not that important.
7        A.    Yes, ma'am.
8        Q.    So let's not worry about that.  So
9    do you hold any special certifications or
10   anything like that?  Are you -- are you
11   certified in mold abatement?
12       A.    No, ma'am.  No.
13       Q.    Can you tell me when you first
14   became affiliated with the apartment complex
15   known as Hidden Lake or Laguna Run?
16       A.    2016.
17       Q.    Okay.  So you were there when it
18   was called Hidden Lake?
19       A.    Yes, ma'am.
20       Q.    And when it was operated by Latter
21   & Blum?
22       A.    Yes, ma'am.
23       Q.    Let's talk about that.  What was
24   your job position in 2016 when it was being
25   operated as Hidden Lake?

```
 1        A.     I was a make-ready tech then.   I
 2    was make-ready, still doing maintenance.
 3        Q.     Tell me what you mean by the term
 4    "make-ready."
 5        A.     Well, I say I go in the unit, once
 6    somebody move out, I go in the unit and make
 7    sure it is ready for somebody else to move
 8    in.  And half the time I got to go in there
 9    and I got to paint.  I got to redo Sheetrock.
10    I got to basically redo the whole apartment.
11        Q.     Okay.
12        A.     That's basically, you know.  So
13    whenever anybody move out, I got to go redo
14    everything in the apartment.  So that's what
15    a make-ready guy is.  Yes, ma'am.
16        Q.     And so -- and then you said you
17    also did maintenance as well in 2016?
18        A.     Yes, ma'am.
19        Q.     So tell -- who was your immediate
20    supervisor in 2016?
21        A.     Well, we had about two or three
22    guys.  They was coming and going, you know
23    what I'm saying.  I think it was Ronald and
24    Mr. House.
25        Q.     Okay.  All right.  So you know both
```

1   Ronald Edwards and John House?

2       A.      Yes, ma'am.

3       Q.      And you have worked with both of

4   those gentlemen?

5       A.      Yes, ma'am.

6       Q.      So could you briefly tell me

7   whether or not in 2016 there were any

8   problems at Hidden Lake with water intrusion?

9       A.      Yes -- yes, ma'am.  Because mostly

10  all the pipes there is cast iron, so we

11  always had to cut some open.  The water

12  always leaking.  We always had problem with,

13  you know what I'm saying, water leaks.

14  All -- all the plumbing is cast iron, so we

15  still had cut open roofs, cut open ceilings

16  and try to fix it.  So if they have got a

17  plastic PVC, we changed it.  Because we went

18  in there and changed it.

19      Q.      And this dated back to 2016?

20      A.      Yes.  We've been going in there

21  cutting, trying to find all the cast iron

22  pipes and trying to solve the problems.  And

23  it seemed like never got ahold to it.

24      Q.      Are the cast iron pipes, based on

25  your personal observation, eroding?

1      A.    Yes.  They eroding.  They been

2  there so long, they are eroding, cracking.

3  And time to take them all out.  Put PVC in

4  there now.

5      Q.    So in 2016 were you having problems

6  with pipes leaking and feces and urine

7  backing up into people's apartments?

8      A.    Yeah, you know what I'm saying, we

9  had a lot of problems with ceilings

10  collapsing, caving in, because that's all the

11  cast iron pipes has kept on coming down from

12  our people's ceiling.  So we stayed going in

13  people's house, cutting open ceilings.  And

14  that's because of cast iron.

15      Q.    So it is a different question than

16  what I asked you, so I'm going to be very

17  clear.

18      A.    Yes, ma'am.

19      Q.    And if you didn't see it, let me

20  know you didn't see it.  Okay.  So in 2016

21  were you having problems with people having

22  feces and urine from the pipes running down

23  into their apartments?

24      A.    Yes.  Basically, yes.  Basically,

25  yes.

```
 1      Q.    And in 2016 you were having
 2   ceilings collapsing?
 3      A.    Yeah.  They were collapsing, but
 4   the pipes, the cast iron pipes was leaking
 5   making them ceilings start to collapse.  So
 6   that's when we going in people's units,
 7   that's where we started seeing all the
 8   coloration on the ceiling, like black mold
 9   and stuff like that.
10      Q.    Okay.  In 2016 were you having
11   problems with windows leaking?
12      A.    Basically, we really didn't fool
13   with too many windows, but, yes, they had a
14   lot of windows was leaking.  So we go on the
15   outside and trying to seal them, but they --
16   yes, they had a lot of windows leaking in
17   buildings and people pull their bed out
18   because of all the mold.  That's why we had
19   to do a lot of -- cut out Sheetrock behind
20   people's beds because the windows was
21   leaking.
22      Q.    Okay.  And in 2016 could you
23   describe for me the condition of the roof on
24   the apartment buildings at Laguna Run or
25   Hidden Lake?
```

1    A.    Well, you know what I'm saying, I
2  really wasn't no AC technician.  The only AC
3  technician guy up there, the only time we got
4  up there for to help them pull the AC unit on
5  top of the roofs.  So I really never was one
6  of the ones on top of the roof at none of the
7  times.  So only the AC technician was up
8  there.  The only time we got up there so we
9  could help them pull the AC unit weight on
10  top of roof because all AC units set weight
11  on top of roof.
12    Q.    When you would you go on top the
13  roof to help with the AC units, would you see
14  any water pooling on top of the roof?
15    A.    Yes.  Yes.
16    Q.    Were you having any problems in
17  2016 with water heaters, hot water heaters,
18  causing water damage in apartments?
19    A.    No, ma'am.  No, ma'am.
20    Q.    In 2016 were you having any
21  problems with washing machines causing water
22  damages in apartments?
23    A.    No, ma'am.
24    Q.    In 2016 were you having any
25  problems with the air conditioning system

1    causing water intrusion in apartments?

2        A.    No, ma'am.

3        Q.    Okay.  Could you describe for me

4    how widespread the mold issues were in

5    apartments in 2016 at Hidden Lake?

6        A.    Well, you know what I'm saying, as

7    time goes on it started, like right from the

8    beginning in front of the building, it

9    normally took over a whole house, a living

10   room and a bedroom because the water in all

11   the pipes kept constant, kept on leaking.  We

12   were trying to find out where the water

13   coming from.  We don't know if it was coming

14   from the ceiling or coming from off the

15   ground or what.  We go in there and we trying

16   to kill the mold, trying to do what we could

17   do about it.  Months later it grows right

18   back even worse.

19        Q.    Tell me what you would do to

20   address a mold problem in 2016.

21        A.    Well, at one time we just was going

22   in there cutting Sheetrock out, tried

23   ourselves trying to replace it, spray it down

24   with bleach stuff.  Stuff that we came up.

25   We would say, let's spray it down with

1    bleach, trying to kill it, trying to slow it

2    down, stuff like that. But it was nothing

3    that they gave to us and that they told us to

4    do. We went on our own because we know that

5    was our job so we trying to go in there

6    trying to stop some people from complaining

7    about it. So just staying with our job. We

8    went at our own risk and try to do what we

9    could do about the job.

10        Q.    Okay. And so you never received

11    any training on how to address the mold?

12        A.    No, ma'am. No, ma'am.

13        Q.    So you were still employed in 2017

14    as well?

15        A.    Yes, ma'am.

16        Q.    And you were still employed before

17    the sale to the new owner, correct?

18        A.    Yes, ma'am. '18. Yes, ma'am. I

19    was -- I was working there from 2016 to 2018.

20        Q.    Okay. So in 2017 did you -- did

21    the number of mold complaints stay the same

22    or did the number of mold complaints grow?

23        A.    It grew. It grew. Yes, it grew,

24    ma'am.

25        Q.    Okay. And did the water intrusion

1    issue stay the same in 2017 or did it
2    progressively get worse?
3         A.    It got worse.
4         Q.    Okay.
5         A.    It got worse because we done had,
6    we had an issue with manpower and we were
7    going through supervisors and everything.  So
8    as men leaving, we still was there, men
9    leaving, everybody leaving.  We had a
10   manpower and a time to go there and try --
11   like we knew we had pipes busting, pipes
12   leaking, buildings leaking, windows leaking,
13   and we did had gutters leaking.  So that's
14   another main reason, too.  Gutters leaking on
15   side of building running down all on people's
16   house.  And they had gutter problems over
17   there bad.
18        Q.    Were you having a problem where the
19   walkways on the second floor were causing
20   intrusion, water intrusion, in apartments on
21   the first floor?
22        A.    Yes.  They had a lot of problems,
23   you know what I'm saying, with their floors
24   cracking, leaning and stuff like that, so --
25   and half the time it was on our supervisor

```
 1    trying to say what we going to do about these
 2    stairwells falling, cracking or something
 3    like that, but they never said, okay, it was
 4    caused from the water or nothing like that,
 5    but, yes, they had a lot of problems with
 6    their stairwells cracking and leaning, about
 7    to fall.
 8        Q.    You mentioned that in 2017 you all
 9    had a lot of manpower turnover, people
10    leaving.
11        A.    Yeah, because a lot of people don't
12    want to go to work in apartments because it
13    was full of mold.  You know what I'm saying,
14    it was going on so long, so some apartments
15    go out for so long, then we trying to go in
16    there and, before you know it, like we went
17    in there and sprayed, the whole apartment
18    black.
19        Q.    Okay.
20        A.    Yeah.  A lot.
21        Q.    So what were you spraying on the
22    black mold?
23        A.    No, we really spraying nothing.
24    No, we don't -- we was spraying bleach, you
25    know what I'm saying.  I mix some bleach and
```

1   water, try to go in there and spray it, you

2   know what I'm saying, trying to do section at

3   a time or trying to do -- but once it get

4   black like that we -- we didn't really didn't

5   want to go in.  So it was like we were forced

6   to go in, but we didn't really want to go in.

7       Q.   Okay.  So after the sale, okay, did

8   things get -- a new management company came

9   in.  Latter & Blum left.  Dasmen came in.

10      A.   Yes.

11      Q.   What did they do?  What did Dasmen

12   do when it first got there?

13      A.   Well, Dasmen, it was so bad, that

14   that's when half of us -- I transferred down

15   the street to Carmel Brooks.  I went down to

16   Carmel Brooks.  So that's the property I

17   transferred to, Carmel Brooks, but since

18   Dasmen had it, House would still come down

19   there and get me or get us to come down and

20   help them out because they was so behind on

21   work, and a lot of people didn't want to work

22   there no more.  So as far as I still was

23   going backwards and forwards.  Working at

24   Carmel Brooks, they will come down, I work

25   there about a week or so, then go back.  So I

1   was still going down to help out trying to
2   take care of the property.
3       Q.    Based on your personal --
4           COURT REPORTER:
5               Mr. Coleman, could you slow
6           down a bit, sir?
7           THE WITNESS:
8               Yes, ma'am.
9           COURT REPORTER:
10              Thank you.
11  EXAMINATION BY MS. BAGNERIS:
12      Q.    Based on your personal experience,
13  why do you think the work orders were getting
14  backed up?
15      A.    I guess unexperienced maintenance
16  men and then they didn't work in those kind
17  of conditions.  So that's all I see is stuff
18  like that, ma'am.
19      Q.    So would you receive your
20  maintenance request daily, weekly?  How would
21  you receive them?
22      A.    Well, you know, once they called me
23  down there, I go in the office, they gave me
24  so many work order tickets, so I just go from
25  house to house doing them.  And that was it.

1  Okay, do these work orders, these the ones
2  everybody complain about the most, so -- a
3  lot of people didn't want to go in the
4  apartments or they was unexperienced, so
5  that's how I see it like that. And they try
6  to come get me from another property to come
7  down to their property to help them out. A
8  lot of men don't want to deal with it.
9      Q.   Let me address the Carmel Brooks
10  issue since we're talking about you going
11  back and forth. So when did you start
12  working at Carmel Brooks?
13      A.   As soon as Dasmen took over because
14  they had pulled a hire down there at the same
15  property we was working at Laguna Run, but
16  they took so long to rehire, so they said,
17  hold on, we going to switch you all down the
18  street at Carmel Brooks. So that's when we
19  went down the street at Carmel Brooks.
20      Q.   Okay. So when you worked at Carmel
21  Brooks, were you doing the same job,
22  make-readies and maintenance?
23      A.   Yes, ma'am.
24      Q.   Okay. So tell me what you observed
25  of the conditions of Carmel Brooks while you

1   worked there.

2       A.    Well, Carmel Brooks was a whole lot

3   better than Laguna Run.  Laguna Run was one

4   of the worst apartments I ever worked for.

5   Laguna Run was really bad.

6       Q.    So at Carmel Brooks did you

7   personally observe any mold intrusion?

8       A.    No.  We didn't really have no mold.

9   No, no mold.  No mold like Laguna Run did,

10  you know what I'm saying, so --

11      Q.    Okay.

12      A.    They just had basically a lot of

13  abandoned apartments that nobody didn't fool

14  with them any, but the mold was not bad like

15  down the street at Run.

16      Q.    Okay.  You say it was not bad.  Was

17  it nonexistent or was it not as bad?

18      A.    Nonexistent that meaning they,

19  okay, they let it stood out too long.  Let it

20  stood out too long.  Moisture was getting in

21  the house, letting the AC run.  And so you

22  probably see a little black little mold

23  growing, but at Carmel Brooks, you go in one

24  of their apartments, I'm going to say they

25  had on Run black -- black mold everywhere, on

1   walls, ceilings, everywhere, bathrooms,
2   everywhere.
3       Q.   Okay.  I think you misspoke, so
4   let's get it clear for the record.  You
5   didn't see mold all over walls and ceilings
6   at Carmel Brooks at all?
7       A.   No, ma'am.  No, ma'am.
8       Q.   Okay.  You saw that at Hidden Lake
9   and at Laguna Run, correct?
10      A.   Yes, ma'am.
11      Q.   Okay.  All right.  So when you were
12  doing a make-ready, okay, not an apartment
13  that had been abandoned for a long time, an
14  apartment where one tenant is moving out and
15  another tenant is moving in at Carmel Brooks,
16  okay, you were not observing mold there?
17      A.   No, ma'am.
18      Q.   Okay.  And were you observing water
19  intrusion issues in those units where you had
20  to do make-readies at Carmel Brooks?
21      A.   No, ma'am.
22      Q.   Okay.  Were you observing plumbing
23  problems at Carmel Brooks?
24      A.   No, ma'am.
25      Q.   Okay.  So it was a completely

1    different situation between --

2        A.    Yeah.

3        Q.    -- Carmel Brooks and Laguna Run?

4        A.    Yes, ma'am.

5        Q.    Have you ever worked at the Laguna

6    Reserve?

7        A.    Which one that is?  Because they

8    had so many properties, ma'am, I --

9        Q.    Carmel is the one on Bundy.

10       A.    Well, yes.  Yes, I did.  Yes,

11   ma'am.

12       Q.    Okay.  So let's just touch upon

13   that one, okay.  Did you do make-readies at

14   Laguna Reserve?

15       A.    Yes.  I did make-readies there.

16   Only make-readies.

17       Q.    Okay.  So when you did a

18   make-ready, which means one tenant is moving

19   out and another tenant is moving in --

20       A.    Yes, ma'am.

21       Q.    -- did you observe issues of mold

22   intrusion at Laguna Reserve?

23       A.    No, ma'am.  I didn't work at Laguna

24   Reserve not too much, only probably about two

25   or three times, and I did like around about

1    five make-readies.  So I really didn't go
2    into too many apartments, but in all the ones
3    I went in, I didn't observe no kind of mold.
4        Q.    So what you were doing at Laguna
5    Reserve, was it basically painting the walls,
6    replacing carpet if it needed replacing,
7    things like that?
8        A.    Light fixtures, doors.  Basically
9    anything to make a house moveable to come on
10   in.
11       Q.    Ordinary maintenance?
12       A.    Yes, ma'am.  Yes, ma'am.
13       Q.    All right.  But that's not what you
14   experienced at Laguna Reserve -- I mean,
15   Laguna Run at all?
16       A.    No, ma'am.  No, ma'am.  Not at all.
17       Q.    So how long have you been working
18   in the apartment industry?
19       A.    I'd say like around about -- about
20   like nine or ten years now.
21       Q.    And you said Laguna Run is the
22   worst conditions you've ever observed?
23       A.    Yes, ma'am.  Yes, ma'am.
24            MR. BELL:
25                 I object to form.

1    EXAMINATION BY MS. BAGNERIS:

2        Q.    So let's talk about the transition

3    between -- from Latter & Blum to Dasmen.

4    When Dasmen came in, did they ask you guys to

5    do an apartment by apartment assessment of

6    the conditions?

7        A.    No, ma'am.  No, ma'am.  It was --

8    it never was like that.

9        Q.    Do you have knowledge, and if you

10   don't, tell me you don't, do you know whether

11   or not Latter & Blum advised Dasmen about the

12   mold intrusion problems at the time of the

13   change?

14       A.    No, ma'am.  I really don't have no

15   knowledge of it, ma'am, and I think that's

16   one of the reasons why they sold that

17   building because they knowed it was too much

18   out of hand and too many people started

19   complaining about them.  And I never had a

20   knowledge that they told Dasmen about all the

21   mold and everything.  I really didn't.

22       Q.    Did the maintenance crew basically

23   stay the same during the sale?

24       A.    Yes.  Yes.  Through the sale.  But,

25   like I said, when Dasmen came in and hired,

1    that's when everybody went to other
2    properties.  Everybody went to other
3    properties.  Then they asked -- when
4    everybody found out Dasmen took over, that's
5    when some of us came back and the other
6    properties we working for, we still was
7    coming down and helping them out, Laguna Run
8    out, trying to -- help trying keep it -- put
9    their property back together.
10       Q.    Well, can you tell me which
11   maintenance people worked at Hidden Lake and
12   then came back and worked at Laguna Run?
13       A.    Well, the only person I really knew
14   that came back was Shelton.  Shelton and the
15   other Ronald was.  Yes.
16       Q.    Okay.  So Shelton Luvine and Ronald
17   Edwards worked at both Hidden Lake and Laguna
18   Run?
19       A.    Yes, ma'am.
20       Q.    And so did you?
21       A.    Yes, ma'am.
22       Q.    Okay.  So now let's talk about
23   after the sale.  The sale is December 14,
24   2017.  So let's talk about that period after
25   the sale.  Okay?

1      A.    Yes, ma'am.

2      Q.    Did you observe mold intrusion at

3 every building at Laguna Run after the sale?

4      A.    I'd say about a good, about a good

5 60 percent of their buildings had mold in

6 them about, a good 60 percent of their

7 buildings had mold in them.  Because half of

8 the ones that we know they was full of mold.

9 Half our storage closet where we had to get

10 our parts and tools out was full of mold

11 because of all the cast iron pipes leaking

12 and everything like that.  So I would say

13 about a good 60 percent of the buildings had

14 mold in it.

15      Q.    Okay.  How many of their buildings

16 would you say was having a water intrusion

17 problem with the pipes?

18      A.    I'd say about one, two, three,

19 four, five, six -- I know off my head about a

20 good eight, eight or nine buildings had water

21 intrusion coming from the pipes and gutters.

22      Q.    Okay.  And tell me about the window

23 leaks.  How widespread were the window leaks

24 at Laguna Run after the sale?

25      A.    Well, I guess cuz they was old

1  windows, ma'am.  And I guess, you know what
2  I'm saying, as you go on the outside and
3  look, everything from the bricks, from the
4  seal, everything was ate up out there.  We
5  tried to seal it, but to me they needed to
6  replace with whole new windows but they never
7  done that.  So they called us, they was
8  trying to patch it, trying to stop the leaks
9  from happening, but it seemed like we never
10  made it to stop.
11      Q.    Did you all experience any problems
12  ordering supplies at some point when it was
13  Laguna Run?
14      A.    Well, our supervisor did that.  So
15  we tried to tell the supervisor what we want,
16  what we need, and we'd hope to have it there.
17  So our supervisor, he -- he did all the
18  ordering our supplies for us.
19      Q.    Okay.  So I should ask him instead
20  of you about that?
21      A.    Yes, ma'am.
22      Q.    Okay.  Did you observe any insect
23  infestation issues at Laguna Run?
24      A.    Yes.  Termites.
25      Q.    Okay.  What about did -- were there

1  any people complaining about roaches?

2      A.    That was all day people was

3  complaining about roaches.  Yes.  That --

4  that -- that was a big old problem right

5  there was roaches.  Big problem.

6      Q.    And was that a problem when it was

7  being operated as Hidden Lake as well?

8      A.    Yes, ma'am.  Yes, ma'am.

9      Q.    Okay.  And that problem continued

10  operating as Dasmen --

11      A.    Yes, ma'am.

12      Q.    -- at Laguna Run?

13      A.    Yes, ma'am.

14      Q.    And then you mentioned termites.

15  Was there a termite infestation when it was

16  being operated as Hidden Lake?

17      A.    Yes, ma'am.

18      Q.    And that remained the situation as

19  it was being run as Laguna Run?

20      A.    Well, when Laguna Run took all --

21  when Laguna Run took over, I see they had

22  contractors steadily trying to come over

23  there.  And the buildings where our shop was,

24  that's one of the main -- I guess that's

25  where all the trees was hanging over that, so

1 that whole little strip right there, all the

2 apartments was termite infestation.  All the

3 windows fell out.  So they had to replace a

4 lot of wood and a lot of windows over there

5 because the termites, they ate up half the

6 building over there on that side street.

7   Q. You mentioned the problem with the

8 stairs.  Could you explain that to me in --

9 in greater detail?

10   A. I guess they was so old, they

11 basically was unstable.  Like they need to go

12 in there and like redo them, ma'am.  You know

13 what I'm saying?  I guess over the years, you

14 know what I'm saying, stairs cracking, people

15 dropping stuff on the stairs cracking them

16 and stuff.  And some of the stairs were very

17 shaky going up.  So -- so basically it was

18 stuff like that.  And we was trying to depend

19 on our supervisor to call a contractor out

20 who would come handle it, but it was too much

21 money at the time.

22   Q. Did you ever see a company come out

23 to do an estimate on mold abatement?

24   A. No, ma'am.

25   Q. Okay.  Was there a problem at

1    Laguna Run with gnats infestation?

2        A.    Yes.

3        Q.    Okay.

4        A.    Yes.   The gnats live around all the

5    black mold and the water because they had a

6    lot of water it seemed like to me.   All the

7    black gnats and all the stuff stood around

8    that.   So, yes, they did had a lot of gnats

9    and stuff like that around.

10        Q.    So based on your personal

11    observations, the gnats were attracted to the

12    mold?

13        A.    Yeah.   To me, the water and the

14    mold.   Every time we go to a spot where --

15    where -- where water was standing at or we

16    going to fix something, if it has black,

17    black mold, gnats always around it all the

18    time.   Gnats was always around it.

19        Q.    Okay.

20        A.    Yes.

21        Q.    Did -- and was that a problem, the

22    gnat infestation, was that a problem when it

23    was Hidden Lake also?

24        A.    Well, not too much as the time --

25    when I first got there, it wasn't as bad as

1    time went on.  When time went on, that's when

2    stuff started getting worse and worse out of

3    hand, yes.

4        Q.    Were you having a problem at Hidden

5    Lake with snakes?

6        A.    No.  I never ran across no snake.

7        Q.    Okay.  And did you run across

8    snakes when it was operated as Laguna Run?

9        A.    No.  I never ran across no -- no

10    snakes, no, ma'am.

11        Q.    What about rat infestation, was

12    there a problem with rat infestation

13    operating it as Hidden Lake?

14        A.    No, ma'am.

15        Q.    Was there a problem with rat

16    infestation operating it as Laguna Run?

17        A.    No, ma'am.  I didn't see no rats.

18        Q.    Do you know if there was bat

19    infestation operating as Hidden Lake?

20        A.    No, ma'am.  No, ma'am.  I think

21    everything was inside the walls.  When people

22    were complaining about hearing stuff inside a

23    wall, so I guess from all the wood breaking,

24    there was a lot of pigeons.  I see a lot of

25    pigeons and birds was inside the walls.  So

```
 1   if you move mirrors, like say if I go in a
 2   bathroom and move a mirror off the wall,
 3   pigeons all inside the wall.
 4        Q.   Okay.  All right.  Every time that
 5   we do a deposition, it's something new.
 6   Okay.
 7        A.   Yes, ma'am.
 8        Q.   So in your opinion, based on your
 9   personal observations, the -- the problems
10   with the mold and the water intrusion just
11   were worsening over time?
12        A.   Yeah.  They were worsening and
13   worsening over time.  There already was a
14   mold problem, but, you know what I'm saying,
15   as time goes on, it kept on worsening and
16   worsening because I guess they couldn't get
17   to the copper piping fast enough where they
18   replace them all.  And stuff steady was going
19   down more and more as we speak.
20        Q.   Do you know if they ever received a
21   bid on replacing all the -- the pipes?
22        A.   No.  Nobody never told the
23   maintenance crew saying, okay, everybody
24   going to replace the pipes.  We had to
25   replace the pipes.  As we get to them as they
```

1    get so bad, okay, we had a crumbling ceiling,

2    we had to replace the pipes before another

3    company came and replaced it.

4         Q.    It's my understanding that at some

5    point all of the toilets were replaced.  Is

6    that -- is that your recollection?

7         A.    Yes.  Yes, they did.  They did it

8    at Carmel Brooks.  They did it at all these

9    properties.  Yes.  And there supposed to be

10    water seals, yes, ma'am.

11         Q.    Okay.  So what about at Laguna Run,

12    were all the toilets replaced at some point?

13         A.    I don't know not at Laguna Run.  I

14    know we did all at Carmel Brooks and that

15    other -- at the other property.  I forgot the

16    name, the other property.  We did them all at

17    those properties.

18         Q.    If that occurred, it might have

19    been after you left, correct?

20         A.    Yes, ma'am.

21         Q.    Okay.  So when you were doing this

22    mold remediation, Mr. Coleman, did anyone

23    from Latter & Blum instruct you to wear a

24    face mask?

25         A.    No, ma'am.  No gloves, no face

1   masks.
2       Q.    Did anyone at -- at Latter & Blum
3   advise you to wear gloves?
4       A.    No, ma'am.
5       Q.    Did anyone advise you to wear long
6   sleeves?
7       A.    No, ma'am.
8       Q.    Did anybody advise you to wear long
9   pants, anyone from Latter & Blum while it was
10  Hidden Lake?
11      A.    No, ma'am.
12      Q.    So while you worked for Latter &
13  Blum, while the apartment complex was being
14  operated as Hidden Lake, you were not
15  instructed to wear any protective gear while
16  remediating mold?
17          MR. BELL:
18              I object to the form.
19          THE WITNESS:
20              No, ma'am.
21  EXAMINATION BY MS. BAGNERIS:
22      Q.    Did Latter & Blum advise you that
23  addressing the mold without protective gear
24  could cause you to become ill?
25      A.    No, ma'am.

1     Q.    Now, let's talk about the same

2 questions with respect to Dasmen and Laguna

3 Run.  Did Dasmen instruct you to wear a face

4 mask when addressing the mold?

5     A.    No, ma'am.

6     Q.    Did Dasmen instruct you to wear

7 gloves when addressing the mold?

8     A.    No, ma'am.

9     Q.    Did Dasmen instruct you to wear

10 long sleeves when addressing the mold?

11    A.    No, ma'am.

12    Q.    Did Dasmen instruct you to wear

13 long pants while addressing the mold?

14    A.    No, ma'am.

15    Q.    Did Dasmen advise you that

16 addressing the mold without protective gear

17 could cause you to become ill?

18    A.    No, ma'am.

19    Q.    While you worked for Latter & Blum

20 when it was being operated as Hidden Lake,

21 did you suffer from any frequent headaches?

22    A.    Yes, ma'am.  But as far as me as

23 working with it, I thought it was probably

24 something random, but, yes, I did used to

25 suffer from headaches, I used to catch

```
 1    headaches, but that is me, just a hard
 2    worker, trying to work.
 3        Q.    Okay.  Did you suffer -- have you
 4    ever been diagnosed with pneumonia while
 5    working for either Latter & Blum or Dasmen?
 6        A.    No, ma'am.
 7        Q.    Did you suffer any difficulty
 8    breathing while working for Latter & Blum at
 9    Hidden Lake?
10        A.    Yes, ma'am.  One time I did, yes,
11    ma'am.
12        Q.    Did you suffer any difficulty
13    breathing working for Dasmen at Laguna Run?
14        A.    Well, you know, there was a time
15    where I took care of that.  And then Latter &
16    Blum, I'm saying, you know what I'm saying, I
17    think everything had probably cleared up or
18    trying to make myself better, but -- but not
19    at Laguna Run --
20        Q.    Have you ever been diagnosed with
21    asthma?
22        A.    No, ma'am.
23        Q.    Have you ever been diagnosed with
24    bronchitis?
25        A.    No, ma'am.
```

```
 1        Q.    While you worked at Hidden Lake for
 2   Latter & Blum, did you experience any
 3   problems with skin rashes?
 4        A.    No, ma'am.
 5        Q.    While you worked at Laguna Run for
 6   Dasmen, did you experience any problems with
 7   skin rashes?
 8        A.    No, ma'am.
 9        Q.    While you worked at Hidden Lake for
10   Latter & Blum, did you experience any problem
11   with coughing or wheezing?
12        A.    No, ma'am.
13        Q.    When you worked at Laguna Run for
14   Dasmen, did you experience any problems with
15   coughing or wheezing?
16        A.    No, ma'am.
17        Q.    Did you experience any sinus or
18   allergy problems while you worked at Hidden
19   Lake?
20        A.    Yes, ma'am.
21        Q.    Did you experience any sinus or
22   allergy problems while you worked at Laguna
23   Run?
24        A.    Yes.  That's still going on.
25        Q.    Okay.  Who do you treat with when
```

```
 1    you have -- were having a health issue?  Who
 2    was your doctor?
 3         A.    Well, you know what I'm saying, I
 4    used to go to -- whenever I stayed in the
 5    East, they got this little urgent care that
 6    had opened up around the corner from my
 7    house.  I'm trying to think, you know what
 8    I'm saying.  It is in New Orleans -- it's New
 9    Orleans East, you know what I'm saying.  I
10    think it's around the hospital.  I'm trying
11    to think of the name it was called.
12         Q.    Is it by New Orleans East Hospital?
13         A.    Yes.  You know what I'm saying,
14    right around the corner, yes, right in the
15    East, yes.
16         Q.    It's on Read Road?
17         A.    No.  It's not on Read.  It's on
18    Lake Forest.
19         Q.    Okay.  So it's urgent care on Lake
20    Forest Boulevard is where you would treat?
21         A.    Yes.
22         Q.    Were you taking any type of
23    over-the-counter medications to deal with
24    these issues?
25         A.    Yes.  See what I'm saying, only
```

1   thing I was taking was, you know what I'm

2   saying, some kind of BC Powder, trying to get

3   rid of the headaches, and, you know what I'm

4   saying, runny nose and stuff like that.  Yes.

5        Q.    Let's talk about safety at Hidden

6   Lake.

7        A.    Yes, ma'am.

8        Q.    While you worked at Hidden Lake,

9   did you ever personally observe instances of

10  criminal activity?

11       A.    Yes, ma'am.  They had -- that was

12  all over there, ma'am.  Yes, ma'am.

13       Q.    Okay.  What did you personally

14  observe?

15       A.    Well, you know what I'm saying, we

16  have some guys selling drugs, guys hanging

17  out.  That's -- that's basically -- that's

18  the whole key, them guys hanging out, hanging

19  out selling drugs.

20       Q.    Okay.  And when you worked for

21  Dasmen when it was being run as Laguna Run,

22  did you continue to observe drug dealing

23  activity on the premises?

24       A.    Yes, ma'am.

25       Q.    Did you feel safe working at Hidden

1   Lake?

2      A.   I didn't feel safe, but I know it

3   was a job, ma'am.  I call myself, you know,

4   what I'm saying, trying to, you know what I'm

5   saying, keep my composure working there, but,

6   no, I did not feel safe, but, yes, there was

7   a lot of activity going around there.

8      Q.   And did you feel safe when you

9   worked at Laguna Run?

10      A.   Oh, no.

11      Q.   Is there a -- was there a

12   difference for you in your level of -- of

13   feeling safe between when it was operating as

14   Hidden Run versus when it was operated at

15   Laguna Run -- I mean Hidden Lake versus

16   Laguna Run?

17      A.   Because half of the people they

18   evicted, it seemed like they get, you know

19   what I'm saying, like more worser tenants

20   come right back behind them.  So as fast as

21   they trying to get rid of some, more come

22   right back in with the same thing.

23      Q.   Did you ever witness any shooting

24   activity at either Hidden Lake or Laguna Run?

25      A.   Yes.

1    Q.    Which one?  Which one did you
2  witness it at?
3    A.    Well, at Hidden Lake and Laguna
4  Run.  I didn't witness -- I didn't -- we was
5  fixed many a doors where, God, people done
6  kicked their doors in, people shooting in the
7  hallways.  I had to repair doors and replace
8  doors and -- so, yes, we did that almost like
9  every other month, had to go replace a door
10  from somebody kicking it in or somebody
11  shooting in the hallway.  Or I heard somebody
12  got robbed last night in the hallway.
13    Q.    Well, how frequently were you
14  having to repair doors kicked in from
15  criminal activity?
16    A.    I'd probably say from the time I
17  went back there, I probably replaced like no
18  more than round about eight doors from people
19  done kicked in doors and stuff like that
20  happening.
21    Q.    And were you also responsible for
22  repairing bullet holes?
23    A.    That's when we go in and replace
24  the doors.  That's when we go in and replace
25  the doors from them shooting in the hallways

1    or stuff like that.  We go in and replace
2    doors or we go in there, patch the holes up,
3    something like that.  Yes, ma'am.
4         Q.    Did you have to repair holes in
5    Sheetrock from bullet holes?
6         A.    No, ma'am.  You know what I'm
7    saying, we never had to do no bullet holes in
8    Sheetrock because they always seemed like
9    they were shooting at the door.
10        Q.    Just give me a minute to see if I
11   have anything else.  Okay?
12        A.    Yes, ma'am.
13        Q.    Why did you leave working for --
14   are you still working for Dasmen?
15        A.    No, ma'am.  Uh-uh.  No, ma'am.
16        Q.    Okay.  So when did you stop working
17   for Dasmen?
18        A.    When Lynd, when Lynd took over,
19   when Lynd came in, a new company came in,
20   that's when I stopped working for Dasmen,
21   when Lynd.
22        Q.    Are you working for Lynd?
23        A.    No, ma'am.
24        Q.    So did you apply to work for Lynd?
25   Why are you not working for Lynd?

1        A.        Well, Lynd, when Lynd, their

2    company came in, they were asking for a lot,

3    a lot of stuff that I didn't had at the

4    moment, okay.  They were asking me for my

5    license.  My driver's license was suspended

6    at the moment, so -- and they was pushing the

7    issue.  They just came in.  So they didn't

8    give no more than about a month trying to get

9    all our condition and everything together.

10   So before I spent a lot of money trying to

11   get all of that, I moved on to another job.

12   And now I got everything situated now, but

13   work for First Lake now.

14       Q.        Okay.  So tell me this.  Did Lynd

15   tell you all not to repair anything for a

16   while?  Well, you didn't work for Lynd,

17   correct?

18       A.        No.  I didn't work for Lynd.  I

19   probably worked for Lynd no more than about a

20   month, about a month or so.

21       Q.        Are you familiar with the term

22   "lockdown"?

23       A.        No, ma'am.

24       Q.        Okay.  All right.  So no one told

25   you we're locking it down, we're not doing

```
 1   any maintenance for a while?
 2        A.    No, ma'am.  I never, never recall
 3   that.  No, ma'am.
 4             MS. BAGNERIS:
 5                  Okay.  All right.  I want to
 6             thank you, Mr. Coleman, for coming
 7             in.  And I'm going to see if any of
 8             the other lawyers have any
 9             questions for you.  Okay?
10             THE WITNESS:
11                  Yes, ma'am.
12   EXAMINATION BY MS. EAGAN:
13        Q.    Mr. Coleman, my name is Emily
14   Eagan, and I represent Dasmen and also the
15   various RH entities.  And I just have a very
16   few questions for you.  Can you hear me okay?
17        A.    Yes, ma'am.
18        Q.    All right.  Just very few
19   questions.  You testified about having some
20   headaches and at least one incidence of a
21   breathing problem, is that right, while you
22   were working for either Hidden Lake or Laguna
23   Run?
24        A.    Yes, ma'am.
25        Q.    Okay.  Can you explain the
```

1  breathing issue?  Was that just one time?

2      A.    Yeah.  That was one time.  That was

3  a one-time thing.  You know what I'm saying,

4  it wasn't no constant thing.  It wasn't all

5  the time.  Like it was a one-time thing.

6  That's all it was.

7      Q.    Sure.  And do you personally

8  attribute those, that breathing problem issue

9  and then your headaches to having to breathe

10  in mold?  Is that what you think it was or do

11  you have another -- other idea what it might

12  be?

13      A.    Well, it was probably the mold.  It

14  was the mold.  That's --

15      Q.    Okay.  Okay.  Has any doctor, any

16  of the people that you may have saw at urgent

17  care, have they ever told you that it was the

18  mold that caused your headaches or anything

19  like that?

20      A.    No, ma'am.

21      Q.    Okay.  Or that breathing problem

22  that you had that one time?

23      A.    No, ma'am.

24      MS. EAGAN:

25          All right.  Thank you,

1           Mr. Coleman.  Those are all my
2           questions.  I appreciate it very
3           much.
4      THE WITNESS:
5                Thank you, ma'am.
6 EXAMINATION BY MS. GAILMOR:
7      Q.    Mr. Coleman, my name is Cassie
8 Gailmor.  I represent Eastlake Development,
9 KFK Development and KFK Group, the owners of
10 Hidden Lakes property prior to the sale in
11 December 2017.  I have a couple questions I'd
12 like to ask you.  I just want to
13 double-check.  You said that you started
14 working for Hidden Lakes in 2016, correct?
15     A.    Yes, ma'am.
16     Q.    Okay.  Do you remember when in
17 2016?
18     A.    No, ma'am.  I don't remember what
19 month I came in in 2016.
20     Q.    Do you remember if it was the
21 beginning or the end of the year?
22     A.    I think it was like more in the
23 middle when I came in in 2016.
24     Q.    Okay.  And did you work for Hidden
25 Lakes consistently up until the date of this

1    sale in December 2017?

2         A.    Yes.

3         Q.    Who was your supervisor when you

4    worked at Hidden Lakes in 2016 and '17?

5         A.    It was Ronald.

6         Q.    Was Ronald an employee of Latter &

7    Blum or of someone else?

8         A.    Ronald was an employee of Latter &

9    Blum.

10        Q.    Did you ever meet anyone at Hidden

11   Lakes or know anyone at Hidden Lakes that was

12   employed by Eastlake Development?

13        A.    No, ma'am.

14        Q.    How about the same question for KFK

15   Group or KFK Development?

16        A.    No, ma'am.

17        Q.    Okay.  Were you ever employed by

18   Eastlake Development?

19        A.    No, ma'am.

20        Q.    Were you ever employed by KFK Group

21   or KFK Development?

22        A.    No, ma'am.

23        Q.    And I think you testified, but I

24   just want to clarify, that when you worked at

25   Hidden Lakes in 2016 and 2017, you personally

1    observed mold on the walls and ceilings.  Was
2    that your testimony?
3          A.    Yes, ma'am.
4          Q.    Okay.  How often did you observe
5    mold on the ceilings and the walls?
6          A.    Well, every time we go in there,
7    like I say, we get a work ticket or somebody
8    complaining about they got mold in there,
9    that water coming up on their carpet, so we
10   go in there and try to figure out if the
11   water coming through the wall from the --
12   they got a roof leak or the water coming from
13   out the ground.  So that was basically our
14   problem was, all we trying to find out where
15   all the leaks are was coming from, where the
16   people always getting all this water coming
17   in their -- in their house from.
18         Q.    But that wasn't happening every
19   time you got a maintenance request in 2016
20   and 2017, was it?
21         A.    No, ma'am.
22         Q.    Okay.  Are you able to count the
23   number of times that you observed mold when
24   you went into an apartment?  During that time
25   period only, 2016 and 2017, that's the only

1    time period I'm concerned with.

2        A.    That was a minute now, so.  So, you

3    know what I'm saying, basically I'm saying

4    the time period, and I'm saying, as that goes

5    on, you go in people's apartment every day,

6    you always did, you know what I'm saying, see

7    mold.  You see mold, you know what I'm

8    saying.  Every day you go in somebody

9    apartment, somebody complain of they got mold

10   in their cabinet or mold growing in their

11   closet.  So that was a constant problem back

12   there, I was dealing with mold.

13       Q.    And how did you know that what you

14   were observing was mold?

15       A.    Well, you know what I'm saying, any

16   time you see coloration on something with

17   mold, it turn, you know what I'm saying, from

18   green to spread further, then it turning to

19   black, so that's mold.

20       Q.    And how do you know that?  Just

21   from your personal experience or have you

22   been trained to --

23       A.    From my personal experience, ma'am.

24   I -- I done been around mold, or, you know

25   what I'm saying, I've seen mold.  I've been

1    on a lot of jobs where I've seen, you know
2    what I'm saying, and I know mold from my
3    personal experience.
4         Q.    And did you report the presence of
5    mold in the apartments to your supervisor?
6         A.    Yes.
7         Q.    So you would have reported that to
8    Ronald in 2016 and '17, correct?
9         A.    Yes.  Yes.  Reported to House, too.
10   Yes.  To House.
11        Q.    When you got a work order to go in
12   someone's apartment because of mold, did that
13   work order come to you on a piece of paper or
14   was it verbal?
15        A.    No.  It came, it came basically to
16   a verbal and on a piece of paper where they
17   say -- they didn't say mold.  The people say
18   they got mildew.  But in Laguna it's not
19   mildew, it's mold.  That's one thing we never
20   could use, say that's mildew.  So we never
21   could use say mold.  We know it was mold, but
22   we always tell, oh, that ain't nothing but
23   mildew, but we knew it was mold.
24        Q.    What's the difference between
25   mildew and mold?

1    A.    Mildew is something that's
2  constantly going to grow.  Like I say, here's
3  mildew, you know what I'm saying, mold --
4  mildew is like green, fuzzy stuff like that.
5  And mold is black, and black and start
6  turning white black and starts attracting
7  gnats.
8    Q.    To be fair, however, you've never
9  been trained to identify mold or mildew or
10 distinguish the difference between the two,
11 correct?
12   A.    Well, you know what I'm saying,
13 that's basically like correct, so -- in my
14 years before I started working for apartment
15 complexes, I do used to work for -- for
16 hotels.  And, yes, and we had training on
17 mold and stuff like that.  And that's way
18 before I started -- gotten into the apartment
19 complex business.  I used to work for hotels,
20 you know what I'm saying.  Yes, we did have
21 training to recognize mold from mildew.
22   Q.    Okay.  So which hotels did you work
23 for where you got training on how to
24 recognize mold versus mildew?
25   A.    Quality Inn.  I worked there for 13

1    years.

2         Q.    Okay.  Which Quality Inn?

3         A.    Downtown.  O'Keefe.

4         Q.    Sorry.  What did you say, downtown

5    what?

6         A.    O'Keefe.  Now I'm telling you the

7    name of the street.  O'Keefe downtown.

8         Q.    Yeah.  No, I know exactly where

9    O'Keefe is.

10        A.    Yes.

11        Q.    Okay.  So you worked at that

12   Quality Inn for 13 years.  And, correct me if

13   I'm, you know, misstating your testimony, and

14   when you worked there they trained you on how

15   to distinguish mildew from mold, correct?

16        A.    Yes.

17        Q.    Did you get any certificates for

18   that training or any kind of paper that would

19   be in your personnel file for Quality Inn, if

20   you know?

21        A.    Not that I know of, no, ma'am.

22        Q.    Okay.  And the training that you

23   underwent to help you distinguish the

24   difference between mildew and mold, was that

25   something that you did like going to a class

1   or did you watch a video?

2      A.    Yeah.  Watch a video.

3      Q.    A video.  Okay.  And it was your

4   testimony earlier that after the sale of

5   Hidden Lakes in December 2017 and when Dasmen

6   took over, the -- the problems at the

7   apartment got worse?

8      A.    Yes.  As time went on, yes, the

9   problem got worse.  Yes, ma'am.

10     Q.    Okay.  Do you have any photos or

11  documentation that you can give me that show

12  the condition of Hidden Lakes in 2016 and

13  2017?

14     A.    Well, you know what I'm saying, I

15  just got to go check some of my old phones,

16  ma'am.  You know what I'm saying?

17     Q.    Okay.

18     A.    It's like where's my pads.  There's

19  some time I was like taking pictures for to

20  show my supervisor this is the problem, need

21  to take care of this.  And so if I go, you

22  know what I'm saying, looking through some of

23  my old phones I may can pull up some old

24  pictures and videos.

25     Q.    That would be really awesome if you

1    could do that for us.

2         A.    Yes, ma'am.

3         Q.    You still have those phones in your

4    possession?

5         A.    Yes, ma'am.  I got to go look in

6    my -- in my junk phone drawer, yes.

7         Q.    Okay.  And if you still have old

8    phones, but you're unable to find the

9    photographs yourself, I'm going to ask that

10   you contact us and let us know because we may

11   be able to hire an expert that could get

12   those photos.  Okay?

13        A.    Okay.  Yes, ma'am.

14        Q.    Sometimes they are buried deep in

15   the phone or hidden somewhere and we need a

16   professional to find them.  Okay?

17        A.    Yes, ma'am.

18        Q.    Okay.  And I'm going to ask you,

19   what is your phone number, Mr. Coleman?

20        A.    504-236-0340.

21        Q.    I'm going to repeat it back to you

22   to make sure I have it right.  504-236-0340,

23   is that correct?

24        A.    Yes, ma'am.

25        Q.    Okay.  And do you have an e-mail

1    address?

2         A.    Yes.  rich9tiff@gmail.com.

3         Q.    Okay.  So it's rich, R-I-C-H, the

4    number 9, and then the word tiff, T-I-F-F, at

5    gmail?

6         A.    Yes, ma'am.

7         Q.    Okay.  Awesome.  We will reach out

8    to you and stay in touch with you about

9    getting those photographs from your old

10   phone.  Okay?

11        A.    Yes, ma'am.

12        Q.    And we're going to ask that you

13   preserve the actual phone device, too.  Okay?

14        A.    Yes, ma'am.

15        Q.    Awesome.  You were not involved

16   with the sale of Hidden Lakes in twenty

17   seven -- December 2017, were you?

18        A.    Was I involved?

19        Q.    Yes.

20        A.    Meaning as what?

21        Q.    Were you involved in the

22   negotiations for the sale?

23        A.    Oh, no.  No, ma'am.  No, ma'am.

24        Q.    Okay.  And were you involved in any

25   property inspections that were done for

```
 1   purposes of the sale?
 2        A.    No, ma'am.
 3        Q.    So you don't really know why the
 4   property was sold, correct?
 5        A.    No, ma'am.
 6        Q.    Okay.  You were just taking a guess
 7   when you say that you think it was sold
 8   because it had so many issues, correct?
 9        A.    Yes, ma'am.
10        Q.    Okay.  But you have no idea?
11        A.    No idea.
12        Q.    Got it.  And did you speak to
13   anyone to prepare for today's deposition?
14        A.    No, ma'am.
15        Q.    Okay.  Did you review any documents
16   to prepare for today's deposition?
17        A.    No, ma'am.
18        Q.    Okay.  Have you been contacted by
19   any of the lawyers in this case prior to
20   today?
21        A.    No, ma'am.
22             MS. GAILMOR:
23                  All right.  Excellent.  Thank
24             you so much for your time.  We
25             really appreciate it.  I will let
```

1          some of the other lawyers ask
2          questions.  Okay?
3          THE WITNESS:
4                Yes, ma'am.
5     EXAMINATION BY MR. BELL:
6          Q.    Mr. Coleman, my name is Troy Bell,
7     and I represent Latter & Blum.  And I just
8     have a few questions for you regarding your
9     testimony.  I want to go back to the
10    beginning.  You testified that you were a
11    make-ready man, is that correct?
12         A.    Yes, sir.
13         Q.    Did make-ready men, did they
14    perform maintenance duties in 2016, 2017?
15         A.    Yes, ma'am -- yes, sir.
16         Q.    They did?
17         A.    Yes.
18         Q.    Did you ever get a certificate or
19    were you ever promoted to a maintenance tech?
20         A.    No.  No, sir.
21         Q.    Okay.  How routine -- how routinely
22    did you handle maintenance orders in
23    2016-2017?
24         A.    Well, you know what I'm saying, as
25    time goes on, we do make-readies, and once I

1  get through make-readies, you know what I'm

2  saying, you go to the office and see what --

3  what else they got they want you to do.  They

4  already say, okay, go run these three or four

5  tickets until another apartment come up until

6  you go do something else.  So that was

7  basically -- so all we was, you know what I'm

8  saying, was either doing make-readies or

9  running tickets.

10     Q.    And how often did you do

11 make-readies versus maintance -- maintenance

12 work?

13     A.    Well, I did make-readies the

14 majority before I did tickets because that's

15 what I got hired for as a make-ready, but

16 once they found out my skills, that I could

17 do any and everything, so that's when they

18 was pushed me over to maintenance tickets and

19 still doing make-readies.

20     Q.    Okay.  So in a given day, would you

21 say you spent most of your time doing

22 make-readies and maybe, I don't know, a small

23 portion of your time handling maintenance

24 tickets?

25     A.    Yeah.  Maintenance tickets, yes.

1    Q.   Okay.  Would you say that those

2  maintenance tickets, they were maintenance

3  orders, correct?

4    A.   Yes.

5    Q.   Okay.  And how routine were those

6  maintenance orders in your opinion?  Would

7  you say they were just routine orders?

8    A.   Yeah.  They was routine orders.

9  You know what I'm saying?  Our supervisor,

10  you know what I'm saying, would come give us

11  some tickets, say, okay, go take care of this

12  for me, go do this for me.  So basically it

13  was our supervisor who handed out the duties

14  to do.  So if he want me doing tickets today,

15  I'm doing tickets.  If he want me to, say, go

16  do this make-ready for me, get this

17  make-ready for me, I will go do it.  So

18  basically it was our supervisor called on

19  doing stuff.

20    Q.   Okay.  So in your experience would

21  you say that the maintenance tickets that you

22  did, they were just pretty much routine work

23  that you would do at any -- any apartment

24  complex?

25    A.   Yes.  Yes.

1     Q.   Okay.  And you testified that there
2  was criminal activity.  Was that criminal
3  activity in 2016-2017?
4     A.   Yes.
5     Q.   Okay.  Did you witness any of that
6  criminal activity?
7     A.   Well, you know what I'm saying, as
8  we walk around and ride our cars around to
9  building to building properties, we would see
10  the guys out there doing what they do.  So
11  that was -- basically, that was an everyday
12  thing right there, sir.
13     Q.   But did you actually see the guys
14  making transactions out or did you just see
15  guys hanging out?
16     A.   Well, you know what I'm saying, you
17  see the guys making transactions and you see
18  the guys hanging out.
19     Q.   Okay.  Did you ever call the
20  police?
21     A.   No, sir.
22     Q.   Okay.  Were you ever involved in
23  any investigations at the apartment complex
24  if police were called?
25     A.   No, sir.

1      Q.    Okay.  And you testified that you
2   repaired eight doors, is that correct?
3      A.    Yeah.  In -- in our periods of
4   time, yes, me, Milton, Shelton and Jess, yes,
5   we repaired about eight doors in our time
6   from doors getting kicked in, people
7   burglarizing or somebody shooting in the
8   hallways.
9      Q.    Okay.  But -- but the police were
10  never called?
11     A.    I -- I -- I really don't know, sir.
12  You know, because the time while -- to when I
13  come to work, okay, that's all you know, say
14  another door got kicked in, go do it.  So I
15  really wasn't, you know what I'm saying,
16  there personally to say, okay, the police
17  here, the police came.  So every time we'd
18  come to work, okay, another door got kicked
19  in last night or something happened.  So we
20  come to work, so here is what we got to go
21  do.
22     Q.    I want to switch up for a second.
23  Did you -- in 2016-2017, do you recall what
24  apartment buildings that you saw the mold or
25  treated mold?

1      A.    Well, you know what I'm saying, I
2  know they had the R building, the W building,
3  they got the J building, they had the P
4  building.  And I can keep on really naming
5  out of the top of my head what I can think
6  about.  I know they had quite a few buildings
7  where, you know what I'm saying, where the
8  mold was bad inside them buildings.  The mold
9  was pretty bad inside those buildings, sir.
10      Q.    And you, as a maintenance man, it
11  is your testimony that you handled those
12  maintenance orders to treat the mold or to
13  handle those complaints?
14      A.    Yes.  Me and the other maintenance
15  guys, yes.
16      Q.    And when you handled the
17  maintenance order, would your name have been
18  on that order?
19      A.    Well, no.  You know, there was a
20  time they was not putting names on work order
21  tickets.  The only thing they would hand out
22  work order ticket, a work order ticket came
23  in, it's apartment names and the numbers and
24  that was it.  We really never did put names
25  on them.  As we fill out on them, something

1    like that, yes.

2        Q.    Did you not put names on it or did

3    the apartment complex not put the names on

4    it?

5        A.    The apartment complex not put the

6    names on it.

7        Q.    Okay.  All right.  And just to

8    clarify, you were never really -- you can't

9    testify that you were -- the mold actually

10   caused your sickness because you were never

11   diagnosed or told by a physician that the

12   mold causes sickness, is that correct?

13       A.    Yes, sir.

14            MR. BELL:

15                Okay.  I have no further

16            questions.

17   EXAMINATION BY MS. BAGNERIS:

18       Q.    I have a follow-up -- follow-up

19   question, Mr. Coleman.

20       A.    Yes, ma'am.

21       Q.    I thought I heard you say you were

22   told to say it was mildew and not mold?  Did

23   I hear you correctly?

24       A.    No.  What I'm saying, as people

25   say, you know what I'm saying, like, okay,

1  say, okay, if you go in an apartment complex,

2  before we go in there and tell a person -- I

3  know it's mold, you know what I'm saying,

4  mold, but I don't want to go in there and

5  tell a tenant, say, okay, that's mold, all

6  the while I know it's mold.  So, you know

7  what I'm saying, we would say, okay, it is

8  mildew, all the while we know it's mold.

9  Some people say yes.  So we not supposed to

10  tell people, tell them to say that's mold.

11      Q.   You say you're not supposed to tell

12  them.  How do you know you're not supposed to

13  tell them?

14      A.   Well, I guess it's a red flag,

15  ma'am.  I guess that's just something that

16  all we was told, it's supposed to be a red

17  flag.  So I guess I don't want to go in

18  there, you know what I'm saying, go tell a

19  tenant, okay, you got mold growing, and they

20  go tell the apartment complex.  So I guess

21  that's how -- that's how it was, ma'am.

22      Q.   Did anyone from Latter & Blum

23  instruct you to not tell tenants that there

24  was mold?

25      A.   No.

1      Q.    Did anyone from Dasmen instruct you
2    to tell tenants that it was not mold?
3      A.    No, ma'am.
4      Q.    Okay.  Do you know if there was a
5    property inspection performed before the sale
6    in 2017?
7      A.    Not that I know or recall, ma'am.
8    No, ma'am.
9              MR. BAGNERIS:
10                 Okay.  I have nothing further.
11             Thank you very much, Mr. Coleman.
12             THE WITNESS:
13                 Yes, ma'am.
14             VIDEOGRAPHER:
15                 We are now off the record.
16             This concludes this deposition.
17             The time is 11:11.
18             COURT REPORTER:
19                 What about reading and signing?
20             MS. BAGNERIS:
21                 Let him reserve his right to do
22                 that.
23
24       (Whereupon, the deposition was
25    concluded at this time.

# WITNESS CERTIFICATE

I, **RICHARD COLEMAN**, do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____        _____
DATE SIGNED              WITNESS' SIGNATURE

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: August 21, 2020

1                REPORTER'S CERTIFICATE

2

3          I, MARGARET MCKENZIE, Certified Court
     Reporter, in and for the State of Louisiana,
4    as the officer before whom this testimony was
     taken, do hereby certify that **RICHARD**
5    **COLEMAN**, after having been first duly sworn
     by me upon authority of R. S. 37:2554, did
6    testify as hereinabove set forth in the
     foregoing 71 pages; that this testimony was
7    reported by me in the stenotype reporting
     method, was prepared and transcribed by me or
8    under my personal direction and supervision,
     and is a true and correct transcript, to the
9    best of my ability and understanding; that
     the transcript has been prepared in
10   compliance with transcript format guidelines
     required by statute or by rules of the board;
11   that I have acted in compliance with the
     prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure
     Article 1434, and in rules and advisory
13   opinions of the board; that I am not related
     to counsel or to the parties herein, nor am I
14   otherwise interested in the outcome of this
     matter.

15

16

17        MARGARET MCKENZIE, CCR, RPR, RMR, CRR
          CERTIFIED COURT REPORTER
18

19

20

21

22

23

24

25

# #

#301A [1] - 1:23

'

'17 [2] - 52:4, 55:8
'18 [1] - 19:18
'93 [3] - 11:25

# 1

10:09 [1] - 6:3
10:30 [1] - 1:13
11:11 [1] - 70:17
13 [2] - 56:25, 57:12
14 [1] - 30:23
1421 [1] - 5:6
1434 [1] - 72:12

# 2

2-4-1975 [1] - 11:14
2000 [1] - 11:25
2016 [28] - 12:16, 12:24, 13:17, 13:20, 14:7, 14:19, 15:5, 15:20, 16:1, 16:10, 16:22, 17:17, 17:20, 17:24, 18:5, 18:20, 19:19, 51:14, 51:17, 51:19, 51:23, 52:4, 52:25, 53:19, 53:25, 55:8, 58:12, 62:14
2016-2017 [3] - 62:23, 65:3, 66:23
2017 [15] - 19:13, 19:20, 20:1, 21:8, 30:24, 51:11, 52:1, 52:25, 53:20, 53:25, 58:5, 58:13, 60:17, 62:14, 70:6
2018 [1] - 19:19
2020 [3] - 1:13, 6:5, 71:20
21 [1] - 71:20
21st [2] - 1:13, 6:5
2700 [1] - 2:18
2714 [1] - 1:18
2:19-CV-13650 [1] - 1:4

# 3

310-2100 [1] - 2:19
37:2554 [1] - 72:5

# 4

400 [1] - 2:18

403 [1] - 1:18
4500 [1] - 3:4
4700 [4] - 1:12, 7:24, 8:7, 10:22
4800 [1] - 2:5
49 [1] - 4:9
491-6806 [1] - 1:24

# 5

504 [7] - 1:19, 1:24, 2:6, 2:12, 2:19, 3:5, 3:13
504-236-0340 [2] - 59:20, 59:22
51 [1] - 4:11
561-0400 [1] - 2:6
581-3234 [1] - 3:5
581-5141 [1] - 2:12

# 6

60 [3] - 31:5, 31:6, 31:13
62 [1] - 4:13
643 [1] - 1:23
68 [1] - 4:7

# 7

701 [2] - 2:5, 3:4
70119 [1] - 1:18
70127 [2] - 1:12, 8:8
70130 [3] - 1:23, 2:12, 2:19
70139 [1] - 3:4
70139-4800 [1] - 2:6
71 [1] - 72:6
755 [1] - 2:11

# 8

8 [1] - 4:6
810-3995 [1] - 1:19
828-8856 [1] - 3:13

# 9

9 [1] - 60:4

# A

a.m [2] - 1:13, 6:3
abandoned [2] - 25:13, 26:13
abatement [2] - 12:11, 34:23
ability [1] - 72:9
able [2] - 53:22, 59:11
above-mentioned

- 8:9
AC [8] - 17:2, 17:4, 17:7, 17:9, 17:10, 17:13, 25:21
accommodate [1] - 10:13
accordance [1] - 5:7
acted [1] - 72:11
ACTION [1] - 1:3
activity [8] - 44:10, 44:23, 45:7, 45:24, 46:15, 65:2, 65:3, 65:6
actual [1] - 60:13
ADAMS [1] - 3:3
address [6] - 7:20, 10:21, 18:20, 19:11, 24:9, 60:1
addressing [6] - 39:23, 40:4, 40:7, 40:10, 40:13, 40:16
administering [2] - 5:25, 6:24
advise [5] - 39:3, 39:5, 39:8, 39:22, 40:15
advised [1] - 29:11
advisory [1] - 72:12
affiliated [1] - 12:14
aforementioned [2] - 5:4, 71:9
agree [7] - 6:21, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15
agreed [1] - 5:2
agreement [1] - 7:1
ahold [1] - 14:23
ain't [1] - 55:22
air [1] - 17:25
AKEEM [1] - 1:3
AL [2] - 1:3, 1:7
allergy [2] - 42:18, 42:22
allow [2] - 10:1, 10:8
almost [1] - 46:8
AND [2] - 1:5, 3:3
answer [3] - 5:16, 10:4, 10:10
apartment [28] - 8:16, 12:14, 13:10, 13:14, 16:24, 21:17, 26:12, 26:14, 28:18, 29:5, 39:13, 53:24, 54:5, 54:9, 55:12, 56:14, 56:18, 58:7, 63:5, 64:23, 65:23, 66:24, 67:23, 68:3, 68:5, 69:1, 69:20
apartments [16] - 15:7, 15:23, 17:18, 17:22, 18:1, 18:5,

20:20, 21:12, 21:14, 24:4, 25:4, 25:13, 25:24, 28:2, 34:2, 55:5
APPEARANCES [3] - 1:15, 2:1, 3:1
apply [1] - 47:24
appreciate [2] - 51:2, 61:25
Article [2] - 5:6, 72:12
ASHE [1] - 1:7
assessment [1] - 29:5
asthma [1] - 41:21
ate [2] - 32:4, 34:5
attempt [1] - 9:21
attorney [1] - 7:3
Attorney [3] - 1:20, 1:25, 2:7
Attorneys [3] - 2:13, 2:20, 3:6
attracted [1] - 35:11
attracting [1] - 56:6
attribute [1] - 50:8
August [3] - 1:13, 6:5, 71:20
authority [1] - 72:5
Avenue [5] - 1:12, 7:24, 8:7, 10:23, 10:25
awesome [3] - 58:25, 60:7, 60:15

# B

backed [1] - 23:14
background [1] - 11:16
backing [1] - 15:7
backwards [1] - 22:23
bad [20] - 20:17, 22:13, 25:5, 25:14, 25:16, 25:17, 35:25, 38:1, 67:8, 67:9
BAGNERIS [1] - 1:17, 6:12, 7:4, 8:11, 23:11, 29:1, 39:21, 49:4, 68:17, 70:9, 70:20
Bagneris [3] - 1:17, 7:5, 8:14
Bagneris.................. .. [1] - 4:6
BARRY [1] - 1:6
based [5] - 14:24, 23:3, 23:12, 35:10, 37:8
bat [1] - 36:18
bathroom [1] - 37:2
bathrooms [1] - 26:1
BC [1] - 44:2

became [1] - 12:14
become [2] - 39:24, 40:17
bed [1] - 16:17
bedroom [1] - 18:10
beds [1] - 16:20
beginning [3] - 18:8, 51:21, 62:10
behind [3] - 16:19, 22:20, 45:20
Bell [3] - 2:17, 7:13, 62:6
BELL [5] - 7:12, 28:24, 39:17, 62:5, 68:14
Bell........................ [1] - 4:13
best [1] - 72:9
better [2] - 25:3, 41:18
between [3] - 5:3, 27:1, 29:3, 45:13, 55:24, 56:10, 57:24
bid [1] - 37:21
big [2] - 33:4, 33:5
binding [1] - 6:24
birds [1] - 36:25
birth [1] - 11:13
bit [2] - 9:12, 23:6
black [15] - 16:8, 21:18, 21:22, 22:4, 25:22, 25:25, 35:5, 35:7, 35:16, 35:17, 54:19, 56:5, 56:6
bleach [4] - 18:24, 19:1, 21:24, 21:25
Blum [20] - 2:21, 12:21, 22:9, 29:3, 29:11, 38:23, 39:2, 39:9, 39:13, 39:22, 40:19, 41:5, 41:8, 41:16, 42:2, 42:10, 52:7, 52:9, 62:7, 69:22
board [2] - 72:10, 72:13
Boulevard [1] - 43:20
break [3] - 10:12, 10:14, 10:16
breaking [1] - 36:23
breathe [1] - 50:9
breathing [6] - 41:8, 41:13, 49:21, 50:1, 50:8, 50:21
bricks [1] - 32:3
briefly [2] - 11:15, 14:6
bronchitis [1] - 41:24
Brooks [21] - 8:20, 22:15, 22:16, 22:17, 22:24, 24:9, 24:12, 24:18, 24:19, 24:21,

24:25, 25:2, 25:6, 25:23, 26:6, 26:15, 26:20, 26:23, 27:3, 38:8, 38:14
**building** [11] - 18:8, 20:15, 29:17, 31:3, 34:6, 65:9, 67:2, 67:3, 67:4
**buildings** [13] - 16:17, 16:24, 20:12, 31:5, 31:7, 31:13, 31:15, 31:20, 33:23, 66:24, 67:6, 67:8, 67:9
**bullet** [3] - 46:22, 47:5, 47:7
**Bundy** [1] - 27:9
**burglarizing** [1] - 66:7
**buried** [1] - 59:14
**business** [1] - 56:19
**busting** [1] - 20:11
**BWA** [1] - 1:4
**BWA-DMD** [1] - 1:4
**BY** [10] - 3:20, 4:4, 8:11, 23:11, 29:1, 39:21, 49:12, 51:6, 62:5, 68:17

**C**

**cabinet** [1] - 54:10
**Canal** [1] - 1:18
**capacity** [1] - 9:8
**care** [7] - 23:2, 41:15, 43:5, 43:19, 50:17, 58:21, 64:11
**Carmel** [23] - 8:20, 8:22, 22:15, 22:16, 22:17, 22:24, 24:9, 24:12, 24:18, 24:19, 24:20, 24:25, 25:2, 25:6, 25:23, 26:6, 26:15, 26:20, 26:23, 27:3, 27:9, 38:8, 38:14
**carpet** [2] - 28:6, 53:9
**cars** [1] - 65:8
**case** [1] - 61:19
**CASES** [1] - 1:5
**Cassie** [3] - 2:11, 7:9, 51:7
**cassie@ deutschkerrigan. com** [1] - 2:13
**cast** [8] - 14:10, 14:14, 14:21, 14:24, 15:11, 15:14, 16:4, 31:11
**catch** [1] - 40:25
**caused** [3] - 21:4, 50:18, 68:10
**causes** [1] - 68:12

**causing** [4] - 17:18, 17:21, 18:1, 20:19
**caving** [1] - 15:10
**CCR** [2] - 3:21, 72:17
**ceiling** [4] - 15:12, 16:8, 18:14, 38:1
**ceilings** [9] - 14:15, 15:9, 15:13, 16:2, 16:5, 26:1, 26:5, 53:1, 53:5
**certificate** [1] - 62:18
**CERTIFICATE** [2] - 71:1, 72:1
**certificates** [1] - 57:17
**certification** [1] - 5:12
**certifications** [1] - 12:9
**Certified** [4] - 3:12, 3:21, 5:22, 72:3
**certified** [1] - 12:11
**CERTIFIED** [1] - 72:17
**certify** [2] - 71:4, 72:4
**change** [1] - 29:13
**changed** [2] - 14:17, 14:18
**changes** [1] - 71:7
**check** [2] - 51:13, 58:15
**Civil** [2] - 5:6, 72:12
**CIVIL** [1] - 1:3
**claim** [1] - 9:2
**clarify** [2] - 52:24, 68:8
**class** [1] - 57:25
**clear** [2] - 15:17, 26:4
**cleared** [1] - 41:17
**closet** [2] - 31:9, 54:11
**CMR** [1] - 3:21
**Code** [2] - 5:6, 72:12
**COLEMAN** [4] - 1:11, 8:6, 71:4, 72:5
**Coleman** [16] - 6:4, 7:24, 8:12, 10:22, 11:15, 23:5, 38:22, 49:6, 49:13, 51:1, 51:7, 59:19, 62:6, 68:19, 70:11
**collapse** [1] - 16:5
**collapsing** [3] - 15:10, 16:2, 16:3
**coloration** [2] - 16:8, 54:16
**coming** [13] - 13:22, 15:11, 18:13, 18:14, 30:7, 31:21, 49:6, 53:9, 53:11, 53:12, 53:15, 53:16
**Company** [1] - 3:6
**company** [5] - 22:8, 34:22, 38:3, 47:19, 48:2

**complain** [2] - 24:2, 54:9
**complaining** [6] - 19:6, 29:19, 33:1, 33:3, 36:22, 53:8
**complaints** [3] - 19:21, 19:22, 67:13
**completely** [1] - 26:25
**complex** [9] - 12:14, 39:13, 56:19, 64:24, 65:23, 68:3, 68:5, 69:1, 69:20
**complexes** [4] - 8:16, 8:19, 9:14, 56:15
**compliance** [2] - 72:10, 72:11
**composure** [1] - 45:5
**concerned** [1] - 54:1
**concluded** [1] - 70:25
**concludes** [1] - 70:16
**condition** [3] - 16:23, 48:9, 58:12
**conditioning** [1] - 17:25
**conditions** [5] - 9:13, 23:17, 24:25, 28:22, 29:6
**confirm** [1] - 7:17
**consistently** [1] - 51:25
**CONSOLIDATED** [1] - 1:5
**constant** [3] - 18:11, 50:4, 54:11
**constantly** [1] - 56:2
**contact** [1] - 59:2
**contacted** [1] - 61:18
**continue** [1] - 44:22
**continued** [3] - 2:1, 3:1, 33:9
**contractor** [1] - 34:19
**contractors** [1] - 33:22
**contractual** [1] - 72:11
**copper** [1] - 37:17
**Copper** [1] - 2:8
**corner** [2] - 43:6, 43:14
**correct** [20] - 9:9, 19:17, 26:9, 38:19, 48:17, 51:14, 55:8, 56:11, 56:13, 57:12, 57:15, 59:23, 61:4, 61:8, 62:11, 64:3, 66:2, 68:12, 71:8, 72:8
**corrections** [3] - 71:7, 71:16, 71:17
**correctly** [1] - 68:23
**coughing** [2] - 42:11,

42:15
**counsel** [4] - 5:3, 6:20, 10:14, 72:13
**count** [1] - 53:22
**counter** [1] - 43:23
**couple** [1] - 51:11
**course** [1] - 9:4
**court** [4] - 6:6, 6:23, 8:9, 11:10
**Court** [3] - 3:21, 5:22, 72:3
**COURT** [10] - 1:1, 6:8, 6:15, 7:16, 7:25, 8:4, 23:4, 23:9, 70:18, 72:17
**cracking** [6] - 15:2, 20:24, 21:2, 21:6, 34:14, 34:15
**Creek** [1] - 2:8
**crew** [2] - 29:22, 37:23
**criminal** [5] - 44:10, 46:15, 65:2, 65:6
**CRR** [2] - 3:21, 72:17
**crumbling** [1] - 38:1
**current** [1] - 9:1
**cut** [4] - 14:11, 14:15, 16:19
**cutting** [3] - 14:21, 15:13, 18:22
**cuz** [1] - 31:25

**D**

**daily** [1] - 23:20
**damage** [1] - 17:18
**damages** [1] - 17:22
**DANA** [1] - 1:8
**Dasmen** [32] - 2:8, 8:17, 9:8, 22:9, 22:11, 22:13, 22:18, 24:13, 29:3, 29:4, 29:11, 29:20, 29:25, 30:4, 33:10, 40:2, 40:3, 40:6, 40:9, 40:12, 40:15, 41:5, 41:13, 42:6, 42:14, 44:21, 47:14, 47:17, 47:20, 49:14, 58:5, 70:1
**DASMEN** [1] - 1:6
**date** [3] - 11:12, 51:25, 71:9
**DATE** [2] - 71:12, 71:20
**dated** [1] - 14:19
**deal** [2] - 24:8, 43:23
**dealing** [2] - 44:22, 54:12
**December** [5] - 30:23, 51:11, 52:1, 58:5,

60:17
**deep** [1] - 59:14
**Defendant** [2] - 2:7, 2:20
**Defendants** [1] - 2:13
**defined** [1] - 72:17
**DeLorimier** [2] - 3:11, 6:9
**Depo** [1] - 3:12
**Depo-Vue** [1] - 3:12
**Deposition** [1] - 1:11
**deposition** [10] - 5:4, 5:17, 6:4, 9:6, 9:11, 37:5, 61:13, 61:16, 70:16, 70:24
**depovueinc@gmail. com** [1] - 3:13
**describe** [3] - 11:16, 16:23, 18:3
**detail** [1] - 34:9
**DEUTSCH** [1] - 2:10
**Development** [8] - 2:14, 2:14, 51:8, 51:9, 52:12, 52:15, 52:18, 52:21
**device** [1] - 60:13
**DeVonn** [2] - 1:22, 7:15
**diagnosed** [4] - 41:4, 41:20, 41:23, 68:11
**difference** [4] - 43:12, 55:24, 56:10, 57:24
**different** [2] - 15:15, 27:1
**difficult** [1] - 9:25
**difficulty** [2] - 41:7, 41:12
**direction** [1] - 72:8
**distinguish** [3] - 56:10, 57:15, 57:23
**DISTRICT** [2] - 1:1, 1:1
**djarrett@ jarrettlawgroup. com** [1] - 1:24
**DMD** [1] - 1:4
**doctor** [2] - 43:2, 50:15
**documentation** [1] - 58:11
**documents** [1] - 61:15
**done** [6] - 20:5, 32:7, 46:5, 46:19, 54:24, 60:25
**door** [4] - 46:9, 47:9, 66:14, 66:18
**doors** [14] - 28:8, 46:5, 46:6, 46:7, 46:8, 46:14, 46:18, 46:19, 46:24, 46:25, 47:2, 66:2, 66:5, 66:6

**double** [1] - 51:13
**double-check** [1] - 51:13
**DOUGLAS** [1] - 1:8
**Douglass** [1] - 11:22
**down** [23] - 9:24, 15:11, 15:22, 18:23, 18:25, 19:2, 20:15, 22:14, 22:15, 22:18, 22:19, 22:24, 23:1, 23:6, 23:23, 24:7, 24:14, 24:17, 24:19, 25:15, 30:7, 37:19, 48:25
**downtown** [3] - 57:3, 57:4, 57:7
**drawer** [1] - 59:6
**driver's** [1] - 48:5
**dropping** [1] - 34:15
**drug** [1] - 44:22
**drugs** [2] - 44:16, 44:19
**duly** [2] - 8:8, 72:5
**during** [3] - 9:3, 29:23, 53:24
**duties** [2] - 62:14, 64:13

**E**

**e-mail** [1] - 59:25
**EAGAN** [3] - 7:6, 49:12, 50:24
**Eagan** [2] - 7:7, 49:14
**Eagan....................** [1] - 4:9
**East** [4] - 43:5, 43:9, 43:12, 43:15
**EASTERN** [1] - 1:1
**Eastlake** [4] - 2:14, 51:8, 52:12, 52:18
**educational** [1] - 11:16
**Edwards** [2] - 14:1, 30:17
**eegan@glllaw.com** [1] - 2:7
**Egan** [1] - 2:4
**eight** [5] - 31:20, 46:18, 66:2, 66:5
**either** [4] - 41:5, 45:24, 49:22, 63:8
**Emily** [3] - 2:4, 7:7, 49:13
**employed** [5] - 19:13, 19:16, 52:12, 52:17, 52:20
**employee** [2] - 52:6, 52:8
**employment** [1] - 9:4

**end** [1] - 51:21
**entities** [1] - 49:15
**eroding** [3] - 14:25, 15:1, 15:2
**Esquire** [6] - 1:17, 1:22, 2:4, 2:11, 2:17, 3:3
**estimate** [1] - 34:23
**et** [1] - 5:6
**ET** [2] - 1:3, 1:7
**everyday** [1] - 65:11
**everywhere** [3] - 25:25, 26:1, 26:2
**evicted** [1] - 45:18
**evidence** [1] - 5:19
**exactly** [1] - 57:8
**EXAMINATION** [9] - 4:4, 8:11, 23:11, 29:1, 39:21, 49:12, 51:6, 62:5, 68:17
**excellent** [1] - 61:23
**experience** [12] - 23:12, 32:11, 42:2, 42:6, 42:10, 42:14, 42:17, 42:21, 54:21, 54:23, 55:3, 64:20
**experienced** [1] - 28:14
**expert** [1] - 59:11
**explain** [3] - 10:4, 34:8, 49:25
**exposed** [1] - 9:3

**F**

**face** [3] - 38:24, 38:25, 40:3
**fair** [1] - 56:8
**fall** [1] - 21:7
**falling** [1] - 21:2
**familiar** [1] - 48:21
**far** [2] - 22:22, 40:22
**fast** [2] - 37:17, 45:20
**feces** [2] - 15:6, 15:22
**fell** [1] - 34:3
**few** [5] - 8:18, 49:16, 49:18, 62:8, 67:6
**figure** [1] - 53:10
**file** [1] - 57:19
**filing** [1] - 5:12
**fill** [1] - 67:25
**finish** [1] - 11:20
**FIRM** [1] - 1:17
**First** [1] - 48:13
**first** [8] - 6:11, 6:17, 8:8, 12:13, 20:21, 22:12, 35:25, 72:5
**five** [2] - 28:1, 31:19
**fix** [2] - 14:16, 35:16
**fixed** [1] - 46:5

**fixtures** [1] - 28:8
**flag** [2] - 69:14, 69:17
**Flake** [5] - 1:12, 7:24, 8:7, 10:22, 10:24
**floor** [2] - 20:19, 20:21
**floors** [1] - 20:23
**follow** [2] - 68:18
**follow-up** [2] - 68:18
**follows** [1] - 8:10
**fool** [2] - 16:12, 25:13
**forced** [1] - 22:5
**foregoing** [2] - 71:5, 72:6
**Forest** [2] - 43:18, 43:20
**forgot** [1] - 38:15
**form** [3] - 5:15, 28:25, 39:18
**formalities** [2] - 5:9, 5:11
**format** [2] - 9:25, 72:10
**former** [1] - 9:1
**formerly** [1] - 9:7
**forth** [2] - 24:11, 72:6
**forwards** [1] - 22:23
**four** [2] - 31:19, 63:4
**Franklin** [1] - 11:22
**frequent** [1] - 40:21
**frequently** [1] - 46:13
**Friday** [1] - 1:13
**FRITCHIE** [1] - 2:17
**front** [1] - 18:8
**full** [5] - 7:20, 10:21, 21:13, 31:8, 31:10
**fully** [3] - 10:2, 10:3, 10:8
**fuzzy** [1] - 56:4

**G**

**Gailmor** [3] - 2:11, 7:9, 51:8
**GAILMOR** [3] - 7:8, 51:6, 61:22
**Gailmor....................** [1] - 4:11
**gear** [3] - 39:15, 39:23, 40:16
**gentlemen** [1] - 14:4
**GIEGER** [1] - 2:3
**Gilley** [2] - 3:11, 6:16
**given** [3] - 63:20, 71:5, 71:8
**gloves** [3] - 38:25, 39:3, 40:7
**gmail** [1] - 60:5
**gnat** [1] - 35:22
**gnats** [8] - 35:1, 35:4, 35:7, 35:8, 35:11,

35:17, 35:18, 56:7
**God** [1] - 46:5
**grade** [1] - 11:18
**greater** [1] - 34:9
**green** [2] - 54:18, 56:4
**grew** [1] - 19:23
**ground** [2] - 18:15, 53:13
**GROUP** [1] - 1:22
**Group** [4] - 2:14, 51:9, 52:15, 52:20
**grow** [2] - 19:22, 56:2
**growing** [3] - 25:23, 54:10, 69:19
**grows** [1] - 18:17
**guess** [13] - 23:15, 31:25, 32:1, 33:24, 34:10, 34:13, 36:23, 37:16, 61:6, 69:14, 69:15, 69:17, 69:20
**guidelines** [1] - 72:10
**gutter** [1] - 20:16
**gutters** [2] - 20:13, 20:14, 31:21
**guy** [2] - 13:15, 17:3
**guys** [11] - 13:22, 29:4, 44:16, 44:18, 65:10, 65:13, 65:15, 65:17, 65:18, 67:15

**H**

**half** [7] - 13:8, 20:25, 22:14, 31:7, 31:9, 34:5, 45:17
**hallway** [2] - 46:11, 46:12
**hallways** [3] - 46:7, 46:25, 66:8
**hand** [3] - 29:18, 36:3, 67:21
**handed** [1] - 64:13
**handle** [2] - 34:20, 62:22, 67:13
**handled** [2] - 67:11, 67:16
**handling** [1] - 63:23
**hanging** [3] - 33:25, 44:16, 44:18, 65:15, 65:18
**hard** [1] - 41:1
**head** [2] - 31:19, 67:5
**headaches** [7] - 40:21, 40:25, 41:1, 44:3, 49:20, 50:9, 50:18
**health** [1] - 43:1
**hear** [4] - 6:13, 6:14, 49:16, 68:23
**heard** [2] - 46:11,

68:21
**hearing** [1] - 36:22
**heaters** [2] - 17:17
**help** [8] - 17:4, 17:9, 17:13, 22:20, 23:1, 24:7, 30:8, 57:23
**helping** [1] - 30:7
**hereby** [4] - 5:5, 5:16, 71:4, 72:4
**herein** [1] - 72:13
**hereinabove** [1] - 72:6
**hereto** [1] - 5:3
**Hidden** [41] - 8:23, 12:15, 12:18, 12:25, 14:8, 16:25, 18:5, 26:8, 30:11, 30:17, 33:7, 33:16, 35:23, 36:4, 36:13, 36:19, 39:10, 39:14, 40:20, 41:9, 42:1, 42:9, 42:18, 44:5, 44:8, 44:25, 45:14, 45:15, 45:24, 46:3, 49:22, 51:10, 51:14, 51:24, 52:4, 52:10, 52:11, 52:25, 58:5, 58:12, 60:16
**hidden** [1] - 59:15
**high** [2] - 11:21, 11:23
**hire** [2] - 24:14, 59:11
**hired** [2] - 29:25, 63:15
**hold** [3] - 9:17, 12:9, 24:17
**holes** [5] - 46:22, 47:2, 47:4, 47:5, 47:7
**hope** [1] - 32:16
**hospital** [1] - 43:10
**Hospital** [1] - 43:12
**hot** [1] - 17:17
**hotels** [3] - 56:16, 56:19, 56:22
**House** [3] - 13:24, 14:1, 22:18, 55:9, 55:10
**house** [9] - 15:13, 18:9, 20:16, 23:25, 25:21, 28:9, 43:7, 53:17

**I**

**idea** [3] - 50:11, 61:10, 61:11
**identify** [1] - 6:20, 56:9
**identity** [1] - 7:18
**ill** [2] - 39:24, 40:17
**immediate** [1] - 13:19
**important** [2] - 9:19,

11:6, 12:6
**Inc** [3] - 2:15, 2:21, 3:12
**incidence** [1] - 49:20
**industry** [1] - 28:18
**infestation** [9] - 32:23, 33:15, 34:2, 35:1, 35:22, 36:11, 36:12, 36:16, 36:19
**Inn** [4] - 56:25, 57:2, 57:12, 57:19
**insect** [1] - 32:22
**inside** [6] - 36:21, 36:22, 36:25, 37:3, 67:8, 67:9
**inspection** [1] - 70:5
**inspections** [1] - 60:25
**instances** [1] - 44:9
**instead** [1] - 32:19
**instruct** [7] - 38:23, 40:3, 40:6, 40:9, 40:12, 69:23, 70:1
**instructed** [1] - 39:15
**intention** [1] - 11:2
**intentionally** [1] - 9:3
**interested** [1] - 72:14
**intrusion** [13] - 14:8, 18:1, 19:25, 20:20, 25:7, 26:19, 27:22, 29:12, 31:2, 31:16, 31:21, 37:10
**investigations** [1] - 65:23
**involved** [5] - 60:15, 60:18, 60:21, 60:24, 65:22
**iron** [8] - 14:10, 14:14, 14:21, 14:24, 15:11, 15:14, 16:4, 31:11
**IRWIN** [1] - 2:17
**issue** [7] - 20:1, 20:6, 24:10, 43:1, 48:7, 50:1, 50:8
**issues** [6] - 18:4, 26:19, 27:21, 32:23, 43:24, 61:8

### J

**JARRETT** [2] - 1:22, 7:14
**Jarrett** [2] - 1:22, 7:15
**Jess** [1] - 66:4
**job** [8] - 11:19, 12:24, 19:5, 19:7, 19:9, 24:21, 45:3, 48:11
**jobs** [1] - 55:1
**John** [1] - 14:1
**JOSHUA** [1] - 1:3

**JUDGE** [2] - 1:6, 1:8
**junk** [1] - 59:6

### K

**keep** [4] - 11:7, 30:8, 45:5, 67:4
**kept** [4] - 15:11, 18:11, 37:15
**KERRIGAN** [1] - 2:10
**key** [1] - 44:18
**KFK** [8] - 2:14, 51:9, 52:14, 52:15, 52:20, 52:21
**kicked** [6] - 46:6, 46:14, 46:19, 66:6, 66:14, 66:18
**kicking** [1] - 46:10
**kids** [1] - 11:19
**kill** [2] - 18:16, 19:1
**kind** [4] - 23:16, 28:3, 44:2, 57:18
**knowed** [1] - 29:17
**knowledge** [4] - 9:15, 29:9, 29:15, 29:20
**known** [1] - 12:15

### L

**LABORDE** [1] - 2:3
**Laguna** [50] - 8:19, 8:22, 12:15, 16:24, 24:15, 25:3, 25:5, 25:9, 26:9, 27:3, 27:5, 27:14, 27:22, 27:23, 28:4, 28:14, 28:15, 28:21, 30:7, 30:12, 30:17, 31:3, 31:24, 32:13, 32:23, 33:12, 33:19, 33:20, 33:21, 35:1, 36:8, 36:16, 38:11, 38:13, 40:2, 41:13, 41:19, 42:5, 42:13, 42:22, 44:21, 45:9, 45:15, 45:16, 45:24, 46:3, 49:22, 55:18
**LaHaye** [2] - 3:3, 7:11
**LAHAYE** [1] - 7:10
**Lake** [33] - 8:23, 12:15, 12:18, 12:25, 14:8, 16:25, 18:5, 26:8, 30:11, 30:17, 33:7, 33:16, 35:23, 36:5, 36:13, 36:19, 39:10, 39:14, 40:20, 41:9, 42:1, 42:9, 42:19, 43:18, 43:19, 44:6, 44:8, 45:1, 45:15, 45:24, 46:3,

48:13, 49:22
**Lakes** [10] - 51:10, 51:14, 51:25, 52:4, 52:11, 52:25, 58:5, 58:12, 60:16
**LAPEROUSE** [1] - 2:3
**last** [2] - 46:12, 66:19
**Latter** [20] - 2:21, 12:20, 22:9, 29:3, 29:11, 38:23, 39:2, 39:9, 39:12, 39:22, 40:19, 41:5, 41:8, 41:15, 42:2, 42:10, 52:6, 52:8, 62:7, 69:22
**law** [1] - 5:8
**LAW** [1] - 1:22
**lawyers** [4] - 10:6, 49:8, 61:19, 62:1
**leak** [1] - 53:12
**leaking** [14] - 14:12, 15:6, 16:4, 16:11, 16:14, 16:16, 16:21, 18:11, 20:12, 20:13, 20:14, 31:11
**leaks** [5] - 14:13, 31:23, 32:8, 53:15
**leaning** [2] - 20:24, 21:6
**learn** [2] - 9:12, 9:13
**least** [1] - 49:20
**leave** [2] - 11:23, 47:13
**leaving** [2] - 20:8, 20:9, 21:10
**left** [2] - 22:9, 38:19
**Legal** [1] - 3:12
**letting** [1] - 25:21
**level** [1] - 45:12
**license** [2] - 48:5
**light** [1] - 28:8
**live** [1] - 35:4
**living** [1] - 18:9
**LLC** [8] - 1:7, 1:17, 2:3, 2:8, 2:8, 2:14, 2:14, 2:17
**LLP** [2] - 2:10, 3:3
**lockdown** [1] - 48:22
**locking** [1] - 48:25
**look** [2] - 32:3, 59:5
**looking** [1] - 58:22
**LOUISIANA** [1] - 1:1
**Louisiana** [14] - 1:12, 1:18, 1:23, 2:6, 2:12, 2:19, 3:4, 5:5, 5:24, 8:3, 8:7, 10:23, 72:3, 72:12
**Luke** [2] - 3:3, 7:11
**luke.lahaye@arlaw. com** [1] - 3:5

**Luvine** [1] - 30:16
**Lynd** [13] - 47:18, 47:19, 47:21, 47:22, 47:24, 47:25, 48:1, 48:14, 48:16, 48:18, 48:19

### M

**ma'am** [154] - 7:23, 9:10, 9:22, 10:5, 10:11, 10:19, 11:4, 11:9, 12:2, 12:5, 12:7, 12:12, 12:19, 12:22, 13:15, 13:18, 14:2, 14:5, 14:9, 15:18, 17:19, 17:23, 18:2, 19:12, 19:15, 19:18, 19:24, 23:8, 23:18, 24:23, 26:7, 26:10, 26:17, 26:21, 26:24, 27:4, 27:8, 27:11, 27:20, 27:23, 28:12, 28:16, 28:23, 29:7, 29:14, 29:15, 30:19, 30:21, 31:1, 32:1, 32:21, 33:8, 33:11, 33:13, 33:17, 34:12, 34:24, 36:10, 36:14, 36:17, 36:20, 37:7, 38:10, 38:20, 38:25, 39:4, 39:7, 39:11, 39:20, 39:25, 40:5, 40:8, 40:11, 40:14, 40:18, 40:22, 41:6, 41:10, 41:11, 41:22, 41:25, 42:4, 42:8, 42:12, 42:16, 42:20, 44:7, 44:11, 44:12, 44:24, 45:3, 47:3, 47:6, 47:12, 47:15, 47:23, 48:23, 49:2, 49:3, 49:11, 49:17, 49:24, 50:20, 50:23, 51:5, 51:15, 51:18, 52:13, 52:16, 52:19, 52:22, 53:3, 53:21, 54:23, 57:21, 58:9, 58:16, 59:2, 59:5, 59:13, 59:17, 59:24, 60:6, 60:11, 60:14, 60:23, 61:2, 61:5, 61:9, 61:14, 61:17, 61:21, 62:4, 62:15, 68:20, 69:15, 69:21, 70:3, 70:7, 70:8, 70:13
**machines** [1] - 17:21
**Magazine** [2] - 1:23, 2:11
**MAGISTRATE** [1] - 1:8

**mail** [1] - 59:25
**main** [2] - 20:14, 33:24
**maintance** [1] - 63:11
**maintenance** [28] - 9:2, 9:8, 13:2, 13:17, 23:15, 23:20, 24:22, 28:11, 29:22, 30:11, 37:23, 49:1, 53:19, 62:14, 62:19, 62:22, 63:11, 63:18, 63:23, 63:25, 64:2, 64:6, 64:21, 67:10, 67:12, 67:14, 67:17
**majority** [1] - 63:14
**make-readies** [13] - 24:22, 26:20, 27:13, 27:15, 27:16, 28:1, 62:25, 63:1, 63:8, 63:11, 63:13, 63:19, 63:22
**make-ready** [11] - 13:1, 13:2, 13:4, 13:15, 26:12, 27:18, 62:11, 62:13, 63:15, 64:16, 64:17
**man** [2] - 62:11, 67:10
**managed** [1] - 8:16
**Management** [2] - 2:8, 2:21
**management** [1] - 22:8
**manpower** [3] - 20:6, 20:10, 21:9
**MARGARET** [4] - 3:21, 5:22, 72:3, 72:17
**Margaret** [1] - 6:13
**mask** [2] - 38:24, 40:4
**masks** [1] - 39:1
**matter** [1] - 72:14
**MCKENZIE** [4] - 3:21, 5:22, 72:3, 72:17
**mean** [2] - 13:3, 28:14, 45:15
**meaning** [2] - 25:18, 60:20
**means** [1] - 27:18
**medications** [1] - 43:23
**meet** [1] - 52:10
**men** [5] - 20:8, 23:16, 24:8, 62:13
**mentioned** [4] - 8:9, 21:8, 33:14, 34:7
**method** [1] - 72:7
**middle** [1] - 51:23
**might** [2] - 38:18, 50:11
**mildew** [5] - 55:18, 55:19, 55:20, 55:23, 55:25, 56:1, 56:3,

56:4, 56:9, 56:21, 56:24, 57:15, 57:24, 68:22, 69:8
**Milton** [1] - 66:4
**minute** [5] - 12:1, 12:3, 12:5, 47:10, 54:2
**mirror** [1] - 37:2
**mirrors** [1] - 37:1
**misspoke** [1] - 26:3
**misstating** [1] - 57:13
**mix** [1] - 21:25
**moisture** [1] - 25:20
**mold** [98] - 9:3, 12:11, 16:8, 16:18, 18:4, 18:16, 18:20, 19:11, 19:21, 19:22, 21:13, 21:22, 25:7, 25:8, 25:9, 25:14, 25:22, 25:25, 26:5, 26:16, 27:21, 28:3, 29:12, 29:21, 31:2, 31:5, 31:7, 31:8, 31:10, 31:14, 34:23, 35:5, 35:12, 35:14, 35:17, 37:10, 37:14, 38:22, 39:16, 39:23, 40:4, 40:7, 40:10, 40:13, 40:16, 50:10, 50:13, 50:14, 50:18, 53:1, 53:5, 53:8, 53:23, 54:7, 54:9, 54:10, 54:12, 54:14, 54:17, 54:19, 54:24, 54:25, 55:2, 55:5, 55:12, 55:17, 55:19, 55:21, 55:23, 55:25, 56:3, 56:5, 56:9, 56:17, 56:21, 56:24, 57:15, 57:24, 66:24, 66:25, 67:8, 67:12, 68:9, 68:12, 68:22, 69:3, 69:4, 69:5, 69:6, 69:8, 69:10, 69:19, 69:24, 70:2
**moment** [2] - 48:4, 48:6
**money** [2] - 34:21, 48:10
**month** [5] - 46:9, 48:8, 48:20, 51:19
**months** [1] - 18:17
**MOORE** [1] - 2:17
**morning** [2] - 8:12, 8:13
**most** [2] - 24:2, 63:21
**mostly** [1] - 14:9
**move** [7] - 11:2, 11:5, 13:6, 13:7, 13:13, 37:1, 37:2

**moveable** [1] - 28:9
**moved** [1] - 48:11
**moving** [4] - 26:14, 26:15, 27:18, 27:19
**MR** [8] - 7:10, 7:12, 7:14, 28:24, 39:17, 62:5, 68:14, 70:9
**MS** [15] - 6:12, 7:4, 7:6, 7:8, 8:11, 23:11, 29:1, 39:21, 49:4, 49:12, 50:24, 51:6, 61:22, 68:17, 70:20

## N

**name** [11] - 7:20, 7:23, 8:14, 10:21, 38:16, 43:11, 49:13, 51:7, 57:7, 62:6, 67:17
**names** [7] - 8:18, 67:20, 67:23, 67:24, 68:2, 68:3, 68:6
**naming** [1] - 67:4
**need** [6] - 10:12, 11:10, 32:16, 34:11, 58:20, 59:15
**needed** [2] - 28:6, 32:5
**needs** [1] - 10:15
**negotiations** [1] - 60:22
**nervous** [1] - 12:4
**never** [21] - 14:23, 17:5, 19:10, 21:3, 29:8, 29:19, 32:6, 32:9, 36:6, 36:9, 37:22, 47:7, 49:2, 55:19, 55:20, 56:8, 66:10, 67:24, 68:8, 68:10
**New** [14] - 1:12, 1:18, 1:23, 2:6, 2:12, 2:19, 3:4, 8:1, 8:3, 8:7, 10:23, 43:8, 43:12
**new** [5] - 19:17, 22:8, 32:6, 37:5, 47:19
**next** [1] - 11:3
**Nichols** [1] - 11:22
**night** [2] - 46:12, 66:19
**nine** [3] - 11:1, 28:20, 31:20
**NO** [1] - 1:3
**nobody** [2] - 25:13, 37:22
**none** [1] - 17:6
**nonexistent** [2] - 25:17, 25:18
**normally** [1] - 18:9
**nose** [1] - 44:4

**noted** [2] - 71:16, 71:17
**nothing** [5] - 19:2, 21:4, 21:23, 55:22, 70:10
**noticing** [1] - 7:3
**number** [5] - 19:21, 19:22, 53:23, 59:19, 60:4
**numbers** [1] - 67:23

## O

**O'Keefe** [4] - 57:3, 57:6, 57:7, 57:9
**oath** [2] - 5:25, 6:24
**object** [2] - 28:25, 39:18
**objection** [3] - 6:23, 10:7, 10:9
**objections** [1] - 5:14
**observation** [1] - 14:25
**observations** [2] - 35:11, 37:9
**observe** [9] - 25:7, 27:21, 28:3, 31:2, 32:22, 44:9, 44:14, 44:22, 53:4
**observed** [4] - 24:24, 28:22, 53:1, 53:23
**observing** [4] - 26:16, 26:18, 26:22, 54:14
**occurred** [1] - 38:18
**OF** [1] - 1:1
**office** [2] - 23:23, 63:2
**officer** [1] - 72:4
**officiated** [1] - 5:24
**often** [2] - 53:4, 63:10
**old** [8] - 31:25, 33:4, 34:10, 58:15, 58:23, 59:7, 60:9
**once** [5] - 13:5, 22:3, 23:22, 62:25, 63:16
**one** [25] - 8:21, 9:17, 17:5, 18:21, 25:3, 25:23, 26:14, 27:7, 27:9, 27:13, 27:18, 29:16, 31:18, 33:24, 41:10, 46:1, 48:24, 49:20, 50:1, 50:2, 50:3, 50:5, 50:22, 55:19
**One** [1] - 2:4
**one-time** [2] - 50:3, 50:5
**ones** [4] - 17:6, 24:1, 28:2, 31:8
**open** [4] - 14:11, 14:15, 15:13

**opened** [1] - 43:6
**operated** [8] - 12:20, 12:25, 33:7, 33:16, 36:8, 39:14, 40:20, 45:14
**operating** [5] - 33:10, 36:13, 36:16, 36:19, 45:13
**opinion** [2] - 37:8, 64:6
**opinions** [1] - 72:13
**opportunity** [2] - 10:3, 10:10
**order** [9] - 7:17, 23:24, 55:11, 55:13, 67:17, 67:18, 67:20, 67:22
**ordering** [2] - 32:12, 32:18
**orders** [8] - 23:13, 24:1, 62:22, 64:3, 64:6, 64:7, 64:8, 67:12
**ordinary** [1] - 28:11
**Orleans** [15] - 1:12, 1:18, 1:23, 2:6, 2:12, 2:19, 3:4, 5:23, 8:1, 8:3, 8:7, 10:23, 43:8, 43:9, 43:12
**otherwise** [1] - 72:14
**ourselves** [1] - 18:23
**outcome** [1] - 72:14
**outside** [2] - 16:15, 32:2
**over-the-counter** [1] - 43:23
**own** [2] - 19:4, 19:8
**owned** [1] - 8:18
**owner** [1] - 19:17
**owners** [1] - 51:9

## P

**pads** [1] - 58:18
**pages** [1] - 72:6
**paint** [1] - 13:9
**painting** [1] - 28:5
**pants** [2] - 39:9, 40:13
**paper** [2] - 55:13, 55:16, 57:18
**Parish** [1] - 5:23
**part** [1] - 5:18
**participating** [1] - 10:15
**parties** [2] - 5:3, 72:13
**parts** [1] - 31:10
**patch** [2] - 32:8, 47:2
**people** [25] - 9:2, 15:21, 16:17, 19:6, 21:9, 21:11, 22:21, 24:3, 29:18, 30:11,

33:1, 33:2, 34:14, 36:21, 45:17, 46:5, 46:6, 46:18, 50:16, 53:16, 55:17, 66:6, 68:24, 69:9, 69:10
**people's** [7] - 15:7, 15:12, 15:13, 16:6, 16:20, 20:15, 54:5
**percent** [3] - 31:5, 31:6, 31:13
**perform** [1] - 62:14
**performed** [1] - 70:5
**period** [4] - 30:24, 53:25, 54:1, 54:4
**periods** [1] - 66:3
**person** [2] - 30:13, 69:2
**personal** [9] - 9:15, 14:25, 23:3, 23:12, 35:10, 37:9, 54:21, 54:23, 55:3, 72:8
**personally** [6] - 25:7, 44:9, 44:13, 50:7, 52:25, 66:16
**personnel** [1] - 57:19
**phone** [5] - 59:6, 59:15, 59:19, 60:10, 60:13
**phones** [3] - 58:15, 58:23, 59:3, 59:8
**photographs** [2] - 59:9, 60:9
**photos** [2] - 58:10, 59:12
**physician** [1] - 68:11
**pictures** [2] - 58:19, 58:24
**piece** [2] - 55:13, 55:16
**pigeons** [3] - 36:24, 36:25, 37:3
**pipes** [18] - 14:10, 14:22, 14:24, 15:6, 15:11, 15:22, 16:4, 18:11, 20:11, 31:11, 31:17, 31:21, 37:21, 37:24, 37:25, 38:2
**piping** [1] - 37:17
**Plaintiffs** [1] - 1:20, 1:25
**plastic** [1] - 14:17
**plumbing** [2] - 14:14, 26:22
**pneumonia** [1] - 41:4
**point** [4] - 8:17, 32:12, 38:5, 38:12
**police** [5] - 65:20, 65:24, 66:9, 66:16, 66:17
**pooling** [1] - 17:14

**portion** [1] - 63:23
**position** [1] - 12:24
**possession** [1] - 59:4
**Powder** [1] - 44:2
**Poydras** [3] - 2:5, 2:18, 3:4
**premises** [1] - 44:23
**prepare** [2] - 61:13, 61:16
**prepared** [2] - 72:7, 72:9
**presence** [1] - 55:4
**preserve** [1] - 60:13
**Preston** [1] - 2:11
**pretty** [2] - 64:22, 67:9
**problem** [24] - 14:12, 18:20, 20:18, 31:17, 33:4, 33:5, 33:6, 33:9, 34:7, 34:25, 35:21, 35:22, 36:4, 36:12, 36:15, 37:14, 42:10, 49:21, 50:8, 50:21, 53:14, 54:11, 58:9, 58:20
**problems** [22] - 14:8, 14:22, 15:5, 15:9, 15:21, 16:11, 17:16, 17:21, 17:25, 20:16, 20:22, 21:5, 26:23, 29:12, 32:11, 37:9, 42:3, 42:6, 42:14, 42:18, 42:22, 58:6
**Procedure** [2] - 5:6, 72:12
**proceeding** [1] - 11:11
**professional** [1] - 59:16
**progressively** [1] - 20:2
**prohibition** [1] - 72:11
**promoted** [1] - 62:19
**properties** [7] - 27:8, 30:2, 30:3, 30:6, 38:9, 38:17, 65:9
**Property** [1] - 2:21
**property** [12] - 22:16, 23:2, 24:6, 24:7, 24:15, 30:9, 38:15, 38:16, 51:10, 60:25, 61:4, 70:5
**protective** [3] - 39:15, 39:23, 40:16
**provide** [1] - 10:10
**pull** [4] - 16:17, 17:4, 17:9, 58:23
**pulled** [1] - 24:14
**purposes** [2] - 5:7, 61:1
**pushed** [1] - 63:18
**pushing** [1] - 48:6

**put** [6] - 15:3, 30:8, 67:24, 68:2, 68:3, 68:5
**putting** [1] - 67:20
**PVC** [2] - 14:17, 15:3

**Q**

**Quality** [4] - 56:25, 57:2, 57:12, 57:19
**questions** [9] - 40:2, 49:9, 49:16, 49:19, 51:2, 51:11, 62:2, 62:8, 68:16
**quickly** [1] - 9:23
**quite** [1] - 67:6

**R**

**ran** [2] - 36:6, 36:9
**random** [1] - 40:24
**rashes** [2] - 42:3, 42:7
**rat** [3] - 36:11, 36:12, 36:15
**rats** [1] - 36:17
**reach** [1] - 60:7
**read** [2] - 6:10, 6:16
**Read** [2] - 43:16, 43:17
**readies** [13] - 24:22, 26:20, 27:13, 27:15, 27:16, 28:1, 62:25, 63:1, 63:8, 63:11, 63:13, 63:19, 63:22
**reading** [2] - 5:9, 70:19
**ready** [12] - 13:1, 13:2, 13:4, 13:7, 13:15, 26:12, 27:18, 62:11, 62:13, 63:15, 64:16, 64:17
**really** [20] - 16:12, 17:2, 17:5, 21:23, 22:4, 22:6, 25:5, 25:8, 28:1, 29:14, 29:21, 30:13, 58:25, 61:3, 61:25, 66:11, 66:15, 67:4, 67:24, 68:8
**Realty** [1] - 3:6
**reason** [1] - 20:14
**reasons** [1] - 29:16
**receive** [2] - 23:19, 23:21
**received** [2] - 19:10, 37:20
**recognize** [2] - 56:21, 56:24
**recollection** [1] - 38:6
**record** [2] - 6:2, 6:10,

6:17, 6:22, 7:2, 7:21, 10:2, 10:9, 10:21, 11:13, 26:4, 70:15
**red** [2] - 69:14, 69:16
**redo** [4] - 13:9, 13:10, 13:13, 34:12
**REESE** [1] - 3:3
**regarding** [1] - 62:8
**rehire** [1] - 24:16
**related** [1] - 72:13
**relationships** [1] - 72:11
**relocated** [1] - 11:7
**remained** [1] - 33:18
**remediating** [1] - 39:16
**remediation** [1] - 38:22
**remember** [3] - 51:16, 51:18, 51:20
**repair** [4] - 46:7, 46:14, 47:4, 48:15
**repaired** [2] - 66:2, 66:5
**repairing** [1] - 46:22
**repeat** [1] - 59:21
**rephrase** [1] - 9:21
**replace** [12] - 18:23, 32:6, 34:3, 37:18, 37:24, 37:25, 38:2, 46:7, 46:9, 46:23, 46:24, 47:1
**replaced** [4] - 38:3, 38:5, 38:12, 46:17
**replacing** [3] - 28:6, 37:21
**report** [1] - 55:4
**REPORTED** [1] - 3:20
**reported** [3] - 55:7, 55:9, 72:7
**reporter** [3] - 6:6, 6:23, 8:9
**Reporter** [3] - 3:21, 5:23, 72:3
**REPORTER** [9] - 6:8, 6:15, 7:16, 7:25, 8:4, 23:4, 23:9, 70:18, 72:17
**REPORTER'S** [1] - 72:1
**reporting** [1] - 72:7
**represent** [5] - 8:15, 8:25, 49:14, 51:8, 62:7
**representing** [2] - 6:21, 9:1
**request** [2] - 23:20, 53:19
**required** [1] - 72:10
**requires** [1] - 10:1

**reserve** [1] - 70:21
**Reserve** [7] - 8:20, 27:6, 27:14, 27:22, 27:24, 28:5, 28:14
**reserved** [1] - 5:17
**reside** [1] - 8:15
**resided** [1] - 10:24
**RESIDENTIAL** [1] - 1:6
**Residential** [2] - 2:8, 8:17
**residents** [2] - 8:15, 8:25
**respect** [1] - 40:2
**responsible** [1] - 46:21
**responsiveness** [1] - 5:16
**review** [1] - 61:15
**RH** [1] - 49:15
**Rhodium** [1] - 8:18
**rich** [1] - 60:3
**RICH** [1] - 60:3
**rich9tiff@gmail.com** [1] - 60:2
**RICHARD** [4] - 1:11, 8:6, 71:4, 72:4
**Richard** [3] - 6:4, 7:23, 10:22
**rid** [2] - 44:3, 45:21
**ride** [1] - 65:8
**risk** [1] - 19:8
**RMR** [1] - 72:17
**roaches** [3] - 33:1, 33:3, 33:5
**Road** [1] - 43:16
**robbed** [1] - 46:12
**Ronald** [8] - 13:23, 14:1, 30:15, 30:16, 52:5, 52:6, 52:8, 55:8
**roof** [7] - 16:23, 17:6, 17:10, 17:11, 17:13, 17:14, 53:12
**roofs** [2] - 14:15, 17:5
**room** [1] - 18:10
**round** [1] - 46:18
**routine** [5] - 62:21, 64:5, 64:7, 64:8, 64:22
**routinely** [1] - 62:21
**RPR** [2] - 3:21, 72:17
**rules** [2] - 72:10, 72:12
**run** [5] - 25:21, 33:19, 36:7, 44:21, 63:4
**Run** [45] - 8:19, 8:22, 12:15, 16:24, 24:15, 25:3, 25:5, 25:9, 25:15, 25:25, 26:9,

27:3, 28:15, 28:21, 30:7, 30:12, 30:18, 31:3, 31:24, 32:13, 32:23, 33:12, 33:19, 33:20, 33:21, 35:1, 36:8, 36:16, 38:11, 38:13, 40:3, 41:13, 41:19, 42:5, 42:13, 42:23, 44:21, 45:9, 45:14, 45:15, 45:16, 45:24, 46:4, 49:23
**running** [3] - 15:22, 20:15, 63:9
**runny** [1] - 44:4

**S**

**safe** [5] - 44:25, 45:2, 45:6, 45:8, 45:13
**safety** [1] - 44:5
**sale** [16] - 19:17, 22:7, 29:23, 29:24, 30:23, 30:25, 31:3, 31:24, 51:10, 52:1, 58:4, 60:16, 60:22, 61:1, 70:5
**save** [1] - 5:14
**saw** [3] - 26:8, 50:16, 66:24
**sbagneris@ bagnerislawfirm. com** [1] - 1:19
**scheduled** [2] - 9:6, 9:11
**school** [3] - 11:18, 11:21, 11:24
**seal** [3] - 16:15, 32:4, 32:5
**sealing** [1] - 5:11
**seals** [1] - 38:10
**second** [3] - 9:17, 20:19, 66:22
**section** [1] - 22:2
**see** [24] - 11:17, 15:19, 15:20, 17:13, 23:17, 24:5, 25:22, 26:5, 33:21, 34:22, 36:17, 36:24, 43:25, 47:10, 49:7, 54:6, 54:7, 54:16, 63:2, 65:9, 65:13, 65:14, 65:17
**seeing** [1] - 16:7
**selling** [2] - 44:16, 44:19
**seq** [1] - 5:7
**set** [2] - 17:10, 72:6
**seven** [1] - 60:17
**several** [2] - 8:15, 8:16
**shaky** [1] - 34:17
**Sheetrock** [5] - 13:9,

16:19, 18:22, 47:5, 47:8
**Shell** [1] - 2:4
**Shelton** [4] - 30:14, 30:16, 66:4
**shooting** [6] - 45:23, 46:6, 46:11, 46:25, 47:9, 66:7
**shop** [1] - 33:23
**show** [2] - 58:11, 58:20
**sickness** [2] - 68:10, 68:12
**side** [2] - 20:15, 34:6
**SIGNATURE** [1] - 71:12
**SIGNED** [1] - 71:12
**Signed** [2] - 71:16, 71:17
**signing** [2] - 5:10, 70:19
**sinus** [2] - 42:17, 42:21
**situated** [1] - 48:12
**situation** [2] - 27:1, 33:18
**six** [1] - 31:19
**skills** [1] - 63:16
**skin** [2] - 42:3, 42:7
**sleeves** [2] - 39:6, 40:10
**slow** [3] - 9:24, 19:1, 23:5
**small** [1] - 63:22
**snake** [1] - 36:6
**snakes** [3] - 36:5, 36:8, 36:10
**sold** [3] - 29:16, 61:4, 61:7
**solve** [1] - 14:22
**someone** [1] - 52:7
**sometimes** [1] - 59:14
**somewhere** [1] - 59:15
**soon** [1] - 24:13
**sorry** [1] - 57:4
**sought** [1] - 5:18
**Southwood** [1] - 3:6
**special** [1] - 12:9
**Specialist** [1] - 3:12
**specifically** [2] - 5:10, 5:12
**spent** [2] - 48:10, 63:21
**spot** [1] - 35:14
**spray** [3] - 18:23, 18:25, 22:1
**sprayed** [1] - 21:17
**spraying** [3] - 21:21, 21:23, 21:24

**spread** [1] - 54:18
**Springs** [1] - 8:22
**Square** [1] - 2:4
**St** [6] - 1:18, 1:23, 2:5, 2:11, 2:18, 3:4
**stairs** [4] - 34:8, 34:14, 34:15, 34:16
**stairwells** [2] - 21:2, 21:6
**standing** [1] - 35:15
**start** [3] - 16:5, 24:11, 56:5
**started** [7] - 16:7, 18:7, 29:18, 36:2, 51:13, 56:14, 56:18
**starting** [1] - 7:2
**starts** [1] - 56:6
**State** [2] - 5:24, 72:3
**state** [7] - 7:1, 7:19, 10:1, 10:4, 10:8, 10:20, 11:12
**STATES** [1] - 1:1
**statute** [1] - 72:10
**stay** [3] - 19:21, 20:1, 29:23, 60:8
**stayed** [2] - 15:12, 43:4
**staying** [1] - 19:7
**steadily** [1] - 33:22
**steady** [1] - 37:18
**stenotype** [1] - 72:7
**still** [14] - 13:2, 14:15, 19:13, 19:16, 20:8, 22:18, 22:22, 23:1, 30:6, 42:24, 47:14, 59:3, 59:7, 63:19
**stipulated** [1] - 5:2
**stood** [3] - 25:19, 25:20, 35:7
**stop** [4] - 19:6, 32:8, 32:10, 47:16
**stopped** [1] - 47:20
**storage** [1] - 31:9
**street** [6] - 22:15, 24:18, 24:19, 25:15, 34:6, 57:7
**strip** [1] - 34:1
**stuff** [21] - 16:9, 18:24, 19:2, 20:24, 23:17, 34:15, 34:16, 34:18, 35:7, 35:9, 36:2, 36:22, 37:18, 44:4, 46:19, 47:1, 48:3, 56:4, 56:17, 64:19
**subpoena** [1] - 10:18
**suffer** [5] - 40:21, 40:25, 41:3, 41:7, 41:12
**Suite** [4] - 1:18, 2:5, 2:18, 3:4

**supervision** [1] - 72:8
**supervisor** [12] - 13:20, 20:25, 32:14, 32:15, 32:17, 34:19, 52:3, 55:5, 58:20, 64:9, 64:13, 64:18
**supervisors** [1] - 20:7
**supplies** [2] - 32:12, 32:18
**supposed** [5] - 38:9, 69:9, 69:11, 69:12, 69:16
**suspended** [1] - 48:5
**Suzette** [3] - 1:17, 7:5, 8:14
**swear** [1] - 6:7
**switch** [2] - 24:17, 66:22
**sworn** [2] - 8:8, 72:5
**system** [1] - 17:25

## T

**TAKEN** [1] - 71:20
**tbell@irwinllc.com** [1] - 2:20
**tech** [2] - 9:9, 13:1, 62:19
**technician** [3] - 17:2, 17:3, 17:7
**ten** [1] - 28:20
**tenant** [6] - 26:14, 26:15, 27:18, 27:19, 69:5, 69:19
**tenants** [3] - 45:19, 69:23, 70:2
**term** [2] - 13:3, 48:21
**termite** [2] - 33:15, 34:2
**termites** [3] - 32:24, 33:14, 34:5
**testified** [5] - 49:19, 52:23, 62:10, 65:1, 66:1
**testify** [3] - 8:10, 68:9, 72:6
**testimony** [9] - 53:2, 57:13, 58:4, 62:9, 67:11, 71:5, 71:6, 72:4, 72:6
**THE** [9] - 1:17, 7:22, 8:2, 23:7, 39:19, 49:10, 51:4, 62:3, 70:12
**thereof** [1] - 5:18
**three** [4] - 13:21, 27:25, 31:18, 63:4
**ticket** [1] - 53:7, 67:22
**tickets** [13] - 23:24, 63:5, 63:9, 63:14,

63:18, 63:24, 63:25, 64:2, 64:11, 64:14, 64:15, 64:21, 67:21
**tiff** [1] - 60:4
**TIFF** [1] - 60:4
**today** [3] - 10:17, 61:20, 64:14
**today's** [2] - 61:13, 61:16
**together** [2] - 30:9, 48:9
**toilets** [2] - 38:5, 38:12
**took** [9] - 18:9, 24:13, 24:16, 30:4, 33:20, 33:21, 41:15, 47:18, 58:6
**tools** [1] - 31:10
**top** [7] - 17:5, 17:6, 17:10, 17:11, 17:12, 17:14, 67:5
**touch** [3] - 11:7, 27:12, 60:8
**trained** [3] - 54:22, 56:9, 57:14
**training** [9] - 19:11, 56:16, 56:21, 56:23, 57:18, 57:22
**transactions** [2] - 65:14, 65:17
**transcribed** [1] - 72:7
**transcript** [3] - 72:8, 72:9, 72:10
**transcription** [1] - 71:6
**transferred** [2] - 22:14, 22:17
**transition** [1] - 29:2
**treat** [3] - 42:25, 43:20, 67:12
**treated** [1] - 66:25
**trees** [1] - 33:25
**Triangle** [1] - 3:6
**tried** [3] - 18:22, 32:5, 32:15
**Troy** [3] - 2:17, 7:13, 62:6
**true** [2] - 71:8, 72:8
**try** [6] - 14:16, 19:8, 20:10, 22:1, 24:5, 53:10
**trying** [34] - 8:21, 12:1, 14:21, 14:22, 16:15, 18:12, 18:15, 18:16, 18:23, 19:1, 19:5, 19:6, 21:1, 21:15, 22:2, 22:3, 23:1, 30:8, 32:8, 33:22, 34:18, 41:2, 41:18, 43:7, 43:10, 44:2,

45:4, 45:21, 48:8, 48:10, 53:14
**turn** [1] - 54:17
**turning** [2] - 54:18, 56:6
**turnover** [1] - 21:9
**twelfth** [1] - 11:18
**twenty** [1] - 60:16
**two** [5] - 11:19, 13:21, 27:24, 31:18, 56:10
**type** [1] - 43:22

## U

**unable** [1] - 59:8
**under** [3] - 5:5, 10:18, 72:8
**underwent** [1] - 57:23
**unexperienced** [2] - 23:15, 24:4
**unit** [4] - 13:5, 13:6, 17:4, 17:9
**UNITED** [1] - 1:1
**units** [4] - 16:6, 17:10, 17:13, 26:19
**unstable** [1] - 34:11
**up** [20] - 15:7, 17:3, 17:4, 17:7, 17:8, 18:24, 23:14, 32:4, 34:5, 34:17, 41:17, 43:6, 47:2, 51:25, 53:9, 58:23, 63:5, 66:22, 68:18
**urgent** [2] - 43:5, 43:19, 50:16
**urine** [2] - 15:6, 15:22
**URQUHART** [1] - 2:17

## V

**various** [2] - 9:14, 49:15
**verbal** [2] - 55:14, 55:16
**VERSUS** [1] - 1:5
**versus** [4] - 45:14, 45:15, 56:24, 63:11
**via** [1] - 1:12, 6:4, 6:25
**Video** [1] - 3:12
**video** [5] - 9:25, 10:7, 58:1, 58:2, 58:3
**videoconference** [2] - 1:12, 6:25
**VIDEOGRAPHER** [2] - 6:1, 70:14
**videos** [1] - 58:24
**Vue** [1] - 3:12

## W

**waived** [2] - 5:10, 5:13
**walk** [1] - 65:8
**walkways** [1] - 20:19
**wall** [4] - 36:23, 37:2, 37:3, 53:11
**walls** [7] - 26:1, 26:5, 28:5, 36:21, 36:25, 53:1, 53:5
**washing** [1] - 17:21
**watch** [2] - 58:1, 58:2
**water** [28] - 14:8, 14:11, 14:13, 17:14, 17:17, 17:18, 17:21, 18:1, 18:10, 18:12, 19:25, 20:20, 21:4, 22:1, 26:18, 31:16, 31:20, 35:5, 35:6, 35:13, 35:15, 37:10, 38:10, 53:9, 53:11, 53:12, 53:16
**wear** [9] - 38:23, 39:3, 39:5, 39:8, 39:15, 40:3, 40:6, 40:9, 40:12
**week** [1] - 22:25
**weekly** [1] - 23:20
**weight** [2] - 17:9, 17:10
**wheezing** [2] - 42:11, 42:15
**white** [1] - 56:6
**whole** [7] - 13:10, 18:9, 21:17, 25:2, 32:6, 34:1, 44:18
**widespread** [2] - 18:4, 31:23
**window** [2] - 31:22, 31:23
**windows** [10] - 16:11, 16:13, 16:14, 16:16, 16:20, 20:12, 32:1, 32:6, 34:3, 34:4
**witness** [10] - 5:4, 5:25, 6:7, 6:25, 7:18, 7:19, 45:23, 46:2, 46:4, 65:5
**WITNESS** [9] - 7:22, 8:2, 23:7, 39:19, 49:10, 51:4, 62:3, 70:12, 71:1
**WITNESS'** [1] - 71:12
**wood** [2] - 34:4, 36:23
**word** [1] - 60:4
**worker** [1] - 41:2
**world** [1] - 11:19
**worry** [1] - 12:8
**worse** [8] - 18:18, 20:2, 20:3, 20:5, 36:2, 58:7, 58:9
**worsening** [5] - 37:11, 37:12, 37:13, 37:15, 37:16
**worser** [1] - 45:19
**worst** [2] - 25:4, 28:22

## Y

**year** [3] - 11:3, 11:23, 51:21
**years** [6] - 11:1, 28:20, 34:13, 56:14, 57:1, 57:12
**yourself** [1] - 59:9
**yourselves** [1] - 6:20

## Z

**Zoom** [3] - 1:12, 6:5, 6:25

**McKenzie & Associates, Inc.**
2817 Harvard Avenue - Suite 205
Metairie, Louisiana 70006
Tel: (504) 888-2551    McKenzieCCR@aol.com

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3

 4    JOSHUA AKEEM, ET AL        * CIVIL ACTION NO.
                                 * 2:19-CV-13650-
 5                               * BWA-DMD
      VERSUS                     * AND CONSOLIDATED
 6                               * CASES
                                 *
 7    DASMEN RESIDENTIAL,        * JUDGE BARRY W.
      LLC, ET AL                 * ASHE
 8                               *
                                 * MAGISTRATE JUDGE
 9                               * DANA DOUGLAS
                                 *
10    * * * * * * * * * * * * * * * * * * * * * * * * * *

11

12         Rule 30(b)(6) Deposition of **City of New
      Orleans Department of Safety & Permits**
13    through its designated representative,
      **ZACHARY SMITH,** City of New Orleans,
14    Department of Safety & Permits, 1300 Perdido
      St., Seventh Floor, New Orleans, Louisiana
15    70112, taken via Zoom videoconference on
      Friday, the 15th day of January, 2021 at
16    10:04 a.m.

17

18

      APPEARANCES:
19

20

21         THE BAGNERIS FIRM, LLC
           (By: Suzette P. Bagneris, Esquire)
22         2714 Canal St., Suite 403
           New Orleans, Louisiana 70119
23         (504) 810-3995
           sbagneris@bagnerislawfirm.com
24              Attorney for Plaintiffs

25
```

1    APPEARANCES (continued):

2

3

4        GIEGER, LABORDE & LAPEROUSE, LLC
         (By: Emily E. Egan, Esquire)
5        One Shell Square
         701 Poydras St.
6        Suite 4800
         New Orleans, Louisiana 70139-4800
7        (504) 561-0400
         eegan@glllaw.com
8            Attorney for Defendant,
             Dasmen Residential Management, LLC
9            and Copper Creek, LLC

10

11       DEUTSCH KERRIGAN, LLP
         (By: Cassie Preston Gailmor, Esquire)
12       755 Magazine St.
         New Orleans, Louisiana 70130
13       (504) 581-5141
         cassie@deutschkerrigan.com
14           Attorneys for Defendants,
             Eastlake Development, LLC,
15           KFK Development, LLC, KFK Group,
             Inc.

16

17

18       IRWIN, FRITCHIE, URQUHART & MOORE, LLC
         (By: Troy L. Bell, Esquire)
19       400 Poydras St.
         Suite 2700
20       New Orleans, Louisiana 70130
         (504) 310-2100
21       tbell@irwinllc.com
             Attorneys for Defendant,
22           Latter & Blum Property Management,
             Inc.

23

24

25

1    APPEARANCES (continued):

2

3         ADAMS AND REESE, LLP
          (By: Luke G. Lahaye, Esquire)
4         701 Poydras St., Suite 4500
          New Orleans, Louisiana 70139
5         (504) 581-3234
          luke.lahaye@arlaw.com
6             Attorneys for Southwood
              and Triangle Realty
7

8

9         CITY OF NEW ORLEANS
          CITY ATTORNEY'S OFFICE
10        (By: Daniel Smith, Esquire)
          1300 Perdido St.
11        New Orleans, Louisiana 70112
          (504) 565-6200
12            Attorney for City of New Orleans

13

14   ALSO PRESENT:

15

16        TODD MEAUX
          Certified Legal Video Specialist
17        Depo-Vue, Inc.
          (504) 828-8856
18        depovueinc@gmail.com

19

20

21   REPORTED BY:

22        MARGARET MCKENZIE, CCR, RPR, CMR, CRR
          Certified Court Reporter

23

24

25

```
1                    I N D E X

2

3

4    EXAMINATION BY:

5
```

```
6    MS. BAGNERIS.............................  11

7    MS. EGAN................................. 119

8    MS. GAILMOR............................. 126

9    MS. BAGNERIS............................ 130

10   MS. GAILMOR............................. 132

11   MS. BAGNERIS............................ 133
```

```
12

13

14   EXHIBITS:

15
```

```
16   Exhibit 1................................  20

17   Exhibit 2................................  21

18   Exhibit 3................................  23

19   Exhibit 4................................  24

20   Exhibit 5................................  25

21   Exhibit 6................................  25

22   Exhibit 7................................  25

23   Exhibit 8................................  26

24   Exhibit 9................................  26

25   Exhibit 10...............................  27
```

```
 1              I N D E X
 2
 3    EXHIBITS:
 4
```

```
 5    Exhibit 11..............................  29
 6    Exhibit 12..............................  30
 7    Exhibit 13..............................  31
 8    Exhibit 14..............................  32
 9    Exhibit 15..............................  33
10    Exhibit 16..............................  33
11    Exhibit 17..............................  41
12    Exhibit 18..............................  41
13    Exhibit 19..............................  53
14    Exhibit 20..............................  54
15    Exhibit 21..............................  55
16    Exhibit 22..............................  56
17    Exhibit 23..............................  92
18    Exhibit 24..............................  93
19    Exhibit 25..............................  95
20    Exhibit 26..............................  96
21    Exhibit 27..............................  98
22    Exhibit 28..............................  98
23    Exhibit 29..............................  99
24    Exhibit 30..............................  99
25    Exhibit 31.............................. 100
```

1          I N D E X

2     EXHIBITS:

3

4     Exhibit 32............................... 101

5     Exhibit 33............................... 101

6     Exhibit 34............................... 102

7     Exhibit 35............................... 104

8     Exhibit 36............................... 105

9     Exhibit 37............................... 105

10    Exhibit 38............................... 106

11    Exhibit 39............................... 108

12    Exhibit 40............................... 109

13    Exhibit 41............................... 110

14    Exhibit 42............................... 111

15    Exhibit 43............................... 116

16    Exhibit 44............................... 118

17

18

19

20

21

22

23

24

25

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

1                S T I P U L A T I O N

2          It is stipulated and agreed by and

3     between counsel for the parties hereto that

4     the deposition of the aforementioned witness

5     is hereby being taken under the Federal Rules

6     of Civil Procedure, for all purposes, in

7     accordance with law;

8          That the formalities of reading and

9     signing are specifically not waived;

10    That the formalities of sealing,

11    certification and filing are specifically

12    waived;

13         That all objections, save those as to

14    the form of the question and the

15    responsiveness of the answer, are hereby

16    reserved until such time as this deposition,

17    or any part thereof, may be used or sought to

18    be used in evidence.

19

20              *     *     *     *     *

21

22         MARGARET MCKENZIE, Certified Court

23    Reporter, in and for the Parish of Orleans,

24    State of Louisiana, officiated in

25    administering the oath to the witness.

1        VIDEOGRAPHER:

2        This is the videotape deposition of

3        the City of New Orleans, Department

4        of Safety & Permits, through its

5        representative Zach Smith.  This

6        deposition today is being held

7        video Zoom conference on January

8        15, 2021 at the time indicated on

9        the video screen, which is

10       approximately 10:04.

11       At this time, would counsel please

12       introduce themselves for the

13       record.

14       MS. BAGNERIS:

15       Good morning, Suzette Bagneris.  I

16       represent the plaintiffs.

17       MR. EAGAN:

18       Emily Eagan on behalf of the RH

19       entities and Dasmen Residential

20       Management.

21       MS. GAILMOR:

22       Cassie Gailmor on behalf of the KFK

23       entities and Eastlake Development.

24       MR. BELL:

25       Troy Bell on behalf of Latter &

```
 1            Blum.
 2            MR. LAHAYE:
 3            Luke LaHaye on behalf of Triangle
 4            Real Estate.
 5            MR. SMITH:
 6            Daniel Smith on behalf of the City
 7            of New Orleans and the deponent.
 8            COURT REPORTER:
 9            Is that it?  Is that everyone?
10            MS. BAGNERIS:
11            Yes.
12            COURT REPORTER:
13            Okay.  At this time, I will ask
14            counsel to identify yourselves and
15            whom you are representing.  We do
16            not have to do that since you've
17            already done that, but just agree
18            on the record that there is no
19            objection to this court reporter
20            administering a binding oath to the
21            witness via Zoom videoconference.
22            Please state your agreement on the
23            record, starting with the noticing
24            attorney.
25            MS. BAGNERIS:
```

```
 1              Suzette Bagneris.  I have no
 2              objection.
 3              MS. EAGAN:
 4              Emily Eagan.  No objection.
 5              MS. GAILMOR:
 6              Cassie Gailmor.  No objection.
 7              MR. BELL:
 8              Troy Bell.  No objection.
 9              MR. LAHAYE:
10              Luke LaHaye.  No objection.
11              MR. SMITH:
12              Daniel Smith.  No objection.
13              COURT REPORTER:
14              In order to confirm the identity of
15              the witness, I would ask that the
16              witness please state his full name
17              and address for the record.
18              THE WITNESS:
19              Zachary Ryan Smith.  1300 Perdido
20              Street, Seventh Floor, City Hall,
21              New Orleans, Louisiana, 70112.
22                        ZACHARY SMITH,
23   1300 Perdido Street, Seventh Floor, City
24   Hall, New Orleans, Louisiana 70112, after
25   having been first duly sworn by the
```

1   above-mentioned court reporter, did testify
2   as follows:
3   EXAMINATION BY MS. BAGNERIS:
4        Q.    Good morning, Mr. Smith.  My name
5   is Suzette Bagneris and I represent former
6   and current residents of Laguna Run, Laguna
7   Reserve, Carmel Brook and Carmel Spring, in
8   addition to employees of Dasmen who worked at
9   those various complexes.
10            This morning, I have scheduled the
11  corporate deposition of the City of New
12  Orleans Department of Safety & Permits.  And
13  I understand you have been designated as the
14  corporate representative.
15       A.    That's correct.
16       Q.    I'm going to be asking you a series
17  of questions under oath.  If at any time you
18  don't understand the question that I have
19  asked you, please let me know and I will
20  attempt to rephrase the question so that we
21  can be sure that the answer that you provide
22  is, in fact, responsive to the question that
23  you have been asked.
24            If at any time you need to take a
25  break, please let me know and we will

```
1   certainly accommodate that.
2            I understand, you know, we're living
3   in hectic times.  We're doing this by Zoom.
4   It is going to be a little difficult, so it
5   is very important that you allow me to fully
6   state my question and I will give you an
7   opportunity to fully state your answer.
8            If at any time any of the defense
9   attorneys should object to a question that I
10  ask you, please allow them to fully state
11  their objection on the record and then we
12  will proceed from there.
13           The court reporter is going to do
14  her best to transcribe all of the questions
15  and answers here via Zoom.  And it's easier
16  for her to do so if none of us speak over one
17  another.  If we should have a technical
18  problem, just raise your hand, let us know
19  you can't hear me.  I will do the same if I
20  can't hear you, so that we can address that
21  and move forward.
22           You will have the right to review
23  the deposition transcript and to make any
24  edits of that transcript that you deem
25  necessary if something has been transcribed
```

```
1    incorrectly.  Would you like to reserve your
2    right to do so or would you like to waive
3    that right?
4              THE WITNESS:
5              Counselor?
6         MR. SMITH:
7              It is up to you, Zach, whether you
8              want to have a chance -- you may as
9              well reserve it, I think.
10             THE WITNESS:
11             There you go.  Reserve it, please.
12   EXAMINATION BY MS. BAGNERIS:
13        Q.   Therefore, that right has been
14   reserved.  With that, let's begin the
15   deposition.
16             Mr. Smith, would you state your full
17   name for the record?
18        A.   Zachary Ryan Smith.
19        Q.   And how long have you been employed
20   by the City of New Orleans Department of
21   Safety & Permits?
22        A.   Approximately 11 years three
23   months.
24        Q.   What are some of the job titles
25   that you have held within the office of
```

1    Safety & Permits?

2        A.    I've been a plan reviewer, a chief

3    building official, a director through my time

4    with Safety & Permits.

5        Q.    What is the primary function of the

6    office of the Department of Safety & Permits

7    within the city?

8        A.    While the department does many

9    things, a primary function would be the

10   oversight of construction,

11   construction-related activities for anything

12   from small-time residential singles all the

13   way up to large commercial projects and

14   anything that those projects entail.

15       Q.    Does the Safety & Permits work in

16   conjunction with the Department of Code

17   Enforcement from time to time with respect to

18   inspections and enforcement activities?

19       A.    Yes.

20       Q.    Could you explain to me how the --

21   what the Department of Code Enforcement

22   handles versus what the Department of Safety

23   & Permits handles?

24       A.    So the easiest breakdown is both

25   departments heavily rely on Chapter 26 of the

1    Municipal Code.  The first parts of Chapter
2    26 are about building construction, you know,
3    the creation of the building, the creation of
4    the business, the creation of the house.  And
5    the latter parts of Chapter 26 relate to
6    minimum standards for that structure to stay
7    in operation.  So those are things like more
8    quality of life once the building has gotten
9    online and becomes occupied.
10       Q.    Okay.  Thank you for that
11   explanation.  I've always been kind of
12   confused with regards to that.
13            In connection with your deposition
14   today, we have been provided with documents
15   from the code, the city and permits
16   department.  And will you be relying upon
17   those documents to refresh your recollection
18   throughout your testimony today?
19       A.    Yes.
20       Q.    Since I don't know how your file is
21   organized on your end, it's going to be a
22   little difficult for us to go through those
23   documents.  So I'm going to ask that you be
24   patient with me.  I'm going to try to show
25   the documents on the screen, but they may

1    be -- they may not be organized the same way
2    that your documents are organized.  So I
3    don't know if it is easier for you to just go
4    through the documents you have before you or
5    for me to pull them up on screen.  What do
6    you think is the easiest way for you to
7    testify here today?
8         A.    I think for specificity in the
9    answer, it would be best to start with you
10   providing the document and asking me to
11   explain it so that we can ensure that we're
12   talking about the same document.
13        Q.    Okay.  That's what I'm going to try
14   to do here.  So let me see if I can share my
15   screen and get that going.
16             Can everyone see this document?
17   Okay.  Good.
18             So the first document I have in my
19   file organized is this document from the New
20   Orleans Fire Department that was within
21   the City Safety & Permits file.  Do you have
22   this document?
23             MS. GAILMOR:
24             I don't see a document.  I just
25             see -- I just see your file list.

```
 1              MS. BAGNERIS:
 2              Okay.  Okay.  So let me try this
 3              again.
 4              MR. BELL:
 5              Yes, Suzette.  It is just a list of
 6              documents.  It is not an actual
 7              document.
 8              MS. BAGNERIS:
 9              I'm trying.  I'm going to try to
10              get this together, y'all.  It's
11              been a minute.
12              Okay.  Do you see the document now,
13              counsel?
14              MS. GAILMOR:
15              Yes, I see it.
16     EXAMINATION BY MS. BAGNERIS:
17         Q.    Okay.  All right.  So the first
18     document I have is from the New Orleans Fire
19     Department that was within the Safety &
20     Permits file.  It pertains to an inspection
21     on August 29, 2019.  Do you have any personal
22     knowledge regarding the inspection that
23     occurred with regard to the Fire Department
24     at Laguna Run?
25         A.    Generally speaking, the city via
```

1  multiple agencies, specifically the Office of
2  Code Enforcement, the Department of Safety &
3  Permits and the New Orleans Fire Department
4  as well as, I believe, the State Fire
5  Marshal's office at some point, conducted
6  various visits to the site based on
7  complaints about a litany of issues at the
8  location related to health, safety and
9  welfare.  And this document appears to
10 reflect citations issued by the fire
11 department based on that inspection.
12     Q.    In addition to the citations that
13 were issued by the fire department, did the
14 city Department of Safety & Permits issue
15 additional violations for these same failures
16 or deficiencies?  Does that make any sense?
17          Are we frozen, guys?
18          VIDEOGRAPHER:
19          We're going off the record.  The
20          time is 10:15.
21          (OFF THE RECORD)
22          VIDEOGRAPHER:
23          We are back on the record.  The
24          time is 10:21.
25 EXAMINATION BY MS. BAGNERIS:

1     Q.    I'm going to attempt to share my

2    screen again.  Can everyone see that

3    document?  Okay.  Good.  All right.

4          So, Mr. Smith, the question I was

5    asking you inartfully before we broke here

6    was whether or not the City of New Orleans

7    issued its own violations for violations of

8    the Fire Code in addition to the violations

9    that were issued by the New Orleans Fire

10    Department.

11     A.    Yes.  So I was starting to go on

12    with, I believe that we did have a separate

13    independent document from the Department of

14    Safety & Permits citing issues.  I do not

15    know definitively, so a refresher view of a

16    document was helpful.

17     Q.    Are these same -- is the Fire Code

18    different from the code that you mentioned

19    previously or is it encompassed within the

20    code you mentioned previously?

21     A.    The Fire Code is not part of that.

22    The Fire Code is an independent section of

23    the city code, specifically relates -- again,

24    there's some overlap to those minimum

25    property maintenance standards that are in

1    Chapter 26 that primarily the Office of Code

2    Enforcement will oversee, but the New Orleans

3    Fire Code is a separate document.  Several

4    similarities, but a separate document

5    entirely.

6            MS. BAGNERIS:

7            So I'm going to attach this first

8            document as Exhibit 1 to the

9            deposition, is the New Orleans Fire

10            Department report with regard to

11            its inspection conducted on August

12            29, 2019.

13    (Whereupon, the instrument referred to was

14    marked Exhibit 1 for identification.)

15            MS. EAGAN:

16            I don't have an objection.  I just

17            want to say is it -- can we just

18            agree on the record that if any

19            defendant has an objection, that

20            that objection carries forward to

21            all the defendants?

22            MS. BAGNERIS:

23            Yes.

24            MS. EAGAN:

25            Okay.  Is that okay with everybody?

```
 1              MS. GAILMOR:
 2              Yes.
 3              MS. EAGAN:
 4              Okay.  But I don't have an
 5              objection to this one.
 6      EXAMINATION BY MS. BAGNERIS:
 7          Q.    The second document I have appears
 8      to be a photograph.  Can you see that
 9      document, Mr. Smith?
10          A.    Yes, ma'am.
11          Q.    Is this a document that is
12      maintained within your Safety & Permits file?
13          A.    I believe so.
14          Q.    Do you know the gentlemen, the men
15      who are depicted in the photograph?
16          A.    That is the Director of Code
17      Enforcement, Winston Reid, and Wayne Regis
18      with the New Orleans Fire Department on the
19      right.
20              MS. BAGNERIS:
21              Okay.  All right.  I'd like to
22              attach this as Exhibit 2 to the
23              deposition.
24      (Whereupon, the instrument referred to was
25      marked Exhibit 2 for identification.)
```

1    EXAMINATION BY MS. BAGNERIS:
2        Q.    Can you see the photograph that is
3    depicted on the screen?
4        A.    Yes, ma'am.
5        Q.    Were you out at this inspection?
6        A.    I was not.
7        Q.    Okay.  So these photographs that
8    we're reviewing, how did they come to be
9    within the file of Safety & Permits?
10       A.    So the department had a few
11   employees, you know, building inspectors, who
12   were part of the city group that visited this
13   location.  So we had members of the
14   department who assisted with, took some
15   photographs themselves, shared photographs,
16   you know, worked up a record to tackle, you
17   know, a large-scale inspection of a very
18   large complex.
19       Q.    I have another photograph on the
20   screen.  Can you see it?
21       A.    Yes.  It shows missing ceiling in
22   what looks to be in an apartment.
23       Q.    Would that be a violation of city
24   code?
25       A.    I can clearly say absolutely.

1     Q.   Okay.  And do you know if the

2   city's Department of Safety & Permits issued

3   code infractions with respect to holes found

4   in ceilings at Laguna Run?

5     A.   I believe we did.

6        MS. BAGNERIS:

7        I would like to attach this

8        document as Exhibit 2 to the

9        deposition.

10      COURT REPORTER:

11      Suzette, that would be three.

12      MS. BAGNERIS:

13      I'm sorry.  Three to the

14      deposition.

15 (Whereupon, the instrument referred to was

16 marked Exhibit 3 for identification.)

17 EXAMINATION BY MS. BAGNERIS:

18     Q.   I'm showing you another photograph.

19 Would the presence of mold on this wall also

20 be considered a violation of city code?

21     A.   Yes, ma'am.

22     Q.   And do you know if the city's

23 Department of Safety & Permits issued any

24 infractions with regard to the presence of

25 mold found in apartments at Laguna Run?

```
 1        A.    I do not believe that the
 2   Department of Safety & Permits covered the
 3   mold topic.  I know it was covered by the
 4   city, but I don't believe Safety & Permits
 5   covered the mold issue.
 6        Q.    So it may have been covered by
 7   another city department such as Code
 8   Enforcement?
 9        A.    I believe so.
10             MS. BAGNERIS:
11             Okay.  I would like to attach it as
12             Exhibit 4 to the deposition.
13   (Whereupon, the instrument referred to was
14   marked Exhibit 4 for identification.)
15   EXAMINATION BY MS. BAGNERIS:
16        Q.    Again, this is another
17   photograph found within the city's Safety &
18   Permits file.  Do you recognize this
19   photograph as something that is within that
20   file?
21        A.    Yes, ma'am.
22        Q.    And would the presence of mold here
23   be a violation of city code?
24        A.    Yes, ma'am.
25             MS. BAGNERIS:
```

1          That's Exhibit 5 to the deposition.
2   (Whereupon, the instrument referred to was
3   marked Exhibit 5 for identification.)
4   EXAMINATION BY MS. BAGNERIS:
5       Q.    Do you recognize this photograph,
6   which I'll mark as Exhibit 6, as a photograph
7   within the Department of Safety & Permits'
8   file?
9       A.    Yes.
10  (Whereupon, the instrument referred to was
11  marked Exhibit 6 for identification.)
12  EXAMINATION BY MS. BAGNERIS:
13      Q.    Would the presence of mold as
14  depicted in this photograph be a violation of
15  city code?
16      A.    Yes.
17          MS. BAGNERIS:
18          We'll mark this photograph as
19          Exhibit 7 to the deposition.
20  (Whereupon, the instrument referred to was
21  marked Exhibit 7 for identification.)
22  EXAMINATION BY MS. BAGNERIS:
23      Q.    What is depicted in this
24  photograph, the mold and the presence of a
25  missing part of the ceiling, be a violation

1    of the city code?

2        A.    Yes, ma'am.

3        Q.    Do you know which code?

4        A.    Definitely Chapter 26 in the

5    minimum property maintenance standards where

6    we have materials that are in a, you know,

7    missing capacity, have other materials that

8    are damaged, you know, that are in the

9    ceiling.  And then, of course, you have what

10   appears to be the presence of various

11   growths.

12            MS. BAGNERIS:

13            I'm going to mark this photograph

14            as Exhibit 8 to the deposition.

15   (Whereupon, the instrument referred to was

16   marked Exhibit 8 for identification.)

17            MS. BAGNERIS:

18            I'm going to mark this photograph

19            as Exhibit 9 to the deposition.

20   (Whereupon, the instrument referred to was

21   marked Exhibit 9 for identification.)

22   EXAMINATION BY MS. BAGNERIS:

23       Q.    Is this a photograph that is within

24   the file of the Department of Safety &

25   Permits?

1      A.      I believe so.

2      Q.      Is what is depicted in this

3   photograph a violation of city code?

4      A.      Without a little bit more clarity

5   in that particular photo, it would be -- it's

6   a little bit harder to see exactly what may

7   be wrong and what's right based on the

8   two-toned nature of the walls.  It does

9   appear to be unclean, but specifically a code

10  violation, I cannot ascertain from this

11  photo.

12          MS. BAGNERIS:

13          Okay.  We'll mark this as Exhibit 9

14          to the deposition.

15  (Whereupon, the instrument referred to was

16  marked Exhibit 9 for identification.)

17          MS. BAGNERIS:

18          The photograph that I have just put

19          on the screen we'll mark as Exhibit

20          10 to the deposition.

21  (Whereupon, the instrument referred to was

22  marked Exhibit 10 for identification.)

23  EXAMINATION BY MS. BAGNERIS:

24      Q.      Is this a photograph found within

25  the City Department of Safety & Permits'

```
1   file?
2        A.    I believe so.
3        Q.    Based upon your review of this
4   photograph, would this be in violation of
5   city code?
6        A.    Yes, ma'am.
7        Q.    Why would this be a violation of
8   city code?
9        A.    You have unsecured conduit.  The
10  purpose of conduit is to protect the inside,
11  what's being carried through.  And when you
12  have unsecured conduit, it not only exposes
13  that internal, you know, in this case wire to
14  outside elements and potential touch, but in
15  an immediate way, but it can also cause
16  further deterioration down the line.  Because
17  once you open up that pipe, you can get
18  beyond the normal capacity of moisture inside
19  which can cause -- which can then get sucked
20  in through the walls and down the pipe and
21  cause greater issues further down not
22  proximate to this location.
23       Q.    Thank you.
24             MS. BAGNERIS:
25             The next document we will mark as
```

1          Exhibit 11 to the deposition.
2     (Whereupon, the instrument referred to was
3     marked Exhibit 11 for identification.)
4     EXAMINATION BY MS. BAGNERIS:
5          Q.    Is this a photograph that is
6     contained within the Department of Safety &
7     Permits file?
8          A.    I believe so.
9          Q.    Based upon your review of this
10    photograph, do you see anything that would be
11    a code violation?
12         A.    Without specific notes and a
13    revisit, the photograph doesn't jump out with
14    anything specific, you know, at least to what
15    detail.  There does appear to be potential
16    damaged panel to that right.  I can't really
17    tell exactly what's going on to the far left
18    of this structure.  You know, there is
19    obviously a little hole right where your
20    mouse is at the moment probably exposing
21    something under the foundation.  But there is
22    nothing that blatantly jumps out that would
23    give me the ability to say definitively.
24         Q.    Thank you.
25              Mr. Smith, we had some testimony by

1  some Laguna Run employees that there were
2  floating slabs at Laguna Run.  Are you
3  familiar with the terminology of a floating
4  slab?
5      A.    I believe I would be based on the,
6  based on words used by people outside of the
7  construction industry and the engineering
8  industry, you know.  It always gives me pause
9  to make sure we're talking about the same
10  thing.  So if there is a general description
11  about how they defined it, I could tell you
12  if I agree with it or not.
13      Q.    Okay.  I'll just move on and we'll
14  just let the testimony of those employees
15  speak for itself.
16          MS. BAGNERIS:
17          Did I mark this one already,
18          Margaret?
19          COURT REPORTER:
20          No.
21          MS. BAGNERIS:
22          We are going to mark this as
23          Exhibit 12.
24  (Whereupon, the instrument referred to was
25  marked Exhibit 12 for identification.)

```
 1          MS. BAGNERIS:
 2          The next photograph we will mark as
 3          Exhibit 13.
 4  (Whereupon, the instrument referred to was
 5  marked Exhibit 13 for identification.)
 6  EXAMINATION BY MS. BAGNERIS:
 7      Q.   Mr. Smith, is this a photograph
 8  that is contained within the city's file for
 9  Safety & Permits?
10      A.   Yes, ma'am.
11      Q.   Based upon a review of this
12  photograph, do you see any obvious code
13  violations?
14      A.   There is nothing specific from the
15  photograph that I'm picking up, you know.  It
16  seems like there is some unkempt kind of
17  conditions around these panels, but the
18  panels look to be secured.  There is
19  obviously a trash bag of some sort hanging on
20  it.  I don't know when exactly that was
21  positioned.  And there is a sliding door
22  open.  You can't tell from the photograph if
23  the door is damaged in that open position or
24  if it was opened, you know, when people were
25  inspecting.
```

1      Q.     Okay.  I will move on.

2             MS. BAGNERIS:

3             The next document that I have we'll

4             mark as Exhibit -- I think I'm on

5             15?

6             COURT REPORTER:

7             Fourteen.

8             MS. BAGNERIS:

9             Fourteen to the deposition.

10    (Whereupon, the instrument referred to was

11    marked Exhibit 14 for identification.)

12    EXAMINATION BY MS. BAGNERIS:

13        Q.    Mr. Smith, do you recognize this

14    photograph as a part of the Department of

15    Safety & Permits' file?

16        A.    Yes.

17        Q.    Do you notice anything in the

18    photograph that would be considered a

19    violation of city code?

20        A.    There's not enough context in the

21    photo, but there does appear to be, you know,

22    some sort of element that is, that seems to

23    be out of place.  It's -- you can't determine

24    from the photograph if the piece is

25    completely missing or if that was an older

1     piece that's been replaced.  So I can't say
2     that anything specifically in this photograph
3     denotes some sort of code infraction.
4               MS. BAGNERIS:
5               Okay.  I'm going to mark this as
6               Exhibit 15 to the deposition.
7     (Whereupon, the instrument referred to was
8     marked Exhibit 15 for identification.)
9               MS. BAGNERIS:
10              The next document we will mark as
11              Exhibit 16 to the deposition.
12    (Whereupon, the instrument referred to was
13    marked Exhibit 16 for identification.)
14    EXAMINATION BY MS. BAGNERIS:
15        Q.    Is this a photograph that is
16    contained within the Safety & Permits' file?
17        A.    Yes.
18        Q.    And can you tell me based upon your
19    review of this photograph whether you note
20    any code violations?
21        A.    So you're having some issues there
22    if you look along the, that lower perimeter
23    of the wall.  It appears you're seeing the
24    spalling of the concrete where basically it
25    chips off.  It appears like you can see the

1    rust from some potential reinforcing steel.

2    The exposure of steel is never appropriate,

3    you know.  That only allows more water to get

4    in and speed up the rust inside the concrete,

5    and then, you know, multiply and again speed

6    up the spalling which eventually breaks up

7    the concrete.

8            And it is never a good sound

9    engineering and code to have, you know, where

10   you have a foundation kind of out of whack

11   like that.  Specifically, there is clearly

12   some sort of hole that's going beneath the

13   foundation.  The presence of additional air

14   and moisture is never going to be good on the

15   foundation.  So it would be -- there would be

16   some issues where you're building up to some

17   structural issues.

18            MS. BAGNERIS:

19            Okay.  We're going to mark that as

20            Exhibit 16 to the deposition.

21   EXAMINATION BY MS. BAGNERIS:

22       Q.    The next document I have has a

23   heading:  "E-mail Attachment Log to Subpoena

24   Production from City of New Orleans, Re:

25   *Akeem, et al versus Dasmen Residential, et*

1    *al*."

2          Are you familiar with this document?

3    A.    I believe so.

4    Q.    Do you know who prepared this

5    document?

6    A.    Will you scroll back up to the top?

7    No, I do not.

8    Q.    Can you tell me based upon your

9    personal knowledge what this document is

10   meant to reflect?

11   A.    I believe this is a -- it's looking

12   at, you know, trying to find the files,

13   trying to find the communications between

14   various departments and city officials

15   obviously for a certain period of time

16   related to Laguna Run and various things

17   related to residential apartments.

18   Q.    With respect to the first section

19   that says "Code Enforcement e-mails," is

20   Michelle Foster affiliated with the

21   Metropolitan Crime Commission?

22   A.    I have no idea.

23   Q.    Okay.  Winston Reid, I think you've

24   already said, is with the Department of Code

25   Enforcement, is that correct?

1    A.    Yes, ma'am.

2    Q.    And then I see yourself, Zachary

3    Smith listed.  Who is David Grunberg?

4    A.    David Grunberg is a senior manager

5    underneath Winston Reid in the Office of Code

6    Enforcement.

7    Q.    Then, I see the second document is

8    "Briefing Memo - Mayor Cantrell."  To your

9    knowledge, what involvement, if any, did

10   Mayor Cantrell have in the ongoing activities

11   at Laguna Run?

12   A.    To my knowledge, the mayor was

13   briefed on a, you know, pretty, pretty

14   intense situation at the Laguna Run

15   apartments related to some extreme quality of

16   life issues due to the number of residents

17   impacted.  And, you know, we needed to make

18   sure that there was, for something of this

19   scale, the mayor was briefed on it as well

20   as, you know, trying to make sure that we

21   may, as the city, we're trying to prepare in

22   the event we have to find housing for dozens

23   if not a much greater number of residents

24   depending on how things played out.

25   Q.    Did you personally attend any

1  meetings with the mayor with respect to the
2  Laguna Run apartment complex?
3      A.    No.
4      Q.    Did you personally have any direct
5  communication with the mayor with regard to
6  the Laguna Run complex?
7      A.    Recollection would say I was
8  probably on an e-mail or two, but, you know,
9  that I may have written or received or been
10 copied on.
11     Q.    Okay.  There is a note in here from
12 Winston Reid to Ellen Lee.  Do you know who
13 Ellen Lee is?
14     A.    Yes.
15     Q.    Who is Ellen Lee?
16     A.    Ellen Lee, at the time, was the
17 Director of Community Development for the
18 city.
19     Q.    Okay.  The next person listed is
20 Kimberly Reid.  Do you know who Kimberly Reid
21 is?
22     A.    No.
23     Q.    Do you know who Robert Heim is?
24     A.    Yes.
25     Q.    Who is Robert Heim?

1     A.    Robert Heim was a -- Sorry.  I'm

2    getting a little choked up.  Robert passed

3    away on Wednesday from Covid.

4     Q.    I'm sorry to hear that.

5     A.    Robert was a phenomenal Code

6    Enforcement inspector since Katrina.

7     Q.    I'm sorry to hear about his

8    passing.  Covid is horrible.

9          Who is Victoria Lewandrowski?

10     A.    I believe Victoria is the land use

11    liaison for City Council, District E for

12    Councilwoman Cyndi Nguyen.  So a staffer.

13     Q.    And we also see Cyndi Nguyen

14    copied.  So based upon your personal

15    involvement in this, what involvement did

16    Cyndi Nguyen's office have in addressing the

17    issues at Laguna Run?

18     A.    From memory, I believe Ms. Nguyen's

19    office was adamant, you know, being in the

20    communications game and getting updates due

21    to the extreme nature of potential

22    displacement for residents of District E.

23    Trying to make sure she and her office were

24    available for any oversight assistance to

25    help rectify the issues here.

```
 1        Q.    I see there is an e-mail from
 2   Victoria Lewandrowski to
 3   jbaum@dasmenresidential on August 13, 2019.
 4   Have you had any personal interaction with J.
 5   Baum?
 6        A.    I do not believe so.
 7        Q.    And do you know what role, if any,
 8   J. Baum played within the Dasmen Residential
 9   company?
10        A.    I don't believe I would know.
11        Q.    I also see communication with Yitz
12   Horowitz, who I do believe to be affiliated
13   with Dasmen Residential.  Have you had
14   any personal communication with Yitz
15   Horowitz?
16        A.    I don't believe so.
17        Q.    Do you know who Paul DeGrange is?
18        A.    Yes.
19        Q.    Who is Paul DeGrange?
20        A.    Paul DeGrange is a member of the
21   New Orleans Fire Department.  He is
22   specifically the Chief of Fire Prevention.
23        Q.    Do you know who Timothy McConnell
24   is?
25        A.    Doesn't everybody know who Timothy
```

1    McConnell is?  Yes.  Timothy McConnell was
2    the former Superintendent of the New Orleans
3    Fire Department.
4        Q.    Thank you for educating me this
5    morning, Mr. Smith.  I did not know someone I
6    should have known.
7            Who is Wayne Regis?  I think you may
8    have told me this already.  He's the guy with
9    the Fire Department, right?
10       A.    Yes.  Wayne Regis is a member of
11   the New Orleans Fire Department.  I believe
12   he specifically is part of that fire
13   prevention unit.
14       Q.    Who is Elbert Thomas?
15       A.    Elbert Thomas is, at the time, and
16   I think still currently, is the number two of
17   the New Orleans Fire Department.
18       Q.    Okay.
19       A.    I think it is deputy superintendent
20   I think is an official title.
21       Q.    Do you know who Daphne Walker is?
22       A.    No.
23       Q.    Do you know who Gwen Shook is?
24       A.    Yes.
25       Q.    Who is Gwen Shook?

1    A.    Gwen Shook is the senior supervisor

2  for the New Orleans office or the regional

3  office, I should say, since it's not just New

4  Orleans, for the state health department.  So

5  LDH.  Specifically, the sanitary unit.

6    Q.    Okay.  Who is Juliette Frazier?

7    A.    Juliette Frazier is a member of the

8  New Orleans Health Department, a city

9  employee.

10          MS. BAGNERIS:

11          Okay.  I'd like to mark this

12          document as Exhibit 17 to the

13          deposition.

14  (Whereupon, the instrument referred to was

15  marked Exhibit 17 for identification.)

16  EXAMINATION BY MS. BAGNERIS:

17    Q.    The next document is on the screen,

18  Mr. Smith.

19          MS. BAGNERIS:

20          I'd like to mark it as Exhibit 18

21          to the deposition.

22  (Whereupon, the instrument referred to was

23  marked Exhibit 18 for identification.)

24  EXAMINATION BY MS. BAGNERIS:

25    Q.    Can you identify this document for

1    the record?
2        A.    This appears to be a memo to the
3    mayor from Superintendent McConnell dated
4    September 4, 2019 regarding a meeting with
5    Code officials and the management at Laguna
6    Run.
7        Q.    And is this document a document
8    that is within the file of the office of
9    Safety & Permits?
10       A.    I do not recall if Safety & Permits
11   is in possession of this particular document.
12   It would definitely make sense that the city
13   is in possession of this, but I do not recall
14   this document being in the Safety & Permits
15   specific record.
16       Q.    Have you ever seen this document
17   before in the context of your work with the
18   Department of Safety & Permits?
19       A.    I believe that I have.
20       Q.    Okay.  In this document, it
21   discusses that the Department of Code
22   Enforcement received a complaint from the
23   Metropolitan Crime Commission regarding
24   health, electrical, and fire hazards
25   violations at Laguna Run.  Were you aware

1  that the Metropolitan Crime Commission sent a

2  complaint to the City of New Orleans Code

3  Enforcement, Winston Reid?

4      A.    I believe I was aware of the origin

5  of the complaint.

6      Q.    Okay.  And within this document, it

7  discusses an interdepartmental response to

8  the request from the Metropolitan Crime

9  Commission that involved the Fire Department,

10  the Safety & Permits department, the police

11  department, the health department and the

12  Office of the State Fire Marshal.

13          Were you aware of that

14  interdepartmental action taken to address the

15  issues at Laguna Run?

16      A.    Yes, ma'am.

17      Q.    The document discusses a task force

18  that "documented hazards and deficiencies,

19  including a proliferation of mold, leaking

20  plumbing, improper electrical wiring,

21  nonworking and missing mandatory smoke and

22  fire alarm protection."

23          Was the task force comprised of

24  members of the fire department, Safety &

25  Permits, the police department, the health

1  department and the State Fire Marshal's
2  office?
3      A.    Yes, ma'am.
4      Q.    Were you a member of the task
5  force?
6      A.    No.  As I have not visited this
7  site in person.
8      Q.    Do you know who from your office
9  would have been a member of this task force?
10     A.    I believe I do.
11     Q.    And who would that have been?
12     A.    I believe we had various members,
13  including the chief building inspector, Terry
14  Willis, an inspector, Harriet Battiste, an
15  inspector, Garret Willis.  And I believe we
16  may have had one or two additional employees
17  visit with them.
18     Q.    The document discusses a goal to
19  provide life safety protection for the
20  residents while allowing them to remain in
21  their apartments.  Were you aware of that
22  goal of the task force?
23     A.    Yes, ma'am.
24     Q.    Why was there a decision made, if
25  you know, to provide for life safety

1  protection, but keeping the residents within

2  their apartments in Laguna Run?

3      A.    Life safety is, and specifically,

4  you know, imminent life safety risks such as

5  fires that might be unmonitored due to

6  nonworking or nonexisting smoke alarms is

7  going to be a clear and present danger.

8          The -- to counter that with

9  potentially making dozens, you know, dozens

10  of units homeless in an instant creates its

11  own, you know, public health crisis.  So the

12  strategy led through the Fire Department was

13  to make sure that imminent life safety

14  issues, health safety welfare issues specific

15  to dying in a fire, were mitigated or

16  lessened to something that we felt

17  comfortable with.  People would not be put

18  out on the street immediately while time,

19  while appropriate, is given to allow for

20  these deficiencies to be corrected.

21      Q.    Okay.  It is my understanding from

22  the document that the New Orleans Fire

23  Department set up a mandatory fire watch to

24  monitor the facility for smoke or fire

25  activity until fire protection equipment

1   could be repaired or installed.  Is that your
2   understanding?
3       A.    Yes, ma'am.
4       Q.    What is a mandatory fire watch, if
5   you know?
6       A.    Mandatory fire watch is a human
7   being who is assigned.  You know, if you've
8   ever been to a large event, you might see
9   someone who is not security, but kind of
10  roaming the crowd or in spaces that may be
11  not exactly visible.  These are people that
12  are looking out at the building safety.
13  They're monitoring in case a cigarette gets
14  thrown, the presence of the start of a fire,
15  smoke, dangerous conditions so that they can
16  help alert people quicker because life safety
17  is all about the response times.  That's why
18  smoke alarms are so critical to be present
19  and working because they are the fastest way
20  for you to be alerted that you need to remove
21  yourself.
22          So in the absence of a system that
23  works, there is a human version of that,
24  which would be a smoke and fire -- a fire
25  watch.

1      Q.    Do you have any knowledge as to
2  whether or not the fire protection equipment
3  at Laguna Run was nonexistent or inoperable?
4      A.    I believe it was a combination,
5  depending on which parts of the system we
6  were talking about.  I believe we have things
7  that were inoperable.  I think we have things
8  that were nonexistent.
9      Q.    Okay.  And on a whole, was there
10  any part of the Laguna Run apartment complex
11  that had an operable fire protection system
12  on the date of inspection?
13      A.    I don't specifically recollect, but
14  I do believe there was no portion that was in
15  good working order.
16          COURT REPORTER:
17          I'm sorry, Mr. Smith.  What were
18          the last few words?
19          THE WITNESS:
20          I don't believe there was any
21          portion that was in good working
22          order.
23  EXAMINATION BY MS. BAGNERIS:
24      Q.    The next portion of this document
25  talks about a conference call that included

1     the property owner, the property management

2     representatives and officials from each of

3     the code enforcement agencies that was

4     conducted to inform them of the deficiencies

5     and to direct them to immediately initiate a

6     plan of corrective action to bring the

7     facility into compliance. Was that your

8     understanding, that such a conference call

9     occurred?

10        A.     Yes, ma'am.

11        Q.     Do you know who from your office

12     would have participated in that conference

13     call?

14        A.     I believe it was Terry Willis.

15        Q.     Do you know who the representative

16     of the property owner was?

17        A.     I have no recollection.

18        Q.     Do you know who the representative

19     of the property management company was?

20        A.     I do not.

21        Q.     Do you know of any written record

22     which documented the content of that

23     conference call?

24        A.     I do not specifically recall any

25     document, but I believe one exists.

1      Q.    Okay.  What is your knowledge, if
2  any, of the content, the substance of that
3  conference call?
4      A.    From memory, the conference call
5  was meant to bring the parties, whether it be
6  the city or call it ownership of the
7  property, to the same page to spell out
8  exactly what the city's expectations were or
9  the immediate, talking about the next 24 to
10  72 hours, and a short-term turnaround for a
11  plan to be established as to how these units
12  would be taken offline, fixed up
13  appropriately, you know, in a way that would
14  not create a homeless epidemic for residents
15  that were living in dilapidated conditions.
16      Q.    Do you know if the city had any
17  input in the plan of corrective action that
18  would be implemented by the property owner
19  and the property management company?
20      A.    I believe we did.
21      Q.    And was this plan of corrective
22  action a document that was put in writing?
23      A.    I do not recall, but I believe it
24  was.
25      Q.    Do you know who the custodian would

1  be of the plan of corrective action?

2     A.    For the city, it would have been --

3  it should have been the New Orleans Fire

4  Department.

5     Q.    Have you ever seen the plan of

6  corrective action?

7     A.    I do not believe I have.

8     Q.    It is my understanding from the

9  document that the ownership exhibited a

10 willingness to undertake corrective action

11 and stated that management was scheduled to

12 meet with three consultants to receive quotes

13 and execute an agreement that would quickly

14 begin to bring the structures into compliance

15 with the Fire Code.

16        Do you have any independent

17 knowledge of that?

18    A.    I believe I was briefed that, you

19 know, there was a successful meeting and

20 there was going to be a plan worked out with

21 ownership.

22    Q.    Have you seen the quotes received

23 or the agreement executed with a company to

24 bring the structure into compliance with the

25 Fire Code?

1    A.    I don't recall seeing anything.

2    Q.    The document states that the
3  ownership and management company were
4  scheduled to provide the New Orleans Fire
5  Department with a timeline.

6          Have you seen the timeline?

7    A.    I don't believe I have.

8    Q.    The document reflects that upon the
9  recommendation of the Fire Department, the
10  property manager immediately acquire 315
11  battery-operated 10-year smoke alarms which
12  are currently being installed by members of
13  the New Orleans Fire Department.

14          Do you have any reason to dispute
15  the number of fire alarms that was required
16  for the Laguna Run complex?

17    A.    I do not.

18    Q.    The document also reflects that a
19  fire alarm company is on-site and currently
20  assessing the fire alarm system and portable
21  fire extinguishers.

22          Can you tell me what the issues
23  generally were with the fire alarm system and
24  the portable fire extinguishers?

25    A.    Generally speaking, you had missing

1   fire extinguishers, fire extinguishers that
2   were out of date.  You have fire alarm
3   protection systems which were not working due
4   to deterioration as well as fire alarm system
5   which was out of date on its inspection.
6        Q.    The document references another
7   multi-agency inspection of the facility that
8   would take place on the morning of September
9   5, 2019 with the property management
10  representatives.  Did you take part in that
11  inspection with them?
12       A.    No.
13       Q.    Do you know who from your
14  department would have participated in that
15  inspection?
16       A.    I believe it would have been the
17  same folks listed prior, the Terry Willis,
18  Garret Willis, Harriet Battiste, or, you
19  know, a combination of.
20       Q.    It is my understanding from this
21  document that the Housing Authority of New
22  Orleans inspectors would also be in
23  attendance on that September 5, 2019
24  inspection because approximately 140 of the
25  apartment units were occupied by HANO

```
 1   clients.
 2           Do you have any personal knowledge
 3   of how many of the apartment units at Laguna
 4   Run were occupied by HANO residents?
 5       A.    Based on this letter, it says
 6   approximately 140.  I do remember that it was
 7   known to be a rather large number, definitely
 8   over 100 that were HANO recipients.
 9           MS. BAGNERIS:
10           I'd like to mark this document as
11           Exhibit 18 to the deposition.
12           COURT REPORTER:
13           Nineteen.
14           MS. BAGNERIS:
15           Nineteen to the deposition.  Thank
16           you, Margaret.
17   (Whereupon, the instrument referred to was
18   marked Exhibit 19 for identification.)
19   EXAMINATION BY MS. BAGNERIS:
20       Q.    The next document provided to us
21   from the Safety & Permits department is a
22   photograph showing a broken window, a broken
23   glass.
24           Do you have any personal knowledge
25   with regards to where this particular window
```

1  was in the complex and what this is
2  reflecting on the part of the Safety &
3  Permits department?
4      A.    I believe that's a sliding glass
5  door leading to the exterior.  And the glass,
6  almost the entirety of the glass, has been
7  broken.  You can see the remaining, a good
8  portion of glass crunched on the ground on
9  the inside of the unit.
10      Q.    Okay.  Do you know if this
11  photograph was received from the Metropolitan
12  Crime Commission?
13      A.    I do not.
14          MS. BAGNERIS:
15          Okay.  I'm going to mark this
16          document as Exhibit 20 to the
17          deposition.
18  (Whereupon, the instrument referred to was
19  marked Exhibit 20 for identification.)
20  EXAMINATION BY MS. BAGNERIS:
21      Q.    And with this Exhibit 20, would
22  this broken sliding glass door be considered
23  a violation of city code?
24      A.    If it was an occupied unit,
25  absolutely.

1          MS. BAGNERIS:

2          The next photograph will be marked

3          as Exhibit 21 to the deposition.

4   (Whereupon, the instrument referred to was

5   marked Exhibit 21 for identification.)

6   EXAMINATION BY MS. BAGNERIS:

7      Q.    Mr. Smith, what does this

8   photograph depict?

9      A.    It appears to depict a row of

10  tenant mailboxes.

11     Q.    Would broken mailboxes be a

12  violation of city code?

13     A.    I'd have to go check the code on

14  that one, you know.  Specificity to

15  mailboxes, it's kind of throwing me right

16  here.  So I'd say right now, I'm unsure.

17         MS. BAGNERIS:

18         Okay.  We'll mark this document as

19         Exhibit 21 to the deposition.

20  EXAMINATION BY MS. BAGNERIS:

21     Q.    This document is dated November 5,

22  2019.  And it is labeled with the title Code

23  Enforcement E-Mails Redacted.  Are you

24  familiar with this document?

25     A.    I believe I have seen it.

1     Q.   Okay.  It is 85 pages long.

2  Without going through all of them, I'm just

3  going to skim through them.

4         MS. BAGNERIS:

5            We'll attach them as Exhibit 22 to

6            the deposition in globo.

7  (Whereupon, the instrument referred to was

8  marked Exhibit 22 for identification.)

9  EXAMINATION BY MS. BAGNERIS:

10     Q.   And we'll just scroll them until we

11  see something that you may have personal

12  knowledge of.

13         Okay.  So this is an e-mail dated

14  August 26, 2019.  You appear to be a

15  recipient on the e-mail.  Could you tell us

16  what the context of this e-mail is based upon

17  your review of the document?

18     A.   This looks to be a request from

19  Winston Reid in Code Enforcement asking to

20  meet and discuss the matter so we could

21  provide Chad Dyer, who at the time was the

22  Deputy CAO for land use, with an update.

23     Q.   I see communication from Durr Heavy

24  Construction.

25     A.   Uh-huh.

1     Q.    Are you familiar with what role, if

2    any, they played in addressing the issues at

3    Laguna Run?

4     A.    I don't believe Durr Heavy

5    Construction had any role as Durr Heavy

6    Construction is a contractor for the city

7    related to collapsed buildings or buildings

8    that are in danger of collapsing that we

9    remove before they collapse.  So I do not

10    believe Durr Heavy Construction had any

11    direct or even indirect involvement in this

12    property.

13     Q.    I see a document dated December 4,

14    2019.  It's an e-mail to David Grunberg from

15    Tammie Jackson.  Who is Tammie Jackson?

16     A.    Tammie Jackson at the time was the

17    Deputy Director of Code Enforcement.  She's

18    currently the Director of the Department of

19    Safety & Permits.

20     Q.    Can you tell me why there was an

21    interest on the part of the City of New

22    Orleans in inspecting other apartment

23    complexes other than Laguna Run with the same

24    ownership as Laguna Run?

25     A.    More generally, I would say that

1   when you have a large issue, you know, we
2   sometimes look from the enforcement side to
3   be a little more -- to use the opportunity of
4   an issue popping up to be proactive in
5   looking at similar properties both in the
6   geography and in ownership or in their usage.
7           So I believe there was an inquiry to
8   try to figure out where we would -- where the
9   city would start in going and visiting other
10  locations to see if similar conditions may be
11  present.
12      Q.    And do you know if inspections
13  occurred at those other apartment complexes
14  as well as -- like the inspection that
15  occurred at Laguna Run?
16      A.    I believe there were variations of
17  a, quote, task force inspection at other
18  properties.  I do believe so.
19      Q.    So I do not have, as part of this
20  production, any documents on the other
21  inspections.  Would they be separate files
22  under each of those apartment complex names?
23      A.    For any of these?
24      Q.    Yes.
25      A.    You know, I would refer, you know,

1    your question kind of to Daniel.  And,
2    specifically, Winston if he hasn't been
3    deposed yet, you know, would have more day-to
4    day boots on the ground, to quote,
5    recollections and involvement with any of the
6    inspections.
7              Laguna Run is the really the only
8    one that pops into my mind, but I do believe
9    the city conducted inspections of other ones.
10   Where they're saved, how they saved, and
11   which ones we did, I do not have a
12   recollection, a specific recollection.
13        Q.    Thank you very much for that
14   answer.
15             I see there is an e-mail here from
16   Winston Reid to you, Nicole Heyman, and he
17   copied himself, Winston Reid.  Also, Daniel
18   Hrapmann and Melissa Quigley.  Can you tell
19   me who Nicole Heyman is?
20        A.    Nicole Heyman is the Director for
21   the Office of Community Assets & Investments.
22   I believe I got that right.
23        Q.    And what was that office's role in
24   the activities at Laguna Run?
25        A.    That office has been working on

```
1   policy related to a broad city-wide rental
2   registry.
3       Q.    Okay.  Who is Daniel Hrapmann?
4       A.    Daniel Hrapmann at the time of this
5   e-mail was the assistant building inspector.
6   Currently, he is the interim chief building
7   inspector.
8       Q.    Who is Melissa Quigley?
9       A.    Melissa Quigley is a lawyer for the
10  city.  She's a city attorney.  There we go.
11      Q.    Okay.  So can you tell us what the
12  context of this October 3, 2019 e-mail is
13  that is registered at page 13 within the
14  larger document?
15      A.    From recollection, I think there
16  were, you know, concerns about similar size
17  structures, similar properties, you know,
18  specific and nonspecific to the ownership of
19  Laguna Run to, hey, how are we ensuring that
20  this is an isolated incident and not
21  something that is across the board for even
22  more terrible conditions at other properties.
23      Q.    Okay.  Can you tell us the context
24  of this October 31 e-mail that you sent to
25  Nicole Heyman, Winston Reid, Daniel Hrapmann
```

```
1    and Melissa Quigley?
2         A.    It looks like I had a little
3    frustration on, you know, the lack of kind of
4    movement.  And I believe there were, you
5    know -- the word evictions is bringing me
6    back here to, I think there were some reports
7    coming through that there were residents of
8    these units that were coming forward to make
9    complaints to management or to ownership.
10   I'll just refer to everything as ownership.
11   And there were reports getting back to the
12   city that those residents, after our initial
13   inspections in August and September, were
14   then getting evicted, you know, summarily
15   thrown out due to that.
16             So I think there was quite a bit of
17   frustration that in the midst of all this,
18   people were being evicted from, I think I
19   used the word, deplorable conditions.
20        Q.    And, Mr. Smith, you have a
21   statement in here:  "I do not believe the
22   owners are working in good faith here."
23             Can you please explain that
24   statement to me?
25        A.    From memory, I think there was some
```

1   chatter that, you know, there didn't seem to
2   be, you know -- this is now late October.  I
3   think we had had 60 days kind of pass by, you
4   know, a good full 60 days and there wasn't --
5   I believe the city's appreciation was that
6   there wasn't a -- that good faith effort at
7   the beginning was deteriorating, if not
8   materializing at all.
9           And then again, in addition to
10  potential evictions happening, whether or not
11  they happened or not I do not know for a
12  fact, but, you know, it seemed like we were
13  being led on to get more time without results
14  of bringing the building up to be safe.
15      Q.    During this time period, was your
16  office or the office of Code Enforcement
17  going out and doing periodic inspections to
18  see if the ownership and management company
19  were, in fact, bringing these properties up
20  to code?
21      A.    I believe we were.
22      Q.    And what were your findings during
23  that period from August, when you began your
24  code enforcement activities, to October?
25      A.    I believe that the general

 1   consensus was improvements were not, were not
 2   going on as planned or as agreed.  I
 3   shouldn't say agreed to originally.  And
 4   there was just not a real movement on this
 5   issue.
 6        Q.    The next e-mail is from Victoria
 7   Lewandrowski from Cyndi Nguyen's office to
 8   you.  Can you tell us what the context of
 9   this e-mail is?
10        A.    It appears to be the District E
11   office alerting us of several issues for some
12   of their constituents that, you know, point
13   out people being evicted, et cetera, where
14   they are fielding these complaints and these
15   calls and they are passing it on to us that,
16   you know, there are similar issues of mold,
17   water issues, poor living conditions and, you
18   know, citing to us that people are being
19   evicted based on, you know, complaining.
20        Q.    And that's page 14 of this larger
21   document.
22             Here's another e-mail from Winston
23   Reid to you, Nicole Heyman.  This might be
24   the same e-mail, Mr. Hrapmann and Melissa
25   Quigley.  No.  This is a different e-mail.

1    What is a self certification piece?  What is
2    being referred to here?
3        A.    Would you mind scrolling down?  I
4    think I can give you the context.  Yeah.  You
5    can go back up.
6            So there was a conversation, a
7    pretty healthy conversation, prior to the
8    Laguna Run awareness on the city's behalf
9    related to the formation of a rental
10   registry.  And there were various ways to
11   implement it, et cetera.  And one of the ways
12   to make it more appealable to the masses was
13   a landlord could self-certify the, you know,
14   the liveability and the, you know, and good
15   conditions in which their unit or their
16   units, you know, exist.
17           And those of us on the field side,
18   the Winston Reids and the Zach Smiths of the
19   world, generally were opposed to anyone
20   self-certifying that they have good property.
21   And I believe this was a, this was a
22   reference to, you know, another topic, but
23   similar that happened to be specifically, you
24   know, at the heart of a larger topic about
25   the rental registry self-certification.

1      Q.    Mr. Smith, what impact, if any, did
2   the conditions at Laguna Run play in your
3   opinion that self-certification was not going
4   to produce a truthful depiction of the
5   condition of the property?
6      A.    Well, you know, the building was in
7   such, such disarray, you know.  The small
8   fraction of photos you've showed earlier, you
9   know, are a glimpse into some really, really
10  just, I will keep using the term deplorable
11  conditions.  And, you know, it's, it's why
12  government has to exist, to deal with problem
13  actors.  And it's why you have to have HANO
14  inspections.  You have to have a fire
15  department.  You have to proactively do some
16  of these things.  And, you know,
17  self-certification is great for 90 percent.
18  It's terrible for 10 percent.
19     Q.    Mr. Smith, I see here an e-mail,
20  you are not copied on this e-mail, to be
21  clear, but it discusses HANO's involvement
22  and HANO sending notice to their voucher
23  recipients.
24          Are you generally aware of what this
25  issue is with respect to the Section 8 HANO

1    residents who lived at Laguna Run?

2        A.   I do believe I was looped in

3    probably in a call or in a face-to-face with,

4    you know, the general updates that they were

5    working more globally with HANO to try to

6    provide some alternative housing or the

7    ability for residents at their choice to move

8    to other HANO, you know, units around the

9    city because the conditions were -- again,

10   maybe you won't die in a fire, but your

11   exposure to unclean and unsanitary conditions

12   is obviously something that is not right.

13   It's not correct.  It's law.

14       Q.   So do you know if the HANO Section

15   8 voucher tenants were actually transferred

16   out in mass to other HANO units?

17       A.   I do not.

18       Q.   Okay.  And has the city followed up

19   on that at all to your knowledge?

20       A.   I have no knowledge of that.

21       Q.   Okay.  There is an e-mail here, you

22   are not copied on this e-mail, but it is

23   Cyndi Nguyen discussing the sewerage issue at

24   Laguna Run and asking for the state health

25   department to inspect it for sewerage

1    problems.

2         Are you familiar with the issue of

3    the raw sewage running down the walls of

4    several of the apartments at Laguna Run?

5         A.    I believe that I am.

6         Q.    Can you tell me what your personal

7    knowledge is of the sewage problem?

8         A.    I believe you had various units

9    where the units above had pipes in the floor

10   ceiling assembly in the walls that were not,

11   that were not transmitting the waste properly

12   due to blockages down line that had not been

13   adequately maintained, serviced and cleaned.

14   And I believe there was some more direct

15   issues with pipes, you know, particularly

16   caused from that that had, you know, up the

17   chain had broken or had leaks developed due

18   to the ever present pressure from the waste

19   staying in those pipes.  So you have things,

20   like things running down walls or coming

21   through ceilings.

22        Q.    So my question is this, Zachary.

23   You know, we've been told by several of the

24   employees of Dasmen that the pipes were cast

25   iron and they were corroding causing this

1    water intrusion issue with the raw sewage.
2    Post-Katrina, how did they get a permit to
3    rebuild that did not include replacing all of
4    the pipes?
5        A.    Unfortunately, I wouldn't be able
6    to answer that question as I don't have any
7    specificity to the permitting history in the
8    post-Katrina, you know, timeframe.  I haven't
9    done any review on it nor do I -- nor have I
10   ever gone on that end.  There's probably a
11   million different answers that could possibly
12   be given, so it would be inappropriate for me
13   to opine without any inspection of the
14   history.
15       Q.    Generally speaking, post-Katrina,
16   when properties were renovated that had been
17   underwater, was there a requirement that the
18   plumbing be replaced?
19       A.    So generally speaking, I think to
20   use your terms, the severity of damage to the
21   structure as a whole generally calculated by
22   a percentage of the cost of the damage
23   compared to the cost of the structure in its
24   pre-damaged state would determine certain
25   levels, tiers, et cetera, of what, of what

1    types of across-the-board renovations or
2    improvements would need to be made to bring,
3    you know, potentially an entire building up
4    to today's code.
5             With that said, there is always an
6    issue where you have a damaged element not
7    being corrected.  So if you ever have a
8    damaged element at any time, for instance,
9    you have a hole in a roof, it has to be
10   repaired.  You have a damaged fire alarm, it
11   has to be repaired.  You have a damaged smoke
12   detector, it has to be repaired.  This has
13   nothing to do with Katrina, before Katrina,
14   after Katrina.  This is building code 101.
15   You can put a brand new thing in, somebody
16   drives through the building, it is now
17   damaged.  It is now clearly present damage.
18   It has to be mitigated.  Does it mean it
19   needs to be replaced?  Not necessarily.  It
20   means it might be an HVAC system where a
21   small piece gets the whole unit back up and
22   running, you know.  The presence of rust or
23   things that are leaking tell us that we have
24   damaged pipes.  There's a million different
25   ways that you could potentially rectify that

1    situation, not necessarily replacing the

2    entirety of the pipe, but, again, generally

3    speaking.

4         Q.    We've had a regional property

5    manager for Dasmen named Tony Crawford to

6    testify in this case and to tell us that in

7    order for this building to be brought up to

8    code, all of the pipes would have to be

9    replaced.  Is that something that your office

10   has mandated, considered, discussed?

11        A.    I don't believe we have.

12        Q.    I see here a September 16, 2019

13   e-mail from Winston Reid to LaTonya Norton,

14   Sunni LeBeouf, who is a city attorney, Tara

15   G. Richard, yourself, Terrance Willis, Garret

16   Willis, Timothy McConnell, Paul DeGrange,

17   Wayne Regis, Tammie T. Jackson, Winston Reid

18   David Grunberg and Mayor LaToya Cantrelle.

19            Can you tell us the context of this

20   e-mail?

21        A.    It appears to be an update to

22   pretty much any of the directors and

23   department heads of various agencies about

24   kind of the status, the current status, as of

25   the writing of that e-mail.  You know, it

1 discusses a myriad of things all related to

2 Laguna Run.

3     Q.    So let's address the first finding.

4 It says:  "Since our last site visit, the

5 ownership has hired a new company to serve as

6 the property management of this complex."

7             Is it your understanding that Dasmen

8 Residential was terminated as the property

9 manager and that Lynd Company was brought in

10 to manage Laguna Run?

11     A.    At the time here, I wouldn't have

12 been able to tell you which company was

13 which, but I generally remember that there

14 was a property manager in August that was no

15 longer the property manager a few weeks

16 later.

17     Q.    Okay.  And then the second finding

18 is:  "The imminent concerns with the fire

19 codes have been addressed and cleared by the

20 New Orleans Fire Department and the Fire

21 Marshal Chief."  And it was stated:  "Please

22 confirm."

23             Do you know if it was confirmed that

24 the fire code issues were addressed by

25 September 16, 2019?

1    A.    Based on the e-mail, it tells us
2    that it was.  I do recall that, you know,
3    they, when we talk about the previously
4    stated imminent life safety issues that
5    warranted fire watch, et cetera, I do believe
6    some of those were addressed with the global,
7    you know, upgrade with the smoke alarms being
8    installed in those units that were deficient
9    and green-tagged fire alarm and smoke
10   detection systems.
11       Q.    So to your knowledge, as of the
12   date of this deposition, Laguna Run is in
13   compliance with the fire code?
14       A.    I wouldn't go that far to state
15   that they're in compliance with the fire
16   code.  I believe they were compliant at that
17   point for, you know, for an immediate issue
18   that, you know, originally required an
19   on-site human to monitor for fire conditions
20   and for safety conditions.  I think enough
21   had been done to no longer need that human to
22   be on-site, but I do not believe that the
23   building had -- I'm not specifically aware
24   that the building meets and was completely
25   up-to-date with the fire code at this time.

1     Q.    What is your knowledge as of this

2    date with regards to the fire code situation

3    at Laguna Run?

4     A.    At this date, I believe there, the

5    Fire Department has nothing outstanding.

6    That is my general appreciation.  I believe

7    work had been done, you know, as of 2021.

8     Q.    Okay.  The next issue is that:

9    "The company has on-site today a mold testing

10    and remediation company which are currently

11    testing each unit for mold and other

12    environmental public health hazard

13    conditions."

14         Is that your understanding?

15     A.    That's the reading of that text,

16    yes, ma'am.

17     Q.    Okay.  Can you tell me what company

18    did this mold testing and remediation for

19    them?

20     A.    I have no idea.

21     Q.    Has the city -- can you tell me why

22    a mold testing and remediation company was

23    necessary to test each unit for mold?

24     A.    You know, the city has no

25    definitive way to know if a, if some sort of

1  substance or growth or something that looks
2  like a growth is, in fact, mold or the
3  presence is there.  So we required testing to
4  be done to confirm what we believed to be
5  mold and other biologicals.  And then, you
6  know, when things are remediated, to make
7  sure that they were remediated properly and
8  tested to make sure that, you know, those
9  issues have been taken care of.
10      Q.    And it was the city's understanding
11  as of the September 16, 2019 e-mail, that on
12  that date there was a mold testing and
13  remediation company out there testing each
14  unit for mold?
15      A.    That is what the e-mail says.
16      Q.    What is the basis of that
17  statement?
18      A.    Can you help me with that one?
19      Q.    Who would have advised you all that
20  they did this?
21      A.    I can only surmise it was
22  communication between Winston Reid and the
23  owners.
24      Q.    Okay.  Has the city confirmed that
25  this was actually done?

1        A.    I do not know.

2        Q.    Okay.  Because I'm still getting

3    calls from people who still have mold, so I'm

4    really concerned about the follow-up on this.

5             Do you know if any follow-up has

6    been done to confirm that a company went out

7    and actually did mold testing and remediated

8    the units for mold?

9             MR. SMITH:

10            Objection to form of that question,

11            counselor.

12            MS. BAGNERIS:

13            Objection noted.

14            THE WITNESS:

15            I have no knowledge of the, of any

16            testing, whether it actually took

17            place or any follow-up testing.

18    EXAMINATION BY MS. BAGNERIS:

19        Q.    Okay.  Would it be the city's

20    Department of Safety & Permits or the city's

21    Department of Code Enforcement that would be

22    charged with the follow-up to confirm that

23    this was actually done?

24        A.    I believe this would have been a

25    joint operation with the Office of Code

1    Enforcement and the health department.

2        Q.    Are you aware of any testing

3    results that have been provided to the city

4    to show that mold testing was performed in

5    each unit at Laguna Run?

6        A.    I'm not aware of any.

7        Q.    Are you aware of any physical

8    documents that would confirm that remediation

9    was performed in each unit where mold was

10   confirmed at Laguna Run?

11       A.    I'm not aware of any.

12       Q.    Would it be a violation of the

13   city's code for there to still be existing

14   conditions of mold in apartment units at

15   Laguna Run?

16       A.    Absolutely.

17       Q.    The next issue is:  "The management

18   company will be providing me," and me in this

19   context would have been Winston Reid, "with a

20   listing of units inspecting and requiring

21   complete gutting and remediation."

22            Do you know if Mr. Reid ever

23   received such a document from the management

24   company?

25       A.    I don't recall.

1     Q.   In this e-mail, Mr. Reid says: "I

2 have requested that all communication be

3 provided to Safety & Permits", and to him,

4 "for proper follow-up."

5     So within your records, have you

6 received from the management company, let's

7 begin with this, any documentation supporting

8 that mold testing occurred in each unit?

9     A.   I'm not aware of any.

10     Q.   Have you received from the

11 management company a listing of units

12 inspected that required complete gutting and

13 remediation?

14     A.   I'm not aware of any.

15     Q.   And from a management standpoint

16 and follow-up, would that be Mr. Reid's

17 responsibility or Safety & Permits'

18 responsibility? And when I say Mr. Reid, I

19 mean Code Enforcement.

20     A.   Code Enforcement.

21     Q.   The next issue is: "I was informed

22 the eviction of the tenant was not because of

23 retaliation for filing a complaint, but

24 because of delinquency of rent payments."

25     Has anyone actually followed up on

1  that to see if that is, in fact, an accurate
2  statement?
3      A.    I have no way of knowing.
4      Q.    Are you aware that numerous
5  residents alleged that they were evicted for
6  complaining about the conditions of their
7  apartments?
8      A.    Yes.
9      Q.    Are you aware that Cyndi Nguyen's
10 office actually put residents up in hotel
11 rooms in New Orleans East when they were
12 evicted after complaining about the condition
13 of their apartment?
14     A.    I do not believe I was aware of
15 that.
16     Q.    The next issue is: "Property
17 Management also informed they have a
18 scheduled court date as it relates to the
19 eviction."
20     Do you have any independent
21 knowledge with regards to the eviction as
22 referred to in this particular document?
23     A.    No, ma'am.
24     Q.    The next issue in the e-mail is:
25 "I plan to have a Code Enforcement inspector

1    perform daily site visits to monitor the
2    progress of the abatement and the remediation
3    of the units."
4            Do you know if this was undertaken
5    by Code Enforcement?
6        A.    Did you catch that?
7        Q.    No, I did not.
8        A.    Oh, sorry.  I do not.
9        Q.    And have you seen any documents
10   that would depict or confirm any daily
11   inspections by a Code Enforcement inspector
12   regarding abatement?
13       A.    I don't recall.  I don't think so.
14       Q.    Okay.  The next document is from
15   Greg LaRose to LaTonya Norton.  Who is
16   LaTonya Norton?
17       A.    LaTonya Norton works in the mayor's
18   office specifically for communications
19   dealing with media and other, you know,
20   external comm stuff.
21       Q.    And who is Michael Tidwell?
22       A.    Michael Tidwell, if you ever hear
23   the name Beau Tidwell, same guy, is the head
24   of comms for the mayor.  So he is the chief
25   communications --

1    Q.    Okay.  And while you were not
2  copied on this e-mail, are you familiar with
3  the context of the e-mail with respect to
4  residents complaining of eviction from the
5  property when they have brought conditions of
6  the complex to the management's attention?
7    A.    I generally recall, you know, media
8  inquiries related to Laguna Run, related to
9  the deplorable conditions and, you know,
10  potential retaliatory evictions.
11    Q.    Needless to say, without going
12  through all these documents, there was an
13  interagency attempt to address the deplorable
14  conditions as you have described them at
15  Laguna Run, correct?
16    A.    Repeat that question.
17    Q.    Needless to say, without going
18  through all of these e-mails, there was an
19  interagency attempt to address the deplorable
20  living conditions as you have described them
21  at Laguna Run, correct?
22    A.    Yes, ma'am.
23    Q.    And to your knowledge, as we sit
24  here today, have the living conditions at
25  Laguna Run been brought up to code?

1       A.    I am not aware specifically that
2    they have, but do I not believe that the
3    Laguna Run improvements are near complete.
4       Q.    So what is being done, if anything,
5    by the city's Department of Safety & Permits
6    or the -- I'm going to ask you that
7    specifically -- to address the deplorable
8    living conditions at Laguna Run as we sit
9    here today?
10      A.    I'm not specifically aware of a
11   current set of actions Safety & Permits is
12   taking.
13      Q.    Are you aware of any specific
14   actions that Code Enforcement is taking to
15   bring this property up to code?
16      A.    No, ma'am.
17      Q.    Are you aware of any actions being
18   undertaken by any city department to compel
19   this property owner and management company to
20   bring this property up to code?
21      A.    No, ma'am.
22      Q.    Based upon this November 6, 2019
23   e-mail to Winston Reid from David Grunberg,
24   it appears that the violations consisted of
25   violations for mold, holes in walls and

1  ceilings, ceiling leaks, deteriorated floors,
2  window problems, roof issues, siding issues,
3  electrical problems, plumbing issues, trash
4  and the swimming pool was green.
5         Is that your understanding of the
6  kinds of conditions that have been noted by
7  Code Enforcement with respect to Laguna Run?
8      A.    Yes, ma'am.
9      Q.    And were those conditions apartment
10 complex-wide?
11     A.    I believe so.
12     Q.    And to your knowledge, to this date
13 these problems persist?
14     A.    To my knowledge to this date, there
15 are several problems similar, if not the
16 same, that continue to exist.
17     Q.    I'm showing you a November 4, 2019
18 e-mail upon which, which was sent to you by
19 Winston Reid, where he identifies various
20 units in areas of the complex with moldy and
21 roof leaks.  Are you aware -- did you receive
22 this e-mail?
23     A.    I believe so.
24     Q.    Has there been any follow-up to
25 these units by city Safety & Permits or Code

1  Enforcement to see if the moldy and roof leak
2  issues have been addressed therein?
3       A.    I'm not aware of any.
4       Q.    In this e-mail someone named David,
5  I'm assuming this is David Grunberg, was
6  asked to assemble a team of inspectors to go
7  out to Laguna Run and inspect the properties.
8  And he also asked if you could send someone
9  out with them.  Do you know if this was done?
10      A.    Would you mind scrolling up?
11            I do believe it was done as the date
12 was November 4 for this e-mail.  And since I
13 think the e-mails in this chain are in
14 reverse, I think the e-mail above shows
15 David's results.
16      Q.    Okay.
17      A.    So I believe it was done.  I
18 thought there was one.  Keep going up.  There
19 you go.
20      Q.    Oh.  So the results of the November
21 2019 inspections were that 33 apartments were
22 inspected, three laundry rooms, one
23 electrical room and the office, which also
24 included the swimming pool area, and all of
25 those violations I previously discussed from

```
1    mold to holes in the ceilings and the walls,
2    electrical problems, roof problems, window
3    problems, ceiling leaks, all still existed?
4         A.    Yes, ma'am.
5         Q.    And, as I understand from this
6    e-mail, that the mold was just painted over?
7         A.    That's what it says.
8               THE WITNESS:
9               Counsel, could we do a quick five
10              minutes?
11         MS. BAGNERIS:
12              Yes.
13         VIDEOGRAPHER:
14              We're going off the record.  The
15              time is 11:42.
16              (RECESS TAKEN)
17         VIDEOGRAPHER:
18              We're back on the record.  The time
19              is 11:48.
20         THE WITNESS:
21              Are we still missing Daniel Smith?
22         MS. BAGNERIS:
23              I think Daniel is on.
24              Daniel, are you on?
25         MR. SMITH:
```

```
1              Yeah.  I'm here.  We can keep
2         going.
3         THE WITNESS:
4              Oh, there you are.
5    EXAMINATION BY MS. BAGNERIS:
6         Q.   Okay.  All right.  I guess my
7    question, Mr. Smith, is what enforcement
8    power does Safety & Permits and Code
9    Enforcement have to compel this property
10   owner and property management company to
11   bring this property up to code given that we
12   are now two years out from when you all began
13   this activity and we still are not up to code
14   there?
15        A.   Chronologically speaking, I think
16   we're closer to 18 months, but -- the
17   power resides to --
18             COURT REPORTER:
19             Zach, you are breaking up.  Can you
20             say that again?
21             THE WITNESS:
22             Oh, sorry about that.
23             So just to kind of say, I think
24             it's been closer to 18 months, but
25             the power, there's basically three,
```

1          you know, the three groups, Code
2          Enforcement, the Fire Department
3          and the Safety & Permits.  So
4          Safety & Permits has general
5          abilities under Chapter 26 to cause
6          the building to have its electrical
7          service terminated to effectively
8          cease usage.  This is generally
9          done, you know, when you're not
10         going to then create a mass
11         homeless event.  So, for instance,
12         Safety & Permits may cause an
13         illegal short-term rental or a bar
14         that's operating illegally to lose
15         its power, you know, through the
16         utility company, so that it
17         effectively shuts down the illegal
18         use.  Typically speaking, on a
19         situation like this, Safety &
20         Permits helps to kind of review
21         code, you know, put additional
22         boots on the ground, but the
23         mechanism for compliance is going
24         to go with the immediacy of the
25         fire marshal to effectively shut

1        certain things down.  They have

2        certain investigative abilities

3        more tied with law enforcement.

4        And then the protracted issue is

5        going to be Code Enforcement

6        through the abilities under Chapter

7        26 and Chapter 6 of the Municipal

8        Code to basically start

9        adjudicative hearings on a property

10       resulting in fines, et cetera, if

11       anybody has ever participated in

12       that process.

13       So the issue at hand comes in when

14       we push a case through, we get, you

15       know, when we look for judgment,

16       that generally would include a

17       requirement to remediate whatever

18       the issue is, whether it be tall

19       grass or whether it be mold,

20       whether it be water issues, et

21       cetera.  And in addition to

22       remediation, depending on a failure

23       to act in a timely capacity, the

24       addition of ongoing and increasing,

25       you know, monetary values that if

1          not paid and not rectified would

2          continue to be added, you know, and

3          increase and then ultimately added

4          to tax bills.  So literally hitting

5          people in the wallet.

6  EXAMINATION BY MS. BAGNERIS:

7       Q.    So has the city undertaken any

8  adjudicative hearing with regard to the

9  Laguna Run property?

10      A.    I do not know.  I do not know.

11      Q.    Would that have to be spurred by a

12  request by a tenant or is that something that

13  the city can do on its own when it notes a

14  property owner to be in noncompliance?

15      A.    Either/or.  Either/or.

16      Q.    Okay.  And would that request for

17  adjudicative hearings have to come from Code

18  Enforcement or Safety & Permits?

19      A.    It would come from Code

20  Enforcement.

21      Q.    So other than -- because you can't

22  turn off electrical service when you have

23  hundreds of people living there, but other

24  than adjudicative hearings and fines, there's

25  really nothing that can be done to force an

1    apartment complex owner to come up to code,
2    correct?
3         A.    Correct.
4               MR. BELL:
5               Object to form.
6               COURT REPORTER:
7               Who was that?
8               MR. BELL:
9               This is Troy Bell.
10   EXAMINATION BY MS. BAGNERIS:
11        Q.    I'm going to move on to the next --
12   well, I thought I was going to move on.
13             So are you familiar with this
14   document dated September 4, 2019 from Wayne
15   Regis to Winston Reid regarding the Laguna
16   Run complex?
17        A.    It looks like Wayne kind of put a
18   summary of contacts, applicable people,
19   timeline of things that had already
20   transpired before writing that, general
21   description of the property, you know, number
22   of units, how many are occupied, HANO, how
23   many are vacant, et cetera, who the ownership
24   is, who the property manager is, you know, I
25   guess for ease of use.

1     Q.   And is it your understanding that

2  as of this September 4, 2019 document, there

3  were 442 units at Laguna Run?

4     A.   Based on that, yes, the site had

5  442 tenants.

6     Q.   And 336 of those units were

7  occupied as of September 4, 2019?

8     A.   Yes, ma'am.

9     Q.   And 140 of that 336 were occupied

10  by Section 8 tenants, correct?

11     A.   They appear to be some sort of HANO

12  assistance.

13     Q.   Okay.  And 106 units of the total

14  442 were vacant as of September 4, 2019?

15     A.   Yes, ma'am.

16     Q.   As I understand this document, task

17  force inspections began August 29, 2019, is

18  that correct?

19     A.   Yes, ma'am.

20     Q.   Okay.  Do you know what the

21  involvement of the Louisiana Department of

22  Health has been with respect to the Laguna

23  Run apartment complex?

24     A.   I mean, this e-mail seems to be a

25  communication between LDH, Louisiana

1    Department of Health, and Mr. Grunberg with
2    Code Enforcement.  It seems like they were
3    trying to collectively communicate on the
4    approach and get an understanding of who's
5    done what and who will be able to do what.
6        Q.    It appears from this document that
7    Code Enforcement did assess a fine of more
8    than $50,000 for violations to the property
9    owner.  Do you have any independent
10   recollection of whether those fines were
11   collected?
12       A.    I have no idea.
13       Q.    Jennifer Avegno is the city's
14   director for the health department, correct?
15       A.    Yes, ma'am.
16       Q.    And this e-mail dated September 30
17   from her to various employees of the city
18   references an LDH report.  Have you seen this
19   LDH report?
20       A.    I can't say that I have.
21       Q.    Okay.  And it mentions tenants were
22   to be moved to the model apartments in the
23   complex.  Can you give us context for this
24   particular e-mail?
25       A.    I don't really have any knowledge

1    of a movement of tenants to model apartments,
2    so I really don't have much context on that.
3         Q.    Okay.  I'm going to move on to
4    another document, Mr. Smith.
5              MS. BAGNERIS:
6              Margaret, did I note that document
7              to be Exhibit 22?
8              COURT REPORTER:
9              Yes, in globo.
10             MS. BAGNERIS:
11             The next document will be Exhibit
12             23 in globo.  It is 127 pages.  I'm
13             not going to go through all of it.
14             It is entitled District E e-mails.
15   (Whereupon, the instrument referred to was
16   marked Exhibit 23 for identification.)
17   EXAMINATION BY MS. BAGNERIS:
18        Q.    Would these have been e-mails that
19   you all received from Cyndi Nguyen's office?
20        A.    I believe so.
21        Q.    Okay.  And would Cyndi Nguyen be
22   the best person to discuss these e-mails with
23   in your opinion?
24        A.    I would say Cyndi or Victoria.
25        Q.    And how did these documents come to

1  be a part of the city Safety & Permits file?
2  Do you know?
3       A.    I would have assumed they were part
4  of the larger city file, not necessarily in
5  Safety & Permits, as I don't see a lot of
6  communication with the department.  So it is
7  probably a merging of various, different
8  records.  I do not believe that's Safety &
9  Permits' specific documents.
10             MS. BAGNERIS:
11             We're going to attach this exhibit
12             as Exhibit 23 to the deposition.
13             These are photographs that I'm
14             going to mark as Exhibit 24 in
15             globo.  They are four photographs
16             of the electrical room at Laguna
17             Run.
18  (Whereupon, the instrument referred to was
19  marked Exhibit 24 for identification.)
20  EXAMINATION BY MS. BAGNERIS:
21       Q.    Looking at these photographs,
22  Mr. Smith, what, if any, violations of city
23  code do you note?
24       A.    Well, we have a, you know, in this
25  picture of the meter bank.  We definitely

1    have a meter socket, that's the little circle
2    that everybody has on the side of their
3    house, where a meter is missing.  And if a
4    meter is missing, you would need to have a
5    cap over it to basically secure it.  That
6    looks like that's missing.  So there's
7    definitely a potential for a safety issue
8    there.

9           There is another photograph of kind
10   of wires hanging out, you know.  Not good.  I
11   don't know all that's going on in that room,
12   but it looks like they've probably run some
13   sort of fire alarm or other communication
14   through.  There's a lot of this blue and
15   white wires potentially penetrating a room
16   that needs to be fire-rated.  I don't know
17   the specifics of that room, but you see open,
18   open, you know, uncovered things going
19   through the ceiling.  You see wires hanging
20   out.  You have an uncovered meter socket.
21   Generally speaking, it doesn't look good.
22        Q.    Okay.  So photo two of four is the
23   meter socket.
24        A.    Yes, ma'am.
25        Q.    And photo three of four is the

1  exposed electrical wiring, correct?

2      A.    Yes, ma'am.

3      Q.    Okay.  This is photo four of four.

4  Can you tell me what, if any, code violations

5  would be present in photo four of four?

6      A.    So without the full context, you

7  know, in knowing if the panel was manipulated

8  prior to taking the, the photo being taken,

9  you know, I can't definitively tell you.  But

10  it does appear that there may not be a cover

11  present at all on that panel, which would

12  definitely not be using the panel as per the

13  listed manufacturer's instructions.  And it

14  creates a risk of shock and potential death.

15         MS. BAGNERIS:

16         Okay.  The next document is three

17         pages.  It will be Exhibit 25 to

18         the deposition and is the Fire

19         Marshal's inspection report.

20  (Whereupon, the instrument referred to was

21  marked Exhibit 25 for identification.)

22  EXAMINATION BY MS. BAGNERIS:

23      Q.    Would you defer to the State Fire

24  Marshal for a statement with regard to the

25  deficiencies noted in this report?

1    A.    Absolutely I would defer to the
2  Fire Marshal to speak about the Fire
3  Marshal's document.
4            MS. BAGNERIS:
5            Okay.  That will be Exhibit 25 to
6            the deposition.
7  EXAMINATION BY MS. BAGNERIS:
8    Q.    We have a second document from the
9  Fire Marshal's office.  It's two pages.
10            Would you also defer to the State
11  Fire Marshal for an explanation of the
12  deficiencies found therein?
13    A.    Yes, ma'am.
14            MS. BAGNERIS:
15            That will be Exhibit 26 to the
16            deposition.
17  (Whereupon, the instrument referred to was
18  marked Exhibit 26 for identification.)
19  EXAMINATION BY MS. BAGNERIS:
20    Q.    This document is 15 pages long.
21  And it is a document from the Metropolitan
22  Crime Commission to Winston Reid of Code
23  Enforcement.
24            Are you familiar with this document?
25    A.    I don't recall that specific

1     document, but based on a lot of the other

2     documents earlier on, it's quite clear that

3     the MCC contacted the city and notified us of

4     these complaints.

5         Q.    Okay. And I believe I had asked

6     you that earlier. So this is where I got

7     that question from. Is it your understanding

8     that the Metropolitan Crime Commission was

9     contacted by several residents expressing

10    concerns about health and safety issues and

11    if the Metropolitan Crime Commission asked

12    the city's Department of Code Enforcement to

13    conduct an inspection at Laguna Run?

14        A.    Yes. That's my understanding.

15        Q.    Sitting here today, though, you

16    don't have an independent recollection of

17    these documents, photographs and the

18    narratives contained therein, correct?

19        A.    I don't recall.

20        Q.    Would you defer to Mr. Reid or the

21    author, Michelle Foster from the Metropolitan

22    Crime Commission, to discuss the content of

23    these documents?

24        A.    Absolutely.

25        MS. BAGNERIS:

1          Okay.  I'll mark that as Exhibit 27
2          to the deposition.
3   (Whereupon, the instrument referred to was
4   marked Exhibit 27 for identification.)
5   EXAMINATION BY MS. BAGNERIS:
6      Q.    This appears to be the same
7   document.  It was given to us in redacted and
8   unredacted form.  So I'll attach this
9   document as Exhibit 28 to the deposition and
10  assume that you would defer to Michelle
11  Foster and Winston Reid for a discussion of
12  these documents, correct?
13     A.    Yes, ma'am.
14  (Whereupon, the instrument referred to was
15  marked Exhibit 28 for identification.)
16  EXAMINATION BY MS. BAGNERIS:
17     Q.    So Exhibit 29 is 27 photographs
18  that I believe we've already talked about, I
19  think they were produced twice, that are
20  within the city's Department of Safety &
21  Permits photographs.  These may be more than
22  what we saw before, but, needless to say,
23  would you consider there to be several code
24  violations present in perusing these photos
25  rather quickly?

1     A.    Yes, ma'am.

2          MS. BAGNERIS:

3          We'll mark that as Exhibit 29 to

4          the deposition.

5 (Whereupon, the instrument referred to was

6 marked Exhibit 29 for identification.)

7          MS. BAGNERIS:

8          This document is 16 pages.  It will

9          be marked as Exhibit 30 to the

10         deposition.

11 (Whereupon, the instrument referred to was

12 marked Exhibit 30 for identification.)

13 EXAMINATION BY MS. BAGNERIS:

14    Q.    Do you know how this document was

15 produced, who produced this document, and how

16 it came into your possession?

17    A.    I do not recall.

18    Q.    This document is entitled List of

19 Smoke Detectors and Rent Roll.  Under unit

20 type, there is a section for unit, and I'm

21 assuming these are the individual apartment

22 units that were inspected by the fire

23 department since it references smoke

24 detectors.  And then under unit type, do you

25 know what the designation LRS or LRL stands

1   for?

2        A.    Not definitively, no.

3        Q.    Okay.  And can you tell me what the

4   context of this document is, if you know?

5        A.    It appears to be a key of which

6   units are occupied or vacant and potentially

7   which have had a smoke detector installed.

8             MS. BAGNERIS:

9             Okay.  We're going to mark this

10            document as Exhibit 30 in globo.

11            This photograph, we'll mark as

12            Exhibit 31.

13  (Whereupon, the instrument referred to was

14  marked Exhibit 31 for identification.)

15  EXAMINATION BY MS. BAGNERIS:

16       Q.    It appears to depict the stairs at

17  Laguna Run.  Based on your review of this

18  photograph, would this be a code violation?

19       A.    Yes.

20       Q.    Can you tell me why?

21       A.    The deterioration of the stairs,

22  specifically at the nosing, you know.

23  Tilting our heads, if you were to look at the

24  upper stairs, it creates an issue where the

25  stair itself seems like it is crumbling

apart. The fact that the stairs are clearly
not uniform is, in and of itself, a code
violation as stairs, the treads have to be
the same width and the same depth on each
one.

        And, of course, the materials are
literally decaying, dilapidating. So there
are some issues there.

        MS. BAGNERIS:

        So we will mark this as Exhibit 32
        to the deposition.
(Whereupon, the instrument referred to was
marked Exhibit 32 for identification.)

        MS. BAGNERIS:

        This is Exhibit 33, is a photograph
        entitled Mold and Water Damage.
(Whereupon, the instrument referred to was
marked Exhibit 33 for identification.)
EXAMINATION BY MS. BAGNERIS:

    Q.    Would what is depicted in this
photograph be a violation of city code?

    A.    Without a little bit more context,
it appears that, you know, it is an area of
the ceiling that probably took some sort of
damage, but I don't find enough in the photo

1    itself from this view to be definitive one
2    way or the other of an active issue or
3    something that happened in the past and
4    whether it's been corrected properly or not.
5              MS. BAGNERIS:
6              Okay.  We will mark that as Exhibit
7              33.
8              This is a 92-page document which
9              will be marked as Exhibit 34.
10   (Whereupon, the instrument referred to was
11   marked Exhibit 34 for identification.)
12   EXAMINATION BY MS. BAGNERIS:
13        Q.    Do you know -- it's entitled Other
14   City E-Mails Redacted.  Do you recognize
15   these documents as being a part of the Safety
16   & Permits record?
17        A.    I mean, if you scroll through some
18   stuff, you know.
19        Q.    Well, let me ask you this.  I'm
20   confused a little bit about this particular
21   document because it seems to have within it
22   on the e-mail a reference to the Willows
23   Apartments, which is not involved in this
24   case, and a reference to Laguna Run.  So I'm
25   not sure if this particular document relates

1    to issues found at Laguna Run or issues found
2    at the Willows. Do you know?

3        A.    Without examining more, I do not
4    know, but, you know, it appears to reference
5    the Willows Apartments at 7001 Lawrence Road.

6        Q.    Okay. So it appears there was an
7    attachment to this e-mail dated September 30,
8    which is at page 5 in the document, to the
9    State Health Department's inspection report.

10       A.    Okay.

11       Q.    Do you know whether or not the
12    document itself has been produced, the report
13    from the city health department?

14       A.    I do not.

15       Q.    And are you familiar with the
16    results of the city health department's
17    inspection of the property?

18       A.    Not specifically, no.

19       Q.    Would you defer to Jennifer Avegno
20    to provide testimony with regards to any
21    activities by the city's health department at
22    Laguna Run?

23       A.    Yes, ma'am.

24       Q.    Okay. There is an e-mail dated
25    September 4, 2019 from Paul DeGrange to

1    Elbert Thomas and Wayne Regis.  The subject
2    line is Laguna Run Apartments Compliance
3    Project.  And it seems to talk about issues
4    that will be presented to the mayor.
5           Are you familiar with this
6    particular document?
7        A.    No, but it's consistent with a lot
8    of the same timeframes and discussion topics
9    of various other documents we reviewed.
10           MS. BAGNERIS:
11           Okay.  I'm going to mark this
12           document as Exhibit --
13           Are we on 34, Margaret?
14           COURT REPORTER:
15           Yes.  No, I'm sorry.  The next
16           document is 35.
17           MS. BAGNERIS:
18           Okay.  This is going to be marked
19           as Exhibit 35 to the deposition.
20           It is 92 pages.  It will be Exhibit
21           35 in globo.
22    (Whereupon, the instrument referred to was
23    marked Exhibit 35 for identification.)
24    EXAMINATION BY MS. BAGNERIS:
25        Q.    The next document is a one-page

```
 1    document from Oscar Carter Electric regarding

 2    Laguna Run.  It appears to be an invoice for

 3    material and labor and repairing a circuit

 4    breaker panel.

 5           Was this the only circuit breaker

 6    panel that you know of that was replaced at

 7    Laguna Run or repaired at Laguna Run?

 8        A.   I do not know.

 9           MS. BAGNERIS:

10           Okay.  We're going to mark this

11           document as Exhibit 36.

12    (Whereupon, the instrument referred to was

13    marked as Exhibit 36 for identification.)

14           MS. BAGNERIS:

15           We have a series of photographs now

16           that I'm going to mark as Exhibit

17           37 in globo.

18    (Whereupon, the instrument referred to was

19    marked Exhibit 37 for identification.)

20    EXAMINATION BY MS. BAGNERIS:

21        Q.   This is the first one.  Do you know

22    what the context of this photograph is?

23        A.   No.

24           MS. BAGNERIS:

25           Okay.  These are going to be marked
```

```
 1              as Exhibit, I think I said 37 in
 2              globo.
 3   EXAMINATION BY MS. BAGNERIS:
 4        Q.    And you did not take these
 5   photographs, right, Mr. Smith?
 6        A.    No, ma'am.  Well, you're correct.
 7              MS. BAGNERIS:
 8              Okay.  The next document is two
 9              pages.  It will be marked as
10              Exhibit 38 in globo.
11   (Whereupon, the instrument referred to was
12   marked Exhibit 38 for identification.)
13   EXAMINATION BY MS. BAGNERIS:
14        Q.    And it is directed to you from
15   Winston Reid dated August 29, 2019.
16              Can you give us the context of this
17   e-mail?
18        A.    It appears to be an update from
19   Winston.  It references that I did
20   participate with a meeting with the mayor.
21   I'm not sure if it was in person, I guess, or
22   on the phone.  Brought her up to speed, the
23   details of our joint inspection.
24        Q.    Okay.  That will be marked, I
25   believe, Exhibit 39?
```

1          COURT REPORTER:

2          No.  You already marked it Exhibit

3          38.

4          MS. BAGNERIS:

5          Okay.  Exhibit 38.  Thank you,

6          Margaret.

7  EXAMINATION BY MS. BAGNERIS:

8     Q.    The next document seems to provide

9  the property manager, assistant manager and

10  leasing agent at several different apartment

11  complexes.

12         Have you personally been in touch

13  with any of these property managers,

14  assistant managers or leasing agents?

15     A.    I don't believe so.

16     Q.    Okay.  On the document, do you have

17  any reason to dispute the number of units and

18  the number of HANO vouchers at each complex?

19  We didn't get that answer, Zach.

20     A.    No, ma'am.

21     Q.    Okay.  And did you -- has your

22  office undertaken any independent efforts to

23  verify the number of total units and HANO

24  vouchers at each of these apartment

25  complexes?

1  A.    Not that I'm aware of.

2        MS. BAGNERIS:

3        Okay.  We're going to mark this

4        document as Exhibit 39.  It is

5        entitled RH Property Information.

6  (Whereupon, the instrument referred to was

7  marked Exhibit 39 for identification.)

8  EXAMINATION BY MS. BAGNERIS:

9  Q.    This document is 109 pages and it

10 is entitled S & P.  I'm assuming that's

11 Safety & Permits E-Mails Redacted.  I don't

12 know if it is duplicative of the e-mails that

13 we've already received.  There does appear to

14 be some overlap in the documents.

15       Can you give us the context for this

16 exhibit as a whole?

17 A.    I think it's going to be heavy on

18 the duplication from documents we've already

19 reviewed related to the timeline, the basis

20 of, you know, the timeline, the story line of

21 what's going on with things like or specific

22 to Laguna Run.

23 Q.    Do you know who Maxwell Ciardullo

24 is?

25 A.    Based on the, at GNO Fair Housing,

1  I would assume he is someone who's a housing
2  advocate, but I do not know Maxwell.
3      Q.    Do you know Janice Morgan?
4      A.    I don't believe so.
5      Q.    Okay.  Did you have any involvement
6  with her and her eviction from Laguna Run
7  after reporting the conditions in her unit?
8      A.    I don't believe so.
9          MS. BAGNERIS:
10          I'm going to attach this document
11          as Exhibit 40 to the deposition in
12          globo.
13  (Whereupon, the instrument referred to was
14  marked Exhibit 40 for identification.)
15  EXAMINATION BY MS. BAGNERIS:
16      Q.    The next document appears to be 22
17  pages.  It is entitled Safety & Permit
18  E-Mails.  The first e-mail is between you and
19  a Ramsey J. Green.  Who is Ramsey J. Green?
20      A.    Ramsey is the deputy CAO for
21  infrastructure for the city.
22      Q.    Okay.  And Ann Macdonald, isn't she
23  with Parks & Parkways?
24      A.    At the time she was.  She's
25  recently retired.

1       MS. BAGNERIS:

2           Okay.  I'm going to mark this

3           document as Exhibit 41 in globo.

4    (Whereupon, the instrument referred to was

5    marked Exhibit 41 for identification.)

6    EXAMINATION BY MS. BAGNERIS:

7        Q.    This document is two pages and it

8    has a header of Louisiana Department of

9    Health and Hospitals, Office Of Public

10   Health.  It's just entitled Scan f001.

11          Do you know what this document is?

12       A.    It appears to be a field inspection

13   report from the Louisiana Department Of

14   Health.

15       Q.    This document seems to discuss raw

16   sewage noted on the exterior of a building,

17   building G, at Laguna Run.  And can you tell

18   me, do you have any independent knowledge of

19   this occurring?

20       A.    Generally speaking, it was

21   understood that there were sewerage and other

22   various plumbing issues.  This inspection

23   report seems to indicate that those issues

24   were confirmed by employees within the

25   Department of Health.

1    Q.    Would raw sewage running down the
2    exterior of a building be considered a code
3    violation?
4    A.    Yes, ma'am.
5          MS. BAGNERIS:
6          We'll mark that as Exhibit 42 to
7          the deposition.
8    (Whereupon, the instrument referred to was
9    marked Exhibit 42 for identification.)
10   EXAMINATION BY MS. BAGNERIS:
11   Q.    This document is one page.  It is
12   entitled the Laguna Run Apartments.  Can you
13   tell me what this document is?
14   A.    It appears to be a building by
15   building, sometimes unit by unit, breakdown
16   of issues that were witnessed in those
17   spaces.
18   Q.    Okay.  So with respect to number
19   one, in the office, it says:  "Ceiling
20   leaking, mold in A/C vent, light fixture
21   holding water, floor rotten and breaking
22   apart, restroom has mold and hole where wires
23   are."
24         Would those observations constitute
25   a code violation?

1     A.    Yes, ma'am.

2     Q.    With respect to building number M,

3 apartment 105, there is a notation:  "Mold in

4 ceiling."

5          Would that constitute a code

6 violation?

7     A.    Yes, ma'am.

8     Q.    With respect to building M,

9 apartment 104, it says:  "Ceiling leaking,

10 hole in Sheetrock in bedroom, unfinished

11 Sheetrock."

12          Would that constitute a code

13 violation?

14     A.    Yes, ma'am.

15     Q.    With respect to building M,

16 apartment 103, it says:  "Ceiling leaking,

17 fire detector in bedroom not working, mold

18 around window, heating unit in ceiling, smoke

19 detector not connected."

20          Would those constitute code

21 violations?

22     A.    Yes, ma'am.

23     Q.    With respect to building C, it

24 says:  "Exposed wires."

25          Would that constitute a code

1    violation?

2         A.    Yes, ma'am.

3         Q.    With respect to building G,

4    apartment 103, it says:  "Mold in ceiling,

5    baseboards, bathroom and floor wet from

6    leak."

7              Would that constitute a code

8    violation?

9         A.    Yes, ma'am.

10        Q.    With respect to building F in the

11   laundry room, it says:  "No plate on light

12   fixtures, exposed wires, mold on wood and no

13   Sheetrock."

14             Would that constitute a code

15   violation?

16        A.    Yes, ma'am.

17        Q.    In building number K, it says:

18   "Exposed wires, window upstairs has no glass,

19   very hazardous."

20             Would that constitute a code

21   violation?

22        A.    Yes, ma'am.

23        Q.    In building B, it says:  "Window

24   upstairs has no glass, very hazardous."

25             Would that constitute a code

1  violation?

2      A.   Yes, ma'am.

3      Q.   In building B, apartment 104, it

4  says:  "Mold in bedroom, unfinished

5  Sheetrock."

6          Would that constitute a code

7  violation?

8      A.   Yes, ma'am.

9      Q.   In building F, apartment 106, it

10  says:  "Ceiling leaking and has mold."

11          Would that constitute a code

12  violation?

13      A.   Yes, ma'am.

14      Q.   In building G and F, it says:

15  "Exposed wires."

16          Would that constitute a code

17  violation?

18      A.   Yes, ma'am.

19      Q.   In building K in the laundry room,

20  it says:  "Ceiling falling and has mold,

21  trash and debris."

22          Would that constitute a code

23  violation?

24      A.   Yes, ma'am.

25      Q.   In building J:  "Window upstairs

1    has no glass, very hazardous."
2            Would that constitute a code
3    violation?
4        A.    Yes, ma'am.
5        Q.    In building Q, it says:  "Exposed
6    wires."
7            Would that constitute a code
8    violation?
9        A.    Yes, ma'am.
10       Q.    In building R, it says:  "Exposed
11   wires, broken windows, rotten fascia boards."
12           Would that constitute a code
13   violation?
14       A.    Yes, ma'am.
15       Q.    In building O, apartment 222, it
16   says:  "Ceiling leaking in bedroom."
17            Would that constitute a code
18   violation?
19       A.    Yes, ma'am.
20       Q.    In building O, apartment 103:
21   "Mold found in bathroom, ceiling leaking."
22           Would that constitute a code
23   violation?
24       A.    Yes, ma'am.
25       Q.    In building S, apartment 104, it

1   says:  "Ceiling leaking."

2           Would that constitute a code

3   violation?

4       A.   Yes, ma'am.

5       Q.   In building S, apartment 224, it

6   says:  "Mold in AC vents."

7           Would that constitute a code

8   violation?

9       A.   Yes, ma'am.

10          MS. BAGNERIS:

11          I would like to mark this document

12          as Exhibit 43.

13  (Whereupon, the instrument referred to was

14  marked Exhibit 43 for identification.)

15  EXAMINATION BY MS. BAGNERIS:

16      Q.   The final document that I have,

17  Mr. Smith, is this document.  It is one page,

18  it says Laguna Reserve, unit H32, and it says

19  the resident reported organic growth in unit.

20  KILZed, then paint.  KILZed and then paint

21  water stain in bedroom.

22          Can you tell us what the context of

23  this document is?  And this will be for

24  Laguna Reserve.

25      A.   It appears to be a -- of what acts

1    were taken --
2              COURT REPORTER:
3              Can you repeat that part again?
4              THE WITNESS:
5              It looks to be a document that
6              explains what actions were taken
7              based on issues that were, I guess,
8              apparent in the apartment based on
9              the popcorn-mixed paint and Kilz.
10             It would tell me there was some
11             sort of Sheetrock issue on the
12             ceiling as most people don't
13             popcorn anything other than the
14             ceiling.  I could, you know, have
15             multiple guesses as to how the
16             ceiling came to be in need of
17             fixing, but I do not specifically
18             know.
19   EXAMINATION BY MS. BAGNERIS:
20        Q.    And this document is dated
21   September 25 of 2020.  Are you aware, do you
22   know whether or not there are still mold
23   issues at Laguna Run as of this date?
24        A.    I don't specifically know other
25   than your words earlier, but, yeah, I don't

1    specifically know.

2        Q.    Okay.  That's the last document I

3    have, Mr. Smith.

4            MS. BAGNERIS:

5            We're going to mark that as Exhibit

6            44, I believe, to the deposition.

7    (Whereupon, the instrument referred to was

8    marked Exhibit 44 for identification.)

9    EXAMINATION BY MS. BAGNERIS:

10       Q.    I'm going to stop sharing the

11   screen.

12           So as you sit here today, when is

13   the last time that the city Department of

14   Safety & Permits has had any involvement with

15   Laguna Run?

16       A.    I believe Safety & Permits, it's

17   been a while.  I don't specifically know, but

18   my recollections would have been in 2019.

19       Q.    Okay.  And sitting here today, do

20   you have any action planned to address the

21   current condition of Laguna Run with the

22   Department of Safety & Permits?

23       A.    None that I'm aware of.

24       Q.    Okay.  With respect to Laguna

25   Reserve, do you know whether or not there's

1  been any recent activity by Safety & Permits
2  with respect to Laguna Reserve?
3      A.    I'm not aware of any.
4      Q.    Okay.  How would you describe the
5  overall condition of Laguna Run in 2019?
6      A.    To stay consistent, deplorable.
7      Q.    And you have no knowledge of what
8  the condition has been since 2019, correct?
9      A.    I'm not directly familiar, no.
10          MS. BAGNERIS:
11          At this time, I tender the witness.
12          Thank you very much, Mr. Smith.
13          THE WITNESS:
14          You're welcome.
15          MS. EGAN:
16          I'll go first, guys.
17  EXAMINATION BY MS. EGAN:
18      Q.    Mr. Smith, hi.  Emily Egan on
19  behalf of the RH entities and Dasmen.  I just
20  have a few questions.  And I talk very
21  quickly so this should be, should go quickly,
22  but to the extent you don't understand my
23  question, just tell me to slow down, tell me
24  you didn't understand, you're not going to
25  insult me.

1      A.    Okay.

2      Q.    I believe that you said you've

3  never attended any of the inspections of the

4  Laguna Run property, is that correct?

5      A.    Correct.

6      Q.    Okay.  Did you ever inspect any or

7  visit any of the other properties under that

8  ownership?  We talked about, you know, the

9  ownership group, I guess, as sort of a

10  shorthand.  That's Laguna Run, Laguna Reserve

11  or any of the other properties.  Have you

12  visited any of those properties?

13      A.    No.

14      Q.    Okay.  We keep discussing mold.

15  And I believe, and correct me if I'm wrong,

16  and I don't want to put words in your mouth,

17  you testified a little bit earlier that it

18  was, it was, it looked like mold, but you

19  couldn't confirm that it was mold.  Is that

20  fair to say?

21      A.    I believe that's correct.

22      Q.    Okay.  Has the city or the

23  Department of Safety & Permits ever confirmed

24  the presence of mold, not just something that

25  looks like mold, but the presence of actual

1  mold at Laguna Run or any of the other

2  properties?

3      A.    I'm not aware of the Department of

4  Safety & Permits confirming positively or

5  negatively.

6      Q.    Okay.  As to other city agencies,

7  we'd have to ask them, fair?

8      A.    Correct.

9      Q.    Okay.  This is kind of a weird

10  question, but I want to talk about mold for a

11  little bit.  Is it fair to say that mold is

12  an issue in southeast Louisiana?

13      A.    I think you need to help me with

14  that question there.

15      Q.    Sure.  Yeah.  I know it is kind of

16  a broad question.

17      Is it fair to say that your

18  department sees a lot of mold-related safety

19  issues?

20      A.    I think it would be fair to say

21  that mold has been seen in the city in

22  various structures.

23      Q.    Okay.  Is it a prevalent issue or

24  more of a localized issue?

25      A.    You know, your prevalent and my

1   prevalent might be a little different.  I'd
2   say there are regular issues with mold
3   consistently throughout, let's call it a
4   calendar year related to complaints
5   city-wide.
6        Q.   Fair enough.
7             Is there a level of mold -- I don't
8   know how to say it.  Is there a level of mold
9   that would not rise to the level of a code
10  violation?
11       A.   I am not a mold expert, and so I
12  would refrain from answering that as I do not
13  have a specific knowledge of it.
14       Q.   Understood.  Understood.
15            Are you aware or -- I'm sorry.  Is
16  the city aware through the Department of
17  Safety & Permits, is the city aware of any
18  physical injuries to any resident of Laguna
19  Run or any of the other properties at issue
20  related to mold in this 2019 going forward
21  time period?
22       A.   I have no knowledge.
23       Q.   Okay.  Is the city aware of any,
24  again, through the Department of Safety &
25  Permits, aware of any property damage

1  injuries that any resident or employee would
2  have related to mold that any resident or
3  employee of these properties would have
4  incurred?
5      A.    I'm not aware of the department
6  knowing any specificity on that.
7      Q.    Okay.  So, for example, you haven't
8  gotten any e-mails from any tenant or worker
9  or anything like that saying, look, I had to
10  go to the doctor because of this and here's
11  my doctor bills or anything like that?
12      A.    I don't believe I have any of that.
13      Q.    Got it.
14          And then the same question with
15  respect to the other various code violations
16  we discussed, among them, but not limited to
17  the sewage issues and the fire issues and the
18  crumbling stairs and all that kind of stuff.
19  Is the Department of Safety & Permits aware
20  of any physical injuries to any tenant or
21  worker at any of the properties related to
22  those code violations?
23      A.    I'm not aware of any.
24      Q.    Okay.  And the same thing with
25  property damage issues.  Anybody come and

1  say, look, you know, the sewage got on to my
2  sofa and here's the receipt for my new sofa?
3  Anything like that?
4      A.    No.
5      Q.    Okay.  Fair enough.
6            And then specific to the fire issues
7  that we discussed sort of at the beginning of
8  the deposition, are you aware of any fires
9  that have occurred at Laguna Run from 2017 to
10 the present?
11     A.    No.
12     Q.    Are you aware that anyone has been
13 injured in a fire at Laguna Run from 2017 to
14 the present?
15     A.    No.
16     Q.    Are you aware that anyone has lost
17 any sort of property or incurred any sort of
18 property damage in a fire from 2017 to the
19 present?
20     A.    No.
21     Q.    Okay.  Bear with me for just a
22 second.  Okay.  I want to discuss at sort of
23 the end, it was document number 43, Exhibit
24 number 43.  Do you recall that?  That was the
25 one that was the listing of the buildings and

1    some that were specific to actual units in

2    the building and then the observation.  And

3    Miss Bagneris asked you whether or not those

4    were code violations?

5         A.    Yes, ma'am.

6         Q.    Remember that one?  Exhibit 43?  As

7    I recall, and again not putting words in your

8    mouth, as I recall, for each of those

9    listings you said that those would be code

10   violations, is that fair?

11        A.    Yes, ma'am.

12        Q.    Are you aware, do you have any

13   knowledge as to whether those code violations

14   have been cured?

15        A.    I do not.

16        Q.    Okay.  And so I guess you don't

17   have any knowledge as to when those code

18   violations, if they were cured, when they

19   were cured?

20        A.    I do not.  I do not know.

21        MS. EGAN:

22        Very good.  Thank you, Mr. Smith.

23        Those are all my questions, but

24        some of the other defendants might

25        have some questions.

1      THE WITNESS:

2      No problem.

3   EXAMINATION BY MS. GAILMOR:

4      Q.    Mr. Smith, my name is Cassie

5   Gailmor.  I'm just on the audio today, but I

6   represent Eastlake Development and the KFK

7   entities.  Eastlake Development owned the

8   subject property prior to December 2017 when

9   it sold it.  That's a little background for

10  you.

11          At the beginning of the deposition,

12  you were shown some photographs by Suzette.

13  I believe they were exhibits --

14          MS. GAILMOR:

15          Margaret, can you tell us the

16          exhibits for the photographs that

17          were shown at the beginning?  Are

18          they one through eight?  What's

19          that?

20          COURT REPORTER:

21          I have to go through them.

22          MS. BAGNERIS:

23          They look like two through -- two

24          through 12.

25          MS. GAILMOR:

1    Two through 12?  Awesome.  Thank
2    y'all.
3  EXAMINATION BY MS. GAILMOR:
4    Q.    Zach, the photographs that were
5  shown to you earlier, Exhibits 2 through 12,
6  do you know when those photos were taken?
7    A.    I believe those photos were taken
8  in August of 2019.
9    Q.    Okay.  And Suzette showed you
10  multiple e-mails.  And I'm not going to go
11  through each one of those, but the e-mails
12  were exchanged and dated in 2019.  To your
13  knowledge and recollection, is that when the
14  complaints about issues at the Laguna Run
15  property first arose as far as you know?
16    A.    Every record I've ever seen seemed
17  to stem from the summer, the summer of 2019.
18    Q.    Okay.  Are you aware of any
19  complaints about code violations at the
20  Laguna Run property in 2013?
21    A.    No.
22    Q.    What about for 2014?
23    A.    No.
24    Q.    2015?
25    A.    No.

1    Q.    2016?

2    A.    No.

3    Q.    2017?

4    A.    No.

5    Q.    Are you aware of any citations

6    issued by any city agency to the owners of

7    the Laguna Run property for code violations

8    for the same periods previously asked, 2013

9    through 2017?

10    A.    I'm not aware of any.

11    Q.    Okay.  Suzette showed you a

12    document, it was Exhibit 43, and Emily just

13    brought it up.  It was a list of code

14    violations or what you said were code

15    violations for specific apartments.  What was

16    the date on that document?

17    A.    From memory, I don't believe there

18    was an author and possibly not even a date.

19    I don't know.

20    Q.    Do you remember when that document

21    was generated?

22    A.    No.

23          MS. BAGNERIS:

24          It's dated November 5, 2019 for the

25          record, Cassie.

1        MS. GAILMOR:

2            Thank you, Suzette.  I didn't see a

3            date on there.

4        MS. BAGNERIS:

5            It's in the heading.

6        MS. GAILMOR:

7            Okay.  Great.  Thank you.

8    EXAMINATION BY MS. GAILMOR:

9        Q.    Zach, are you aware of any

10   complaints about mold at the Laguna Run

11   property from 2013 through 2017?

12       A.    No.

13       Q.    Okay.  Are you aware of any fire

14   hazards, fire complaints, fire compliance

15   issues at the Laguna Run property from 2013

16   through December 2017?

17       A.    No.

18       Q.    The file that Suzette has, it was

19   just produced to us right before the

20   deposition started, so admittedly I haven't

21   had time to go through it, but is that the

22   entirety of Safety & Permits' file with

23   respect to this particular apartment complex?

24       A.    I believe so.

25       Q.    Okay.  So if there is nothing in

1  that file with respect to complaints being
2  made to Safety & Permits in 2013, '14, '15,
3  '16 or '17 related to the condition of the
4  property, is it safe to assume that there
5  were no issues or were no complaints at
6  least?
7       A.   I could definitely agree with you
8  if there is no record of a complaint, then it
9  would probably be safe to assume there was no
10 complaint.
11           MS. GAILMOR:
12           Okay.  Awesome.  Thank you.  I'm
13           sorry about the no video, y'all.
14           Those are all the questions I have.
15           MR. BELL:
16           This is Troy Bell.  I have no
17           questions for this witness.
18           MR. LAHAYE:
19           This is Luke LaHaye.  I have no
20           questions for this witness.
21 EXAMINATION BY MS. BAGNERIS:
22      Q.   I have a follow-up question,
23 Mr. Smith.  The documents we requested were
24 specific to Laguna Run.  If the apartment
25 complex were operated under a different name,

1  Eastlake apartments, prior to December 14,
2  2017, is it possible that there is a separate
3  file under that apartment complex's name or
4  would the search have included the property
5  address and picked up every document that
6  might exist with respect to the complex?
7       A.   It's definitely possible.  I don't
8  recall the specifics that I believe it was
9  you, you know, when you filed your request.
10  I don't know all the different variations
11  that we searched.  That may have been in
12  addition to what we listed.
13            So to answer the hypothetical, it is
14  absolutely possible that there are other
15  documents that were not specific,
16  specifically germane to what was requested.
17       Q.   So when your office maintains these
18  files, do you maintain it in a certain, by a
19  certain name?  Like would it be the name of
20  the complex or would it be under the address
21  or how are these records maintained?
22       A.   They'd all be through GIS.  So
23  essentially parcel and address-based, you
24  know.
25       Q.   Okay.  All right.  So with this

particular complex, I think the search we
used was 7001 Martin Drive.  If I sent
another request and asked for another
property name, may there be records under
another name?

    A.    It is possible.

          MS. BAGNERIS:

          Okay.  I will, I'm going to have to
          do that just to make sure that we
          have everything.

          But I thank you for your time, Mr.
          Smith.

EXAMINATION BY MS. GAILMOR:

    Q.    I have one follow up question for
you, Zack.

        If I represent to you that the
properties have the same address, when it was
owned by Eastlake, it has the same address as
it does now, that it's called Laguna Run
because Suzette is correct.  The properties
had various names depending on the owner of
the property.

        Assuming that you've done a search
by parcel and address and the parcel and
address state exactly the same and only the

```
1    name has changed, if there are no listed
2    complaints within the file materials that the
3    Department of Safety & Permits has produced
4    and we referenced here today, is it fair to
5    assume that no complaints about the condition
6    of the property were made to the Department
7    of Safety & Permits?
8         A.    I would agree with that.
9               MS. GAILMOR:
10              Awesome.  Thank you.
11   EXAMINATION BY MS. BAGNERIS:
12        Q.    One final question, Mr. Smith, is
13   Miss Eagan asked you about your experience
14   with mold in general in southeast Louisiana.
15   And my follow-up question is since you've
16   worked at Safety & Permits since 2011, have
17   you ever seen any single apartment complex
18   with such widespread mold and deterioration
19   as what you have seen at Laguna Run?
20              MR. BELL:
21              Object to the form.
22              THE WITNESS:
23              I think the, I think the best way
24              to answer that without going into a
25              million-word explanation is it
```

1           was -- it ranks on the highest
2           level of severity and issue.  You
3           know, I won't compare apple to
4           orange, but, you know, the number
5           of units certainly is greater than,
6           you know, a fourplex.  The same
7           thing in a fourplex.  I'm going to
8           say that 400 units is more intense
9           than a fourplex even if the same
10          issue is just multiplied out more.
11          But I said this is in the top tier
12          of bad conditions.
13      MS. BAGNERIS:
14          Thank you very much, Mr. Smith.  I
15          have nothing further.  I appreciate
16          your time.
17          You, too, Daniel.  Thank you.
18      VIDEOGRAPHER:
19          This concludes this videotape
20          deposition.  We are going off the
21          record.  The time is 12:45.
22
23      (Whereupon, the deposition was
24  concluded at this time.)
25

## WITNESS CERTIFICATE

I, **ZACHARY SMITH**, do hereby certify that the foregoing testimony was given by me, and that the transcription of said testimony, with corrections and/or changes, if any, is true and correct as given by me on the aforementioned date.

_____          _____
DATE SIGNED              WITNESS' SIGNATURE

_____ Signed with corrections as noted.

_____ Signed with no corrections noted.

DATE TAKEN: JANUARY 15, 2021

**McKenzie & Associates, Inc.**
**2817 Harvard Avenue - Suite 205**
**Metairie, Louisiana 70006**
**Tel: (504) 888-2551   McKenzieCCR@aol.com**

<u>REPORTER'S CERTIFICATE</u>

     I, MARGARET MCKENZIE, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that **ZACHARY SMITH**, after having been first duly sworn by me upon authority of R. S. 37:2554, did testify as hereinabove set forth in the foregoing 135 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434, and in rules and advisory opinions of the board; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

<u>MARGARET MCKENZIE, CCR, RPR, RMR, CRR</u>
CERTIFIED COURT REPORTER

**$**

**$50,000** [1] - 91:8

**'**

**'14** [1] - 130:2
**'15** [1] - 130:2
**'16** [1] - 130:3
**'17** [1] - 130:3

**1**

**1** [2] - 20:8, 20:14
**1.............................**
[1] - 4:16
**10** [3] - 27:20, 27:22, 65:18
**10-year** [1] - 51:11
**10.............................**
[1] - 4:25
**100** [2] - 5:25, 53:8
**101** [3] - 6:4, 6:5, 69:14
**102** [1] - 6:6
**103** [3] - 112:16, 113:4, 115:20
**104** [4] - 6:7, 112:9, 114:3, 115:25
**105** [3] - 6:8, 6:9, 112:3
**106** [3] - 6:10, 90:13, 114:9
**108** [1] - 6:11
**109** [2] - 6:12, 108:9
**10:04** [2] - 1:16, 8:10
**10:15** [1] - 18:20
**10:21** [1] - 18:24
**11** [4] - 4:6, 13:22, 29:1, 29:3
**11.............................**
[1] - 5:5
**110** [1] - 6:13
**111** [1] - 6:14
**116** [1] - 6:15
**118** [1] - 6:16
**119** [1] - 4:7
**11:42** [1] - 84:15
**11:48** [1] - 84:19
**12** [5] - 30:23, 30:25, 126:24, 127:1, 127:5
**12.............................**
[1] - 5:6
**126** [1] - 4:8
**127** [1] - 92:12
**12:45** [1] - 134:21
**13** [4] - 31:3, 31:5, 39:3, 60:13
**13.............................**
[1] - 5:7

**130** [1] - 4:9
**1300** [4] - 1:14, 3:10, 10:19, 10:23
**132** [1] - 4:10
**133** [1] - 4:11
**135** [1] - 136:6
**14** [3] - 32:11, 63:20, 131:1
**14.............................**
[1] - 5:8
**140** [3] - 52:24, 53:6, 90:9
**1434** [1] - 136:12
**15** [6] - 8:8, 32:5, 33:6, 33:8, 96:20, 135:20
**15.............................**
[1] - 5:9
**15th** [1] - 1:15
**16** [7] - 33:11, 33:13, 34:20, 70:12, 71:25, 74:11, 99:8
**16.............................**
[1] - 5:10
**17** [2] - 41:12, 41:15
**17.............................**
[1] - 5:11
**18** [5] - 41:20, 41:23, 53:11, 85:16, 85:24
**18.............................**
[1] - 5:12
**19** [1] - 53:18
**19.............................**
[1] - 5:13

**2**

**2** [4] - 21:22, 21:25, 23:8, 127:5
**2.............................**
[1] - 4:17
**20** [4] - 4:16, 54:16, 54:19, 54:21
**20.............................**
[1] - 5:14
**2011** [1] - 133:16
**2013** [5] - 127:20, 128:8, 129:11, 129:15, 130:2
**2014** [1] - 127:22
**2015** [1] - 127:24
**2016** [1] - 128:1
**2017** [9] - 124:9, 124:13, 124:18, 126:8, 128:3, 128:9, 129:11, 129:16, 131:2
**2019** [31] - 17:21, 20:12, 39:3, 42:4, 52:9, 52:23, 55:22, 56:14, 57:14, 60:12,

70:12, 71:25, 74:11, 81:22, 82:17, 83:21, 89:14, 90:2, 90:7, 90:14, 90:17, 103:25, 106:15, 118:18, 119:5, 119:8, 122:20, 127:8, 127:12, 127:17, 128:24
**2020** [1] - 117:21
**2021** [4] - 1:15, 8:8, 73:7, 135:20
**21** [4] - 4:17, 55:3, 55:5, 55:19
**21.............................**
[1] - 5:15
**22** [4] - 56:5, 56:8, 92:7, 109:16
**22.............................**
[1] - 5:16
**222** [1] - 115:15
**224** [1] - 116:5
**23** [4] - 4:18, 92:12, 92:16, 93:12
**23.............................**
[1] - 5:17
**24** [4] - 4:19, 49:9, 93:14, 93:19
**24.............................**
[1] - 5:18
**25** [7] - 4:20, 4:21, 4:22, 95:17, 95:21, 96:5, 117:21
**25.............................**
[1] - 5:19
**26** [12] - 4:23, 4:24, 14:25, 15:2, 15:5, 20:1, 26:4, 56:14, 86:5, 87:7, 96:15, 96:18
**26.............................**
[1] - 5:20
**27** [4] - 4:25, 98:1, 98:4, 98:17
**27.............................**
[1] - 5:21
**2700** [1] - 2:19
**2714** [1] - 1:17
**28** [2] - 98:9, 98:15
**28.............................**
[1] - 5:22
**29** [3] - 5:5, 17:21, 20:12, 90:17, 98:17, 99:3, 99:6, 106:15
**29.............................**
[1] - 5:23
**2:19-CV-13650** [1] - 1:4

**3**

**3** [2] - 23:16, 60:12
**3.............................**
[1] - 4:18
**30** [6] - 5:6, 91:16, 99:9, 99:12, 100:10, 103:7
**30(b)(6** [1] - 1:12
**30.............................**
[1] - 5:24
**31** [4] - 5:7, 60:24, 100:12, 100:14
**31.............................**
[1] - 5:25
**310-2100** [1] - 2:20
**315** [1] - 51:10
**32** [3] - 5:8, 101:10, 101:13
**32.............................**
[1] - 6:4
**33** [4] - 5:9, 5:10, 83:21, 101:15, 101:18, 102:7
**33.............................**
[1] - 6:5
**336** [2] - 90:6, 90:9
**34** [3] - 102:9, 102:11, 104:13
**34.............................**
[1] - 6:6
**35** [4] - 104:16, 104:19, 104:21, 104:23
**35.............................**
[1] - 6:7
**36** [2] - 105:11, 105:13
**36.............................**
[1] - 6:8
**37** [3] - 105:17, 105:19, 106:1
**37.............................**
[1] - 6:9
**37:2554** [1] - 136:5
**38** [4] - 106:10, 106:12, 107:3, 107:5
**38.............................**
[1] - 6:10
**39** [3] - 106:25, 108:4, 108:7
**39.............................**
[1] - 6:11

**4**

**4** [11] - 24:12, 24:14, 42:4, 57:13, 82:17, 83:12, 89:14, 90:2, 90:7, 90:14, 103:25
**4.............................**

[1] - 4:19
**40** [2] - 109:11, 109:14
**40.............................**
[1] - 6:12
**400** [2] - 2:19, 134:8
**403** [1] - 1:22
**41** [4] - 5:11, 5:12, 110:3, 110:5
**41.............................**
[1] - 6:13
**42** [2] - 111:6, 111:9
**42.............................**
[1] - 6:14
**43** [6] - 116:12, 116:14, 124:23, 124:24, 125:6, 128:12
**43.............................**
[1] - 6:15
**44** [2] - 118:6, 118:8
**44.............................**
[1] - 6:16
**442** [3] - 90:3, 90:5, 90:14
**4500** [1] - 3:4
**4800** [1] - 2:6

**5**

**5** [7] - 25:1, 25:3, 52:9, 52:23, 55:21, 103:8, 128:24
**5.............................**
[1] - 4:20
**504** [7] - 1:23, 2:7, 2:13, 2:20, 3:5, 3:11, 3:17
**53** [1] - 5:13
**54** [1] - 5:14
**55** [1] - 5:15
**56** [1] - 5:16
**561-0400** [1] - 2:7
**565-6200** [1] - 3:11
**581-3234** [1] - 3:5
**581-5141** [1] - 2:13

**6**

**6** [4] - 25:6, 25:11, 81:22, 87:7
**6.............................**
[1] - 4:21
**60** [2] - 62:3, 62:4

**7**

**7** [2] - 25:19, 25:21
**7.............................**
[1] - 4:22
**7001** [2] - 103:5, 132:2

**701** [2] - 2:5, 3:4
**70112** [4] - 1:15, 3:11, 10:21, 10:24
**70119** [1] - 1:22
**70130** [2] - 2:12, 2:20
**70139** [1] - 3:4
**70139-4800** [1] - 2:6
**72** [1] - 49:10
**755** [1] - 2:12

**8**

**8** [5] - 26:14, 26:16, 65:25, 66:15, 90:10
**8**............................. [1] - 4:23
**810-3995** [1] - 1:23
**828-8856** [1] - 3:17
**85** [1] - 56:1

**9**

**9** [4] - 26:19, 26:21, 27:13, 27:16
**9**............................. [1] - 4:24
**90** [1] - 65:17
**92** [2] - 5:17, 104:20
**92-page** [1] - 102:8
**93** [1] - 5:18
**95** [1] - 5:19
**96** [1] - 5:20
**98** [2] - 5:21, 5:22
**99** [2] - 5:23, 5:24

**A**

**a.m** [1] - 1:16
**A/C** [1] - 111:20
**abatement** [2] - 79:2, 79:12
**abilities** [3] - 86:5, 87:2, 87:6
**ability** [3] - 29:23, 66:7, 136:9
**able** [3] - 68:5, 71:12, 91:5
**above-mentioned** [1] - 11:1
**absence** [1] - 46:22
**absolutely** [6] - 22:25, 54:25, 76:16, 96:1, 97:24, 131:14
**AC** [1] - 116:6
**accommodate** [1] - 12:1
**accordance** [1] - 7:7
**accurate** [1] - 78:1
**acquire** [1] - 51:10
**across-the-board** [1] -

69:1
**act** [1] - 87:23
**acted** [1] - 136:11
**action** [8] - 43:14, 48:6, 49:17, 49:22, 50:1, 50:6, 50:10, 118:20
**ACTION** [1] - 1:4
**actions** [4] - 81:11, 81:14, 81:17, 117:6
**active** [1] - 102:2
**activities** [6] - 14:11, 14:18, 36:10, 59:24, 62:24, 103:21
**activity** [3] - 45:25, 85:13, 119:1
**actors** [1] - 65:13
**acts** [1] - 116:25
**actual** [3] - 17:6, 120:25, 125:1
**adamant** [1] - 38:19
**ADAMS** [1] - 3:3
**added** [2] - 88:2, 88:3
**addition** [7] - 11:8, 18:12, 19:8, 62:9, 87:21, 87:24, 131:12
**additional** [4] - 18:15, 34:13, 44:16, 86:21
**address** [15] - 10:17, 12:20, 43:14, 71:3, 80:13, 80:19, 81:7, 118:20, 131:5, 131:20, 131:23, 132:17, 132:18, 132:24, 132:25
**address-based** [1] - 131:23
**addressed** [4] - 71:19, 71:24, 72:6, 83:2
**addressing** [2] - 38:16, 57:2
**adequately** [1] - 67:13
**adjudicative** [4] - 87:9, 88:8, 88:17, 88:24
**administering** [2] - 7:25, 9:20
**admittedly** [1] - 129:20
**advised** [1] - 74:19
**advisory** [1] - 136:12
**advocate** [1] - 109:2
**affiliated** [2] - 35:20, 39:12
**aforementioned** [2] - 7:4, 135:9
**agencies** [4] - 18:1, 48:3, 70:23, 121:6
**agency** [2] - 52:7, 128:6

**agent** [1] - 107:10
**agents** [1] - 107:14
**agree** [5] - 9:17, 20:18, 30:12, 130:7, 133:8
**agreed** [3] - 7:2, 63:2, 63:3
**agreement** [3] - 9:22, 50:13, 50:23
**air** [1] - 34:13
**AKEEM** [1] - 1:4
**Akeem** [1] - 34:25
**AL** [2] - 1:4, 1:7
**al** [2] - 34:25, 35:1
**alarm** [9] - 43:22, 51:19, 51:20, 51:23, 52:2, 52:4, 69:10, 72:9, 94:13
**alarms** [5] - 45:6, 46:18, 51:11, 51:15, 72:7
**alert** [1] - 46:16
**alerted** [1] - 46:20
**alerting** [1] - 63:11
**alleged** [1] - 78:5
**allow** [3] - 12:5, 12:10, 45:19
**allowing** [1] - 44:20
**allows** [1] - 34:3
**almost** [1] - 54:6
**ALSO** [1] - 3:13
**alternative** [1] - 66:6
**AND** [2] - 1:5, 3:3
**Ann** [1] - 109:22
**answer** [9] - 7:15, 11:21, 12:7, 16:9, 59:14, 68:6, 107:19, 131:13, 133:24
**answering** [1] - 122:12
**answers** [2] - 12:15, 68:11
**apart** [2] - 101:1, 111:22
**apartment** [31] - 22:22, 37:2, 47:10, 52:25, 53:3, 57:22, 58:13, 58:22, 76:14, 78:13, 82:9, 89:1, 90:23, 99:21, 107:10, 107:24, 112:3, 112:9, 112:16, 113:4, 114:3, 114:9, 115:15, 115:20, 115:25, 116:5, 117:8, 129:23, 130:24, 131:3, 133:17
**apartments** [12] -

23:25, 35:17, 36:15, 44:21, 45:2, 67:4, 78:7, 83:21, 91:22, 92:1, 128:15, 131:1
**Apartments** [4] - 102:23, 103:5, 104:2, 111:12
**apparent** [1] - 117:8
**appealable** [1] - 64:12
**appear** [7] - 27:9, 29:15, 32:21, 56:14, 90:11, 95:10, 108:13
**APPEARANCES** [3] - 1:18, 2:1, 3:1
**apple** [1] - 134:3
**applicable** [1] - 89:18
**appreciate** [1] - 134:15
**appreciation** [2] - 62:5, 73:6
**approach** [1] - 91:4
**appropriate** [2] - 34:2, 45:19
**appropriately** [1] - 49:13
**area** [2] - 83:24, 101:23
**areas** [1] - 82:20
**arose** [1] - 127:15
**Article** [1] - 136:12
**ascertain** [1] - 27:10
**ASHE** [1] - 1:7
**assemble** [1] - 83:6
**assembly** [1] - 67:10
**assess** [1] - 91:7
**assessing** [1] - 51:20
**Assets** [1] - 59:21
**assigned** [1] - 46:7
**assistance** [2] - 38:24, 90:12
**assistant** [3] - 60:5, 107:9, 107:14
**assisted** [1] - 22:14
**assume** [5] - 98:10, 109:1, 130:4, 130:9, 133:5
**assumed** [1] - 93:3
**assuming** [4] - 83:5, 99:21, 108:10, 132:23
**attach** [8] - 20:7, 21:22, 23:7, 24:11, 56:5, 93:11, 98:8, 109:10
**attachment** [1] - 103:7
**Attachment** [1] - 34:23
**attempt** [4] - 11:20, 19:1, 80:13, 80:19
**attend** [1] - 36:25

**attendance** [1] - 52:23
**attended** [1] - 120:3
**attention** [1] - 80:6
**attorney** [3] - 9:24, 60:10, 70:14
**Attorney** [1] - 1:24, 2:8, 3:12
**ATTORNEY'S** [1] - 3:9
**attorneys** [1] - 12:9
**Attorneys** [3] - 2:14, 2:21, 3:6
**audio** [1] - 126:5
**August** [10] - 17:21, 20:11, 39:3, 56:14, 61:13, 62:23, 71:14, 90:17, 106:15, 127:8
**author** [2] - 97:21, 128:18
**Authority** [1] - 52:21
**authority** [1] - 136:5
**available** [1] - 38:24
**Avegno** [2] - 91:13, 103:19
**aware** [43] - 42:25, 43:4, 43:13, 44:21, 65:24, 72:23, 76:2, 76:6, 76:7, 76:11, 77:9, 77:14, 78:4, 78:9, 78:14, 81:1, 81:10, 81:13, 81:17, 82:21, 83:3, 108:1, 117:21, 118:23, 119:3, 121:3, 122:15, 122:16, 122:17, 122:23, 122:25, 123:5, 123:19, 123:23, 124:8, 124:12, 124:16, 125:12, 127:18, 128:5, 128:10, 129:9, 129:13
**awareness** [1] - 64:8
**Awesome** [2] - 127:1, 133:10
**awesome** [1] - 130:12

**B**

**background** [1] - 126:9
**bad** [1] - 134:12
**bag** [1] - 31:19
**BAGNERIS** [125] - 1:21, 8:14, 9:10, 9:25, 11:3, 13:12, 17:1, 17:8, 17:16, 18:25, 20:6, 20:22, 21:6, 21:20, 22:1, 23:6, 23:12, 23:17,

24:10, 24:15, 24:25, 25:4, 25:12, 25:17, 25:22, 26:12, 26:17, 26:22, 27:12, 27:17, 27:23, 28:24, 29:4, 30:16, 30:21, 31:1, 31:6, 32:2, 32:8, 32:12, 33:4, 33:9, 33:14, 34:18, 34:21, 41:10, 41:16, 41:19, 41:24, 47:23, 53:9, 53:14, 53:19, 54:14, 54:20, 55:1, 55:6, 55:17, 55:20, 56:4, 56:9, 75:12, 75:18, 84:11, 84:22, 85:5, 88:6, 89:10, 92:5, 92:10, 92:17, 93:10, 93:20, 95:15, 95:22, 96:4, 96:7, 96:14, 96:19, 97:25, 98:5, 98:16, 99:2, 99:7, 99:13, 100:8, 100:15, 101:9, 101:14, 101:19, 102:5, 102:12, 104:10, 104:17, 104:24, 105:9, 105:14, 105:20, 105:24, 106:3, 106:7, 106:13, 107:4, 107:7, 108:2, 108:8, 109:9, 109:15, 110:1, 110:6, 111:5, 111:10, 116:10, 116:15, 117:19, 118:4, 118:9, 119:10, 126:22, 128:23, 129:4, 130:21, 132:7, 133:11, 134:13
**Bagneris** [5] - 1:21, 8:15, 10:1, 11:5, 125:3
**BAGNERIS...............**
**...........** [3] - 4:6, 4:9, 4:11
**bank** [1] - 93:25
**bar** [1] - 86:13
**BARRY** [1] - 1:7
**baseboards** [1] - 113:5
**based** [23] - 18:6, 18:11, 27:7, 28:3, 29:9, 30:5, 30:6, 31:11, 33:18, 35:8, 38:14, 53:5, 56:16, 63:19, 72:1, 81:22, 90:4, 97:1, 100:17,

108:25, 117:7, 117:8, 131:23
**basis** [2] - 74:16, 108:19
**bathroom** [2] - 113:5, 115:21
**battery** [1] - 51:11
**battery-operated** [1] - 51:11
**Battiste** [2] - 44:14, 52:18
**Baum** [2] - 39:5, 39:8
**bear** [1] - 124:21
**Beau** [1] - 79:23
**becomes** [1] - 15:9
**bedroom** [5] - 112:10, 112:17, 114:4, 115:16, 116:21
**began** [3] - 62:23, 85:12, 90:17
**begin** [3] - 13:14, 50:14, 77:7
**beginning** [4] - 62:7, 124:7, 126:11, 126:17
**behalf** [7] - 8:18, 8:22, 8:25, 9:3, 9:6, 64:8, 119:19
**Bell** [5] - 2:18, 8:25, 10:8, 89:9, 130:16
**BELL** [7] - 8:24, 10:7, 17:4, 89:4, 89:8, 130:15, 133:20
**beneath** [1] - 34:12
**best** [5] - 12:14, 16:9, 92:22, 133:23, 136:8
**between** [5] - 7:3, 35:13, 74:22, 90:25, 109:18
**beyond** [1] - 28:18
**bills** [2] - 88:4, 123:11
**binding** [1] - 9:20
**biologicals** [1] - 74:5
**bit** [7] - 27:4, 27:6, 61:16, 101:22, 102:20, 120:17, 121:11
**blatantly** [1] - 29:22
**blockages** [1] - 67:12
**blue** [1] - 94:14
**Blum** [2] - 2:22, 9:1
**board** [4] - 60:21, 69:1, 136:10, 136:13
**boards** [1] - 115:11
**boots** [2] - 59:4, 86:22
**brand** [1] - 69:15
**break** [1] - 11:25
**breakdown** [2] - 14:24, 111:15
**breaker** [2] - 105:4,

105:5
**breaking** [2] - 85:19, 111:21
**breaks** [1] - 34:6
**briefed** [3] - 36:13, 36:19, 50:18
**Briefing** [1] - 36:8
**bring** [8] - 48:6, 49:5, 50:14, 50:24, 69:2, 81:15, 81:20, 85:11
**bringing** [3] - 61:5, 62:14, 62:19
**broad** [2] - 60:1, 121:16
**broke** [1] - 19:5
**broken** [7] - 53:22, 54:7, 54:22, 55:11, 67:17, 115:11
**Brook** [1] - 11:7
**brought** [6] - 70:7, 71:9, 80:5, 80:25, 106:22, 128:13
**building** [44] - 14:3, 15:2, 15:3, 15:8, 22:11, 34:16, 44:13, 46:12, 60:5, 60:6, 62:14, 65:6, 69:3, 69:14, 69:16, 70:7, 72:23, 72:24, 86:6, 110:16, 110:17, 111:2, 111:14, 111:15, 111:2, 112:8, 112:15, 112:23, 113:3, 113:10, 113:17, 113:23, 114:3, 114:9, 114:14, 114:19, 114:25, 115:5, 115:10, 115:15, 115:20, 115:25, 116:5, 125:2
**buildings** [3] - 57:7, 124:25
**business** [1] - 15:4
**BWA** [1] - 1:5
**BWA-DMD** [1] - 1:5
**BY** [62] - 3:20, 4:4, 11:3, 13:12, 17:16, 18:25, 21:6, 22:1, 23:17, 24:15, 25:4, 25:12, 25:22, 26:22, 27:23, 29:4, 31:6, 32:12, 33:14, 34:21, 41:16, 41:24, 47:23, 53:19, 54:20, 55:6, 55:20, 56:9, 75:18, 85:5, 88:6, 89:10, 92:17, 93:20, 95:22, 96:7, 96:19, 98:5, 98:16, 99:13,

100:15, 101:19, 102:12, 104:24, 105:20, 106:3, 106:13, 107:7, 108:8, 109:15, 110:6, 111:10, 116:15, 117:19, 118:9, 119:17, 126:3, 127:3, 129:8, 130:21, 132:13, 133:11

## C

**calculated** [1] - 68:21
**calendar** [1] - 122:4
**Canal** [1] - 1:22
**cannot** [1] - 27:10
**Cantrell** [2] - 36:8, 36:10
**Cantrelle** [1] - 70:18
**CAO** [2] - 56:22, 109:20
**cap** [1] - 94:5
**capacity** [3] - 26:7, 28:18, 87:23
**care** [1] - 74:9
**Carmel** [2] - 11:7
**carried** [1] - 28:11
**carries** [1] - 20:20
**Carter** [1] - 105:1
**case** [5] - 28:13, 46:13, 70:6, 87:14, 102:24
**CASES** [1] - 1:6
**Cassie** [5] - 2:11, 8:22, 10:6, 126:4, 128:25
**cassie@**
**deutschkerrigan.**
**com** [1] - 2:13
**cast** [1] - 67:24
**catch** [1] - 79:6
**caused** [1] - 67:16
**causing** [1] - 67:25
**CCR** [2] - 3:21, 136:16
**cease** [1] - 86:8
**ceiling** [22] - 22:21, 25:25, 26:9, 67:10, 82:1, 84:3, 94:19, 101:24, 111:19, 112:4, 112:9, 112:16, 112:18, 113:4, 114:10, 114:20, 115:16, 115:21, 116:1, 117:12, 117:14, 117:16
**ceilings** [4] - 23:4, 67:21, 82:1, 84:1

**certain** [6] - 35:15, 68:24, 87:1, 87:2, 131:18, 131:19
**certainly** [2] - 12:1, 134:5
**CERTIFICATE** [2] - 135:1, 136:1
**certification** [5] - 7:11, 64:1, 64:25, 65:3, 65:17
**Certified** [4] - 3:16, 3:22, 7:22, 136:3
**CERTIFIED** [1] - 136:17
**certify** [3] - 64:13, 135:4, 136:4
**certifying** [1] - 64:20
**cetera** [7] - 63:13, 64:11, 68:25, 72:5, 87:10, 87:21, 89:23
**Chad** [1] - 56:21
**chain** [2] - 67:17, 83:13
**chance** [1] - 13:8
**changed** [1] - 133:1
**changes** [1] - 135:7
**Chapter** [8] - 14:25, 15:1, 15:5, 20:1, 26:4, 86:5, 87:6, 87:7
**charged** [1] - 75:22
**chatter** [1] - 62:1
**check** [1] - 55:13
**Chief** [2] - 39:22, 71:21
**chief** [4] - 14:2, 44:13, 60:6, 79:24
**chips** [1] - 33:25
**choice** [1] - 66:7
**choked** [1] - 38:2
**Chronologically** [1] - 85:15
**Ciardullo** [1] - 108:23
**cigarette** [1] - 46:13
**circle** [1] - 94:1
**circuit** [2] - 105:3, 105:5
**citations** [3] - 18:10, 18:12, 128:5
**citing** [2] - 19:14, 63:18
**CITY** [2] - 3:9, 3:9
**city** [63] - 14:7, 15:15, 17:25, 18:14, 19:23, 22:12, 22:23, 23:20, 24:4, 24:7, 24:23, 25:15, 26:1, 27:3, 28:5, 28:8, 32:19, 35:14, 36:21, 37:18, 41:8, 42:12, 49:6,

49:16, 50:2, 54:23, 55:12, 57:6, 58:9, 59:9, 60:1, 60:10, 61:12, 66:9, 66:18, 70:14, 73:21, 73:24, 74:24, 76:3, 81:18, 82:25, 88:7, 88:13, 91:17, 93:1, 93:4, 93:22, 97:3, 101:21, 103:13, 103:16, 109:21, 118:13, 120:22, 121:6, 121:21, 122:5, 122:16, 122:17, 122:23, 128:6

**City** [17] - 1:12, 1:13, 3:12, 8:3, 9:6, 10:20, 10:23, 11:11, 13:20, 16:21, 19:6, 27:25, 34:24, 38:11, 43:2, 57:21, 102:14

**city's** [16] - 23:2, 23:22, 24:17, 31:8, 49:8, 62:5, 64:8, 74:10, 75:19, 75:20, 76:13, 81:5, 91:13, 97:12, 98:20, 103:21

**city-wide** [2] - 60:1, 122:5

**Civil** [2] - 7:6, 136:12

**CIVIL** [1] - 1:4

**clarity** [1] - 27:4

**cleaned** [1] - 67:13

**clear** [3] - 45:7, 65:21, 97:2

**cleared** [1] - 71:19

**clearly** [4] - 22:25, 34:11, 69:17, 101:1

**clients** [1] - 53:1

**closer** [2] - 85:16, 85:24

**CMR** [1] - 3:21

**Code** [45] - 14:16, 14:21, 15:1, 18:2, 19:8, 19:17, 19:21, 19:22, 20:1, 20:3, 21:16, 24:7, 35:19, 35:24, 36:5, 38:5, 42:5, 42:21, 43:2, 50:15, 50:25, 55:22, 56:19, 57:17, 62:16, 75:21, 75:25, 77:19, 78:25, 79:5, 79:11, 81:14, 82:7, 82:25, 85:8, 86:1, 87:5, 87:8, 88:17, 88:19, 91:2, 91:7, 96:22, 97:12, 136:12

**code** [82] - 15:15, 19:18, 19:20, 19:23,

22:24, 23:3, 23:20, 24:23, 25:15, 26:1, 26:3, 27:3, 27:9, 28:5, 28:8, 29:11, 31:12, 32:19, 33:3, 33:20, 34:9, 48:3, 54:23, 55:12, 55:13, 62:20, 62:24, 69:4, 69:14, 70:8, 71:24, 72:13, 72:16, 72:25, 73:2, 76:13, 77:20, 80:25, 81:15, 81:20, 85:11, 85:13, 86:21, 89:1, 93:23, 95:4, 98:23, 100:18, 101:2, 101:21, 111:2, 111:25, 112:5, 112:12, 112:20, 112:25, 113:7, 113:14, 113:20, 113:25, 114:6, 114:11, 114:16, 114:22, 115:2, 115:7, 115:12, 115:17, 115:22, 116:2, 116:7, 122:9, 123:15, 123:22, 125:4, 125:9, 125:13, 125:17, 127:19, 128:7, 128:13, 128:14

**codes** [1] - 71:19

**collapse** [1] - 57:9

**collapsed** [1] - 57:7

**collapsing** [1] - 57:8

**collected** [1] - 91:11

**collectively** [1] - 91:3

**combination** [2] - 47:4, 52:19

**comfortable** [1] - 45:17

**coming** [3] - 61:7, 61:8, 67:20

**comm** [1] - 79:20

**commercial** [1] - 14:13

**Commission** [9] - 35:21, 42:23, 43:1, 43:9, 54:12, 96:22, 97:8, 97:11, 97:22

**comms** [1] - 79:24

**communicate** [1] - 91:3

**communication** [9] - 37:5, 39:11, 39:14, 56:23, 74:22, 77:2, 90:25, 93:6, 94:13

**communications** [4] - 35:13, 38:20, 79:18,

79:25

**Community** [2] - 37:17, 59:21

**Company** [1] - 71:9

**company** [22] - 39:9, 48:19, 49:19, 50:23, 51:3, 51:19, 62:18, 71:5, 71:12, 73:9, 73:10, 73:17, 73:22, 74:13, 75:6, 76:18, 76:24, 77:6, 77:11, 81:19, 85:10, 86:16

**compare** [1] - 134:3

**compared** [1] - 68:23

**compel** [2] - 81:18, 85:9

**complaining** [4] - 63:19, 78:6, 78:12, 80:4

**complaint** [6] - 42:22, 43:2, 43:5, 77:23, 130:8, 130:10

**complaints** [13] - 18:7, 61:9, 63:14, 97:4, 122:4, 127:14, 127:19, 129:10, 129:14, 130:1, 130:5, 133:2, 133:5

**complete** [3] - 76:21, 77:12, 81:3

**completely** [2] - 32:25, 72:24

**complex** [22] - 22:18, 37:2, 37:6, 47:10, 51:16, 54:1, 58:22, 71:6, 80:6, 82:10, 82:20, 89:1, 89:16, 90:23, 91:23, 107:18, 129:23, 130:25, 131:6, 131:20, 132:1, 133:17

**complex's** [1] - 131:3

**complex-wide** [1] - 82:10

**complexes** [5] - 11:9, 57:23, 58:13, 107:11, 107:25

**compliance** [9] - 48:7, 50:14, 50:24, 72:13, 72:15, 86:23, 129:14, 136:9, 136:11

**Compliance** [1] - 104:2

**compliant** [1] - 72:16

**comprised** [1] - 43:23

**concerned** [1] - 75:4

**concerns** [3] - 60:16, 71:18, 97:10

**concluded** [1] - 134:24

**concludes** [1] - 134:19

**concrete** [3] - 33:24, 34:4, 34:7

**condition** [7] - 65:5, 78:12, 118:21, 119:5, 119:8, 130:3, 133:5

**conditions** [27] - 31:17, 46:15, 49:15, 58:10, 60:22, 61:19, 63:17, 64:15, 65:2, 65:11, 66:9, 66:11, 72:19, 72:20, 73:13, 76:14, 78:6, 80:5, 80:9, 80:14, 80:20, 80:24, 81:8, 82:6, 82:9, 109:7, 134:12

**conduct** [1] - 97:13

**conducted** [4] - 18:5, 20:11, 48:4, 59:9

**conduit** [3] - 28:9, 28:10, 28:12

**conference** [7] - 8:7, 47:25, 48:8, 48:12, 48:23, 49:3, 49:4

**confirm** [8] - 10:14, 71:22, 74:4, 75:6, 75:22, 76:8, 79:10, 120:19

**confirmed** [5] - 71:23, 74:24, 76:10, 110:24, 120:23

**confirming** [1] - 121:4

**confused** [2] - 15:12, 102:20

**conjunction** [1] - 14:16

**connected** [1] - 112:19

**connection** [1] - 15:13

**consensus** [1] - 63:1

**consider** [1] - 98:23

**considered** [5] - 23:20, 32:18, 54:22, 70:10, 111:2

**consisted** [1] - 81:24

**consistent** [2] - 104:7, 119:6

**consistently** [1] - 122:3

**CONSOLIDATED** [1] - 1:5

**constituents** [1] - 63:12

**constitute** [20] - 111:24, 112:5, 112:12, 112:20,

112:25, 113:7, 113:14, 113:20, 113:25, 114:6, 114:11, 114:16, 114:22, 115:2, 115:7, 115:12, 115:17, 115:22, 116:2, 116:7

**Construction** [4] - 56:24, 57:5, 57:6, 57:10

**construction** [4] - 14:10, 14:11, 15:2, 30:7

**construction-related** [1] - 14:11

**consultants** [1] - 50:12

**contacted** [2] - 97:3, 97:9

**contacts** [1] - 89:18

**contained** [4] - 29:6, 31:8, 33:16, 97:18

**content** [3] - 48:22, 49:2, 97:22

**context** [19] - 32:20, 42:17, 56:16, 60:12, 60:23, 63:8, 64:4, 70:19, 76:19, 80:3, 91:23, 92:2, 95:6, 100:4, 101:22, 105:22, 106:16, 108:15, 116:22

**continue** [2] - 82:16, 88:2

**continued** [2] - 2:1, 3:1

**contractor** [1] - 57:6

**contractual** [1] - 136:11

**conversation** [2] - 64:6, 64:7

**copied** [6] - 37:10, 38:14, 59:17, 65:20, 66:22, 80:2

**Copper** [1] - 2:9

**corporate** [2] - 11:11, 11:14

**correct** [23] - 11:15, 35:25, 66:13, 80:15, 80:21, 89:2, 89:3, 90:10, 90:18, 91:14, 95:1, 97:18, 98:12, 106:6, 119:8, 120:4, 120:5, 120:15, 120:21, 121:8, 132:20, 135:8, 136:8

**corrected** [2] - 45:20, 69:7, 102:4

**corrections** [3] -

135:7, 135:16, 135:17
**corrective** [6] - 48:6, 49:17, 49:21, 50:1, 50:6, 50:10
**corroding** [1] - 67:25
**cost** [2] - 68:22, 68:23
**Council** [1] - 38:11
**Councilwoman** [1] - 38:12
**counsel** [6] - 7:3, 8:11, 9:14, 17:13, 84:9, 136:13
**counselor** [2] - 13:5, 75:11
**counter** [1] - 45:8
**course** [2] - 26:9, 101:6
**court** [4] - 9:19, 11:1, 12:13, 78:18
**COURT** [17] - 1:1, 9:8, 9:12, 10:13, 23:10, 30:19, 32:6, 47:16, 53:12, 85:18, 89:6, 92:8, 104:14, 107:1, 117:2, 126:20, 136:17
**Court** [3] - 3:22, 7:22, 136:3
**cover** [1] - 95:10
**covered** [4] - 24:2, 24:3, 24:5, 24:6
**Covid** [2] - 38:3, 38:8
**Crawford** [1] - 70:5
**create** [2] - 49:14, 86:10
**creates** [3] - 45:10, 95:14, 100:24
**creation** [3] - 15:3, 15:4
**Creek** [1] - 2:9
**Crime** [9] - 35:21, 42:23, 43:1, 43:8, 54:12, 96:22, 97:8, 97:11, 97:22
**crisis** [1] - 45:11
**critical** [1] - 46:18
**crowd** [1] - 46:10
**CRR** [2] - 3:21, 136:16
**crumbling** [2] - 100:25, 123:18
**crunched** [1] - 54:8
**cured** [3] - 125:14, 125:18, 125:19
**current** [4] - 11:6, 70:24, 81:11, 118:21
**custodian** [1] - 49:25
**Cyndi** [9] - 38:12, 38:13, 38:16, 63:7, 66:23, 78:9, 92:19,

92:21, 92:24

# D

**daily** [2] - 79:1, 79:10
**damage** [7] - 68:20, 68:22, 69:17, 101:25, 122:25, 123:25, 124:18
**Damage** [1] - 101:16
**damaged** [10] - 26:8, 29:16, 31:23, 68:24, 69:6, 69:8, 69:10, 69:11, 69:17, 69:24
**DANA** [1] - 1:9
**danger** [2] - 45:7, 57:8
**dangerous** [1] - 46:15
**Daniel** [12] - 3:10, 9:6, 10:12, 59:1, 59:17, 60:3, 60:4, 60:25, 84:21, 84:23, 84:24, 134:17
**Daphne** [1] - 40:21
**Dasmen** [10] - 2:8, 8:19, 11:8, 34:25, 39:8, 39:13, 67:24, 70:5, 71:7, 119:19
**DASMEN** [1] - 1:7
**DATE** [2] - 135:12, 135:20
**date** [17] - 47:12, 52:2, 52:5, 72:12, 72:25, 73:2, 73:4, 74:12, 78:18, 82:12, 82:14, 83:11, 117:23, 128:16, 128:18, 129:3, 135:9
**dated** [12] - 42:3, 55:21, 56:13, 57:13, 89:14, 91:16, 103:7, 103:24, 106:15, 117:20, 127:12, 128:24
**David** [7] - 36:3, 36:4, 57:14, 70:18, 81:23, 83:4, 83:5
**David's** [1] - 83:15
**day-to** [1] - 59:3
**days** [2] - 62:3, 62:4
**deal** [1] - 65:12
**dealing** [1] - 79:19
**death** [1] - 95:14
**debris** [1] - 114:21
**decaying** [1] - 101:7
**December** [4] - 57:13, 126:8, 129:16, 131:1
**decision** [1] - 44:24
**deem** [1] - 12:24
**defendant** [1] - 20:19
**Defendant** [2] - 2:8,

2:21
**defendants** [2] - 20:21, 125:24
**Defendants** [1] - 2:14
**defense** [1] - 12:8
**defer** [6] - 95:23, 96:1, 96:10, 97:20, 98:10, 103:19
**deficiencies** [6] - 18:16, 43:18, 45:20, 48:4, 95:25, 96:12
**deficient** [1] - 72:8
**defined** [2] - 30:11, 136:11
**definitely** [8] - 26:4, 42:12, 53:7, 93:25, 94:7, 95:12, 130:7, 131:7
**definitive** [2] - 73:25, 102:1
**definitively** [4] - 19:15, 29:23, 95:9, 100:2
**DeGrange** [5] - 39:17, 39:19, 39:20, 70:16, 103:25
**delinquency** [1] - 77:24
**denotes** [1] - 33:3
**Department** [66] - 1:12, 1:14, 8:3, 11:12, 13:20, 14:6, 14:16, 14:21, 14:22, 16:20, 17:19, 17:23, 18:2, 18:3, 18:14, 19:10, 19:13, 20:10, 21:18, 23:2, 23:23, 24:2, 25:7, 26:24, 27:25, 29:6, 32:14, 35:24, 39:21, 40:3, 40:9, 40:11, 40:17, 41:8, 42:18, 42:21, 43:9, 45:12, 45:23, 50:4, 51:5, 51:9, 51:13, 57:18, 71:20, 73:5, 75:20, 75:21, 81:5, 86:2, 90:21, 91:1, 97:12, 98:20, 110:8, 110:13, 110:25, 118:13, 118:22, 120:23, 121:3, 122:16, 122:24, 123:19, 133:3, 133:6
**department** [29] - 14:8, 15:16, 18:11, 18:13, 22:10, 22:14, 24:7, 41:4, 43:10, 43:11, 43:24, 43:25, 44:1, 52:14, 53:21,

54:3, 65:15, 66:25, 70:23, 76:1, 81:18, 91:14, 93:6, 99:23, 103:13, 103:21, 121:18, 123:5
**Department's** [1] - 103:9
**department's** [1] - 103:16
**departments** [2] - 14:25, 35:14
**depict** [4] - 55:8, 55:9, 79:10, 100:16
**depicted** [6] - 21:15, 22:3, 25:14, 25:23, 27:2, 101:20
**depiction** [1] - 65:4
**deplorable** [7] - 61:19, 65:10, 80:9, 80:13, 80:19, 81:7, 119:6
**Depo** [1] - 3:16
**Depo-Vue** [1] - 3:16
**deponent** [1] - 9:7
**deposed** [1] - 59:3
**deposition** [51] - 7:4, 7:16, 8:2, 8:6, 11:11, 12:23, 13:15, 15:13, 20:9, 21:23, 23:9, 23:14, 24:12, 25:1, 25:19, 26:14, 26:19, 27:14, 27:20, 29:1, 32:9, 33:6, 33:11, 34:20, 41:13, 41:21, 53:11, 53:15, 54:17, 55:3, 55:19, 56:6, 72:12, 93:12, 95:18, 96:6, 96:16, 98:2, 98:9, 99:4, 99:10, 101:11, 104:19, 109:11, 111:7, 118:6, 124:8, 126:11, 129:20, 134:20, 134:23
**Deposition** [1] - 1:12
**depovueinc@gmail. com** [1] - 3:17
**depth** [1] - 101:4
**Deputy** [2] - 56:22, 57:17
**deputy** [2] - 40:19, 109:20
**describe** [1] - 119:4
**described** [2] - 80:14, 80:20
**description** [2] - 30:10, 89:21
**designated** [2] - 1:13, 11:13
**designation** [1] - 99:25

**detail** [1] - 29:15
**details** [1] - 106:23
**detection** [1] - 72:10
**detector** [4] - 69:12, 100:7, 112:17, 112:19
**Detectors** [1] - 99:19
**detectors** [1] - 99:24
**deteriorated** [1] - 82:1
**deteriorating** [1] - 62:7
**deterioration** [4] - 28:16, 52:4, 100:21, 133:18
**determine** [2] - 32:23, 68:24
**DEUTSCH** [1] - 2:11
**developed** [1] - 67:17
**Development** [6] - 2:14, 2:15, 8:23, 37:17, 126:6, 126:7
**die** [1] - 66:10
**different** [9] - 19:18, 63:25, 68:11, 69:24, 93:7, 107:10, 122:1, 130:25, 131:10
**difficult** [2] - 12:4, 15:22
**dilapidated** [1] - 49:15
**dilapidating** [1] - 101:7
**direct** [4] - 37:4, 48:5, 57:11, 67:14
**directed** [1] - 106:14
**direction** [1] - 136:8
**directly** [1] - 119:9
**director** [2] - 14:3, 91:14
**Director** [5] - 21:16, 37:17, 57:17, 57:18, 59:20
**directors** [1] - 70:22
**disarray** [1] - 65:7
**discuss** [5] - 56:20, 92:22, 97:22, 110:15, 124:22
**discussed** [4] - 70:10, 83:25, 123:16, 124:7
**discusses** [6] - 42:21, 43:7, 43:17, 44:18, 65:21, 71:1
**discussing** [2] - 66:23, 120:14
**discussion** [2] - 98:11, 104:8
**displacement** [1] - 38:22
**dispute** [2] - 51:14, 107:17
**DISTRICT** [2] - 1:1, 1:1

**District** [4] - 38:11, 38:22, 63:10, 92:14
**DMD** [1] - 1:5
**doctor** [2] - 123:10, 123:11
**document** [122] - 16:10, 16:12, 16:16, 16:18, 16:19, 16:22, 16:24, 17:7, 17:12, 17:18, 18:9, 19:3, 19:13, 19:16, 20:3, 20:4, 20:8, 21:7, 21:9, 21:11, 23:8, 28:25, 32:3, 33:10, 34:22, 35:2, 35:5, 35:9, 36:7, 41:12, 41:17, 41:25, 42:7, 42:11, 42:14, 42:16, 42:20, 43:6, 43:17, 44:18, 45:22, 47:24, 48:25, 49:22, 50:9, 51:2, 51:8, 51:18, 52:6, 52:21, 53:10, 53:20, 54:16, 55:18, 55:21, 55:24, 56:17, 57:13, 60:14, 63:21, 76:23, 78:22, 79:14, 89:14, 90:2, 90:16, 91:6, 92:4, 92:6, 92:11, 95:16, 96:3, 96:8, 96:20, 96:21, 96:24, 97:1, 98:7, 98:9, 99:8, 99:14, 99:15, 99:18, 100:4, 100:10, 102:8, 102:21, 102:25, 103:8, 103:12, 104:6, 104:12, 104:16, 104:25, 105:1, 105:11, 106:8, 107:8, 107:16, 108:4, 108:9, 109:10, 109:16, 110:3, 110:7, 110:11, 110:15, 111:11, 111:13, 116:11, 116:16, 116:17, 116:23, 117:5, 117:20, 118:2, 124:23, 128:12, 128:16, 128:20, 131:5
**documentation** [1] - 77:7
**documented** [2] - 43:18, 48:22
**documents** [23] - 15:14, 15:17, 15:23, 15:25, 16:2, 16:4, 17:6, 58:20, 76:8, 79:9, 80:12, 92:25, 93:9, 97:2, 97:17, 97:23, 98:12, 102:15, 104:9, 108:14, 108:18, 130:23, 131:15
**done** [16] - 9:17, 68:9, 72:21, 73:7, 74:4, 74:25, 75:6, 75:23, 81:4, 83:9, 83:11, 83:17, 86:9, 88:25, 91:5, 132:23
**door** [4] - 31:21, 31:23, 54:5, 54:22
**DOUGLAS** [1] - 1:9
**down** [11] - 28:16, 28:20, 28:21, 64:3, 67:3, 67:12, 67:20, 86:17, 87:1, 111:1, 119:23
**dozens** [3] - 36:22, 45:9
**Drive** [1] - 132:2
**drives** [1] - 69:16
**due** [7] - 36:16, 38:20, 45:5, 52:3, 61:15, 67:12, 67:17
**duly** [2] - 10:25, 136:5
**duplication** [1] - 108:18
**duplicative** [1] - 108:12
**during** [2] - 62:15, 62:22
**Durr** [4] - 56:23, 57:4, 57:5, 57:10
**Dyer** [1] - 56:21
**dying** [1] - 45:15

**E**

**E-mail** [1] - 34:23
**e-mail** [44] - 37:8, 39:1, 56:13, 56:15, 56:16, 57:14, 59:15, 60:5, 60:12, 60:24, 63:6, 63:9, 63:22, 63:24, 63:25, 65:19, 65:20, 66:21, 66:22, 70:13, 70:20, 70:25, 72:1, 74:11, 74:15, 77:1, 78:24, 80:2, 80:3, 81:23, 82:18, 82:22, 83:4, 83:12, 83:14, 84:6, 90:24, 91:16, 91:24, 102:22, 103:7, 103:24, 106:17, 109:18
**E-Mails** [4] - 55:23, 102:14, 108:11, 109:18
**e-mails** [10] - 35:19, 80:18, 83:13, 92:14, 92:18, 92:22, 108:12, 123:8, 127:10, 127:11
**EAGAN** [5] - 8:17, 10:3, 20:15, 20:24, 21:3
**Eagan** [3] - 8:18, 10:4, 133:13
**ease** [1] - 89:25
**easier** [2] - 12:15, 16:3
**easiest** [2] - 14:24, 16:6
**East** [1] - 78:11
**EASTERN** [1] - 1:1
**Eastlake** [6] - 2:14, 8:23, 126:6, 126:7, 131:1, 132:18
**edits** [1] - 12:24
**educating** [1] - 40:4
**eegan@glllaw.com** [1] - 2:7
**effectively** [3] - 86:7, 86:17, 86:25
**effort** [1] - 62:6
**efforts** [1] - 107:22
**EGAN** [3] - 119:15, 119:17, 125:21
**Egan** [2] - 2:4, 119:18
**EGAN........................
........** [1] - 4:7
**eight** [1] - 126:18
**either/or** [2] - 88:15
**Elbert** [3] - 40:14, 40:15, 104:1
**Electric** [1] - 105:1
**electrical** [9] - 42:24, 43:20, 82:3, 83:23, 84:2, 86:6, 88:22, 93:16, 95:1
**element** [3] - 32:22, 69:6, 69:8
**elements** [1] - 28:14
**Ellen** [4] - 37:12, 37:13, 37:15, 37:16
**Emily** [5] - 2:4, 8:18, 10:4, 119:18, 128:12
**employed** [1] - 13:19
**employee** [3] - 41:9, 123:1, 123:3
**employees** [8] - 11:8, 22:11, 30:1, 30:14, 44:16, 67:24, 91:17, 110:24
**encompassed** [1] - 19:19
**end** [3] - 15:21, 68:10, 124:23
**Enforcement** [35] - 14:17, 14:21, 18:2, 20:2, 21:17, 24:8, 35:19, 35:25, 36:6, 38:6, 42:22, 43:3, 55:23, 56:19, 57:17, 62:16, 75:21, 76:1, 77:19, 77:20, 78:25, 79:5, 79:11, 81:14, 82:7, 83:1, 85:9, 86:2, 87:5, 88:18, 88:20, 91:2, 91:7, 96:23, 97:12
**enforcement** [6] - 14:18, 48:3, 58:2, 62:24, 85:7, 87:3
**engineering** [2] - 30:7, 34:9
**ensure** [1] - 16:11
**ensuring** [1] - 60:19
**entail** [1] - 14:14
**entire** [1] - 69:3
**entirely** [1] - 20:5
**entirety** [3] - 54:6, 70:2, 129:22
**entities** [4] - 8:19, 8:23, 119:19, 126:7
**entitled** [9] - 92:14, 99:18, 101:16, 102:13, 108:5, 108:10, 109:17, 110:10, 111:12
**environmental** [1] - 73:12
**epidemic** [1] - 49:14
**equipment** [2] - 45:25, 47:2
**Esquire** [6] - 1:21, 2:4, 2:11, 2:18, 3:3, 3:10
**essentially** [1] - 131:23
**established** [1] - 49:11
**Estate** [1] - 9:4
**et** [9] - 34:25, 63:13, 64:11, 68:25, 72:5, 87:10, 87:20, 89:23
**ET** [2] - 1:4, 1:7
**event** [3] - 36:22, 46:8, 86:11
**eventually** [1] - 34:6
**evicted** [6] - 61:14, 61:18, 63:13, 63:19, 78:5, 78:12
**eviction** [5] - 77:22, 78:19, 78:21, 80:4, 109:6
**evictions** [3] - 61:5,
62:10, 80:10
**evidence** [1] - 7:18
**exactly** [6] - 27:6, 29:17, 31:20, 46:11, 49:8, 132:25
**EXAMINATION** [61] - 4:4, 11:3, 13:12, 17:16, 18:25, 21:6, 22:1, 23:17, 24:15, 25:4, 25:12, 25:22, 26:22, 27:23, 29:4, 31:6, 32:12, 33:14, 34:21, 41:16, 41:24, 47:23, 53:19, 54:20, 55:6, 55:20, 56:9, 75:18, 85:5, 88:6, 89:10, 92:17, 93:20, 95:22, 96:7, 96:19, 98:5, 98:16, 99:13, 100:15, 101:19, 102:12, 104:24, 105:20, 106:3, 106:13, 107:7, 108:8, 109:15, 110:6, 111:10, 116:15, 117:19, 118:9, 119:17, 126:3, 127:3, 129:8, 130:21, 132:13, 133:11
**examining** [1] - 103:3
**example** [1] - 123:7
**exchanged** [1] - 127:12
**execute** [1] - 50:13
**executed** [1] - 50:23
**exhibit** [3] - 93:11, 108:16, 125:6
**Exhibit** [151] - 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:24, 4:25, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:25, 6:4, 6:5, 6:6, 6:7, 6:8, 6:9, 6:10, 6:11, 6:12, 6:13, 6:14, 6:15, 6:16, 20:8, 20:14, 21:22, 21:25, 23:8, 23:16, 24:12, 24:14, 25:1, 25:3, 25:6, 25:11, 25:19, 25:21, 26:14, 26:16, 26:19, 26:21, 27:13, 27:16, 27:19, 27:22, 29:1, 29:3,

30:23, 30:25, 31:3, 31:5, 32:4, 32:11, 33:6, 33:8, 33:11, 33:13, 34:20, 41:12, 41:15, 41:20, 41:23, 53:11, 53:18, 54:16, 54:19, 54:21, 55:3, 55:5, 55:19, 56:5, 56:8, 92:7, 92:11, 92:16, 93:12, 93:14, 93:19, 95:17, 95:21, 96:5, 96:15, 96:18, 98:1, 98:4, 98:9, 98:15, 98:17, 99:3, 99:6, 99:9, 99:12, 100:10, 100:12, 100:14, 101:10, 101:13, 101:15, 101:18, 102:6, 102:9, 102:11, 104:12, 104:19, 104:20, 104:23, 105:11, 105:13, 105:16, 105:19, 106:1, 106:10, 106:12, 106:25, 107:2, 107:5, 108:4, 108:7, 109:11, 109:14, 110:3, 110:5, 111:6, 111:9, 116:12, 116:14, 118:5, 118:8, 124:23, 128:12
**exhibited** [1] - 50:9
**EXHIBITS** [3] - 4:14, 5:3, 6:2
**exhibits** [2] - 126:13, 126:16
**Exhibits** [1] - 127:5
**exist** [4] - 64:16, 65:12, 82:16, 131:6
**existed** [1] - 84:3
**existing** [1] - 76:13
**exists** [1] - 48:25
**expectations** [1] - 49:8
**experience** [1] - 133:13
**expert** [1] - 122:11
**explain** [3] - 14:20, 16:11, 61:23
**explains** [1] - 117:6
**explanation** [3] - 15:11, 96:11, 133:25
**exposed** [7] - 95:1, 112:24, 113:12, 113:18, 114:15, 115:5, 115:10
**exposes** [1] - 28:12
**exposing** [1] - 29:20

**exposure** [2] - 34:2, 66:11
**expressing** [1] - 97:9
**extent** [1] - 119:22
**exterior** [3] - 54:5, 110:16, 111:2
**external** [1] - 79:20
**extinguishers** [4] - 51:21, 51:24, 52:1
**extreme** [2] - 36:15, 38:21

## F

**f001** [1] - 110:10
**face** [2] - 66:3
**face-to-face** [1] - 66:3
**facility** [3] - 45:24, 48:7, 52:7
**fact** [6] - 11:22, 62:12, 62:19, 74:2, 78:1, 101:1
**failure** [1] - 87:22
**failures** [1] - 18:15
**fair** [9] - 120:20, 121:7, 121:11, 121:17, 121:20, 122:6, 124:5, 125:10, 133:4
**Fair** [1] - 108:25
**faith** [2] - 61:22, 62:6
**falling** [1] - 114:20
**familiar** [11] - 30:3, 35:2, 55:24, 57:1, 67:2, 80:2, 89:13, 96:24, 103:15, 104:5, 119:9
**far** [3] - 29:17, 72:14, 127:15
**fascia** [1] - 115:11
**fastest** [1] - 46:19
**Federal** [1] - 7:5
**felt** [1] - 1:21
**few** [4] - 22:10, 47:18, 71:15, 119:20
**field** [2] - 64:17, 110:12
**fielding** [1] - 63:14
**figure** [1] - 58:8
**file** [24] - 15:20, 16:19, 16:21, 16:25, 17:20, 21:12, 22:9, 24:18, 24:20, 25:8, 26:24, 28:1, 29:7, 31:8, 32:15, 33:16, 42:8, 93:1, 93:4, 129:18, 129:22, 130:1, 131:3, 133:2
**filed** [1] - 131:9
**files** [3] - 35:12, 58:21, 131:18
**filing** [2] - 7:11, 77:23
**final** [2] - 116:16, 133:12
**findings** [1] - 62:22
**fine** [1] - 91:7
**fines** [3] - 87:10, 88:24, 91:10
**Fire** [40] - 16:20, 17:18, 17:23, 18:3, 18:4, 19:8, 19:9, 19:17, 19:21, 19:22, 20:3, 20:9, 21:18, 39:21, 39:22, 40:3, 40:9, 40:11, 40:17, 43:9, 43:12, 44:1, 45:12, 45:22, 50:3, 50:15, 50:25, 51:4, 51:9, 51:13, 71:20, 73:5, 86:2, 95:18, 95:23, 96:2, 96:9, 96:11
**fire** [51] - 18:10, 18:13, 40:12, 42:24, 43:22, 43:24, 45:15, 45:23, 45:24, 45:25, 46:4, 46:6, 46:14, 46:24, 47:2, 47:11, 51:15, 51:19, 51:20, 51:21, 51:23, 51:24, 52:1, 52:2, 52:4, 65:14, 66:10, 69:10, 71:18, 71:24, 72:5, 72:9, 72:13, 72:15, 72:19, 72:25, 73:2, 86:25, 94:13, 94:16, 99:22, 112:17, 123:17, 124:6, 124:13, 124:18, 129:13, 129:14
**fire-rated** [1] - 94:16
**fires** [2] - 45:5, 124:8
**FIRM** [1] - 1:15
**first** [12] - 10:25, 15:1, 16:18, 17:17, 20:7, 35:18, 71:3, 105:21, 109:18, 119:16, 127:15, 136:5
**five** [1] - 84:9
**fixed** [1] - 49:12
**fixing** [1] - 117:17
**fixture** [1] - 111:20
**fixtures** [1] - 113:12
**floating** [2] - 30:2, 30:3
**Floor** [3] - 1:14, 10:20, 10:23
**floor** [3] - 67:9, 111:21, 113:5
**floors** [1] - 82:1
**folks** [1] - 52:17
**follow** [10] - 75:4, 75:5, 75:17, 75:22, 77:4, 77:16, 82:24, 130:22, 132:14, 133:15
**follow-up** [9] - 75:4, 75:5, 75:17, 75:22, 77:4, 77:16, 82:24, 130:22, 133:15
**followed** [2] - 66:18, 77:25
**follows** [1] - 11:2
**force** [8] - 43:17, 43:23, 44:5, 44:9, 44:22, 58:17, 88:25, 90:17
**foregoing** [2] - 135:5, 136:6
**form** [5] - 7:14, 75:10, 89:5, 98:8, 133:21
**formalities** [2] - 7:8, 7:10
**format** [1] - 136:10
**formation** [1] - 64:9
**former** [2] - 11:5, 40:2
**forth** [1] - 136:6
**forward** [4] - 12:21, 20:20, 61:8, 122:20
**Foster** [3] - 35:20, 97:21, 98:11
**foundation** [4] - 29:21, 34:10, 34:13, 34:15
**four** [7] - 93:15, 94:22, 94:25, 95:3, 95:5
**fourplex** [2] - 134:6, 134:7, 134:9
**Fourteen** [2] - 32:7, 32:9
**fraction** [1] - 65:8
**Frazier** [2] - 41:6, 41:7
**Friday** [1] - 1:15
**FRITCHIE** [2] - 2:18
**frozen** [1] - 18:17
**frustration** [2] - 61:3, 61:17
**full** [4] - 10:16, 13:16, 62:4, 95:6
**fully** [3] - 12:5, 12:7, 12:10
**function** [2] - 14:5, 14:9

## G

**Gailmor** [4] - 2:11, 8:22, 10:6, 126:5
**GAILMOR** [15] - 8:21, 10:5, 16:23, 17:14, 21:1, 126:3, 126:14, 126:25, 127:3, 129:1, 129:6, 129:8, 130:11, 132:13, 133:9
**GAILMOR..................
........... [2] - 4:8, 4:10
**game** [1] - 38:20
**Garret** [3] - 44:15, 52:18, 70:15
**general** [7] - 30:10, 62:25, 66:4, 73:6, 86:4, 89:20, 133:14
**generally** [16] - 17:25, 51:23, 51:25, 57:25, 64:19, 65:24, 68:15, 68:19, 68:21, 70:2, 71:13, 80:7, 86:8, 87:16, 94:21, 110:20
**generated** [1] - 128:21
**gentlemen** [1] - 21:14
**geography** [1] - 58:6
**germane** [1] - 131:16
**GIEGER** [1] - 2:4
**GIS** [1] - 131:22
**given** [6] - 45:19, 68:12, 85:11, 98:7, 135:5, 135:8
**glass** [9] - 53:23, 54:4, 54:5, 54:6, 54:8, 54:22, 113:18, 113:24, 115:1
**glimpse** [1] - 65:9
**global** [1] - 72:6
**globally** [1] - 66:5
**globo** [11] - 56:6, 92:9, 92:12, 93:15, 100:10, 104:21, 105:17, 106:2, 106:10, 109:12, 110:3
**GNO** [1] - 108:25
**goal** [2] - 44:18, 44:22
**government** [1] - 65:12
**grass** [1] - 87:19
**great** [2] - 65:17, 129:7
**greater** [3] - 28:21, 36:23, 134:5
**green** [2] - 72:9, 82:4, 109:19
**green-tagged** [1] - 72:9
**Greg** [1] - 79:15
**ground** [3] - 54:8, 59:4, 86:22
**group** [2] - 22:12, 120:9
**Group** [1] - 2:15

**groups** [1] - 86:1
**growth** [3] - 74:1, 74:2, 116:19
**growths** [1] - 26:11
**Grunberg** [7] - 36:3, 36:4, 57:14, 70:18, 81:23, 83:5, 91:1
**guess** [6] - 85:6, 89:25, 106:21, 117:7, 120:9, 125:16
**guesses** [1] - 117:15
**guidelines** [1] - 136:10
**gutting** [2] - 76:21, 77:12
**guy** [2] - 40:8, 79:23
**guys** [2] - 18:17, 119:16
**Gwen** [3] - 40:23, 40:25, 41:1

## H

**H32** [1] - 116:18
**Hall** [2] - 10:20, 10:24
**hand** [2] - 12:18, 87:13
**handles** [2] - 14:22, 14:23
**hanging** [3] - 31:19, 94:10, 94:19
**HANO** [14] - 52:25, 53:4, 53:8, 65:13, 65:22, 65:25, 66:5, 66:8, 66:14, 66:16, 89:22, 90:11, 107:18, 107:23
**HANO's** [1] - 65:21
**harder** [1] - 27:6
**Harriet** [2] - 44:14, 52:18
**hazard** [1] - 73:12
**hazardous** [3] - 113:19, 113:24, 115:1
**hazards** [3] - 42:24, 43:18, 129:14
**head** [1] - 79:23
**header** [1] - 110:8
**heading** [2] - 34:23, 129:5
**heads** [2] - 70:23, 100:23
**Health** [8] - 41:8, 90:22, 91:1, 103:9, 110:9, 110:10, 110:14, 110:25
**health** [15] - 18:8, 41:4, 42:24, 43:11, 43:25, 45:11, 45:14,

66:24, 73:12, 76:1, 91:14, 97:10, 103:13, 103:16, 103:21
**healthy** [1] - 64:7
**hear** [5] - 12:19, 12:20, 38:4, 38:7, 79:22
**hearing** [1] - 88:8
**hearings** [3] - 87:9, 88:17, 88:24
**heart** [1] - 64:24
**heating** [1] - 112:18
**heavily** [1] - 14:25
**Heavy** [4] - 56:23, 57:4, 57:5, 57:10
**heavy** [1] - 108:17
**hectic** [1] - 12:3
**Heim** [3] - 37:23, 37:25, 38:1
**held** [2] - 8:6, 13:25
**help** [4] - 38:25, 46:16, 74:18, 121:13
**helpful** [1] - 19:16
**helps** [1] - 86:20
**hereby** [4] - 7:5, 7:15, 135:4, 136:4
**herein** [1] - 136:13
**hereinabove** [1] - 136:6
**hereto** [1] - 7:3
**Heyman** [5] - 59:16, 59:19, 59:20, 60:25, 63:23
**hi** [1] - 119:18
**highest** [1] - 134:1
**himself** [1] - 59:17
**hired** [1] - 71:5
**history** [2] - 68:7, 68:14
**hitting** [1] - 88:4
**holding** [1] - 111:21
**hole** [5] - 29:19, 34:12, 69:9, 111:22, 112:10
**holes** [2] - 23:3, 81:25, 84:1
**homeless** [3] - 45:10, 49:14, 86:11
**Horowitz** [2] - 39:12, 39:15
**horrible** [1] - 38:8
**Hospitals** [1] - 110:9
**hotel** [1] - 78:10
**hours** [1] - 49:10
**house** [2] - 15:4, 94:3
**housing** [3] - 36:22, 66:6, 109:1
**Housing** [2] - 52:21, 108:25
**Hrapmann** [5] - 59:18,

60:3, 60:4, 60:25, 63:24
**human** [4] - 46:6, 46:23, 72:19, 72:21
**hundreds** [1] - 88:23
**HVAC** [1] - 69:20
**hypothetical** [1] - 131:13

## I

**idea** [3] - 35:22, 73:20, 91:12
**identification** [45] - 20:14, 21:25, 23:16, 24:14, 25:3, 25:11, 25:21, 26:16, 26:21, 27:16, 27:22, 29:3, 30:25, 31:5, 32:11, 33:8, 33:13, 41:15, 41:23, 53:18, 54:19, 55:5, 56:8, 92:16, 93:19, 95:21, 96:18, 98:4, 98:15, 99:6, 99:12, 100:14, 101:13, 101:18, 102:11, 104:23, 105:13, 105:19, 106:12, 108:7, 109:14, 110:5, 111:9, 116:14, 118:8
**identifies** [1] - 82:19
**identify** [2] - 9:14, 41:25
**identity** [1] - 10:14
**illegal** [2] - 86:13, 86:17
**illegally** [1] - 86:14
**immediacy** [1] - 86:24
**immediate** [3] - 28:15, 49:9, 72:17
**immediately** [3] - 45:18, 48:5, 51:10
**imminent** [4] - 45:4, 45:13, 71:18, 72:4
**impact** [1] - 65:1
**impacted** [1] - 36:17
**implement** [1] - 64:11
**implemented** [1] - 49:18
**important** [1] - 12:5
**improper** [1] - 43:20
**improvements** [3] - 63:1, 69:2, 81:3
**inappropriate** [1] - 68:12
**inartfully** [1] - 19:5
**Inc** [3] - 2:15, 2:22, 3:16
**incident** [1] - 60:20

**include** [2] - 68:3, 87:16
**included** [3] - 47:25, 83:24, 131:4
**including** [4] - 43:19, 44:13
**incorrectly** [1] - 13:1
**increase** [1] - 88:3
**increasing** [1] - 87:24
**incurred** [2] - 123:4, 124:17
**independent** [8] - 19:13, 19:22, 50:16, 78:20, 91:9, 97:16, 107:22, 110:18
**indicate** [1] - 110:23
**indicated** [1] - 8:8
**indirect** [1] - 57:11
**individual** [1] - 99:21
**industry** [2] - 30:7, 30:8
**inform** [1] - 48:4
**Information** [1] - 108:5
**informed** [2] - 77:21, 78:17
**infraction** [1] - 33:3
**infractions** [2] - 23:3, 23:24
**infrastructure** [1] - 109:21
**initial** [1] - 61:12
**initiate** [1] - 48:5
**injured** [1] - 124:13
**injuries** [3] - 122:18, 123:1, 123:20
**inoperable** [2] - 47:3, 47:7
**input** [1] - 49:17
**inquiries** [1] - 80:8
**inquiry** [1] - 58:7
**inside** [4] - 28:10, 28:18, 34:4, 54:9
**inspect** [3] - 66:25, 83:7, 120:6
**inspected** [3] - 77:12, 83:22, 99:22
**inspecting** [3] - 31:25, 57:22, 76:20
**inspection** [22] - 17:20, 17:22, 18:11, 20:11, 22:5, 22:17, 47:12, 52:5, 52:7, 52:11, 52:15, 52:24, 58:14, 58:17, 68:13, 95:19, 97:13, 103:9, 103:17, 106:23, 110:12, 110:22
**inspections** [12] - 14:18, 58:12, 58:21,

59:6, 59:9, 61:13, 62:17, 65:14, 79:11, 83:21, 90:17, 120:3
**inspector** [8] - 38:6, 44:13, 44:14, 44:15, 60:5, 60:7, 78:25, 79:11
**inspectors** [3] - 22:11, 52:22, 83:6
**installed** [4] - 46:1, 51:12, 72:8, 100:7
**instance** [2] - 69:8, 86:11
**instant** [1] - 45:10
**instructions** [1] - 95:13
**instrument** [45] - 20:13, 21:24, 23:15, 24:13, 25:2, 25:10, 25:20, 26:15, 26:20, 27:15, 27:21, 29:2, 30:24, 31:4, 32:10, 33:7, 33:12, 41:14, 41:22, 53:17, 54:18, 55:4, 56:7, 92:15, 93:18, 95:20, 96:17, 98:3, 98:14, 99:5, 99:11, 100:13, 101:12, 101:17, 102:10, 104:22, 105:12, 105:18, 106:11, 108:6, 109:13, 110:4, 111:8, 116:13, 118:7
**insult** [1] - 119:25
**intense** [2] - 36:14, 134:8
**interaction** [1] - 39:4
**interagency** [2] - 80:13, 80:19
**interdepartmental** [2] - 43:7, 43:14
**interest** [1] - 57:21
**interested** [1] - 136:14
**interim** [1] - 60:6
**internal** [1] - 28:13
**introduce** [1] - 8:12
**intrusion** [1] - 68:1
**investigative** [1] - 87:2
**Investments** [1] - 59:21
**invoice** [1] - 105:2
**involved** [2] - 43:9, 102:23
**involvement** [9] - 36:9, 38:15, 57:11, 59:5, 65:21, 90:21, 109:5, 118:14
**iron** [1] - 67:25

**IRWIN** [1] - 2:18
**isolated** [1] - 60:20
**issue** [29] - 18:14, 24:5, 58:1, 58:4, 63:5, 65:25, 66:23, 67:2, 68:1, 69:6, 72:17, 73:8, 76:17, 77:21, 78:16, 78:24, 87:4, 87:13, 87:18, 94:7, 100:24, 102:2, 117:11, 121:12, 121:23, 121:24, 122:19, 134:2, 134:10
**issued** [7] - 18:10, 18:13, 19:7, 19:9, 23:2, 23:23, 128:6
**issues** [45] - 18:7, 19:14, 28:21, 33:21, 34:16, 34:17, 36:16, 38:17, 38:25, 43:15, 45:14, 51:22, 57:2, 63:11, 63:16, 63:17, 67:15, 71:24, 72:4, 74:9, 82:2, 82:3, 83:2, 87:20, 97:10, 101:8, 103:1, 104:3, 110:22, 110:23, 111:16, 117:7, 117:23, 121:19, 122:2, 123:17, 123:25, 124:6, 127:14, 129:15, 130:5
**itself** [5] - 30:15, 100:25, 101:2, 102:1, 103:12

## J

**Jackson** [4] - 57:15, 57:16, 70:17
**Janice** [1] - 109:3
**January** [2] - 1:15, 8:7
**JANUARY** [1] - 135:20
**jbaum@ dasmenresidential** [1] - 39:3
**Jennifer** [2] - 91:13, 103:19
**job** [1] - 13:24
**joint** [2] - 75:25, 106:23
**JOSHUA** [1] - 1:4
**JUDGE** [2] - 1:7, 1:8
**judgment** [1] - 87:15
**Juliette** [2] - 41:6, 41:7
**jump** [1] - 29:13
**jumps** [1] - 29:22

## K

**Katrina** [7] - 38:6, 68:2, 68:8, 68:15, 69:13, 69:14
**keep** [4] - 65:10, 83:18, 85:1, 120:14
**keeping** [1] - 45:1
**KERRIGAN** [1] - 2:11
**key** [1] - 100:5
**KFK** [4] - 2:15, 8:22, 126:6
**Kilz** [1] - 117:9
**KILZed** [2] - 116:20
**Kimberly** [2] - 37:20
**kind** [16] - 15:11, 31:16, 34:10, 46:9, 55:15, 59:1, 61:3, 62:3, 70:24, 85:23, 86:20, 89:17, 94:9, 121:9, 121:15, 123:18
**kinds** [1] - 82:6
**knowing** [3] - 78:3, 95:7, 123:6
**knowledge** [28] - 17:22, 35:9, 36:9, 36:12, 47:1, 49:1, 50:17, 53:2, 53:24, 56:12, 66:19, 66:20, 67:7, 72:11, 73:1, 75:15, 78:21, 80:23, 82:12, 82:14, 91:25, 110:18, 119:7, 122:13, 122:22, 125:13, 125:17, 127:13
**known** [2] - 40:6, 53:7

## L

**labeled** [1] - 55:22
**labor** [1] - 105:3
**LABORDE** [2] - 2:4
**lack** [1] - 61:3
**Laguna** [89] - 11:6, 17:24, 23:4, 23:25, 30:1, 30:2, 35:16, 36:11, 36:14, 37:2, 37:6, 38:17, 42:5, 42:25, 43:15, 45:2, 47:3, 47:10, 51:16, 53:3, 57:3, 57:23, 57:24, 58:15, 59:7, 59:24, 60:19, 64:8, 65:2, 66:1, 66:24, 67:4, 71:2, 71:10, 72:12, 73:3, 76:5, 76:10, 76:15, 80:8, 80:15, 80:21, 80:25,

81:3, 81:8, 82:7, 83:7, 88:9, 89:15, 90:3, 90:22, 93:16, 97:13, 100:17, 102:24, 103:1, 103:22, 104:2, 105:2, 105:7, 108:22, 109:6, 110:17, 111:12, 116:18, 116:24, 117:23, 118:15, 118:21, 118:24, 119:2, 119:5, 120:4, 120:10, 121:1, 122:18, 124:9, 124:13, 127:14, 127:20, 128:7, 129:10, 129:15, 130:24, 132:19, 133:19
**Lahaye** [4] - 3:3, 9:3, 10:10, 130:19
**LAHAYE** [3] - 9:2, 10:9, 130:18
**land** [2] - 38:10, 56:22
**landlord** [1] - 64:13
**LAPEROUSE** [1] - 2:4
**large** [6] - 14:13, 22:17, 22:18, 46:8, 53:7, 58:1
**large-scale** [1] - 22:17
**larger** [4] - 60:14, 63:20, 64:24, 93:4
**LaRose** [1] - 79:15
**last** [4] - 47:18, 71:4, 118:2, 118:13
**late** [1] - 62:2
**LaTonya** [4] - 70:13, 79:15, 79:16, 79:17
**LaToya** [1] - 70:18
**Latter** [2] - 2:22, 8:25
**latter** [1] - 15:5
**laundry** [2] - 83:22, 113:11, 114:19
**law** [3] - 7:7, 66:13, 87:3
**Lawrence** [1] - 103:5
**lawyer** [1] - 60:9
**LDH** [4] - 41:5, 90:25, 91:18, 91:19
**leading** [1] - 54:5
**leak** [2] - 83:1, 113:6
**leaking** [9] - 43:19, 69:23, 111:20, 112:9, 112:16, 114:10, 115:16, 115:21, 116:1
**leaks** [4] - 67:17, 82:1, 82:21, 84:3
**leasing** [2] - 107:10,

107:14
**least** [2] - 29:14, 130:6
**LeBeouf** [1] - 70:14
**led** [2] - 45:12, 62:13
**Lee** [4] - 37:12, 37:13, 37:15, 37:16
**left** [1] - 29:17
**Legal** [1] - 3:16
**lessened** [1] - 45:16
**letter** [1] - 53:5
**level** [4] - 122:7, 122:8, 122:9, 134:2
**levels** [1] - 68:25
**Lewandrowski** [3] - 38:9, 39:2, 63:7
**liaison** [1] - 38:11
**life** [9] - 15:8, 36:16, 44:19, 44:25, 45:3, 45:4, 45:13, 46:16, 72:4
**light** [2] - 111:20, 113:11
**limited** [1] - 123:16
**line** [4] - 28:16, 67:12, 104:2, 108:20
**list** [3] - 16:25, 17:5, 128:13
**List** [1] - 99:18
**listed** [6] - 36:3, 37:19, 52:17, 95:13, 131:12, 133:1
**listing** [3] - 76:20, 77:11, 124:25
**listings** [1] - 125:9
**litany** [1] - 18:7
**literally** [2] - 88:4, 101:7
**liveability** [1] - 64:14
**lived** [1] - 66:1
**living** [7] - 12:2, 49:15, 63:17, 80:20, 80:24, 81:8, 88:23
**LLC** [8] - 1:7, 1:21, 2:4, 2:8, 2:9, 2:14, 2:15, 2:18
**LLP** [2] - 2:11, 3:3
**localized** [1] - 121:24
**location** [3] - 18:8, 22:13, 28:22
**locations** [1] - 58:10
**Log** [1] - 34:23
**look** [9] - 31:18, 33:22, 58:2, 87:15, 94:21, 100:23, 123:9, 124:1, 126:23
**looked** [1] - 120:18
**looking** [4] - 35:11, 46:12, 58:5, 93:21
**looks** [9] - 22:22, 56:18, 61:2, 74:1,

107:14
**looped** [1] - 66:2
**lose** [1] - 86:14
**lost** [1] - 124:16
**LOUISIANA** [1] - 1:1
**Louisiana** [18] - 1:14, 1:22, 2:6, 2:12, 2:20, 3:4, 3:11, 7:24, 10:21, 10:24, 90:21, 90:25, 110:8, 110:13, 121:12, 133:14, 136:3, 136:12
**lower** [1] - 33:22
**LRL** [1] - 99:25
**LRS** [1] - 99:25
**Luke** [4] - 3:3, 9:3, 10:10, 130:19
**luke.lahaye@arlaw. com** [1] - 3:5
**Lynd** [1] - 71:9

## M

**ma'am** [56] - 21:10, 22:4, 23:21, 24:21, 24:24, 26:2, 28:6, 31:10, 36:1, 43:16, 44:3, 44:23, 46:3, 48:10, 73:16, 78:23, 80:22, 81:16, 81:21, 82:8, 84:4, 90:8, 90:15, 90:19, 91:15, 94:24, 95:2, 96:13, 98:13, 99:1, 103:23, 106:6, 107:20, 111:4, 112:1, 112:7, 112:14, 112:22, 113:2, 113:9, 113:16, 113:22, 114:2, 114:8, 114:13, 114:18, 114:24, 115:4, 115:9, 115:14, 115:19, 115:24, 116:4, 116:9, 125:5, 125:11
**Macdonald** [1] - 109:22
**Magazine** [1] - 2:12
**MAGISTRATE** [1] - 1:8
**mail** [45] - 34:23, 37:8, 39:1, 56:13, 56:15, 56:16, 57:14, 59:15, 60:5, 60:12, 60:24, 63:6, 63:9, 63:22, 63:24, 63:25, 65:19, 65:20, 66:21, 66:22, 70:13, 70:20, 70:25,

72:1, 74:11, 74:15, 77:1, 78:24, 80:2, 80:3, 81:23, 82:18, 82:22, 83:4, 83:12, 83:14, 84:6, 90:24, 91:16, 91:24, 102:22, 103:7, 103:24, 106:17, 109:18

**mailboxes** [3] - 55:10, 55:11, 55:15

**mails** [10] - 35:19, 80:18, 83:13, 92:14, 92:18, 92:22, 108:12, 123:8, 127:10, 127:11

**Mails** [4] - 55:23, 102:14, 108:11, 109:18

**maintain** [1] - 131:18

**maintained** [3] - 21:12, 67:13, 131:21

**maintains** [1] - 131:17

**maintenance** [2] - 19:25, 26:5

**manage** [1] - 71:10

**management** [17] - 42:5, 48:1, 48:19, 49:19, 50:11, 51:3, 52:9, 61:9, 62:18, 71:6, 76:17, 76:23, 77:6, 77:11, 77:15, 81:19, 85:10

**Management** [4] - 2:8, 2:22, 8:20, 78:17

**management's** [1] - 80:6

**manager** [9] - 36:4, 51:10, 70:5, 71:9, 71:14, 71:15, 89:24, 107:9

**managers** [2] - 107:13, 107:14

**mandated** [1] - 70:10

**mandatory** [4] - 43:21, 45:23, 46:4, 46:6

**manipulated** [1] - 95:7

**manufacturer's** [1] - 95:13

**MARGARET** [4] - 3:21, 7:22, 136:3, 136:16

**Margaret** [6] - 30:18, 53:16, 92:6, 104:13, 107:6, 126:15

**mark** [34] - 25:6, 25:18, 26:13, 26:18, 27:13, 27:19, 28:25, 30:17, 30:22, 31:2, 32:4, 33:5, 33:10, 34:19, 41:11, 41:20,

53:10, 54:15, 55:18, 93:14, 98:1, 99:3, 100:9, 100:11, 101:10, 102:6, 104:11, 105:10, 105:16, 108:3, 110:2, 111:6, 116:11, 118:5

**marked** [53] - 20:14, 21:25, 23:16, 24:14, 25:3, 25:11, 25:21, 26:16, 26:21, 27:16, 27:22, 29:3, 30:25, 31:5, 32:11, 33:8, 33:13, 41:15, 41:23, 53:18, 54:19, 55:2, 55:5, 56:8, 92:16, 93:19, 95:21, 96:18, 98:4, 98:15, 99:6, 99:9, 99:12, 100:14, 101:13, 101:18, 102:9, 102:11, 104:18, 104:23, 105:13, 105:19, 105:25, 106:9, 106:12, 106:24, 107:2, 108:7, 109:14, 110:5, 111:9, 116:14, 118:8

**marshal** [1] - 86:25

**Marshal** [5] - 43:12, 71:21, 95:24, 96:2, 96:19

**Marshal's** [5] - 18:5, 44:1, 95:19, 96:3, 96:9

**Martin** [1] - 132:2

**mass** [2] - 66:16, 86:10

**masses** [1] - 64:12

**material** [1] - 105:3

**materializing** [1] - 62:8

**materials** [4] - 26:6, 26:7, 101:6, 133:2

**matter** [2] - 56:20, 136:14

**Maxwell** [2] - 108:23, 109:2

**Mayor** [3] - 36:8, 36:10, 70:18

**mayor** [8] - 36:12, 36:19, 37:1, 37:5, 42:3, 79:24, 104:4, 106:20

**mayor's** [1] - 79:17

**MCC** [1] - 97:3

**McConnell** [5] - 39:23, 40:1, 42:3, 70:16

**MCKENZIE** [4] - 3:21,

7:22, 136:3, 136:16

**mean** [4] - 69:18, 77:19, 90:24, 102:17

**means** [1] - 69:20

**meant** [2] - 35:10, 49:5

**MEAUX** [1] - 3:15

**mechanism** [1] - 86:23

**media** [2] - 79:19, 80:7

**meet** [2] - 50:12, 56:20

**meeting** [3] - 42:4, 50:19, 106:20

**meetings** [1] - 37:1

**meets** [1] - 72:24

**Melissa** [5] - 59:18, 60:8, 60:9, 61:1, 63:24

**member** [5] - 39:20, 40:10, 41:7, 44:4, 44:9

**members** [4] - 22:13, 43:24, 44:12, 51:12

**Memo** [1] - 36:8

**memo** [1] - 42:2

**memory** [4] - 38:18, 49:4, 61:25, 128:17

**men** [1] - 21:14

**mentioned** [3] - 11:1, 19:18, 19:20

**mentions** [1] - 91:21

**merging** [1] - 93:7

**meter** [6] - 93:25, 94:1, 94:3, 94:4, 94:20, 94:23

**method** [1] - 136:7

**Metropolitan** [9] - 35:21, 42:23, 43:1, 43:8, 54:11, 96:21, 97:8, 97:11, 97:21

**Michael** [2] - 79:21, 79:22

**Michelle** [3] - 35:20, 97:21, 98:10

**midst** [1] - 61:17

**might** [7] - 45:5, 46:8, 63:23, 69:20, 122:1, 125:24, 131:6

**million** [3] - 68:11, 69:24, 133:25

**million-word** [1] - 133:25

**mind** [3] - 59:8, 64:3, 83:10

**minimum** [3] - 15:6, 19:24, 26:5

**minute** [1] - 17:11

**minutes** [1] - 84:10

**Miss** [2] - 125:3, 133:13

**missing** [10] - 22:21, 25:25, 26:7, 32:25, 43:21, 51:25, 84:21, 94:3, 94:4, 94:6

**mitigated** [2] - 45:15, 69:18

**mixed** [1] - 117:9

**model** [2] - 91:22, 92:1

**moisture** [2] - 28:18, 34:14

**Mold** [1] - 101:16

**mold** [60] - 23:19, 23:25, 24:3, 24:5, 24:22, 25:13, 25:24, 43:19, 63:16, 73:9, 73:11, 73:18, 73:22, 73:23, 74:2, 74:5, 74:12, 74:14, 75:3, 75:7, 75:8, 76:4, 76:9, 76:14, 77:8, 81:25, 84:1, 84:6, 87:19, 111:20, 111:22, 112:3, 112:17, 113:4, 113:12, 114:4, 114:10, 114:20, 115:21, 116:6, 117:22, 120:14, 120:18, 120:19, 120:24, 120:25, 121:1, 121:10, 121:11, 121:18, 121:21, 122:2, 122:7, 122:8, 122:11, 122:20, 123:2, 129:10, 133:14, 133:18

**mold-related** [1] - 121:18

**moldy** [2] - 82:20, 83:1

**moment** [1] - 29:20

**monetary** [1] - 87:25

**monitor** [3] - 45:24, 72:19, 79:1

**monitoring** [1] - 46:13

**months** [3] - 13:23, 85:16, 85:24

**MOORE** [1] - 2:18

**Morgan** [1] - 109:3

**morning** [8] - 8:15, 11:4, 11:10, 40:5, 52:8

**most** [1] - 117:12

**mouse** [1] - 29:20

**mouth** [2] - 120:16, 125:8

**move** [7] - 12:21, 30:13, 32:1, 66:7, 89:11, 89:12, 92:3

**moved** [1] - 91:22

**movement** [3] - 61:4, 63:4, 92:1

**MR** [16] - 8:17, 8:24, 9:2, 9:5, 10:7, 10:9, 10:11, 13:6, 17:4, 75:9, 84:25, 89:4, 89:8, 130:15, 130:18, 133:20

**MS** [152] - 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 8:14, 8:21, 9:10, 9:25, 10:3, 10:5, 11:3, 13:12, 16:23, 17:1, 17:8, 17:14, 17:16, 18:25, 20:6, 20:15, 20:22, 20:24, 21:1, 21:3, 21:6, 21:20, 22:1, 23:6, 23:12, 23:17, 24:10, 24:15, 24:25, 25:4, 25:12, 25:17, 25:22, 26:12, 26:17, 26:22, 27:12, 27:17, 27:23, 28:24, 29:4, 30:16, 30:21, 31:1, 31:6, 32:2, 32:8, 32:12, 33:4, 33:9, 33:14, 34:18, 34:21, 41:10, 41:16, 41:19, 41:24, 47:23, 53:9, 53:14, 53:19, 54:14, 54:20, 55:1, 55:6, 55:17, 55:20, 56:4, 56:9, 75:12, 75:18, 84:11, 84:22, 85:5, 88:6, 89:10, 92:5, 92:10, 92:17, 93:10, 93:20, 95:15, 95:22, 96:4, 96:7, 96:14, 96:19, 97:25, 98:5, 98:16, 99:2, 99:7, 99:13, 100:8, 100:15, 101:9, 101:14, 101:19, 102:5, 102:12, 104:10, 104:17, 104:24, 105:9, 105:14, 105:20, 105:24, 106:3, 106:7, 106:13, 107:4, 107:7, 108:2, 108:8, 108:9, 109:15, 110:1, 110:6, 111:5, 111:10, 116:10, 116:15, 117:19, 118:4, 118:9, 119:10, 119:15, 119:17, 125:21, 126:3, 126:14, 126:22, 126:25,

127:3, 128:23, 129:1, 129:4, 129:6, 129:8, 130:11, 130:21, 132:7, 132:13, 133:9, 133:11, 134:13
**multi** [1] - 52:7
**multi-agency** [1] - 52:7
**multiple** [3] - 18:1, 117:15, 127:10
**multiplied** [1] - 134:10
**multiply** [1] - 34:5
**Municipal** [2] - 15:1, 87:7
**myriad** [1] - 71:1

### N

**name** [12] - 10:16, 11:4, 13:17, 79:23, 126:4, 130:25, 131:3, 131:19, 132:4, 132:5, 133:1
**named** [2] - 70:5, 83:4
**names** [2] - 58:22, 132:21
**narratives** [1] - 97:18
**nature** [2] - 27:8, 38:21
**near** [1] - 81:3
**necessarily** [3] - 69:19, 70:1, 93:4
**necessary** [2] - 12:25, 73:23
**need** [7] - 11:24, 46:20, 69:2, 72:21, 94:4, 117:16, 121:13
**needed** [1] - 36:17
**needless** [3] - 80:11, 80:17, 98:22
**needs** [2] - 69:19, 94:16
**negatively** [1] - 121:5
**never** [4] - 34:2, 34:8, 34:14, 120:3
**NEW** [1] - 3:9
**new** [3] - 69:15, 71:5, 124:2
**New** [41] - 1:12, 1:13, 1:14, 1:22, 2:6, 2:12, 2:20, 3:4, 3:11, 3:12, 8:3, 9:7, 10:21, 10:24, 11:11, 13:20, 16:19, 17:18, 18:3, 19:6, 19:9, 20:2, 20:9, 21:18, 34:24, 39:21, 40:2, 40:11, 40:17, 41:2, 41:3, 41:8, 43:2, 45:22,

50:3, 51:4, 51:13, 52:21, 57:21, 71:20, 78:11
**next** [26] - 28:25, 31:2, 32:3, 33:10, 34:22, 37:19, 41:17, 47:24, 49:9, 53:20, 55:2, 63:6, 73:8, 76:17, 77:21, 78:16, 78:24, 79:14, 89:11, 92:11, 95:16, 104:15, 104:25, 106:8, 107:8, 109:16
**Nguyen** [4] - 38:12, 38:13, 66:23, 92:21
**Nguyen's** [5] - 38:16, 38:18, 63:7, 78:9, 92:19
**Nicole** [5] - 59:16, 59:19, 59:20, 60:25, 63:23
**Nineteen** [1] - 53:13, 53:15
**NO** [1] - 1:4
**noncompliance** [1] - 88:14
**none** [2] - 12:16, 118:23
**nonexistent** [2] - 47:3, 47:8
**nonexisting** [1] - 45:6
**nonspecific** [1] - 60:18
**nonworking** [2] - 43:21, 45:6
**normal** [1] - 28:18
**Norton** [4] - 70:13, 79:15, 79:16, 79:17
**nosing** [1] - 100:22
**notation** [1] - 112:3
**note** [4] - 33:19, 37:11, 92:6, 93:23
**noted** [6] - 75:13, 82:6, 95:25, 110:16, 135:16, 135:17
**notes** [2] - 29:12, 88:13
**nothing** [7] - 29:22, 31:14, 69:13, 73:5, 88:25, 129:25, 134:15
**notice** [2] - 32:17, 65:22
**noticing** [1] - 9:23
**notified** [1] - 97:3
**November** [6] - 55:21, 81:22, 82:17, 83:12, 83:20, 128:24
**number** [15] - 36:16, 36:23, 40:16, 51:15,

53:7, 89:21, 107:17, 107:18, 107:23, 111:18, 112:2, 113:17, 124:23, 124:24, 134:4
**numerous** [1] - 78:4

### O

**oath** [3] - 7:25, 9:20, 11:17
**object** [3] - 12:9, 89:5, 133:21
**objection** [14] - 9:19, 10:2, 10:4, 10:6, 10:8, 10:10, 10:12, 12:11, 20:16, 20:19, 20:20, 21:5, 75:10, 75:13
**objections** [1] - 7:13
**observation** [1] - 125:2
**observations** [1] - 111:24
**obvious** [1] - 31:12
**obviously** [4] - 29:19, 31:19, 35:15, 66:12
**occupied** [8] - 15:9, 52:25, 53:4, 54:24, 89:22, 90:7, 90:9, 100:6
**occurred** [6] - 17:23, 48:9, 58:13, 58:15, 77:8, 124:9
**occurring** [1] - 110:19
**October** [4] - 60:12, 60:24, 62:2, 62:24
**OF** [2] - 1:1, 3:9
**OFF** [1] - 18:21
**OFFICE** [1] - 3:9
**office** [26] - 13:25, 14:6, 18:5, 38:16, 38:19, 38:23, 41:2, 41:3, 42:8, 44:2, 44:8, 48:11, 59:25, 62:16, 63:7, 63:11, 70:9, 78:10, 79:18, 83:23, 92:19, 96:9, 107:22, 111:19, 131:17
**Office** [7] - 18:1, 20:1, 36:5, 43:12, 59:21, 75:25, 110:19
**office's** [1] - 59:23
**officer** [1] - 23:18
**official** [2] - 14:3, 40:20
**officials** [3] - 35:14, 42:5, 48:2
**officiated** [1] - 7:24

**offline** [1] - 49:12
**older** [1] - 32:25
**on-site** [5] - 51:19, 72:19, 72:22, 73:9
**once** [2] - 15:8, 28:17
**One** [1] - 2:5
**one** [24] - 12:16, 21:5, 30:17, 44:16, 48:25, 55:14, 59:8, 64:11, 74:18, 83:18, 83:22, 101:5, 102:1, 104:25, 105:21, 111:11, 111:19, 116:17, 124:25, 125:6, 126:18, 127:11, 132:14, 133:12
**one-page** [1] - 104:25
**ones** [2] - 59:9, 59:11
**ongoing** [2] - 36:10, 87:24
**online** [1] - 15:9
**open** [5] - 28:17, 31:22, 31:23, 94:17, 94:18
**opened** [1] - 31:24
**operable** [1] - 47:11
**operated** [2] - 51:11, 130:25
**operating** [1] - 86:14
**operation** [2] - 15:7, 75:25
**opine** [1] - 68:13
**opinion** [2] - 65:3, 92:23
**opinions** [1] - 136:12
**opportunity** [2] - 12:7, 58:3
**opposed** [1] - 64:19
**orange** [1] - 134:4
**order** [4] - 10:14, 47:15, 47:22, 70:7
**organic** [1] - 116:19
**organized** [4] - 15:21, 16:1, 16:2, 16:19
**origin** [1] - 43:4
**originally** [2] - 63:3, 72:18
**Orleans** [42] - 1:12, 1:13, 1:14, 1:22, 2:6, 2:12, 2:20, 3:4, 3:11, 3:12, 7:23, 8:3, 9:7, 10:21, 10:24, 11:12, 13:20, 16:20, 17:18, 18:3, 19:6, 19:9, 20:2, 20:9, 21:18, 34:24, 39:21, 40:2, 40:11, 40:17, 41:2, 41:4, 41:8, 43:2, 45:22, 50:3, 51:4,

**offline** continues...
**offset**...

51:13, 52:22, 57:22, 71:20, 78:11
**ORLEANS** [1] - 3:9
**Oscar** [1] - 105:1
**otherwise** [1] - 136:13
**outcome** [1] - 136:14
**outside** [2] - 28:14, 30:6
**outstanding** [1] - 73:5
**overall** [1] - 119:5
**overlap** [2] - 19:24, 108:14
**oversee** [1] - 20:2
**oversight** [2] - 14:10, 38:24
**own** [3] - 19:7, 45:11, 88:13
**owned** [2] - 126:7, 132:18
**owner** [9] - 48:1, 48:16, 49:18, 81:19, 85:10, 88:14, 89:1, 91:9, 132:21
**owners** [3] - 61:22, 74:23, 128:6
**ownership** [14] - 49:6, 50:9, 50:21, 51:3, 57:24, 58:6, 60:18, 61:9, 61:10, 62:18, 71:5, 89:23, 120:8, 120:9

### P

**page** [7] - 49:7, 60:13, 63:20, 103:8, 104:25, 111:11, 116:17
**pages** [12] - 56:1, 92:12, 95:17, 96:9, 96:20, 99:8, 104:20, 106:9, 108:9, 109:17, 110:7, 136:6
**paid** [1] - 88:1
**paint** [3] - 116:20, 117:9
**painted** [1] - 84:6
**panel** [6] - 29:16, 95:7, 95:11, 95:12, 105:4, 105:6
**panels** [2] - 31:17, 31:18
**parcel** [3] - 131:23, 132:24
**Parish** [1] - 7:23
**Parks** [1] - 109:23
**Parkways** [1] - 109:23
**part** [15] - 7:17, 19:21, 22:12, 25:25, 32:14, 40:12, 47:10, 52:10,

54:2, 57:21, 58:19, 93:1, 93:3, 102:15, 117:3
**participate** [1] - 106:20
**participated** [3] - 48:12, 52:14, 87:11
**particular** [10] - 27:5, 42:11, 53:25, 78:22, 91:24, 102:20, 102:25, 104:6, 129:23, 132:1
**particularly** [1] - 67:15
**parties** [3] - 7:3, 49:5, 136:13
**parts** [3] - 15:1, 15:5, 47:5
**pass** [1] - 62:3
**passed** [1] - 38:2
**passing** [2] - 38:8, 63:15
**past** [1] - 102:3
**patient** [1] - 15:24
**Paul** [5] - 39:17, 39:19, 39:20, 70:16, 103:25
**pause** [1] - 30:8
**payments** [1] - 77:24
**penetrating** [1] - 94:15
**people** [13] - 30:6, 31:24, 45:17, 46:11, 46:16, 61:18, 63:13, 63:18, 75:3, 88:5, 88:23, 89:18, 117:12
**per** [1] - 95:12
**percent** [2] - 65:17, 65:18
**percentage** [1] - 68:22
**Perdido** [4] - 1:14, 3:10, 10:19, 10:23
**perform** [1] - 79:1
**performed** [2] - 76:4, 76:9
**perimeter** [1] - 33:22
**period** [4] - 35:15, 62:15, 62:23, 122:21
**periodic** [1] - 62:17
**periods** [1] - 128:8
**permit** [1] - 68:2
**Permit** [1] - 109:17
**permits** [1] - 15:15
**Permits** [63] - 1:12, 1:14, 8:4, 11:12, 13:21, 14:1, 14:4, 14:6, 14:15, 14:23, 16:21, 17:20, 18:3, 18:14, 19:14, 21:12, 22:9, 23:2, 23:23, 24:2, 24:4, 24:18,

26:25, 29:7, 31:9, 42:9, 42:10, 42:14, 42:18, 43:10, 43:25, 53:21, 54:3, 57:19, 75:20, 77:3, 81:5, 81:11, 82:25, 85:8, 86:3, 86:4, 86:12, 86:20, 88:18, 93:1, 93:5, 98:21, 102:16, 108:11, 118:14, 118:16, 118:22, 119:1, 120:23, 121:4, 122:17, 122:25, 123:19, 130:2, 133:3, 133:7, 133:16
**Permits** [7] - 25:7, 27:25, 32:15, 33:16, 77:17, 93:9, 129:22
**permitting** [1] - 68:7
**persist** [1] - 82:13
**person** [4] - 37:19, 44:7, 92:22, 106:21
**personal** [10] - 17:21, 35:9, 38:14, 39:4, 39:14, 53:2, 53:24, 56:11, 67:6, 136:8
**personally** [3] - 36:25, 37:4, 107:12
**pertains** [1] - 17:20
**perusing** [1] - 98:24
**phenomenal** [1] - 38:5
**phone** [1] - 106:22
**photo** [9] - 27:5, 27:11, 32:21, 94:22, 94:25, 95:3, 95:5, 95:8, 101:25
**photograph** [43] - 21:8, 21:15, 22:2, 22:19, 23:18, 24:17, 24:19, 25:5, 25:6, 25:14, 25:18, 25:24, 26:13, 26:18, 26:23, 27:3, 27:18, 27:24, 28:4, 29:5, 29:10, 29:13, 31:2, 31:7, 31:12, 31:15, 31:22, 32:14, 32:18, 32:24, 33:2, 33:15, 33:19, 53:22, 54:11, 55:2, 55:8, 94:9, 100:11, 100:18, 101:15, 101:21, 105:22
**photographs** [14] - 22:7, 22:15, 93:13, 93:15, 93:21, 97:17, 98:17, 98:21, 105:15, 106:5, 126:12, 126:16, 127:4

**photos** [4] - 65:8, 98:24, 127:6, 127:7
**physical** [3] - 76:7, 122:18, 123:20
**picked** [1] - 131:5
**picking** [1] - 31:15
**picture** [1] - 93:25
**piece** [4] - 32:24, 33:1, 64:1, 69:21
**pipe** [3] - 28:17, 28:20, 70:2
**pipes** [7] - 67:9, 67:15, 67:19, 67:24, 68:4, 69:24, 70:8
**place** [3] - 32:23, 52:8, 75:17
**plaintiffs** [1] - 8:16
**Plaintiffs** [1] - 1:24
**plan** [9] - 14:2, 48:6, 49:11, 49:17, 49:21, 50:1, 50:5, 50:20, 78:25
**planned** [2] - 63:2, 118:20
**plate** [1] - 113:11
**play** [1] - 65:2
**played** [3] - 36:24, 39:8, 57:2
**plumbing** [4] - 43:20, 68:18, 82:3, 110:22
**point** [3] - 18:5, 63:12, 72:17
**police** [2] - 43:10, 43:25
**policy** [1] - 60:1
**pool** [2] - 82:4, 83:24
**poor** [1] - 63:17
**popcorn** [2] - 117:9, 117:13
**popcorn-mixed** [1] - 117:9
**popping** [1] - 58:4
**pops** [1] - 59:8
**portable** [2] - 51:20, 51:24
**portion** [4] - 47:14, 47:21, 47:24, 54:8
**position** [1] - 31:23
**positioned** [1] - 31:21
**positively** [1] - 121:4
**possession** [3] - 42:11, 42:13, 99:16
**possible** [4] - 131:2, 131:7, 131:14, 132:6
**possibly** [2] - 68:11, 118:18
**post** [3] - 68:2, 68:8, 68:15
**post-Katrina** [3] - 68:2, 68:8, 68:15

**potential** [8] - 28:14, 29:15, 34:1, 38:21, 62:10, 80:10, 94:7, 95:14
**potentially** [5] - 45:9, 69:3, 69:25, 94:15, 100:6
**power** [4] - 85:8, 85:17, 85:25, 86:15
**Poydras** [3] - 2:5, 2:19, 3:4
**pre** [1] - 68:24
**pre-damaged** [1] - 68:24
**prepare** [1] - 36:21
**prepared** [3] - 35:4, 136:7, 136:9
**presence** [12] - 23:19, 23:24, 24:22, 25:13, 25:24, 26:10, 34:13, 46:14, 69:22, 74:3, 120:24, 120:25
**PRESENT** [1] - 3:13
**present** [11] - 45:7, 46:18, 58:11, 67:18, 69:17, 95:5, 95:11, 98:24, 124:10, 124:14, 124:19
**presented** [1] - 104:4
**pressure** [1] - 67:18
**Preston** [1] - 2:11
**pretty** [4] - 36:13, 64:7, 70:22
**prevalent** [3] - 121:23, 121:25, 122:1
**Prevention** [1] - 39:22
**prevention** [1] - 40:13
**previously** [5] - 19:19, 19:20, 72:3, 83:25, 128:8
**primarily** [1] - 20:1
**primary** [2] - 14:5, 14:9
**proactive** [1] - 58:4
**proactively** [1] - 65:15
**problem** [4] - 12:18, 65:12, 67:7, 126:2
**problems** [6] - 67:1, 82:2, 82:3, 82:13, 82:15, 84:2, 84:3
**Procedure** [2] - 7:6, 136:12
**proceed** [1] - 12:12
**process** [1] - 87:12
**produce** [1] - 65:4
**produced** [6] - 98:19, 99:15, 103:12, 129:19, 133:3
**Production** [1] - 34:24
**production** [1] - 58:20

**progress** [1] - 79:2
**prohibition** [1] - 136:11
**Project** [1] - 104:3
**projects** [2] - 14:13, 14:14
**proliferation** [1] - 43:19
**proper** [1] - 77:4
**properly** [3] - 67:11, 74:7, 102:4
**properties** [16] - 58:5, 58:18, 60:17, 60:22, 62:19, 68:16, 83:7, 120:7, 120:11, 120:12, 121:2, 122:19, 123:3, 123:21, 132:17, 132:20
**Property** [2] - 2:22, 108:5
**property** [52] - 19:25, 26:5, 48:1, 48:16, 48:19, 49:7, 49:18, 49:19, 51:10, 52:9, 57:12, 64:20, 65:5, 70:4, 71:6, 71:8, 71:14, 71:15, 78:16, 80:5, 81:15, 81:19, 81:20, 85:9, 85:10, 85:11, 87:9, 88:9, 88:14, 89:21, 89:24, 91:8, 103:17, 107:9, 107:13, 120:4, 122:25, 123:25, 124:17, 124:18, 126:8, 127:15, 127:20, 128:7, 129:11, 129:15, 130:4, 131:4, 132:4, 132:22, 133:6
**protect** [1] - 28:10
**protection** [7] - 43:22, 44:19, 45:1, 45:25, 47:2, 47:11, 52:3
**protracted** [1] - 87:4
**provide** [8] - 11:21, 44:19, 44:25, 51:4, 56:21, 66:6, 103:20, 107:8
**provided** [4] - 15:14, 53:20, 76:3, 77:3
**providing** [2] - 16:10, 76:18
**proximate** [1] - 28:22
**Public** [1] - 110:9
**public** [2] - 45:11, 73:12
**pull** [1] - 16:5
**purpose** [1] - 28:10

**purposes** [1] - 7:6
**push** [1] - 87:14
**put** [8] - 27:18, 45:17, 49:22, 69:15, 78:10, 86:21, 89:17, 120:16
**putting** [1] - 125:7

## Q

**quality** [2] - 15:8, 36:15
**questions** [8] - 11:17, 12:14, 119:20, 125:23, 125:25, 130:14, 130:17, 130:20
**quick** [1] - 84:9
**quicker** [1] - 46:16
**quickly** [4] - 50:13, 98:25, 119:21
**Quigley** [5] - 59:18, 60:8, 60:9, 61:1, 63:25
**quite** [2] - 61:16, 97:2
**quote** [2] - 58:17, 59:4
**quotes** [2] - 50:12, 50:22

## R

**raise** [1] - 12:18
**Ramsey** [3] - 109:19, 109:20
**ranks** [1] - 134:1
**rated** [1] - 94:16
**rather** [2] - 53:7, 98:25
**raw** [4] - 67:3, 68:1, 110:15, 111:1
**Re** [1] - 34:24
**reading** [2] - 7:8, 73:15
**Real** [1] - 9:4
**real** [1] - 63:4
**really** [8] - 29:16, 59:7, 65:9, 75:4, 88:25, 91:25, 92:2
**Realty** [1] - 3:6
**reason** [2] - 51:14, 107:17
**rebuild** [1] - 68:3
**receipt** [1] - 124:2
**receive** [2] - 50:12, 82:21
**received** [9] - 37:9, 42:22, 50:22, 54:11, 76:23, 77:6, 77:10, 92:19, 108:13
**recent** [1] - 119:1
**recently** [1] - 109:25
**RECESS** [1] - 84:16

**recipient** [1] - 56:15
**recipients** [2] - 53:8, 65:23
**recognize** [4] - 24:18, 25:5, 32:13, 102:14
**recollect** [1] - 47:13
**recollection** [8] - 15:17, 48:17, 59:12, 60:15, 91:10, 97:16, 127:13
**Recollection** [1] - 37:7
**recollections** [2] - 59:5, 118:18
**recommendation** [1] - 51:9
**record** [20] - 8:13, 9:18, 9:23, 10:17, 12:11, 13:17, 18:19, 18:23, 20:18, 22:16, 42:1, 42:15, 48:21, 84:14, 84:18, 102:16, 127:16, 128:25, 130:8, 134:21
**RECORD** [1] - 18:21
**records** [4] - 77:5, 93:8, 131:21, 132:4
**rectified** [1] - 88:1
**rectify** [2] - 38:25, 69:25
**Redacted** [3] - 55:23, 102:14, 108:11
**redacted** [1] - 98:7
**REESE** [1] - 3:3
**refer** [2] - 58:25, 61:10
**reference** [4] - 64:22, 102:22, 102:24, 103:4
**referenced** [1] - 133:4
**references** [4] - 52:6, 91:18, 99:23, 106:19
**referred** [47] - 20:13, 21:24, 23:15, 24:13, 25:2, 25:10, 25:20, 26:15, 26:20, 27:15, 27:21, 29:2, 30:24, 31:4, 32:10, 33:7, 33:12, 41:14, 41:22, 53:17, 54:18, 55:4, 56:7, 64:2, 78:22, 92:15, 93:18, 95:20, 96:17, 98:3, 98:14, 99:5, 99:11, 100:13, 101:12, 101:17, 102:10, 104:22, 105:12, 105:18, 106:11, 108:6, 110:4, 111:8, 116:13, 118:7
**reflect** [2] - 18:10,

35:10
**reflecting** [1] - 54:2
**reflects** [2] - 51:8, 51:18
**refrain** [1] - 122:12
**refresh** [1] - 15:17
**refresher** [1] - 19:15
**regard** [6] - 17:23, 20:10, 23:24, 37:5, 88:8, 95:24
**regarding** [6] - 17:22, 42:4, 42:23, 79:12, 89:15, 105:1
**regards** [5] - 15:12, 53:25, 73:2, 78:21, 103:20
**regional** [2] - 41:2, 70:4
**Regis** [6] - 21:17, 40:7, 40:10, 70:17, 89:15, 104:1
**registered** [1] - 60:13
**registry** [3] - 60:2, 64:10, 64:25
**regular** [1] - 122:2
**Reid** [26] - 21:17, 35:23, 36:5, 37:12, 37:20, 43:3, 56:19, 59:16, 59:17, 60:25, 63:23, 70:13, 70:17, 74:22, 76:19, 76:22, 77:1, 77:18, 81:23, 82:19, 89:15, 96:22, 97:20, 98:11, 106:15
**Reid's** [1] - 77:16
**Reids** [1] - 64:18
**reinforcing** [1] - 34:1
**relate** [1] - 15:5
**related** [19] - 14:11, 18:8, 35:16, 35:17, 36:15, 57:7, 60:1, 64:9, 71:1, 80:8, 108:19, 121:18, 122:4, 122:20, 123:2, 123:21, 130:3, 136:13
**relates** [3] - 19:23, 78:18, 102:25
**relationships** [1] - 136:11
**rely** [1] - 14:25
**relying** [1] - 15:16
**remain** [1] - 44:20
**remaining** [1] - 54:7
**remediate** [1] - 87:17
**remediated** [3] - 74:6, 74:7, 75:7
**remediation** [7] - 73:10, 73:18, 73:22, 74:13, 76:8, 76:21,

77:13, 79:2, 87:22
**Remember** [1] - 125:6
**remember** [3] - 53:6, 71:13, 128:20
**remove** [2] - 46:20, 57:9
**renovated** [1] - 68:16
**renovations** [1] - 69:1
**Rent** [1] - 99:19
**rent** [1] - 77:24
**rental** [4] - 60:1, 64:9, 64:25, 86:13
**repaired** [5] - 46:1, 69:10, 69:11, 69:12, 105:7
**repairing** [1] - 105:3
**repeat** [2] - 80:16, 117:3
**rephrase** [1] - 11:20
**replaced** [5] - 33:1, 68:18, 69:19, 70:9, 105:6
**replacing** [2] - 68:3, 70:1
**report** [9] - 20:10, 91:18, 91:19, 95:19, 95:25, 103:9, 103:12, 110:13, 110:23
**REPORTED** [1] - 3:20
**reported** [2] - 116:19, 136:6
**REPORTER** [16] - 9:8, 9:12, 10:13, 23:10, 30:19, 32:6, 47:16, 53:12, 85:18, 89:6, 92:8, 104:14, 107:1, 117:2, 126:20, 136:17
**Reporter** [3] - 3:22, 7:23, 136:3
**reporter** [3] - 9:19, 11:1, 12:13
**REPORTER'S** [1] - 136:1
**reporting** [2] - 109:7, 136:7
**reports** [2] - 61:6, 61:11
**represent** [4] - 8:16, 11:5, 126:6, 132:16
**representative** [5] - 1:13, 8:5, 11:14, 48:15, 48:18
**representatives** [2] - 48:2, 52:10
**representing** [1] - 9:15
**request** [6] - 43:8, 56:18, 88:12, 88:16,

131:9, 132:3
**requested** [3] - 77:2, 130:23, 131:16
**required** [5] - 51:15, 72:18, 74:3, 77:12, 136:10
**requirement** [2] - 68:17, 87:17
**requiring** [1] - 76:20
**reserve** [3] - 13:1, 13:9, 13:11
**Reserve** [6] - 11:7, 116:18, 116:24, 118:25, 119:2, 120:10
**reserved** [2] - 7:16, 13:14
**resident** [4] - 116:19, 122:18, 123:1, 123:2
**residential** [2] - 14:12, 35:17
**Residential** [6] - 2:8, 8:19, 34:25, 39:8, 39:13, 71:8
**RESIDENTIAL** [1] - 1:7
**residents** [16] - 11:6, 36:16, 36:23, 38:22, 44:20, 45:1, 49:14, 53:4, 61:7, 61:12, 66:1, 66:7, 78:5, 78:10, 80:4, 97:9
**resides** [1] - 85:17
**respect** [21] - 14:17, 23:3, 35:18, 37:1, 65:25, 80:3, 82:7, 90:22, 111:18, 112:2, 112:8, 112:15, 112:23, 113:3, 113:10, 118:24, 119:2, 123:15, 129:23, 130:1, 131:6
**response** [2] - 43:7, 46:17
**responsibility** [2] - 77:17, 77:18
**responsive** [1] - 11:22
**responsiveness** [1] - 7:15
**restroom** [1] - 111:22
**resulting** [1] - 87:10
**results** [5] - 62:13, 76:3, 83:15, 83:20, 103:16
**retaliation** [1] - 77:23
**retaliatory** [1] - 80:10
**retired** [1] - 109:25
**reverse** [1] - 83:14
**review** [9] - 12:22,

28:3, 29:9, 31:11, 33:19, 56:17, 68:9, 86:20, 100:17
**reviewed** [2] - 104:9, 108:19
**reviewer** [1] - 14:2
**reviewing** [1] - 22:8
**revisit** [1] - 29:13
**RH** [3] - 8:18, 108:5, 119:19
**Richard** [1] - 70:15
**rise** [1] - 122:9
**risk** [1] - 95:14
**risks** [1] - 45:4
**RMR** [1] - 136:16
**Road** [1] - 103:5
**roaming** [1] - 46:10
**Robert** [5] - 37:23, 37:25, 38:1, 38:2, 38:5
**role** [4] - 39:7, 57:1, 57:5, 59:23
**Roll** [1] - 99:19
**roof** [5] - 69:9, 82:2, 82:21, 83:1, 84:2
**room** [7] - 83:23, 93:16, 94:11, 94:15, 94:17, 113:11, 114:19
**rooms** [2] - 78:11, 83:22
**rotten** [1] - 111:21, 115:11
**row** [1] - 55:9
**RPR** [2] - 3:21, 136:16
**Rule** [1] - 1:12
**rules** [2] - 136:10, 136:12
**Rules** [1] - 7:5
**Run** [83] - 11:6, 17:24, 23:4, 23:25, 30:1, 30:2, 35:16, 36:11, 36:14, 37:2, 37:6, 38:17, 42:6, 42:25, 43:15, 45:2, 47:3, 47:10, 51:16, 53:4, 57:3, 57:23, 57:24, 58:15, 59:7, 59:24, 60:19, 64:8, 65:2, 66:1, 66:24, 67:4, 71:2, 71:10, 72:12, 73:3, 76:5, 76:10, 76:15, 80:8, 80:15, 80:21, 80:25, 81:3, 81:8, 82:7, 83:7, 88:9, 89:16, 90:3, 90:23, 93:17, 97:13, 100:17, 102:24, 103:1, 103:22, 104:2, 105:2, 105:7,

108:22, 109:6, 110:17, 111:12, 117:23, 118:15, 118:21, 119:5, 120:4, 120:10, 121:1, 122:19, 124:9, 124:13, 127:14, 127:20, 128:7, 129:10, 129:15, 130:24, 132:19, 133:19
**run** [1] - 94:12
**running** [4] - 67:3, 67:20, 69:22, 111:1
**rust** [3] - 34:1, 34:4, 69:22
**Ryan** [2] - 10:19, 13:18

## S

**safe** [3] - 62:14, 130:4, 130:9
**Safety** [71] - 1:12, 1:14, 8:4, 11:12, 13:21, 14:1, 14:4, 14:6, 14:15, 14:22, 16:21, 17:19, 18:2, 18:14, 19:14, 21:12, 22:9, 23:2, 23:23, 24:2, 24:4, 24:17, 25:7, 26:24, 27:25, 29:6, 31:9, 32:15, 33:16, 42:9, 42:10, 42:14, 42:18, 43:10, 43:24, 53:21, 54:2, 57:19, 75:20, 77:3, 77:17, 81:5, 81:11, 82:25, 85:8, 86:3, 86:4, 86:12, 86:19, 88:18, 93:1, 93:5, 93:8, 98:20, 102:15, 108:11, 109:17, 118:14, 118:16, 118:22, 119:1, 120:23, 121:4, 122:17, 122:24, 123:19, 129:22, 130:2, 133:3, 133:7, 133:16
**safety** [14] - 18:8, 44:19, 44:25, 45:3, 45:4, 45:13, 45:14, 46:12, 46:16, 72:4, 72:20, 94:7, 97:10, 121:18
**sanitary** [1] - 41:5
**save** [1] - 7:13
**saved** [2] - 59:10
**saw** [1] - 98:22

sbagneris@ bagnerislawfirm. com [1] - 1:23
**scale** [2] - 22:17, 36:19
**Scan** [1] - 110:10
**scheduled** [4] - 11:10, 50:11, 51:4, 78:18
**screen** [10] - 8:9, 15:25, 16:5, 16:15, 19:2, 22:3, 22:20, 27:19, 41:17, 118:11
**scroll** [3] - 35:6, 56:10, 102:17
**scrolling** [2] - 64:3, 83:10
**sealing** [1] - 7:10
**search** [3] - 131:4, 132:1, 132:23
**searched** [1] - 131:11
**second** [5] - 21:7, 36:7, 71:17, 96:8, 124:22
**Section** [2] - 65:25, 66:14, 90:10
**section** [3] - 19:22, 35:18, 99:20
**secure** [1] - 94:5
**secured** [1] - 31:18
**security** [1] - 46:9
**see** [36] - 16:14, 16:16, 16:24, 16:25, 17:12, 17:15, 19:2, 21:8, 22:2, 22:20, 27:6, 29:10, 31:12, 33:25, 36:2, 36:7, 38:13, 39:1, 39:11, 46:8, 54:7, 56:11, 56:23, 57:13, 58:10, 59:15, 62:18, 65:19, 70:12, 78:1, 83:1, 93:5, 94:17, 94:19, 129:2
**seeing** [2] - 33:23, 51:1
**seem** [1] - 62:1
**sees** [1] - 121:18
**self** [6] - 64:1, 64:13, 64:20, 64:25, 65:3, 65:17
**self-certification** [3] - 64:25, 65:3, 65:17
**self-certify** [1] - 64:13
**self-certifying** [1] - 64:20
**send** [1] - 83:8
**sending** [1] - 65:22
**senior** [2] - 36:4, 41:1
**sense** [2] - 18:16, 42:12
**sent** [4] - 43:1, 60:24,

82:18, 132:2
**separate** [5] - 19:12, 20:3, 20:4, 58:21, 131:2
**September** [15] - 42:4, 52:8, 52:23, 61:13, 70:12, 71:25, 74:11, 89:14, 90:2, 90:7, 90:14, 91:16, 103:7, 103:25, 117:21
**series** [2] - 11:16, 105:15
**serve** [1] - 71:5
**service** [2] - 86:7, 88:22
**serviced** [1] - 67:13
**set** [3] - 45:23, 81:11, 136:6
**Seventh** [3] - 1:14, 10:20, 10:23
**several** [8] - 20:3, 63:11, 67:4, 67:23, 82:15, 97:9, 98:23, 107:10
**severity** [2] - 68:20, 134:2
**sewage** [7] - 67:3, 67:7, 68:1, 110:16, 111:1, 123:17, 124:1
**sewerage** [3] - 66:23, 66:25, 110:21
**share** [2] - 16:14, 19:1
**shared** [1] - 22:15
**sharing** [1] - 118:10
**Sheetrock** [5] - 112:10, 112:11, 113:13, 114:5, 117:11
**Shell** [1] - 2:5
**shock** [1] - 95:14
**Shook** [3] - 40:23, 40:25, 41:1
**short** [2] - 49:10, 86:13
**short-term** [2] - 49:10, 86:13
**shorthand** [1] - 120:10
**show** [2] - 15:24, 76:4
**showed** [3] - 65:8, 127:9, 128:11
**showing** [3] - 23:18, 53:22, 82:17
**shown** [3] - 126:12, 126:17, 127:5
**shows** [2] - 22:21, 83:14
**shut** [1] - 86:25
**shuts** [1] - 86:17
**side** [3] - 58:2, 64:17,

94:2
**siding** [1] - 82:2
**SIGNATURE** [1] - 135:12
**SIGNED** [1] - 135:12
**Signed** [2] - 135:16, 135:17
**signing** [1] - 7:9
**similar** [7] - 58:5, 58:10, 60:16, 60:17, 63:16, 64:23, 82:15
**similarities** [1] - 20:4
**single** [1] - 133:17
**singles** [1] - 14:12
**sit** [3] - 80:23, 81:8, 118:12
**site** [9] - 18:6, 44:7, 51:19, 71:4, 72:19, 72:22, 73:9, 79:1, 90:4
**sitting** [2] - 97:15, 118:19
**situation** [4] - 36:14, 70:1, 73:2, 86:19
**size** [1] - 60:16
**skim** [1] - 56:3
**slab** [1] - 30:4
**slabs** [1] - 30:2
**sliding** [3] - 31:21, 54:4, 54:22
**slow** [1] - 119:23
**small** [3] - 14:12, 65:7, 69:21
**small-time** [1] - 14:12
**Smith** [36] - 3:10, 8:5, 9:6, 10:12, 10:19, 11:4, 13:16, 13:18, 19:4, 21:9, 29:25, 31:7, 32:13, 36:3, 40:5, 41:18, 47:17, 55:7, 61:20, 65:1, 65:19, 84:21, 85:7, 92:4, 93:22, 106:5, 116:17, 118:3, 119:12, 119:18, 125:22, 126:4, 130:23, 132:12, 133:12, 134:14
**SMITH** [9] - 1:13, 9:5, 10:11, 10:22, 13:6, 75:9, 84:25, 135:4, 136:4
**Smiths** [1] - 64:18
**Smoke** [1] - 99:19
**smoke** [13] - 43:21, 45:6, 45:24, 46:15, 46:18, 46:24, 51:11, 69:11, 72:7, 72:9, 99:23, 100:7, 112:18
**socket** [3] - 94:1,

**spurred** [1] - 88:11
**Square** [1] - 2:5
**St** [7] - 1:14, 1:22, 2:5, 2:12, 2:19, 3:4, 3:10
**staffer** [1] - 38:12
**stain** [1] - 116:21
**stair** [1] - 100:25
**stairs** [6] - 100:16, 100:21, 100:24, 101:1, 101:3, 123:18
**standards** [3] - 15:6, 19:25, 26:5
**standpoint** [1] - 77:15
**stands** [1] - 99:25
**start** [4] - 16:9, 46:14, 58:9, 87:8
**started** [1] - 129:20
**starting** [2] - 9:23, 19:11
**State** [8] - 7:24, 18:4, 43:12, 44:1, 95:23, 96:10, 103:9, 136:3
**state** [11] - 9:22, 10:16, 12:6, 12:7, 12:10, 13:16, 41:4, 66:24, 68:24, 72:14, 132:25
**statement** [5] - 61:21, 61:24, 74:17, 78:2, 95:24
**STATES** [1] - 1:1
**states** [1] - 51:2
**status** [2] - 70:24
**statute** [1] - 136:10
**stay** [2] - 15:6, 119:6
**staying** [1] - 67:19
**steel** [2] - 34:1, 34:2
**stem** [1] - 127:17
**stenotype** [1] - 136:7
**still** [8] - 40:16, 75:2, 75:3, 76:13, 84:3, 84:21, 85:13, 117:22
**stipulated** [1] - 7:2
**stop** [1] - 118:10
**story** [1] - 108:20
**strategy** [1] - 45:12
**Street** [1] - 10:20, 10:23
**street** [1] - 45:18
**structural** [1] - 34:17
**structure** [5] - 15:6, 29:18, 50:24, 68:21, 68:23
**structures** [3] - 50:14, 60:17, 121:22
**stuff** [3] - 79:20, 102:18, 123:18
**subject** [2] - 104:1, 126:8
**Subpoena** [1] - 34:23

**sofa** [2] - 124:2
**sold** [1] - 126:9
**someone** [5] - 40:5, 46:9, 83:4, 83:8, 109:1
**sometimes** [2] - 58:2, 111:15
**Sorry** [1] - 38:1
**sorry** [9] - 23:13, 38:4, 38:7, 47:17, 79:8, 85:22, 104:15, 122:15, 130:13
**sort** [14] - 31:19, 32:22, 33:3, 34:12, 73:25, 90:11, 94:13, 101:24, 117:11, 120:9, 124:7, 124:17, 124:22
**sought** [1] - 7:17
**sound** [1] - 34:8
**southeast** [2] - 121:12, 133:14
**Southwood** [1] - 3:6
**spaces** [2] - 46:10, 111:17
**spalling** [2] - 33:24, 34:6
**speaking** [9] - 17:25, 51:25, 68:15, 68:19, 70:3, 85:15, 86:18, 94:21, 110:20
**Specialist** [1] - 3:16
**specific** [17] - 29:12, 29:14, 31:14, 42:15, 45:14, 59:12, 60:18, 81:13, 93:9, 96:25, 108:21, 122:13, 124:6, 125:1, 128:15, 130:24, 131:15
**specifically** [27] - 7:9, 7:11, 18:1, 19:23, 27:9, 33:2, 34:11, 39:22, 40:12, 41:5, 45:3, 47:13, 48:24, 59:2, 64:23, 72:23, 79:18, 81:1, 81:7, 81:10, 100:22, 103:18, 117:17, 117:24, 118:1, 118:17, 131:16
**specificity** [4] - 16:8, 55:14, 68:7, 123:6
**specifics** [2] - 94:17, 131:8
**speed** [3] - 34:4, 34:5, 106:22
**spell** [1] - 49:7
**Spring** [1] - 11:7

**substance** [2] - 49:2, 74:1
**successful** [1] - 50:19
**sucked** [1] - 28:19
**Suite** [4] - 1:22, 2:6, 2:19, 3:4
**summarily** [1] - 61:14
**summary** [1] - 89:18
**summer** [2] - 127:17
**Sunni** [1] - 70:14
**Superintendent** [2] - 40:2, 42:3
**superintendent** [1] - 40:19
**supervision** [1] - 136:8
**supervisor** [1] - 41:1
**supporting** [1] - 77:7
**surmise** [1] - 74:21
**Suzette** [12] - 1:21, 8:15, 10:1, 11:5, 17:5, 23:11, 126:12, 127:9, 128:11, 129:2, 129:18, 132:20
**swimming** [2] - 82:4, 83:24
**sworn** [2] - 10:25, 136:5
**system** [7] - 46:22, 47:5, 47:11, 51:20, 51:23, 52:4, 69:20
**systems** [2] - 52:3, 72:10

**T**

**tackle** [1] - 22:16
**tagged** [1] - 72:9
**TAKEN** [2] - 84:16, 135:20
**talks** [1] - 47:25
**tall** [1] - 87:18
**Tammie** [4] - 57:15, 57:16, 70:17
**Tara** [1] - 70:14
**task** [7] - 43:17, 43:23, 44:4, 44:9, 44:22, 58:17, 90:16
**tax** [1] - 88:4
**tbell@irwinllc.com** [1] - 2:21
**team** [1] - 83:6
**technical** [1] - 12:17
**tenant** [5] - 55:10, 77:22, 88:12, 123:8, 123:20
**tenants** [5] - 16:5, 90:5, 90:10, 91:21, 92:1

**tender** [1] - 119:11
**term** [3] - 49:10, 65:10, 86:13
**terminated** [2] - 71:8, 86:7
**terminology** [1] - 30:3
**terms** [1] - 68:20
**Terrance** [1] - 70:15
**terrible** [2] - 60:22, 65:18
**Terry** [3] - 44:13, 48:14, 52:17
**test** [1] - 73:23
**tested** [1] - 74:8
**testified** [1] - 120:17
**testify** [6] - 11:1, 16:7, 70:6, 136:5
**testimony** [8] - 15:18, 29:25, 30:14, 103:20, 135:5, 135:6, 136:4, 136:6
**testing** [13] - 73:9, 73:11, 73:18, 73:22, 74:3, 74:12, 74:13, 75:7, 75:16, 75:17, 76:2, 76:4, 77:8
**text** [1] - 73:15
**THE** [13] - 1:21, 10:18, 13:4, 13:10, 18:21, 47:19, 75:14, 84:8, 84:20, 85:3, 85:21, 117:4, 119:13, 126:1, 133:22
**themselves** [2] - 8:12, 22:15
**Therefore** [1] - 13:13
**therein** [3] - 83:2, 96:12, 97:18
**thereof** [1] - 7:17
**they've** [1] - 94:12
**Thomas** [3] - 40:14, 40:15, 104:1
**Three** [1] - 23:13
**three** [8] - 13:22, 23:11, 50:12, 83:22, 85:25, 86:1, 94:25, 95:16
**throughout** [2] - 15:18, 122:3
**throwing** [1] - 55:15
**thrown** [2] - 46:14, 61:15
**Tidwell** [3] - 79:21, 79:22, 79:23
**tied** [1] - 87:3
**tier** [1] - 134:11
**tiers** [1] - 68:25
**tilting** [1] - 100:23
**timeframe** [1] - 68:8
**timeframes** [1] - 104:8

**timeline** [5] - 51:5, 51:6, 89:19, 108:19, 108:20
**timely** [1] - 87:23
**Timothy** [4] - 39:23, 39:25, 40:1, 70:16
**title** [2] - 40:20, 55:22
**titles** [1] - 13:24
**today** [12] - 8:6, 15:14, 15:18, 16:7, 73:9, 80:24, 81:9, 97:15, 118:12, 118:19, 126:5, 133:4
**today's** [1] - 69:4
**TODD** [1] - 3:15
**together** [1] - 17:10
**toned** [1] - 27:8
**Tony** [1] - 70:5
**took** [3] - 22:14, 75:16, 101:24
**top** [2] - 35:6, 134:11
**topic** [3] - 24:3, 64:22, 64:24
**topics** [1] - 104:8
**total** [2] - 90:13, 107:23
**touch** [2] - 28:14, 107:12
**transcribe** [1] - 12:14
**transcribed** [2] - 12:25, 136:7
**transcript** [3] - 12:23, 12:24, 136:8, 136:9, 136:10
**transcription** [1] - 135:6
**transferred** [1] - 66:15
**transmitting** [1] - 67:11
**transpired** [1] - 89:20
**trash** [3] - 31:19, 82:3, 114:21
**treads** [1] - 101:3
**Triangle** [2] - 3:6, 9:3
**Troy** [5] - 2:18, 8:25, 10:8, 89:9, 130:16
**true** [2] - 135:8, 136:8
**truthful** [1] - 65:4
**try** [6] - 15:24, 16:13, 17:2, 17:9, 58:8, 66:5
**trying** [7] - 17:9, 35:12, 35:13, 36:20, 36:21, 38:23, 91:3
**turn** [1] - 88:22
**turnaround** [1] - 49:10
**twice** [1] - 98:19
**two** [11] - 27:8, 37:8, 40:16, 44:16, 85:12, 94:22, 96:9, 106:8,

110:7, 126:23
**Two** [1] - 127:1
**two-toned** [1] - 27:8
**type** [2] - 99:20, 99:24
**types** [1] - 69:1
**typically** [1] - 86:18

## U

**ultimately** [1] - 88:3
**unclean** [2] - 27:9, 66:11
**uncovered** [2] - 94:18, 94:20
**under** [14] - 7:5, 11:17, 29:21, 58:22, 86:5, 87:6, 99:19, 99:24, 120:7, 130:25, 131:3, 131:20, 132:4, 136:7
**underneath** [1] - 36:5
**understood** [3] - 110:21, 122:14
**undertake** [1] - 50:10
**undertaken** [4] - 79:4, 81:18, 88:7, 107:22
**underwater** [1] - 68:17
**unfinished** [2] - 112:10, 114:4
**unfortunately** [1] - 68:5
**uniform** [1] - 101:2
**unit** [21] - 40:13, 41:5, 54:9, 54:24, 64:15, 69:21, 73:11, 73:23, 74:14, 76:5, 76:9, 77:8, 99:19, 99:20, 99:24, 109:7, 111:15, 112:18, 116:18, 116:19
**UNITED** [1] - 1:1
**units** [29] - 45:10, 49:11, 52:25, 53:3, 61:8, 64:16, 66:8, 66:16, 67:8, 67:9, 72:8, 75:8, 76:14, 76:20, 77:11, 79:3, 82:20, 82:25, 89:22, 90:3, 90:6, 90:13, 99:22, 100:6, 107:17, 107:23, 125:1, 134:5, 134:8
**unkempt** [1] - 31:16
**unmonitored** [1] - 45:5
**unredacted** [1] - 98:8
**unsanitary** [1] - 66:11
**unsecured** [2] - 28:9, 28:12
**unsure** [1] - 55:16

**up** [48] - 13:7, 14:13, 16:5, 22:16, 28:17, 31:15, 34:4, 34:6, 34:16, 35:6, 38:2, 45:23, 49:12, 58:4, 62:14, 62:19, 64:5, 66:18, 67:16, 69:3, 69:21, 70:7, 72:25, 75:4, 75:5, 75:17, 75:22, 77:4, 77:16, 77:25, 78:10, 80:25, 81:15, 81:20, 82:24, 83:10, 83:18, 85:11, 85:13, 85:19, 89:1, 106:22, 128:13, 130:22, 131:5, 132:14, 133:15
**up-to-date** [1] - 72:25
**update** [3] - 56:22, 70:21, 106:18
**updates** [2] - 38:20, 66:4
**upgrade** [1] - 72:7
**upper** [1] - 100:24
**upstairs** [3] - 113:18, 113:24, 114:25
**URQUHART** [1] - 2:18
**usage** [2] - 58:6, 86:8
**utility** [1] - 86:16

## V

**vacant** [3] - 89:23, 90:14, 100:6
**values** [1] - 87:25
**variations** [2] - 58:16, 131:10
**various** [17] - 11:9, 18:6, 26:10, 35:14, 35:16, 44:12, 64:10, 67:8, 70:23, 82:19, 91:17, 93:7, 104:9, 110:22, 121:22, 123:15, 132:21
**vent** [1] - 111:20
**vents** [1] - 116:6
**verify** [1] - 107:23
**version** [1] - 46:23
**VERSUS** [1] - 1:5
**versus** [2] - 14:22, 34:25
**via** [4] - 1:15, 9:21, 12:15, 17:25
**Victoria** [5] - 38:9, 38:10, 39:2, 63:6, 92:24
**video** [3] - 8:7, 8:9, 130:13
**Video** [1] - 3:16
**videoconference** [2] -

1:15, 9:21
**VIDEOGRAPHER** [6] - 8:1, 18:18, 18:22, 84:13, 84:17, 134:18
**videotape** [2] - 8:2, 134:19
**view** [2] - 19:15, 102:1
**violation** [38] - 22:23, 23:20, 24:23, 25:14, 25:25, 27:3, 27:10, 28:4, 28:7, 29:11, 32:19, 54:23, 55:12, 76:12, 100:18, 101:3, 101:21, 111:3, 111:25, 112:6, 112:13, 113:1, 113:8, 113:15, 113:21, 114:1, 114:7, 114:12, 114:17, 114:23, 115:3, 115:8, 115:13, 115:18, 115:23, 116:3, 116:8, 122:10
**violations** [25] - 18:15, 19:7, 19:8, 31:13, 33:20, 42:25, 81:24, 81:25, 83:25, 91:8, 93:22, 95:4, 98:24, 112:21, 123:15, 123:22, 125:4, 125:10, 125:13, 125:18, 127:19, 128:7, 128:14, 128:15
**visible** [1] - 46:11
**visit** [3] - 44:17, 71:4, 120:7
**visited** [2] - 22:12, 44:6, 120:12
**visiting** [1] - 58:9
**visits** [2] - 18:6, 79:1
**voucher** [2] - 65:22, 66:15
**vouchers** [2] - 107:18, 107:24
**Vue** [1] - 3:16

## W

**waive** [1] - 13:2
**waived** [2] - 7:9, 7:12
**Walker** [1] - 40:21
**wall** [2] - 23:19, 33:23
**wallet** [1] - 88:5
**walls** [7] - 27:8, 28:20, 67:3, 67:10, 67:20, 81:25, 84:1
**warranted** [1] - 72:5
**waste** [2] - 67:11,

67:18
**watch** [5] - 45:23, 46:4, 46:6, 46:25, 72:5
**water** [6] - 34:3, 63:17, 68:1, 87:20, 111:21, 116:21
**Water** [1] - 101:16
**Wayne** [7] - 21:17, 40:7, 40:10, 70:17, 89:14, 89:17, 104:1
**ways** [2] - 64:10, 64:11, 69:25
**Wednesday** [1] - 38:3
**weeks** [1] - 71:15
**weird** [1] - 121:9
**welcome** [1] - 119:14
**welfare** [2] - 18:9, 45:14
**wet** [1] - 113:5
**whack** [1] - 34:10
**white** [1] - 94:15
**whole** [4] - 47:9, 68:21, 69:21, 108:16
**wide** [3] - 60:1, 82:10, 122:5
**widespread** [1] - 133:18
**width** [1] - 101:4
**willingness** [1] - 50:10
**Willis** [7] - 44:14, 44:15, 48:14, 52:17, 52:18, 70:15, 70:16
**Willows** [3] - 102:22, 103:2, 103:5
**window** [8] - 53:22, 53:25, 82:2, 84:2, 112:18, 113:18, 113:23, 114:25
**windows** [1] - 115:11
**Winston** [23] - 21:17, 35:23, 36:5, 37:12, 43:3, 56:19, 59:2, 59:16, 59:17, 60:25, 63:22, 64:18, 70:13, 70:17, 74:22, 76:19, 81:23, 82:19, 89:15, 96:22, 98:11, 106:15, 106:19
**wire** [1] - 28:13
**wires** [10] - 94:10, 94:15, 94:19, 111:22, 112:24, 113:12, 113:18, 114:15, 115:6, 115:11
**wiring** [2] - 43:20, 95:1
**WITNESS** [14] - 10:18, 13:4, 13:10, 47:19,

67:18
75:14, 84:8, 84:20, 85:3, 85:21, 117:4, 119:13, 126:1, 133:22, 135:1
**witness** [8] - 7:4, 7:25, 9:21, 10:15, 10:16, 119:11, 130:17, 130:20
**WITNESS'** [1] - 135:12
**witnessed** [1] - 111:16
**wood** [1] - 113:12
**word** [3] - 61:5, 61:19, 133:25
**words** [5] - 30:6, 47:18, 117:25, 120:16, 125:7
**worker** [2] - 123:8, 123:21
**works** [2] - 46:23, 79:17
**world** [1] - 64:19
**writing** [3] - 49:22, 70:25, 89:20
**written** [2] - 37:9, 48:21

## Y

**y'all** [3] - 17:10, 127:2, 130:13
**year** [1] - 122:4
**years** [2] - 13:22, 85:12
**Yitz** [2] - 39:11, 39:14
**yourself** [3] - 36:2, 46:21, 70:15
**yourselves** [1] - 9:14

## Z

**Zach** [7] - 8:5, 13:7, 64:18, 85:19, 107:19, 127:4, 129:9
**ZACHARY** [4] - 1:13, 10:22, 135:4, 136:4
**Zachary** [4] - 10:19, 13:18, 36:2, 67:22
**Zack** [1] - 132:15
**Zoom** [5] - 1:15, 8:7, 9:21, 12:3, 12:15



# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report

Report # GE-19-038160-1

### Deficient/Cautionary Codes cited.



John Bel Edwards
GOVERNOR

H. "Butch" Browning
FIRE MARSHAL

| Location Information | | |
|---|---|---|
| **Inspection Type** General Building Inspection | **Inspection Date** | 9/3/2019 4:31:23 PM |
| **Structure ID** | **No. of Buildings** 20 | **Facility Code** |
| **Capacity** | **Year Built** | **Construction Type** |
| **Building/Trade Name** LAGUNA RUN APARTMENTS | **Address** 7000 MARTIN DRIVE, NEW ORLEANS, LA 70126 | |

| Owner Information | | | |
|---|---|---|---|
| **Owner Type** | **Name** RHODIUM LLC | **Contact Phone** (504) 308-0285 | **Contact Email** LRUNMANAGER@DASMENRESIDENTIAL.COM |
| **Address** | | | |

| Tenant Information | | | |
|---|---|---|---|
| **Name** | **Suite Number** | **Floor Number** | **Square Footage** |
| | | | |

| Occupancy Details | |
|---|---|
| **Occupancy Type** | **Details** |
| Residential | RESIDENTIAL BUILDING: GROUP R-2 (APARTMENTS- PRIMARILY PERMANENT); NUMBER OF OCCUPANTS: |

| Deficient and Cautionary Items | | |
|---|---|---|
| **Description** | **Code Status** | **Correction Date** |
| 9.6.1.5* Fire alarm system impairment procedures shall comply with NFPA 72, National Fire Alarm and Signaling Code. | DEFICIENT | 9/20/2019 |
| 101:9.6.1.3 Fire alarm systems required by this Code shall be installed, tested, and maintained in accordance with the applicable requirements of NFPA 70, National Electrical Code, and NFPA 72, National Fire Alarm and Signaling Code, unless it is an approved existing installation, which shall be permitted to be continued in use. FIRE ALARM SYSTEM WAS LAST INSPECTED 2017. PANELS THROUGHOUT THE FACILITY WERE ILLUMINATED SHOWING MULTIPLE TROUBLES AND ALARMS | DEFICIENT | 9/20/2019 |
| 101: 9.9* Portable Fire Extinguishers. Where required by another section of this Code, portable fire extinguishers shall be selected, installed, inspected, and maintained in accordance with NFPA 10, Standard for Portable Fire Extinguishers. FIRE EXTINGUISHERS WERE ARE PAST DUE | DEFICIENT | 9/20/2019 |



# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241



John Bel Edwards
GOVERNOR

## Inspection Report
Report # GE-19-038160-1

### Deficient/Cautionary Codes cited.

H. "Butch" Browning
FIRE MARSHAL

| Comments |
|---|
| GENERAL INSPECTION CONDUCTED ON THIS DATE IN REFERENCE TO COMPLAINT 19-OT-1-132<br><br>PLEASE SEE LISTED DEFICIENCIES NOTED AT TIME OF INSPECTION FIRE ALARM SYSTEMS THROUGHOUT THE FACILITY SHALL BE INSPECTED TAGGED AND MAINTAINED BY A LIFE SAFTEY CONTRACTOR .FIRE ALARM PANELS WERE SHOWING MULTIPLE TROUBLES<br><br>FACILITY SHALL IMPLEMENT A FIRE WATCH PER NFPA 72: 10.21.4 "WHERE A REQUIRED FIRE ALARM IS OUT OF SERVICE FOR MORE THAN 8 HOURS IN A 24-HOUR PERIOD, THE AUTHORITY HAVING JURISDICTION SHALL BE NOTIFIED. THE FACILITY SHALL BE EVACUATED OR AN APPROVED FIRE WATCH SHALL BE PROVIDED."<br><br>FIRE WATCH WILL BE CONDUCTED BY NEW ORLEANS FIRE DEPATMENT. CONTACT INFORMATION OF PROPERTY MANAGER AND MAINTENANCE WILL BE FORWARDED TO NOFD.<br><br>BUSINESS WAS GIVEN 15 DAYS TO CORRECT DEFICIENCIES<br><br> IF A SUBSEQUENT INSPECTION BY THE STATE FIRE MARSHAL INSPECTOR FINDS THAT THE FACILITY HAS NOT BEEN EVACUATED OR A FIRE WATCH HAS NOT BEEN IMPLEMENTED AS PER STATE FIRE MARSHAL GUIDELINES, THE FACILITY SHALL CEASE AND DESIST OPERATION AND NOT REOPEN UNTIL A FIRE WATCH IS BEING CONDUCTED BY THE LOCAL FIRE DEPARTMENT HAVING JURISDICTION OR AN INDEPENDENT AGENCY SPECIALLY TRAINED IN FIRE PREVENTION. |

| Inspector Information | | |
|---|---|---|
| Name:   Brandon Richardson | Badge Number:  612 | Inspector Signature: |

| Person to whom requirements were explained | | |
|---|---|---|
| Name:   DAPHNE WALKER | Title:   PROPERTY MANAGER | Signature: |

**For questions regarding the contents of this report, please call:**          (504) 568 8506

R. S. 40: 1621          Whoever fails to comply with any order issued by the Fire Marshal or his authorized representative under any provision of Part III, Chapter 7, Title 40 of the Louisiana Revised Statutes of 1950, R.S. 40:1569 excepted, shall be fined not more than five hundred dollars or imprisoned, for more than six months or both. Each day's violation of an order constitutes a separate offense and may be punished as such at the discretion of court.





# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report
Report # GE-19-038160-1

### Deficient/Cautionary Codes cited.

#### L.R.S. 40:1577 APPEAL FROM ORDER

John Bel Edwards
GOVERNOR

H. "Butch" Browning
FIRE MARSHAL

When an order is made by one of the deputies or representatives of the Fire Marshal, the owner or occupant of the building or premises may, within three days, appeal to the Fire Marshal. The Fire Marshal shall, within five days, review the order and advise the owner or occupant of his decision thereon. The owner or occupant may, within five days after the making of affirming of any such order of the Fire Marshal, file an application with the Board of Review.

### RULES FOR APPEALING TO THE FIRE MARSHAL BOARD OF REVIEW

I.   Any application to the Board of Review shall contain the following basic information set off in organized fashion with captions indicating that the paragraph in question contains the following basic information.

1. The name of the applicant.
2. A brief description of the facts.
3. A copy of the order of the Fire Marshal which is being appealed.
4. A reference to the section of the law or code being reviewed.
5. A brief description of why the applicant feels the requirements of the Fire Marshal is not within the Fire Marshal's authority, or brief description of why the interpretation of the Fire Marshal is incorrect or what specific relief is required by the applicant.
6. A list of the individuals who will be appearing before the Board, and a brief description of the testimony or information they will be providing the Board.
7. A list of all the documents which will be introduced or provided to the Board along with a brief description of the documents, and if possible, a copy of said documents.
8. A list of each exhibit except for documents, and a brief description of the exhibit.

II.   Whenever possible, a notice of the meeting, date and place, and the agenda will be recorded in the Louisiana Register, however, whenever that is not possible, a copy of the meeting notice including the date, time and place, and agenda of the meeting of the Board will be published in the official notices of the official state journal; furthermore, a press release containing the same information will be mailed to the official journals of the cities of Shreveport, Monroe, Lafayette, Lake Charles, Alexandria, New Orleans, and Baton Rouge and any city or town in which the meeting of the Board is to be held if it is not one of the aforementioned major cities; and the same information shall be mailed to each individual who has notified the Fire Marshal of his desire to receive a notice of such appeal.

III.   A copy of the determination of the Board as prepared by the Chairman will be mailed to each individual who requests a copy of that specific determination as well as to the applicant.

IV.   The time delays for filing an appeal shall be those specified in R.S.40:1577 and 40:1578 1 D.



# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report

Report # GE-19-038160-2

## No Deficient/Cautionary Codes cited.



John Bel Edwards
GOVERNOR

H. "Butch" Browning
FIRE MARSHAL

| Location Information | | | |
|---|---|---|---|
| Inspection Type | General Building Inspection | Inspection Date | 9/11/2019 3:50:58 PM |
| Structure ID | | No. of Buildings 20 | Facility Code |
| Capacity | | Year Built | Construction Type |
| Building/Trade Name | | Address | |
| LAGUNA RUN APARTMENTS | | 7000 MARTIN DRIVE, NEW ORLEANS, LA 70126 | |

| Owner Information | | | |
|---|---|---|---|
| Owner Type | Name | Contact Phone | Contact Email |
| | RHODIUM LLC | (504) 308-0285 | LRUNMANAGER@DASMENRESIDENTIAL.COM |
| Address | | | |

| Tenant Information | | | |
|---|---|---|---|
| Name | | Suite Number | Floor Number | Square Footage |

| Occupancy Details | |
|---|---|
| Occupancy Type | Details |
| Residential | RESIDENTIAL BUILDING: GROUP R-2 (APARTMENTS- PRIMARILY PERMANENT); NUMBER OF OCCUPANTS: |

| Comments |
|---|
| RE-INSPECTION CONDUCTED ON THIS DATE |
| ALL BUILDING FIRE ALARM PANELS HAVE BEEN CERTIFIED AND GREEN TAGGED BY ARENA FIRE PROTECTION |
| FIRE EXTINGUISHERS ARE OF CURRENT TAG AND WILL BE DISPERSED UPON ARRIVAL OF THE FIRE EXTINGUISHER CABINETS |
| FIREWATCH IS LIFTED FOR THIS FACILITY |
| PLEASE REFER TO NOFD COMPLIANT INSPECTION 08/29/19 FOR OTHER DEFICIENCIES ASSOCIATED WITH THIS FACILITY |

| Inspector Information | | |
|---|---|---|
| Name: Brandon Richardson | Badge Number: 612 | Inspector Signature: |

| Person to whom requirements were explained | | |
|---|---|---|
| Name: BRETT RICHMAN | Title: REGIONAL MAINT. SUPERVISOR | Signature: |

**For questions regarding the contents of this report, please call:** (504) 568 8506




# Office of State Fire Marshal

8181 Independence Blvd. Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report

Report # GE-19-038160-2

### No Deficient/Cautionary Codes cited.

John Bel Edwards
GOVERNOR

H. "Butch" Browning
FIRE MARSHAL

R. S. 40: 1621    Whoever fails to comply with any order issued by the Fire Marshal or his authorized representative under any provision of Part III, Chapter 7, Title 40 of the Louisiana Revised Statutes of 1950, R.S. 40:1569 excepted, shall be fined not more than five hundred dollars or imprisoned, for more than six months or both. Each day's violation of an order constitutes a separate offense and may be punished as such at the discretion of court.

### L.R.S. 40:1577 APPEAL FROM ORDER

When an order is made by one of the deputies or representatives of the Fire Marshal, the owner or occupant of the building or premises may, within three days, appeal to the Fire Marshal. The Fire Marshal shall, within five days, review the order and advise the owner or occupant of his decision thereon. The owner or occupant may, within five days after the making of affirming of any such order of the Fire Marshal, file an application with the Board of Review.

### RULES FOR APPEALING TO THE FIRE MARSHAL BOARD OF REVIEW

I.    Any application to the Board of Review shall contain the following basic information set off in organized fashion with captions indicating that the paragraph in question contains the following basic information.

1. The name of the applicant.
2. A brief description of the facts.
3. A copy of the order of the Fire Marshal which is being appealed.
4. A reference to the section of the law or code being reviewed.
5. A brief description of why the applicant feels the requirements of the Fire Marshal is not within the Fire Marshal's authority, or brief description of why the interpretation of the Fire Marshal is incorrect or what specific relief is required by the applicant.
6. A list of the individuals who will be appearing before the Board, and a brief description of the testimony or information they will be providing the Board.
7. A list of all the documents which will be introduced or provided to the Board along with a brief description of the documents, and if possible, a copy of said documents.
8. A list of each exhibit except for documents, and a brief description of the exhibit.

II.    Whenever possible, a notice of the meeting, date and place, and the agenda will be recorded in the Louisiana Register, however, whenever that is not possible, a copy of the meeting notice including the date, time and place, and agenda of the meeting of the Board will be published in the official notices of the official state journal; furthermore, a press release containing the same information will be mailed to the official journals of the cities of Shreveport, Monroe, Lafayette, Lake Charles, Alexandria, New Orleans, and Baton Rouge and any city or town in which the meeting of the Board is to be held if it is not one of the aforementioned major cities; and the same information shall be mailed to each individual who has notified the Fire Marshal of his desire to receive a notice of such appeal.

III.    A copy of the determination of the Board as prepared by the Chairman will be mailed to each individual who requests a copy of that specific determination as well as to the applicant.

IV.    The time delays for filing an appeal shall be those specified in R.S.40:1577 and 40:1578 1 D.




CITY OF NEW ORLEANS

**LaToya Cantrell**
Mayor

**Timothy McConnell**
Superintendent

## MEETING MEMORANDUM INTERNAL MEMO - CONFIDENTIAL

| | |
|---|---|
| **To:** | Mayor Cantrell |
| **From:** | Chief Tim McConnell, Superintendent of Fire |
| **CC:** | Roman Nelson, NOFD Deputy Superintendent of Operations, Winston Reid, Director of Code Enforcement |
| **Date:** | September 4, 2019 |
| **Re:** | **Meeting with code officials and owner/management of Laguna Run Apt.** |

Background/Issue:

CNO Director of Code Enforcement Winston Reid received a complaint from the Metropolitan Crime Commission regarding health, electrical, and fire hazards violations at the Laguna Run Apartments in New Orleans East (7001 Martin Drive).

The Fire Department (NOFD), Safety & Permits (S&P), Police Department (NOPD), the Health Department, and the State Fire Marshal's Office (SFM) conducted a multiagency inspection of the facility.

The task force documented hazards and deficiencies including a proliferation of mold, leaking plumbing, improper electrical wiring, and non-working and missing mandatory smoke and fire alarm protection.

To provide life-safety protection for the residents and thus allow them to remain in their homes, the NOFD set up a mandatory fire-watch to monitor the facility for smoke or fire activity until fire protection equipment can be repaired or installed.

A conference call which included the property owner, property management representatives, and officials from each of the code-enforcement agencies was conducted on Wednesday morning during which the property representatives were made informed of the deficiencies and told that they must immediately initiate a plan of corrective action to bring the facility into compliance.

The ownership exhibited willingness to undertake corrective action and stated that management was scheduled to meet today with three consultants to receive quotes and execute an agreement that would quickly begin to bring the structures into compliance with the fire code. They are scheduled to provide the NOFD with a timeline today.

Current:

Upon the recommendation of the NOFD, the property manager immediately acquired 315 battery operated 10 year smoke alarms which are currently being installed by members of the NOFD. A fire alarm company is also on site and currently assessing the fire alarm system and portable fire extinguishers.

Another multiagency inspection of the facility will take place Thursday morning, September 5, 2019, with the property management representatives. Housing Authority (HANO) inspectors will also be in attendance for the inspection because approximately 140 of these units are occupied by HANO clients. A clearer plan toward full code compliance will be formulated based upon tomorrow's inspection.

Considerations/Recommendation:

Work with the cooperative owner/management team to develop and institute a corrective plan of action.

No decisions are necessary at this time. We will keep you up to date.



# CODE ENFORCEMENT
# PROPERTY INSPECTION / VIOLATION LISTING
### 19-10766-MPM

### Inspection Status: Violation: No WIP

## PROPERTY DETAILS

**PROPERTY ADDRESS:** 6800 Morrison Rd Bldg E, 6820 Morrison Rd Bldg D, 6930 Morrison Rd Bld

| | | | |
|---|---|---|---|
| **NO. BUILDINGS:** | 27 | **NO. FLOORS (MAIN):** | 2 |
| **OCCUPANCY USE:** | Commercial | **IS OCCUPIED:** | Yes |

## VIOLATIONS

| Code Section | Title - Condition | Location of Violation |
|---|---|---|
| CCNO 26-157 | 157 Sanitation - Accumulated Trash/Garbage/Debris \ Unclean \ Unsanitary | Bldg Q, S T |
| CCNO 26-167(a) | 167 Exterior Surfaces - Exterior Surfaces Not Maintained \ Facia | Bldg B |
| CCNO 26-167(c) | 167 Siding and Masonry - Not Water Tight \ Not Weather Resistant \ Unmaintained | Bldg R, S, T, U |
| CCNO 26-169 | 169 Columns - Deteriorated \ Inadequate \ Missing | Bldg A |
| CCNO 26-171 | 171 Exterior Walls - Deteriorated \ Open Holes/Breaks | |
| CCNO 26-172 | 172 Roofs - Defective \ Leaking | Bldg C, E, R, Office, M, O, F, Q |
| CCNO 26-172 | 172 Gutters and Downspouts - Defective \ Leaking | Bldg Q, U |
| CCNO 26-176 | 176 Stairways - Deteriorated \ Hazardous \ In Disrepair | Bldg T, U |
| CCNO 26-176 | 176 Decks Porches and Balconies - Deteriorated \ Hazardous \ In Disrepair | Bldg C, Q, |
| CCNO 26-179 | 179 Windows - Cracks/Holes \ Not Weather Tight | Bldg A, K , R, U |
| CCNO 26-184 | 184 Interior Surfaces - Cracked/Loose Plaster \ Cracks/Holes \ Decayed/Defective \ Peeling/Chipping Paint \ Unclean/Unsanitary | A104, A105, B101, C210, D105, E215, E107, Q110, Q104, Q111, S225, R229, M105, M104, M103, M102, G103, B104, F106, O222, O103, S104, S224, K-Laundry Room, C-Laundry room |
| CCNO 26-185 | 185 Floors - Deteriorated \ Hazardous \ In Disrepair | Office |
| CCNO 26-187 | 187 Interior Doors - Broken \ Does Not Open/Close | U106, Q110 |
| CCNO 26-224 | 224 Electrical System Hazards <br><br> - Deteriorated \ Inadequate | Q110, Q111, B, C, F, G, Q, R, Office, S225 |
| CCNO 26-226 | 226 Receptacles | B103, F-Laundry Rooom |

| | - Deteriorated \ Missing | |
|---|---|---|
| CCNO 26-212 | 212 Sanitary Drainage - Deteriorated \ Inadequate | Bldg, C, G |
| CCNO 26-205 | 205 Plumbing Fixtures - Deteriorated \ Leaking | B103, D105, E215, E209 |
| CCNO 26-210 | 210 Supply <br><br> - Inadequate | B103 |
| CCNO 26-166 | 166 Swimming Pools - Not Maintained \ Unclean \ Unsanitary | |

## INSPECTION COMMENTS

**DATE:**
11/4/2019

**INSPECTOR'S SIGNATURE:**

**Robert F Heim**



**SEEML Labs**
Analytical Solutions for a Healthy Indoor Environment

## Southeast Environmental Microbiology Laboratories

102 Edinburgh Court
Greenville, SC 29607
Phone: (864) 233-3770
FAX: (864) 233-6589

The information and data for **Environmental Testing Group/MIT** has been checked for thoroughness and accuracy. The following reports are contained within this document:

☒ Surface/Bulk Report  ☐ Andersen Fungal Report
☒ Spore Trap Report  ☐ Quantitative Fungal Report

Lab Manager Review: *Rafael Berrios*  Date: 07/08/19

Thank you for using SEEML laboratories. We strive to provide superior quality and service.

The data within this report is reliable to three significant figures. The third significant figure is technically unjustified. In this instance, the third figure is reported as an estimate to facilitate the interpretation by the customer.

Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the document(s) is strictly prohibited. If you have received this document in error, please immediately notify us by telephone to arrange for its return. Thank you.

Guidelines for Interpretation:
No accepted quantitative regulatory standards currently exist by which to assess the health risks related to mold and bacterial exposure. Molds and bacteria have been associated with a variety of health effects and sensitivity varies from person to person.
Several organizations, including: the American Conference of Government Industrial Hygienists (ACGIH); the American Industrial Hygiene Association (AIHA); the Indoor Air Quality Association (IAQA); the United States Environmental Protection Agency (USEPA); the Centers for Disease Control (CDC), as well as the California Department of Health Services (CADHS), have all published guidelines for assessment and interpretation of mold resulting from water intrusion in buildings.

Interpretation of the data and information within this document is left to the company, consultant, and/or persons who conducted the fieldwork.

# Spore Trap Report

| | |
|---|---|
| | Date Sampled: 07/04/19 |
| Attn: Environmental Testing Group | Date Received: 07/08/19 |
| DBA / Mold Inspection Testing | Date Analyzed: 07/08/19 |
| 650 W. Grand Ave, Suite 302 | Date Reported: 07/08/19 |
| Elmhurst, IL 60126 | Date Revised: |
| | Project Name: Joshua Akeen |
| | Project Address: 7107 Martin Dr Apt. H104 |
| | Project City, State, ZIP: New Orleans LA 70126 |
| | SEEML Reference # : 190708018 |

## TEST METHOD: DIRECT MICROSCOPY EXAMINATION SEEML SOP 7

| Client Sample ID | 2403168 | | | 2403162 | | | 2403171 | | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Front Of Apartment | | | Living Room | | | Bedroom 1 | | |
| Lab Sample ID | 190708018-045 | | | 190708018-046 | | | 190708018-047 | | |
| Detection Limit (spores/m³) | 40 | | | 40 | | | 40 | | |
| Hyphal Fragments | | | | 1 | 40 | | 1 | 40 | |
| Pollen | | | | | | | | | |
| Spore Trap Used | M5 | | | M5 | | | M5 | | |
| | raw ct. | spores/m³ | % | raw ct. | spores/m³ | % | raw ct. | spores/m³ | % |
| Alternaria | | | | | | | | | |
| Ascospores | | | | 3 | 120 | 3 | 3 | 120 | 3 |
| Basidiospores | 36 | 1440 | 20 | 8 | 320 | 8 | 36 | 1440 | 33 |
| Bipolaris/Drechslera | | | | | | | | | |
| Chaetomium | | | | | | | | | |
| Cladosporium | 15 | 600 | 8 | 26 | 1040 | 26 | 12 | 480 | 11 |
| Curvularia | 1 | 40 | <1 | 2 | 80 | 2 | | | |
| Epicoccum | | | | | | | | | |
| Cercospora | | | | | | | | | |
| Fusarium | | | | | | | | | |
| Memnoniella | | | | | | | | | |
| Nigrospora | | | | | | | | | |
| Penicillium/Aspergillus | 129 | 5160 | 71 | 62 | 2480 | 61 | 57 | 2280 | 53 |
| Polythrincium | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Periconia/Myxomy | | | | | | | | | |
| Spegazzinia | | | | | | | | | |
| Stachybotrys | | | | | | | | | |
| Stemphylium | | | | | | | | | |
| Tetraploa | | | | | | | | | |
| Torula | | | | | | | | | |
| Ulocladium | | | | | | | | | |
| Colorless/Other Brown* | | | | | | | | | |
| Oidium | | | | | | | | | |
| Zygomycetes | | | | | | | | | |
| Pithomyces | | | | | | | | | |
| Background debris (1-5)** | 3 | | | 3 | | | 25 | | |
| Sample Volume(liters) | 25 | | | 25 | | | 25 | | |
| TOTAL SPORES/M³ | 181 | 7240 | | 101 | 4040 | | 108 | 4320 | |

Comments/Revisions:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m³ divided by the raw count, expressed in spores/m³. The limit of detection is the analytical sensitivity (in spores/m³) multiplied by the sample volume (in liters) divided by 1000 liters.

*Colorless,other Brown are spores without a distinctive morphology on spore traps and non-viable surface samples.

**Background debris is the amount of particulate matter present on the slide is graded from 1-5 with 1 = very light, 2= Light, 3 = Medium, 4 = Heavy, 5 = Very Heavy. The higher the rating the more likelihood spores may be underestimated. A rating of 5 should be interpreted as minimal counts and may actually be higher than reported.

**Disclaimer**: The sample results are determined by the sample volume, which is privided by the customer.

This report relates only to the samples tested as they were received.

*Rafael Berrios*

Rafael Berrios, Approved Laboratory Signatory

102 Edinburgh Court
Greenville, SC. 29607
Phone: (864) 233-3770

AIHA-LAP, LLC EMLAP #173667    Texas Lic: LAB1018

Form 18.0 Rev 8 03/13/19

# Spore Trap Report

|  |  |
|---|---|
|  | Date Sampled: 07/04/19 |
| Attn: Environmental Testing Group | Date Received: 07/08/19 |
| DBA / Mold Inspection Testing | Date Analyzed: 07/08/19 |
| 650 W. Grand Ave, Suite 302 | Date Reported: 07/08/19 |
| Elmhurst, IL 60126 | Date Revised: |
|  | Project Name: Joshua Akeen |
|  | Project Address: 7107 Martin Dr Apt. H104 |
|  | Project City, State, ZIP: New Orleans LA 70126 |
|  | SEEML Reference # : 190708018 |

## TEST METHOD: DIRECT MICROSCOPY EXAMINATION SEEML SOP 7

| Client Sample ID | 2403166 | | | 2403167 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Hallway | | | Master Bedroom | | | | | | | |
| Lab Sample ID | 190708018-048 | | | 190708018-049 | | | | | | | |
| Detection Limit (spores/m³) | 40 | | | 40 | | | | | | | |
| Hyphal Fragments | 2 | 80 | | | | | | | | | |
| Pollen | | | | | | | | | | | |
| Spore Trap Used | M5 | | | M5 | | | | | | | |
|  | raw ct. | spores/m³ | % | raw ct. | spores/m³ | % | | | | | |
| Alternaria | 1 | 40 | 1 | 1 | 40 | 1 | | | | | |
| Ascospores | 3 | 120 | 4 | 5 | 200 | 7 | | | | | |
| Basidiospores | 23 | 920 | 31 | 20 | 800 | 27 | | | | | |
| Bipolaris/Drechslera | | | | | | | | | | | |
| Chaetomium | | | | | | | | | | | |
| Cladosporium | 2 | 80 | 3 | 22 | 880 | 30 | | | | | |
| Curvularia | 10 | 400 | 14 | | | | | | | | |
| Epicoccum | | | | | | | | | | | |
| Cercospora | | | | | | | | | | | |
| Fusarium | | | | | | | | | | | |
| Memnoniella | | | | | | | | | | | |
| Nigrospora | | | | | | | | | | | |
| Penicillium/Aspergillus | 34 | 1360 | 46 | 25 | 1000 | 34 | | | | | |
| Polythrincium | | | | | | | | | | | |
| Rusts | | | | | | | | | | | |
| Smuts/Periconia/Myxomy | | | | 1 | 40 | 1 | | | | | |
| Spegazzinia | | | | | | | | | | | |
| Stachybotrys | | | | | | | | | | | |
| Stemphylium | | | | | | | | | | | |
| Tetraploa | | | | | | | | | | | |
| Torula | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | |
| Colorless/Other Brown* | | | | | | | | | | | |
| Oidium | | | | | | | | | | | |
| Zygomycetes | 1 | 40 | 1 | | | | | | | | |
| Pithomyces | | | | | | | | | | | |
| Background debris (1-5)** | 3 | | | 3 | | | | | | | |
| Sample Volume (liters) | 25 | | | 25 | | | | | | | |
| **TOTAL SPORES/M³** | 74 | **2960** | | 74 | **2960** | | | | | | |
| Comments/Revisions |  | | | | | | | | | | |

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m³ divided by the raw count, expressed in spores/m³. The limit of detection is the analytical sensitivity (in spores/m³) multiplied by the sample volume (in liters) divided by 1000 liters.

*Colorless,other Brown are spores without a distinctive morphology on spore traps and non-viable surface samples.

**Background debris is the amount of particulate matter present on the slide and is graded from 1-5 with 1 = very light, 2= Light, 3 = Medium, 4 = Heavy, 5 = Very Heavy. The higher the rating the more likelihood spores may be underestimated. A rating of 5 should be interpreted as minimal counts and may actually be higher than reported.

**Disclaimer**: The sample results are determined by the sample volume, which is privided by the customer.

This report relates only to the samples tested as they were received.

102 Edinburgh Court
Greenville, SC. 29607
Phone: (864) 233-3770

*Rafael Berrios*

Rafael Berrios, Approved Laboratory Signatory

AIHA-LAP, LLC EMLAP #173667    Texas Lic: LAB1016
Page 3 of 14

Form 18.0 Rev 8 03/13/19

# Surface and Bulk Sample Report

| | |
|---|---|
| | Date Sampled: 07/04/19 |
| Attn: Environmental Testing Group | Date Received: 07/08/19 |
| DBA / Mold Inspection Testing | Date Analyzed: 07/08/19 |
| 650 W. Grand Ave, Suite 302 | Date Reported: 07/08/19 |
| Elmhurst, IL 60126 | Date Revised: |
| | Project Name: Joshua Akeen |
| | Project Address: 7107 Martin Dr Apt.H104 |
| | Project City, State ZIP: New Orleans LA 70126 |
| | SEEML Reference #: 190708018 |

TEST METHOD: Direct Microscopic Examination (SEEML SOP 18)

| Client Sample ID | 1820517 | 1820517 | | |
|---|---|---|---|---|
| Location | HVAC | Bedroom 1 | | |
| SEEML Sample ID | 190708018-050 | 190708018-051 | | |
| Sample Type | Swab | Swab | | |
| | Quantification* | Quantification* | | |
| Hyphal Fragments | VL | VL | | |
| Pollen | | | | |
| General Impressions ** | FG | FG | | |
| Fungal Spore: | | | | |
| Alternaria | | | | |
| Acremonium | | | | |
| Ascospores | | | | |
| Basidiospores | | | | |
| Bipolaris/Drechslera | | | | |
| Cercospora | | | | |
| Chaetomium | | | | |
| Cladosporium | VL | | | |
| Curvularia | | | | |
| Epicoccum | | | | |
| Fusarium | | | | |
| Geotrichum sp. | | | | |
| Memnoniella | | | | |
| Myxomycetes | | | | |
| Nigrospora | | | | |
| Penicillium/Aspergillus | VL | Scattered Spores | | |
| Pithomyces | | | | |
| Rusts/Smuts | | | | |
| Stachybotrys | L | L | | |
| Torula | | | | |
| Ulocladium | | | | |

** General Impressions: NFG = No Fungal Growth, FG = Fungal Growth, MFG = Minimal Fungal Growth Or Growth in vicinity

Quantification of fungal growth is done by semi-quantitative grading using the following ranges:

Scattered Spores, 1-20 fungal spores

VL = 21-100 fungal spores        L = 101-1,000 fungal spores        M = 1,001-10,000 fungal spores        H = >10,000 fungal spores

ND = No Fungal Spores Detected

Disclaimer: This report relates only to the samples tested.

Respectfully submitted, SEEML

*Rafael Berrios,* Approved Laboratory Signatory

102 Edinburgh Court

Greenville, SC 29607

Phone: (864) 233- 3770

Fax:    (864) 233- 6589

AIHA-LAP, LLC EMLAP # 173667

Form 46.0 Rev 5  12/01/17

# Fungal Descriptions

## Alternaria sp.

Aw - 0.89. Conidia dimensions: 18-83 x 7-18 microns. A very common allergen with an IgE mediated response. It is often found in carpets, textiles and on horizontal surfaces in building interiors. Often found on window frames. Outdoors it may be isolated from samples of soil, seeds and plants. It is commonly found in outdoor samples. The large spore size, 20 - 200 microns in length and 7 - 18 microns in sizes, suggests that the spores from these fungi will be deposited in the nose, mouth and upper respiratory tract. It may be related to bakers' asthma. It has been associated with hypersensitivity pneumonitis. The species *Alternaria alternata* is capable of producing tenuazonic acid and other toxic metabolites that may be associated with disease in humans or animals. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema.

## Ascospore

A spore borne in a special cell called an ascus. Spores of this type are reported to be allergenic.
All ascomycetes, members of a group of fungi called Ascomycotina, have this type of spore. The minute black dots on rotting wood and leaves or the little cups on lichens are examples of ascomycetes; another is the "truffle" mushroom.

## Aspergillus/Penicillium

These are two of the most commonly found allergenic fungi in problem buildings. *Aspergillus* comes in many varieties (species). Many of the varieties produce toxic substances. It may be associated with symptoms such as sinusitis, allergic bronchiopulmonary aspergillosis, and other allergic symptoms.
*Penicillium* is a variety of mold that is very common indoors and is found in increased numbers in problem buildings. It also has many varieties, some of which produce toxic substances. The symptoms are allergic reactions, mucous membrane irritation, headaches, vomiting, and diarrhea.
Because the spores of *Aspergillus* and *Penicillium* are very similar, they are not differentiated by microscopic analysis and are reported together.

## Aspergillus sp.

Aw 0.75 - 0.82. Reported to be allergenic. Members of this genus are reported to cause ear infections. Many species produce mycotoxins that may be associated with disease in humans and other animals. Toxin production is dependent on the species or a strain within a species and on the food source for the fungus. Some of these toxins have been found to be carcinogenic in animal species. Several toxins are considered potential human carcinogens. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema; may also be associated with sinusitis, allergic bronchiopulmonary aspergillosis, and other allergic symptoms.

## Basidiospore

Spore from basidiomycetes. Many varieties are reported to be allergenic.

## Bipolaris sp.

A fungus with large spores that could be expected to be deposited in the upper respiratory tract. This fungus can produce the mycotoxin - sterigmatocystin, which has been shown to produce liver and kidney damage when ingested by laboratory animals.

## Botrytis sp.

Aw 0.93. Conidia dimensions: 7-14 x 5-9 microns. It is parasitic on plants and soft fruits. Found in soil and on house plants and vegetables, it is also known as "gray mold". It causes leaf rot on grapes, strawberries, lettuce, etc. It is a well-known allergen, producing asthma type symptoms in greenhouse workers and "wine grower's lung".

## Cercaspora

Common outdoors in agricultural areas, especially during harvest. Parasite of higher plants, causing leaf spot. Commonly found as parasites on higher plants.

## Chaetomium sp.

large ascomycetous fungus producing perithecia. It is found on a variety of substrates containing cellulose, including paper and plant compost. It has been found on paper in sheetrock. It can produce an *Acremonium*-like state on fungal media. Varieties are considered allergenic and have been associated with peritonitis, cutaneous lesions, and system mycosis.

## Cladosporium sp.

Aw 0.88; Aw 0.84. Most commonly identified outdoor fungus. The outdoor numbers are reduced in the winter. The numbers are often high in the summer. Often found indoors in numbers less than outdoor numbers. It is a common allergen. Indoor *Cladosporium* sp. may be different than the species identified outdoors. It is commonly found on the surface of fiberglass duct liners in the interior of supply ducts. A wide variety of plants are food sources for this fungus. It is found on dead plants, woody plants, food, straw, soil, paint, and textiles. Produces greater than 10 antigens. Antigens in commercial extracts are of variable quality and may degrade within weeks of preparation. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include skin lesions, eye ulceration, mycosis (including onychomycosis, an infection of the nails of the feet or hands) edema and bronchiospasms; chronic cases may develop pulmonary emphysema.

## Curvularia sp.

Reported to be allergenic and has been associated with allergic fungal sinusitis. It may cause corneal infections, mycetoma, and infections in immune compromised hosts.

## Dreschlera sp.

Conidia dimensions: 40-120 x 17-28 microns. Found on grasses, grains and decaying food. It can occasionally cause a corneal infection of the eye.

## Epicoccum sp.

Conidia dimensions: 15-25 microns. A common allergen. It is found in plants, soil, grains, textiles and paper products.

## Fusarium sp.

Aw 0.90. A common soil fungus. It is found on a wide range of plants. It is often found in humidifiers. Several species in this genus can produce potent trichothecene toxins. The trichothecene (scirpene) toxin targets the following systems: circulatory, alimentary, skin, and nervous. Produces vomitoxin on grains under unusually damp growing conditions. Symptoms may occur either through ingestion of contaminated grains or possibly inhalation of spores. The genera can produce hemorrhagic syndrome in humans (alimentary toxic aleukia). This is characterized by nausea, vomiting, diarrhea, dermatitis, and extensive internal bleeding. Reported to be allergenic. Frequently involved in eye, skin, and nail infections.

## Myxomycetes

Members of a group of fungi that is included in the category of "slime molds". They're occasionally found indoors, but mainly reside in forested regions on decaying logs, stumps, and dead leaves. Myxomycetes display characteristics of fungi *and* protozoans. In favorable (wet) conditions they exhibit motile, amoeba-like cells, usually bounded only by a plasma membrane, that are variable in size and form. During dry spells, they form a resting body (sclerotium) with dry, airborne spores. These fungi are not known to produce toxins, but can cause hay fever and asthma.

## Memnoniella

Contaminant, found most often with Stachybotrys on wet cellulose. Forms in chains, but it are very similar to Stachybotrys and sometimes is considered to be in the Stachybotrys family. Certain species do produce toxins very similar to the ones produced by Stachybotrys chartarum and many consider the IAQ importance of Memnoniella to be on par with Stachybotrys. Allergenic and infectious properties are not well studied.

### Nigrospora sp.

Commonly found in warm climates, this mold may be responsible for allergic reactions such as hay fever and asthma. It is found on decaying plant material and in the soil. It is not often found indoors.

### Oidium sp.

The asexual phase of *Erysiphe* sp. It is a plant pathogen causing powdery mildews. It is very common on the leaves stems, and flowers of plants. The health effects and allergenicity have not been studied. It does not grow on non-living surfaces such as wood or drywall.

### Penicillium sp.

Aw 0.78 - 0.88. A wide number of organisms have been placed in this genus. Identification to species is difficult. Often found in aerosol samples. Commonly found in soil, food, cellulose and grains. It is also found in paint and compost piles. It may cause hypersensitivity pneumonitis, allergic alveolitis in susceptible individuals. It is reported to be allergenic (skin). It is commonly found in carpet, wallpaper, and in interior fiberglass duct insulation. Some species can produce mycotoxins. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema. It may also cause headaches, vomiting, and diarrhea.

### Periconia sp.

found in soil, blackened and dead herbaceous stems leaf spots, grasses, rushes, and sedges. Almost always associated with other fungi. Rarely found growing indoors. Reportedly associated with a rare case of mycotic keratitis.

### Pithomyces sp.

A common mold found on dead leaves, plants, soil and especially grasses. Causes facial eczema in ruminants. It exhibits distinctive multi-celled brown conidia. It is not know to be a human allergen or pathogen. It is rarely found indoors, although it can grow on paper.

### Rusts/Smuts

These fungi are associated with plant diseases. In the classification scheme of the fungi, the smuts have much in common with the rusts, and they are frequently discussed together. Both groups produce wind-borne, resistant teliospores that serve as the basis for their classification and their means of spread. Rusts usually attack vegetative regions (i.e., leaves and stems) of plants; smuts usually are associated with the reproductive structures (seeds). They can cause hay fever and asthma.

## Spegazzinia

Spegazzinia species comprise a very small proportion of the fungal biota. This genus is somewhat related to other lobed or ornamented genera such as Candelabrum. No information is available regarding health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) May also be found in air by culturable (Andersen) samples if a long enough incubation period is provided so that sporulation occurs. Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes soil and many kinds of trees and plants.

## Stachybotrys sp.

Aw - 0.94 , optimum Aw ->0.98. Several strains of this fungus (*S. atra, S. chartarum* and *S. alternans* are synonymous) may produce a trichothecene mycotoxin- Satratoxin H - which is poisonous by inhalation. The toxins are present on the fungal spores. This is a slow growing fungus on media. It does not compete well with other rapidly growing fungi. The dark colored fungus grows on building material with high cellulose content and low nitrogen content. Areas with a relative humidity above 55%, and are subject to temperature fluctuations, are ideal for toxin production.

Individuals with chronic exposure to the toxin produced by this fungus reported cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, intermittent local hair loss and generalized malaise. Other symptoms include coughs, rhinitis, nosebleed, a burning sensation in the nasal passages, throat, and lungs, and fever. The toxins produced by this fungus will suppress the immune system affecting the lymphoid tissue and the bone marrow. Animals injected with the toxin from this fungus exhibited the following symptoms: necrosis and hemorrhage within the brain, thymus, spleen, intestine, lung, heart, lymph node, liver, and kidney. Affects by absorption of the toxin in the human lung are known as pneumomycosis.

This organism is rarely found in outdoor samples. It is usually difficult to find in indoor air samples unless it is physically disturbed (or possibly -this is speculation- a drop in the relative humidity). The spores are in a gelatinous mass. Appropriate media for the growth of this organism will have high cellulose content and low nitrogen content. The spores will die readily after release. The dead spores are still allergenic and toxigenic. Percutaneous absorption has caused mild symptoms.

## Stemphylium sp.

Reported to be allergenic. Isolated from dead plants and cellulose materials.

## Torula sp.

Found outdoors in air, soil, on dead vegetation, wood, and grasses. Also found indoors on cellulose materials. Reported to be allergenic and may cause hay fever and asthma.

## Tetraploa

Tetraploa species comprise a very small proportion of the fungal biota. This genus is somewhat related to Triposporium and Diplocladiella. The only reported human infections are two cases of keratitis (1970, 1980) and one case of subcutaneous infection of the knee (1990). No information is available regarding other health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes leaf bases and stems just above the soil on many kinds of plants and trees.

## Ulocladium sp.

Aw 0.89. Isolated from dead plants and cellulose materials. Found on textiles.

## Zygomycetes

Zygomycetes are one of the four major groups of fungi, the others being the Oomycetes, the Ascomycetes, and the Basidiomycetes. Zygomycetes are common, fast growing, and often overgrow and/or inhibit other fungi nearby. Rhizopus and Mucor are two of the most common Zygomycetes seen in the indoor environment. However, others are seen as well, including Syncephalastrum, Circinella, Mortierella, Mycotypha, Cunninghamella, and Choanephora. For further information, please see descriptions of these individual genera.

The following table lists mycotoxins that are produced by certain types of fungi:

| Fungi | Mycotoxin |
| --- | --- |
| Acremonium crotocinigenum | Crotocin |
| Aspergillus favus | Alfatoxin B, cyclopiazonic acid |
| Aspergillus fumigatus | Fumagilin, gliotoxin |
| Aspergillus carneus | Critrinin |
| Aspergillus clavatus | Cytochalasin, patulin |
| Aspergillus Parasiticus | Alfatoxin B |
| Aspergillus nomius | Alfatoxin B |
| Aspergillus niger | Ochratoxin A, malformin, oxalicacid |
| Acremonium crotocinigenum | Crotocin |
| Aspergillus nidulans | Sterigmatocystin |
| Aspergillus ochraceus | Ochratoxin A, penicillic acid |
| Aspergillus versicolor | Sterigmatocystin, 5 ethoxysterigmatocystin |
| Aspergillus ustus | Ausdiol, austamide, austocystin, brevianamide |
| Aspergillus terreus | Citreoviridin |
| Alternaria | Alternariol, altertoxin, altenuene, altenusin, tenuazonic acid |
| Arthrinium | Nitropropionic acid |
| Bioploaris | Cytochalasin, sporidesmin, sterigmatocystin |
| Chaetomium | Chaetoglobosin A,B,C. Sterigmatocystin |
| Cladosporium | Cladosporic acid |
| Clavipes purpurea | Ergotism |
| Cylindrocorpon | Trichothecene |
| Diplodia | Diplodiatoxin |
| Fusarium | Trichothecene, zearalenone |
| Fusarium moniliforme | Fumonisins |
| Emericella nidulans | Sterigmatocystin |
| Gliocladium | Gliotoxin |
| Memnoniella | Griseofulvin , dechlorogriseofulvin, epi-decholorgriseofulvin, trichodermin, trichodermol |
| Myrothecium | Trichothecene |
| Paecilomyces | Patulin, viriditoxin |
| Penicillium aurantiocandidum | Penicillic acid |
| Penicillium aurantiogriseum | Penicillic acid |
| Penicillium brasilanum | Penicillic acid |
| Penicillium brevicompactum | Mycophenolic acid |
| Penicillium camemberti | Cyclopiazonic acid |
| Penicillium carneum | Mycophenolic acid, Roquefortine C |
| Penicillium crateriforme | Rubratoxin |

| | |
|---|---|
| Penicillium citrinum | Citrinin |
| Penicillium commune | Cyclopiazonic acid |
| Penicillium crustosum | Roquefortine C |
| Penicillium chrysogenum | Roquefortine C |
| Penicillium discolor | Chaetoglobosin C |
| Penicillium expansum | Citrinin, Roquefortine C |
| Penicillium griseofulvum | Roquefortine C, cyclopiazonic acid, griseofulvin |
| Penicillium hirsutum | Roquefortine C |
| Penicillium hordei | Roquefortine C |
| Penicillium nordicum | Ochratoxin A |
| Penicillium paneum | Roquefortine C |
| Penicillium palitans | Cyclopiazonic acid |
| Penicillium polonicum | Penicillic acid |
| Penicillum roqueforti | Roquefortine C, Mycophenolic acid |
| Penicillium veridicatum | Penicillic acid |
| Penicillium verrucosum | Citrinin, ochratoxin A |
| Penicillium/ Aspergillus | Patulin |
| Penicillium/ Aspergillus/Alternaria | Glitoxin |
| Phomopsis | Macrocyclic trichothecenes |
| Phoma | Brefeldin, cytochalasin, secalonic acid, tenuazonic acid |
| Pithomyces | Sporidesmin |
| Rhizoctonia | Slaframine |
| Rhizopus | Rhizonin |
| Sclerotinia | Furanocoumarins |
| Stachybotrys chartarum | Iso-satratoxin F, roridin E, L-2, satratoxin G & H, trichodermin, trichodermol, trichothecene |
| Torula | Cytotoxins |
| Trichoderma | Trichodermin, trichodermol, gliotoxin |
| Trichothecium | Trichothecene |
| Wallemia | Walleminol |
| Zygosporium | Cytochalasin |

# General terms

## Allergen

An allergen is a substance that elicits an IgE antibody response and is responsible for producing allergic reactions. Chemicals are released when IgE on certain cells come into contact with an allergen. These chemicals can cause injury to surrounding tissue - the visible signs of an allergy. Only a few fungal allergens have been characterized but all fungi are thought to be potentially allergenic. Fungal allergens are proteins found in either the mycelium or spores

## "Black mold"

The poorly defined term? Black mold? Or? Toxic black mold? Has usually been associated with the mold *Stachybotrys chartarum*. While there are only a few molds that are truly black, there are many that can appear black. Not all molds that appear to be black are *Stachybotrys*.

## Fungi

Fungi are neither animals nor plants and are classified in a kingdom of their own? The Kingdom of Fungi. Fungi include a very large group of organisms, including molds, yeasts, mushrooms and puffballs. There are >100,000 accepted fungal species but current estimates range to 1.5 million species. Mycologists (people who study fungi) have grouped fungi into four large groups according to their method of reproduction.

## Hidden mold

This refers to visible mold growth on building structures that is not easily seen, including the areas above drop ceilings, within a wall cavity (the space between the inner and outer structure of a wall), inside air handlers, or within the ducting of a heating/ventilation system.

## Microbial Volatile Organic Compounds (MVOCs)

Fungi produce chemicals as a result of their metabolism. Some of these chemicals, MVOCs, are responsible for the characteristic moldy, musty, or earthy smell of fungi, whether mushrooms or molds. Some MVOCs are considered offensive or annoying. Specific MVOCs are thought to be characteristic of wood rot and mold growth on building materials. The human nose is very sensitive to mold odors and sometimes more so than current analytical instruments.

## Mold

Molds are a group of organisms that belong to the Kingdom of Fungi (see Fungi). Even though the terms mold and fungi had been commonly referred to interchangeably, all molds are fungi, but not all fungi are molds.

## Mycotoxin

Mycotoxins are compounds produced by some fungi that are toxic to humans or animals. By convention, the term? Mycotoxin? Excludes mushroom toxins. Fungi that produce mycotoxins are called "toxigenic fungi.

## Spore

General Term for a reproductive structure in fungi, bacteria and some plants. In fungi, the spore is the structure which may be used for dissemination and may be resistant to adverse environmental conditions.

## Toxic mold

The term? Toxic mold" has no scientific meaning since the mold itself is not toxic. The metabolic byproducts of some molds may be toxic (see mycotoxin).

## Hypha (plural, hyphae)

An individual fungal thread or filament of connected cells; the thread that represents the individual parts of the fungal body.

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM  844-263-6103 . 770-938-4861

**Company:** Moya Environmental

**Attention:** Oscar D. Moya

**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

## Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road. Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861   Fax   (678) 723-5848

Report Number  23535

**Report Date** 09/24/2019

**Date Received** 9/23/2019

**Analyzed by** R. Billups

**Job Number** 23535

**DateAmended**

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt F209 | | Location | | |
|---|---|---|---|---|---|
| AAMT  Nbr | 23535-001 | | AAMT  Nbr | | |
| Sample ID | M06 | | Sample ID | | |
| SampleType | Swab | | SampleType | | |
| Background 1 | None Detected | | Background 1 | | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | Moderate | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Alternaria sp.* | Moderate | ☑ | | | ☐ |
| *Aspergillus / Penicillium* | Moderate | ☐ | | | ☐ |
| *Aspergillus sp.* | Moderate | ☑ | | | ☐ |
| *Bipolaris sp.* | Rare | ☐ | | | ☐ |
| *Chaetomium sp.* | Rare | ☐ | | | ☐ |
| *Curvularia sp.* | Rare | ☐ | | | ☐ |
| Unidentified | Moderate | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
| --- | --- |
| **Project** | 7001 Martin Dr |
| **Location** | Apt F209 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23535-001 |
| **Date Analyzed** | 09/24/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

**Company:** MoyA Environmental
**Contact:** Oscar D. Moya
**Address:** 266 McReine Rd
**Address:**
**City, State, Zip** Laplace, LA. 70068
**Phone:** 504.247.4082
**Email:** oscardmoya@hotmail.com

**Project:** Laguna Run Apartments
7001 Martin Dr.
New Orleans, LA. 70126

**Date and Time Collected:** 9/19/19   1030 AM
**Collected by:** Oscar D. Moya

| Sample ID / Serial # | Location | Test Type* | Volume** | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| | Outside | | | | | | | |
| M06 | APT F209 | Swab | - | - | 24 HR | - | - | 2nd floor bathroom ceiling |
| | | | | | | | | |

**\* Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

**\* Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

**Air Allergen #**

**TAT =** Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

**Relinquished by** O.D.M  9/20/19
**Time and Date**

**Received by** B. Blasingame
**Time and Date** 9/25/19 9:00  23535

**\*\*Volume =** # minutes x Liters/minute
**\*\*\*Area** = in², ft², cm², m², m³, swab

Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

☐ FEDEX   ☐ UPS
☐ USPS

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

☐ Drop Off
☒ Other

**Page** 1 of 1

AAMT
Control # D101
Rev.1
9/30/2010

Page 1 of 1

AIHA Participant 199873

**SMEAD®**
No. 85751

**Report to:**

# How To Read Our Reports



| | | | |
|---|---|---|---|
| Volume (L) | 75 | | |
| Particulate | soil | | |
| Fibrous Particulate | insulation | | |
| | | | |
| Skin Fragments % | 26-50 | | |
| Background / m³ | 126,853 | | |
| Hyphae / m³ | 1067 | | |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | **Spore Name** | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| **Predominantly Outside** | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| **Inside / Outside** | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered in large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 7 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicilium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.      Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboratory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium Chaetomium* | *species globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| **Genus** | **Species** | | | **Spore Type** | **Indicator** | **Produced** | **Type** | **Combination with** |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporum species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporum spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophilllic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys* *Stachybotrys* | *chartarum* *echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 15

**GLOSSARY**

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
# for

# 70001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM     844-263-6103 . 770-938-4861

**Air Allergen Mold Testing, Inc.**

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone    (770) 938-4861    Fax    (678) 723-5848

**Company:** Moya Environmental
**Attention:** Oscar Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 70001 Martin Dr

**Report Date** 12/10/2019
**Date Received** 12/9/2019
**Analyzed by** B. Rao
**Job Number** 24255
**DateAmended**

Report Number  24255

**Direct Exam Microscopic Analysis**
**by SOP AAMTDX002**

| Location | Apt G106 | | Location | | |
|---|---|---|---|---|---|
| AAMT  Nbr | 24255-001 | | AAMT  Nbr | | |
| Sample ID | M22 | | Sample ID | | |
| SampleType | Swab | | SampleType | | |
| Background 1 | soil | | Background 1 | | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | Rare | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| *Ulocladium sp.* | Moderate | ☑ | | | ☐ |
| Ascospores | Rare | ☐ | | | ☐ |
| Zygomycete | Rare | ☑ | | | ☐ |
| *Acremonium sp.* | Rare | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| | | |
|---|---|---|
| **Company** | Air Allergen |
| **Project** | 70001 Martin Dr |
| **Location** | Apt G106 |
| **SampleType** | Swab |
| **AAMT Nbr** | 24255-001 |
| **Date Analyzed** | 12/10/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups,  Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-za.com
airallergen@gmail.com

| Company: | MoYA Environmental Tech LLC |
|---|---|
| Contact: | Oscar D. MoYA |
| Address | 266 McRanie Rd |
| Address | |
| City, State, Zip | Laplace LA 70068 |
| Phone: | 504 247 7082 |
| Email: | Oscar D. MoYA @ hotmail. com |

Project: Laguna Run Apartments
7000i Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 11/21/19  11:00AM
Collected by: OSCAR D. MOYA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M22 | APT G106 Outside | SWAB | - | 24 hr | - | - | BAthroom Closet |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

\* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

\* Fungi Culture
Air, Bulk, Dust, Swab (specify to genus or species level)

**TAT =** Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

**Volume = # minutes x Liters/minute
***Area = in², ft², cm², m², m³, swab

| Relinquished by Time and Date | Received by Time and Date |
|---|---|
| D.P.M | B.Blassingame |
| | 11/24/19  17:30 |

Air Allergen # 24255

Drop Off _____
FEDEX   Other _____
UPS
USPS

Page 1 of 1

Report type:
Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

Chan Link
Chan Link Pro
Air Allergen

AIHA Participant 199873

Page 1 of 1

AAMT
Control # D101
Rev.1
9/30/2010

# How To Read Our Reports



| | ABL Test # | | | |
|---|---|---|---|---|
| | Customer Sample # | | | |
| | Spore Trap Serial # | | | |
| | **Location** | | | |
| | Volume (L) | 75 | | |

Number of liters of air taken for this sample.

| | Skin Fragments % | 26-50 | | |
|---|---|---|---|---|

The percentage of slide coverage from skin fragments.

| | Background / m³ | 126,853 | | |

The number of particles per cubic meter of air.

| | Hyphae / m³ | 1067 | | |

The parts of the mold structure in the sample.

| | **Spore Name** | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | | | | |
| | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Damage | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

The numbers in this column indicate how many spores the analyst counted (raw count) in the air sample.

Percent of the total spores present per cubic meter

Total number of spores per cubic meter of air in the sample for that spore type.

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

Limit of Detection @ 600x — 44

Limit of Detection @ 300x — 13

Each spore counted by the analyst represents this many spores in 1 cubic meter, at the specified magnification

© Air Allergen & Mold Testing, Inc.

# About Our Reports

1. The major groups of spores are separated into three groups: Predominately Outdoor; Likely to be found both Outdoors and Indoors; and Water Damage Spores, which are those spores that require near wet conditions to grow.
2. High levels of *Aspergillus / Penicillium,* and any level of the Water Damage organisms should be of concern.
3. The Outside sample is used to verify that the sampling equipment is operating correctly and as a comparison to the spores recovered inside.
4. The background is represented as particles per cubic meter.  High levels of particles are an indicator of poor filtration and poor air quality.
5. Skin fragments are common in the indoor air.  As the % of fragments rise, the more chance of poor circulation, overcrowding, or inadequate filtration.
6. Particles and Fibers identify the kind of background particulate.
7. Hyphae are analogous to the stem and other parts of a plant. Elevated hyphae indicate mold growth in the sampled area.
8. Information about the potential health consequences of the individual spore types can be found on the internet.
9. The Limit of Detection is the number of spores per cubic meter per spore counted by the analyst at that magnification.
10. The photograph following each sample type is taken at a representative point of one of the samples so that you can see what the analyst sees.

© Air Allergen & Mold Testing, Inc.

# Interpreting the Report

These pie charts are provided to compare your results with the results from more than five thousand other properties, primarily in the Southeast U.S.



This pie chart shows the total indoor spore counts from samples taken at the other properties divided into four ranges. The median spore count is approximately 2,500 spores per cubic meter, most of which are outdoor spores like Basidiospores or Ascospores. The sample should contain no more than 500 Aspergillus/ Penicillium spores per cubic meter.

Outdoor spores that find their way indoors can be reduced by the filter in the HVAC system but require a minimum of a MERV 8 rated filter (or equivalent) for removal.

Elevated Aspergillus/Penicillium spores are often used as an indication of mold growth indoors and can be the source of the musty smell associated with mold.



Many people are sensitive to Aspergillus and Penicillium spores as an allergen, particularly the very young whose immune system is not fully developed, an older person whose immune system has grown tired, and those whose immune system is compromised by medication or disease. Some species of Aspergillus/Penicillium produce mycotoxins.

Elevated levels of Aspergillus and Penicillium are most often associated with elevated humidity and it is possible that the Aspergillus/Penicillium spore count will increase with the seasonal increases in humidity.

Cladosporium is the most common spore in HVAC systems and is often found on window and other surfaces affected by condensation. Cladosporium is

© Air Allergen & Mold Testing, Inc.

generally believed to have a low potential to produce mycotoxins, but it can cause allergic reactions. Asthmatics and people who are immune-compromised should be especially wary of elevated levels of Cladosporium.

Water damage spores are associated with serious health concerns. For that reason, even small amounts are noted to encourage identification and elimination of all sources of high moisture or water intrusion.



Dust analysis gives historical insight into intermittent events that can be helpful in managing the indoor air quality.

The Environmental Relative Moldiness Index (ERMI), which indicates whether a home is more or less moldy than average, is based on carpet dust. Studies show that health symptoms increase in homes where the quantity of spores in the carpet are higher than average.

Elevated background particulate can result in respiratory discomfort similar to allergy symptoms.



Background particulate is removed by the filter in the HVAC system and can be reduced by improved filtration through the use of a higher rated filter and/or by operating the HVAC system fan in the ON position rather than AUTO. Air Allergen suggests a minimum of a MERV 10 filter to remove background particulate.

In some cases when the occupants are experiencing health symptoms, the symptoms are agravated by the use of chemicals. If pest control, odor control, cleaning, remediation or other chemicals have been used in the home, consider reviewing the health warnings associated with the ingredients to determine whether the chemicals are contributing to any reported symptoms.

Health symptoms can also be caused by bacterial growth in the shower heads. Consider removing and cleaning the inside of the shower heads with an anti-microbial agent to prevent aerosolizing bacteria from this source.

© Air Allergen & Mold Testing, Inc.

# Studies Relevant to Indoor Air Quality

Concentrating on the indoor environments is particularly important for children, since they can spend as much as 90% of their time indoors.  Exposure to indoor air pollutants can cause health effects ranging from sneezing and coughing to exacerbations of chronic respiratory disorders such as asthma. *American Thoracic Society May 2010*

Three recent, high quality, systematic reviews of the available evidence concluded that the implementation of interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma.  This position has also been taken by the National Institute for Occupational safety and Health (NIOSH), many State governments, Health Canada, and internationally by the World Health Organization*.  Position Statement on Mold and Dampness in the Built Environment by the American Industrial Hygiene Association March 26 2013*

More than 50 epidemiological studies have been performed in different parts of the world. The majority of the studies have found adverse health effects from particulate matter at levels lower than the current federal standard. Particulate air pollution has been associated with increased respiratory illness or chronic respiratory symptoms, asthma aggravation, increased hospital admissions, and premature deaths. *The American Lung Association.*

Researchers pooled data from 26 peer-reviewed papers and one unpublished dataset that analyzed dust samples taken from homes in 14 states. They found 45 potentially toxic chemicals that are used in many consumer and household products. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent called TDCIPP. Exposure to even small amounts of chemicals in combination can lead to an amplified health risk, especially for developing infants or young children. *Milken Institute School of Public Health (Milken Institute SPH) at the George Washington University 2017*. Inexpensive, low-efficiency HVAC filters offer no better particle removal than no filter. *Effectiveness of Air Filters and Air Cleaners in allergic Respiratory Diseases: A review of the Recent Literature by James L. Sublett, National Center for Biological Information July 2011*

Dampness and mold in homes is associated with increases in several adverse health effects including upper respiratory symptoms, cough, wheeze and asthma exacerbation.  *Indoor Air Quality Scientific Findings Resource Bank by the Indoor Environment Group of the Lawrence Berkeley National Laboratory with funding support from the U.S. E.P.A.*

© Air Allergen & Mold Testing, Inc.

Children living in a high ERMI value home at 1 year of age had more than twice the risk of developing asthma by age 7. *Annuals of Allergy, Asthma, & Immunology July, 2012*

Housing deterioration, especially the damage caused by water leaks, is directly linked to the rates of poorly controlled asthma in inner city children.  Remediating water damaged buildings has improved the control of childhood asthma.  After remediation, emergency room visits and hospitalizations were reduced from 22 visits and 11 admissions to 2 visits and one admission.  A reduction in the dosage of medications was possible in all patients and, in some cases, certain medications were taken off following the intervention.  *Journal of Asthma 2012*

Bedrooms with higher levels of particles were linked to more symptoms in the children with asthma. As the concentration of coarse particles got higher, the symptoms increased. Symptoms included coughing, wheezing and chest tightness. This study suggests that finding ways to cut down of the particulate matter in the air may help to reduce the symptoms of children with asthma. *Meredith C. McCormack, MD, MHS, an instructor with Johns Hopkins School of Medicine and researchers from the Center for Childhood Asthma in the Urban Environment, which is a joint center of Johns Hopkins School of Medicine and John Hopkins Bloomberg School of Public Health. August 2009*

Forced air systems with high efficiency filtration were found to provide the best control of asthma triggers: 30-55% lower cat allergen levels, 90-99% lower risk of respiratory infection through the inhalation route of exposure, 90-98% lower environmental tobacco smoke (ETS) levels, and 50-75% lower fungal spore levels than natural ventilation, portable air cleaners and forced air ventilation equipped with conventional filters. *Environmental Health, August 2008.*

Based on these and similar studies, the indoor air quality can be managed or improved through:

1. Proper Filtration using a MERV 10 or similarly rated filter in the HVAC system.

2. Humidity control by eliminating any leaks, removing any damp, moldy or moisture damaged materials, and using a dehumidifier to maintain the indoor humidity near or below 50% at room temperature.

3.  Good Housekeeping including the use of a HEPA filter vacuum to regularly and thoroughly vacuum all carpets and upholstered furniture and wipe hard surfaces with a mild fungicide such as found in many dusting products.

4.  Adding a small amount of fresh air to the cold air plenum of the HVAC system to dilute air borne chemicals and replace any air exhausted by vent fans.

© Air Allergen & Mold Testing, Inc.

# General Information Concerning Mold
## & Other Particulates Identified on our Report

### Mold

It is important to make the distinction between mold and mold spores. Mold is a fungus similar to a plant, while mold spores are similar to the fruit of a plant. When mold is growing, it sends off mold spores to grow more mold, just as plants produce seeds to grow more plants. The spores become airborne and, when inhaled, can cause distress in the respiratory system.

Health symptoms associated with mold spores may include a cough, headaches, asthma and other respiratory discomfort, allergies, sore throat, sinus problems, depression, fatigue, and itchy eyes. The severity of health reactions depends on the type of spore, quantity, growing conditions, and an individual's immune system response. Allergic reactions in airway passages can leave a person more vulnerable to bacteria and viruses.

Some spores contain small amounts of toxins. The concern about toxins varies according to the type of spores, quantity, and growing conditions. When toxins enter the blood stream they can travel to other organs and are believed to be associated with more serious health consequences.

Neither mold nor mold spores smell. The smell normally associated with mold is from the gasses given off when mold metabolizes the materials it is growing on. Therefore, if an odor normally associated with mold is detected, it most likely indicates that mold is growing somewhere nearby. The odor can vary from sweet to pungent, depending on the type of mold, the material it is growing on, and the growing conditions.

Individual reactions to different types and quantities of airborne mold spores vary widely, from inconsequential to life threatening.  As a result, national indoor airborne spore count standards have not yet been agreed upon.  Nevertheless, numerous government sponsored studies here and abroad over the past thirty years have trended toward similar conclusions about mold in the indoor environment.

Air Allergen has reviewed studies from a number of countries, states, and organizations who published guidelines over the past 30 years including the World Health Organization (WHO), Commission of European Communities (CEC), Finland, Germany, Singapore, Brazil, Czech Republic, Portugal, California, and Texas.

Some studies set a numerical guideline based on spore type. A study funded by the EPA called the Environmental Relative Moldiness Index (ERMI) based its health

© Air Allergen & Mold Testing, Inc.

conclusions on whether the home was more or less moldy than average. Other studies concluded that any mold growth in the indoor environment is inappropriate. Still others conclude that interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma without addressing quantity or comparison with averages.

## Particulate

In addition to mold spores, the health of occupants can be affected by particles in the air. Particles can consist of dry solid fragments, solid cores with liquid coatings, and/or small droplets of liquid. Particulate exposure has been associated with increased risk of premature deaths, especially in the elderly and people with pre-existing cardiopulmonary disease. Other studies have linked particulate exposure to reduced lung function and respiratory symptoms in children, including the onset of asthma.

The significance and consequences of particulates in the air depends on the quantity, size, shape, and chemical composition. Angular shaped particulate, such as silica, can have an abrasive effect on the body, while other particulate are shaped more like smooth pebbles. Materials like fiberglass are more difficult for the body's systems to break down and eliminate compared to cellulose and cloth, and therefore can be a greater irritant than those easily eliminated by the body's defense system.

Particulate can also include chemicals. One review of studies from 14 states identified 45 potentially toxic chemicals in the indoor air. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent. The chemicals in second hand smoke are also referred to as particulate in the Surgeon General's report. Exposure to even small amounts of chemicals in combination with other chemicals, bacteria, and mold spores can lead to an amplified health risk.

Particulate are generally divided into three categories based on size; Inhalable, Thoracic, and Respirable. Inhalable means that it can be easily inhaled into the respiratory system. Thoracic particulate can find its way into the small air passages in the lungs. Respirable particulate are particulate that can enter the small air sacs in the lungs where oxygen is exchanged and are defined by the EPA as that particulate having a mid-point size of 2.5 microns.

Respirable particulate includes many chemicals, second hand smoke, and many common mold spores which is the reason that harmful chemicals and toxins associated with mold can enter the blood stream through the lungs.

© Air Allergen & Mold Testing, Inc.

# Skin Fragments

Skin fragments combined with elevated humidity can result in dust mites.  Dust mites are a common trigger for asthma type symptoms. Excess skin fragments are often a sign of diminished filtration. Controlling the humidity and improving the filtration can aid in reducing the possibility of dust mites. Adding dust mite resistant covering to the mattresses and pillowcases can help reduce the possibility of respiratory discomfort from this source. Dust mite covers are readily available from many linen stores or found on line.

# Carpet Dust

Air samples reflect current conditions whereas culturing dust samples can give historical insight to longer term trends that can be helpful in managing the indoor air quality. While dust samples can be taken from any surface, the primary source of dust for analysis is from carpets.  Generally speaking, the higher the number or percentage of colony forming units associated with elevated humidity, the higher the potential health risk for those who are fungal susceptible individuals. Particularly susceptible are young persons whose immune system is not fully developed, older persons whose immune system has grown tired and those whose immune system is compromised by medication or disease.

# Guidelines

Given the body of available information Air Allergen currently refers to the following guidelines when considering the significance of samples taken during an inspection.  *Humidity:* Less than 55% at 70 degrees*.  Spore Trap:* (1), Spore type and percentage profile similar to outdoor air; (2), Total spore count under 2,500 spores per cubic meter, providing that Aspergillus/ Penicillium (high probability allergen) spores are under 500 spores per cubic meter; (3) No spores requiring wet conditions. *Carpet dust analysis:* (1), Total CFU's/gram under 40,000; (2), minimal spore types found on the EPA's Environmental Relative Moldiness Index (ERMI) list; (3), spores associated with elevated humidity less than 10,000 per cubic meter. *Background particulate:* (1) Total particulate count fewer than 100,000/cubic meter; (2), no insulation or glass-like fibers. *Skin Fragments:* 0-25 % of slide.

It should be noted that these are guidelines to be considered in the context of the inspection, indicating where steps can be taken to improve the environment and its effect on the health of the occupants. The farther the results of individual samples are above these guidelines, the more likely health symptoms will occur with the occupants.

© Air Allergen & Mold Testing, Inc.

# References

Barnett, H. H. (1998). <u>Illustrated Genera of Imperfect Fungi</u> (4th ed.). St. Paul, Minnesota: APS Press.

<u>Bioserosols Assessment and Control</u>. (1999). Cincinnati, Ohio: ACGIH.

Brandys, R. B. (2010). <u>International Indoor Air Quality Standards</u> (2nd ed.). Hinsdale, Il, USA: OEHCS,Inc, Publications Division.

Brandys, R. B. (2010). <u>Worldwide Exposure Standards for Mold and Bacteria</u> (8th ed.). Hinsdale, Il, USA: OEHCS,Inc, Publishing Division.

Ellis, M.B. (1971). <u>Dematiaceous Hyphomycetes.</u> Cambridge, Mass. :CABI Publishing.

Klich, M. (2002). <u>Identification of comon Aspergillus species.</u> Ultrecht, Netherlands: Centraalbureau voor Schimmelcultures.

<u>Koneman's Color Atlas and Textbook of Diagnostic Microbiology</u> ( 6th ed.)(2006). Baltimore, Md: Lippincott Williams and Wilkins.

Larone, D. (2002). <u>Medically Important Fungi, A Guide to Identification</u>. (4th ed.). Washington D.C., D C: ASM Press.

Murray, P. B. (1995). <u>Manual of Clinical Microbiology</u> (6th ed.). Washington D.C., D.C.: ASM Press.

Pitt, J. (2000). <u>A Laboratory Guide to Common Penicillium Species.</u> North Ryde, Australia: Food Science Australia.

Samson, R. H. (2002). <u>Introductin to Food and Airborne Fungi</u> (6th ed.). Netherlands: Centraalbureau voor Schimmelcultures.

Smith, E. G. (2000). <u>Sampling and Identifying Allergenic Pollens and Molds</u>. San Antonio, Texas: Blewstone Press.

.Wang, C. A. (1990). <u>Identification Manual for Fungi from Utility Poles in the Eastern United States</u>. Lawrence, Kansas: Allen Press, Inc

Wantanabe, T. (2010). <u>Pictoral Atlas of Soil and See Fungi</u> (3rd ed.). Boca Raton, Fl.: CRC Press.

© Air Allergen & Mold Testing, Inc.

# Sample Analysis
for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

**Air Allergen Mold Testing, Inc.**
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861   Fax   (678) 723-5848

Report Number   23587

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt G104 | Location | Apt V216 |
|---|---|---|---|
| AAMT Nbr | 23587-001 | AAMT Nbr | 23587-002 |
| Sample ID | M07 | Sample ID | M08 |
| SampleType | Swab | SampleType | Swab |
| Background 1 | carbon, soil | Background 1 | soil, arbon |
| . | insulation | . | |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | None Detected | Hyphae | NA |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Aspergillus / Penicillium* | Moderate | ☐ | *Cladosporium sp.* | Moderate | ☑ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt G104 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23587-001 |
| **Date Analyzed** | 09/27/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

AIHA Participant 199873

Report type :

☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

**Relinquished by**
**Time and Date**

Air Allergen #

**Company:** MOYA Environmental LLC
**Contact:** OScar D. MoyA
**Address**
**Address** 266 McReine Rd
**City, State, Zip** LAPLAce LA. 70068
**Phone:** 504. 247.4082
**Email:** OscardmoyA@hotmail.com

**Project** Laguna Run Apartment
7001 Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 9/24/19  10:00AM
Collected by: OScar. D. MoyA

* **Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

* **Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

**Volume** = # minutes x Liters/minute
***Area = in², ft², cm², m², swab

**TAT** = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| MO7 | Outside | SWAB | — | — | 24hr | — | — | left bathroom baseboard (1st fl) |
| MO8 | APT V.214 | SWAB | — | — | 24hr | — | — | BAthroom ceiling (2nd fl) |

Received by
Time and Date
B. Blasingame
7/27/19 8:15 UPS
22582

FEDEX ☐ Drop Off ☐
UPS ☐ Other ☐
USPS ☐

Chain Link
Chain Link Pro
Air Allergen

X

Page 1 of 1

AAMT
Control # D101
Rev.1
9/30/2010

# How To Read Our Reports

| | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism Genus | Organism Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 7 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Peniciliium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.  Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium Chaetomium* | *species globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *EpicoJum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophililic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of <u>asci</u> and spores, and having two distinct reproductive phases, a perfect stage and an <u>imperfect stage</u>. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, <u>mushrooms</u>, and the <u>jelly</u>, <u>rust</u> and <u>smut</u> fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "<u>fruiting structure</u>". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

# 7001 Martin Drive

# Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

**Air Allergen Mold Testing, Inc.**
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

| Company: | Moya Environmental |
|---|---|
| Attention: | Oscar D. Moya |
| Address: | 266 McReine Rd Laplace, LA 70068 |
| Project | 7001 Martin Drive |

| Report Date | 09/17/2019 |
|---|---|
| Date Received | 9/17/2019 |
| Analyzed by | R. Billups |
| Job Number | 23461 |
| DateAmended | |

Report Number   23461

**Direct Exam Microscopic Analysis
by SOP AAMTDX002**

| Location | Apt A101 | Location | |
|---|---|---|---|
| AAMT  Nbr | 23461-001 | AAMT  Nbr | |
| Sample ID | M01 | Sample ID | |
| SampleType | Swab | SampleType | |
| Background 1 | carbon | Background 1 | |
| . | skin scales | . | |
| Dustmites | Absent | Dustmites | |
| Hyphae | NA | Hyphae | |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| Cladosporium sp. | Moderate | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| Company | Air Allergen |
|---|---|
| **Project** | 7001 Martin Drive |
| **Location** | Apt A101 |
| **SampleType** | Swab |
| **AAMT  Nbr** | 23461-001 |
| **Date Analyzed** | 09/17/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports  section.

Richard Billups,  Laboratory Director

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
airallergen@gmail.com
www.mold-testing-lab.com

AIHA Participant 199873

Report type :

Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

**Relinquished by**
**Time and Date**

**Company:** MoyA Environmental LLC
**Contact:** Oscar D. MoyA
**Address:**
**Address:** 266 McReine Rd
**City, State, Zip** LaPlace LA. 700 68
**Phone:** 504. 247. 4088
**Email:** Oscardmoya@hotmail.com

**Project** LAGUNA Run Apartments
7001 Martin Dr.
New orleans, LA. 70126

Date and Time Collected: 9/16/19 10:00AM
Collected by: Oscar D. MoyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| M01 | APT. A101 ─Outside─ | SWAB | ─ | ─ | ─ | ─ | ─ | Living Room vent |
| M02 | APT. C209 | " | ─ | 24hr | ─ | ─ | ─ | BATHRoom Ceiling |
| M03 | APT M210 | " | ─ | " | ─ | ─ | ─ | Kitchen window |
| M04 | APT G103 | " | ─ | " | ─ | ─ | ─ | MASTER bedroom Ceiling |
| M05 | " | " | ─ | " | ─ | ─ | ─ | BAthroom baseboard |

**Air Allergen #** 23401

Relinquished by O.D.M
Received by B. Blasingame
9/17/18 8:08

**Time and Date**

* **Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

* **Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

*** Microscopic Exam

**Volume** = # minutes x Liters/minute
***Area = in², ft², cm², m², m³, swab

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

FEDEX ─ Drop Off
UPS ─ Other
Chain Link
Chain Link Pro
Air Allergen USPS

Page 1 of 1

Page ___ i ___ of ___ ( ___

AAMT
Control # D101
Rev.1
9/30/2010

✳ seperate Result PAGE for each apartment

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

AIHA Participant 199873

Report type :

☒ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

**Relinquished by** Time and Date

**\*\*Volume** = # minutes x Liters/minute
**\*\*\*Area** = in², ft², cm², m², m³, swab

Company: MoyA Environmental LLC
Contact: Oscar D. MoyA
Address: 266 McReine Rd
Address:
City, State, Zip LAplace LA. 70068
Phone: 504 247.4088
Email: OscarAmoya@hotmail.com

Project: LAGUNA Run APARTMENTS
7001 Martin Dr
New Orleans, LA 70126

Date and Time Collected: 9/16/19 10:00AM
Collected by: Oscar D. MoyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| | — Outside— | | | | | | | |
| M01 | APT A101 | SWAB | - | - | 24hr | - | - | Living Room vent |
| M02 | APT G209 | " | - | - | " | - | - | BATHRoom Ceiling |
| M03 | APT M210 | " | - | - | " | - | - | Kitchen window |
| M04 | APT G103 | " | - | - | " | - | - | Master bedroom Ceiling |
| M05 | " | " | - | - | " | - | - | BAThroom baseboard |

**\* Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.

**\* Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

**\* Microscopic Exam**
Tape, Swab, Bulk (Specify)(Qualitative only)

**TAT**= Up to 3 hours; Same Day; Next Day; 2-5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

**Relinquished by** Time and Date
O.D. Moy
Air Allergen # 23400

**Received by** Time and Date
B.Basinagm
4/17/19 9:00

☒ FEDEX  ☐ Drop Off
☐ UPS  ☐ Other
☐ USPS

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

Page ___ ___ of ___

Page 1 of 1

AAMT
Control # D101
Rev 1
9/30/2010

*seperate Result page for each apartment*



# How To Read Our Reports

| | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
|---|---|
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                         ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important.  High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly.  The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter.  The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room.  High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air.  As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers**  If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant.  The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number.  Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed.  If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

## FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.  Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board.  Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporum species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoicum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophililc, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis.  Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| **Genus** | **Species** | | | **Spore Type** | **Indicator** | **Produced** | **Type** | **Combination with** |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 16

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites.  The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage.  Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi).  Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed.  Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises.  Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
# for

# 7001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861    Fax    (678) 723-5848

Report Number  23627

Project  7001 Martin Dr

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt A102 | | Location | Apt D103 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-001 | | AAMT Nbr | 23627-002 | |
| Sample ID | M09 | | Sample ID | M10 | |
| SampleType | Swab | | SampleType | Swab | |
| Background 1 | Insulation | | Background 1 | Soil | |
| . | Soil | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | Predominant | ☑ | Stachybotrys | Predominant | ☑ |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| Cladosporium | Predominant | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be
Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Air Allergen Mold Testing, Inc.**
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

Report Number  23627

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J103 | | Location | Apt J216 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-003 | | AAMT Nbr | 23627-004 | |
| Sample ID | M11 | | Sample ID | M12 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None | | Background 1 | None | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | > 90 % | ☑ | Cladosporium | > 90 % | ☑ |
| | | ☐ | Ulocladium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be
Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

## Direct Exam Microscopic Analysis
by SOP AAMTDX002

| Location | Apt K209 | Location | Apt T218 |
|---|---|---|---|
| AAMT Nbr | 23627-005 | AAMT Nbr | 23627-006 |
| Sample ID | M13 | Sample ID | M14 |
| SampleType | Tape | SampleType | Tape |
| Background 1 | None | Background 1 | Soil |
| . | | . | Carbon |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | Moderate | Hyphae | Moderate |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| Cladosporium | > 90 % | ☑ | *Penicillium sp.* | > 90 % | ☑ |
| Ulocladium | Predominant | ☐ | Cladosporium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| | |
|---|---|
| **Company** | Air Allergen |
| **Project** | 7001 Martin Dr |
| **Location** | Apt J103 |
| **SampleType** | Tape |
| **AAMT Nbr** | 23627-003 |
| **Date Analyzed** | 10/02/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ab.com
airallergen@gmail.com

| Company: | MaYA Environmental LLC |
|---|---|
| Contact: | Oscar D. MaYA |
| Address | 266 McReine Rd |
| Address | |
| City, State, Zip | Laplace, LA 70068 |
| Phone: | 504. 247. 4082 |
| Email: | oscardmaya@hotmail.com |

**Project**
Laguna Run Apartments
7001 Martin Drive
New Orleans, CA 70126

Date and Time Collected: 9/27/19    9:30 AM
Collected by: Oscar D. MaYA

| Sample ID / Serial # | Location | Test Type* | Volume** / | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| M09 | Outside | SWAB | - | 24 hr | - | - | - | AC unit closet |
| M16 | APT A102 | 4 | - | 24 hr | - | - | - | Hallway ceiling |
| M11 | APT D103 | TAPE | - | 24 hr | - | - | - | Master bedroom closet |
| M12 | APT J163 | | - | 24 hr | - | - | - | 2nd floor Room A vent |
| M13 | APT K209 | | - | 24 hr | - | - | - | 1st floor living Room vent |
| M14 | APT T218 | ↓ | - | 24 hr | - | - | - | 2nd floor Bathroom ceiling |
| | | | | | | | | |
| | | | | | | | | |

\*\***Volume** = # minutes x Liters/minute
\*\*\***Area** = in.², ft.², cm.², m.², m².³, swab

\* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

\* Fungi Culture
Air, Bulk, Paint, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| | | |
|---|---|---|
| Relinquished by | | Received by |
| Time and Date | | Time and Date |
| O.D.M. | Air Allergen # | P. Blasingame 2:36:27 |
| | | 10/1/19   3:00 |

Report type

☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

☐ FEDEX    ☐ UPS    ☐ Drop Off
☐ USPS    ☐ Other

Page ___ 1 ___ of ___ 1 ___

AIHA Participant 199873

Page 1 of 1

MMT
Control # D101
Rev.1
9/30/2010

Page 6 of 17

# How To Read Our Reports



| | | | |
|---|---|---|---|
| Volume (L) | 75 | | |
| Particulate | soil | | |
| Fibrous Particulate | insulation | | |
| | | | |
| Skin Fragments % | 26-50 | | |
| Background / m³ | 126,853 | | |
| Hyphae / m³ | 1067 | | |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| **Genus** | **Species** | | | | | | | |
| Acremonium | species | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium |
| Alternaria Alternaria | alternata sp. | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium |
| Arthrinium | species | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | Chaetomium globosum, Eurotium species - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | Basidiospores (if outside), not generally recovered on laboratory media. |
| Aspergillus | flavus | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus sp, Penicillium sp. |
| Aspergillus (Neosartorya) | fumigatus (fischeri) | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |
| Aspergillus | brasiliensis / niger | food, indoor air | | BOTH | YES | YES | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | ochraceus | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.    Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on labotatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium Chaetomium* | *species globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachyobtrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoccum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophlilic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 17

| Organism Genus | Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Actinomycetes | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
|---|---|
| Aspergillosis | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| Ascomycetes (ascospores) | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| Basidiomycetes (basidiospores) | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| Chromoblastomycosis | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| Conidiophore | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises.  Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

## 7001 Martin Drive

## Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

Company: Moya Environmental
Attention: Oscar D. Moya
Address: 266 McReine Rd Laplace, LA
70068

Project: 7001 Martin Drive

Report Date 09/17/2019
Date Received 9/17/2019
Analyzed by R. Billups
Job Number 23463
DateAmended

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23463

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt M210 | Location | |
|---|---|---|---|
| AAMT Nbr | 23463-001 | AAMT Nbr | |
| Sample ID | M03 | Sample ID | |
| SampleType | Swab | SampleType | |
| Background 1 | soil | Background 1 | |
| . | | . | |
| Dustmites | Absent | Dustmites | |
| Hyphae | Rare | Hyphae | |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Aspergillus / Penicillium* | Rare | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



*Aspergillus / Penicillium*

| | |
|---|---|
| **Company** | Air Allergen |
| **Project** | 7001 Martin Drive |
| **Location** | Apt M210 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23463-001 |
| **Date Analyzed** | 09/17/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853

airallergen@mold-testing-lab.com
www.mold-testing-lab.com

| Company: | MoyA Environmental LLC |
| Contact: | Oscar D. MoyA |
| Address | 266 McReine Rd |
| Address | |
| City, State, Zip | LAplace, LA. 70068 |
| Phone: | 504-247-4082 |
| Email: | Oscardmoya@hotmail.com |

**Project** LAGUNA Run Apartments
7001 Martin Dr
New Orleans, LA 70126

Date and Time Collected: 9/16/19 10:00AM
Collected by: Oscar D. MoyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M01 | —Outside— | SWAB | ' / ' | 24hr | ' | ' | living Room vent |
| M02 | APT A101 | ' | ' / ' | ' | ' | ' | BATHROOM Ceiling |
| M03 | APT G 209 | ' | ' / ' | ' | ' | ' | Kitchen window |
| M04 | APT M 210 | ' | ' / ' | ' | ' | ' | master bedroom Ceiling |
| M05 | APT G 103 | ' | ' / ' | ' | ' | ' | BAthroom baseboard |

**Report type :**

☑ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

AIHA Participant 193873

**Relinquished by**
Time and Date

Air Allergen # 23463

D. MoyA

**Received by**
Time and Date

B. Blas 9/11/19 9:00

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

**Volume** = # minutes x Liters/minute

**Area** = in², ft², cm², m², m³, swab

* **Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.

* **Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)
Tape, Swab, Bulk (Specify)(Qualitative only)

**TAT** = Up to 3 hours; Same Day; Next Day; 2-5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

☐ FEDEX   ☐ Drop Off
☐ USPS    ☐ Other

Page ___ 1 ___ of ___

Separate Result PAGE for each apartment

Page 1 of 1

AAMT
Control # D101
Rev.1
9/30/2010

Page 4 of 15



# How To Read Our Reports

|  | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
|  | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
|---|---|
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|:---:|:---:|:---:|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism Genus | Organism Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 7 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.       Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium*  *Chaetomium* | *species*  *globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria, Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicooum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophillic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev 0
3/10/2010

Page 9 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Pericona* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 15

| Organism Genus | Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 15

**GLOSSARY**

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are <u>fungi</u> which do not fit into the commonly established <u>taxonomic</u> classifications of fungi that are based on <u>biological species concepts</u> or morphological characteristics of sexual structures because their sexual form of <u>reproduction</u> has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi.  Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises.  Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

# 7001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

Report Number   23821

**Report Date** 10/22/2019
**Date Received** 10/21/2019
**Analyzed by** R. Billups
**Job Number** 23821
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J210 | | Location | Apt J211 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23821-001 | | AAMT Nbr | 23821-002 | |
| Sample ID | M16 | | Sample ID | M17 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None Detected | | Background 1 | carbon | |
| . | | | . | soil | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | NA | | Hyphae | NA | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Cladosporium sp.* | > 90 % | ☑ | *Cladosporium sp.* | Rare | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861    Fax   (678) 723-5848

Report Number  23821

**Report Date** 10/22/2019
**Date Received** 10/21/2019
**Analyzed by** R. Billups
**Job Number** 23821
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J209 | | Location | | |
|---|---|---|---|---|---|
| AAMT  Nbr | 23821-003 | | AAMT  Nbr | | |
| Sample ID | M18 | | Sample ID | | |
| SampleType | Tape | | SampleType | | |
| Background 1 | carbon | | Background 1 | | |
| . | soil | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | NA | | Hyphae | | |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Cladosporium sp.* | Moderate | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt J210 |
| **SampleType** | Tape |
| **AAMT  Nbr** | 23821-001 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal
Organisms Description page.
Background particle information can be found on the How to Read Our
Reports section.

Richard Billups,  Laboratory Director

Air Allergen & Mold Testing
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing.com
airallergen@gmail.com

Project: Laguna Run Apartments
7001 Martin D.
New Orleans, LA. 70126

Company: Moya Environmental LLC
Contact: Oscar P Moya
Address: 266 McDenis Rd
City, State, Zip: SM LaPlace, LA. 70068
Phone: 504 247 4892
Email: Oscardmoya@hotmail.com

Date and Time Collected: 10/10/19 10:00am
Collected by: Oscar P moya

| Sample ID / Serial # | Location | Test Type* | Volume** / | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| M16 | APT 7210 Outside | TAPE | - | 24hr | - | - | - | 2nd Fl Master bedroom Vent |
| M17 | APT 7211 | " | - | - | - | - | - | kitchen Vent |
| M18 | APT 7209 | " | - | - | - | - | - | 2nd floor bedroom M Vent |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* Microscopic Exam
Spore Trap • AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

** Volume = # minutes x Liters/minute

*** Area = in², ft², cm², m², m², swab

* Fungi Culture
Air, Bulk, Dust, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only.)
(Same day must be at lab by 2:00 PM ET)

Relinquished by
Time and Date

[signature] O. Moya
10/10/19

Air Allergen #

Received by
Time and Date

[signature] B.Blasingame mc
10/21/19 1:38

2.382

Report type:

☐ Lab Only Basic
☐ Lab Only Extensc
☐ Lab Only Ext. w/Remediation

☐ Char Link
☐ Char Link Pro
☐ Air Allergen

☐ FEDEX
☐ UPS
☐ USPS

☐ Drop Off
☐ Other

Page 1 of 1

AIHA Participant: 199873

Page 1 of 1

AAMT
Control # D1C1
Rev 1
9/30/2010

# How To Read Our Reports



| | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important.  High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly.  The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter.  The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room.  High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air.  As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers**  If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant.  The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number.  Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed.  If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| Acremonium | species | soil, dead leaves, carpet, gypsum board | generally recovered in large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium |
| Alternaria Alternaria | alternata sp. | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium |
| Arthrinium | species | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | Chaetomium globosum, Eurotium species - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | Basidiospores (if outside), not generally recovered on laboratory media. |
| Aspergillus | flavus | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus sp, Penicillium sp. |
| Aspergillus (Neosartorya) | fumigatus (fischeri) | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |
| Aspergillus | brasiliensis / niger | food, indoor air | | BOTH | YES | YES | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | ochraceus | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| Aspergillus | species | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | Penicillium |
| Aspergillus | sydowii | soil, food, leather | | BOTH | YES | NO | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | ustus | food, indoor environment | | BOTH | YES | NO | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | versicolor | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts |
| Aureobasidium | pullulans | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.       Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| Bispora | sp. | soil, wood | | OUTSIDE | NO | NO | NA | Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium |
| Chrysonilia | Species | soil | also known as Neurospora | BOTH | NO | NO | NA | NA |
| Chaetomium Chaetomium | species globosum | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporum species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoocum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophililic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 16

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM    844-263-6103 . 770-938-4861

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861    Fax    (678) 723-5848

Report Number  23821

Report Date 10/22/2019
Date Received 10/21/2019
Analyzed by R. Billups
Job Number  23821
DateAmended

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J210 | | Location | Apt J211 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23821-001 | | AAMT Nbr | 23821-002 | |
| Sample ID | M16 | | Sample ID | M17 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None Detected | | Background 1 | carbon | |
| . | | | . | soil | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | NA | | Hyphae | NA | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Cladosporium sp.* | > 90 % | ☑ | *Cladosporium sp.* | Rare | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23821

Project 7001 Martin Dr

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J209 | | Location | | |
|---|---|---|---|---|---|
| AAMT Nbr | 23821-003 | | AAMT Nbr | | |
| Sample ID | M18 | | Sample ID | | |
| SampleType | Tape | | SampleType | | |
| Background 1 | carbon | | Background 1 | | |
| . | soil | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | NA | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Cladosporium sp. | Moderate | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873 PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
| **Project** | 7001 Martin Dr |
| **Location** | Apt J210 |
| **SampleType** | Tape |
| **AAMT  Nbr** | 23821-001 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups,  Laboratory Director

# CHAIN OF CUSTODY

Air Allergen & Mold Testing
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing.com
airallergen@gmail.com

Company: MOYA Environmental LLC
Contact: Oscar D Moya
Address: 266 Mc Deuse Rd
City, State, Zip: 504 247 4692 LA. 70068
Phone: 504 247 4692
Email: Oscardmoya@hotmail.com

Project: Laguna Run Apartments
7001 Martin D.
New Orleans, LA. 70126

Date and Time Collected: 10/10/19 10:00AM
Collected by: Oscar D moya

| Sample ID / Serial # | Location | Test Type* | Volume** / | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| M16 | Outside | TAPE | - | 24hr | - | - | - | 2nd fl. Master bedrm on Vent |
| M17 | APT 7210 | " | - | " | " | " | " | kitchen Vent |
| M18 | APT 7211 | " | - | " | " | " | " | 2nd floor bedroom M vent |
| | APT 7209 | " | | | | | | |

* Microscopic Exam
  Air, Bulk, Dust, Swab (specify to genus or species level)
  Spore Trap • AOC, Allergenco, Micro 5, etc.
  Tape, Swab, Bulk (Specify) (Qualitative only)

** Volume = # minutes x Liters/minute

*** Area = in², ft², cm², m², m² swab

† Fungi Culture

TAT = Up to 3 hours, Same Day, Next Day 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Relinquished by
Time and Date
[signature] O. Moya
10/10/19

Air Allergen #

Received by
Time and Date
B. Blasinga mc
10/21/19

Report type:
☐ Lab Only Basic
☐ Lab Only Extensoc
☐ Lab Only Ext. w/Remediation

☐ Char Link
☐ Char Link Pro
☐ Air Allergen

☐ FEDEX
☐ UPS
☐ USPS

☐ Drop Off
☐ Other

Page 1 of 1

AIHA Participant: 199873

AAMT
Control # D1C1
Rev 1
9/30/2010

# How To Read Our Reports



| | Volume (L) | 75 | |
|---|---|---|---|
| | Particulate | soil | |
| | Fibrous Particulate | insulation | |

Amount of air sampled out of 1000 liters

| | Skin Fragments % | 26-50 |
|---|---|---|
| | Background / m³ | 126,853 |
| | Hyphae / m³ | 1067 |

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

Limit of Detection @ 600x    44

Limit of Detection @ 300x    13

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                              ,

| Predominantly Outside | | Inside / Outside | | Water Related |

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

**FUNGAL ORGANISM DESCRIPTIONS**

| Organism Genus | Organism Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered in large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| Aspergillus | species | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | Penicillium |
| Aspergillus | sydowii | soil, food, leather | | BOTH | YES | NO | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | ustus | food, indoor environment | | BOTH | YES | NO | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | versicolor | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts |
| Aureobasidium | pullulans | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.      Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| Bispora | sp. | soil, wood | | OUTSIDE | NO | NO | NA | Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium |
| Chrysonilia | Species | soil | also known as Neurospora | BOTH | NO | NO | NA | NA |
| Chaetomium Chaetomium | species globosum | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses.  Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicooum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophlilic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis.   Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites.  The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage.  Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi).  Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed.  Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises.  Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
# for

# 70001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM        844-263-6103 . 770-938-4861

| Company: | Moya Environmental |
| Attention: | Oscar Moya |
| Address: | 266 McReine Rd Laplace, LA 70068 |

**Air Allergen Mold Testing, Inc.**
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone    (770) 938-4861    Fax    (678) 723-5848

Report Number   24258

| Report Date | 12/10/2019 |
| Date Received | 12/9/2019 |
| Analyzed by | B. Rao |
| Job Number | 24258 |
| DateAmended | |

**Project**  70001 Martin Dr

**Direct Exam Microscopic Analysis**
**by SOP AAMTDX002**

| Location | Apt Q110 | Location | |
|---|---|---|---|
| AAMT  Nbr | 24258-001 | AAMT  Nbr | |
| Sample ID | M26 | Sample ID | |
| SampleType | Swab | SampleType | |
| Background 1 | None detected | Background 1 | |
| . | | . | |
| Dustmites | Absent | Dustmites | |
| Hyphae | Moderate | Hyphae | |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Stachybotrys sp.* | Moderate | ☐ | | | ☐ |
| *Aspergillus / Penicillium* | Moderate | ☐ | | | ☐ |
| *Aspergillus sp.* | Rare | ☑ | | | ☐ |
| Basidiospores | Rare | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



*Stachybotrys sp.*

*Aspergillus/Penicillium*

400X

24258-001

20µm
40X
2019-12-10 11:15:19

| | |
|---|---|
| **Company** | Air Allergen |
| **Project** | 70001 Martin Dr |
| **Location** | Apt Q110 |
| **SampleType** | Swab |
| **AAMT Nbr** | 24258-001 |
| **Date Analyzed** | 12/10/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-test-mo-lab.com
airallergen@gmail.com

| Company: | MoyA Environmental TECH LLC |
| Contact: | Oscar D. MoyA |
| Address | |
| Address | 266 McRenis Rd |
| City, State, Zip | LAplace LA. 70068 |
| Phone: | 504.247.4083 |
| Email: | Oscar D MoyA @ hotmail. com |

**Project** | Laguna Run Apartments
7000 Martin Dr.
New Orleans, LA 70126

Date and Time Collected: 1/22/19 11:00 AM
Collected by: OScAr D. MoyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M 26 | APT Q110 Outside | SWAB | ι | 24hr | ι | ι | mAstic bedroom closet ceiling |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Microscopic Exam
Spore Trap * AOC, Allergenco, Micro 5, etc.
Tape: Swab: Bulk (Specify/Qualitative only)

*Fungi Culture
Air, Bulk, Dust, Swab (spec-fy to genus or species level)

**Volume = # minutes x Liters/minute
***Area = in², ft², cm², m², m², swab

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Relinquished by
Time and Date
[signature] D.M.

Received by
Time and Date
[signature] B/B/05:00am
Air Allergen # 24258

Report type : [checkbox]
Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

Air Allergen # _____

[checkboxes]
Chain Link
Chain Link Pro
Air Allergen

FEDEX
UPS
USPS
Drop Off
Other

Page 1 of 1

AIHA Participant 199973

Page 1 of 1

A04IT
Control #D101
Rev.1
9/30/2010



# How To Read Our Reports

Number of liters of air taken for this sample.

The percentage of slide coverage from skin fragments.

The number of particles per cubic meter of air.

The parts of the mold structure in the sample.

The numbers in this column indicate how many spores the analyst counted (raw count) in the air sample.

Percent of the total spores present per cubic meter

Total number of spores per cubic meter of air in the sample for that spore type.

Total spores in this sample per 1 cubic meter of air.

Each spore counted by the analyst represents this many spores in 1 cubic meter, at the specified magnification

| ABL Test # | |
| --- | --- |
| Customer Sample # | |
| Spore Trap Serial # | |
| **Location** | |
| Volume (L) | 75 |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

| | Spore Name | Raw Count | Spores/m³ | % Total |
| --- | --- | --- | --- | --- |
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | | | | |
| | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Damage | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | | | | |
| | **Total** | 547 | 22,690 | 100 |

Please see attached sheet for additional information and important notes.

| | |
| --- | --- |
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

© Air Allergen & Mold Testing, Inc.

# About Our Reports

1. The major groups of spores are separated into three groups: Predominately Outdoor; Likely to be found both Outdoors and Indoors; and Water Damage Spores, which are those spores that require near wet conditions to grow.
2. High levels of *Aspergillus / Penicillium,* and any level of the Water Damage organisms should be of concern.
3. The Outside sample is used to verify that the sampling equipment is operating correctly and as a comparison to the spores recovered inside.
4. The background is represented as particles per cubic meter. High levels of particles are an indicator of poor filtration and poor air quality.
5. Skin fragments are common in the indoor air. As the % of fragments rise, the more chance of poor circulation, overcrowding, or inadequate filtration.
6. Particles and Fibers identify the kind of background particulate.
7. Hyphae are analogous to the stem and other parts of a plant. Elevated hyphae indicate mold growth in the sampled area.
8. Information about the potential health consequences of the individual spore types can be found on the internet.
9. The Limit of Detection is the number of spores per cubic meter per spore counted by the analyst at that magnification.
10. The photograph following each sample type is taken at a representative point of one of the samples so that you can see what the analyst sees.

© Air Allergen & Mold Testing, Inc.

# Interpreting the Report

These pie charts are provided to compare your results with the results from more than five thousand other properties, primarily in the Southeast U.S.



**Indoor Spore Counts**

> 10K/m3 24%

5K to 10K/m3 11%

2.5K to 5K/m3 14%

Less than 2,500/m3 51%

This pie chart shows the total indoor spore counts from samples taken at the other properties divided into four ranges. The median spore count is approximately 2,500 spores per cubic meter, most of which are outdoor spores like Basidiospores or Ascospores. The sample should contain no more than 500 Aspergillus/ Penicillium spores per cubic meter.

Outdoor spores that find their way indoors can be reduced by the filter in the HVAC system but require a minimum of a MERV 8 rated filter (or equivalent) for removal.

Elevated Aspergillus/Penicillium spores are often used as an indication of mold growth indoors and can be the source of the musty smell associated with mold.



**Quantity of Aspergillus/Penicillium Spores in the Indoor Air of Houses**

> 50 K 7%

10 K - 50 K 10 %

2 K - 10 K 10 %

500 - 2 K 24%

< 500 49%

© Air Allergen & Mold Testing, Inc.

Many people are sensitive to Aspergillus and Penicillium spores as an allergen, particularly the very young whose immune system is not fully developed, an older person whose immune system has grown tired, and those whose immune system is compromised by medication or disease. Some species of Aspergillus/Penicillium produce mycotoxins.

Elevated levels of Aspergillus and Penicillium are most often associated with elevated humidity and it is possible that the Aspergillus/Penicillium spore count will increase with the seasonal increases in humidity.

Cladosporium is the most common spore in HVAC systems and is often found on window and other surfaces affected by condensation. Cladosporium is

© Air Allergen & Mold Testing, Inc.

generally believed to have a low potential to produce mycotoxins, but it can cause allergic reactions. Asthmatics and people who are immune-compromised should be especially wary of elevated levels of Cladosporium.

Water damage spores are associated with serious health concerns. For that reason, even small amounts are noted to encourage identification and elimination of all sources of high moisture or water intrusion.



Dust analysis gives historical insight into intermittent events that can be helpful in managing the indoor air quality.

The Environmental Relative Moldiness Index (ERMI), which indicates whether a home is more or less moldy than average, is based on carpet dust. Studies show that health symptoms increase in homes where the quantity of spores in the carpet are higher than average.

Elevated background particulate can result in respiratory discomfort similar to allergy symptoms.

Background particulate is removed by the filter in the HVAC system and can be reduced by improved filtration through the use of a higher rated filter and/or by operating the HVAC system fan in the ON position rather than AUTO. Air Allergen suggests a minimum of a MERV 10 filter to remove background particulate.



In some cases when the occupants are experiencing health symptoms, the symptoms are agravated by the use of chemicals. If pest control, odor control, cleaning, remediation or other chemicals have been used in the home, consider reviewing the health warnings associated with the ingredients to determine whether the chemicals are contributing to any reported symptoms.

Health symptoms can also be caused by bacterial growth in the shower heads. Consider removing and cleaning the inside of the shower heads with an anti-microbial agent to prevent aerosolizing bacteria from this source.

© Air Allergen & Mold Testing, Inc.

# Studies Relevant to Indoor Air Quality

Concentrating on the indoor environments is particularly important for children, since they can spend as much as 90% of their time indoors. Exposure to indoor air pollutants can cause health effects ranging from sneezing and coughing to exacerbations of chronic respiratory disorders such as asthma. *American Thoracic Society May 2010*

Three recent, high quality, systematic reviews of the available evidence concluded that the implementation of interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma. This position has also been taken by the National Institute for Occupational safety and Health (NIOSH), many State governments, Health Canada, and internationally by the World Health Organization. *Position Statement on Mold and Dampness in the Built Environment by the American Industrial Hygiene Association March 26 2013*

More than 50 epidemiological studies have been performed in different parts of the world. The majority of the studies have found adverse health effects from particulate matter at levels lower than the current federal standard. Particulate air pollution has been associated with increased respiratory illness or chronic respiratory symptoms, asthma aggravation, increased hospital admissions, and premature deaths. *The American Lung Association.*

Researchers pooled data from 26 peer-reviewed papers and one unpublished dataset that analyzed dust samples taken from homes in 14 states. They found 45 potentially toxic chemicals that are used in many consumer and household products. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent called TDCIPP. Exposure to even small amounts of chemicals in combination can lead to an amplified health risk, especially for developing infants or young children. *Milken Institute School of Public Health (Milken Institute SPH) at the George Washington University 2017*. Inexpensive, low-efficiency HVAC filters offer no better particle removal than no filter. *Effectiveness of Air Filters and Air Cleaners in allergic Respiratory Diseases: A review of the Recent Literature by James L. Sublett, National Center for Biological Information July 2011*

Dampness and mold in homes is associated with increases in several adverse health effects including upper respiratory symptoms, cough, wheeze and asthma exacerbation. *Indoor Air Quality Scientific Findings Resource Bank by the Indoor Environment Group of the Lawrence Berkeley National Laboratory with funding support from the U.S. E.P.A.*

© Air Allergen & Mold Testing, Inc.

Children living in a high ERMI value home at 1 year of age had more than twice the risk of developing asthma by age 7. *Annuals of Allergy, Asthma, & Immunology July, 2012*

Housing deterioration, especially the damage caused by water leaks, is directly linked to the rates of poorly controlled asthma in inner city children.  Remediating water damaged buildings has improved the control of childhood asthma.  After remediation, emergency room visits and hospitalizations were reduced from 22 visits and 11 admissions to 2 visits and one admission.  A reduction in the dosage of medications was possible in all patients and, in some cases, certain medications were taken off following the intervention.  *Journal of Asthma 2012*

Bedrooms with higher levels of particles were linked to more symptoms in the children with asthma. As the concentration of coarse particles got higher, the symptoms increased. Symptoms included coughing, wheezing and chest tightness. This study suggests that finding ways to cut down of the particulate matter in the air may help to reduce the symptoms of children with asthma. *Meredith C. McCormack, MD, MHS, an instructor with Johns Hopkins School of Medicine and researchers from the Center for Childhood Asthma in the Urban Environment, which is a joint center of Johns Hopkins School of Medicine and John Hopkins Bloomberg School of Public Health. August 2009*

Forced air systems with high efficiency filtration were found to provide the best control of asthma triggers: 30-55% lower cat allergen levels, 90-99% lower risk of respiratory infection through the inhalation route of exposure, 90-98% lower environmental tobacco smoke (ETS) levels, and 50-75% lower fungal spore levels than natural ventilation, portable air cleaners and forced air ventilation equipped with conventional filters. *Environmental Health, August 2008.*

Based on these and similar studies, the indoor air quality can be managed or improved through:

1. Proper Filtration using a MERV 10 or similarly rated filter in the HVAC system.

2. Humidity control by eliminating any leaks, removing any damp, moldy or moisture damaged materials, and using a dehumidifier to maintain the indoor humidity near or below 50% at room temperature.

3.  Good Housekeeping including the use of a HEPA filter vacuum to regularly and thoroughly vacuum all carpets and upholstered furniture and wipe hard surfaces with a mild fungicide such as found in many dusting products.

4.  Adding a small amount of fresh air to the cold air plenum of the HVAC system to dilute air borne chemicals and replace any air exhausted by vent fans.

© Air Allergen & Mold Testing, Inc.

# General Information Concerning Mold
## & Other Particulates Identified on our Report

### Mold

It is important to make the distinction between mold and mold spores. Mold is a fungus similar to a plant, while mold spores are similar to the fruit of a plant. When mold is growing, it sends off mold spores to grow more mold, just as plants produce seeds to grow more plants. The spores become airborne and, when inhaled, can cause distress in the respiratory system.

Health symptoms associated with mold spores may include a cough, headaches, asthma and other respiratory discomfort, allergies, sore throat, sinus problems, depression, fatigue, and itchy eyes. The severity of health reactions depends on the type of spore, quantity, growing conditions, and an individual's immune system response. Allergic reactions in airway passages can leave a person more vulnerable to bacteria and viruses.

Some spores contain small amounts of toxins. The concern about toxins varies according to the type of spores, quantity, and growing conditions. When toxins enter the blood stream they can travel to other organs and are believed to be associated with more serious health consequences.

Neither mold nor mold spores smell. The smell normally associated with mold is from the gasses given off when mold metabolizes the materials it is growing on. Therefore, if an odor normally associated with mold is detected, it most likely indicates that mold is growing somewhere nearby. The odor can vary from sweet to pungent, depending on the type of mold, the material it is growing on, and the growing conditions.

Individual reactions to different types and quantities of airborne mold spores vary widely, from inconsequential to life threatening.  As a result, national indoor airborne spore count standards have not yet been agreed upon.  Nevertheless, numerous government sponsored studies here and abroad over the past thirty years have trended toward similar conclusions about mold in the indoor environment.

Air Allergen has reviewed studies from a number of countries, states, and organizations who published guidelines over the past 30 years including the World Health Organization (WHO), Commission of European Communities (CEC), Finland, Germany, Singapore, Brazil, Czech Republic, Portugal, California, and Texas.

Some studies set a numerical guideline based on spore type. A study funded by the EPA called the Environmental Relative Moldiness Index (ERMI) based its health

© Air Allergen & Mold Testing, Inc.

conclusions on whether the home was more or less moldy than average.  Other studies concluded that any mold growth in the indoor environment is inappropriate. Still others conclude that interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma without addressing quantity or comparison with averages.

## Particulate

In addition to mold spores, the health of occupants can be affected by particles in the air.  Particles can consist of dry solid fragments, solid cores with liquid coatings, and/or small droplets of liquid.  Particulate exposure has been associated with increased risk of premature deaths, especially in the elderly and people with pre-existing cardiopulmonary disease.  Other studies have linked particulate exposure to reduced lung function and respiratory symptoms in children, including the onset of asthma.

The significance and consequences of particulates in the air depends on the quantity, size, shape, and chemical composition. Angular shaped particulate, such as silica, can have an abrasive effect on the body, while other particulate are shaped more like smooth pebbles.  Materials like fiberglass are more difficult for the body's systems to break down and eliminate compared to cellulose and cloth, and therefore can be a greater irritant than those easily eliminated by the body's defense system.

Particulate can also include chemicals.  One review of studies from 14 states identified 45 potentially toxic chemicals in the indoor air. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent. The chemicals in second hand smoke are also referred to as particulate in the Surgeon General's report. Exposure to even small amounts of chemicals in combination with other chemicals, bacteria, and mold spores can lead to an amplified health risk.

Particulate are generally divided into three categories based on size; Inhalable, Thoracic, and Respirable. Inhalable means that it can be easily inhaled into the respiratory system.  Thoracic particulate can find its way into the small air passages in the lungs.  Respirable particulate are particulate that can enter the small air sacs in the lungs where oxygen is exchanged and are defined by the EPA as that particulate having a mid-point size of 2.5 microns.

Respirable particulate includes many chemicals, second hand smoke, and many common mold spores which is the reason that harmful chemicals and toxins associated with mold can enter the blood stream through the lungs.

© Air Allergen & Mold Testing, Inc.

## Skin Fragments

Skin fragments combined with elevated humidity can result in dust mites.  Dust mites are a common trigger for asthma type symptoms. Excess skin fragments are often a sign of diminished filtration. Controlling the humidity and improving the filtration can aid in reducing the possibility of dust mites. Adding dust mite resistant covering to the mattresses and pillowcases can help reduce the possibility of respiratory discomfort from this source. Dust mite covers are readily available from many linen stores or found on line.

## Carpet Dust

Air samples reflect current conditions whereas culturing dust samples can give historical insight to longer term trends that can be helpful in managing the indoor air quality. While dust samples can be taken from any surface, the primary source of dust for analysis is from carpets.  Generally speaking, the higher the number or percentage of colony forming units associated with elevated humidity, the higher the potential health risk for those who are fungal susceptible individuals. Particularly susceptible are young persons whose immune system is not fully developed, older persons whose immune system has grown tired and those whose immune system is compromised by medication or disease.

## Guidelines

Given the body of available information Air Allergen currently refers to the following guidelines when considering the significance of samples taken during an inspection.  *Humidity:* Less than 55% at 70 degrees*.  Spore Trap:* (1), Spore type and percentage profile similar to outdoor air; (2), Total spore count under 2,500 spores per cubic meter, providing that Aspergillus/ Penicillium (high probability allergen) spores are under 500 spores per cubic meter; (3) No spores requiring wet conditions. *Carpet dust analysis:* (1), Total CFU's/gram under 40,000; (2), minimal spore types found on the EPA's Environmental Relative Moldiness Index (ERMI) list; (3), spores associated with elevated humidity less than 10,000 per cubic meter. *Background particulate:* (1) Total particulate count fewer than 100,000/cubic meter; (2), no insulation or glass-like fibers. *Skin Fragments:* 0-25 % of slide.

It should be noted that these are guidelines to be considered in the context of the inspection, indicating where steps can be taken to improve the environment and its effect on the health of the occupants. The farther the results of individual samples are above these guidelines, the more likely health symptoms will occur with the occupants.

© Air Allergen & Mold Testing, Inc.

# References

Barnett, H. H. (1998). Illustrated Genera of Imperfect Fungi (4th ed.). St. Paul, Minnesota: APS Press.

Bioserosols Assessment and Control. (1999). Cincinnati, Ohio: ACGIH.

Brandys, R. B. (2010). International Indoor Air Quality Standards (2nd ed.). Hinsdale, Il, USA: OEHCS,Inc, Publications Division.

Brandys, R. B. (2010). Worldwide Exposure Standards for Mold and Bacteria (8th ed.). Hinsdale, Il, USA: OEHCS,Inc, Publishing Division.

Ellis, M.B. (1971). Dematiaceous Hyphomycetes. Cambridge, Mass. :CABI Publishing.

Klich, M. (2002). Identification of comon Aspergillus species. Ultrecht, Netherlands: Centraalbureau voor Schimmelcultures.

Koneman's Color Atlas and Textbook of Diagnostic Microbiology ( 6th ed.)(2006). Baltimore, Md: Lippincott Williams and Wilkins.

Larone, D. (2002). Medically Important Fungi, A Guide to Identification. (4th ed.). Washington D.C., D C: ASM Press.

Murray, P. B. (1995). Manual of Clinical Microbiology (6th ed.). Washington D.C., D.C.: ASM Press.

Pitt, J. (2000). A Laboratory Guide to Common Penicillium Species. North Ryde, Austrailia: Food Science Austrailia.

Samson, R. H. (2002). Introductin to Food and Airborne Fungi (6th ed.). Netherlands: Centraalbureau voor Schimmelcultures.

Smith, E. G. (2000). Sampling and Identifying Allergenic Pollens and Molds. San Antonio, Texas: Blewstone Press.

.Wang, C. A. (1990). Identification Manual for Fungi from Utility Poles in the Eastern United States. Lawrence, Kansas: Allen Press, Inc

Wantanabe, T. (2010). Pictoral Atlas of Soil and See Fungi (3rd ed.). Boca Raton, Fl.: CRC Press.

© Air Allergen & Mold Testing, Inc.

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

Report Number  23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt A102 | | Location | Apt D103 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-001 | | AAMT Nbr | 23627-002 | |
| Sample ID | M09 | | Sample ID | M10 | |
| SampleType | Swab | | SampleType | Swab | |
| Background 1 | Insulation | | Background 1 | Soil | |
| . | Soil | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | Predominant | ☑ | Stachybotrys | Predominant | ☑ |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| Cladosporium | Predominant | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be
Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861    Fax    (678) 723-5848

Report Number  23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J103 | | Location | Apt J216 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-003 | | AAMT Nbr | 23627-004 | |
| Sample ID | M11 | | Sample ID | M12 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None | | Background 1 | None | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | > 90 % | ☑ | Cladosporium | > 90 % | ☑ |
| | | ☐ | Ulocladium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861    Fax    (678) 723-5848

Report Number  23627

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt K209 | Location | Apt T218 |
|---|---|---|---|
| AAMT  Nbr | 23627-005 | AAMT  Nbr | 23627-006 |
| Sample ID | M13 | Sample ID | M14 |
| SampleType | Tape | SampleType | Tape |
| Background 1 | None | Background 1 | Soil |
| . | | . | Carbon |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | Moderate | Hyphae | Moderate |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| Cladosporium | > 90 % | ☑ | *Penicillium sp.* | > 90 % | ☑ |
| Ulocladium | Predominant | ☐ | Cladosporium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt J103 |
| **SampleType** | Tape |
| **AAMT  Nbr** | 23627-003 |
| **Date Analyzed** | 10/02/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports  section.

Richard Billups,  Laboratory Director

Air Allergen & Mold Testing
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ga.com
airallergen@gmail.com

| | |
|---|---|
| Company: | MayA Environmental LLC |
| Contact: | Oscar D. MayA |
| Address | 266 McReine Rd |
| Address | |
| City, State, Zip | LaPlace, LA 70068 |
| Phone: | 504.247.4082 |
| Email: | oscardmaya@hotmail.com |

**Project**
Laguna Run Apartments
7051 Martin Drive
New Orleans, LA 70126

Date and Time Collected: 9/27/19    9:30 AM
Collected by: Oscar D. MayA

| Sample ID / Serial # | Location | Test Type* | Volume** / | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| M09 | Outside | SWAB | - | - | - | - | - | |
| M16 | APT A102 | SWAB | - | - | 24 hr | - | - | AC unit closet |
| M11 | APT D103 | 4 | - | - | 24 hr | - | - | Hallway ceiling |
| M12 | APT J163 | TAPE | - | - | 24 hr | - | - | Master bedroom closet |
| M13 | APT K209 | | - | - | 24 hr | - | - | 2nd floor Room A vent |
| M14 | APT T 218 | | - | - | 24 hr | - | - | 1st floor living Room vent |
| | | | | | 24 hr | - | - | 2nd floor Bathroom ceiling |
| | | | | | | | | |

*Test Type*
* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

* Fungal Culture
Air, Bulk, Paint, Swab (specify to genus or species level)

**Volume** = # minutes x Liters/minute
***Area** = in², ft², cm², m², m³, swab

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

Report type
☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

Relinquished by        Air Allergen #
O.D. M.                  

Time and Date

Received by
Time and Date    23627

P. Blasingame
10/1/19  13:00

☐ FEDEX  ☐ UPS  ☐ Drop Off
☐ Chain Link  ☐ Chain Link Pro  ☐ Other
☐ Air Allergen  ☐ USPS

Page ____ of ____

# How To Read Our Reports



| | Volume (L) | 75 |
Amount of air sampled out of 1000 liters

| | Particulate | soil |
| | Fibrous Particulate | insulation |

| | Skin Fragments % | 26-50 |
| | Background / m³ | 126,853 |
Total particles in 1 cubic meter of air (1000 liters)
| | Hyphae / m³ | 1067 |

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| **Predominantly Outside** | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| **Inside / Outside** | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.
Limit of Detection @ 600x — 44
Limit of Detection @ 300x — 13

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvualria, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers.  Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvualria, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species -* YES.  Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen.  Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1.  Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen.  Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.    Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on labotatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporum species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicooum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporum spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophilllic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys* *Stachybotrys* | *chartarum* *echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 14 of 17

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises.  Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
# for

# 70001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 70001 Martin Dr

## Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road. Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

Report Number   24252

**Report Date** 12/10/2019
**Date Received** 12/9/2019
**Analyzed by** B. Rao
**Job Number** 24252
**DateAmended**

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt U211 | | Location | | |
|---|---|---|---|---|---|
| AAMT  Nbr | 24252-001 | | AAMT  Nbr | | |
| Sample ID | M24 | | Sample ID | | |
| SampleType | Swab | | SampleType | | |
| Background 1 | skin scales, carbon | | Background 1 | | |
| . | soil | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | Moderate | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Cladosporium sp.* | Predominant | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| Company | Air Allergen |
|---|---|
| **Project** | 70001 Martin Dr |
| **Location** | Apt U211 |
| **SampleType** | Swab |
| **AAMT Nbr** | 24252-001 |
| **Date Analyzed** | 12/10/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.moldtesting-lab.com
analphergen@gmail.com

Company: MOYA Environmental TECH LLC
Contact: Oscar D. Moya
Address: 266 McReno Rd
City, State, Zip: Laplace, LA. 70068
Phone: 504-247-9082
Email: Oscar D. Moya@hotmail.com

Project: Laguna Run Apartments
7000l Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 11/21/19
Collected by: OSCAR D. MOYA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| m34 | Outside APT U all | SWAB | --- | 24 hr | - | - | 2nd Fl. Bathroom ceilings |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Volume** = # minutes x Liters/minute
***Area** = in², ft², cm², m², m³, swab

* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

* Fungi Culture
Air, Bulk, Dust, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| Relinquished by Time and Date | Received by Time and Date |
|---|---|
| | B.Blasingame |
| Air Allergen # | Air Allergen # 24252 |

☐ FEDEX    ☐ Drop Off
☐ UPS      ☐ Other
☒ USPS

Report type : ☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

Page 1 of 1

AIHA Participant 156873

Page 1 of 1

AAMT
Control # D101
Rev.1
9/30/2019



# How To Read Our Reports

| | |
|---|---|
| ABL Test # | |
| Customer Sample # | |
| Spore Trap Serial # | |
| **Location** | |
| Volume (L) | 75 |

Number of liters of air taken for this sample.

| | |
|---|---|
| Skin Fragments % | 26-50 |

The percentage of slide coverage from skin fragments.

| | |
|---|---|
| Background / m³ | 126,853 |

The number of particles per cubic meter of air.

| | |
|---|---|
| Hyphae / m³ | 1067 |

The parts of the mold structure in the sample.

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| **Predominantly Outside** | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| | | | | |
| **Inside / Outside** | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| | | | | |
| **Water Damage** | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | | | | |
| | **Total** | 547 | 22,690 | 100 |

The numbers in this column indicate how many spores the analyst counted (raw count) in the air sample.

Percent of the total spores present per cubic meter

Total number of spores per cubic meter of air in the sample for that spore type.

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores in 1 cubic meter, at the specified magnification

© Air Allergen & Mold Testing, Inc.

# About Our Reports

1. The major groups of spores are separated into three groups: Predominately Outdoor; Likely to be found both Outdoors and Indoors; and Water Damage Spores, which are those spores that require near wet conditions to grow.
2. High levels of *Aspergillus / Penicillium,* and any level of the Water Damage organisms should be of concern.
3. The Outside sample is used to verify that the sampling equipment is operating correctly and as a comparison to the spores recovered inside.
4. The background is represented as particles per cubic meter. High levels of particles are an indicator of poor filtration and poor air quality.
5. Skin fragments are common in the indoor air. As the % of fragments rise, the more chance of poor circulation, overcrowding, or inadequate filtration.
6. Particles and Fibers identify the kind of background particulate.
7. Hyphae are analogous to the stem and other parts of a plant. Elevated hyphae indicate mold growth in the sampled area.
8. Information about the potential health consequences of the individual spore types can be found on the internet.
9. The Limit of Detection is the number of spores per cubic meter per spore counted by the analyst at that magnification.
10. The photograph following each sample type is taken at a representative point of one of the samples so that you can see what the analyst sees.

© Air Allergen & Mold Testing, Inc.

# Interpreting the Report

These pie charts are provided to compare your results with the results from more than five thousand other properties, primarily in the Southeast U.S.



This pie chart shows the total indoor spore counts from samples taken at the other properties divided into four ranges. The median spore count is approximately 2,500 spores per cubic meter, most of which are outdoor spores like Basidiospores or Ascospores. The sample should contain no more than 500 Aspergillus/ Penicillium spores per cubic meter.

Outdoor spores that find their way indoors can be reduced by the filter in the HVAC system but require a minimum of a MERV 8 rated filter (or equivalent) for removal.

Elevated Aspergillus/Penicillium spores are often used as an indication of mold growth indoors and can be the source of the musty smell associated with mold.



Many people are sensitive to Aspergillus and Penicillium spores as an allergen, particularly the very young whose immune system is not fully developed, an older person whose immune system has grown tired, and those whose immune system is compromised by medication or disease. Some species of Aspergillus/Penicillium produce mycotoxins.

Elevated levels of Aspergillus and Penicillium are most often associated with elevated humidity and it is possible that the Aspergillus/Penicillium spore count will increase with the seasonal increases in humidity.

Cladosporium is the most common spore in HVAC systems and is often found on window and other surfaces affected by condensation. Cladosporium is

© Air Allergen & Mold Testing, Inc.

generally believed to have a low potential to produce mycotoxins, but it can cause allergic reactions. Asthmatics and people who are immune-compromised should be especially wary of elevated levels of Cladosporium.

Water damage spores are associated with serious health concerns. For that reason, even small amounts are noted to encourage identification and elimination of all sources of high moisture or water intrusion.



Dust analysis gives historical insight into intermittent events that can be helpful in managing the indoor air quality.

The Environmental Relative Moldiness Index (ERMI), which indicates whether a home is more or less moldy than average, is based on carpet dust. Studies show that health symptoms increase in homes where the quantity of spores in the carpet are higher than average.

Elevated background particulate can result in respiratory discomfort similar to allergy symptoms.

Background particulate is removed by the filter in the HVAC system and can be reduced by improved filtration through the use of a higher rated filter and/or by operating the HVAC system fan in the ON position rather than AUTO. Air Allergen suggests a minimum of a MERV 10 filter to remove background particulate.



In some cases when the occupants are experiencing health symptoms, the symptoms are agravated by the use of chemicals. If pest control, odor control, cleaning, remediation or other chemicals have been used in the home, consider reviewing the health warnings associated with the ingredients to determine whether the chemicals are contributing to any reported symptoms.

Health symptoms can also be caused by bacterial growth in the shower heads. Consider removing and cleaning the inside of the shower heads with an anti-microbial agent to prevent aerosolizing bacteria from this source.

© Air Allergen & Mold Testing, Inc.

# Studies Relevant to Indoor Air Quality

Concentrating on the indoor environments is particularly important for children, since they can spend as much as 90% of their time indoors. Exposure to indoor air pollutants can cause health effects ranging from sneezing and coughing to exacerbations of chronic respiratory disorders such as asthma. *American Thoracic Society May 2010*

Three recent, high quality, systematic reviews of the available evidence concluded that the implementation of interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma. This position has also been taken by the National Institute for Occupational safety and Health (NIOSH), many State governments, Health Canada, and internationally by the World Health Organization. *Position Statement on Mold and Dampness in the Built Environment by the American Industrial Hygiene Association March 26 2013*

More than 50 epidemiological studies have been performed in different parts of the world. The majority of the studies have found adverse health effects from particulate matter at levels lower than the current federal standard. Particulate air pollution has been associated with increased respiratory illness or chronic respiratory symptoms, asthma aggravation, increased hospital admissions, and premature deaths. *The American Lung Association.*

Researchers pooled data from 26 peer-reviewed papers and one unpublished dataset that analyzed dust samples taken from homes in 14 states. They found 45 potentially toxic chemicals that are used in many consumer and household products. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent called TDCIPP. Exposure to even small amounts of chemicals in combination can lead to an amplified health risk, especially for developing infants or young children. *Milken Institute School of Public Health (Milken Institute SPH) at the George Washington University 2017*. Inexpensive, low-efficiency HVAC filters offer no better particle removal than no filter. *Effectiveness of Air Filters and Air Cleaners in allergic Respiratory Diseases: A review of the Recent Literature by James L. Sublett, National Center for Biological Information July 2011*

Dampness and mold in homes is associated with increases in several adverse health effects including upper respiratory symptoms, cough, wheeze and asthma exacerbation. *Indoor Air Quality Scientific Findings Resource Bank by the Indoor Environment Group of the Lawrence Berkeley National Laboratory with funding support from the U.S. E.P.A.*

© Air Allergen & Mold Testing, Inc.

Children living in a high ERMI value home at 1 year of age had more than twice the risk of developing asthma by age 7. *Annuals of Allergy, Asthma, & Immunology July, 2012*

Housing deterioration, especially the damage caused by water leaks, is directly linked to the rates of poorly controlled asthma in inner city children.  Remediating water damaged buildings has improved the control of childhood asthma.  After remediation, emergency room visits and hospitalizations were reduced from 22 visits and 11 admissions to 2 visits and one admission.  A reduction in the dosage of medications was possible in all patients and, in some cases, certain medications were taken off following the intervention.  *Journal of Asthma 2012*

Bedrooms with higher levels of particles were linked to more symptoms in the children with asthma. As the concentration of coarse particles got higher, the symptoms increased. Symptoms included coughing, wheezing and chest tightness. This study suggests that finding ways to cut down of the particulate matter in the air may help to reduce the symptoms of children with asthma. *Meredith C. McCormack, MD, MHS, an instructor with Johns Hopkins School of Medicine and researchers from the Center for Childhood Asthma in the Urban Environment, which is a joint center of Johns Hopkins School of Medicine and John Hopkins Bloomberg School of Public Health. August 2009*

Forced air systems with high efficiency filtration were found to provide the best control of asthma triggers: 30-55% lower cat allergen levels, 90-99% lower risk of respiratory infection through the inhalation route of exposure, 90-98% lower environmental tobacco smoke (ETS) levels, and 50-75% lower fungal spore levels than natural ventilation, portable air cleaners and forced air ventilation equipped with conventional filters. *Environmental Health, August 2008.*

Based on these and similar studies, the indoor air quality can be managed or improved through:

1. Proper Filtration using a MERV 10 or similarly rated filter in the HVAC system.

2. Humidity control by eliminating any leaks, removing any damp, moldy or moisture damaged materials, and using a dehumidifier to maintain the indoor humidity near or below 50% at room temperature.

3.  Good Housekeeping including the use of a HEPA filter vacuum to regularly and thoroughly vacuum all carpets and upholstered furniture and wipe hard surfaces with a mild fungicide such as found in many dusting products.

4.  Adding a small amount of fresh air to the cold air plenum of the HVAC system to dilute air borne chemicals and replace any air exhausted by vent fans.

© Air Allergen & Mold Testing, Inc.

# General Information Concerning Mold
# & Other Particulates Identified on our Report

## Mold

It is important to make the distinction between mold and mold spores. Mold is a fungus similar to a plant, while mold spores are similar to the fruit of a plant. When mold is growing, it sends off mold spores to grow more mold, just as plants produce seeds to grow more plants. The spores become airborne and, when inhaled, can cause distress in the respiratory system.

Health symptoms associated with mold spores may include a cough, headaches, asthma and other respiratory discomfort, allergies, sore throat, sinus problems, depression, fatigue, and itchy eyes. The severity of health reactions depends on the type of spore, quantity, growing conditions, and an individual's immune system response. Allergic reactions in airway passages can leave a person more vulnerable to bacteria and viruses.

Some spores contain small amounts of toxins. The concern about toxins varies according to the type of spores, quantity, and growing conditions. When toxins enter the blood stream they can travel to other organs and are believed to be associated with more serious health consequences.

Neither mold nor mold spores smell. The smell normally associated with mold is from the gasses given off when mold metabolizes the materials it is growing on. Therefore, if an odor normally associated with mold is detected, it most likely indicates that mold is growing somewhere nearby. The odor can vary from sweet to pungent, depending on the type of mold, the material it is growing on, and the growing conditions.

Individual reactions to different types and quantities of airborne mold spores vary widely, from inconsequential to life threatening.  As a result, national indoor airborne spore count standards have not yet been agreed upon.  Nevertheless, numerous government sponsored studies here and abroad over the past thirty years have trended toward similar conclusions about mold in the indoor environment.

Air Allergen has reviewed studies from a number of countries, states, and organizations who published guidelines over the past 30 years including the World Health Organization (WHO), Commission of European Communities (CEC), Finland, Germany, Singapore, Brazil, Czech Republic, Portugal, California, and Texas.

Some studies set a numerical guideline based on spore type. A study funded by the EPA called the Environmental Relative Moldiness Index (ERMI) based its health

© Air Allergen & Mold Testing, Inc.

conclusions on whether the home was more or less moldy than average. Other studies concluded that any mold growth in the indoor environment is inappropriate. Still others conclude that interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma without addressing quantity or comparison with averages.

## Particulate

In addition to mold spores, the health of occupants can be affected by particles in the air. Particles can consist of dry solid fragments, solid cores with liquid coatings, and/or small droplets of liquid. Particulate exposure has been associated with increased risk of premature deaths, especially in the elderly and people with pre-existing cardiopulmonary disease. Other studies have linked particulate exposure to reduced lung function and respiratory symptoms in children, including the onset of asthma.

The significance and consequences of particulates in the air depends on the quantity, size, shape, and chemical composition. Angular shaped particulate, such as silica, can have an abrasive effect on the body, while other particulate are shaped more like smooth pebbles. Materials like fiberglass are more difficult for the body's systems to break down and eliminate compared to cellulose and cloth, and therefore can be a greater irritant than those easily eliminated by the body's defense system.

Particulate can also include chemicals. One review of studies from 14 states identified 45 potentially toxic chemicals in the indoor air. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent. The chemicals in second hand smoke are also referred to as particulate in the Surgeon General's report. Exposure to even small amounts of chemicals in combination with other chemicals, bacteria, and mold spores can lead to an amplified health risk.

Particulate are generally divided into three categories based on size; Inhalable, Thoracic, and Respirable. Inhalable means that it can be easily inhaled into the respiratory system. Thoracic particulate can find its way into the small air passages in the lungs. Respirable particulate are particulate that can enter the small air sacs in the lungs where oxygen is exchanged and are defined by the EPA as that particulate having a mid-point size of 2.5 microns.

Respirable particulate includes many chemicals, second hand smoke, and many common mold spores which is the reason that harmful chemicals and toxins associated with mold can enter the blood stream through the lungs.

© Air Allergen & Mold Testing, Inc.

# Skin Fragments

Skin fragments combined with elevated humidity can result in dust mites. Dust mites are a common trigger for asthma type symptoms. Excess skin fragments are often a sign of diminished filtration. Controlling the humidity and improving the filtration can aid in reducing the possibility of dust mites. Adding dust mite resistant covering to the mattresses and pillowcases can help reduce the possibility of respiratory discomfort from this source. Dust mite covers are readily available from many linen stores or found on line.

# Carpet Dust

Air samples reflect current conditions whereas culturing dust samples can give historical insight to longer term trends that can be helpful in managing the indoor air quality. While dust samples can be taken from any surface, the primary source of dust for analysis is from carpets. Generally speaking, the higher the number or percentage of colony forming units associated with elevated humidity, the higher the potential health risk for those who are fungal susceptible individuals. Particularly susceptible are young persons whose immune system is not fully developed, older persons whose immune system has grown tired and those whose immune system is compromised by medication or disease.

# Guidelines

Given the body of available information Air Allergen currently refers to the following guidelines when considering the significance of samples taken during an inspection. *Humidity:* Less than 55% at 70 degrees. *Spore Trap:* (1), Spore type and percentage profile similar to outdoor air; (2), Total spore count under 2,500 spores per cubic meter, providing that Aspergillus/ Penicillium (high probability allergen) spores are under 500 spores per cubic meter; (3) No spores requiring wet conditions. *Carpet dust analysis:* (1), Total CFU's/gram under 40,000; (2), minimal spore types found on the EPA's Environmental Relative Moldiness Index (ERMI) list; (3), spores associated with elevated humidity less than 10,000 per cubic meter. *Background particulate:* (1) Total particulate count fewer than 100,000/cubic meter; (2), no insulation or glass-like fibers. *Skin Fragments:* 0-25 % of slide.

It should be noted that these are guidelines to be considered in the context of the inspection, indicating where steps can be taken to improve the environment and its effect on the health of the occupants. The farther the results of individual samples are above these guidelines, the more likely health symptoms will occur with the occupants.

© Air Allergen & Mold Testing, Inc.

# References

Barnett, H. H. (1998). <u>Illustrated Genera of Imperfect Fungi</u> (4th ed.). St. Paul, Minnesota: APS Press.

<u>Bioserosols Assessment and Control</u>. (1999). Cincinnati, Ohio: ACGIH.

Brandys, R. B. (2010). <u>International Indoor Air Quality Standards</u> (2nd ed.). Hinsdale, Il, USA: OEHCS,Inc, Publications Division.

Brandys, R. B. (2010). <u>Worldwide Exposure Standards for Mold and Bacteria</u> (8th ed.). Hinsdale, Il, USA: OEHCS,Inc, Publishing Division.

Ellis, M.B. (1971). <u>Dematiaceous Hyphomycetes.</u> Cambridge, Mass. :CABI Publishing.

Klich, M. (2002). <u>Identification of comon Aspergillus species.</u> Ultrecht, Netherlands: Centraalbureau voor Schimmelcultures.

<u>Koneman's Color Atlas and Textbook of Diagnostic Microbiology</u> ( 6th ed.)(2006). Baltimore, Md: Lippincott Williams and Wilkins.

Larone, D. (2002). <u>Medically Important Fungi, A Guide to Identification</u>. (4th ed.). Washington D.C., D C: ASM Press.

Murray, P. B. (1995). <u>Manual of Clinical Microbiology</u> (6th ed.). Washington D.C., D.C.: ASM Press.

Pitt, J. (2000). <u>A Laboratory Guide to Common Penicillium Species.</u> North Ryde, Austrailia: Food Science Austrailia.

Samson, R. H. (2002). <u>Introductin to Food and Airborne Fungi</u> (6th ed.). Netherlands: Centraalbureau voor Schimmelcultures.

Smith, E. G. (2000). <u>Sampling and Identifying Allergenic Pollens and Molds</u>. San Antonio, Texas: Blewstone Press.

.Wang, C. A. (1990). <u>Identification Manual for Fungi from Utility Poles in the Eastern United States</u>. Lawrence, Kansas: Allen Press, Inc

Wantanabe, T. (2010). <u>Pictoral Atlas of Soil and See Fungi</u> (3rd ed.). Boca Raton, Fl.: CRC Press.

© Air Allergen & Mold Testing, Inc.

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM    844-263-6103 . 770-938-4861

**Air Allergen Mold Testing, Inc.**

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861    Fax    (678) 723-5848

| Company: | Moya Environmental |
|---|---|
| Attention: | Oscar D. Moya |
| Address: | 266 McReine Rd Laplace, LA 70068 |

| Project | 7001 Martin Dr |
|---|---|

| Report Date | 10/02/2019 |
|---|---|
| Date Received | 10/1/2019 |
| Analyzed by | M. Khan |
| Job Number | 23627 |
| DateAmended | |

Report Number  23627

**Direct Exam Microscopic Analysis**
**by SOP AAMTDX002**

| Location | Apt A102 | Location | Apt D103 |
|---|---|---|---|
| AAMT Nbr | 23627-001 | AAMT Nbr | 23627-002 |
| Sample ID | M09 | Sample ID | M10 |
| SampleType | Swab | SampleType | Swab |
| Background 1 | Insulation | Background 1 | Soil |
| . | Soil | . | |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | Moderate | Hyphae | Moderate |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| Stachybotrys | Predominant | ☑ | Stachybotrys | Predominant | ☑ |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| Cladosporium | Predominant | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Air Allergen Mold Testing, Inc.**

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861   Fax   (678) 723-5848

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

Report Number  23627

### Direct Exam Microscopic Analysis
by SOP AAMTDX002

| Location | Apt J103 | | Location | Apt J216 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-003 | | AAMT Nbr | 23627-004 | |
| Sample ID | M11 | | Sample ID | M12 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None | | Background 1 | None | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | > 90 % | ☑ | Cladosporium | > 90 % | ☑ |
| | | ☐ | Ulocladium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be
Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

**Air Allergen Mold Testing, Inc.**
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt K209 | Location | Apt T218 |
|---|---|---|---|
| AAMT Nbr | 23627-005 | AAMT Nbr | 23627-006 |
| Sample ID | M13 | Sample ID | M14 |
| SampleType | Tape | SampleType | Tape |
| Background 1 | None | Background 1 | Soil |
| . | | . | Carbon |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | Moderate | Hyphae | Moderate |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| Cladosporium | > 90 % | ☑ | Penicillium sp. | > 90 % | ☑ |
| Ulocladium | Predominant | ☐ | Cladosporium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873 PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt J103 |
| **SampleType** | Tape |
| **AAMT Nbr** | 23627-003 |
| **Date Analyzed** | 10/02/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ab.com
airallergen@gmail.com

| | |
|---|---|
| Company: | MayA Environmental LLC |
| Contact: | Oscar D MayA |
| Address | 266 McReine Rd |
| Address | |
| City, State, Zip | Laplace, LA 70068 |
| Phone: | 504.247.4082 |
| Email: | oscard.maya@hotmail.com |

**Project** Laguna Run Apartments 7051 Martin Drive New Orleans, LA 70126

Date and Time Collected: 9/27/19   9:30 AM
Collected by: Oscar D MayA

| Sample ID / Serial # | Location | Test Type* | Volume** / | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| M09 | Outside | SWAB | – | 24 hr | – | – | – | |
| M16 | APT A102 | SwAB | – | – | 24hr | – | – | AC unit closet |
| M11 | APT D103 | ⤴ | – | – | 24hr | – | – | HAllwAy ceiling |
| M12 | APT J163 | TAPE | – | – | 24hr | – | – | Master bedroom closet |
| M13 | APT K209 | | – | – | 24 hr | – | – | 1st flooR living Room A vent |
| M14 | APT T 218 | | – | – | 24 hr | – | – | 2nd flooR bathroom ceiling |
| | | ← | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\*\***Volume** = # minutes x Liters/minute
\*\*\***Area** = in², ft², cm², m², m³, swab

\* **Microscopic Exam**
Spore Trap + AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

\* **Fungi Culture**
Air, Bulk, Paint, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| | Relinquished by | Time and Date | Received by | Time and Date | |
|---|---|---|---|---|---|
| | O.D.M. | | P. Blasingame 10/1/19 3:00 | | |

Air Allergen #

**Report type**
☒ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

FEDEX ☐   UPS ☐   Drop Off ☐
USPS ☐   Other ☐

Page __1__ of __1__

AIHA Participant 199873

Page 1 of 1

AMAT
Control # D101
Rev.1
9/30/2010

# How To Read Our Reports



| | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|
| **Predominantly Outside** | | | |
| Alternaria | 2 | 83 | 0.4 |
| Arthrinium | | | |
| Arthrospores | | | |
| Ascospores | | | |
| Basidiospores | | | |
| Bipolaris | | | |
| Curvularia | | | |
| Epicoccum | | | |
| Nigrospora | 5 | 207 | 0.9 |
| Periconia/Myxomycete | | | |
| Pithomyces | | | |
| Spegazzinia | | | |
| Tetraploa | | | |
| Torula | | | |
| Urediniospores | | | |
| **Inside / Outside** | | | |
| Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | | | |
| Chaetomium | 10 | 415 | 1.8 |
| Stachybotrys | 3 | 124 | 0.5 |
| Trichoderma | | | |
| Ulocladium | | | |
| **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
|---|---|
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

## FUNGAL ORGANISM DESCRIPTIONS

| Organism Genus | Organism Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvualria, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air. Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on labotatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board.  Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses.  Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoeum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophlilic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis.   Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev 0
3/10/2010

Page 11 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism Genus | Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 14 of 17

| Actinomycetes | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
|---|---|
| Aspergillosis | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites.  The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| Ascomycetes (ascospores) | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage.  Outside, mainly found as plant pathogens. |
| Basidiomycetes (basidiospores) | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi).  Major contributor to wood rot. |
| Chromoblastomycosis | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| Conidiophore | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed.  Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

**Air Allergen Mold Testing, Inc.**

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861  Fax  (678) 723-5848

Report Number  23627

| | |
|---|---|
| Company: | Moya Environmental |
| Attention: | Oscar D. Moya |
| Address: | 266 McReine Rd Laplace, LA 70068 |
| Project | 7001 Martin Dr |

| | |
|---|---|
| Report Date | 10/02/2019 |
| Date Received | 10/1/2019 |
| Analyzed by | M. Khan |
| Job Number | 23627 |
| DateAmended | |

**Direct Exam Microscopic Analysis**
**by SOP AAMTDX002**

| Location | Apt A102 | | Location | Apt D103 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-001 | | AAMT Nbr | 23627-002 | |
| Sample ID | M09 | | Sample ID | M10 | |
| SampleType | Swab | | SampleType | Swab | |
| Background 1 | Insulation | | Background 1 | Soil | |
| . | Soil | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | Predominant | ☑ | Stachybotrys | Predominant | ☑ |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| Cladosporium | Predominant | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861  Fax  (678) 723-5848

Report Number  23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt J103 | | Location | Apt J216 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-003 | | AAMT Nbr | 23627-004 | |
| Sample ID | M11 | | Sample ID | M12 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None | | Background 1 | None | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Stachybotrys | > 90 % | ☑ | Cladosporium | > 90 % | ☑ |
| | | ☐ | Ulocladium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861    Fax    (678) 723-5848

Report Number  23627

**Report Date** 10/02/2019
**Date Received** 10/1/2019
**Analyzed by** M. Khan
**Job Number** 23627
**DateAmended**

### Direct Exam Microscopic Analysis
by SOP AAMTDX002

| Location | Apt K209 | | Location | Apt T218 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23627-005 | | AAMT Nbr | 23627-006 | |
| Sample ID | M13 | | Sample ID | M14 | |
| SampleType | Tape | | SampleType | Tape | |
| Background 1 | None | | Background 1 | Soil | |
| . | | | . | Carbon | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | Moderate | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| Cladosporium | > 90 % | ☑ | *Penicillium sp.* | > 90 % | ☑ |
| Ulocladium | Predominant | ☐ | Cladosporium | Predominant | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

*Richard Billups*

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt J103 |
| **SampleType** | Tape |
| **AAMT  Nbr** | 23627-003 |
| **Date Analyzed** | 10/02/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups,  Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ga.com
airallergen@gmail.com

AIHA Particioant 199873

| | |
|---|---|
| Company: | MayA Environmental LLC |
| Contact: | Oscar D MayA |
| Address | 266 McReine Rd |
| Address | |
| City, State, Zip | Laplace, LA 70068 |
| Phone: | 504 247 4082 |
| Email: | oscardmaya@hotmail.com |

**Project:** Laguna Run Apartments
7001 Martin Drive
New Orleans, LA 70126

Date and Time Collected: 9/27/19 9:30 AM
Collected by: Oscar D MayA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M09 | Outside | SWAB | - | 24 hr | - | - | |
| M16 | APT A102 | SWAB | - | 24 hr | - | - | AC unit closet |
| M11 | APT D103 | TAPE | - | 24 hr | - | - | Hallway ceiling |
| M12 | APT J163 | | - | 24 hr | - | - | Master bedroom closet |
| M13 | APT K209 | | - | 24 hr | - | - | 2nd floor Room A vent |
| M14 | APT T 218 | | - | 24 hr | - | - | 1st floor living room vent |
| | | | - | 24 hr | - | - | 2nd floor Bathroom ceiling |
| | | | | | | | |

**Test Type:**
\* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

\* Fungal Culture
Air, Bulk, Paint, Swab (specify to genus or species level)

**Volume** = # minutes x Liters/minute
***Area** = in², ft², cm², m², m³, swab

**TAT** = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| | Relinquished by | | Received by | |
|---|---|---|---|---|
| | Time and Date | | Time and Date | |
| Relinquished by Time and Date | O.D.Ma [signature] | Air Allergen # | B.Blassingame 23621 | 10/1/19 3:00 |

Report type:
☑ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

FEDEX ☐ UPS ☐ Drop Off ☐
☐ USPS ☐ Other ☐

Page 1 of 1

Page ___ of ___

AMMT
Control # D101
Rev.1
9/30/2010



# How To Read Our Reports

| | |
|---|---|
| Volume (L) | 75 |

Amount of air sampled out of 1000 liters

| | |
|---|---|
| Particulate | soil |
| Fibrous Particulate | insulation |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

Limit of Detection @ 600x     44

Limit of Detection @ 300x     13

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria* *Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species -* YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.    Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on labotatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium*  *Chaetomium* | *species*  *globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporum species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicooum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporum spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophilllic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus ususts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 17

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 14 of 17

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi.  Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
# for

# 7001 Martin Dr

# Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861   Fax   (678) 723-5848

Report Number  23824

**Report Date** 10/22/2019
**Date Received** 10/21/2019
**Analyzed by** R. Billups
**Job Number** 23824
**DateAmended**

## Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt Q231 | | Location | Apt R225 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23824-001 | | AAMT Nbr | 23824-002 | |
| Sample ID | M20 | | Sample ID | M21 | |
| SampleType | Swab | | SampleType | Swab | |
| Background 1 | None Detected | | Background 1 | soil | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | NA | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Cladosporium sp.* | Moderate | ☑ | *Cladosporium sp.* | Moderate | ☑ |
| *Ulocladium sp.* | Moderate | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| Company | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt Q231 |
| **SampleType** | Swab |
| **AAMT  Nbr** | 23824-001 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports  section.

Richard Billups,  Laboratory Director



| **Company** | Air Allergen |
| **Project** | 7001 Martin Dr |
| **Location** | Apt R225 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23824-002 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ab.com
airallergen@gmail.com

Company: Mold Environmental LLC
Contact: Oscar D. Moya
Address: 266 Mederinf Ted
Address:
City, State, Zip: Oscar D. Moya @ hotmail.com
Phone: 504.247.9062
Email: Oscar D. Moya @ hotmail.com

**Project** Laguna Run Apartment
7001 Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 10/18/19 9:00 AM
Collected by: Oscar D. Moya

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M 20 | APT 2231 / Outside | Swab | – | 24 hr | – | – | 2nd Floor Bathroom ceiling |
| M 21 | APT R2.25 | Swab | – | 24 hr | – | – | 2nd floor Bathroom ceiling |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Volume** = # minutes x Liters/minute

**Area** = in², ft², cm², m², swab

* **Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify/Qualitate only)

* **Fungal Culture**
Air, Bulk, Dust, Swab (specify to genus or species levels)

**TAT** = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Report type : ☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

Relinquished by
Time and Date
10/18/19 12:00

Air Allergen # _____

Received by
Time and Date
10/21/19 23824

238224

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

FEDEX _____
UPS _____ Drop Off _____
USPS _____ Other _____

Page _____ l ____ of ____ l

AIr Allergen Participant 186873

Page 1 of 1

AMAT
Control # D101
Rev 1
B/23/2010

# How To Read Our Reports



| | | | |
|---|---|---|---|
| Volume (L) | 75 | | |
| Particulate | soil | | |
| Fibrous Particulate | insulation | | |
| Skin Fragments % | 26-50 | | |
| Background / m³ | 126,853 | | |
| Hyphae / m³ | 1067 | | |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|
| **Predominantly Outside** | | | |
| Alternaria | 2 | 83 | 0.4 |
| Arthrinium | | | |
| Arthrospores | | | |
| Ascospores | | | |
| Basidiospores | | | |
| Bipolaris | | | |
| Curvularia | | | |
| Epicoccum | | | |
| Nigrospora | 5 | 207 | 0.9 |
| Periconia/Myxomycete | | | |
| Pithomyces | | | |
| Spegazzinia | | | |
| Tetraploa | | | |
| Torula | | | |
| Urediniospores | | | |
| **Inside / Outside** | | | |
| Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | | | |
| Chaetomium | 10 | 415 | 1.8 |
| Stachybotrys | 3 | 124 | 0.5 |
| Trichoderma | | | |
| Ulocladium | | | |
| **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                      ,

| | | |
|---|---|---|
| Predominantly Outside | Inside / Outside | Water Related |

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air. Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board. Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoccum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophililic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
|---|---|---|---|---|---|---|---|---|
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 6 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 13 of 16

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites.  The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of <u>asci</u> and spores, and having two distinct reproductive phases, a perfect stage and an <u>imperfect stage</u>.  Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, <u>mushrooms</u>, and the <u>jelly</u>, <u>rust</u> and <u>smut</u> fungi).  Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "<u>fruiting structure</u>".  Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed.  Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are <u>fungi</u> which do not fit into the commonly established <u>taxonomic</u> classifications of fungi that are based on <u>biological species concepts</u> or morphological characteristics of sexual structures because their sexual form of <u>reproduction</u> has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi.  Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA
70068

**Project** 7001 Martin Dr

# Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

Report Number  23824

**Report Date** 10/22/2019
**Date Received** 10/21/2019
**Analyzed by** R. Billups
**Job Number** 23824
**DateAmended**

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt Q231 | | Location | Apt R225 | |
|---|---|---|---|---|---|
| AAMT Nbr | 23824-001 | | AAMT Nbr | 23824-002 | |
| Sample ID | M20 | | Sample ID | M21 | |
| SampleType | Swab | | SampleType | Swab | |
| Background 1 | None Detected | | Background 1 | soil | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | Absent | |
| Hyphae | Moderate | | Hyphae | NA | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Cladosporium sp.* | Moderate | ☑ | *Cladosporium sp.* | Moderate | ☑ |
| *Ulocladium sp.* | Moderate | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
| **Project** | 7001 Martin Dr |
| **Location** | Apt Q231 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23824-001 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director



| **Company** | Air Allergen |
| **Project** | 7001 Martin Dr |
| **Location** | Apt R225 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23824-002 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd. Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ab.com
airallergen@gmail.com

Company: MOLD Environmental LLC
Contact: OSCAr D MOYA
Address: 266 MEDL.NF Ter
Address:
City, State, Zip:
Phone: 504. 247. 4062
Email: Oscd. 0. meya @ hotmail. com

Project: LAGUNA RUN Apartment
7601 Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 10/18/19  9:00Am
Collected by: OScAr D. meyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| m 2 0 | APT 2231  —Outside | Swab | — | 24 hr | — | — | 2nd Floor Bathroom ceiling |
| m 21 | APT R225 | Swab | — | — | — | — | 2nd floor. Bathroom ceiling |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Volume** = # minutes x Liters/minute
**Area** = in², ft², cm², m² : m³ swab

* **Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab: Bulk (Specify/Qualitative only)

* **Fungal Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

**TAT =** Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Report type :  ☐  Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

Relinquished by
Time and Date _____  10/18/19

Air Allergen # _____

Received by
Time and Date _____ 23824

Chain Link
Chain Link Pro
Air Allergen

FEDEX ____  Drop Off ____
UPS ____  Other ____
USPS ____  ☒

Page ____ of ____

AIr Allergen Participant 186873

Page 1 of 1

AAMT
Control # D101
Rev 1
B/23/2010

# How To Read Our Reports



| | | Volume (L) | 75 |
| Particulate | | | soil |
| Fibrous Particulate | | | insulation |

Amount of air sampled out of 1000 liters

| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| **Predominantly Outside** | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| **Inside / Outside** | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

## FUNGAL ORGANISM DESCRIPTIONS

| Organism Genus | Organism Species | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp.,* bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1.  Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.    Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on labotatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicooum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophililc, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism<br>Genus | Species | Recovered From | Comments | Inside / Outside<br>Spore Type | High Water<br>Activity<br>Indicator | Mycotoxins<br>Produced | Health Risk<br>Type | Found in<br>Combination with |
|---|---|---|---|---|---|---|---|---|
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 12 of 16

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are fungi which do not fit into the commonly established taxonomic classifications of fungi that are based on biological species concepts or morphological characteristics of sexual structures because their sexual form of reproduction has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Myxomycetes (slime mold)** | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
| **Onychomycosis** | a fungal infection that affects the fingernails or toenails |
| **Phaeohyphomycosis** | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| **Sporotrichosis** | Subcutaneous infection that may produce ulcerations in the skin. |
| **Sterile Mycelium** | hyphae that have an absence of spores or conidia |
| **Subcutaneous** | situated or occurring directly under the skin |
| **Supprative** | producing puss |
| **Uredinospores (Rusts)** | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| **Xerophillic** | Prefers dry places, growing under dry conditions |
| **Zygomycosis** | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

## 7001 Martin Dr

## Moya Environmental

AIRALLERGEN.COM . 844-263-6103 . 770-938-4861

## Air Allergen Mold Testing, Inc.

1543 Lilburn Stone-Mountain Road. Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23587

### Direct Exam Microscopic Analysis
by SOP AAMTDX002

| Location | Apt G104 | Location | Apt V216 |
|---|---|---|---|
| AAMT Nbr | 23587-001 | AAMT Nbr | 23587-002 |
| Sample ID | M07 | Sample ID | M08 |
| SampleType | Swab | SampleType | Swab |
| Background 1 | carbon, soil | Background 1 | soil, arbon |
| . | insulation | . | |
| Dustmites | Absent | Dustmites | Absent |
| Hyphae | None Detected | Hyphae | NA |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Aspergillus / Penicillium* | Moderate | ☐ | *Cladosporium sp.* | Moderate | ☑ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be
Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| Company | Air Allergen |
|---|---|
| **Project** | 7001 Martin Dr |
| **Location** | Apt G104 |
| **SampleType** | Swab |
| **AAMT Nbr** | 23587-001 |
| **Date Analyzed** | 09/27/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# Air Allergen & Mold Testing

1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

| Company: | MOYA Environmental LLC |
|---|---|
| Contact: | OSCar D. MoyA |
| Address: | 266 McReine Rd |
| City, State, Zip | LAPLAce, LA. 70068 |
| Phone: | 504. 247.4082 |
| Email: | Oscardmoya@hotmail.com |

**Project:** LAguna Run Apartment
7001 Martin Dr.
New Orleans, LA. 70126

Date and Time Collected: 9/24/19 10:00AM
Collected by: OScar D. MoyA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| MO7 | APT 6104 Outside | SWAB | — | 24hr | — | — | left bathroom baseboard (1st fl) |
| MO8 | APT V.21c | SWAB | — | 24 hr | — | — | BAthroom ceiling (2nd fl) |

**Report type :**

Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

**\*\*Volume** = # minutes x Liters/minute
**\*\*\*Area** = in², ft², cm², m², swab

**\* Microscopic Exam**
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape: Swab, Bulk (Specify)(Qualitative only)

**\* Fungi Culture**
Air, Bulk, Dust, Swab (specify to genus or species level)

**TAT** = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| Relinquished by | Received by | | | | |
|---|---|---|---|---|---|
| Time and Date | Time and Date | | FEDEX | Drop Off | |
| O.P.M.C. | B.Blasingame | UPS | Other | |
| Air Allergen # | 7/27/10 8:15 | | USPS | X | |
| | 23582 | | | Page 1 of 1 |

Chain Link
Chain Link Pro
Air Allergen

# How To Read Our Reports

| | |
|---|---|
| Volume (L) | 75 |
| Particulate | soil |
| Fibrous Particulate | insulation |
| | |
| Skin Fragments % | 26-50 |
| Background / m³ | 126,853 |
| Hyphae / m³ | 1067 |

Amount of air sampled out of 1000 liters

Total particles in 1 cubic meter of air (1000 liters)

| Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|
| **Predominantly Outside** | | | |
| Alternaria | 2 | 83 | 0.4 |
| Arthrinium | | | |
| Arthrospores | | | |
| Ascospores | | | |
| Basidiospores | | | |
| Bipolaris | | | |
| Curvularia | | | |
| Epicoccum | | | |
| Nigrospora | 5 | 207 | 0.9 |
| Periconia/Myxomycete | | | |
| Pithomyces | | | |
| Spegazzinia | | | |
| Tetraploa | | | |
| Torula | | | |
| Urediniospores | | | |
| **Inside / Outside** | | | |
| Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| Cladosporium | 127 | 5,268 | 23.2 |
| **Water Related** | | | |
| Chaetomium | 10 | 415 | 1.8 |
| Stachybotrys | 3 | 124 | 0.5 |
| Trichoderma | | | |
| Ulocladium | | | |
| **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| | |
|---|---|
| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification



# How to Read Our Reports

The major groups of spores are separated into                    ,

| Predominantly Outside | Inside / Outside | Water Related |

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

## FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside Spore Type | High Water Activity Indicator | Mycotoxins Produced | Health Risk Type | Found in Combination with |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | | | | | |
| Acremonium | species | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium |
| Alternaria Alternaria | alternata sp. | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium |
| Arthrinium | species | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | Chaetomium globosum, Eurotium species - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | Basidiospores (if outside), not generally recovered on laboratory media. |
| Aspergillus | flavus | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus sp, Penicillium sp. |
| Aspergillus (Neosartorya) | fumigatus (fischeri) | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |
| Aspergillus | brasiliensis / niger | food, indoor air | | BOTH | YES | YES | aspergillosis | other Aspergillus, Penicillium |
| Aspergillus | ochraceus | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 7 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicilliium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.     Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium Chaetomium* | *species globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses. Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoccum* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophillic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis. Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 3 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 9 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 5 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 11 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of <u>asci</u> and spores, and having two distinct reproductive phases, a perfect stage and an <u>imperfect stage</u>. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, <u>mushrooms</u>, and the <u>jelly</u>, <u>rust</u> and <u>smut</u> fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "<u>fruiting structure</u>". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are <u>fungi</u> which do not fit into the commonly established <u>taxonomic</u> classifications of fungi that are based on <u>biological species concepts</u> or morphological characteristics of sexual structures because their sexual form of <u>reproduction</u> has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
## for

## 12345 I-10 Service Rd

## Moya Environmental

AIRALLERGEN.COM    844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Report Date** 12/10/2019
**Date Received** 12/9/2019
**Analyzed by** B. Rao
**Job Number** 24250
**DateAmended**

## Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone   (770) 938-4861    Fax    (678) 723-5848

Report Number  24250

**Project**  12345 I-10 Service Rd

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt. 1502 | | Location | | |
|---|---|---|---|---|---|
| AAMT  Nbr | 24250-001 | | AAMT  Nbr | | |
| Sample ID | M24B | | Sample ID | | |
| SampleType | Swab | | SampleType | | |
| Background 1 | soil, carbon | | Background 1 | | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | Rare | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Aspergillus / Penicillium* | Predominant | ☐ | | | ☐ |
| *Cladosporium sp.* | Predominant | ☑ | | | ☐ |
| *Ulocladium sp.* | Moderate | ☐ | | | ☐ |
| Ascospores | Rare | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
| **Project** | 12345 I-10 Service Rd |
| **Location** | Apt. 1502 |
| **SampleType** | Swab |
| **AAMT Nbr** | 24250-001 |
| **Date Analyzed** | 12/10/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-ist.com
airallergen@gmail.com

Company: Moya Environmental Tech LLC
Contact: Oscar D Moya
Address: 266 McKeine Rd
City, State, Zip: LaPlace, LA. 70068
Phone: 504. 247. 4082
Email: oscardmoya@hotmail.com

Project: Carmel Brook
12345 I-10 Service Rd
New Orleans, LA 70128

Date and Time Collected: 1/21/19
Collected by: Oscar D Moya

| Sample ID / Serial # | Location | Test Type* | Volume** | Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| | Outside | | | | | | | |
| M 24 B | Apt 1502 | SWAB | - | - | 24 hr | - | - | Bathroom Ceiling |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc.
Tape, Swab, Bulk (Specify)(Qualitative only)

* Fungal Culture
Air, Bulk Dust, Swab (Identify to genus or species level)

**Volume = # minutes x Liters/minute
***Area = in², ft², cm², m², m³, swab

TAT = Up to 3 hours, Same Day, Next Day 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Relinquished by
Time and Date

Received by
Time and Date: B Blossom 2135C

Air Allergen #

Report type:
☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

☐ FEDEX ☐ UPS ☐ USPS
☐ Drop Off ☐ Other

Page 1 of 1

AIHA Participant 196673

Page 1 of 1

AAMT
Control # D101
Rev -
9/30/2019



# How To Read Our Reports

| | ABL Test # | |
|---|---|---|
| | Customer Sample # | |
| | Spore Trap Serial # | |
| | **Location** | |
| | Volume (L) | 75 |

Number of liters of air taken for this sample.

| | Skin Fragments % | 26-50 |
|---|---|---|

The percentage of slide coverage from skin fragments.

| Background / m³ | 126,853 |
|---|---|

The number of particles per cubic meter of air.

| Hyphae / m³ | 1067 |
|---|---|

The parts of the mold structure in the sample.

| | **Spore Name** | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | | | | |
| | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Damage | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

The numbers in this column indicate how many spores the analyst counted (raw count) in the air sample.

Percent of the total spores present per cubic meter

Total number of spores per cubic meter of air in the sample for that spore type.

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
|---|---|
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores in 1 cubic meter, at the specified magnification

© Air Allergen & Mold Testing, Inc.

# About Our Reports

1. The major groups of spores are separated into three groups: Predominately Outdoor; Likely to be found both Outdoors and Indoors; and Water Damage Spores, which are those spores that require near wet conditions to grow.
2. High levels of *Aspergillus / Penicillium,* and any level of the Water Damage organisms should be of concern.
3. The Outside sample is used to verify that the sampling equipment is operating correctly and as a comparison to the spores recovered inside.
4. The background is represented as particles per cubic meter.  High levels of particles are an indicator of poor filtration and poor air quality.
5. Skin fragments are common in the indoor air.  As the % of fragments rise, the more chance of poor circulation, overcrowding, or inadequate filtration.
6. Particles and Fibers identify the kind of background particulate.
7. Hyphae are analogous to the stem and other parts of a plant. Elevated hyphae indicate mold growth in the sampled area.
8. Information about the potential health consequences of the individual spore types can be found on the internet.
9. The Limit of Detection is the number of spores per cubic meter per spore counted by the analyst at that magnification.
10.  The photograph following each sample type is taken at a representative point of one of the samples so that you can see what the analyst sees.

© Air Allergen & Mold Testing, Inc.

# Interpreting the Report

These pie charts are provided to compare your results with the results from more than five thousand other properties, primarily in the Southeast U.S.



This pie chart shows the total indoor spore counts from samples taken at the other properties divided into four ranges. The median spore count is approximately 2,500 spores per cubic meter, most of which are outdoor spores like Basidiospores or Ascospores. The sample should contain no more than 500 Aspergillus/ Penicillium spores per cubic meter.

Outdoor spores that find their way indoors can be reduced by the filter in the HVAC system but require a minimum of a MERV 8 rated filter (or equivalent) for removal.

Elevated Aspergillus/Penicillium spores are often used as an indication of mold growth indoors and can be the source of the musty smell associated with mold.



Many people are sensitive to Aspergillus and Penicillium spores as an allergen, particularly the very young whose immune system is not fully developed, an older person whose immune system has grown tired, and those whose immune system is compromised by medication or disease. Some species of Aspergillus/Penicillium produce mycotoxins.

Elevated levels of Aspergillus and Penicillium are most often associated with elevated humidity and it is possible that the Aspergillus/Penicillium spore count will increase with the seasonal increases in humidity.

Cladosporium is the most common spore in HVAC systems and is often found on window and other surfaces affected by condensation. Cladosporium is

© Air Allergen & Mold Testing, Inc.

generally believed to have a low potential to produce mycotoxins, but it can cause allergic reactions.  Asthmatics and people who are immune-compromised should be especially wary of elevated levels of Cladosporium.

Water damage spores are associated with serious health concerns.  For that reason, even small amounts are noted to encourage identification and elimination of all sources of high moisture or water intrusion.



Dust analysis gives historical insight into intermittent events that can be helpful in managing the indoor air quality.

The Environmental Relative Moldiness Index (ERMI), which indicates whether a home is more or less moldy than average, is based on carpet dust.  Studies show that health symptoms increase in homes where the quantity of spores in the carpet are higher than average.

Elevated background particulate can result in respiratory discomfort similar to allergy symptoms.



Background particulate is removed by the filter in the HVAC system and can be reduced by improved filtration through the use of a higher rated filter and/or  by operating the HVAC system fan in the ON position rather than AUTO.  Air Allergen suggests a minimum of a MERV 10 filter to remove background particulate.

In some cases when the occupants are experiencing health symptoms, the symptoms are agravated by the use of chemicals.  If pest control, odor control, cleaning, remediation or other chemicals have been used in the home, consider reviewing the health warnings associated with the ingredients to determine whether the chemicals are contributing to any reported symptoms.

Health symptoms can also be caused by bacterial growth in the shower heads.  Consider removing and cleaning the inside of the shower heads with an anti-microbial agent to prevent aerosolizing bacteria from this source.

© Air Allergen & Mold Testing, Inc.

# Studies Relevant to Indoor Air Quality

Concentrating on the indoor environments is particularly important for children, since they can spend as much as 90% of their time indoors. Exposure to indoor air pollutants can cause health effects ranging from sneezing and coughing to exacerbations of chronic respiratory disorders such as asthma. *American Thoracic Society May 2010*

Three recent, high quality, systematic reviews of the available evidence concluded that the implementation of interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma. This position has also been taken by the National Institute for Occupational safety and Health (NIOSH), many State governments, Health Canada, and internationally by the World Health Organization. *Position Statement on Mold and Dampness in the Built Environment by the American Industrial Hygiene Association March 26 2013*

More than 50 epidemiological studies have been performed in different parts of the world. The majority of the studies have found adverse health effects from particulate matter at levels lower than the current federal standard. Particulate air pollution has been associated with increased respiratory illness or chronic respiratory symptoms, asthma aggravation, increased hospital admissions, and premature deaths. *The American Lung Association.*

Researchers pooled data from 26 peer-reviewed papers and one unpublished dataset that analyzed dust samples taken from homes in 14 states. They found 45 potentially toxic chemicals that are used in many consumer and household products. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent called TDCIPP. Exposure to even small amounts of chemicals in combination can lead to an amplified health risk, especially for developing infants or young children. *Milken Institute School of Public Health (Milken Institute SPH) at the George Washington University 2017*. Inexpensive, low-efficiency HVAC filters offer no better particle removal than no filter. *Effectiveness of Air Filters and Air Cleaners in allergic Respiratory Diseases: A review of the Recent Literature by James L. Sublett, National Center for Biological Information July 2011*

Dampness and mold in homes is associated with increases in several adverse health effects including upper respiratory symptoms, cough, wheeze and asthma exacerbation. *Indoor Air Quality Scientific Findings Resource Bank by the Indoor Environment Group of the Lawrence Berkeley National Laboratory with funding support from the U.S. E.P.A.*

© Air Allergen & Mold Testing, Inc.

Children living in a high ERMI value home at 1 year of age had more than twice the risk of developing asthma by age 7. *Annuals of Allergy, Asthma, & Immunology July, 2012*

Housing deterioration, especially the damage caused by water leaks, is directly linked to the rates of poorly controlled asthma in inner city children. Remediating water damaged buildings has improved the control of childhood asthma. After remediation, emergency room visits and hospitalizations were reduced from 22 visits and 11 admissions to 2 visits and one admission. A reduction in the dosage of medications was possible in all patients and, in some cases, certain medications were taken off following the intervention. *Journal of Asthma 2012*

Bedrooms with higher levels of particles were linked to more symptoms in the children with asthma. As the concentration of coarse particles got higher, the symptoms increased. Symptoms included coughing, wheezing and chest tightness. This study suggests that finding ways to cut down of the particulate matter in the air may help to reduce the symptoms of children with asthma. *Meredith C. McCormack, MD, MHS, an instructor with Johns Hopkins School of Medicine and researchers from the Center for Childhood Asthma in the Urban Environment, which is a joint center of Johns Hopkins School of Medicine and John Hopkins Bloomberg School of Public Health. August 2009*

Forced air systems with high efficiency filtration were found to provide the best control of asthma triggers: 30-55% lower cat allergen levels, 90-99% lower risk of respiratory infection through the inhalation route of exposure, 90-98% lower environmental tobacco smoke (ETS) levels, and 50-75% lower fungal spore levels than natural ventilation, portable air cleaners and forced air ventilation equipped with conventional filters. *Environmental Health, August 2008.*

Based on these and similar studies, the indoor air quality can be managed or improved through:

1. Proper Filtration using a MERV 10 or similarly rated filter in the HVAC system.

2. Humidity control by eliminating any leaks, removing any damp, moldy or moisture damaged materials, and using a dehumidifier to maintain the indoor humidity near or below 50% at room temperature.

3. Good Housekeeping including the use of a HEPA filter vacuum to regularly and thoroughly vacuum all carpets and upholstered furniture and wipe hard surfaces with a mild fungicide such as found in many dusting products.

4. Adding a small amount of fresh air to the cold air plenum of the HVAC system to dilute air borne chemicals and replace any air exhausted by vent fans.

© Air Allergen & Mold Testing, Inc.

# General Information Concerning Mold
# & Other Particulates Identified on our Report

## Mold

It is important to make the distinction between mold and mold spores. Mold is a fungus similar to a plant, while mold spores are similar to the fruit of a plant. When mold is growing, it sends off mold spores to grow more mold, just as plants produce seeds to grow more plants. The spores become airborne and, when inhaled, can cause distress in the respiratory system.

Health symptoms associated with mold spores may include a cough, headaches, asthma and other respiratory discomfort, allergies, sore throat, sinus problems, depression, fatigue, and itchy eyes. The severity of health reactions depends on the type of spore, quantity, growing conditions, and an individual's immune system response. Allergic reactions in airway passages can leave a person more vulnerable to bacteria and viruses.

Some spores contain small amounts of toxins. The concern about toxins varies according to the type of spores, quantity, and growing conditions. When toxins enter the blood stream they can travel to other organs and are believed to be associated with more serious health consequences.

Neither mold nor mold spores smell. The smell normally associated with mold is from the gasses given off when mold metabolizes the materials it is growing on. Therefore, if an odor normally associated with mold is detected, it most likely indicates that mold is growing somewhere nearby. The odor can vary from sweet to pungent, depending on the type of mold, the material it is growing on, and the growing conditions.

Individual reactions to different types and quantities of airborne mold spores vary widely, from inconsequential to life threatening.  As a result, national indoor airborne spore count standards have not yet been agreed upon.  Nevertheless, numerous government sponsored studies here and abroad over the past thirty years have trended toward similar conclusions about mold in the indoor environment.

Air Allergen has reviewed studies from a number of countries, states, and organizations who published guidelines over the past 30 years including the World Health Organization (WHO), Commission of European Communities (CEC), Finland, Germany, Singapore, Brazil, Czech Republic, Portugal, California, and Texas.

Some studies set a numerical guideline based on spore type. A study funded by the EPA called the Environmental Relative Moldiness Index (ERMI) based its health

© Air Allergen & Mold Testing, Inc.

conclusions on whether the home was more or less moldy than average. Other studies concluded that any mold growth in the indoor environment is inappropriate. Still others conclude that interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma without addressing quantity or comparison with averages.

# Particulate

In addition to mold spores, the health of occupants can be affected by particles in the air. Particles can consist of dry solid fragments, solid cores with liquid coatings, and/or small droplets of liquid. Particulate exposure has been associated with increased risk of premature deaths, especially in the elderly and people with pre-existing cardiopulmonary disease. Other studies have linked particulate exposure to reduced lung function and respiratory symptoms in children, including the onset of asthma.

The significance and consequences of particulates in the air depends on the quantity, size, shape, and chemical composition. Angular shaped particulate, such as silica, can have an abrasive effect on the body, while other particulate are shaped more like smooth pebbles. Materials like fiberglass are more difficult for the body's systems to break down and eliminate compared to cellulose and cloth, and therefore can be a greater irritant than those easily eliminated by the body's defense system.

Particulate can also include chemicals. One review of studies from 14 states identified 45 potentially toxic chemicals in the indoor air. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent. The chemicals in second hand smoke are also referred to as particulate in the Surgeon General's report. Exposure to even small amounts of chemicals in combination with other chemicals, bacteria, and mold spores can lead to an amplified health risk.

Particulate are generally divided into three categories based on size; Inhalable, Thoracic, and Respirable. Inhalable means that it can be easily inhaled into the respiratory system. Thoracic particulate can find its way into the small air passages in the lungs. Respirable particulate are particulate that can enter the small air sacs in the lungs where oxygen is exchanged and are defined by the EPA as that particulate having a mid-point size of 2.5 microns.

Respirable particulate includes many chemicals, second hand smoke, and many common mold spores which is the reason that harmful chemicals and toxins associated with mold can enter the blood stream through the lungs.

© Air Allergen & Mold Testing, Inc.

# Skin Fragments

Skin fragments combined with elevated humidity can result in dust mites. Dust mites are a common trigger for asthma type symptoms. Excess skin fragments are often a sign of diminished filtration. Controlling the humidity and improving the filtration can aid in reducing the possibility of dust mites. Adding dust mite resistant covering to the mattresses and pillowcases can help reduce the possibility of respiratory discomfort from this source. Dust mite covers are readily available from many linen stores or found on line.

# Carpet Dust

Air samples reflect current conditions whereas culturing dust samples can give historical insight to longer term trends that can be helpful in managing the indoor air quality. While dust samples can be taken from any surface, the primary source of dust for analysis is from carpets. Generally speaking, the higher the number or percentage of colony forming units associated with elevated humidity, the higher the potential health risk for those who are fungal susceptible individuals. Particularly susceptible are young persons whose immune system is not fully developed, older persons whose immune system has grown tired and those whose immune system is compromised by medication or disease.

# Guidelines

Given the body of available information Air Allergen currently refers to the following guidelines when considering the significance of samples taken during an inspection. *Humidity:* Less than 55% at 70 degrees. *Spore Trap:* (1), Spore type and percentage profile similar to outdoor air; (2), Total spore count under 2,500 spores per cubic meter, providing that Aspergillus/ Penicillium (high probability allergen) spores are under 500 spores per cubic meter; (3) No spores requiring wet conditions. *Carpet dust analysis:* (1), Total CFU's/gram under 40,000; (2), minimal spore types found on the EPA's Environmental Relative Moldiness Index (ERMI) list; (3), spores associated with elevated humidity less than 10,000 per cubic meter. *Background particulate:* (1) Total particulate count fewer than 100,000/cubic meter; (2), no insulation or glass-like fibers. *Skin Fragments:* 0-25 % of slide.

It should be noted that these are guidelines to be considered in the context of the inspection, indicating where steps can be taken to improve the environment and its effect on the health of the occupants. The farther the results of individual samples are above these guidelines, the more likely health symptoms will occur with the occupants.

© Air Allergen & Mold Testing, Inc.

# References

Barnett, H. H. (1998). <u>Illustrated Genera of Imperfect Fungi </u>(4th ed.). St. Paul, Minnesota: APS Press.

<u>Bioserosols Assessment and Control</u>. (1999). Cincinnati, Ohio: ACGIH.

Brandys, R. B. (2010). <u>International Indoor Air Quality Standards </u>(2nd ed.). Hinsdale, Il, USA: OEHCS,Inc, Publications Division.

Brandys, R. B. (2010). <u>Worldwide Exposure Standards for Mold and Bacteria</u> (8th ed.). Hinsdale, Il, USA: OEHCS,Inc, Publishing Division.

Ellis, M.B. (1971).  <u>Dematiaceous Hyphomycetes.</u>  Cambridge, Mass. :CABI Publishing.

Klich, M.  (2002).  <u>Identification of comon Aspergillus species. </u> Ultrecht, Netherlands:  Centraalbureau voor Schimmelcultures.

<u>Koneman's Color Atlas and Textbook of Diagnostic Microbiology </u> ( 6th ed.)(2006).  Baltimore, Md:  Lippincott Williams and Wilkins.

Larone, D. (2002). <u>Medically Important Fungi, A Guide to Identification</u>. (4th ed.). Washington D.C., D C: ASM Press.

Murray, P. B. (1995). <u>Manual of Clinical Microbiology </u>(6th ed.). Washington D.C., D.C.: ASM Press.

Pitt, J. (2000).  <u>A Laboratory Guide to Common Penicillium Species.</u>  North Ryde, Austrailia:  Food Science Austrailia.

Samson, R. H. (2002). <u>Introductin to Food and Airborne Fungi </u>(6th ed.). Netherlands: Centraalbureau voor Schimmelcultures.

Smith, E. G. (2000). <u>Sampling and Identifying Allergenic Pollens and Molds</u>. San Antonio, Texas: Blewstone Press.

.Wang, C. A. (1990). <u>Identification Manual for Fungi from Utility Poles in the Eastern United States</u>. Lawrence, Kansas: Allen Press, Inc

Wantanabe, T.  (2010).  <u>Pictoral Atlas of Soil and See Fungi</u>     (3rd ed.). Boca Raton, Fl.:  CRC Press.

© Air Allergen & Mold Testing, Inc.



# EMSL Analytical, Inc.

200 Route 130 North Cinnaminson, NJ 08077

Tel/Fax: (800) 220-3675 / (856) 786-0262

http://www.EMSL.com / cinnmicrolab@emsl.com

| | |
|---|---|
| EMSL Order: | 372017684 |
| Customer ID: | MYAE34 |
| Customer PO: | |
| Project ID: | |

**Attention:** Oscar D. Moya
Moya Environmental
266 McReine Rd
La Place, LA 70068

**Phone:** (504) 402-9231
**Fax:**
**Collected Date:** 10/22/2020
**Received Date:** 10/23/2020
**Analyzed Date:** 10/24/2020

**Project:** Carmel Brooks Apartments; Apartments 202 New Orleans, LA 70128

## Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method MICRO-SOP-200)

| Lab Sample Number: Client Sample ID: Sample Location: | 372017684-0001 01 Living Room Baseboard | | | | |
|---|---|---|---|---|---|
| **Spore Types** | **Category** | | | | |
| Alternaria (Ulocladium) | Rare | | | | |
| Ascospores | - | | | | |
| Aspergillus/Penicillium | - | | | | |
| Basidiospores | High | | | | |
| Bipolaris++ | - | | | | |
| Chaetomium | Rare | | | | |
| Cladosporium | - | | | | |
| Curvularia | - | | | | |
| Epicoccum | - | | | | |
| Fusarium | - | | | | |
| Ganoderma | - | | | | |
| Myxomycetes++ | - | | | | |
| Pithomyces++ | - | | | | |
| Rust | - | | | | |
| Scopulariopsis/Microascus | - | | | | |
| Stachybotrys/Memnoniella | - | | | | |
| Unidentifiable Spores | - | | | | |
| Zygomycetes | - | | | | |
| Aspergillus | *High* | | | | |
| Hyphal Fragment | - | | | | |
| Insect Fragment | - | | | | |
| Pollen | - | | | | |

**Report Comment:** Sample swab exceeded the manufacturer's expiration date of 06/2020

Category: Count/per area analyzed - Rare: 1 to 10 Low: 11 to 100 Medium: 101 to 1000 High: >1000

- Denotes Not Detected.

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

* = Sample contains fruiting structures and/or hyphae associated with the spores.

*Vincent Iuzzolino* (signature)

Vincent Iuzzolino, M.S., Laboratory Director
or other Approved Signatory

No discernable field blank was submitted with this group of samples.

EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. Results are generated from the field sampling data (sampling volumes and areas, locations, etc.) provided by the client on the Chain of Custody. Samples are within quality control criteria and met method specifications unless otherwise noted.

Samples analyzed by EMSL Analytical, Inc. Cinnaminson, NJ AIHA-LAP, LLC-EMLAP Accredited #100194

Initial report from: 10/26/2020 09:29 AM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

# Sample Analysis
## for

# 12151 NI-10 Service Rd

# Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

**Company:** Moya Environmental
**Attention:** Oscar D. Moya
**Address:** 266 McReine Rd Laplace, LA 70068

**Project** 12151 NI-10 Service Rd

## Air Allergen Mold Testing, Inc.
1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone (770) 938-4861 Fax (678) 723-5848

Report Number 23825

**Report Date** 10/22/2019
**Date Received** 10/21/2019
**Analyzed by** R. Billups
**Job Number** 23825
**DateAmended**

### Direct Exam Microscopic Analysis
### by SOP AAMTDX002

| Location | Apt 115 | | Location | | |
|---|---|---|---|---|---|
| AAMT Nbr | 23825-001 | | AAMT Nbr | | |
| Sample ID | M1 | | Sample ID | | |
| SampleType | Tape | | SampleType | | |
| Background 1 | None detected | | Background 1 | | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | NA | | Hyphae | | |

| Spore Type | Amount | FS | Spore Type | Amount | FS |
|---|---|---|---|---|---|
| *Aspergillus / Penicillium* | Moderate | ☐ | | | ☐ |
| *Chaetomium sp.* | Predominant | ☑ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide. More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present. Indicates fungi is currently growing.

Richard Billups, Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873 PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



| **Company** | Air Allergen |
| **Project** | 12151 NI-10 Service Rd |
| **Location** | Apt 115 |
| **SampleType** | Tape |
| **AAMT Nbr** | 23825-001 |
| **Date Analyzed** | 10/22/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

# CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

Company: MeYA Environmental LLC
Contact: Oscar D. MoYA
Address: 266 McRere Rd
Address:
City, State, Zip: LaPlace, LA. 70068
Phone: Sew. 247. 4082
Email: oscar D. MoYA

**Project:** Carmel Spring Apartments
12,151 NI-10 Service Rd
New Orleans, LA. 70128

Date and Time Collected: 10/18/19, 10:38 AM
Collected by: Oscar D. MoYA

| Sample ID / Serial # | Location | Test Type* | Volume** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|
| M1 | APT 11 S -outside | TAPE | — / — | 24Hr | - | - | Kitchen WALL |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Volume = # minutes x Liters/minute
***Area = in², ft², cm², m² m², swab

* **Microscopic Exam**
Spore Trap • AOC. Allergenco, Micro 5; etc.
Tape, Swab, Bulk (Specify/Qualitative only)

*Fungi Culture
Air, Bulk, Dust, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 - 5 day
(Applies to Spore Traps & Direct Microscopic Exams only)
(Same day must be at lab by 2:00 PM ET)

Relinquished by
Time and Date

07/18/19  2:00

Air Allergen #

Received by
Time and Date
23825

10/21/19 11:52

Chair Link
Chair Link Pro
Air Allergen

FEDEX
UPS
USPS

Drop Off
Offer

Report type:
Lab Only Basic
Lab Only Extended
Lab Only Ext. w/Remediation

Page 1 of 1

Page ___1___ of ___1___

AIHA Participant 189873

AMT
Control # D101
Rev.1
9/30/2010

# How To Read Our Reports



| | Volume (L) | 75 |
| | Particulate | soil |
| | Fibrous Particulate | insulation |

Amount of air sampled out of 1000 liters

| | Skin Fragments % | 26-50 |
| | Background / m³ | 126,853 |
| | Hyphae / m³ | 1067 |

Total particles in 1 cubic meter of air (1000 liters)

| | Spore Name | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Related | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

How many spores the analyst counted (raw count)

Percent of the total spores present per cubic meter

Total number of spores after formula applied to raw spores count, which will equal how many spores there are per 1 cubic meter of air

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores at 1 cubic meter, at the specified magnification

# How to Read Our Reports

The major groups of spores are separated into                            ,

| Predominantly Outside | Inside / Outside | Water Related |
|---|---|---|

This is to make it easier to compare important groupings on the report.

1. The spore types, as well as the number identified is important. High levels of *Aspergillus / Penicillium,* and any level of the Water Related organisms should be of concern.

2. The **Outside** sample is used to verify that the sampling equipment is operating correctly. The Outside sample can also be used to determine if the HVAC is operating properly and as a comparison to the spores recovered inside.

3. The **Background** is represented as particles per cubic meter. The higher the number of particles the more likely that the HVAC is not operating correctly, or there may be overcrowding in the room. High levels of particles can also be an indicator of poor air quality that can lead to respiratory irritation.

4. **Skin fragments** are common in the indoor air. As the % of fragments rise, the more chance that it may be indicating poor circulation or overcrowding.

5. **Particles and Fibers** If there is something important to note or if dust mite parts are observed, it will be noted on the SPORE TRAP COMMENTS page. Only major categories are listed.

6. **Hyphae** are analogous to the stem of a plant. The spores arise from the hyphae, therefore, hyphae should be taken into account when looking at the total spore count, although they are not a part of that number. Hyphae can also give rise to new fungus growth

7. The **spore types** are explained in the Organism section of the report.

8. The **Limit of Detection** is equal to one spore counted by the analyst divided by the inverse of the volume sampled and by the percent of the slide analyzed. If the detection limit is 44, it means that every spore in the raw count equals 44 spores of that type in 1 cubic meter of air for 75 liters of air collected, with an analysis of 30% of the slide at 600x (magnification).

9. Not all spores can be definitively categorized due to the similarity in morphologies. Spores are classified according to the closest scientific description available.

# FUNGAL ORGANISM DESCRIPTIONS

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
|---|---|---|---|---|---|---|---|---|
| *Acremonium* | *species* | soil, dead leaves, carpet, gypsum board | generally recovered lin large numbers | Often recovered from water damaged inside wall board and carpeting | YES | NO | keratitis, mycetoma, aspergillosis | *Stachybotrys, Chaetomium, Trichoderma, Aspergillus, Penicillium* |
| *Alternaria Alternaria* | *alternata sp.* | carpet and air. Mostly an outside spore on plants and in soil | occurs in small amounts | OUT | YES | YES | phaeohypho-mycosis, infections of bone, cutaneous tissue, ears, eyes, paranasal sinuses and urinary tract | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Arthrinium* | *species* | soil, forest litter, plant materials, decaying wood, decaying wood in crawl spaces | not often occuring inside, generally outside in moderate numbers. Often found on decaying wood in crawl spaces | OUT | | NO | NA | *Curvularia, Bipolaris, Cladosporium, Pithomyces, Epicoccum* |
| Ascospores | | wide variety of substrates. Plant, soil, air, cellulose materials, wood in crawl spaces | at certain times of year, found in large numbers outside | OUT | *Chaetomium globosum, Eurotium species* - YES. Most other genera and species, NO | dependent on genus or species recovered | Not generally involved with human disease. | *Basidiospores (if outside), not generally recovered on laboratory media.* |
| *Aspergillus* | *flavus* | common in seeds, nuts and cereals | | BOTH | YES | YES | Respiratory pathogen. Second most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus sp, Penicillium sp.* |
| *Aspergillus (Neosartorya)* | *fumigatus (fischeri)* | Air, Carpet, HVAC | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | Respiratory pathogen. Most often cause of aspergillosis and/or invasive aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |
| *Aspergillus* | *brasiliensis / niger* | food, indoor air | | BOTH | YES | YES | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ochraceus* | coffee beans, spices, soil | | BOTH | YES | YES | aspergillosis | *Aspergillus versicolor, Aspergillus sydowii, Aspergillus niger, Penicillium sp., Cladosporium sp., bacteria* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 1 of 6

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| *Genus* | *Species* | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Aspergillus* | *species* | soil, food, air, carpet, HVAC | Large amounts when recovered | BOTH | YES several species | YES several species | aspergillosis, allergy | *Penicillium* |
| *Aspergillus* | *sydowii* | soil, food, leather | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicillium* |
| *Aspergillus* | *ustus* | food, indoor environment | | BOTH | YES | NO | aspergillosis | other *Aspergillus, Penicilliium* |
| *Aspergillus* | *versicolor* | HVAC, insulation, carpet, air | Must be < 1. Not tolerated at any level inside. | NA | NA | YES | aspergillosis | *Aspergillus sydowii, Aspergillus fumigatus, Aspergillus usuts* |
| *Aureobasidium* | *pullulans* | food, indoor, soil, leaf, seeds, fruit drinks, carpet, wet areas | | INSIDE | YES | NO | corneal, peritoneal, cutaneous, pulmonary, systemic mycosis | *yeasts, Chaetomium, Stachybotrys, Trichoderma, Aspergillus, Penicillium* |
| Basidiospores | | soil, wood, cellulose materials, plywood when wet  related to "wood rot" | large amounts | OUTSIDE | YES | NO for air, YES for some mushrooms | NONE from air.   Some mushrooms ingested can contain dangerous toxins | Ascospores, recovered on laboatory media as sterile mycelium, sometimes with "clamps" and/or arthrospores |
| *Bispora* | sp. | soil, wood | | OUTSIDE | NO | NO | NA | *Bipolaris, Curvularia, Cladosporium, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Chrysonilia* | *Species* | soil | also known as *Neurospora* | BOTH | NO | NO | NA | NA |
| *Chaetomium* *Chaetomium* | *species* *globosum* | Ascospore commonly associated with wet gypsum board.   Present in soil | Large amounts when recovered | INSIDE | YES | NO | occasionally associated with infections of blood, brain, skin and nails | *yeasts,  Stachybotrys, Trichoderma, Aspergillus, Penicillium* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 2 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 8 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Cladosporium* | *cladosporioides* | plant material, soil, indoor air, carpet, HVAC | common spore in the indoor air. Indicates normal air when greater than *C. sphaerospermum* | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Cladosporium* | *sphaerospermum* | plant material, soil, indoor air, carpet, HVAC | high amount in indoor air indicates poor air quality | BOTH | YES | NO | NA | *Cladosporium cladosporioides, Aspergillus sp., Penicillium sp.* |
| *Cladosporium* | *species* | plant material, soil, indoor air, carpet, HVAC | | BOTH | NO | NO | NA | *Alternaria, Curvualria, Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Curvularia* | *species* | soil, plant material, carpet, cellulose materials (paper) | | BOTH | | | opportunisitc pathogen of cornea and sinuses.  Related to keratitis, endocarditis, mycetoma and pulmonary infection. | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Dicyma* | *species* | soil | related to wood rot | OUT | YES | NO | NA | Chaetomium, Stachybotrys, Trichoderma |
| *Epicoium* | *nigrum* | plants, soil, carpet, air, seeds | generally recovered in small numbers | primarily outside but is common inside, as well. | NO | NO | None | *Alternaria, Curvualria, Cladosporium spcies, Pithomyces, Drechslera, Exserohilum, Helminthosporium* |
| *Eurotium Eurotium* | *amstelodami herbariorum* | soil, variety of food, indoor air | | BOTH | NO Although, Xerophlilic, often found in water damaged buildings. | NO | aspergillosis | *Aspergillus, Penicillium* |
| *Fusarium* | *species* | grains, soils, apples, potatoes, sugar beet, maize | few, when recovered | BOTH | NO | YES several species | keratitis, occasionally mycetoma, sinusitis, septic arthritis and onychomycosis.  Contains highly toxic secondary metabolites when ingested in some food grains. | *Aspergillus, Penicillium, Acremonium, Epicoccum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Microspcorum* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Trichopyton, Epidermophyton* |
| *Mucor* | *species* | soil, wet damp materials | common bread mold | BOTH | YES | NO | Common cause of zygomycosis | *Rhizopus, Absidia, Cunninghamella, Syncephalastrum* |
| Myxomycete | | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Nigrospora* | *species* | carpet, air, soil, plants | | BOTH | NO | NO | None | *Alternaria,Cladosporium species Pithomyces, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Paecilomyces* | *variotii* | soil, compost | thermophillic | Both | YES | YES | sinusitis, eye infections | *Aspergillus, Penicillium* |
| *Penicillium* | *sp.* | soil, food | most common spore type found in the indoor air | Both | YES | YES several species of the approximately 200 known | Aspergillosis | *Aspergillus, Paecilomyces* |
| *Periconia* | *species* | plant pathogen | low, outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Phoma* | *species* | plant, soil, caroet, wood | | BOTH | NO | NO | occsional agent of phaeohyphomycosis | found in combination with a variety of wood rot or plant pathogen fungi |
| *Pithomyces* | *species* | soil, air, plant material | at certain times of the year can be recovered in moderate amounts from | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium* |
| *Rhizopus* | *species* | soil, damp wet materials | common bread mold | BOTH | YES | NO | Most common cause of zygomycosis | *Mucor, Absidia, Cunninghamella, Syncephalastrum* |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

Page 4 of 6

AAMT
control # R101
Rev. 0
3/10/2010

Page 10 of 15

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
|---|---|---|---|---|---|---|---|---|
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
| *Rhodotorula* | *species* | wood, behind wall paper, cellulose products, carpets | pink, orange or red yeast, needs very high water activity levels | BOTH | YES | NO | NONE | *Sporobolomyces, Aureobasidium, Chaetomium, Stachybotrys* |
| *Scopulariopsis* | *brevicaulis* | soil, wood, food | has a characteristic ammoniacal odor | BOTH | NO | NO | Can infect toenail. May be a risk or subcutaneous or invasive infections of the immunocompromised | *Aspergillus, Penicillium* |
| *Spegazzinia* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Sporothrix* | *species* | soil, wood, moss | | BOTH | | | one species is known to cause human infections | |
| *Stachybotrys Stachybotrys* | *chartarum echinata* | Most often actively growing on the backside of gypsum board. Carpet, HVAC provide sparse growth and sometimes only spores | Must be < 1. Not tolerated at any level inside, although individual spores are occasionally brought in on shoes from the soil. | Most often recovered inside | YES | YES | Neurotoxic. Toxins are damaging to organs but the spores do not grow at body temperature. | *Chaetomium, Trichoderma, Acremonium, Ulocladium, Aspergillus usuts* |
| *Stemphylium* | *species* | soil, grass, wood, paper | in small numbers outside | OUTSIDE | NO | NO | NONE | *Alternaria,Cladosporium species, Epicoccum, Drechslera, Exserohilum, Helminthosporium, Curvularia, Pithomyces, Bipolaris* |
| *Tetraploa* | *species* | plant material | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Torula* | *species* | soil, plants | very small numbers outside | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

| Organism | | Recovered From | Comments | Inside / Outside | High Water Activity | Mycotoxins | Health Risk | Found in |
| Genus | Species | | | Spore Type | Indicator | Produced | Type | Combination with |
|---|---|---|---|---|---|---|---|---|
| *Trichoderma* | *species* | soil, plant material, carpet, cellulose materials (paper), decaying wood | clumps of green spores in large numbers | BOTH | YES | NO | *T. viride* is associated with aspergillosis. *T. harzianum* is associated with hypersensitivity pneumonitis | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| *Trichophyton* | *species* | human and animal scalp, skin, nails | rarely recovered in air samples | IN | NO | NO | dermatophyte. Ringworm, infections of skin, scalp and nails | *Microsporum, Epidermophyton* |
| *Ulocladium* | *species* | soil, grass, wood, paper | in small numbers outside, moderate inside | BOTH | YES | NO | NONE | *Aspergillus, Penicillium, Chaetomium, Acremonium, Stachybotrys* |
| Uredinospores (Rusts) | | plant pathogen | variable in numbers produced | OUTSIDE | NO | NO | NO | seen at various times of the years outside with a combination of other outside spores |
| *Ustilago* | *species* | plant pathogen | | BOTH | NO | NO | NO | soil organisms |
| *Verticillium* | *species* | | | OUTSIDE | NO | NO | NO | |
| | | | | | | | | |

Air Allergen Mold Testing, Inc.
2041 Hessian Court
Stone Mountain, Ga. 30087

AAMT
control # R101
Rev. 0
3/10/2010

# GLOSSARY

| | |
|---|---|
| **Actinomycetes** | Class of filamentous bacteria associated with water damaged building materials. Strong earthy odor is present. Some genera are associated with skin and respiratory infections. |
| **Aspergillosis** | refers to any species of the genera *Aspergillus* and *Penicillium* that can infect the respiratory tract, sinuses, ear, eye, skin, mucous membranes and multiple systemic sites. The most common cause of aspergillosis is *Aspergillus fumigatus* and *Aspergillus flavus* |
| **Ascomycetes (ascospores)** | a class of fungi characterized by the presence of asci and spores, and having two distinct reproductive phases, a perfect stage and an imperfect stage. Outside, mainly found as plant pathogens. |
| **Basidiomycetes (basidiospores)** | the largest class of fungi the Basidiomycota has been divided into 2 classes, mushrooms, and the jelly, rust and smut fungi). Major contributor to wood rot. |
| **Chromoblastomycosis** | granulomatos inflammation with supprative reaction, generally superficial and/or subcutaneous. |
| **Conidiophore** | also known as a "fruiting structure". Presence of a specialized hyphal structure that serves as a stalk on which the conidia are formed. Indicative of current fungal growth. |

AAMT
Control # R102
Rev. 0
3/10/2010

| | |
|---|---|
| **Dermatophyte** | a fungus belonging to the genus, *Trichophyton, Epidermophyton* or *Microsporum*, with the ability to obtain nutrients from keratin and infect skin, hair, or nails of humans or animals. |
| **Deuteromycetes** | The **Fungi imperfecti** or **imperfect fungi**, also known as **Deuteromycota**, are <u>fungi</u> which do not fit into the commonly established <u>taxonomic</u> classifications of fungi that are based on <u>biological species concepts</u> or morphological characteristics of sexual structures because their sexual form of <u>reproduction</u> has never been observed; hence the name "imperfect fungi." |
| **ERMI Group 1** | set of fungal organisms that EPA proposes are found in homes that may have health risks due to high levels of "water loving" fungi |
| **Hyalohyphomycosis** | saprophytic fungi that produce colorless hyphae |
| **Hyphae** | string-like structures that support the spores of fungi. Also called mycelia or mycelium |
| **Keratitis** | inflammation of the cornea of the eye |
| **Mycetoma** | a localized, chronic cutaneous or subcutaneous infection classically characterized by draining sinuses, granules and swelling. |
| **Mycosis** | disease caused by a fungus |

AAMT
Control # R102
Rev. 0
3/10/2010

| Myxomycetes (slime mold) | A class of peculiar organisms, the slime molds, formerly regarded as animals (Mycetozoa), but now generally thought to be plants and often separated as a distinct phylum (Myxophyta); essentially equivalent to the division Myxomycota. They are found on damp earth and decaying vegetable matter, and consist of naked masses of protoplasm, often of considerable size, which creep very slowly over the surface and ingest solid food. |
|---|---|
| Onychomycosis | a fungal infection that affects the fingernails or toenails |
| Phaeohyphomycosis | saprophytic fungi that produce dark brown to black hyphae and infect the skin and may also be subcutaneous. |
| Sporotrichosis | Subcutaneous infection that may produce ulcerations in the skin. |
| Sterile Mycelium | hyphae that have an absence of spores or conidia |
| Subcutaneous | situated or occurring directly under the skin |
| Supprative | producing puss |
| Uredinospores (Rusts) | are the thinner-walled spores of some fungi: (rusts and smuts), from which the basidium arises. Plant pathogens. |
| Xerophillic | Prefers dry places, growing under dry conditions |
| Zygomycosis | infection caused by opportunistic fungi of the zygomycete group (*Rhizopus, Mucor, Rhizomucor, Absidia, Sycephalastrum, Cunninghamella*) |

AAMT
Control # R102
Rev. 0
3/10/2010

# Sample Analysis
for


# 6881 Parc Brittany


# Moya Environmental

AIRALLERGEN.COM          844-263-6103 . 770-938-4861

| Company: | Moya Environmental | | Report Date | 12/10/2019 |
| Attention: | Oscar Moya | | Date Received | 12/9/2019 |
| Address: | 266 McReine Rd Laplace, LA 70068 | | Analyzed by | B. Rao |
| | | | Job Number | 24260 |
| Project | 6881 Parc Brittany | | DateAmended | |

1543 Lilburn Stone-Mountain Road, Suite 200
Stone Mountain, GA 30087
Phone  (770) 938-4861   Fax  (678) 723-5848

Report Number  24260

**Direct Exam Microscopic Analysis**
**by SOP AAMTDX002**

| Location | Apt D105 | | Location | | |
|---|---|---|---|---|---|
| AAMT Nbr | 24260-001 | | AAMT Nbr | | |
| Sample ID | M29 | | Sample ID | | |
| SampleType | Swab | | SampleType | | |
| Background 1 | soil, carbon | | Background 1 | | |
| . | | | . | | |
| Dustmites | Absent | | Dustmites | | |
| Hyphae | Moderate | | Hyphae | | |
| **Spore Type** | **Amount** | **FS** | **Spore Type** | **Amount** | **FS** |
| *Chaetomium sp.* | Predominant | ☐ | | | ☐ |
| *Cladosporium sp.* | Moderate | ☐ | | | ☐ |
| Unidentified | Rare | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |
| | | ☐ | | | ☐ |

The uncertainty of measurement associated with the measurement results contained in the report is available upon request.

Qualitative analysis
Predominant = major spore type on slide.  More than one spore type can be Predominant.
Moderate = < 50% of slide.
Rare = < 10% of slide.
FS = Fruiting structures present.  Indicates fungi is currently growing.

Richard Billups,  Laboratory Director

LAB-FRM-ITS-004

AIHA Culture Proficiency Analytical Testing Participant # 199873   PJLA ISO/IEC 17025:2005 Environmental Accreditation # 91033



*Cladosporium sp.*

*Chaetomium sp.*

400X

24260-001

20µm
40X
2019-12-10 11:47:12

| | |
|---|---|
| **Company** | Air Allergen |
| **Project** | 6881 Parc Brittany |
| **Location** | Apt D105 |
| **SampleType** | Swab |
| **AAMT Nbr** | 24260-001 |
| **Date Analyzed** | 12/10/2019 |

Information on specific organisms listed can be viewed on our Fungal Organisms Description page.
Background particle information can be found on the How to Read Our Reports section.

Richard Billups, Laboratory Director

## CHAIN OF CUSTODY

**Air Allergen & Mold Testing**
1543 Lilburn Stn-Mtn Rd, Ste.200
Stone Mountain, Ga. 30087
Phone (770) 938-4861
Fax (770) 270-0853
www.mold-testing-lab.com
airallergen@gmail.com

| | |
|---|---|
| Company: | Moya Environmental Tech LLC |
| Contact: | Oscar D Moya |
| Address | 266 McGehee Rd |
| Address | |
| City, State, Zip | LaPlace, LA. 70068 |
| Phone: | 504. 217. 4082 |
| Email: | OscArdmoya @hotmail.com |

**Project** Laguna Reserve
6881 Park B. hny
New Orleans, LA 70127

Date and Time Collected: 12/18/19
Collected by: Oscar D Moya

| Sample ID / Serial # | Location | Test Type* | Volume** | Area*** / Area*** | TAT | RH | Temp | Notes |
|---|---|---|---|---|---|---|---|---|
| m29 | Outside APT D105 | Swab | ~ | ~ / ~ | 24hr | ~ | ~ | master bedroom flooring under carpet |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Volume = # minutes x Liters/minute
***Area = in², ft², cm², m², m³, swab

* Microscopic Exam
Spore Trap = AOC, Allergenco, Micro 5, etc
Tape, Swab, Bulk (Specify)(Qualitative only)

* Fungi Culture
Air, Bulk, Dust, Swab (specify to genus or species level)

TAT = Up to 3 hours, Same Day, Next Day, 2 – 5 day
(Applies to Spore Traps & Direct Microscopic Exams only )
(Same day must be at lab by 2:00 PM ET)

| Relinquished by
Time and Date | Received by
Time and Date |
|---|---|
| Osm | B.Blasingame |
| | 12/19 |
| | 24260 |

Air Allergen # 24260

FEDEX ☐   UPS ☐   USPS ☒
Drop Off ☐   Other ☐

☐ Chain Link
☐ Chain Link Pro
☐ Air Allergen

Page 1 of 1

**Report type** ☐ Lab Only Basic
☐ Lab Only Extended
☐ Lab Only Ext. w/Remediation

AIHA Participant 159873

Page 1 of 1

AAMT
Control # D101
Rev1
9/13/2010



# How To Read Our Reports

| | ABL Test # | |
|---|---|---|
| | Customer Sample # | |
| | Spore Trap Serial # | |
| | **Location** | |
| | Volume (L) | 75 |

Number of liters of air taken for this sample.

| | Skin Fragments % | 26-50 |
|---|---|---|

The percentage of slide coverage from skin fragments.

| | Background / m³ | 126,853 |
|---|---|---|

The number of particles per cubic meter of air.

| | Hyphae / m³ | 1067 |
|---|---|---|

The parts of the mold structure in the sample.

| | **Spore Name** | Raw Count | Spores/m³ | % Total |
|---|---|---|---|---|
| Predominantly Outside | Alternaria | 2 | 83 | 0.4 |
| | Arthrinium | | | |
| | Arthrospores | | | |
| | Ascospores | | | |
| | Basidiospores | | | |
| | Bipolaris | | | |
| | Curvularia | | | |
| | Epicoccum | | | |
| | Nigrospora | 5 | 207 | 0.9 |
| | Periconia/Myxomycete | | | |
| | Pithomyces | | | |
| | Spegazzinia | | | |
| | Tetraploa | | | |
| | Torula | | | |
| | Urediniospores | | | |
| Inside / Outside | | | | |
| | Aspergillus/Penicillium | 400 | 16,593 | 73.1 |
| | Cladosporium | 127 | 5,268 | 23.2 |
| Water Damage | Chaetomium | 10 | 415 | 1.8 |
| | Stachybotrys | 3 | 124 | 0.5 |
| | Trichoderma | | | |
| | Ulocladium | | | |
| | **Total** | 547 | 22,690 | 100 |

The numbers in this column indicate how many spores the analyst counted (raw count) in the air sample.

Percent of the total spores present per cubic meter

Total number of spores per cubic meter of air in the sample for that spore type.

Total spores in this sample per 1 cubic meter of air.

Please see attached sheet for additional information and important notes.

| Limit of Detection @ 600x | 44 |
|---|---|
| Limit of Detection @ 300x | 13 |

Each spore counted by the analyst represents this many spores in 1 cubic meter, at the specified magnification

© Air Allergen & Mold Testing, Inc.

# About Our Reports

1. The major groups of spores are separated into three groups: Predominately Outdoor; Likely to be found both Outdoors and Indoors; and Water Damage Spores, which are those spores that require near wet conditions to grow.
2. High levels of *Aspergillus / Penicillium,* and any level of the Water Damage organisms should be of concern.
3. The Outside sample is used to verify that the sampling equipment is operating correctly and as a comparison to the spores recovered inside.
4. The background is represented as particles per cubic meter. High levels of particles are an indicator of poor filtration and poor air quality.
5. Skin fragments are common in the indoor air. As the % of fragments rise, the more chance of poor circulation, overcrowding, or inadequate filtration.
6. Particles and Fibers identify the kind of background particulate.
7. Hyphae are analogous to the stem and other parts of a plant. Elevated hyphae indicate mold growth in the sampled area.
8. Information about the potential health consequences of the individual spore types can be found on the internet.
9. The Limit of Detection is the number of spores per cubic meter per spore counted by the analyst at that magnification.
10. The photograph following each sample type is taken at a representative point of one of the samples so that you can see what the analyst sees.

© Air Allergen & Mold Testing, Inc.

# Interpreting the Report

These pie charts are provided to compare your results with the results from more than five thousand other properties, primarily in the Southeast U.S.



**Indoor Spore Counts**

> 10K/m3 24%

Less than 2,500/m3 51%

5K to 10K/m3 11%

2.5K to 5K/m3 14%

This pie chart shows the total indoor spore counts from samples taken at the other properties divided into four ranges. The median spore count is approximately 2,500 spores per cubic meter, most of which are outdoor spores like Basidiospores or Ascospores. The sample should contain no more than 500 Aspergillus/ Penicillium spores per cubic meter.

Outdoor spores that find their way indoors can be reduced by the filter in the HVAC system but require a minimum of a MERV 8 rated filter (or equivalent) for removal.

Elevated Aspergillus/Penicillium spores are often used as an indication of mold growth indoors and can be the source of the musty smell associated with mold.



**Quantity of Aspergillus/Penicillium Spores in the Indoor Air of Houses**

> 50 K 7%

10 K - 50 K 10 %

2 K - 10 K 10 %

< 500 49%

500 - 2 K 24%

© Air Allergen & Mold Testing, Inc.

Many people are sensitive to Aspergillus and Penicillium spores as an allergen, particularly the very young whose immune system is not fully developed, an older person whose immune system has grown tired, and those whose immune system is compromised by medication or disease. Some species of Aspergillus/Penicillium produce mycotoxins.

Elevated levels of Aspergillus and Penicillium are most often associated with elevated humidity and it is possible that the Aspergillus/Penicillium spore count will increase with the seasonal increases in humidity.

Cladosporium is the most common spore in HVAC systems and is often found on window and other surfaces affected by condensation. Cladosporium is

© Air Allergen & Mold Testing, Inc.

generally believed to have a low potential to produce mycotoxins, but it can cause allergic reactions.  Asthmatics and people who are immune-compromised should be especially wary of elevated levels of Cladosporium.

Water damage spores are associated with serious health concerns.  For that reason, even small amounts are noted to encourage identification and elimination of all sources of high moisture or water intrusion.



Dust analysis gives historical insight into intermittent events that can be helpful in managing the indoor air quality.

The Environmental Relative Moldiness Index (ERMI), which indicates whether a home is more or less moldy than average, is based on carpet dust.  Studies show that health symptoms increase in homes where the quantity of spores in the carpet are higher than average.

Elevated background particulate can result in respiratory discomfort similar to allergy symptoms.



Background particulate is removed by the filter in the HVAC system and can be reduced by improved filtration through the use of a higher rated filter and/or  by operating the HVAC system fan in the ON position rather than AUTO.  Air Allergen suggests a minimum of a MERV 10 filter to remove background particulate.

In some cases when the occupants are experiencing health symptoms, the symptoms are agravated by the use of chemicals.  If pest control, odor control, cleaning, remediation or other chemicals have been used in the home, consider reviewing the health warnings associated with the ingredients to determine whether the chemicals are contributing to any reported symptoms.

Health symptoms can also be caused by bacterial growth in the shower heads.  Consider removing and cleaning the inside of the shower heads with an anti-microbial agent to prevent aerosolizing bacteria from this source.

© Air Allergen & Mold Testing, Inc.

# Studies Relevant to Indoor Air Quality

Concentrating on the indoor environments is particularly important for children, since they can spend as much as 90% of their time indoors.  Exposure to indoor air pollutants can cause health effects ranging from sneezing and coughing to exacerbations of chronic respiratory disorders such as asthma. *American Thoracic Society May 2010*

Three recent, high quality, systematic reviews of the available evidence concluded that the implementation of interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma.  This position has also been taken by the National Institute for Occupational safety and Health (NIOSH), many State governments, Health Canada, and internationally by the World Health Organization*.  Position Statement on Mold and Dampness in the Built Environment by the American Industrial Hygiene Association March 26 2013*

More than 50 epidemiological studies have been performed in different parts of the world. The majority of the studies have found adverse health effects from particulate matter at levels lower than the current federal standard. Particulate air pollution has been associated with increased respiratory illness or chronic respiratory symptoms, asthma aggravation, increased hospital admissions, and premature deaths. *The American Lung Association.*

Researchers pooled data from 26 peer-reviewed papers and one unpublished dataset that analyzed dust samples taken from homes in 14 states. They found 45 potentially toxic chemicals that are used in many consumer and household products. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent called TDCIPP. Exposure to even small amounts of chemicals in combination can lead to an amplified health risk, especially for developing infants or young children. *Milken Institute School of Public Health (Milken Institute SPH) at the George Washington University 2017*. Inexpensive, low-efficiency HVAC filters offer no better particle removal than no filter. *Effectiveness of Air Filters and Air Cleaners in allergic Respiratory Diseases: A review of the Recent Literature by James L. Sublett, National Center for Biological Information July 2011*

Dampness and mold in homes is associated with increases in several adverse health effects including upper respiratory symptoms, cough, wheeze and asthma exacerbation.  *Indoor Air Quality Scientific Findings Resource Bank by the Indoor Environment Group of the Lawrence Berkeley National Laboratory with funding support from the U.S. E.P.A.*

© Air Allergen & Mold Testing, Inc.

Children living in a high ERMI value home at 1 year of age had more than twice the risk of developing asthma by age 7. *Annuals of Allergy, Asthma, & Immunology July, 2012*

Housing deterioration, especially the damage caused by water leaks, is directly linked to the rates of poorly controlled asthma in inner city children.  Remediating water damaged buildings has improved the control of childhood asthma.  After remediation, emergency room visits and hospitalizations were reduced from 22 visits and 11 admissions to 2 visits and one admission.  A reduction in the dosage of medications was possible in all patients and, in some cases, certain medications were taken off following the intervention.  *Journal of Asthma 2012*

Bedrooms with higher levels of particles were linked to more symptoms in the children with asthma. As the concentration of coarse particles got higher, the symptoms increased. Symptoms included coughing, wheezing and chest tightness. This study suggests that finding ways to cut down of the particulate matter in the air may help to reduce the symptoms of children with asthma. *Meredith C. McCormack, MD, MHS, an instructor with Johns Hopkins School of Medicine and researchers from the Center for Childhood Asthma in the Urban Environment, which is a joint center of Johns Hopkins School of Medicine and John Hopkins Bloomberg School of Public Health. August 2009*

Forced air systems with high efficiency filtration were found to provide the best control of asthma triggers: 30-55% lower cat allergen levels, 90-99% lower risk of respiratory infection through the inhalation route of exposure, 90-98% lower environmental tobacco smoke (ETS) levels, and 50-75% lower fungal spore levels than natural ventilation, portable air cleaners and forced air ventilation equipped with conventional filters. *Environmental Health, August 2008.*

Based on these and similar studies, the indoor air quality can be managed or improved through:

1. Proper Filtration using a MERV 10 or similarly rated filter in the HVAC system.

2. Humidity control by eliminating any leaks, removing any damp, moldy or moisture damaged materials, and using a dehumidifier to maintain the indoor humidity near or below 50% at room temperature.

3.  Good Housekeeping including the use of a HEPA filter vacuum to regularly and thoroughly vacuum all carpets and upholstered furniture and wipe hard surfaces with a mild fungicide such as found in many dusting products.

4.  Adding a small amount of fresh air to the cold air plenum of the HVAC system to dilute air borne chemicals and replace any air exhausted by vent fans.

© Air Allergen & Mold Testing, Inc.

# General Information Concerning Mold
## & Other Particulates Identified on our Report

### Mold

It is important to make the distinction between mold and mold spores. Mold is a fungus similar to a plant, while mold spores are similar to the fruit of a plant. When mold is growing, it sends off mold spores to grow more mold, just as plants produce seeds to grow more plants. The spores become airborne and, when inhaled, can cause distress in the respiratory system.

Health symptoms associated with mold spores may include a cough, headaches, asthma and other respiratory discomfort, allergies, sore throat, sinus problems, depression, fatigue, and itchy eyes. The severity of health reactions depends on the type of spore, quantity, growing conditions, and an individual's immune system response. Allergic reactions in airway passages can leave a person more vulnerable to bacteria and viruses.

Some spores contain small amounts of toxins. The concern about toxins varies according to the type of spores, quantity, and growing conditions. When toxins enter the blood stream they can travel to other organs and are believed to be associated with more serious health consequences.

Neither mold nor mold spores smell. The smell normally associated with mold is from the gasses given off when mold metabolizes the materials it is growing on. Therefore, if an odor normally associated with mold is detected, it most likely indicates that mold is growing somewhere nearby. The odor can vary from sweet to pungent, depending on the type of mold, the material it is growing on, and the growing conditions.

Individual reactions to different types and quantities of airborne mold spores vary widely, from inconsequential to life threatening.  As a result, national indoor airborne spore count standards have not yet been agreed upon.  Nevertheless, numerous government sponsored studies here and abroad over the past thirty years have trended toward similar conclusions about mold in the indoor environment.

Air Allergen has reviewed studies from a number of countries, states, and organizations who published guidelines over the past 30 years including the World Health Organization (WHO), Commission of European Communities (CEC), Finland, Germany, Singapore, Brazil, Czech Republic, Portugal, California, and Texas.

Some studies set a numerical guideline based on spore type. A study funded by the EPA called the Environmental Relative Moldiness Index (ERMI) based its health

© Air Allergen & Mold Testing, Inc.

conclusions on whether the home was more or less moldy than average. Other studies concluded that any mold growth in the indoor environment is inappropriate. Still others conclude that interventions that combine elimination of moisture intrusion and leaks and removal of moldy items help to reduce mold exposure, respiratory symptoms and new onset asthma without addressing quantity or comparison with averages.

## Particulate

In addition to mold spores, the health of occupants can be affected by particles in the air. Particles can consist of dry solid fragments, solid cores with liquid coatings, and/or small droplets of liquid. Particulate exposure has been associated with increased risk of premature deaths, especially in the elderly and people with pre-existing cardiopulmonary disease. Other studies have linked particulate exposure to reduced lung function and respiratory symptoms in children, including the onset of asthma.

The significance and consequences of particulates in the air depends on the quantity, size, shape, and chemical composition. Angular shaped particulate, such as silica, can have an abrasive effect on the body, while other particulate are shaped more like smooth pebbles. Materials like fiberglass are more difficult for the body's systems to break down and eliminate compared to cellulose and cloth, and therefore can be a greater irritant than those easily eliminated by the body's defense system.

Particulate can also include chemicals. One review of studies from 14 states identified 45 potentially toxic chemicals in the indoor air. Ten harmful chemicals were found in ninety percent of the samples including a known cancer-causing agent. The chemicals in second hand smoke are also referred to as particulate in the Surgeon General's report. Exposure to even small amounts of chemicals in combination with other chemicals, bacteria, and mold spores can lead to an amplified health risk.

Particulate are generally divided into three categories based on size; Inhalable, Thoracic, and Respirable. Inhalable means that it can be easily inhaled into the respiratory system. Thoracic particulate can find its way into the small air passages in the lungs. Respirable particulate are particulate that can enter the small air sacs in the lungs where oxygen is exchanged and are defined by the EPA as that particulate having a mid-point size of 2.5 microns.

Respirable particulate includes many chemicals, second hand smoke, and many common mold spores which is the reason that harmful chemicals and toxins associated with mold can enter the blood stream through the lungs.

© Air Allergen & Mold Testing, Inc.

# Skin Fragments

Skin fragments combined with elevated humidity can result in dust mites. Dust mites are a common trigger for asthma type symptoms. Excess skin fragments are often a sign of diminished filtration. Controlling the humidity and improving the filtration can aid in reducing the possibility of dust mites. Adding dust mite resistant covering to the mattresses and pillowcases can help reduce the possibility of respiratory discomfort from this source. Dust mite covers are readily available from many linen stores or found on line.

# Carpet Dust

Air samples reflect current conditions whereas culturing dust samples can give historical insight to longer term trends that can be helpful in managing the indoor air quality. While dust samples can be taken from any surface, the primary source of dust for analysis is from carpets. Generally speaking, the higher the number or percentage of colony forming units associated with elevated humidity, the higher the potential health risk for those who are fungal susceptible individuals. Particularly susceptible are young persons whose immune system is not fully developed, older persons whose immune system has grown tired and those whose immune system is compromised by medication or disease.

# Guidelines

Given the body of available information Air Allergen currently refers to the following guidelines when considering the significance of samples taken during an inspection. *Humidity:* Less than 55% at 70 degrees. *Spore Trap:* (1), Spore type and percentage profile similar to outdoor air; (2), Total spore count under 2,500 spores per cubic meter, providing that Aspergillus/ Penicillium (high probability allergen) spores are under 500 spores per cubic meter; (3) No spores requiring wet conditions. *Carpet dust analysis:* (1), Total CFU's/gram under 40,000; (2), minimal spore types found on the EPA's Environmental Relative Moldiness Index (ERMI) list; (3), spores associated with elevated humidity less than 10,000 per cubic meter. *Background particulate:* (1) Total particulate count fewer than 100,000/cubic meter; (2), no insulation or glass-like fibers. *Skin Fragments:* 0-25 % of slide.

It should be noted that these are guidelines to be considered in the context of the inspection, indicating where steps can be taken to improve the environment and its effect on the health of the occupants. The farther the results of individual samples are above these guidelines, the more likely health symptoms will occur with the occupants.

© Air Allergen & Mold Testing, Inc.

# References

Barnett, H. H. (1998). <u>Illustrated Genera of Imperfect Fungi </u>(4th ed.). St. Paul, Minnesota: APS Press.

<u>Bioserosols Assessment and Control</u>. (1999). Cincinnati, Ohio: ACGIH.

Brandys, R. B. (2010). <u>International Indoor Air Quality Standards </u>(2nd ed.). Hinsdale, Il, USA: OEHCS,Inc, Publications Division.

Brandys, R. B. (2010). <u>Worldwide Exposure Standards for Mold and Bacteria</u> (8th ed.). Hinsdale, Il, USA: OEHCS,Inc, Publishing Division.

Ellis, M.B. (1971). <u>Dematiaceous Hyphomycetes.</u>  Cambridge, Mass. :CABI Publishing.

Klich, M.  (2002).  <u>Identification of comon Aspergillus species. </u> Ultrecht, Netherlands:  Centraalbureau voor Schimmelcultures.

<u>Koneman's Color Atlas and Textbook of Diagnostic Microbiology</u>  ( 6th ed.)(2006).  Baltimore, Md:  Lippincott Williams and Wilkins.

Larone, D. (2002). <u>Medically Important Fungi, A Guide to Identification</u>. (4th ed.). Washington D.C., D C: ASM Press.

Murray, P. B. (1995). <u>Manual of Clinical Microbiology </u>(6th ed.). Washington D.C., D.C.: ASM Press.

Pitt, J. (2000).  <u>A Laboratory Guide to Common Penicillium Species.</u>  North Ryde, Austrailia:  Food Science Austrailia.

Samson, R. H. (2002). <u>Introductin to Food and Airborne Fungi </u>(6th ed.). Netherlands: Centraalbureau voor Schimmelcultures.

Smith, E. G. (2000). <u>Sampling and Identifying Allergenic Pollens and Molds</u>. San Antonio, Texas: Blewstone Press.

.Wang, C. A. (1990). <u>Identification Manual for Fungi from Utility Poles in the Eastern United States</u>. Lawrence, Kansas: Allen Press, Inc

Wantanabe, T.  (2010).  <u>Pictoral Atlas of Soil and See Fungi</u>     (3rd ed.). Boca Raton, Fl.:  CRC Press.

© Air Allergen & Mold Testing, Inc.



Housing Choice Voucher Program
4100 Touro Street
New Oleans, LA 70122
Phone: (504 708-2800
(866) 202-3487 (toll free)
Fax: (504) 288-8796

Date: 05/12/2014

TO: Sandra Allen
6802 Lake Kenilworth Dr
Suite M107
New Orleans, LA 70126

Inspection ID: 170935

## FIRST FAIL SPECIAL INSPECTION

Dear Housing Choice Voucher Program Participant/Landlord:

On **05/09/2014** the unit at **6802 Lake Kenilworth Dr** was inspected. The **Special** inspection was conducted in accordance with the Housing Quality Standards and the results of your inspection are attached.

To comply with HQS regulations, the deficiencies noted on the following page(s) must be corrected within 28 days from the date of the original inspection. An inspector will return for re-inspection on the date provided below. If the deficiencies listed are not corrected or we cannot gain access to the unit, housing assistance payments for the property will be abated (stopped) at the first of the month following the re-inspection date. **Any monies not received due to abatement are considered lost and not recoverable by the owner.**

### Your re-inspection is scheduled for 06/06/2014 between 8:00 AM and 12:00 PM.

If any of the items listed on the attached page are identified as emergency repairs, the repair must be completed within 24 hours of the date of inspection. The owner will be telephoned the same day the emergency has been identified. If the immediate health and safety issue was not addressed within 24 hours, housing assistance payments will be abated (stopped) and actions may also be taken to terminate the Housing Assistance Payment Contract.

If and adult, 18 years or older is **not** present at the second scheduled inspection, action will be taken to terminate rental assistance.

If you have any further questions regarding this letter or the inspection results, please call (504) 670-3300 EXT 3034.

Sincerely,

HANO Inspection Department

789452



Housing Choice Voucher Program
4100 Touro Street
New Oleans, LA 70122
Phone: (504 708-2800
(866) 202-3487 (toll free)
Fax: (504) 288-8796

Date: 06/09/2014

TO: Sandra Allen
6802 Lake Kenilworth Dr
Suite M107
New Orleans, LA 70126

Inspection ID: 170935

### Notice of Fail Annual Re-Inspection Letter

Dear Housing Choice Voucher Program Participant/Landlord:

On **06/06/2014** the unit at **6802 Lake Kenilworth Dr** was re-inspected for required repairs that were noted during your Annual inspection and the results of the re-inspection are below:

Your unit inspection resulted in **AB = Abatement (Fail)** rating per HQS.

In accordance with HUD regulations, HANO will cease (stop) making housing assistance <u>housing assistance payments at the first of the month following the re-inspection date.</u> **Any monies not received due to abatement or termination is considered lost and not recoverable by the owner.** Failure to keep the unit in decent, safe and sanitary conditions at all times in accordance with Housing Quality Standards can result in the termination of the owner's Housing Assistance Payment Contracts and/or the loss of the family's rental assistance.

HANO will schedule one more re-inspection appointment upon request of the owner. The re-inspection must be scheduled and passed within 15 days from the date of this notice. If you fail to make arrangements to have an adult present (18 or older) for the next scheduled inspection, HANO will terminate your rental assistance.

If you have any further questions regarding this letter or the inspection results, please call (504) 670-3300 EXT 2796.

Sincerely,

HANO Inspection Department

819671

# Housing Authority of New Orleans

# HQS INSPECTION SUMMARY

____ Passed    X Failed    ____ Inconclusive    ____ Paint certificate required

Inspection Type: ____ Initial    ____ Annual    X Special

Tenant Name _Sandra Allen_    Tenant Phone# _____

Unit Address _6802 Robe Kenilworth #107_    Zip _70126_

This inspection is to determine unit compliance with Housing Quality Standards as established by HUD. This inspection report in o way implies that this structure as a whole or that any unit in the structure is in full compliance with the Local Housing and Building regulations.

F = FAIL items must be corrected    R/I = Re-inspection Pass Date    I = Inconclusive

The Inspector will designate responsibility for the repairs: "O" for owner or "T" for tenant.

| F/N/I | O/T | R/I Pass Date | Insp Name | Location | Description and repair, replace, or remove, etc. |
|-------|-----|---------------|-----------|----------|--------------------------------------------------|
| F | O | R 6/6/14 BB | HALL | ① 3"x21" hole in ceiling, inspector also notice what appear to be mildew substance inside hole & on ceiling. |
| F | O | F  X #13/R | | ② Ceiling has loose spots also tenant stated water dripping down ceiling |
| | | | | 6/6/14 Tenant states water still leaking in #13/R |

Failed: Smoke Detector: ____ IS working    ____ IS NOT working    RE-INSPECTION FAILED:

X _Sandra Allen_ Date _____    X _Sandra Allen_ Date _6-6-20_

Inspector _BBullo_ Date _5-9-14_    Inspector _BBullo_ Date _6/6/14_

Passed: Inspection has passed and the smoke detector is in good working condition.

X _____ Date _____    X _____ Date _____

The dwelling unit meets the Section 8 Performance Requirements and Acceptability Criteria of the Housing Quality Standards.

By Housing Inspector _____ Date _____

Ref. No. G 59580080

___ Passed ⁹   ✗ Failed   ___ Inconclusive   ___ Paint certificate required

**Inspection Type:** ___ Initial   ___ Annual   ✗ Special

**Tenant Name** Sandra Allen   **Tenant Phone#** _____
#107

**Unit Address** 6802 Babe Kenilworth   **Zip** 70126

This inspection is to determine unit compliance with Housing Quality Standards as established by HUD. This inspection report in o way implies that this structure as a whole or that any unit in the structure is in full compliance with the Local Housing and Building regulations.

**F = FAIL** items must be corrected    **R/I = Re-inspection Pass Date**    **I = Inconclusive**

The Inspector will designate responsibility for the repairs: "O" for owner or "T" for tenant.

| F/N/I | O/T | R/I Pass Date | Insp Name | Location | Description and repair, replace, or remove, etc. |
|-------|-----|---------------|-----------|----------|--------------------------------------------------|
| F | O | | | HALL | ① 3' x 21" hole in ceiling, inspector also notice what appear to be mildew substance inside hole & on ceiling |
| F | O | | | #1 B/R | ② Ceiling has loose pane also tenant stated water dripping down ceiling |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |
| — | | | | | |

Failed: Smoke Detector: ___ IS working   ___ IS NOT working    RE-INSPECTION FAILED:

X _Sandra Allen_ Date___    X_____ Date_____

Inspector _BBW_ Date 5-9-14    Inspector_____ Date_____

Passed: Inspection has passed and the smoke detector is in good working condition.

X _____ Date___    X_____ Date_____



# Housing Authority of New Orleans
## HCVP Department

## S8 Resident Worksheet
### Basic Information

| Resident | Address | Program | Housing Specialist |
|---|---|---|---|
| Name Sandra Allen<br><br>Entity ID  000006703<br>SS#  XXX-XX-8883 | 5111 Basinview Dr<br>New Orleans, LA  70126<br><br>Number Of Bedrooms: 2 | Application Date<br><br>Voucher Size:2 | Kisha Johnson<br>Phone  504-670-3300 |

### Household Composition

| Members | Relationship | Gender | Birth Date | SS No. | Citizenship | Notes |
|---|---|---|---|---|---|---|
| Sandra Allen | Head | F | 02/10/1964 | XXX-XX-8883 | Eligible Citizen | Disabled |
| Chantira Allen | Live-In Aide | F | 03/23/1985 | XXX-XX-3733 | Eligible Citizen | |

### Household Income

| Members with Income | Income Description | Periodic Amount | Periodic Frequency | Annual Amount |
|---|---|---|---|---|
| Sandra Allen | General Assistance | $200.00 | Monthly | $0.00 |
| Sandra Allen | Social Security | $781.00 | Monthly | $9,372.00 |
| Line A | | Total Anticipated Annual Income for Household: | | $9,372.00 |

### Household Assets

| Members with Assets | Asset Description | Asset Value | Anticipated Asset Income |
|---|---|---|---|
| | | | |
| Line B  Total Asset Value (If more than , Line B *  = Line C | | | |
| Line C  Imputed Asset Income ($0.00 if Line B is not more than  ) | | | |
| Line D | | Total Anticipated Asset income: | |

### Household Expenses

| Members with Expense | Description/Type | Source | Periodic Amt | Periodic Freq | Annual Amt |
|---|---|---|---|---|---|
| | | | | | |
| | | Total Expenses for Household: | | | |



# S8 Resident Worksheet

## Housing Assistance Payment Calculations

| Total Tenant Payment (TTP) | | Rent Prorations | |
|---|---|---|---|
| 1. Annual Income After Exclusions of All Family Members (Line A)........................ | $9,372.00 | 13. Contract Rent............................................ | 750.00 |
| 2. Asset Income (Greater of Line C or Line D )............... | $0.00 | 14. Total Utility Allowance................................ | 205.00 |
| 3. Gross Annual Family Income (Line 1 + Line 2).......... | $9,372.00 | 15. Gross Rent (Line 13 + Line 14)................... | 955.00 |
| 4. Gross Monthly Family Income (Line 3 / 12)............... | $781.00 | 16. Actual Payment Standard Used................... | 1,028.00 |
| 5. Total Net Combined Allowances.......................... | $400.00 | 17. Tenant Rent To Owner .............................. | 19.00 |
| - Total Medical and Disability Allowances............... | $0.00 | 18. HAP to Owner........................................... | 731.00 |
| - Total Elderly Allowances..................................... | $400.00 | 19. Utility Allowance Reimbursement (UAP)................. | 0.00 |
| - Total Dependant Allowances............................... | $0.00 | 20. Mixed Family - Prorated Assistance.......................... | No |
| - Total Unreimbursed Childcare Expenses.............. | $0.00 | 21. Percentage of Prorated Assistance........................... | 0.00 |
| 6. Annual Adjusted Income (Line 3 - Line 5).................. | $8,972.00 | 22. Tenant Rent for Mixed Family (Line 13 - Line 23)....... | 0.00 |
| 7. Monthly Adjusted Income (Line 6 / 12)...................... | $748.00 | 23. Prorated HAP for Mixed Family (Line 18 * Line 21).... | 0.00 |
| 8. 30% of Monthly Adjusted Income (Line 7 * 0.30)....... | $224.00 | | |
| 9. 10% of Monthly Gross Income (Line 4 * 0.10)........... | $78.00 | | |
| 10. TTP.......................................................... | $224.00 | | |
| 11. 40% of Monthly Adjusted Income (Line 7 * 0.40).... | $299.00 | | |
| 12. Line Reserved................................................ | | | |

This estimate of rent is based on information provided and is subject to change.

_____     _____
Signature of Resident                                                               Date

_____     _____
Signature of PHA Representative                                                     Date

|  |  | | |
|---|---|---|---|
| | | Certification Type | Annual Reexamination |
| Name | Sandra Allen | Original Move-In Date | 01/01/2008 |
| Entity ID | 000006703 | Effective Date Of This Certification | 12/01/2013 |
| | | Scheduled Effective Date Of Next Certification | 12/01/2014 |

**End of Report**

## Owner and Resident responsibilities

### BATHROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Owner and Res | Fixed Wash Basin or Lavatory in Unit | Fl: 2 Dir: F - L | Fail | No | No | |
| **Comments** | sink faucet leaks on hot and cold side | | | | | |
| Owner and Res | Tub or Shower in Unit | Fl: 2 Dir: F - L | Fail | No | No | |
| **Comments** | leaking shower head | | | | | |

### KITCHEN

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Owner and Res | Stove or Range with Oven | | Fail | No | No | |
| **Comments** | missing stove handle; install | | | | | |
| Owner and Res | Sink | | Fail | No | No | |
| **Comments** | defactive sink sparyer; repair, replac, or remove | | | | | |

### LIVING ROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Owner and Res | Doors | | Fail | No | No | |
| **Comments** | DO-Defective door not weather tight; eliminate all day light from top and sides | | | | | |

## Resident responsibilities

### BATHROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Resident | Flush Toilet in Enclosed Room in Unit | Fl: 2 Dir: F - L | Fail | No | No | |
| **Comments** | repair toilet handle | | | | | |

### KITCHEN

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Resident | Space for Storage, Preparation, and Serving of F | | Fail | No | No | |
| **Comments** | missing cabinet face | | | | | |

Civil Action No.  2:19-CV-13650-M(3)  see below

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lynd Co.

was received by me on *(date)*   03/23/2021   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ : or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ . a person of suitable age and discretion who resides there,

on *(date)* _____ . and mailed a copy to the individual's last known address: or

☑ I served the summons on *(name of individual)*   Ms. Abby Sarmiento, Authorized Employee of RA   . who is

designated by law to accept service of process on behalf of *(name of organization)*   1st Corp. Solutions, Inc. for

Lynd Co. at 3867 Plaza Tower Dr., BR LA 70816  2:06 PM  on *(date)*   03/23/2021   : or

❏ I returned the summons unexecuted because _____ : or

❏ Other *(specify)*:


My fees are $   0.00   for travel and $   440.20   for services. for a total of $   440.20   .

I declare under penalty of perjury that this information is true.


Date: _____          *Tom Cassisa*
                                 _____
                                 Server's signature

                                 Tom Cassisa, Process Server
                                 _____
                                 Printed name and title

                                 CAPITAL PROCESS SERVICE, LLC
                                 5916 South Shore Dr., Baton Rouge, LA 70817
                                 225-756-2537  www.BatonRougeProcessServer.com
                                 Server's address

Additional information regarding attempted service, etc:

Civil Action Nos.  2:19-CV-13650-M(3), C/W 20-187, 19-14637, 19-14636, 19-14634, 19-13705, 19-13673

Fees listed above include printing charges.