UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>　　　　**Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>　　　　**Defendants** | **JUDGE BARRY W. ASHE** |
| | **MAGISTRATE JUDGE**<br>**DANA DOUGLAS** |
| **FILED:** _____ | _____<br>**DEPUTY CLERK** |
| **FILED IN: ALL CASES** | |

## PLAINTIFFS' MOTION TO COMPEL PROPERTY INSPECTIONS

NOW INTO COURT, through undersigned counsel, come Plaintiffs **JOSHUA AKEEM, ET AL.,** who, pursuant to Rule 34(a)(2) move the Court to Order Defendant RH Entities to permit entry onto each of the five (5) apartment complexes at issue in this case *i.e. . Hidden Lakes/Laguna Run, Lakewind East/Laguna Reserve, Copper Creek/Laguna Creek, Chenault Creek/Carmel Brooks, and Wind Run/Carmel Springs.* The subject properties are controlled by the RH Entities. The purpose of the inspection is for Plaintiffs' experts to inspect, measure, survey, photograph, test and sample the property or any designated object of operation on it.

The Plaintiffs have issued a formal discovery request for inspection to the RH Entities and were told that the date in the Request was not available. Plaintiffs have made repeated demands via email to Counsel for the RH Entities for inspection of the properties to no avail. Plaintiffs' Counsel have raised this issue for a very long time in Status Conferences with the Court and were advised to file a formal motion with the Court for consideration. The reasons in support of this motion are set forth in the memorandum filed in support of the motion.

Respectfully Submitted:

*/s/ Suzette P. Bagneris*

_____
Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 222240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@bagnerislawfirm.com
　　　　ebagneris@bagnerislawfirm.com

And

*/s/ Walter Leger, Jr.*

_____
Walter Leger, Jr.
Matthew Landry
Leger & Shaw
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Email: wleger@legershaw.com
　　　　mlandry@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties who are not enrolled with the Clerk shall be served by operation of law.

*/s/ Suzette P. Bagneris*

_____
Suzette P. Bagneris (LSBA No. 22241)