UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>　　　**Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>　　　**Defendants** | **JUDGE BARRY W. ASHE**<br><br>**MAGISTRATE JUDGE**<br>**DANA DOUGLAS** |

FILED: _____                    _____
                                                                                  **DEPUTY CLERK**

**FILED IN: ALL CASES**

### Certificate of Good Faith Attempts to Resolve Discovery Dispute

The undersigned counsel for the Plaintiffs certifies that counsel for the above parties have been unable to reach an agreement concerning this dispute, and as reasons, state:

1. That numerous telephone calls have been made to Emily Eagan and/or Nicholas Bergeron to discuss Plaintiffs' Request for Inspection.

2. That RH Eastlake's failure to set a date for the inspections has been the topic of several Status Conferences with the District Court. And, Plaintiffs' Counsel was advised to file a formal motion.

3. That Plaintiffs' counsel have issued numerous emails to Emily Eagan and/or Nicholas Bergeron asking them for inspection dates.

4. That Plaintiffs' request for inspection was discussed at Mark Silber's deposition on September 21, 2023, with Nicholas Bergeron.

5. Defense Counsel has advised Plaintiffs' Counsel that the issue should be taken up with the Court, since the parties cannot reach an agreement.

Respectfully Submitted:

*/s/ Suzette P. Bagneris*

_____
Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris, III (LSBA No. 222240)
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@bagnerislawfirm.com
          ebagneris@bagnerislawfirm.com