UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>      **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED CASES**<br>**19-13673;19-13705; 19-14634;**<br>**19-14637;20-187** |
| | **ALL CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>      **Defendants** | **JUDGE BARRY W. ASHE** |
| | **MAGISTRATE JUDGE**<br>**DANA DOUGLAS** |
| **FILED:** _____ | _____<br>**DEPUTY CLERK** |

## NOTICE OF SUBMISSION

NOW INTO COURT, through undersigned counsel, come Plaintiffs **JOSHUA AKEEM, ET AL.,** who submit the accompanying Motion to Compel Property Inspections for consideration by Judge Barry W. Ashe on the 9th day of February, 2023 at 10:00 a.m.

RESPECTFULLY SUBMITTED:

*/s/ Suzette P. Bagneris*
_____
Suzette P. Bagneris  (LSBA No 22241)
Emile A. Bagneris, III (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@bagnerislawfirm.com
           ebagneris@bagnerislawfirm.com

And

Walter Leger, Jr.  
Matthew Landry  
LEGER & SHAW  
935 Gravier Street, Suite 2150  
New Orleans, Louisiana 70112  
Email: wleger@legershaw.com  
mlandry@legershaw.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 24, 2023, the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties who are not enrolled by the Clerk shall be served by operation of law.

*/s/ Suzette P. Bagneris*
_____
Suzette P. Bagneris  (LSBA No 22241)