# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>        **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED**<br>**CASES 19-13673;19-13705;**<br>**19-14634; 19-14637;20-187** |
| | **ALL CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>        **Defendants** | **JUDGE BARRY W. ASHE** |
| | **MAGISTRATE**<br>**JUDGE DANA**<br>**DOUGLAS** |

FILED: _____      _____

                                                                          **DEPUTY CLERK**

## ORDER

CONSIDERING THE FOREGOING MOTION,

IT IS ORDERED that the Motion to Compel Property Inspections filed by Plaintiffs

**JOSHUA AKEEM, ET AL.,** is hereby **GRANTED**.


New Orleans, Louisiana, this _____ day of _____, 2023.


_____
JUDGE BARRY W. ASHE