UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.**<br>          **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:19-CV-13650-BWA-DMD**<br>**AND CONSOLIDATED CASES** |
| **DASMEN RESIDENTIAL, LLC, ET AL.**<br>          **Defendants** | **JUDGE BARRY W. ASHE**<br><br>**MAGISTRATE JUDGE**<br>**DANA DOUGLAS** |
| **FILED:** _____ | _____<br>**DEPUTY CLERK** |
| **FILED IN: ALL CASES** | |

### REQUEST FOR ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **JOSHUA AKEEM**, et al., who respectfully propound this Request for Entry Upon Land for Inspection and Other Purposes, pursuant to Fed. R. Civ. P. Rule 34(a)(2). Plaintiffs expressly request to enter upon the premises of Laguna Run/Lakewood Pointe Apartment Complex located at 6800 Morrison Road, New Orleans, Louisiana 70126 with Plaintiffs' experts for the purpose of inspection and measuring, surveying, photographing, testing, or sampling the property or any designated object or operation thereon within the scope of Rule 26(b).

Plaintiffs request the opportunity to conduct the inspection on the following dates: October 24-29, 2022, or at such other day and time to which the parties may agree, beginning at 10:00 am each day.

**Exhibit A**

RESPONSE:

The inspection and related acts shall be performed by walking through the premises with Plaintiffs and such other experts as are selected by Plaintiffs and testing by environmental experts, taking photographs and/or making videotape.

Respectfully Submitted:

/s/ Suzette P. Bagneris

_____
Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris (LSBA No. 22240)
THE BAGNERIS FIRM, LLC
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@bagnerislawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Request for Entry Upon Land for Inspection has been served upon all known counsel of record via email on 22nd day of August, 2022.

/s/ Suzette P. Bagneris

_____
Suzette P. Bagneris