**From:** **Stacy Yates** syates@bagnerislawfirm.com
**Subject:** Akeem, et al v Dasmen Residential, et al
**Date:** September 6, 2022 at 5:18 PM
**To:** Emily Eagan eeagan@glllaw.com
**Cc:** Suzette Bagneris sbagneris@bagnerislawfirm.com

Good afternoon,

We have reached out on multiple occasions to obtain dates to conduct the inspection, Dasmen's, and Eastlake's depositions but have yet to receive a response from you. Suzette's calendar is continuing to fill up fairly quickly. September and October has been filled up with obligations in other class actions. As of now, she has limited availability in November and December. Just an FYI.

Respectfully,

Stacy Yates
Paralegal

The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, LA 70113
Telephone: (504) 810-3995
Cell: (504) 458-6991
Facsimile: (504) 336-2198

*Please note address change**

**Exhibit B**

**From:** Nick Bergeron nbergeron@glllaw.com 📎
**Subject:** RE: Status report in advance of 7/6 status conference.
**Date:** July 25, 2022 at 9:28 AM
**To:** Stacy Yates syates@bagnerislawfirm.com, Emily Eagan eeagan@glllaw.com
**Cc:** Wood, Zackory Zackory.Wood@lewisbrisbois.com, Walsh, Jonathan jwalsh@deutschkerrigan.com, Luke LaHaye Luke.LaHaye@arlaw.com, Walter Leger wleger@legershaw.com, Chris D'Amour Chris.D'Amour@arlaw.com, Durbin, Tabitha Tabitha.Durbin@lewisbrisbois.com, Champagne, Megan D. mchampagne@deutschkerrigan.com, Lyndell Harness LHarness@glllaw.com

Stacy,

Confirmed on our end—barring any new issues from the rest of the group. Do you require new notices? Please advise.

Regards,
Nick



**GIEGER, LABORDE & LAPEROUSE L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 5151 San Felipe, Suite 750, Houston, TX 77056
Phone: 832-255-6000  Fax: 832-255-6001
BILOXI: 170 Water Street, Biloxi, MS 39530
Phone: 228-438-2905  Fax: 228-438-2906

**Nicholas S. Bergeron**
Associate
Direct Dial: 504-654-1325
Facsimile: 504-561-1011
www.glllaw.com   nbergeron@glllaw.com   bio

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

---

**From:** Stacy Yates <syates@bagnerislawfirm.com>
**Sent:** Monday, July 25, 2022 9:26 AM
**To:** Emily Eagan <eeagan@glllaw.com>
**Cc:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Walter Leger <wleger@legershaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

Good morning,

Just wanted to follow up that the Plaintiffs' deposition schedule was received by all counsel last week and that we are moving with the depositions on this upcoming Thursday and Friday seeing that no one responded.

Respectfully,

Stacy Yates
Paralegal

The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, LA 70113
Telephone: (504) 810-3995
Cell: (504) 458-6991
Facsimile: (504) 336-2198

*Please note address change**


On Jul 20, 2022, at 1:31 PM, Stacy Yates <syates@bagnerislawfirm.com> wrote:

Good afternoon,

Please see proposed Plaintiffs' deposition schedule for the two days we previously discussed.

Respectfully,

Stacy Yates
Paralegal

The Bagneris Firm, LLC
1929 Jackson Avenue

New Orleans, LA 70113
Telephone: (504) 810-3995
Cell: (504) 458-6991
Facsimile: (504) 336-2198

*Please note address change**

<Plaintiff deposition schedule .docx>

On Jul 19, 2022, at 8:44 AM, Champagne, Megan D. <mchampagne@deutschkerrigan.com> wrote:

Good morning, Stacy:

With respect to the 30(b)(6) depositions of the Eastlake Defendants, we will have one person appearing as the representative on behalf of all three entities and he is available any day during the week of August 15-19 except the 16th.

Thanks,
Megan

**Megan Demouy Champagne**
Deutsch Kerrigan, L.L.P.
Attorney
D. 504.593.0686  |  mchampagne@deutschkerrigan.com

**From:** Stacy Yates <syates@bagnerislawfirm.com>
**Sent:** Monday, July 18, 2022 3:15 PM
**To:** Emily Eagan <eeagan@glllaw.com>
**Cc:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Walter Leger <wleger@legershaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

**\*\*\*EXTERNAL SENDER\*\*\***

Good afternoon,

I am now back in the office and attempting once again to get the plaintiffs' depositions set. Per the new dates that have been provided by all counsel, it seems the only dates that are open for everyone to depose Plaintiffs are July 28 & 29. I don't believe two days are enough to depose the remaining plaintiffs that we had to cancel and the plaintiffs we have added to the flight. So, can give anyone give me insight on how they think we are suppose to move forward? I'm open for all suggestions. The sooner I can get a response on this, the better, so I can get you what you need.

Also, when we spoke with Emily, we blocked out August 1-5 to conduct the 30 b 6 depositions of Dasmen and RH defendants and August 15-19 to conduct the 30 b 6 deposition of Eastlake and possibly Triangle. I did not see any emails confirming exact dates to get this on the calendar. Please let me know if I missed it.

I did receive date availability from Wilshire and Deutsch Kerrigan regarding the Providers, Fact Witnesses, and Experts depositions. I made note of that.

Emily, any response on the three days in August that we can conduct the apartment inspections?

Respectfully,

Stacy Yates
Paralegal

The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, LA 70113
Telephone: (504) 810-3995
Cell: (504) 458-6991
Facsimile: (504) 336-2198

*Please note address change**

On Jul 7, 2022, at 12:35 PM, Emily Eagan <eeagan@glllaw.com> wrote:

But needed a proposed schedule to send to everyone. That's the missing piece.

On Jul 7, 2022, at 12:33 PM, Suzette Bagneris <sbagneris@bagnerislawfirm.com> wrote:

 I'm not available the week of July 18th. We had worked out this schedule with Emily. When Stacy returns to the office, we will have to revisit rescheduling. As of now, Aungelle will call the plaintiffs to tell them depos will not proceed as scheduled next week

Sent from my iPhone

> On Jul 7, 2022, at 11:20 AM, Wood, Zackory <Zackory.Wood@lewisbrisbois.com> wrote:
>
> Everyone,
>
> I am available on the following dates in July:
>
> - July 18 through July 22 and
> - July 27 through July 29.
>
> Thanks,
> Zack

**From:** Champagne, Megan D. <mchampagne@deutschkerrigan.com>
**Sent:** Thursday, July 7, 2022 11:14 AM
**To:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Emily Eagan <eeagan@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger <wleger@legershaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** [EXT] RE: Status report in advance of 7/6 status conference.

All:

On behalf of the Eastlake Defendants, we are available to attend the depositions remotely on the following dates:

- Megan Champagne: July 11-15; July 18-22
- Jonathan Walsh: July 12 and 15; July 18-22; July 26, 28, and 29

Thanks,
Megan

**Megan Demouy Champagne**
Deutsch Kerrigan, L.L.P.
Attorney
D. 504.593.0686  |  mchampagne@deutschkerrigan.com

**From:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>
**Sent:** Thursday, July 7, 2022 10:46 AM
**To:** Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Emily Eagan <eeagan@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger <wleger@legershaw.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

**\*\*\*EXTERNAL SENDER\*\*\***

Hi Everyone,

I also wasn't aware plaintiffs' dispositions were set to start again this Monday.

Unfortunately, I'm not available for the depositions next week. But I am available to attend remotely the week of July 18 through July 22.

Thanks,
Zack

**Zackory Wood**
**Attorney**
Zackory.Wood@lewisbrisbois.com

**T: 504.777.2806  F: 504.754.7569**

400 Poydras Street, Suite 1300, New Orleans, LA 70130  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Walsh, Jonathan <jwalsh@deutschkerrigan.com>
**Sent:** Thursday, July 7, 2022 10:40 AM
**To:** Luke LaHaye <Luke.LaHaye@arlaw.com>; Emily Eagan
<eeagan@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; Durbin, Tabitha
<Tabitha.Durbin@lewisbrisbois.com>; Wood, Zackory
<Zackory.Wood@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** [EXT] RE: Status report in advance of 7/6 status conference.

Shame on all of us. Eastlake Defendants will provide our availability for
depositions by the end of the day to Walter.

**Jonathan M. Walsh**
Deutsch Kerrigan, L.L.P.
Partner
D. 504.593.0785 | F. 504.566.4072 | jwalsh@deutschkerrigan.com
755 Magazine St. | New Orleans, LA 70130

**From:** Luke LaHaye <Luke.LaHaye@arlaw.com>
**Sent:** Thursday, July 7, 2022 10:37 AM
**To:** Emily Eagan <eeagan@glllaw.com>; Suzette Bagneris
<sbagneris@bagnerislawfirm.com>; Walsh, Jonathan
<jwalsh@deutschkerrigan.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com; Wood, Zackory
<Zackory.Wood@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

**\*\*\*EXTERNAL SENDER\*\*\***

The CMO states: "The Flight I Plaintiffs shall be deposed throughout the Month of
July, 2022, at dates and times agreed upon by the parties. Within ten (10) days of
the execution of this CMO, all counsel are to provide Walter Leger's Office with
available dates for participation in same. The Parties agree that individual notices
of deposition are unnecessary and that one notice of deposition identifying the
Plaintiffs and their corresponding deposition dates, times, and locations satisfies
the notice requirement under federal law."

It was entered 6/30.

**Luke LaHaye** | <image002.png>
Associate

701 Poydras Street, Suite 4500 | New Orleans LA 70139
**P:** 504.585.0274
luke.lahaye@arlaw.com | Bio | vCard | Twitter | LinkedIn

**From:** Emily Eagan <eeagan@glllaw.com>
**Sent:** Thursday, July 7, 2022 10:34 AM
**To:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>; Jonathan Walsh
<jwalsh@deutschkerrigan.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com; Wood, Zackory
<Zackory.Wood@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

That's all correct, but I don't think I ever saw a list or schedule for the new plaintiffs.  Again, if I missed it, I am sorry. But I really don't think I ever got it.

**From:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Sent:** Thursday, July 7, 2022 10:30 AM
**To:** Jonathan Walsh <jwalsh@deutschkerrigan.com>
**Cc:** Emily Eagan <eeagan@glllaw.com>; Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger <wleger@legershaw.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com>; Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

I am available for a zoom. The new dates were in the proposed CMO that Emily has been circulating. After much discussion, we selected next week as a plaintiff deposition week. Stacy and Aungelle have been herding cats to line up plaintiffs. If there is a problem moving forward, please let us know as plaintiffs have taken off from jobs to make the dates and times work.

> On Jul 7, 2022, at 9:45 AM, Walsh, Jonathan <jwalsh@deutschkerrigan.com> wrote:
>
> Is it possible to set up a Teams or Zoom option?
>
> **Jonathan M. Walsh**
> Deutsch Kerrigan, L.L.P.
> Partner
> D. 504.593.0785  |  F. 504.566.4072  |  jwalsh@deutschkerrigan.com
> 755 Magazine St. | New Orleans, LA 70130
>
> **From:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>
> **Sent:** Thursday, July 7, 2022 9:43 AM
> **To:** Emily Eagan <eeagan@glllaw.com>
> **Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger <wleger@legershaw.com>; Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com>; Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nicholas S. Bergeron <nbergeron@glllaw.com>
> **Subject:** Re: Status report in advance of 7/6 status conference.
>
> **\*\*\*EXTERNAL SENDER\*\*\***
>
> Counsel,
>
> Stacy seems to be the only person at our office to have tested positive for Covid. As such, we will be prepared to move forward with the depositions on Monday, if everyone is on board with that. Please advise.
>
> Suzette Bagneris
> The Bagneris Firm, LLC
> 1929 Jackson Avenue
> New Orleans, Louisiana 70113
> Telephone: (504) 810-3995
> Email: sbagneris@bagnerislawfirm.com
>
> And
>
> 1120 Lafayette Street
> Houma, Louisiana 70360
> Telephone: (985) 326-9236
>
> Our office has moved. Please note the new address above.
>
> CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

On Jul 3, 2022, at 9:30 AM, Emily Eagan
<eeagan@glllaw.com> wrote:

Good morning:

Please see the status report submitted in advance of
Tuesday's conference.  The parties propose that the
conference really is not necessary.  We do not want to
waste the Court's time.

Emily Eagan

<image001.png>
**Emily E. Eagan**
Member
Direct Dial: 504-654-1373
Facsimile: 504-561-1011
www.glllaw.com    eeagan@glllaw.com    blog

CONFIDENTIALITY NOTICE: The following message may constitute a
confidential attorney-client communication. It is not intended for transmission
to, or receipt by, any unauthorized persons. If you have received this
communication in error, do not read it. Please delete it from your system
without copying it, and notify the sender by reply e-mail or phone, so that our
address record can be corrected.

<EEE ltr to Judge Ashe - Copy.pdf>

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any
attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the
intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified
that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this
communication, or any of its contents, is strictly prohibited. If you have received this communication in
error, please contact the sender by reply email and destroy all copies of the original message.

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments
hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure,
dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have
received this communication in error, please contact the sender by reply email and destroy all copies of the original
message.

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments
hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure,
dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have
received this communication in error, please contact the sender by reply email and destroy all copies of the original
message.

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has
been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use,
disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please
contact the sender by reply email and destroy all copies of the original message.

From: "Wood, Zackory" <Zackory.Wood@lewisbrisbois.com>
Subject: RE: Status report in advance of 7/6 status conference.
Date: July 18, 2022 at 3:42:04 PM CDT
To: Nick Bergeron <nbergeron@glllaw.com>, Stacy Yates
<syates@bagnerislawfirm.com>, Emily Eagan <eeagan@glllaw.com>
Cc: "Champagne, Megan D." <mchampagne@deutschkerrigan.com>, "Walsh,
Jonathan" <jwalsh@deutschkerrigan.com>, Luke LaHaye
<Luke.LaHaye@arlaw.com>, Walter Leger <wleger@legershaw.com>, Chris
D'Amour <Chris.D'Amour@arlaw.com>, "Durbin, Tabitha"
<Tabitha.Durbin@lewisbrisbois.com>, Suzette Bagneris
<sbagneris@bagnerislawfirm.com>

Hi Everyone,

I'm not available on July 26 because I have a hearing out of town.
Tabitha is also out of town and cannot attend.

I can be available July 27 though.

Thanks,
Zack

**From:** Nick Bergeron <nbergeron@glllaw.com>
**Sent:** Monday, July 18, 2022 3:39 PM
**To:** Stacy Yates <syates@bagnerislawfirm.com>; Emily Eagan
<eeagan@glllaw.com>
**Cc:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>;
Champagne, Megan D. <mchampagne@deutschkerrigan.com>;
Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Walter Leger
<wleger@legershaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; Durbin, Tabitha
<Tabitha.Durbin@lewisbrisbois.com>; Suzette Bagneris
<sbagneris@bagnerislawfirm.com>
**Subject:** [EXT] RE: Status report in advance of 7/6 status
conference.

Stacy,

As for the plaintiffs' depositions, we're also available July 26-27. Assuming that works for the other defense counsel who want to attend, we can set depositions on those dates, too, which hopefully allows us to get as many done as possible within the held dates.

For my RH clients' 30(b)(6) depositions, August 5 doesn't work for my client as it's a religious holiday. However, unless you disagree, I don't see why we can't get all five done August 1-4. My client is willing to have more than one each day if that will help. If you're fine with that, please let me know which RH entity will be deposed on which date/time so we can prepare our client accordingly. For Dasmen, we ask that it be set August 5 at 10:00 a.m. CT. Of course, all of these depositions will be virtual.

As for Emily and my availability for depositions of health care providers, fact witnesses, and expert witnesses, our availability is as follows:

October 5-7
October 17-21
October 25-28

December 12-14
December 16
December 19-23

January 9-13
January 16-20
January 30-31

Finally, we still haven't heard back on the three August dates on the inspection, but will hopefully have a response ASAP.

Regards,
Nick



**GIEGER, LABORDE & LAPEROUSE L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 5151 San Felipe, Suite 750, Houston, TX 77056
Phone: 832-255-6000  Fax: 832-255-6001
BILOXI: 770 Water Street, Biloxi, MS 39530
Phone: 228-438-2905  Fax: 228-438-2906

**Nicholas S. Bergeron**
**Associate**
Direct Dial: 504-654-1325
Facsimile: 504-561-1011
**www.glllaw.com    nbergeron@glllaw.com    bio**

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Stacy Yates <syates@bagnerislawfirm.com>
**Sent:** Monday, July 18, 2022 3:15 PM
**To:** Emily Eagan <eeagan@glllaw.com>
**Cc:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye <Luke.LaHaye@arlaw.com>; Walter Leger <wleger@legershaw.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

Good afternoon,

I am now back in the office and attempting once again to get the plaintiffs' depositions set. Per the new dates that have been provided by all counsel, it seems the only dates that are open for everyone to depose Plaintiffs are July 28 & 29. I don't believe two days are enough to depose the remaining plaintiffs that we had to cancel and the plaintiffs we have added to the flight. So, can give

anyone give me insight on how they think we are suppose to move forward? I'm open for all suggestions. The sooner I can get a response on this, the better, so I can get you what you need.

Also, when we spoke with Emily, we blocked out August 1-5 to conduct the 30 b 6 depositions of Dasmen and RH defendants and August 15-19 to conduct the 30 b 6 deposition of Eastlake and possibly Triangle. I did not see any emails confirming exact dates to get this on the calendar. Please let me know if I missed it.

I did receive date availability from Wilshire and Deutsch Kerrigan regarding the Providers, Fact Witnesses, and Experts depositions. I made note of that.

Emily, any response on the three days in August that we can conduct the apartment inspections?


Respectfully,

Stacy Yates
Paralegal

The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, LA 70113
Telephone: (504) 810-3995
Cell: (504) 458-6991
Facsimile: (504) 336-2198

*Please note address change**

On Jul 7, 2022, at 12:35 PM, Emily Eagan <eeagan@glllaw.com> wrote:

But needed a proposed schedule to send to everyone. That's the missing piece.

On Jul 7, 2022, at 12:33 PM, Suzette Bagneris <sbagneris@bagnerislawfirm.com> wrote:

I'm not available the week of July 18th. We had worked out this schedule with Emily. When Stacy returns to the office, we will have to revisit rescheduling. As of now, Aungelle will call the plaintiffs to tell them depos will not proceed as scheduled next week

Sent from my iPhone

On Jul 7, 2022, at 11:20 AM, Wood, Zackory <Zackory.Wood@lewisbrisbois.com> wrote:

Everyone,

I am available on the following dates in July:

- July 18 through July 22 and
- July 27 through July 29.

Thanks,
Zack

**From:** Champagne, Megan D.
<mchampagne@deutschkerrigan.com>
**Sent:** Thursday, July 7, 2022 11:14 AM
**To:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Walsh,
Jonathan <jwalsh@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Emily Eagan
<eeagan@glllaw.com>; Suzette Bagneris
<sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; Durbin, Tabitha
<Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron
<nbergeron@glllaw.com>
**Subject:** [EXT] RE: Status report in advance of 7/6 status
conference.


All:

On behalf of the Eastlake Defendants, we are available to attend
the depositions remotely on the following dates:

- Megan Champagne: July 11-15; July 18-22
- Jonathan Walsh: July 12 and 15; July 18-22; July 26, 28,
and 29

Thanks,
Megan

**Megan Demouy Champagne**
Deutsch Kerrigan, L.L.P.
Attorney
D. 504.593.0686  |  mchampagne@deutschkerrigan.com
**From:** Wood, Zackory <Zackory.Wood@lewisbrisbois.com>
**Sent:** Thursday, July 7, 2022 10:46 AM
**To:** Walsh, Jonathan <jwalsh@deutschkerrigan.com>; Luke
LaHaye <Luke.LaHaye@arlaw.com>; Emily Eagan

<eeagan@glllaw.com>; Suzette Bagneris
<sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; Durbin, Tabitha
<Tabitha.Durbin@lewisbrisbois.com>; Nick Bergeron
<nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

**\*\*\*EXTERNAL SENDER\*\*\***

Hi Everyone,

I also wasn't aware plaintiffs' dispositions were set to start again this Monday.

Unfortunately, I'm not available for the depositions next week. But I am available to attend remotely the week of July 18 through July 22.

Thanks,
Zack


<image001.png>         **Zackory Wood**
                       **Attorney**
                       Zackory.Wood@lewisbrisbois.com

                       **T: 504.777.2806  F: 504.754.7569**

400 Poydras Street, Suite 1300, New Orleans, LA 70130  |
  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Walsh, Jonathan <jwalsh@deutschkerrigan.com>
**Sent:** Thursday, July 7, 2022 10:40 AM
**To:** Luke LaHaye <Luke.LaHaye@arlaw.com>; Emily Eagan <eeagan@glllaw.com>; Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger <wleger@legershaw.com>; Champagne, Megan D. <mchampagne@deutschkerrigan.com>; Chris D'Amour <Chris.D'Amour@arlaw.com>; Durbin, Tabitha <Tabitha.Durbin@lewisbrisbois.com>; Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nick Bergeron <nbergeron@glllaw.com>
**Subject:** [EXT] RE: Status report in advance of 7/6 status conference.

Shame on all of us. Eastlake Defendants will provide our availability for depositions by the end of the day to Walter.

**Jonathan M. Walsh**
Deutsch Kerrigan, L.L.P.
Partner
D. 504.593.0785  |  F. 504.566.4072  |  jwalsh@deutschkerrigan.com
755 Magazine St. | New Orleans, LA 70130

**From:** Luke LaHaye <Luke.LaHaye@arlaw.com>

**Sent:** Thursday, July 7, 2022 10:37 AM
**To:** Emily Eagan <eeagan@glllaw.com>; Suzette Bagneris
<sbagneris@bagnerislawfirm.com>; Walsh, Jonathan
<jwalsh@deutschkerrigan.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com;
Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nick
Bergeron <nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

***EXTERNAL SENDER***

The CMO states: "The Flight I Plaintiffs shall be deposed
throughout the Month of July, 2022, at dates and times agreed
upon by the parties. Within ten (10) days of the execution of this
CMO, all counsel are to provide Walter Leger's Office with
available dates for participation in same. The Parties agree that
individual notices of deposition are unnecessary and that one
notice of deposition identifying the Plaintiffs and their
corresponding deposition dates, times, and locations satisfies the
notice requirement under federal law."

It was entered 6/30.

**Luke LaHaye** | <image002.png>
Associate

701 Poydras Street, Suite 4500 | New Orleans LA 70139
**P:** 504.585.0274

luke.lahaye@arlaw.com | Bio | vCard | Twitter |
LinkedIn

**From:** Emily Eagan <eeagan@glllaw.com>
**Sent:** Thursday, July 7, 2022 10:34 AM

**To:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>;
Jonathan Walsh <jwalsh@deutschkerrigan.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>;tabitha.durbin@lewisbrisbois.com;
Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nick
Bergeron <nbergeron@glllaw.com>
**Subject:** RE: Status report in advance of 7/6 status conference.

That's all correct, but I don't think I ever saw a list or schedule for
the new plaintiffs.  Again, if I missed it, I am sorry. But I really don't
think I ever got it.

**From:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Sent:** Thursday, July 7, 2022 10:30 AM
**To:** Jonathan Walsh <jwalsh@deutschkerrigan.com>
**Cc:** Emily Eagan <eeagan@glllaw.com>; Stacy Yates
<syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>;tabitha.durbin@lewisbrisbois.com;
Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nick
Bergeron <nbergeron@glllaw.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

I am available for a zoom. The new dates were in the proposed
CMO that Emily has been circulating. After much discussion, we
selected next week as a plaintiff deposition week. Stacy and
Aungelle have been herding cats to line up plaintiffs. If there is a
problem moving forward, please let us know as plaintiffs have
taken off from jobs to make the dates and times work.

On Jul 7, 2022, at 9:45 AM, Walsh, Jonathan
<jwalsh@deutschkerrigan.com> wrote:

Is it possible to set up a Teams or Zoom option?


**Jonathan M. Walsh**
Deutsch Kerrigan, L.L.P.
Partner
D. 504.593.0785  |  F. 504.566.4072  |  jwalsh@deutschkerrigan.com
755 Magazine St. | New Orleans, LA 70130


**From:** Suzette Bagneris <sbagneris@bagnerislawfirm.com>
**Sent:** Thursday, July 7, 2022 9:43 AM
**To:** Emily Eagan <eeagan@glllaw.com>
**Cc:** Stacy Yates <syates@bagnerislawfirm.com>; Walter Leger
<wleger@legershaw.com>; Walsh, Jonathan
<jwalsh@deutschkerrigan.com>; Champagne, Megan D.
<mchampagne@deutschkerrigan.com>; Luke LaHaye
<Luke.LaHaye@arlaw.com>; Chris D'Amour
<Chris.D'Amour@arlaw.com>; tabitha.durbin@lewisbrisbois.com;
Wood, Zackory <Zackory.Wood@lewisbrisbois.com>; Nicholas S.
Bergeron <nbergeron@glllaw.com>
**Subject:** Re: Status report in advance of 7/6 status conference.

**\*\*\*EXTERNAL SENDER\*\*\***

Counsel,

Stacy seems to be the only person at our office to have tested
positive for Covid. As such, we will be prepared to move forward
with the depositions on Monday, if everyone is on board with that.
Please advise.

Suzette Bagneris
The Bagneris Firm, LLC
1929 Jackson Avenue
New Orleans, Louisiana 70113
Telephone: (504) 810-3995
Email: sbagneris@bagnerislawfirm.com

And

1120 Lafayette Street
Houma, Louisiana 70360
Telephone: (985) 326-9236

Our office has moved. Please note the new address above.

CONFIDENTIALITY NOTICE: The information in this message, and any files transmitted with it, is confidential, may be legally privileged, and intended only for the use of the individual(s) named above. Be aware that the use of any confidential or personal information may be restricted by state and federal privacy laws. If you are not the intended recipient, do not further disseminate this message. If this message was received in error, please notify the sender and delete it.

On Jul 3, 2022, at 9:30 AM, Emily Eagan <eeagan@glllaw.com> wrote:

Good morning:

Please see the status report submitted in advance of Tuesday's conference.  The parties propose that the conference really is not necessary.  We do not want to waste the Court's time.

Emily Eagan

<image001.png>
**Emily E. Eagan**
**Member**
Direct Dial: 504-654-1373
Facsimile: 504-561-1011
www.glllaw.com    eeagan@glllaw.com    bio

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it.

Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

<EEE ltr to Judge Ashe - Copy.pdf>

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.

Deutsch Kerrigan - PRIVILEGED AND CONFIDENTIAL. The information contained in this email and any attachments hereto may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.