# In the Matter of:

*Joshua Akeem, et al.      Plaintiffs*

*vs.*

*Dasmen Residential, LLC, et al.      Defendants*

_____

## Paula Marie Lang

July 29, 2022

_____

**Exhibit C**

**Paula Marie Lang**
**July 29, 2022**

1 (Pages 1 to 4)

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA AKEEM, ET AL.    CIVIL ACTION
                        NO. 2:19-13650
Plaintiffs
                 C/W NOS. 19-13673;
VERSUS           19-13705; 19-14634;
                 19-636; 19-14637;
                 20-187
DASMEN RESIDENTIAL,       ALL CASES
LLC, ET AL.
Defendants            SECTION M (3)
              JUDGE BARRY W. ASHE
MAG:  JUDGE DANA M.
           DOUGLAS

* * * * * * * * * * * * * * * * * * * * * *

     Deposition of PAULA MARIE LANG, 7014 Lake
Kenilworth Drive, Apartment U210, New Orleans,
Louisiana 70126, taken at the law offices of
THE BAGNERIS LAW FIRM, LLC, located at 1929
Jackson Avenue, New Orleans, Louisiana  70113,
commencing at 11:10 A.M., on Friday, the 29th
day of July, 2022.

APPEARANCES:

THE BAGNERIS LAW FIRM, LLC
 (By:  Suzette P. Bagneris, Esquire
  - and -
    Stacey M.  Yates, Esquire
  - and -
    Aungelle Lampkin, Esquire)
1929 Jackson Avenue
New Orleans, Louisiana  70113
 (Attorneys for the Plaintiffs

## Page 2

1    APPEARANCES (continued):
2
3    GIEGER, LABORDE & LAPEROUSE, LLC
      (By:  Emily E. Eagan, Esquire)
      Hancock Whitney Center
4     701 Poydras Street
      Suite 4800
5     New Orleans, Louisiana  70139-4800
      (Attorneys for the Defendant,
6     Dasmen Residental, LLC and RH
      Entities)
7
8    DEUTSCH KERRIGAN, LLP
      (By:  Devin Barnett, Esquire)
9     755 Magazine Street
      New Orleans, Louisiana  70130
10    (Attorneys for the Defendant)
11
     LEWIS BRISBOIS BISGAARD SMITH, LLP
12    (By:  Zachory K. Wood, Esquire)
      400 Poydras Street
13    Suite 1300
      New Orleans, Louisiana  70130
14    (Attorneys for the Defendant,
      Wilshire Insurance Company)
15
16   ALSO PRESENT:
17
       Raheem Blackwell
18     Ja'mirel Lynch
19
20
21
22   REPORTED BY:
23
       KATHY ELLSWORTH SHAW, CCR, RPR
24     Certified Court Reporter
       (No. 049519)
25

## Page 3

 1        E X A M I N A T I O N   I N D E X
 2
 3                                       PAGE
 4
 5   EXAMINATION BY MS. EAGAN....................5
        RE-EXAMINATION...................72
 6
     EXAMINATION BY MR. WOOD....................58
 7       RE-EXAMINATION.................73
 8   EXAMINATION BY MS. BAGNERIS................63
 9
10        E X H I B I T   I N D E X
11
     EXHIBIT NO. 1...............................31
12
     PLAINTIFFS' EXHIBIT NO. 1....................66
13
     PLAINTIFFS' EXHIBIT NO. 2....................66
14
     PLAINTIFFS' EXHIBIT NO. 3....................69
15
16           *    *    *    *    *
17
18
19
20
21
22
23
24
25

## Page 4

 1        S T I P U L A T I O N
 2        It is stipulated and agreed by
 3   and among counsel for the parties hereto that
 4   the deposition of the aforementioned witness is
 5   hereby being taken under the Federal Rules of
 6   Civil Procedure, for all purposes, in
 7   accordance with law;
 8        That the formalities of reading and
 9   signing are specifically waived.
10        That the formalities of filing, sealing,
11   and certification are specifically waived;
12        That all objections, save those
13   as to the form of the question and the
14   responsiveness of the answer, are hereby
15   reserved until such time as this
16   deposition, or any part thereof, may be
17   used or sought to be used in evidence.
18           *    *    *    *    *
19        KATHY ELLSWORTH SHAW, certified
20   Court Reporter, State of Louisiana,
21   officiated in administering the oath to
22   the witness.
23
24
25

**Paula Marie Lang**
**July 29, 2022**

2 (Pages 5 to 8)

**Page 5**

1      PAULA MARIE LANG,
2   after having been first duly sworn by the
3   above-mentioned Certified Court Reporter, was
4   examined and testified as follows:
5   EXAMINATION BY MS. EAGAN:
6      Q.  Good morning, Ms. Lang.  It's still
7   morning.  My name is Emily Eagan.  I represent
8   the RH entities and Dasmen Residential
9   Management.  And I'm here to take your
10  deposition today, ask you a bunch of questions.
11  Is that fair?
12     A.  Yes.
13     Q.  Have you ever given a deposition
14  before?
15     A.  No.
16     Q.  So let's lay out some ground rules.
17  Number one, I speak very quickly.  She fusses
18  at me because I talk too fast.  If I talk too
19  fast, you don't understand my question, you're
20  not going to hurt my feelings if you say, "Slow
21  down.  You're talking too fast.  I don't
22  understand your question."
23     A.  Uh-huh (indicating affirmatively).
24     Q.  So please feel free to say that
25  because I want to make sure you do understand

**Page 6**

1   my questions before you answer them.  Fair?
2      A.  Uh-huh.  Yes.
3      Q.  Second thing is that we need to
4   answer out loud.  So whatever your answer is,
5   you have to say it out loud, not just head
6   shakes and head nods because she can't take
7   that down.  Right?  So you can head shake and
8   head nod all you want, but you also have to say
9   something out loud.  Is that fair?
10     A.  Yes.
11     Q.  Cool.  Have you taken any sort of
12  medication today that would prevent you from
13  answering my questions truthfully and honestly?
14     A.  No.
15     Q.  Anything else about your life today
16  that would prevent you from answering my
17  questions truthfully and honestly today?
18     A.  No.
19     Q.  Okay.  You said you've never given a
20  deposition before?
21     A.  No.
22     Q.  Okay.  Oh, I'm sorry.  One more
23  ground rule is that the deposition can start to
24  sound like a conversation and you might know
25  where I'm going with my question and anticipate

**Page 7**

1   it and start to answer.  That's hard for her to
2   take down.  So we have to give each other the
3   respect of let me finish my question before you
4   answer, and then I'm going to let you finish
5   your answer before I ask my next question.
6   Fair?
7      A.  Yes.
8      Q.  You got it.  I know you just did
9   this.  Could you give us your full name for the
10  record, please?
11     A.  Paula Marie Lang.
12     Q.  And your address?
13     A.  7014 Lake Kenilworth Drive,
14  Apartment U210, New Orleans, Louisiana 70126.
15     Q.  And that's in the Laguna Run
16  complex?
17     A.  Yes.
18     Q.  Have you been in U210 the whole time
19  you lived at Laguna Run?
20     A.  Yes.
21     Q.  Do you have a cell phone?
22     A.  Yeah.
23     Q.  Well, who's your provider?
24     A.  Boost Mobile.
25     Q.  And can you provide us with your

**Page 8**

1   cell phone number, please?
2      A.  (504) 635-6047.
3      Q.  Great.  And will you please provide
4   us with your Social Security number?  And I'm
5   going to tell you, she's not going to write
6   down the whole thing.  She's just going to put
7   the last four for your privacy.
8      A.  Okay.
9      Q.  But you got to give me the whole
10  thing.
11     A.  XXX-XX-3833.
12     Q.  Okay.  Other than Paula Lang, are
13  you known by any other names?
14     A.  No.
15     Q.  Okay.  You got nicknames or anything
16  like that?
17     A.  No.
18     Q.  Maiden name or anything like that?
19     A.  No.
20     Q.  Okay.  Where were you born, ma'am?
21     A.  New Orleans.
22     Q.  And are you here making a claim on
23  behalf of yourself and your minor children?
24     A.  Yes.
25     Q.  Can you tell me the names of your

**Paula Marie Lang**
**July 29, 2022**

**Page 9**

1  minor children?
2      A.  Raheem Blackwell and Ja'mirel Lynch.
3      Q.  Okay.  And can you tell me Raheem's
4  date of birth?
5      A.  4/30/2015.
6      Q.  And what about Ja'mirel?
7      A.  July 7, 2011.
8      Q.  Social Security Numbers.  Raheem
9  first?
10      A.  015 -- Wait. 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.
11      Q.  Great.  And I should say this is not
12  a memory test.  If you don't remember
13  something, it's okay to tell me you can't
14  remember it and we can get it later from
15  Suzette.  Is that fair?
16      A.  Uh-huh.  Yes.
17      Q.  Do you recall Ja'mirel's Social
18  Security number?
19      A.  Yes.
20      Q.  Okay.  What is it?
21      A.  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.
22      Q.  And for each of the kids, start with
23  Raheem first, what's the full name of the
24  child's father?
25      A.  Robert Blackwell.

**Page 10**

1      Q.  And where is Robert these days?
2      A.  In New Orleans.
3      Q.  Does he live with you?
4      A.  No.
5      Q.  Does he live at Laguna Run?
6      A.  No.
7      Q.  Where does he live?
8      A.  He lives in New Orleans East, too.
9      Q.  And what about Ja'mirel?
10      A.  He lives in New Orleans East.  He
11  lives in Carmel Brooks.
12      Q.  Carmel Brooks?
13      A.  Carmel Brooks, uh-huh (indicating
14  affirmatively).
15      Q.  Okay.  And what's his name?
16      A.  Westley Lynch, III.
17      Q.  Do the kids spend any significant
18  time with their dads, like spend the night
19  over, stuff like that?
20      A.  Yes.
21      Q.  How much time do they spend with
22  their dads versus with you?
23      A.  Like during the weekends.
24      Q.  Okay.  Do you have any social media
25  accounts?

**Page 11**

1      A.  Yeah, Facebook.
2      Q.  What's your Facebook handle?
3      A.  Paula Lang.
4      Q.  Have you ever posted on your
5  Facebook account about this case, about this
6  lawsuit?
7      A.  No.
8      Q.  Have you ever posted on your
9  Facebook account about Laguna Run and your
10  living conditions at Laguna Run?
11      A.  No.
12      Q.  And you said your address at Laguna
13  Run is U210?
14      A.  Yes.
15      Q.  Okay.  So that's on the second floor
16  of the U building; is that right?
17      A.  Yes.
18      Q.  And that's where you've lived the
19  whole time you lived there?
20      A.  Yes.
21      Q.  And you do still live at Laguna Run
22  currently?
23      A.  Yes.
24      Q.  And I believe from your fact
25  sheet -- We'll get to your fact sheet in a

**Page 12**

1  second, but I believe from your fact sheet,
2  you've lived at Laguna Run for about four years
3  now.
4      A.  Four years.
5      Q.  Is that about right?
6      A.  Uh-huh (indicating affirmatively).
7      Q.  Do you remember more specifically
8  when you moved in?
9      A.  It was December 18th of 2018.
10      Q.  Okay.  And the whole time you've
11  lived there, your kids have lived with you?
12      A.  Yes.
13      Q.  Do you have any other children that
14  you're making claims for?
15      A.  No.
16      Q.  Other than your kids, does anybody
17  else live with you at Laguna Run?
18      A.  No.
19      Q.  And was that true the whole time
20  you've been living at Laguna Run?
21      A.  Yes.
22      Q.  Okay.  Where did you live before
23  Laguna Run?
24      A.  It was -- The address was 4908
25  Feliciana Drive.

**Paula Marie Lang**
**July 29, 2022**

4 (Pages 13 to 16)

| | Page 13 |
|---|---|
| 1 | Q.  That's New Orleans? |
| 2 | A.  Yes. |
| 3 | Q.  In the East? |
| 4 | A.  In Gentilly. |
| 5 | Q.  Oh, Gentilly? |
| 6 | A.  Uh-huh (indicating affirmatively). |
| 7 | Q.  And how long had you been staying |
| 8 | there? |
| 9 | A.  It was a year. |
| 10 | Q.  Okay.  Do you remember what it was |
| 11 | before Feliciana Drive? |
| 12 | A.  No. |
| 13 | Q.  That's fine. |
| 14 | All right.  This is a question that |
| 15 | might eliminate a whole bunch of questions. |
| 16 | Are you making any sort of wage claim or a lost |
| 17 | earnings capacity claim related to this |
| 18 | incident?  And if you don't understand what |
| 19 | that means, I'm happy to explain it. |
| 20 | A.  Yeah, you can explain it. |
| 21 | Q.  What I mean is have you lost any |
| 22 | days of work or do you feel like you can't work |
| 23 | because of this incident? |
| 24 | A.  Yeah. |
| 25 | Q.  Explain that to me, please. |

| | Page 14 |
|---|---|
| 1 | A.  Because it's so bad to where, you |
| 2 | know, I can't go nowhere without my kids.  They |
| 3 | have to be in the house. |
| 4 | Q.  Okay.  All right.  So I'm going to |
| 5 | ask you a couple questions about that.  Okay? |
| 6 | A.  Okay. |
| 7 | Q.  So how far did you end up going to |
| 8 | school? |
| 9 | A.  Till the tenth. |
| 10 | Q.  Where did you go to high school? |
| 11 | A.  John Mc -- John Mc High School. |
| 12 | Q.  Sure.  John McDonogh. |
| 13 | Did you get a GED or anything like |
| 14 | that? |
| 15 | A.  No. |
| 16 | Q.  Do you have any other vocational, |
| 17 | educational experience?  Like did you get |
| 18 | training in anything like that? |
| 19 | A.  No. |
| 20 | Q.  Okay.  So do you currently have a |
| 21 | job? |
| 22 | A.  No. |
| 23 | Q.  When was the last time you had a |
| 24 | job? |
| 25 | A.  It was 2019. |

| | Page 15 |
|---|---|
| 1 | Q.  So after you had moved into Laguna |
| 2 | Run? |
| 3 | A.  Uh-huh (indicating affirmatively). |
| 4 | Q.  What were you doing in 2019? |
| 5 | A.  I was L&R Security.  L&R Security. |
| 6 | Q.  How long had you worked for L&R? |
| 7 | A.  Two years. |
| 8 | MS. BAGNERIS: |
| 9 | And it's the ampersand, not the |
| 10 | letter N. |
| 11 | MS. EAGAN: |
| 12 | Yeah, yeah, yeah.  L&R. |
| 13 | EXAMINATION BY MS. EAGAN: |
| 14 | Q.  I'm not trying to put words in your |
| 15 | mouth.  I'm just trying to get timelines down. |
| 16 | So if you stopped doing that in |
| 17 | 2019, you worked for them from 2017 on roughly? |
| 18 | A.  Uh-huh (indicating affirmatively). |
| 19 | Q.  Sounds about right? |
| 20 | A.  Yes. |
| 21 | Q.  What were you doing for L&R |
| 22 | Security? |
| 23 | A.  Security.  Like work, like events, |
| 24 | like Superdome, stuff like that, LSU games, |
| 25 | Jazz Fest, Superdome, and LSU games and stuff. |

| | Page 16 |
|---|---|
| 1 | Q.  So did they call you when they |
| 2 | needed you, or did you go to work, like |
| 3 | regularly? |
| 4 | A.  Call when they needed. |
| 5 | Q.  Okay.  And what kind of money were |
| 6 | you making per hour? |
| 7 | A.  Nine dollars. |
| 8 | Q.  And did you work 40 hours a week, or |
| 9 | was it, like you said, call when they needed? |
| 10 | A.  They call when they needed. |
| 11 | Q.  And that was the whole time you |
| 12 | worked for them; right? |
| 13 | A.  Yes. |
| 14 | Q.  Before L&R Security, what were you |
| 15 | doing for a job? |
| 16 | A.  I did -- I worked for the City of |
| 17 | New Orleans for the Mardi Gras cleanup, and I |
| 18 | cleaned up the French Quarters with Empire |
| 19 | Services. |
| 20 | Q.  How long did you do that? |
| 21 | A.  Two years. |
| 22 | Q.  Okay.  Was that sort of similar, |
| 23 | like they called when you're needed, or was it |
| 24 | a 40-hour-a-week job? |
| 25 | A.  Forty-hour-a-week job. |

**Paula Marie Lang**
July 29, 2022

5 (Pages 17 to 20)

---

**Page 17**

1      Q.   And with Empire Services, how much
2   were you making per hour?
3      A.   Nine.
4      Q.   Okay.  And so you left L&R Security
5   in 2019.  Why did you leave L&R Security?
6      A.   I was trying to look for a higher
7   paying job.
8      Q.   Uh-huh (indicating affirmatively).
9           You still looking for a job?
10     A.   Yes.
11     Q.   Okay.  Did any of your former
12   employers give you any sort of on-the-job
13   training, anything that you think could be
14   transferable to another job?
15     A.   No.
16     Q.   Do you hold any special licenses?
17     A.   No.
18     Q.   A cosmetology license, anything like
19   that?
20     A.   No.
21     Q.   Okay.  So can you kind of tell me
22   about your typical day when you were working at
23   L&R?  Like what would your day be like?
24     A.   We just go there.  We grab our stuff
25   that we need, like the wander, like a basket

---

**Page 18**

1   for to put they stuff in, and go wait at the
2   gate.
3      Q.   So you -- I'm sorry.  Were you --
4      A.   We pat them down, see if they have
5   anything that's for to harm people, and then
6   take it from them and trash it.
7      Q.   Trash it?
8      A.   Uh-huh (indicating affirmatively).
9      Q.   So you'd be the lady -- Like when I
10   go to Saints games, you'd be the lady that
11   wands me down, slide my things through and all
12   that kind of stuff?
13     A.   Yes.
14     Q.   Got you.
15          You have to wear the yellow jacket?
16     A.   Yeah.
17     Q.   I got you now.  I know exactly who
18   those folks are.
19          Other than working L&R, did you do
20   any side hustles, side gigs, or whatever to
21   make some money?
22     A.   No.
23     Q.   So how are you making money right
24   now?
25     A.   I -- It's hard right now because,

---

**Page 19**

1   you know, it's a struggle.
2      Q.   Sure.  Are you on Social Security or
3   disability or anything like that?
4      A.   (Witness shakes head negatively.)
5      Q.   Does the government give you a check
6   in any capacity?
7      A.   Utility check.
8      Q.   Utility check?
9      A.   Yeah.
10     Q.   And are you -- Do you get your rent
11   subsidized via HUD?
12     A.   Yeah.
13     Q.   Section 8?
14     A.   Yeah.
15     Q.   Okay.  All right.  Are you an active
16   or former member of the military?
17     A.   No.
18     Q.   Okay.  Other than this lawsuit, have
19   you ever filed a lawsuit before?
20     A.   No.
21     Q.   Okay.  Other than this claim that
22   we're talking about, have you ever made, like
23   an insurance claim before?
24     A.   No.
25     Q.   Like in a car accident, anything

---

**Page 20**

1   like that?
2      A.   Yeah.
3      Q.   Two car accidents I made -- I had.
4      A.   Two car accidents I made -- I had.
5      Q.   Okay.
6      A.   Uh-huh (indicating affirmatively).
7      Q.   So when was the first one?  I know
8   I'm taxing your memory.
9      A.   I don't remember.
10     Q.   Was it five years ago?  Ten years
11   ago?
12     A.   It was maybe 2014.
13     Q.   Okay.  And what happened in that
14   one?
15     A.   It's from a job in Belle Chasse.
16   The van -- One of our work vans that was in
17   back of us hit the work van that I was in.
18     Q.   Okay.  And so did you file a claim
19   for that?
20     A.   Yes.
21     Q.   Okay.  Was it workers' comp?
22     A.   No, no workers' comp.
23     Q.   It was just straight up insurance?
24     A.   Uh-huh (indicating affirmatively).
25     Q.   And were you injured in that

Paula Marie Lang
July 29, 2022

6 (Pages 21 to 24)

---

**Page 21**

1  accident?
2       A.  Yeah.
3       Q.  What was injured?
4       A.  My back.
5       Q.  Okay.  Did you retain a lawyer to
6  file that claim, or did you do it yourself?
7       A.  Yes.
8       Q.  Who was the lawyer that helped you?
9       A.  Edward Womac.
10      Q.  Okay.  So you put the Womac on them?
11      A.  Yes.
12      Q.  Listen, I've got the Womac put on me
13  a couple times.
14          And then let's talk about the second
15  one.  So it was 2014-ish, and then another one
16  you said.
17      A.  That was 2016.
18      Q.  Uh-huh (indicating affirmatively).
19      A.  I was coming from a parade with my
20  aunt and someone hit her from the back.
21      Q.  And did you -- You made an insurance
22  claim about that one, too?
23      A.  Yes.
24      Q.  Did you have a lawyer help you with
25  that one?

---

**Page 22**

1       A.  Yes, the same.
2       Q.  Womac?
3       A.  Uh-huh (indicating affirmatively).
4       Q.  Was it the same person who was
5  helping you with Womac?
6       A.  No.  It was a different one.  It was
7  a different one.
8       Q.  Okay.  Different guy?
9       A.  Uh-huh (indicating affirmatively).
10      Q.  Okay.  Do you remember either of
11  their names, the lawyers at Womac?
12      A.  No, I don't remember.
13      Q.  That's okay.
14          Do you know if they actually had to
15  file a lawsuit before you got your check, or
16  whether or not they worked it out before you
17  had to file a lawsuit?
18      A.  They had to file a lawsuit, I think.
19      Q.  Okay.  But ultimately in the 2016
20  accident with your aunt, insurance paid you;
21  right?
22      A.  Uh-huh.  Yes.
23      Q.  Do you remember how much you got
24  paid?
25      A.  It was $1,300.

---

**Page 23**

1       MS. BAGNERIS:
2           Oh, you should have come here.
3       MS. EAGAN:
4           She would have gotten you more.
5  EXAMINATION BY MS. EAGAN:
6       Q.  What about the 2014, the one with
7  the work vans?
8       A.  That was 4,000.
9       Q.  Okay.  Other than those two, any
10  other insurance claims that you can think of?
11      A.  No.  That was it.
12      Q.  Okay.  Any kind of worker's comp
13  claims?
14      A.  No.
15      Q.  Okay.  Have you ever been the
16  defendant in a suit?  Has anybody ever sued
17  you?
18      A.  No.
19      Q.  Okay.  All right.
20          And I apologize.  I have to ask
21  these questions.  Okay?  So don't think that
22  I'm picking on you, but in the last ten years,
23  have you been arrested for a felony?
24      A.  No.
25      Q.  What about a misdemeanor?

---

**Page 24**

1       A.  No.
2       Q.  All right.  So let's talk about
3  Laguna Run, the place where you live.  Right?
4       A.  Uh-huh (indicating affirmatively).
5       Q.  So how did you come across Laguna
6  Run as a place to live?
7       A.  Through the program that I'm in --
8       Q.  Uh-huh (indicating affirmatively).
9       A.  -- Permanent Supportive Housing.
10      Q.  When did you get into that program,
11  the Permanent Supportive Housing Program?
12      A.  It was, like, 2014, 2013.
13      Q.  Okay.  So before Laguna Run, they
14  placed you in other apartments?
15      A.  No.  I was staying with someone
16  before.
17      Q.  Okay.  Like when you were staying in
18  Gentilly, you were staying with somebody?
19      A.  Yes.
20      Q.  You weren't using the program to
21  provide you a house?
22      A.  No.
23      Q.  Did they find Laguna Run for you, or
24  did they suggest Laguna Run for you?
25      A.  Yeah.  They found it.  It was that

**Paula Marie Lang**
**July 29, 2022**

## Page 25

1  or someplace across the river.
2      Q.  Okay.
3      A.  I think it was Jackson Landing or
4  something.
5      Q.  Why did you choose Laguna Run versus
6  across the river?
7      A.  Because it was closer to my family
8  members.
9      Q.  Your family all stays up in the
10  East?
11      A.  Yes, in the Lower Ninth Ward.
12      Q.  In the Ninth Ward.  Uh-huh
13  (indicating affirmatively).
14          So when they presented this to you
15  as an option, what did they tell you about
16  Laguna Run?
17      A.  It's a good place.  It's safe to
18  stay, and you won't have no problem.  It was
19  clean and --
20      Q.  Uh-huh (indicating affirmatively).
21  Did you have a chance to go look at the
22  property and inspect the property yourself?
23      A.  Yeah.
24      Q.  And when was that?  Before you
25  signed your lease?

## Page 26

1      A.  No.  The same day.
2      Q.  Same day?  Okay.
3      A.  Uh-huh (indicating affirmatively).
4      Q.  What were your impressions when you
5  inspected the property?
6      A.  It was okay.  I just needed
7  somewhere to stay.
8      Q.  Did you have -- I'm sorry.
9      A.  It was nice, I guess.
10      Q.  Did you have a chance to inspect
11  your own unit, the U210?
12      A.  Yes.
13      Q.  Yes?
14      A.  Yes.
15      Q.  Okay.  Did you notice anything out
16  of the ordinary with U210?
17      A.  They had -- The railings was bad
18  off.  They had holes in the wall, paintings on
19  the walls and stuff.
20      Q.  This is when you went to go inspect
21  it before you signed your lease?
22      A.  Yes.
23      Q.  Did you ask them to fix all that
24  stuff before you would sign the lease?
25      A.  No.

## Page 27

1      Q.  You said paintings on the wall.
2  Like people left paintings from, like the last
3  tenant or something like that?
4      A.  Yes.
5      Q.  And there were holes in the walls of
6  the unit?
7      A.  No.
8      Q.  Oh, okay.  Like in the stairwells
9  and stuff?
10      A.  In, like the stairwells and birds in
11  the hallway and roaches and --
12      Q.  And this is all before you signed
13  your lease?
14      A.  Yes.
15      Q.  Things that you saw on your
16  inspection?
17      A.  Yes.
18      Q.  Okay.  And you said the railings
19  were kind of bad.  Are you talking about the
20  railings in the stairwells in the hallway or
21  within the unit?
22      A.  The hallways.
23      Q.  Okay.  Other than doing your
24  inspection, did you do any other research to
25  determine whether or not it was a good and safe

## Page 28

1  place to live?
2      A.  No.
3      Q.  Okay.  Did you know anybody when you
4  moved in who lived there?
5      A.  No.
6      Q.  Okay.  So there wasn't anybody you
7  could talk to and be, like, "Hey, is this a
8  good and safe place to live?"
9      A.  No.
10      Q.  Okay.  How would you describe the
11  inside of your unit when you made that
12  inspection?
13      A.  Good.
14      Q.  Okay.  Did you have any reservations
15  about signing that lease at the time?
16      A.  Like a appointment or something?
17      Q.  No.  No.  I'm sorry.  I meant did
18  you have any concerns about signing that lease
19  at the time?
20      A.  No.
21      Q.  Okay.  Did you report any of the
22  things that -- you know, the paintings on the
23  wall or anything like that to management?
24      A.  Yes.
25      Q.  Okay.  Did somebody from management

**Paula Marie Lang**
**July 29, 2022**

---

**Page 29**

1  come and walk through the unit with you?
2      A.  Yes.
3      Q.  Okay.  Were they kind of taking a
4  list of stuff?
5      A.  Yes.
6      Q.  Okay.  Did the Permanent Supportive
7  Housing folks sign off on the unit before you
8  received the keys?
9      A.  Yes.
10      Q.  Were you there when they did their
11  inspection?
12      A.  Yes -- No.
13      Q.  No, you were not?
14      A.  No.
15      Q.  Okay.  Do you recall the name of the
16  leasing agent that might have taken you through
17  the inspection tour and all that kind of stuff?
18      A.  No.
19      Q.  Do you remember if it was a man or a
20  woman?
21      A.  A woman.
22      Q.  White or black?
23      A.  Black.
24      Q.  Young or old?
25      A.  Young.

---

**Page 30**

1      Q.  Okay.  And you said you signed that
2  lease that same day; is that right?
3      A.  Yes.
4      Q.  You signed it on the premises of the
5  building?
6      A.  Yes.
7      Q.  Did you read the entire lease
8  agreement before you signed it?
9      A.  Yes.
10      Q.  Would you agree that you understood
11  the terms and conditions of the lease that you
12  signed?
13      A.  Yes.
14      Q.  And does with -- In terms of
15  Permanent Supportive Housing, do they have to
16  sign off on the lease as well?
17      A.  Yes.
18      Q.  Okay.  And did anybody from
19  Permanent Supportive Housing say, "Don't sign
20  this lease.  This is not a good thing"?
21      A.  No.
22      Q.  All right.  So in this case, we've
23  done what we call these fact sheets.  You may
24  or may not remember helping Ms. Bagneris fill
25  this out.  And we did this to kind of cut down

---

**Page 31**

1  all the questions I have to ask you so
2  hopefully it makes it go a lot faster.
3          Can you take a look at this, take
4  all the time you need, and tell me whether or
5  not that's the fact sheet that you helped
6  Ms. Bagneris fill out for yourself?
7      A.  I have this.  I have this.
8      Q.  You have the same one?
9      A.  Uh-huh (indicating affirmatively).
10      Q.  Perfect.  So can you agree with me
11  that this is your fact sheet?
12      A.  Uh-huh (indicating affirmatively).
13      Q.  And do you believe that all the
14  things that are in here are all true and
15  correct?
16      A.  Yes.
17  MS. EAGAN:
18          Okay.  We're going to attach this as
19      Exhibit 1.
20  EXAMINATION BY MS. EAGAN:
21      Q.  Okay.  Great.
22          And you assisted Ms. Bagneris in
23  filling this out; right?
24      A.  Yes.
25      Q.  You gave her the information that

---

**Page 32**

1  she needed to help fill this out?
2      A.  Yes.
3      Q.  Okey-dokey.
4          If you don't mind flipping down
5  to -- Will you flip to -- it's going to be the
6  third page.  It's this little table under
7  Background of Claim.  (As read.)
8          It looks like this (indicating).
9      A.  (Witness complies.)
10      Q.  That's it.  Yeah.
11      A.  Uh-huh (indicating affirmatively).
12      Q.  And we provided a whole bunch of
13  conditions and you provided whether or not you
14  had experienced those conditions when you were
15  living at Laguna Run; right?
16      A.  Yes.
17      Q.  And for all these conditions, you
18  have provided that you experienced those
19  conditions from 2018 to the present; is that
20  right?
21      A.  Yes.
22      Q.  And that's pretty much from when you
23  moved in to now?
24      A.  Yes.
25      Q.  Okay.  And other than mold and

Paula Marie Lang
July 29, 2022

9 (Pages 33 to 36)

Page 33

1 mildew, which we're going to talk about in a
2 second, you said you experienced all the other
3 conditions in the common areas, which means
4 somewhere else other than in your apartment,
5 like outside of your apartment.
6     A.  Yes.
7     Q.  That's right?
8     A.  Yes.
9     Q.  Other than mold and mildew, did you
10 experience any issues in your apartment unit?
11     A.  Yes, I have the rodents --
12     Q.  Okay.
13     A.  -- rats, shootings outside.
14     Q.  Any other, like plumbing problems or
15 anything like that in your unit?
16     A.  Yeah, plumbing, the air, water
17 leaking from the vents.  The ceiling had fell
18 in.  They had water in the dishwasher that
19 don't want to go away.  It's a lot.
20     Q.  So let's take them one at a time.
21 Right?  So let's talk about the plumbing
22 issues.  What kind of plumbing issues did you
23 have in your unit?
24     A.  Like it's -- It be getting clogged
25 up, and the water, when you flush the toilet,

Page 34

1 sometimes it go to the sink or the bathtub.
2     Q.  Uh-huh (indicating affirmatively).
3         Did you ever tell the maintenance
4 crew about those issues?
5     A.  Yeah.  And they'll come, like a week
6 later or something like that.
7     Q.  When is the first time you saw
8 plumbing problems in your unit?
9     A.  The first time?
10     Q.  Uh-huh (indicating affirmatively).
11     A.  Just 2018.
12     Q.  Okay.  How did you tell maintenance
13 about these issues?  Like did you go to the
14 office and talk to them, or did you fill out
15 the thing on the online portal?
16     A.  I went to the office and talked to
17 them.
18     Q.  And who would you talk to when you'd
19 go to the office?
20     A.  The people that's in the front.
21     Q.  Uh-huh (indicating affirmatively).
22         The same young, black lady or
23 different people?
24     A.  No.  It's always different people.
25     Q.  Oh, okay.  And what would they tell

Page 35

1 you when you went to complain?
2     A.  They put the work order in.
3     Q.  Put the work order in?
4     A.  Yeah.  And to wait for somebody to
5 come and fix the problem.
6     Q.  Did you ever physically witness them
7 writing out the work order?
8     A.  Yes.
9     Q.  More than once?
10     A.  Yes.
11     Q.  About how many times would you
12 estimate you went to complain about plumbing
13 problems?
14     A.  About 20 to 30 times.
15     Q.  Okay.  Over the course of you living
16 there?
17     A.  Yes.
18     Q.  Okay.  Are you experiencing the same
19 kind of problems today that you were
20 experiencing back then?
21     A.  Yes.  My air's out.
22     Q.  Well, let's talk about that in a
23 second.  Let me finish with plumbing first.
24         So did they ever come out and fix
25 the issue?

Page 36

1     A.  No.
2     Q.  Did they come out and try to fix the
3 issue?
4     A.  No.
5     Q.  They've never come out and tried to
6 fix your plumbing issues?
7     A.  No.
8     Q.  And now you said your air is out.
9 Tell me about that.
10     A.  Like the fuse box or the electricity
11 box, it keep -- this is -- it keep going out or
12 something.  And it'll cut on and it will go
13 off, but it keep going out.  And it's the same
14 problem.  They don't fix it, but it been out
15 since Monday.
16     Q.  That was my second question.  When
17 did that start happening?  Since Monday?
18     A.  Uh-huh (indicating affirmatively).
19 But this been going on, but, again, it just
20 happen again Monday and it's still out.
21     Q.  Did they come around and try to fix
22 that issue?
23     A.  No.  My worker called and still no.
24     Q.  Say again.  Your worker called?
25     A.  Yes.  My --

**Paula Marie Lang**
July 29, 2022

---

Page 37

1    MS. BAGNERIS:
2       The Permanent Supportive Housing
3    social worker called.
4    EXAMINATION BY MS. EAGAN:
5    Q.  Oh, I see.  Your social worker
6    called?
7    A.  Yeah.
8    Q.  I guess I should ask you that
9    question.
10      When you complained, for example,
11   about the plumbing problems, do you also make a
12   complaint to Permanent Supportive Housing?
13   A.  Yes.
14   Q.  And what do they do for you, other
15   than try to keep on their back?
16   A.  They'll call them and tell them
17   about, that I've called and no one came out,
18   but nothing still gets done.
19   Q.  Understood.
20      And you made those same complaints
21   to PSH for the air cutting off?
22   A.  Yes.
23   Q.  When was the first time you noticed
24   issues with your air conditioner?
25   A.  It's been since 2019.

---

Page 38

1    Q.  Okay.  And have they tried to fix
2    it?
3    A.  They try, but when they come to fix
4    it, it do the same thing, and it leaks water --
5    Q.  Uh-huh (indicating affirmatively).
6    A.  -- and it's --
7    Q.  The unit itself leaks water?  The
8    air-conditioning unit leaks water?
9    A.  Yes.
10   Q.  How long has it been leaking water?
11   A.  Like -- It's been a few months.  I
12   could say, like February or something.
13   Q.  Gotcha.
14   A.  They tried to something -- vacuum it
15   or something out.
16   Q.  Uh-huh (indicating affirmatively).
17   A.  But it's still like that.
18   Q.  It fills right back up again; right?
19   A.  (Witness nods head affirmatively.)
20   Q.  I got you.
21      And then you said you had water
22   leaks in your unit.  Can you describe that to
23   me, please?
24   A.  From the downstairs bathroom, it
25   leaks.  It's still leaking today.  In their

---

Page 39

1    room, the air condition vent is leaking water.
2    There's leaking water from the fridge.  They
3    got holes at the top of the ceiling that's
4    leaking water.
5    Q.  Holes that somebody cut or holes
6    because the ceiling is falling in because of
7    the water?
8    A.  Falling in because of the rats or
9    something digging the holes.  Something is.
10   Q.  So other than the water leaking
11   under your sink and from the boys' room, you
12   said there's holes in the ceiling.  Is there
13   water coming through the holes in the ceiling?
14   A.  Yes.
15   Q.  Okay.  Where are the holes in the
16   ceiling?
17   A.  Like in the rooms or downstairs in
18   the kitchen.
19   Q.  Okay.
20   A.  Yeah.
21   Q.  Have you told maintenance about the
22   issues with the water leaks?
23   A.  Yes.
24   Q.  And how did you tell maintenance
25   about the issues with the water leaks?

---

Page 40

1    A.  I went to the office and told them
2    can he come fix the leaks in the apartment.
3    Q.  Okay.  And did anybody come out and
4    try to fix the leaks?
5    A.  No.
6    Q.  Not at all?
7    A.  Unh-unh (indicating negatively).
8    Q.  When did you first tell them about
9    the water leaks in the apartment?
10   A.  It was 2018.
11   Q.  Okay.  Are the water leaks kind of
12   like something that's been a problem since
13   you've lived there?
14   A.  Yeah, like -- No, that wasn't in
15   2018.  That was -- The water leaks started,
16   like last year.
17   MS. BAGNERIS:
18      Which water leak are we talking
19   about that started last year?  I'm
20   confused, Emily.
21   MS. EAGAN:
22      Yeah, I'll ask.
23   EXAMINATION BY MS. EAGAN:
24   Q.  You're talking about all the water
25   leaks, that started last year, or just certain

**Paula Marie Lang**
**July 29, 2022**

**Page 41**

1    ones started last year?
2        A.  Just the one about the A/C.
3        Q.  Oh, by the A/C.  Okay.
4            What about the leaks under the sink?
5    Have they been going on for a while?
6        A.  Like four months.
7        Q.  Leaks under the sink, four months.
8    Okay.
9        A.  Uh-huh (indicating affirmatively).
10       Q.  What about the ones in the vents in
11   their room, in the kids' room?
12       A.  That just started, like two months
13   ago.
14       Q.  What about the holes in the ceiling?
15   When did that start?
16       A.  That been about -- like three years,
17   that.
18       Q.  Okay.  And are those the ones you
19   talk about when you say, "I went to complain
20   and nobody came and fixed anything"?
21       A.  Yes.
22       Q.  Okay.  So let's talk about mold and
23   mildew.  Right?
24       A.  Uh-huh (indicating affirmatively).
25       Q.  And I know they have different

**Page 42**

1    impacts, but can we say that mold and mildew,
2    you know, kind of the same thing?  When you see
3    it, you don't know necessarily whether or not
4    it's mold or mildew; is that fair?
5        A.  Yes.
6        Q.  Okay.  When is the first time you
7    saw mold or mildew in your apartment?
8        A.  That been like since -- since I got
9    there.  Since, like three years.
10       Q.  Okay.  I'm sorry.  I've got to go
11   back for one second because I forgot to ask
12   very important questions.
13           So everything else other than the
14   things we've talked about, the plumbing
15   problems, the water leaks, the mold and
16   mildew --
17       A.  Yes.
18       Q.  -- all this stuff, that's stuff that
19   you experience in the common areas; is that
20   right?
21       MS. BAGNERIS:
22           I don't know what "all this stuff"
23           means.  Object to the form.
24       MS. EAGAN:
25           You're right.  That's fair.  All

**Page 43**

1        right.  Let's do this.
2    EXAMINATION BY MS. EAGAN:
3        Q.  Violent crime, shooting, insect
4    infestation, rodent infestation, bats, rats,
5    snakes, alligators, that's stuff you would
6    experience in the common areas?
7        A.  In the common areas.
8        Q.  Okay.
9        MS. BAGNERIS:
10           Objection because she already
11           testified about rats in her unit.
12   EXAMINATION BY MS. EAGAN:
13       Q.  You had rats in your unit?
14       A.  Yes.
15       Q.  Tell me about that.
16       A.  They have, like holes in the room,
17   like holes in the room from a rat.
18       Q.  Sure.
19       A.  They did the hole.  They got holes,
20   like behind the refrigerator, the stove.  The
21   pest control caught a lot of them.  They put
22   traps down.  You see possums and rats all over
23   the apartment.
24       Q.  Not in your apartment; right?  Just
25   all over?

**Page 44**

1        A.  It's all over.  It's in the
2    apartment.  It's out the apartment.
3        Q.  You've had possums in your
4    apartment?
5        A.  Not possums in my apartment.  Rats.
6        Q.  Got you.  I understand.
7            Okay.  When was the first time you
8    saw rats in your apartment?
9        A.  That was last year.
10       Q.  Okay.  And did you go complain to
11   maintenance?
12       A.  Yes.  Pest control, the traps,
13   anything, put some down outside.
14       Q.  And did I understand you to say they
15   did do some pest control and put out some
16   traps?
17       A.  Yes.
18       Q.  Is that right?
19       A.  Yes.
20       Q.  Okay.  Did that help the problem?
21       A.  No.
22       Q.  You still have rats in your
23   apartment?
24       A.  Yeah.
25       Q.  Okay.  And you said that they're

**Paula Marie Lang**
July 29, 2022

---

**Page 45**

1  getting in through holes, like behind the
2  refrigerator?
3      A.  Yes.
4      Q.  Have you asked anybody to come fill
5  up the holes?
6      A.  Yes.
7      Q.  And you would do that the same way
8  you're talking about with the other stuff.  You
9  would go to the office and talk to somebody; is
10 that right?
11     A.  Yes.
12     Q.  Has anybody come out to fill up the
13 holes or patch the holes?
14     A.  No.
15     Q.  Okay.  Okay.  Anything else -- and
16 not just limited to this list, but anything
17 else in your apartment unit that you want to
18 talk about?
19     A.  No.
20     Q.  Okay.  So let's go to mold and
21 mildew.  Right?  When is -- I'm sorry because I
22 just don't remember.  I think you answered this
23 question, but when did you start noticing mold
24 and mildew?
25     A.  Like three years, four years.

**Page 46**

1      Q.  So not necessarily since you first
2  moved in, but sometime after that?
3      A.  Yeah.
4      Q.  Maybe, like a year after that?  And
5  I don't want to put words in your mouth.  You
6  think about it, but --
7  MS. BAGNERIS:
8       How long after you moved in did you
9  first experience it?
10 MS. EAGAN:
11      That's a fair way to say it.
12 THE WITNESS:
13      It been, like -- like the same year.
14 EXAMINATION BY MS. EAGAN:
15     Q.  That same year?
16     A.  Uh-huh (indicating affirmatively).
17     Q.  And where did you start noticing it?
18     A.  In the bathrooms, in the kitchen or
19 something.
20      (Cell phone ringing.)
21 MS. EAGAN:
22      Do you need to get that?
23 MS. BAGNERIS:
24      Do you need to take a break and get
25      that?

**Page 47**

1  THE WITNESS:
2       Yeah.
3  MS. BAGNERIS:
4        Yeah, sure.  Take a break and get
5  it.
6       (Whereupon a recess was taken.)
7  MS. EAGAN:
8       Let's go back on the record.
9  EXAMINATION BY MS. EAGAN:
10     Q.  Any other places than the bathrooms
11 and the kitchen?
12     A.  In the living room, kitchen.  In the
13 bedrooms.
14     Q.  Okay.  And then would you complain
15 about the mold to management?
16     A.  Yes.
17     Q.  About how many -- And same kind of
18 thing, you would go down to the office --
19     A.  Yes.
20     Q.  -- and say, "I have mold in my
21 apartment"?
22     A.  Yes.
23     Q.  What did they do for you?
24     A.  They come out and spray something,
25 like bleach or something.

**Page 48**

1      Q.  And would the mold go away?
2      A.  No.
3      Q.  Can you pinpoint maybe or give me an
4  estimate when the first time the guys came out
5  and sprayed bleach was?
6      A.  Like a estimate?
7      Q.  Like I know you might not be able to
8  say, "Oh, it was such and such date," you know,
9  specifically, but do you have any idea when by
10 year or month they might have come out?
11     A.  No.
12     Q.  Okay.  Was it within a few days of
13 you complaining the first time?
14     A.  Yes.
15     Q.  And those first complaints would
16 have come sometime in the year 2018?
17     A.  Yes.
18     Q.  Okay.  About how many times would
19 you say over the course of your living there
20 you've complained about mold in your apartment?
21     A.  About 30, 40 times.
22     Q.  Did they come out every time and
23 spray bleach?
24     A.  Yes.
25     Q.  Okay.

**Paula Marie Lang**
**July 29, 2022**

---

**Page 49**

1     A.  One -- It was one time they painted
2  over it.
3     Q.  When was that?
4     A.  Same time around.  That was, like,
5  2019.
6     Q.  Okay.
7     A.  They tried to paint over it, but it
8  comes back.
9     Q.  All right.  And in your fact sheet
10  under Section 4, Bodily Injury, you said that
11  you and your children have experienced -- I'm
12  looking at No. 2, right -- excessive illnesses,
13  including severe and worsening allergies,
14  fever, nasal and sinus congestion, burning,
15  watery eyes, coughing, sore throat, flu-like
16  symptoms, skin irritation, and headaches; is
17  that right?
18     A.  Yes.
19     Q.  That's true for you and your kids?
20     A.  Yes.
21     Q.  Can you tell me the first time you
22  -- not the kids, but you experienced something
23  like that?
24     A.  It was, like a couple of days when I
25  moved in.

**Page 50**

1     Q.  Uh-huh (indicating affirmatively).
2        And what were you feeling, like a
3  couple days when you moved in?
4     A.  Coughing a lot.
5     Q.  Uh-huh (indicating affirmatively).
6     A.  And like a headache.  One day I woke
7  up and couldn't -- like, I was gasping.
8     Q.  Okay.  What about the kids?  What's
9  the first time the kids sort of experienced
10  stuff like that?
11     A.  Like around the same time.
12     Q.  Okay.
13     A.  We go back and forth to a doctor --
14     Q.  Uh-huh (indicating affirmatively).
15     A.  -- like for the colds and coughing
16  and stuff.
17     Q.  Okay.  What doctor were you going to
18  see?
19     A.  Urgent Care on St. Claude.
20     Q.  Uh-huh (indicating affirmatively).
21        Do you have, like a primary care
22  physician, like a steady doctor that you go
23  see?
24     A.  Yeah.  Casey Williams.
25     Q.  Okay.

**Page 51**

1     A.  And I go to Daughters of Charity.
2     Q.  Got it.
3        And then what about the kids?  Do
4  they have a pediatrician?
5     A.  Yeah.  Edwin Lin.
6     Q.  Okay.  And where is he?  Daughters
7  of Charity?
8     A.  He's on France and St. Claude,
9  Bayou -- I think it's Bayou Health Services.
10     Q.  Yeah.  I think that's right.
11  MS. BAGNERIS:
12     Bayou Urgent Care.
13  MS. EAGAN:
14     Bayou Urgent Care.
15  EXAMINATION BY MS. EAGAN:
16     Q.  Were you going more frequently to
17  the doctor while you were living there versus
18  beforehand?
19     A.  Yes.
20     Q.  Other than urgent care St. Claude,
21  did you go see Casey Williams?
22     A.  No.
23     Q.  Okay.  Did the kids go see Dr. Lin
24  at the time that you were living there?
25     A.  Yes.

**Page 52**

1     Q.  Okay.  Did any of the urgent care
2  doctors tell you what was causing your issues,
3  your cold symptoms?
4     A.  Yes.
5     Q.  What did they tell you?
6     A.  Like the coughing and sneezing and
7  stuff, it's from the mold and mildew.
8     Q.  Okay.  Who was the doctor who told
9  you that?  Do you remember?
10     A.  Edwin Lin.
11     Q.  Oh, Dr. Lin told you that?
12     A.  Uh-huh (indicating affirmatively).
13     Q.  He told you that for you and for the
14  kids, or just for the kids?
15     A.  For the kids.
16     Q.  Okay.  For the kids.
17        Did any of your doctors -- Let's
18  talk about you for a second.  Did any of your
19  doctors ever prescribe any prescription
20  medication for you to take because of your
21  symptoms?
22     A.  We take, like over the counter.
23     Q.  I got you.
24     A.  Yeah.
25     Q.  So you would just go to the

Paula Marie Lang
July 29, 2022

Page 53

1  Walgreens or whatever and buy Sudafed or
2  whatever?
3      A.  Yeah.
4      Q.  I got you.
5          But the doctor didn't give you a
6  prescription?
7      A.  No.
8      Q.  What about for the kids?  Did
9  Dr. Lin give them any sort of prescription
10  medications?
11      A.  No.
12      Q.  Would you treat the kids kind of the
13  same way you're treating yourself,
14  over-the-counter stuff?
15      A.  Yes.
16      Q.  Did the kids lose any school days
17  because they were out sick?
18      A.  No.
19      Q.  I didn't see in your fact sheet, but
20  I just want to confirm.  You haven't received
21  any sort of treatment for mental illness
22  related to this incident; correct?
23      A.  No.
24      Q.  You haven't seen, like a
25  psychiatrist or a counselor or anything like

Page 54

1  that; right?
2      A.  No.
3      Q.  Did you advise Permanent Supportive
4  Housing that you were having these physical
5  symptoms?
6      A.  Yes.
7      Q.  What did they do for you?
8      A.  Nothing.
9      Q.  They didn't send you to a doctor or
10  anything like that?
11      A.  No.
12      Q.  Same thing with the kids?  You told
13  them that the kids were having the same
14  problems?
15      A.  Yeah.
16      Q.  And they didn't do anything for the
17  kids?
18      A.  No.
19      Q.  Okay.  And you haven't -- Do any of
20  the kids have any sort of -- I'm sorry.  Let me
21  start that question again.
22          Have the kids seen any sort of
23  psychologist or psychiatrist or counselor
24  related to mental issues related to this
25  incident?

Page 55

1      A.  No.
2      Q.  Okay.  And I want to ask you about
3  something I think is a typo, but I want to
4  confirm.  All right?
5      A.  Okay.
6      Q.  So in Section 5, Mental Injury,
7  on -- if you see down in No. 3, it says, For
8  each mental injury identified, please indicate
9  the approximate first date that you believe
10  your exposure -- on and on.  (As read.)
11          And you say, Beginning in 2011.  (As
12  read.)
13          Is that a typo?  Because you didn't
14  live there in 2011.
15      A.  No.  I didn't live there in 2011.
16  That was 2018.
17      Q.  And that's fine.  I just wanted to
18  confirm it on the record, that's a typo.
19      A.  Yeah.
20      Q.  Because I understand that you are
21  claiming that there's, you know, depression and
22  anxiety included in, you know, living in this
23  building; right?
24      A.  Yes.
25      Q.  And so would it be fair to say that

Page 56

1  you didn't experience any depression or anxiety
2  at least until 2018?  Right?
3      A.  Yes.
4      Q.  When did you start experiencing
5  depression, anxiety, that kind of stressful
6  thing?
7      A.  2018.
8      Q.  Okay.  This is a couple of
9  double-checks.  You're not alleging that you
10  were wrongfully evicted; correct?  Because
11  you're still living there?
12      A.  Yeah.  I'm still living there.
13      Q.  Ms. Lang, why stay?  Why not get
14  another apartment?
15      A.  Ain't nowhere else to go.
16      Q.  Uh-huh (indicating affirmatively).
17          Have you asked Permanent Supportive
18  Housing to look for another apartment for you
19  and the kids?
20      A.  Yes.  I'm on the transfer list, so
21  I'm just waiting.
22      Q.  Uh-huh (indicating affirmatively).
23          When did you get on the transfer
24  list?
25      A.  About three years ago.  No.  Two

**Paula Marie Lang**
**July 29, 2022**

Page 57

1   years ago.
2       Q.  Do you believe that Permanent
3   Supportive Housing has done everything they can
4   to help you in this situation?
5       A.  Yes.
6       Q.  You do?
7       A.  (Witness nods head affirmatively.)
8       Q.  Okay.  Have they come out and
9   inspected the property -- or I'm sorry --
10  inspected your unit since that original
11  inspection?
12      A.  Yes.
13      Q.  When did they come out and do it?
14      A.  They had came to the inspection.
15  It's, like a yearly inspection.  They came to
16  the inspection, like three months ago.  And it
17  failed, like five times.
18      Q.  It failed, like five times?
19      A.  Yeah.
20      Q.  Your specific unit?
21      A.  Uh-huh.  Yes.
22      Q.  So what do they do for you when it
23  fails?
24      A.  They just told me that they was
25  going to stop paying them for the apartment,

Page 58

1   but I don't --
2       Q.  You don't know if they stopped
3   paying or anything like that?
4       A.  No.
5       Q.  They just told you it failed?
6       A.  Yeah.
7       Q.  Okay.  Since that three months ago
8   when they came back out, have there been any
9   renovations, improvements, fixes in your
10  apartment unit?
11      A.  No.
12  MS. EAGAN:
13      Okay.  Ms. Lang, those are all my
14      questions.  Thank you.  Some of these
15      other folks might have a couple of
16      questions.
17  MR. WOOD:
18      Ms. Lang, my name is Zach Wood.  I
19      represent Wilshire Insurance Company.  I
20      just have a couple of follow-up
21      questions.
22  EXAMINATION BY MR. WOOD:
23      Q.  Looking at your fact sheet, it asks
24  you to describe the property that's been
25  damaged by mold.  And you wrote, Furniture,

Page 59

1   clothing, shoes, rugs, mattresses, and other
2   personal belongings.  (As read.)
3       Does that sound right?  Were those
4   things damaged by mold?
5       A.  Yes.
6       Q.  Do you know when those things were
7   damaged?  And take your time because it's a
8   bunch of different things.
9       A.  Yeah.  It's the smell inside, it's
10  -- like, it's airborne, and it been since I got
11  there.  I been -- I buy new furniture and, you
12  know --
13      Q.  So, I mean, take them one by one.
14  What furniture has been damaged?
15  MS. BAGNERIS:
16      Let me find it for you.  Okay.
17  THE WITNESS:
18      Uh-huh (indicating affirmatively).
19  MS. BAGNERIS:
20      And we're going to take it one at a
21      time.
22      Hold on.  I'm going to find it.
23  MR. WOOD:
24      I'm looking at Section 8 under Other
25      Damages.

Page 60

1   MS. BAGNERIS:
2       Let's start with furniture.  Tell
3       Mr. Wood what furniture in your apartment
4       has been damaged.  What furniture?  Just
5       focus on furniture.
6   THE WITNESS:
7       The beds, the kitchen table, the
8       sofa, and the nightstand, the -- like the
9       rugs.  That's it -- like, dressers.
10  MS. BAGNERIS:
11      Okay.  And the next thing you had on
12      here was shoes.
13  MR. WOOD:
14      Hold on.  Let me -- I have follow-up
15      questions about all that.
16  MS. BAGNERIS:
17      Okay.
18  MR. WOOD:
19      Because that's a lot of things.
20  EXAMINATION BY MR. WOOD:
21      Q.  So the beds, what beds are you
22  talking about?  I guess your bed and your kids'
23  beds?
24      A.  My bed and my two kids' beds.
25      Q.  And when you say it's been damaged,

**Paula Marie Lang**
**July 29, 2022**

Page 61

1  did you have to throw away any beds?
2      A.  Yes.
3      Q.  Where did you throw away those beds?
4      A.  I keep buying beds.  It started,
5  like 2019.
6      Q.  2019.
7          You threw away, like all the beds in
8  the house?
9      A.  Yes.
10     Q.  And got new beds?
11     A.  Yes.
12     Q.  And the new beds you bought, do you
13  still have those beds?
14     A.  Yes.
15     Q.  And the kitchen table, did you throw
16  away that?
17     A.  Yes.
18     Q.  When did you throw that away?
19     A.  Same, like 2019, like the middle,
20  like cracks in the table.
21     Q.  There were cracks in the table?
22     A.  Yeah.
23     Q.  What caused those cracks?
24     A.  Like the water getting into it and
25  it will come up.

Page 62

1      Q.  Water.  And your nightstand, was
2  that 2019, too?
3      A.  Yes.
4      Q.  Was everything 2019?
5      A.  Yes.
6      Q.  Okay.  So would it be fair to say
7  the clothing, shoes, rugs, all that stuff was
8  damaged in 2019?
9      A.  Uh-huh (indicating affirmatively).
10     Q.  And you got rid of all that stuff?
11     A.  Yes.
12     Q.  And you got all new stuff after
13  2019?
14     A.  Yes.
15  MR. WOOD:
16      All right.  That's all I had.
17  MS. BAGNERIS:
18      On the phone, do you have any
19  questions?
20  MR. BARNETT:
21      No questions.
22  MS. BAGNERIS:
23      Okay.  I have several.
24  EXAMINATION BY MS. BAGNERIS:
25     Q.  So, Ms. Lang, today is July 29th of

Page 63

1  2022.  And you're saying that all the problems
2  that you have heretofore testified about, the
3  insect infestation, the rats, the electrical
4  problems, the plumbing, all of these issues are
5  continuing in your apartment today?
6      A.  Yes.
7      Q.  The air conditioner is broken as we
8  speak today?
9      A.  Yes.
10     Q.  The refrigerator is not working as
11  we speak today?
12     A.  Yes.
13     Q.  When the maintenance people have
14  come out to spray bleach in your apartment,
15  have they moved you and your children to
16  another unit when they're doing that?
17     A.  No.
18     Q.  Are your children present when the
19  maintenance men are spraying bleach in your
20  apartment?
21     A.  Yes.
22     Q.  Does your son have asthma?
23     A.  Yes.
24     Q.  You testified that when you flush
25  the toilet, it goes to the sink or the bathtub;

Page 64

1  is that correct?
2      A.  Yes.
3      Q.  What is going to the sink?
4      A.  Like the plumbing from the toilet,
5  it will come to the bathtub.
6      Q.  Is feces and urine ending up in your
7  bathroom?
8      A.  Uh-huh (indicating affirmatively).
9      Q.  Yes?
10     A.  Yes.
11     Q.  Is feces and urine ending up in your
12  sink?
13     A.  Yes.
14     Q.  And that's every time you flush the
15  toilet in your apartment?
16     A.  Yes.
17     Q.  You testified that you don't have --
18  you were not prescribed medication for your
19  kids, but your son is asthmatic.  Does he have
20  a asthma pump?
21     A.  Yes.
22     Q.  Was your son diagnosed with asthma
23  while you were living at Laguna Run?
24     A.  Yes.
25     Q.  He was not diagnosed with asthma

**Paula Marie Lang**
July 29, 2022

Page 65

1   before you moved there?
2       A.  No.
3       Q.  Okay.  I'm going to show you a
4   document.
5       A.  Uh-huh (indicating affirmatively).
6       Q.  It's from August 19th of 2021.  It
7   has your name, Paula Lang; right?
8       A.  Uh-huh (indicating affirmatively).
9       Q.  And the unit, U210; correct?
10      A.  Yes.
11      Q.  I don't see a signature on this
12  document.  Do you know whether or not you have
13  a signed lease from them right now?
14      A.  No.
15      Q.  Okay.  You mentioned that you read
16  the lease and you understood the lease.  I'm
17  going to ask you to read Provision 17.  Can you
18  read that for me to yourself?
19      A.  (Witness complies.)
20      Q.  Okay.  Now, can you tell me what
21  that provision was about?
22      A.  Like they be -- they'll charge you a
23  fee for anything.
24      Q.  Okay.  Let's try another one.  Can
25  you read to me -- Can you read Paragraph 23 for

Page 66

1   me to yourself?
2       A.  (Witness complies.)
3       Q.  Can you explain to me what
4   Paragraph 23 is about?
5       A.  Like they can move you out.  They
6   could take you off the lease.
7       Q.  Okay.  Did anyone at the leasing
8   office read the provisions of the lease to you?
9       A.  No.  No one read it.
10      Q.  All right.
11      MS. BAGNERIS:
12          I'm going to attach that as
13      Plaintiffs' Exhibit 1 to the deposition.
14  EXAMINATION BY MS. BAGNERIS:
15      Q.  I'm going to show you a bunch of
16  photographs and ask if you can identify what's
17  in these photographs for me?
18      A.  Okay.
19      MS. BAGNERIS:
20          We're going to mark this as
21      Plaintiffs' Exhibit No. 2.  So this is
22      Photo 1 of Exhibit 2.
23  EXAMINATION BY MS. BAGNERIS:
24      Q.  What's depicted this photo?
25      A.  A hole.

Page 67

1       Q.  That's a hole?
2       A.  A hole and cracks in the wall.
3       Q.  All right.  Do you know what room
4   this is from?
5       A.  My child's room.
6       Q.  This is in your child's room.  Okay.
7          I'm going to write "kids' room" on
8   the bottom, okay, just so we know what room
9   we're looking at?
10         And this is Photo No. 1 of
11  Exhibit 2.  Okay?
12         Now, let's look at Photo No. 2.  Can
13  you tell me what's depicted in that photo?
14      A.  It's a hole.
15      Q.  Is that the ceiling or the wall?
16      A.  This is the wall.
17      Q.  Okay.  And this is in your kids'
18  room as well?
19      A.  Yes.
20      Q.  Okay.  That's Photo 2 of Exhibit 2.
21         This is Photo 3.  Can you tell me
22  what's depicted in that?
23      A.  It's a hole.
24      Q.  Is this in the ceiling, or is this
25  in the wall?

Page 68

1       A.  Wall.
2       Q.  And do you know what room it's in?
3       A.  Kids'.
4       Q.  The kids' room?
5       A.  Uh-huh (indicating affirmatively).
6       Q.  And do you know when about these
7   photos were taken?
8       A.  Couple of months.
9       Q.  A couple of months ago.  Okay.  All
10  right.
11         And this is No. 4 of Plaintiffs'
12  Exhibit 2.  What's that?
13      A.  This is the -- out the socket.
14      Q.  Okay.  The electrical socket?
15      A.  Yes.
16      Q.  And in what room is this electrical
17  socket in?
18      A.  This is in my room.
19      Q.  And this electrical socket is
20  uncovered where your children live?
21      A.  Yes.
22      Q.  And this wire hanging out, that's in
23  your house right now?
24      A.  Yes.
25      Q.  Okay.

**Paula Marie Lang**
**July 29, 2022**

Page 69

1    MS. BAGNERIS:
2        So Stacey is going to show you some
3    video that you provided to us, and she's
4    going to burn that onto a CD and give it
5    to the court reporter.  It will be
6    Exhibit 3, Plaintiffs' Exhibit 3 to the
7    deposition.
8        Can you see the screen on the phone?
9    Devin, are you on the phone?  Devin, can
10   you hear us?
11   MR. BARNETT:
12       Yes, I can hear you.
13   MS. BAGNERIS:
14       Can you see the screen?
15   MR. BARNETT:
16       Yes.
17   MS. BAGNERIS:
18       Okay.
19       (Video playing.)
20   EXAMINATION BY MS. BAGNERIS:
21       Q.  Are we in your children's room on
22   this video?  What we're looking at right now,
23   is that your children's room?
24       A.  Uh-huh (indicating affirmatively).
25       Q.  And that hole is in the wall in your

Page 70

1    children's room?
2        A.  Yes.
3        Q.  Those cracks along the seam of the
4    wall, that's in your children's room?
5        A.  Yes.
6        Q.  Okay.
7    MR. BAGNERIS:
8        Next.
9        (Video playing.)
10   EXAMINATION BY MS. BAGNERIS:
11       Q.  You said that's a rat hole?
12       A.  Yes.
13       Q.  That's in the wall where?
14       A.  In my room.
15       Q.  In your bedroom?
16       A.  Yes.
17       Q.  Okay.
18       (Video playing.)
19   EXAMINATION BY MS. BAGNERIS:
20       Q.  That's your front door lock, and it
21   appears someone tried to break in?
22       A.  Yes.
23       Q.  Okay.
24       (Video playing.)
25   EXAMINATION BY MS. BAGNERIS:

Page 71

1        Q.  What are we looking at?
2        A.  Water leak.
3        Q.  Okay.  That's a water leak, and what
4    room is that in?
5        A.  That's in the hallway by the
6    stairwell.
7        Q.  Okay.  All right.
8        (Video playing.)
9        Q.  Is that the A/C area?
10       A.  That's the A/C area.  Uh-huh
11   (indicating affirmatively).
12       Q.  And those wires hanging down, that's
13   in your A/C area in your unit?
14       A.  Yes.
15       Q.  Ms. Lang, were those videos taken
16   yesterday?
17       A.  No.
18       Q.  When were they taken?
19       A.  They were taken a couple of -- like
20   last year.
21       Q.  Oh, last year.  Okay.  So that's
22   last year.
23   MS. BAGNERIS:
24       All right.  So we're going to attach
25       those to the deposition as Exhibit 3 to

Page 72

1        the deposition.
2    EXAMINATION BY MS. BAGNERIS:
3        Q.  The conditions that we saw on the
4    video that you provided from last year, have
5    any of those conditions been repaired as you
6    sit here today?
7        A.  No.
8        Q.  Okay.  How old are your children?
9    JA'MIREL LYNCH:
10       I'm 11.
11   MS. BAGNERIS:
12       Eleven, okay.
13       And how old are you, man?
14   THE WITNESS:
15       And seven.
16   MS. BAGNERIS:
17       And seven, okay.
18       All right.  Thank you very much,
19       Ms. Lang.  I appreciate your time.
20   MS. EAGAN:
21       I just have a couple of little
22       follow-ups.  Just a couple of follow-ups,
23       Ms. Lang.
24   RE-EXAMINATION BY MS. EAGAN:
25       Q.  The pictures in the videos that we

Paula Marie Lang
July 29, 2022

19 (Pages 73 to 75)

---

**Page 73**

1   saw and the holes, do you recall when those
2   holes showed up?  Can you tell me when those
3   holes showed up?
4       A.  Those holes showed up, like a year,
5   yeah.
6       MS. BAGNERIS:
7           About a year ago?
8   EXAMINATION BY MS. EAGAN:
9       Q.  Okay.  And then in the picture, the
10  video that had the -- somebody tried to break
11  into your apartment, did somebody actually
12  break into your apartment or just try?
13      A.  They was trying.
14      Q.  Was anything stolen?
15      A.  No.
16      Q.  Was anybody hurt or injured?
17      A.  No.
18  MS. EAGAN:
19          Those are all the questions I have.
20  MR. WOOD:
21          I have a couple follow-ups.
22  RE-EXAMINATION BY MR. WOOD:
23      Q.  The door is still not fixed?
24      A.  No.
25      Q.  Has anybody told you you need to pay

---

**Page 74**

1   for that door, or is the unit going to pay for
2   that door, the apartment complex?  Do you know
3   who is going to pay for the door?
4       A.  Yeah, the apartment.
5       Q.  They're going to pay for it.
6           And, I'm sorry.  I want to go back
7   to the personal property you said that was
8   damaged.  The clothing, shoes, rugs,
9   mattresses, and other personal belongings, were
10  those destroyed and replaced because they had
11  mold on them or because they got wet?
12      A.  They had mold on them.
13      Q.  They had mold.
14  MR. WOOD:
15          Okay.  That's all I have.
16  MS. BAGNERIS:
17          Nothing further.  Thank you so much,
18  Ms. Lang.
19  MS. EAGAN:
20          Thank you for coming in.
21          (Whereupon the deposition was
22  concluded at 12:23 P.M.)
23          *   *   *   *   *
24
25

---

**Page 75**

1           REPORTER'S CERTIFICATE
2           This certification is valid only for a
    transcript accompanied by my original signature
3   and original required seal on this page.
4           I, Kathy Ellsworth Shaw, Certified Court
    Reporter in and for the State of Louisiana, as
    the officer before whom this testimony was
5   taken, do hereby certify that PAULA MARIE LANG,
    to whom oath was administered, after having
6   been duly sworn by me upon authority of R.S.
    37:2554, did testify as hereinabove set forth
7   in the foregoing 74 pages; that this testimony
    was reported by me in stenotype reporting
8   method, was prepared and transcribed by me or
    under my personal direction and supervision,
9   and is a true and correct transcript to the
    best of my ability and understanding; that the
10  transcript has been prepared in compliance with
    transcript format guidelines required by
11  statute or by rules of the board, and that I am
    informed about the complete arrangement,
12  financial or otherwise, with the person or
    entity making arrangements for deposition
13  services; that I have acted in compliance with
    the prohibition on contractual relationships,
14  as defined by Louisiana Code of Civil Procedure
    Article 1434 and in rules and advisory opinions
15  of the board; that I have no actual knowledge
    of any prohibited employment or contractual
16  relationship, direct or indirect, between a
    court reporting firm and any party litigant in
17  this matter nor is there any such relationship
    between myself and a party litigant in this
18  matter nor is there any such relationship
    between myself and a party litigant in this
19  matter; I am not related to counsel or to the
    parties herein, nor am I otherwise interested
20  in the outcome of this matter.
21

22          KATHY ELLSWORTH SHAW, CCR, RPR
            Certified Court Reporter
23
24
25

**Paula Marie Lang**
**July 29, 2022**

Page 76

**A**

**A.M** 1:17
**A/C** 41:2,3 71:9,10 71:13
**ability** 75:9
**able** 48:7
**above-mentioned** 5:3
**accident** 19:25 21:1 22:20
**accidents** 20:4
**accompanied** 75:2
**account** 11:5,9
**accounts** 10:25
**acted** 75:13
**ACTION** 1:5
**active** 19:15
**actual** 75:15
**address** 7:12 11:12 12:24
**administered** 75:5
**administering** 4:21
**advise** 54:3
**advisory** 75:14
**affirmatively** 5:23 10:14 12:6 13:6 15:3,18 17:8 18:8 20:6,24 21:18 22:3,9 24:4,8 25:13,20 26:3 31:9,12 32:11 34:2,10,21 36:18 38:5,16,19 41:9 41:24 46:16 50:1 50:5,14,20 52:12 56:16,22 57:7 59:18 62:9 64:8 65:5,8 68:5 69:24 71:11
**aforementioned** 4:4
**agent** 29:16
**ago** 20:10,11 41:13 56:25 57:1,16 58:7 68:9 73:7
**agree** 30:10 31:10
**agreed** 4:2
**agreement** 30:8
**Ain't** 56:15
**air** 33:16 36:8 37:21 37:24 39:1 63:7
**air's** 35:21
**air-conditioning** 38:8
**airborne** 59:10
**AKEEM** 1:5
**AL** 1:5,9
**alleging** 56:9

**allergies** 49:13
**alligators** 43:5
**ampersand** 15:9
**answer** 4:14 6:1,4,4 7:1,4,5
**answered** 45:22
**answering** 6:13,16
**anticipate** 6:25
**anxiety** 55:22 56:1 56:5
**anybody** 12:16 23:16 28:3,6 30:18 40:3 45:4 45:12 73:16,25
**apartment** 1:15 7:14 33:4,5,10 40:2,9 42:7 43:23 43:24 44:2,2,4,5,8 44:23 45:17 47:21 48:20 56:14,18 57:25 58:10 60:3 63:5,14,20 64:15 73:11,12 74:2,4
**apartments** 24:14
**apologize** 23:20
**APPEARANCES** 1:19 2:1
**appears** 70:21
**appointment** 28:16
**appreciate** 72:19
**approximate** 55:9
**area** 71:9,10,13
**areas** 33:3 42:19 43:6,7
**arrangement** 75:11
**arrangements** 75:12
**arrested** 23:23
**Article** 75:14
**ASHE** 1:11
**asked** 45:4 56:17
**asks** 58:23
**assisted** 31:22
**asthma** 63:22 64:20 64:22,25
**asthmatic** 64:19
**attach** 31:18 66:12 71:24
**Attorneys** 1:25 2:5 2:10,14
**August** 65:6
**Aungelle** 1:23
**aunt** 21:20 22:20
**authority** 75:6
**Avenue** 1:17,24

**B**

**B** 3:10
**back** 20:17 21:4,20 35:20 37:15 38:18 42:11 47:8 49:8 50:13 58:8 74:6
**Background** 32:7
**bad** 14:1 26:17 27:19
**Bagneris** 1:16,21,21 3:8 15:8 23:1 30:24 31:6,22 37:1 40:17 42:21 43:9 46:7,23 47:3 51:11 59:15,19 60:1,10,16 62:17 62:22,24 66:11,14 66:19,23 69:1,13 69:17,20 70:7,10 70:19,25 71:23 72:2,11,16 73:6 74:16
**Barnett** 2:8 62:20 69:11,15
**BARRY** 1:11
**basket** 17:25
**bathroom** 38:24 64:7
**bathrooms** 46:18 47:10
**bathtub** 34:1 63:25 64:5
**bats** 43:4
**Bayou** 51:9,9,12,14
**bed** 60:22,24
**bedroom** 70:15
**bedrooms** 47:13
**beds** 60:7,21,21,23 60:24 61:1,3,4,7 61:10,12,13
**Beginning** 55:11
**behalf** 8:23
**believe** 11:24 12:1 31:13 55:9 57:2
**Belle** 20:15
**belongings** 59:2 74:9
**best** 75:9
**birds** 27:10
**birth** 9:4
**BISGAARD** 2:11
**black** 29:22,23 34:22
**Blackwell** 2:17 9:2 9:25
**bleach** 47:25 48:5 48:23 63:14,19
**board** 75:11,15

**Bodily** 49:10
**Boost** 7:24
**born** 8:20
**bottom** 67:8
**bought** 61:12
**box** 36:10,11
**boys'** 39:11
**break** 46:24 47:4 70:21 73:10,12
**BRISBOIS** 2:11
**broken** 63:7
**Brooks** 10:11,12,13
**building** 11:16 30:5 55:23
**bunch** 5:10 13:15 32:12 59:8 66:15
**burn** 69:4
**burning** 49:14
**buy** 53:1 59:11
**buying** 61:4

**C**

**C/W** 1:6
**call** 16:1,4,9,10 30:23 37:16
**called** 16:23 36:23 36:24 37:3,6,17
**capacity** 13:17 19:6
**car** 19:25 20:4
**care** 50:19,21 51:12 51:14,20 52:1
**Carmel** 10:11,12,13
**case** 11:5 30:22
**CASES** 1:9
**Casey** 50:24 51:21
**caught** 43:21
**caused** 61:23
**causing** 52:2
**CCR** 2:23 75:22
**CD** 69:4
**ceiling** 33:17 39:3,6 39:12,13,16 41:14 67:15,24
**cell** 7:21 8:1 46:20
**Center** 2:3
**certain** 40:25
**CERTIFICATE** 75:1
**certification** 4:11 75:2
**certified** 2:24 4:19 5:3 75:3,22
**certify** 75:5
**chance** 25:21 26:10
**charge** 65:22
**Charity** 51:1,7
**Chasse** 20:15

**check** 19:5,7,8 22:15
**child's** 9:24 67:5,6
**children** 8:23 9:1 12:13 49:11 63:15 63:18 68:20 72:8
**children's** 69:21,23 70:1,4
**choose** 25:5
**City** 16:16
**Civil** 1:5 4:6 75:14
**claim** 8:22 13:16,17 19:21,23 20:18 21:6,22 32:7
**claiming** 55:21
**claims** 12:14 23:10 23:13
**Claude** 50:19 51:8 51:20
**clean** 25:19
**cleaned** 16:18
**cleanup** 16:17
**clogged** 33:24
**closer** 25:7
**clothing** 59:1 62:7 74:8
**Code** 75:14
**cold** 52:3
**colds** 50:15
**come** 23:2 24:5 29:1 34:5 35:5,24 36:2 36:5,21 38:3 40:2 40:3 45:4,12 47:24 48:10,16,22 57:8,13 61:25 63:14 64:5
**comes** 49:8
**coming** 21:19 39:13 74:20
**commencing** 1:17
**common** 33:3 42:19 43:6,7
**comp** 20:21,22 23:12
**Company** 2:14 58:19
**complain** 35:1,12 41:19 44:10 47:14
**complained** 37:10 48:20
**complaining** 48:13
**complaint** 37:12
**complaints** 37:20 48:15
**complete** 75:11
**complex** 7:16 74:2
**compliance** 75:10

**Paula Marie Lang**
**July 29, 2022**

75:13
**complies** 32:9 65:19
66:2
**concerns** 28:18
**concluded** 74:22
**condition** 39:1
**conditioner** 37:24
63:7
**conditions** 11:10
30:11 32:13,14,17
32:19 33:3 72:3,5
**confirm** 53:20 55:4
55:18
**confused** 40:20
**congestion** 49:14
**continued** 2:1
**continuing** 63:5
**contractual** 75:13
75:15
**control** 43:21 44:12
44:15
**conversation** 6:24
**Cool** 6:11
**correct** 31:15 53:22
56:10 64:1 65:9
75:9
**cosmetology** 17:18
**coughing** 49:15
50:4,15 52:6
**counsel** 4:3 75:19
**counselor** 53:25
54:23
**counter** 52:22
**couple** 14:5 21:13
49:24 50:3 56:8
58:15,20 68:8,9
71:19 72:21,22
73:21
**course** 35:15 48:19
**court** 1:1 2:24 4:20
5:3 69:5 75:3,16
75:22
**cracks** 61:20,21,23
67:2 70:3
**crew** 34:4
**crime** 43:3
**currently** 11:22
14:20
**cut** 30:25 36:12
39:5
**cutting** 37:21

**D**

**D** 3:1,10
**dads** 10:18,22
**damaged** 58:25
59:4,7,14 60:4,25

62:8 74:8
**Damages** 59:25
**DANA** 1:12
**Dasmen** 1:8 5:8
**date** 9:4 48:8 55:9
**Daughters** 51:1,6
**day** 1:18 17:22,23
26:1,2 30:2 50:6
**days** 10:1 13:22
48:12 49:24 50:3
53:16
**Dazmen** 2:6
**December** 12:9
**defendant** 2:5,10,14
23:16
**Defendants** 1:10
**defined** 75:14
**depicted** 66:24
67:13,22
**deposition** 1:15 4:4
4:16 5:10,13 6:20
6:23 66:13 69:7
71:25 72:1 74:21
75:12
**depression** 55:21
56:1,5
**describe** 28:10
38:22 58:24
**destroyed** 74:10
**determine** 27:25
**DEUTSCH** 2:8
**Devin** 2:8 69:9,9
**diagnosed** 64:22,25
**different** 22:6,7,8
34:23,24 41:25
59:8
**digging** 39:9
**direct** 75:16
**direction** 75:8
**disability** 19:3
**dishwasher** 33:18
**DISTRICT** 1:1,2
**doctor** 50:13,17,22
51:17 52:8 53:5
54:9
**doctors** 52:2,17,19
**document** 65:4,12
**doing** 15:4,16,21
16:15 27:23 63:16
**dollars** 16:7
**door** 70:20 73:23
74:1,2,3
**double-checks** 56:9
**DOUGLAS** 1:12
**downstairs** 38:24
39:17
**Dr** 51:23 52:11 53:9

**dressers** 60:9
**Drive** 1:15 7:13
12:25 13:11
**duly** 5:2 75:6

**E**

**E** 2:3 3:1,1,10,10
**Eagan** 2:3 3:5 5:5,7
15:11,13 23:3,5
31:17,20 37:4
40:21,23 42:24
43:2,12 46:10,14
46:21 47:7,9
51:13,15 58:12
72:20,24 73:8,18
74:19
**earnings** 13:17
**East** 10:8,10 13:3
25:10
**EASTERN** 1:2
**educational** 14:17
**Edward** 21:9
**Edwin** 51:5 52:10
**either** 22:10
**electrical** 63:3
68:14,16,19
**electricity** 36:10
**Eleven** 72:12
**eliminate** 13:15
**Ellsworth** 2:23 4:19
75:3,22
**Emily** 2:3 5:7 40:20
**Empire** 16:18 17:1
**employers** 17:12
**employment** 75:15
**entire** 30:7
**entities** 2:6 5:8
**entity** 75:12
**Esquire** 1:21,22,23
2:3,8,12
**estimate** 35:12 48:4
48:6
**ET** 1:5,9
**events** 15:23
**evicted** 56:10
**evidence** 4:17
**exactly** 18:17
**EXAMINATION**
3:5,6,8 5:5 15:13
23:5 31:20 37:4
40:23 43:2,12
46:14 47:9 51:15
58:22 60:20 62:24
66:14,23 69:20
70:10,19,25 72:2
73:8
**examined** 5:4

**example** 37:10
**excessive** 49:12
**Exhibit** 3:11,12,13
3:14 31:19 66:13
66:21,22 67:11,20
68:12 69:6,6
71:25
**experience** 14:17
33:10 42:19 43:6
46:9 56:1
**experienced** 32:14
32:18 33:2 49:11
49:22 50:9
**experiencing** 35:18
35:20 56:4
**explain** 13:19,20,25
66:3
**exposure** 55:10
**eyes** 49:15

**F**

**Facebook** 11:1,2,5
11:9
**fact** 11:24,25 12:1
30:23 31:5,11
49:9 53:19 58:23
**failed** 57:17,18 58:5
**fails** 57:23
**fair** 5:11 6:1,9 7:6
9:15 42:4,25
46:11 55:25 62:6
**falling** 39:6,8
**family** 25:7,9
**far** 14:7
**fast** 5:18,19,21
**faster** 31:2
**father** 9:24
**February** 38:12
**feces** 64:6,11
**Federal** 4:5
**fee** 65:23
**feel** 5:24 13:22
**feeling** 50:2
**feelings** 5:20
**Feliciana** 12:25
13:11
**fell** 33:17
**felony** 23:23
**Fest** 15:25
**fever** 49:14
**file** 20:18 21:6
22:15,17,18
**filed** 19:19
**filing** 4:10
**fill** 30:24 31:6 32:1
34:14 45:4,12
**filling** 31:23

**fills** 38:18
**financial** 75:12
**find** 24:23 59:16,22
**fine** 13:13 55:17
**finish** 7:3,4 35:23
**firm** 1:16,21 75:16
**first** 5:2 9:9,23 20:7
34:7,9 35:23
37:23 40:8 42:6
44:7 46:1,9 48:4
48:13,15 49:21
50:9 55:9
**five** 20:10 57:17,18
**fix** 26:23 35:5,24
36:2,6,14,21 38:1
38:3 40:2,4
**fixed** 41:20 73:23
**fixes** 58:9
**flip** 32:5
**flipping** 32:4
**floor** 11:15
**flu-like** 49:15
**flush** 33:25 63:24
64:14
**focus** 60:5
**folks** 18:18 29:7
58:15
**follow-up** 58:20
60:14
**follow-ups** 72:22,22
73:21
**follows** 5:4
**foregoing** 75:7
**forgot** 42:11
**form** 4:13 42:23
**formalities** 4:8,10
**format** 75:10
**former** 17:11 19:16
**forth** 50:13 75:6
**Forty-hour-a-week**
16:25
**found** 24:25
**four** 8:7 12:2,4 41:6
41:7 45:25
**France** 51:8
**free** 5:24
**French** 16:18
**frequently** 51:16
**Friday** 1:17
**fridge** 39:2
**front** 34:20 70:20
**full** 7:9 9:23
**furniture** 58:25
59:11,14 60:2,3,4
60:5
**further** 74:17
**fuse** 36:10

**fusses** 5:17

---

**G**
**games** 15:24,25
   18:10
**gasping** 50:7
**gate** 18:2
**GED** 14:13
**Gentilly** 13:4,5
   24:18
**getting** 33:24 45:1
   61:24
**GIEGER** 2:2
**gigs** 18:20
**give** 7:2,9 8:9 17:12
   19:5 48:3 53:5,9
   69:4
**given** 5:13 6:19
**go** 14:2,10 16:2
   17:24 18:1,10
   25:21 26:20 31:2
   33:19 34:1,13,19
   36:12 42:10 44:10
   45:9,20 47:8,18
   48:1 50:13,22
   51:1,21,23 52:25
   56:15 74:6
**goes** 63:25
**going** 5:20 6:25 7:4
   8:5,5,6 14:4,7
   31:18 32:5 33:1
   36:11,13,19 41:5
   50:17 51:16 57:25
   59:20,22 64:3
   65:3,17 66:12,15
   66:20 67:7 69:2,4
   71:24 74:1,3,5
**good** 5:6 25:17
   27:25 28:8,13
   30:20
**Gotcha** 38:13
**gotten** 23:4
**government** 19:5
**grab** 17:24
**Gras** 16:17
**Great** 8:3 9:11
   31:21
**ground** 5:16 6:23
**guess** 26:9 37:8
   60:22
**guidelines** 75:10
**guy** 22:8
**guys** 48:4

---

**H**
**H** 3:10
**hallway** 27:11,20

71:5
**hallways** 27:22
**Hancock** 2:3
**handle** 11:2
**hanging** 68:22
   71:12
**happen** 36:20
**happened** 20:13
**happening** 36:17
**happy** 13:19
**hard** 7:1 18:25
**harm** 18:5
**head** 6:5,6,7,8 19:4
   38:19 57:7
**headache** 50:6
**headaches** 49:16
**Health** 51:9
**hear** 69:10,12
**help** 21:24 32:1
   44:20 57:4
**helped** 21:8 31:5
**helping** 22:5 30:24
**hereinabove** 75:6
**hereto** 4:3
**heretofore** 63:2
**Hey** 28:7
**high** 14:10,11
**higher** 17:6
**hit** 20:17 21:20
**hold** 17:16 59:22
   60:14
**hole** 43:19 66:25
   67:1,2,14,23
   69:25 70:11
**holes** 26:18 27:5
   39:3,5,5,9,12,13
   39:15 41:14 43:16
   43:17,19 45:1,5
   45:13,13 73:1,2,3
   73:4
**honestly** 6:13,17
**hopefully** 31:2
**hour** 16:6 17:2
**hours** 16:8
**house** 14:3 24:21
   61:8 68:23
**Housing** 24:9,11
   29:7 30:15,19
   37:2,12 54:4
   56:18 57:3
**HUD** 19:11
**hurt** 5:20 73:16
**hustles** 18:20

---

**I**
**idea** 48:9
**identified** 55:8

**identify** 66:16
**III** 10:16
**illness** 53:21
**illnesses** 49:12
**impacts** 42:1
**important** 42:12
**impressions** 26:4
**improvements** 58:9
**incident** 13:18,23
   53:22 54:25
**included** 55:22
**including** 49:13
**indicate** 55:8
**indicating** 5:23
   10:13 12:6 13:6
   15:3,18 17:18 18:8
   20:6,24 21:18
   22:3,9 24:4,8
   25:13,20 26:3
   31:9,12 32:8,11
   34:2,10,21 36:18
   38:5,16 40:7 41:9
   41:24 46:16 50:1
   50:5,14,20 52:12
   56:16,22 59:18
   62:9 64:8 65:5,8
   68:5 69:24 71:11
**indirect** 75:16
**infestation** 43:4,4
   63:3
**information** 31:25
**informed** 75:11
**injured** 20:25 21:3
   73:16
**injury** 49:10 55:6,8
**insect** 43:3 63:3
**inside** 28:11 59:9
**inspect** 25:22 26:10
   26:20
**inspected** 26:5 57:9
   57:10
**inspection** 27:16,24
   28:12 29:11,17
   57:11,14,15,16
**insurance** 2:14
   19:23 20:23 21:21
   22:20 23:10 58:19
**interested** 75:19
**irritation** 49:16
**issue** 35:25 36:3,22
**issues** 33:10,22,22
   34:4,13 36:6
   37:24 39:22,25
   52:2 54:24 63:4
**it'll** 36:12

---

**J**

**Ja'mirel** 2:18 9:2,6
   10:9 72:9
**Ja'mirel's** 9:17
**jacket** 18:15
**Jackson** 1:17,24
   25:3
**Jazz** 15:25
**job** 14:21,24 16:15
   16:24,25 17:7,9
   17:14 20:15
**John** 14:11,11,12
**JOSHUA** 1:5
**JUDGE** 1:11,12
**July** 1:18 9:7 62:25

---

**K**
**K** 2:12
**Kathy** 2:23 4:19
   75:3,22
**keep** 36:11,11,13
   37:15 61:4
**Kenilworth** 1:15
   7:13
**KERRIGAN** 2:8
**keys** 29:8
**kids** 9:22 10:17
   12:11,16 14:2
   49:19,22 50:8,9
   51:3,23 52:14,14
   52:15,16 53:8,12
   53:16 54:12,13,17
   54:20,22 56:19
   64:19
**kids'** 41:11 60:22,24
   67:7,17 68:3,4
**kind** 16:5 17:21
   18:12 23:12 27:19
   29:3,17 30:25
   33:22 35:19 40:11
   42:2 47:17 53:12
   56:5
**kitchen** 39:18 46:18
   47:11,12 60:7
   61:15
**know** 6:24 7:8 14:2
   18:17 19:1 20:7
   22:14 28:3,22
   41:25 42:2,3,22
   48:7,8 55:21,22
   58:2 59:6,12
   65:12 67:3,8 68:2
   68:6 74:2
**knowledge** 75:15
**known** 8:13

---

**L**
**L** 4:1

**Ja'mirel** 2:18 9:2,6

**L&R** 15:5,5,6,12,21
   16:14 17:4,5,23
   18:19
**LABORDE** 2:2
**lady** 18:9,10 34:22
**Laguna** 7:15,19
   10:5 11:9,10,12
   11:21 12:2,17,20
   12:23 15:1 24:3,5
   24:13,23,24 25:5
   25:16 32:15 64:23
**Lake** 1:15 7:13
**Lampkin** 1:23
**Landing** 25:3
**Lang** 1:15 5:1,6
   7:11 8:12 11:3
   56:13 58:13,18
   62:25 65:7 71:15
   72:19,23 74:18
   75:5
**LAPEROUSE** 2:2
**law** 1:16,16,21 4:7
**lawsuit** 11:6 19:18
   19:19 22:15,17,18
**lawyer** 21:5,8,24
**lawyers** 22:11
**lay** 5:16
**leak** 40:18 71:2,3
**leaking** 33:17 38:10
   38:25 39:1,2,4,10
**leaks** 38:4,7,8,22,25
   39:22,25 40:2,4,9
   40:11,15,25 41:4
   41:7 42:15
**lease** 25:25 26:21
   26:24 27:13 28:15
   28:18 30:2,7,11
   30:16,20 65:13,16
   65:16 66:6,8
**leasing** 29:16 66:7
**leave** 17:5
**left** 17:4 27:2
**let's** 5:16 21:14 24:2
   33:20,21 35:22
   41:22 43:1 45:20
   47:8 52:17 60:2
   65:24 67:12
**letter** 15:10
**LEWIS** 2:11
**license** 17:18
**licenses** 17:16
**life** 6:15
**limited** 45:16
**Lin** 51:5,23 52:10
   52:11 53:9
**list** 29:4 45:16
   56:20,24

**Paula Marie Lang**
**July 29, 2022**

**Listen** 21:12
**litigant** 75:16,17,18
**little** 32:6 72:21
**live** 10:3,5,7 11:21
  12:17,22 24:3,6
  28:1,8 55:14,15
  68:20
**lived** 7:19 11:18,19
  12:2,11,11 28:4
  40:13
**lives** 10:8,10,11
**living** 11:10 12:20
  32:15 35:15 47:12
  48:19 51:17,24
  55:22 56:11,12
  64:23
**LLC** 1:9,16,21 2:2,6
**LLP** 2:8,11
**located** 1:16
**lock** 70:20
**long** 13:7 15:6
  16:20 38:10 46:8
**look** 17:6 25:21
  31:3 56:18 67:12
**looking** 17:9 49:12
  58:23 59:24 67:9
  69:22 71:1
**looks** 32:8
**lose** 53:16
**lost** 13:16,21
**lot** 31:2 33:19 43:21
  50:4 60:19
**loud** 6:4,5,9
**Louisiana** 1:2,16,17
  1:24 2:5,9,13 4:20
  7:14 75:4,14
**Lower** 25:11
**LSU** 15:24,25
**Lynch** 2:18 9:2
  10:16 72:9

**M**

**M** 1:10,12,22 3:1
**ma'am** 8:20
**MAG** 1:12
**Magazine** 2:9
**Maiden** 8:18
**maintenance** 34:3
  34:12 39:21,24
  44:11 63:13,19
**making** 8:22 12:14
  13:16 16:6 17:2
  18:23 75:12
**man** 29:19 72:13
**management** 5:9
  28:23,25 47:15
**Mardi** 16:17

**Marie** 1:15 5:1 7:11
  75:5
**mark** 66:20
**matter** 75:17,18,19
  75:20
**mattresses** 59:1
  74:9
**Mc** 14:11,11
**McDonogh** 14:12
**mean** 13:21 59:13
**means** 13:19 33:3
  42:23
**meant** 28:17
**media** 10:24
**medication** 6:12
  52:20 64:18
**medications** 53:10
**member** 19:16
**members** 25:8
**memory** 9:12 20:8
**men** 63:19
**mental** 53:21 54:24
  55:6,8
**mentioned** 65:15
**method** 75:8
**middle** 61:19
**mildew** 33:1,9
  41:23 42:1,4,7,16
  45:21,24 52:7
**military** 19:16
**mind** 32:4
**minor** 8:23 9:1
**misdemeanor** 23:25
**Mobile** 7:24
**mold** 32:25 33:9
  41:22 42:1,4,7,15
  45:20,23 47:15,20
  48:1,20 52:7
  58:25 59:4 74:11
  74:12,13
**Monday** 36:15,17
  36:20
**money** 16:5 18:21
  18:23
**month** 48:10
**months** 38:11 41:6
  41:7,12 57:16
  58:7 68:8,9
**morning** 5:6,7
**mouth** 15:15 46:5
**move** 66:5
**moved** 12:8 15:1
  28:4 32:23 46:2,8
  49:25 50:3 63:15
  65:1

**N**

**N** 3:1,1,1,10 4:1
  15:10
**name** 5:7 7:9 8:18
  9:23 10:15 29:15
  58:18 65:7
**names** 8:13,25
  22:11
**nasal** 49:14
**necessarily** 42:3
  46:1
**need** 6:3 17:25 31:4
  46:22,24 73:25
**needed** 16:2,4,9,10
  16:23 26:6 32:1
**negatively** 19:4
  40:7
**never** 6:19 36:5
**new** 1:15,17,24 2:5
  2:9,13 7:14 8:21
  10:2,8,10 13:1
  16:17 59:11 61:10
  61:12 62:12
**nice** 26:9
**nicknames** 8:15
**night** 10:18
**nightstand** 60:8
  62:1
**Nine** 16:7 17:3
**Ninth** 25:11,12
**nod** 6:8
**nods** 6:6 38:19 57:7
**NOS** 1:6
**notice** 26:15
**noticed** 37:23
**noticing** 45:23
  46:17
**number** 5:17 8:1,4
  9:18
**Numbers** 9:8

**O**

**O** 3:1 4:1
**oath** 4:21 75:5
**Object** 42:23
**Objection** 43:10
**objections** 4:12
**office** 34:14,16,19
  40:1 45:9 47:18
  66:8
**officer** 75:4
**offices** 1:16
**officiated** 4:21
**Oh** 6:22 13:5 23:2
  27:8 34:25 37:5
  41:3 48:8 52:11
  71:21
**okay** 6:19,22 8:8,12

8:15,20 9:3,13,20
  10:15,24 11:15
  12:10,22 13:10
  14:4,5,6,20 16:5
  16:22 17:4,11,21
  19:15,18,21 20:3
  20:5,13,18,21
  21:5,10 22:8,10
  22:13,19 23:9,12
  23:15,19,21 24:13
  24:17 25:2 26:2,6
  26:15 27:8,18,23
  28:3,6,10,14,21
  28:25 29:3,6,15
  30:1,18 31:18,21
  32:25 33:12 34:12
  34:25 35:15,18
  38:1 39:15,19
  40:3,11 41:3,8,18
  41:22 42:6,10
  43:8 44:7,10,20
  44:25 45:15,15,20
  47:14 48:12,18,25
  49:6 50:8,12,17
  50:25 51:6,23
  52:1,8,16 54:19
  55:2,5 56:8 57:8
  58:7,13 59:16
  60:11,17 62:6,23
  65:3,15,20,24
  66:7,18 67:6,8,11
  67:17,20 68:9,14
  68:25 69:18 70:6
  70:17,23 71:3,7
  71:21 72:8,12,17
  73:9 74:15
**Okey-dokey** 32:3
**old** 29:24 72:8,13
**on-the-job** 17:12
**once** 35:9
**ones** 41:1,10,18
**online** 34:15
**opinions** 75:14
**option** 25:15
**order** 35:2,3,7
**ordinary** 26:16
**original** 57:10 75:2
  75:3
**Orleans** 1:15,17,24
  2:5,9,13 7:14 8:21
  10:2,8,10 13:1
  16:17
**outcome** 75:20
**outside** 33:5,13
  44:13
**over-the-counter**
  53:14

**P**

**P** 1:21 4:1
**P.M** 74:22
**page** 3:3 32:6 75:3
**pages** 75:7
**paid** 22:20,24
**paint** 49:7
**painted** 49:1
**paintings** 26:18
  27:1,2 28:22
**parade** 21:19
**Paragraph** 65:25
  66:4
**part** 4:16
**parties** 4:3 75:19
**party** 75:16,17,18
**pat** 18:4
**patch** 45:13
**Paula** 1:15 5:1 7:11
  8:12 11:3 65:7
  75:5
**pay** 73:25 74:1,3,5
**paying** 17:7 57:25
  58:3
**pediatrician** 51:4
**people** 18:5 27:2
  34:20,23,24 63:13
**Perfect** 31:10
**Permanent** 24:9,11
  29:6 30:15,19
  37:2,12 54:3
  56:17 57:2
**person** 22:4 75:12
**personal** 59:2 74:7
  74:9 75:8
**pest** 43:21 44:12,15
**phone** 7:21 8:1
  46:20 62:18 69:8
  69:9
**photo** 66:22,24
  67:10,12,13,20,21
**photographs** 66:16
  66:17
**photos** 68:7
**physical** 54:4
**physically** 35:6
**physician** 50:22
**picking** 23:22
**picture** 73:9
**pictures** 72:25
**pinpoint** 48:3
**place** 24:3,6 25:17
  28:1,8
**placed** 24:14
**places** 47:10
**Plaintiffs** 1:6,25
**Plaintiffs'** 3:12,13

Paula Marie Lang
July 29, 2022

3:14 66:13,21
68:11 69:6
playing 69:19 70:9
70:18,24 71:8
please 5:24 7:10 8:1
8:3 13:25 38:23
55:8
plumbing 33:14,16
33:21,22 34:8
35:12,23 36:6
37:11 42:14 63:4
64:4
portal 34:15
possums 43:22 44:3
44:5
posted 11:4,8
Poydras 2:4,12
premises 30:4
prepared 75:8,10
prescribe 52:19
prescribed 64:18
prescription 52:19
53:6,9
present 2:16 32:19
63:18
presented 25:14
pretty 32:22
prevent 6:12,16
primary 50:21
privacy 8:7
problem 25:18 35:5
36:14 40:12 44:20
problems 33:14
34:8 35:13,19
37:11 42:15 54:14
63:1,4
Procedure 4:6
75:14
program 24:7,10,11
24:20
prohibited 75:15
prohibition 75:13
property 25:22,22
26:5 57:9 58:24
74:7
provide 7:25 8:3
24:21
provided 32:12,13
32:18 69:3 72:4
provider 7:23
provision 65:17,21
provisions 66:8
PSH 37:21
psychiatrist 53:25
54:23
psychologist 54:23
pump 64:20

purposes 4:6
put 8:6 15:14 18:1
21:10,12 35:2,3
43:21 44:13,15
46:5

**Q**

Quarters 16:18
question 4:13 5:19
5:22 6:25 7:3,5
13:14 36:16 37:9
45:23 54:21
questions 5:10 6:1
6:13,17 13:15
14:5 23:21 31:1
42:12 58:14,16,21
60:15 62:19,21
73:19
quickly 5:17

**R**

R.S 75:6
Raheem 2:17 9:2,8
9:23
Raheem's 9:3
railings 26:17 27:18
27:20
rat 43:17 70:11
rats 33:13 39:8 43:4
43:11,13,22 44:5
44:8,22 63:3
RE-EXAMINAT...
3:5,7 72:24 73:22
read 30:7 32:7
55:10,12 59:2
65:15,17,18,25,25
66:8,9
reading 4:8
recall 9:17 29:15
73:1
received 29:8 53:20
recess 47:6
record 7:10 47:8
55:18
refrigerator 43:20
45:2 63:10
regularly 16:3
related 13:17 53:22
54:24,24 75:19
relationship 75:16
75:17,18
relationships 75:13
remember 9:12,14
12:7 13:10 20:9
22:10,12,23 29:19
30:24 45:22 52:9
renovations 58:9

rent 19:10
repaired 72:5
replaced 74:10
report 28:21
reported 2:22 75:7
reporter 2:24 4:20
5:3 69:5 75:4,22
REPORTER'S
75:1
reporting 75:7,16
represent 5:7 58:19
required 75:3,10
research 27:24
reservations 28:14
reserved 4:15
Residental 2:6
Residential 1:8 5:8
respect 7:3
responsiveness 4:14
retain 21:5
RH 2:6 5:8
rid 62:10
right 6:7 11:16 12:5
13:14 14:4 15:19
16:12 18:23,25
19:15 22:21 23:19
24:2,3 30:2,22
31:23 32:15,20
33:7,21 38:18,18
41:23 42:20,25
43:1,24 44:18
45:10,21 49:9,12
49:17 51:10 54:1
55:4,23 56:2 59:3
62:16 65:7,13
66:10 67:3 68:10
68:23 69:22 71:7
71:24 72:18
ringing 46:20
river 25:1,6
roaches 27:11
Robert 9:25 10:1
rodent 43:4
rodents 33:11
room 39:1,11 41:11
41:11 43:16,17
47:12 67:3,5,6,7,8
67:18 68:2,4,16
68:18 69:21,23
70:1,4,14 71:4
rooms 39:17
roughly 15:17
RPR 2:23 75:22
rugs 59:1 60:9 62:7
74:8
rule 6:23
rules 4:5 5:16 75:11

75:14
Run 7:15,19 10:5
11:9,10,13,21
12:2,17,20,23
15:2 24:3,6,13,23
24:24 25:5,16
32:15 64:23

**S**

S 4:1
safe 25:17 27:25
28:8
Saints 18:10
save 4:12
saw 27:15 34:7 42:7
44:8 72:3 73:1
saying 63:1
says 55:7
school 14:8,10,11
53:16
screen 69:8,14
seal 75:3
sealing 4:10
seam 70:3
second 6:3 11:15
12:1 21:14 33:2
35:23 36:16 42:11
52:18
Section 1:10 19:13
49:10 55:6 59:24
Security 8:4 9:8,18
15:5,5,22,23
16:14 17:4,5 19:2
see 18:4 37:5 42:2
43:22 50:18,23
51:21,23 53:19
55:7 65:11 69:8
69:14
seen 53:24 54:22
send 54:9
services 16:19 17:1
51:9 75:13
set 75:6
seven 72:15,17
severe 49:13
shake 6:7
shakes 6:6 19:4
Shaw 2:23 4:19
75:3,22
sheet 11:25,25 12:1
31:5,11 49:9
53:19 58:23
sheets 30:23
shoes 59:1 60:12
62:7 74:8
shooting 43:3
shootings 33:13

show 65:3 66:15
69:2
showed 73:2,3,4
sick 53:17
side 18:20,20
sign 26:24 29:7
30:16,19
signature 65:11
75:2
signed 25:25 26:21
27:12 30:1,4,8,12
65:13
significant 10:17
signing 4:9 28:15,18
similar 16:22
sink 34:1 39:11 41:4
41:7 63:25 64:3
64:12
sinus 49:14
sit 72:6
situation 57:4
skin 49:16
slide 18:11
Slow 5:20
smell 59:9
SMITH 2:11
snakes 43:5
sneezing 52:6
social 8:4 9:8,17
10:24 19:2 37:3,5
socket 68:13,14,17
68:19
sofa 60:8
somebody 24:18
28:25 35:4 39:5
45:9 73:10,11
someplace 25:1
son 63:22 64:19,22
sore 49:15
sorry 6:22 18:3
26:8 28:17 42:10
45:21 54:20 57:9
74:6
sort 6:11 13:16
16:22 17:12 50:9
53:9,21 54:20,22
sought 4:17
sound 6:24 59:3
Sounds 15:19
speak 5:17 63:8,11
special 17:16
specific 57:20
specifically 4:9,11
12:7 48:9
spend 10:17,18,21
spray 47:24 48:23
63:14

sprayed 48:5
spraying 63:19
St 50:19 51:8,20
Stacey 1:22 69:2
stairwell 71:6
stairwells 27:8,10
  27:20
start 6:23 7:1 9:22
  36:17 41:15 45:23
  46:17 54:21 56:4
  60:2
started 40:15,19,25
  41:1,12 61:4
State 4:20 75:4
STATES 1:1
statute 75:11
stay 25:18 26:7
  56:13
staying 13:7 24:15
  24:17,18
stays 25:9
steady 50:22
stenotype 75:7
stipulated 4:2
stolen 73:14
stop 57:25
stopped 15:16 58:2
stove 43:20
straight 20:23
Street 2:4,9,12
stressful 56:5
struggle 19:1
stuff 10:19 15:24,25
  17:24 18:1,12
  26:19,24 27:9
  29:4,17 42:18,18
  42:22 43:5 45:8
  50:10,16 52:7
  53:14 62:7,10,12
subsidized 19:11
Sudafed 53:1
sued 23:16
suggest 24:24
suit 23:16
Suite 2:4,13
Superdome 15:24
  15:25
supervision 75:8
Supportive 24:9,11
  29:6 30:15,19
  37:2,12 54:3
  56:17 57:3
sure 5:25 14:12
  19:2 43:18 47:4
Suzette 1:21 9:15
sworn 5:2 75:6
symptoms 49:16

52:3,21 54:5

___

**T**

T 3:1,10 4:1,1
table 32:6 60:7
  61:15,20,21
take 5:9 6:6 7:2
  18:6 31:3,3 33:20
  46:24 47:4 52:20
  52:22 59:7,13,20
  66:6
taken 1:16 4:5 6:11
  29:16 47:6 68:7
  71:15,18,19 75:5
talk 5:18,18 21:14
  24:2 28:7 33:1,21
  34:14,18 35:22
  41:19,22 45:9,18
  52:18
talked 34:16 42:14
talking 5:21 19:22
  27:19 40:18,24
  45:8 60:22
taxing 20:8
tell 8:5,25 9:3,13
  17:21 25:15 31:4
  34:3,12,25 36:9
  37:16 39:24 40:8
  43:15 49:21 52:2
  52:5 60:2 65:20
  67:13,21 73:2
ten 20:10 23:22
tenant 27:3
tenth 14:9
terms 30:11,14
test 9:12
testified 5:4 43:11
  63:2,24 64:17
testify 75:6
testimony 75:4,7
Thank 58:14 72:18
  74:17,20
thereof 4:16
thing 6:3 8:6,10
  30:20 34:15 38:4
  42:2 47:18 54:12
  56:6 60:11
things 18:11 27:15
  28:22 31:14 42:14
  59:4,6,8 60:19
think 17:13 22:18
  23:10,21 25:3
  45:22 46:6 51:9
  51:10 55:3
third 32:6
three 41:16 42:9
  45:25 56:25 57:16

58:7
threw 61:7
throat 49:15
throw 61:1,3,15,18
Till 14:9
time 4:15 7:18
  10:18,21 11:19
  12:10,19 14:23
  16:11 28:15,19
  31:4 33:20 34:7,9
  37:23 42:6 44:7
  48:4,13,22 49:1,4
  49:21 50:9,11
  51:24 59:7,21
  64:14 72:19
timelines 15:15
times 21:13 35:11
  35:14 48:18,21
  57:17,18
today 5:10 6:12,15
  6:17 35:19 38:25
  62:25 63:5,8,11
  72:6
toilet 33:25 63:25
  64:4,15
told 39:21 40:1 52:8
  52:11,13 54:12
  57:24 58:5 73:25
top 39:3
tour 29:17
training 14:18
  17:13
transcribed 75:8
transcript 75:2,9,10
  75:10
transfer 56:20,23
transferable 17:14
traps 43:22 44:12
  44:16
trash 18:6,7
treat 53:12
treating 53:13
treatment 53:21
tried 36:5 38:1,14
  49:7 70:21 73:10
true 12:19 31:14
  49:19 75:9
truthfully 65:13,17
try 36:2,21 37:15
  38:3 40:4 65:24
  73:12
trying 15:14,15
  17:6 73:13
two 5:7 16:21 20:4
  23:9 41:12 56:25
  60:24
typical 17:22

typo 55:3,13,18

___

**U**

U 4:1 11:16
U210 1:15 7:14,18
  11:13 26:11,16
  65:9
uh-huh 5:23 6:2
  9:16 10:13 12:6
  13:6 15:3,18 17:8
  18:8 20:6,24
  21:18 22:3,9,22
  24:4,8 25:12,20
  26:3 31:9,12
  32:11 34:2,10,21
  36:18 38:5,16
  41:9,24 46:16
  50:1,5,14,20
  52:12 56:16,22
  57:21 59:18 62:9
  64:8 65:5,8 68:5
  69:24 71:10
ultimately 22:19
uncovered 68:20
understand 5:19,22
  5:25 13:18 44:6
  44:14 55:20
understanding 75:9
understood 30:10
  37:19 65:16
Unh-unh 40:7
unit 26:11 27:6,21
  28:11 29:1,7
  33:10,15,23 34:8
  38:7,8,22 43:11
  43:13 45:17 57:10
  57:20 58:10 63:16
  65:9 71:13 74:1
UNITED 1:1
urgent 50:19 51:12
  51:14,20 52:1
urine 64:6,11
Utility 19:7,8

___

**V**

vacuum 38:14
valid 75:2
van 20:16,17
vans 20:16 23:7
vent 39:1
vents 33:17 41:10
versus 1:7 10:22
  25:5 51:17
video 69:3,19,22
  70:9,18,24 71:8
  72:4 73:10
videos 71:15 72:25

Violent 43:3
vocational 14:16

___

**W**

W 1:11
wage 13:16
wait 9:10 18:1 35:4
waiting 56:21
waived 4:9,11
Walgreens 53:1
walk 29:1
wall 26:18 27:1
  28:23 67:2,15,16
  67:25 68:1 69:25
  70:4,13
walls 26:19 27:5
wander 17:25
wands 18:11
want 5:25 6:8 33:19
  45:17 46:5 53:20
  55:2,3 74:6
wanted 55:17
Ward 25:11,12
wasn't 28:6 40:14
water 33:16,18,25
  38:4,7,8,10,21
  39:1,2,4,7,10,13
  39:22,25 40:9,11
  40:15,18,24 42:15
  61:24 62:1 71:2,3
watery 49:15
way 45:7 46:11
  53:13
We'll 11:25
we're 19:22 31:18
  33:1 59:20 66:20
  67:9 69:22 71:24
we've 30:22 42:14
wear 18:15
week 16:8 34:5
weekends 10:23
went 26:20 34:16
  35:1,12 40:1
  41:19
weren't 24:20
Westley 10:16
wet 74:11
White 29:22
Whitney 2:3
Williams 50:24
  51:21
Wilshire 2:14 58:19
wire 68:22
wires 71:12
witness 4:4,22 19:4
  32:9 35:6 38:19
  46:12 47:1 57:7

**Paula Marie Lang**
**July 29, 2022**

59:17 60:6 65:19
66:2 72:14
**woke** 50:6
**Womac** 21:9,10,12
22:2,5,11
**woman** 29:20,21
**Wood** 2:12 3:6
58:17,18,22 59:23
60:3,13,18,20
62:15 73:20,22
74:14
**words** 15:14 46:5
**work** 13:22,22
15:23 16:2,8
20:16,17 23:7
35:2,3,7
**worked** 15:6,17
16:12,16 22:16
**worker** 36:23,24
37:3,5
**worker's** 23:12
**workers'** 20:21,22
**working** 17:22
18:19 63:10
**worsening** 49:13
**write** 8:5 67:7
**writing** 35:7
**wrongfully** 56:10
**wrote** 58:25

_____

**X**

**X** 3:1,1,10,10
**XXX-XX-3833** 8:11

_____

**Y**

**Yates** 1:22
**yeah** 7:22 11:1
13:20,24 15:12,12
15:12 18:16 19:9
19:12,14 20:2
21:2 24:25 25:23
32:10 33:16 34:5
35:4 37:7 39:20
40:14,22 44:24
46:3 47:2,4 50:24
51:5,10 52:24
53:3 54:15 55:19
56:12 57:19 58:6
59:9 61:22 73:5
74:4
**year** 13:9 40:16,19
40:25 41:1 44:9
46:4,13,15 48:10
48:16 71:20,21,22
72:4 73:4,7
**yearly** 57:15
**years** 12:2,4 15:7

16:21 20:10,10
23:22 41:16 42:9
45:25,25 56:25
57:1
**yellow** 18:15
**yesterday** 71:16
**young** 29:24,25
34:22

_____

**Z**

**Zach** 58:18
**Zachory** 2:12

_____

**0**

**015** 9:10
**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** 9:10
**049519** 2:24

_____

**1**

**1** 3:11,12 31:19
66:13,22 67:10
**1,300** 22:25
**11** 72:10
**11:10** 1:17
**12:23** 74:22
**1300** 2:13
**1434** 75:14
**17** 65:17
**18th** 12:9
**19-13673** 1:6
**19-13705** 1:7
**19-14634** 1:7
**19-14637** 1:7
**19-636** 1:7
**1929** 1:16,24
**19th** 65:6

_____

**2**

**2** 3:13 49:12 66:21
66:22 67:11,12,20
67:20 68:12
**2:19-13650** 1:5
**20** 35:14
**20-187** 1:8
**2011** 9:7 55:11,14
55:15
**2013** 24:12
**2014** 20:12 23:6
24:12
**2014-ish** 21:15
**2016** 21:17 22:19
**2017** 15:17
**2018** 12:9 32:19
34:11 40:10,15
48:16 55:16 56:2
56:7
**2019** 14:25 15:4,17

17:5 37:25 49:5
61:5,6,19 62:2,4,8
62:13
**2021** 65:6
**2022** 1:18 63:1
**23** 65:25 66:4
**29th** 1:17 62:25

_____

**3**

**3** 1:10 3:14 55:7
67:21 69:6,6
71:25
**30** 35:14 48:21
**31** 3:11
**37:25** 54 75:6

_____

**4**

**4** 49:10 68:11
**4,000** 23:8
**4/30/2015** 9:5
**40** 16:8 48:21
**40-hour-a-week**
16:24
**400** 2:12
**4800** 2:4
**4908** 12:24

_____

**5**

**5** 3:5 55:6
**504** 8:2
**58** 3:6

_____

**6**

**63** 3:8
**635-6047** 8:2
**66** 3:12,13
**69** 3:14

_____

**7**

**7** 9:7
**701** 2:4
**70113** 1:17,24
**70126** 1:16 7:14
**70130** 2:9,13
**70139-4800** 2:5
**7014** 1:15 7:13
**72** 3:5
**73** 3:7
**74** 75:7
**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** 9:21
**755** 2:9

_____

**8**

**8** 19:13 59:24