MINUTE ENTRY
ROBY, M. J.
September 14, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSHUA AKEEM ET AL | CIVIL ACTION |
| VERSUS | NO:   19-13650 |
| DASMEN RESIDENTIAL, LLC ET AL | SECTION:  "P" (4) |

     The Court was notified that settlement discussions were successful and the claims against defendant, Eastlake Development, LLC has settled.  The parties will confer and complete the necessary receipt and release documentation.  The fifty-three (53) named plaintiffs with claims against Eastlake Development, LLC are listed as an attachment.

     The District Judge's staff has been notified to enter a dismissal as to Eastlake Devleopment, LLC .

**CLERK TO NOTIFY**

**District Judge Darrel James Papillion**

**MJSTAR: 00:45**

Named plainitffs with claims against Eastlake, LLC

| | |
|---|---|
| SANDRA ALLEN | JASMINE JACKSON |
| SHANDIN BURKE | JOSEPH JACKSON |
| KATRINA MILLNER | IRMA JOHNSON |
| LESHONDA STEWART | PENNY JOHNSON |
| RENATA WALKER | JOHNSHANE POWELL |
| BIANCA ABBOTT | BRANDY WILSON |
| MIA ABBOTT | LYNETTE KING |
| BRIDGET BARDELL | KAWANNA KITT |
| PORSHA BROOKS | PAULA LANG |
| TERE'SHA BROOKS | CHARLENE MILLER |
| ERIC BROWN | JANICE MORGAN |
| MELINDA BROWN | LAKECHA PASCHALL |
| LAQUINTA CARTER | KEISHOUN PATTERSON |
| CHERRONDA STERLING | MARY PATTERSON |
| DAPHNE CROSS | SHIRLEY PAYTON |
| TYEASHA CRUMEDY | NICOLE RAY |
| WENONAH CUTLER-CALLE | SHIRLEY RICHARDSON |
| LAWRENCE DAVENPORT JR. | TEAERA RIDGLEY |
| JEANETTE JONES | ALLYSON RUSSELL |
| ARIANNE DECOU | NAKEEVA SCHEXNAYDER |
| VANESSA DECOU | TIFFANY SIBLEY |
| HARRIONE ESTEEN | ANGELA SIMEON |
| BRENDA GARRISON | KESHA SIMMONS |
| MARGARET GORDON | TRICHELL SORRELL |
| CATHY HARRIS | TIFFANY WADE |
| JANETTA HONOR | THERESA WILLIAMS |
| DARRIN HUBBARD | |