UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.** | **CIVIL ACTION NO: 19-CV-13650** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **DASMEN RESIDENTIAL, LLC, ET AL.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER OF PARTIAL DISMISSAL

The Court has been made aware that the following Plaintiffs have settled their claims against Defendant Eastlake Development, LLC:

1. Sandra Allen
2. Shandin Burke
3. Katrina Millner
4. Leshonda Stewart
5. Renata Walker
6. Bianca Abbott
7. Mia Abbott
8. Bridget Bardell
9. Porsha Brooks
10. Tere'sha Brooks
11. Eric Brown
12. Melinda Brown
13. Laquinta Carter
14. Cherronda Sterling
15. Daphne Cross
16. Tyeasha Crumedy
17. Wenonah Cutler-Calle
18. Lawrence Davenport, Jr.
19. Jeanette Jones
20. Arianne Decou
21. Vanessa Decou
22. Harrione Esteen
23. Brenda Garrison
24. Margaret Gordon
25. Cathy Harris
26. Janetta Honor
27. Darrin Hubbard
28. Jasmine Jackson
29. Joseph Jackson
30. Irma Johnson

31. Penny Johnson
32. Johnshane Powell
33. Brandy Wilson
34. Lynette King
35. Kawanna Kitt
36. Paula Lang
37. Charlene Miller
38. Janice Morgan
39. Lakecha Paschall
40. Keishoun Patterson
41. Mary Patterson
42. Shirley Payton
43. Nicole Ray
44. Shirley Richardson
45. Teaera Ridgley
46. Allyson Russell
47. Nakeeva Schexnayder
48. Tiffany Sibley
49. Angela Simeon
50. Kesha Simmons
51. Trichell Sorrell
52. Tiffany Wade
53. Theresa Williams

Accordingly, **IT IS ORDERED** the claims of the aforementioned Plaintiffs against Defendant Eastlake Development, LLC are hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the claims or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. The parties are reminded that, if witnesses have been subpoenaed, every witness must be informed by counsel not to appear.

New Orleans, Louisiana, this 18th day of September 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**