**MINUTE ENTRY**
**PAPILLION, J.**
**November 2, 2023**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOSHUA AKEEM, ET AL.**                           **CIVIL ACTION**

**VERSUS**                                          **NO: 19-CV-13650**

**DASMEN RESIDENTIAL, ET AL.**                      **SECTION "P"**

**MINUTE ENTRY**

On November 2, 2023, the Court held an in-person status conference. Suzette Bagneris appeared on behalf of Plaintiffs; Emily Eagan and Michael Swanson[1] appeared on behalf of Defendant RH Copper Creek, LLC; and Jennifer Kretschmann appeared on behalf of Wilshire Insurance Company. The parties discussed with the Court the posture of the case and certain foreseeable issues, including current deadlines. Accordingly, **IT IS ORDERED** the parties' scheduling order is **AMENDED** as follows:

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **February 9, 2024**. This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as

---

[1] Mr. Swanson is not enrolled as counsel in this matter.

soon as possible, but in no event later than **March 15, 2024**.  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

A status conference is set for **March 21, 2024, at 9:30 a.m.** in Chambers.

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **March 21, 2024**. Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **May 21, 2024**.

Depositions for trial use shall be taken and all discovery shall be completed no later than **March 29, 2024**.  This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All dispositive motions shall be filed on a date that provides for submission on or before **May 15, 2024.**

All Motions *in limine* regarding the admissibility of expert testimony, and any non-evidentiary pretrial motions, shall be filed on a date that provides for submission on or before **June 12, 2024**.  This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions in limine shall be filed on a date that provides for submission on or before **July 10, 2024**.

A status conference is set for **July 17, 2024, at 1:30 p.m.** in Chambers.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-555 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. **This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.**

The parties must attend a settlement conference with the assigned magistrate judge. **The parties must contact the assigned magistrate judge six weeks prior to the pretrial conference date for the purpose of scheduling a settlement conference which should be held within two weeks prior to the pretrial conference.**

A pretrial conference is set for **August 14, 2024, at 10:30 a.m.**

Trial in this matter is set for **September 9, 2024, at 9:00 a.m.**

(JS-10:35)