# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA AKEEM, ET AL.** | **CIVIL ACTION NO. 19-13650** |
| **VERSUS** | c/w 19-13673, 19-13705, 19-14634, 19-14636, 19-14637, 20-187 |
| **DASMEN RESIDENTIAL, LLC, ET AL.** | |
| | **SECTION: "P" (4)** |
| | **REF: ALL CASES** |

## ORDER

The Court has been notified that the parties have reached a settlement of all claims in the consolidated cases (Nos. 19-13650, 19-13673, 19-13705, 19-14634, 19-14636, 19-14637, and 20-187). Accordingly,

**IT IS ORDERED** that the above-listed actions are hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the actions or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days from the date of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 25th day of November 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**